IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Joint Administration Requested) |

NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear on behalf of Magnetar Structuring Credit Fund, LP, Magnetar Longhorn Fund, LP, Purpose Alternative Credit Fund – F LLC, Purpose Alternative Credit Fund – T LLC and Magnetar Lake Credit Fund, LLC (such financial institutions in such capacities, the "**Prepetition Lenders**"), and Magnetar Financial LLC, as agent (in such capacity, the "**Agent**," and together with the Prepetition Lenders, the "**Prepetition Secured Parties**"), pursuant to that certain Credit Agreement, dated as of October 12, 2021 and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Sections 1109(b) and 342 of Title 11 of the United States Code, as amended (the "**Bankruptcy Code**"), that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned counsel at the addresses set forth below:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

RLF1 29190475v.2

| | |
|---|---|
| Marc E. Hirschfield | Russell C. Silberglied (No. 3462) |
| Marc Skapof | Brendan J. Schlauch (No. 6115) |
| ROYER COOPER COHEN | Emily R. Mathews (No. 6866) |
| BRAUNFELD LLC | RICHARDS, LAYTON & FINGER, P.A. |
| 1120 Avenue of the Americas | One Rodney Square |
| 4th Floor | 920 North King Street |
| New York, New York 10036 | Wilmington, Delaware 19801 |
| Telephone: (212) 389-5947 | Telephone: (302) 651-7700 |
| Email: mhirschfield@rccblaw.com | Facsimile: (302) 651-7701 |
| mskapof@rccblaw.com | Email: silberglied@rlf.com |
| | schlauch@rlf.com |
| | mathews@rlf.com |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this appearance and demand for notice, is intended as nor is a consent of the Prepetition Secured Parties to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) the Prepetition Secured Parties' right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) the Prepetition Secured Parties' right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) the Prepetition Secured Parties' right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of the Bankruptcy Court for any purpose, (v) the right to an election of remedy, or (vi) any other rights, claims,

actions, defenses, set-offs, or recoupments to which the Prepetition Secured Parties are or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Prepetition Secured Parties expressly reserve.

Dated: June 27, 2023
      Wilmington, Delaware

*/s/ Russell C. Silberglied*
Russell C. Silberglied (No. 3462)
Brendan J. Schlauch (No. 6115)
Emily R. Mathews (No. 6866)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email:  silberglied@rlf.com
         schlauch@rlf.com
         mathews@rlf.com

- and –

Marc E. Hirschfield (*pro hac vice* pending)
Marc Skapof (*pro hac vice* pending)
Royer Cooper Cohen Braunfeld LLC
1120 Avenue of the Americas
4th Floor
New York, New York 10036
Telephone: (212) 389-5947
Email:   mhirschfield@rccblaw.com
          mskapof@rccblaalw.com

*Counsel to the Prepetition Secured Parties*