# CERTIFICATE OF SERVICE

I, Russell C. Silberglied, hereby certify that on June 27, 2023, a copy of the foregoing *Notice of Appearance and Demand for Services of Notices and Papers* was served upon the following parties in the manner indicated.

| *Via CM/ECF & Email*<br><br>Joseph Barry<br>Ryan M. Bartley<br>Elizabeth S. Justison<br>S. Alexander Faris<br>Shella Borovinskaya<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:  jbarry@ycst.com<br>         rbartley@ycst.com<br>         ejustison@ycst.com<br>         afaris@ycst.com<br>         sborovinskaya@ycst.com | *Via Email & First Class Mail*<br><br>P. Bradley O'Neill<br>Caroline Gange<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone:  (212) 715-9511<br>Facsimile:  (212) 715-8000<br>Email:  boneill@kramerlevin.com<br>         cgange@kramerlevin.com |
|---|---|
| *Via CM/ECF, Email & First Class Mail*<br><br>Joseph F. Cudia<br>OFFICE OF THE UNITED STATES TRUSTEE<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>joseph.cudia@usdoj.gov | |

                                                  */s/ Russell C. Silberglied*
                                                  Russell C. Silbeglied (No. 3462)