# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Peer Street, Inc., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-10815 (LSS) <br><br> (Joint Administration Requested) |

### NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED DOCUMENTS AND (II) AGENDA FOR HEARING ON FIRST DAY PLEADINGS SCHEDULED FOR JUNE 28, 2023 AT 2:00 P.M. (ET), BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[2]

> **This hearing will be conducted in-person. Any exceptions must be approved by chambers.**
>
> **Parties may observe the hearing remotely by registering with the Zoom link below no later than June 28, 2023 at 11:00 a.m.**
>
> **https://protect-us.mimecast.com/s/LbTtCBBnAoFRRlzGizRpkG?domain=debuscourts.zoomgov.com**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**PLEASE TAKE NOTICE** that, on June 26, 2023, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**"), filed the following voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), and related pleadings with the Clerk of the United States

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

[2] All motions and other pleadings referenced herein are available free of charge by visiting the website maintained by the Debtors' proposed Claims and Noticing Agent, Stretto, Inc. , at https://cases.stretto.com/PeerStreet, or by request to the Debtors' proposed counsel (Beth Olivere, paralegal, at bolivere@ycst.com).

Bankruptcy Court for the District of Delaware. The Debtors continue to operate their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PETITIONS AND RELATED PLEADINGS**

1.  **Voluntary Petitions**
    A. Peer Street, Inc. [Case No. 23-10815]
    B. Peer Street Opportunity Fund GP, LLC [Case No. 23-10816]
    C. PS Funding, Inc. [Case No. 23-10817]
    D. Peer Street Funding LLC [Case No. 23-10818]
    E. PeerStreet Licensing, Inc. [Case No. 23-10819]
    F. PSF REO LLC [Case No. 23-10820]
    G. PS Options LLC [Case No. 23-10821]
    H. PS Warehouse, LLC [Case No. 23-10822]
    I. PS Warehouse II, LLC [Case No. 23-10823]
    J. Peer Street Opportunity Investors II, LP [Case No. 23-10824]
    K. PS Portfolio-ST1, LLC [Case No. 23-10825]
    L. PSF Ohio, LLC [Case No. 23-10826]
    M. PSF TX 1, LLC [Case No. 23-10827]
    N. PSF TX 2, LLC [Case No. 23-10828]
    O. PSF TX 4 LLC [Case No. 23-10829]

2.  Declaration of David M. Dunn in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 3; 6/26/23]

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the following first day pleadings (collectively, the "**First Day Pleadings**"), to the extent set forth below, is scheduled for **June 28, 2023 at 2:00 p.m. (ET)** (the "**First Day Hearing**") before The Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware.

**FIRST DAY PLEADINGS GOING FORWARD**

3.  Debtors' Motion for an Order, Pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1, Authorizing the Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 4; 6/26/23]

    Status: This matter will be going forward.

4.  Debtors' Application for the Retention and Appointment of Stretto, Inc. as Claims and Noticing Agent [Docket No. 5; 6/26/23]

    Status: This matter will be going forward.

5. Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 363, and 364 of the Bankruptcy Code, (A) Authorizing Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance Programs, Including Payment of Policy Premiums and Broker Fees, (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (C) Scheduling a Final Hearing [Docket No. 6; 6/26/23]

   Status: This matter will be going forward on an interim basis.

6. Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 363(b), 507(a)(8), 541, 1107(a), and 1108 of the Bankruptcy Code, (A) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations, (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (C) Scheduling a Final Hearing [Docket No. 7; 6/26/23]

   Status: This matter will be going forward on an interim basis.

7. Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (A) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Utility Services, (B) Deeming Utility Companies Adequately Assured of Future Payment, (C) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (D) Setting a Final Hearing Related Thereto [Docket No. 8; 6/26/23]

   Status: This matter will be going forward on an interim basis.

8. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Wages, Salaries, and Other Compensation, (II) Authorizing Continuation of Employee Benefit Programs, (III) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations, and (IV) Granting Related Relief [Docket No. 9; 6/26/23]

   Status: This matter will be going forward on an interim basis.

9. Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors; (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (C) Granting Related Relief [Docket No. 10, 6/26/23]

   Status: This matter will be going forward on an interim basis.

10. Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 345, 363, 503(b), 1107(a) and 1108 of the Bankruptcy Code, Bankruptcy Rule 2015, and Local Rule 2015-2, (A) Authorizing and Approving Continued Use of Cash Management System, (B) Authorizing Use of Prepetition Bank Accounts and Business Forms, (C) Authorizing Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Granting Administrative Expense Status for Postpetition Intercompany Claims and

Intercompany Loans, (D) Waiving the Requirements of Section 345(b) on an Interim Basis, and (E) Granting Certain Related Relief [Docket No. 11; 6/26/23]

    Status: This matter will be going forward on an interim basis.

11. Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors' Use of Cash Collateral; (B) Granting Adequate Protection to the Prepetition Secured Parties; (C) Scheduling a Final Hearing, and (D) Granting Related Relief [Docket No. 12; 6/26/23]

    Status: This matter will be going forward on an interim basis.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Pleadings may be made at the First Day Hearing.

Dated: June 27, 2023

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Joseph Barry*
Joseph Barry (Del. Bar No. 4221)
Ryan M. Bartley (Del. Bar No. 4985)
S. Alexander Faris (Del. Bar No. 6278)
Shella Borovinskaya (Del. Bar No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jbarry@ycst.com
    rbartley@ycst.com
    afaris@ycst.com
    sborovinskaya@ycst.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
P. Bradley O'Neill (*pro hac vice* pending)
Caroline Gange (*pro hac vice* pending)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9511
Facsimile: (212) 715-8000
Email: boneill@kramerlevin.com
    cgange@kramerlevin.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

30416728.2