# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Peer Street, Inc., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS)<br><br>(Joint Administration Requested)<br><br>**Objection Deadline:  July 11, 2023 at 4:00 p.m. (ET)** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), have filed the attached *Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Individual Retail Customers, (B) Authorizing the Debtors to Provide Individual Retail Customers with Electronic Service, and (C) Granting Certain Related Relief* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the relief requested in the Motion must be filed on or before **July 11, 2023 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the Court, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801.  At the same time, copies of any responses or objections to the Motion must be served upon the undersigned proposed counsel to the Debtors so as to actually be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **JULY 18, 2023 AT A TIME TO BE DETERMINED BY THE COURT**, OR AS OTHERWISE DETERMINED BY THE COURT, BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

Please take further notice that if no objections or responses to the Motion are timely filed, served, and received in accordance with this notice, the Court may grant the relief requested therein without further notice or hearing.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are:  Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485).  The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn:  David Dunn, Chief Restructuring Officer.

30498500.1

Dated: June 27, 2023

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| | P. Bradley O'Neill (*pro hac vice* pending) |
| */s/ Shella Borovinskaya* | Caroline Gange (*pro hac vice* pending) |
| Joseph Barry (Del. Bar No. 4221) | 1177 Avenue of the Americas |
| Ryan M. Bartley (Del. Bar No. 4985) | New York, New York 10036 |
| S. Alexander Faris (Del. Bar No. 6278) | Telephone:  (212) 715-9511 |
| Shella Borovinskaya (Del. Bar No. 6758) | Facsimile:  (212) 715-8000 |
| Rodney Square | Email:  boneill@kramerlevin.com |
| 1000 North King Street |           cgange@kramerlevin.com |
| Wilmington, Delaware 19801 | |
| Telephone:  (302) 571-6600 | *Proposed Co-Counsel to the Debtors and Debtors in Possession* |
| Facsimile:  (302) 571-1253 | |
| Email:  jbarry@ycst.com | |
|           rbartley@ycst.com | |
|           afaris@ycst.com | |
|           sborovinskaya@ycst.com | |
| | |
| *Proposed Co-Counsel to the Debtors and Debtors in Possession* | |

30498500.1