# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Joint Administration Requested) |

## AFFIDAVIT OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On June 26, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 365(a), and 554 of the Bankruptcy Code, Authorizing the Debtors to Reject Certain Unexpired Lease of Nonresidential Property Effective as of the Petition Date and Abandon Personal Property** (Docket No. 14)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

Furthermore, on June 26, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on 2121 Park Place Fee Owner CA, LLC c/o International Real Estate Corporation Attn: Thomas Ball at 15260 Ventura Blvd Suite 1510, Sherman Oaks, CA 91403:

- **Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 365(a), and 554 of the Bankruptcy Code, Authorizing the Debtors to Reject Certain Unexpired Lease of Nonresidential Property Effective as of the Petition Date and Abandon Personal Property** (Docket No. 14)

- **Peer Street Lease Surrender Letter**

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: June 27, 2023

_____
Gregory A. Lesage

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 27th day of June, 2023, by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Internal Revenue Service | Attn: Timothy J. Fox | 844 N King St #2207 Lockbox 35 | | Wilmington | DE | 19801 | |
| Invigorate Finance, LLC | | 1111 E Riverside Drive | | Austin | TX | 78704 | |
| Magnetar Financial LLC | | 1 Polk St Unit 1804 | | San Francisco | CA | 94102 | |
| Magnetar Financial LLC | | 2118 Wychwood Dr | | Austin | TX | 78746 | |
| Office of the United States Attorney for the District of Delaware | | 100 F Street, NE | | Washington | DC | 20549 | |
| Office of the United States Trustee for the District of Delaware | Attn: Regional Director | New York Regional Office | 200 Vesey Street, Suite 400 Brookfield Place | New York | NY | 10281-1022 | |
| Retail Customer 1 | | Address Redacted | | | | | |
| Retail Customer 10 | | Address Redacted | | | | | |
| Retail Customer 11 | | Address Redacted | | | | | |
| Retail Customer 12 | | Address Redacted | | | | | |
| Retail Customer 13 | | Address Redacted | | | | | |
| Retail Customer 14 | | Address Redacted | | | | | |
| Retail Customer 15 | | Address Redacted | | | | | |
| Retail Customer 16 | | Address Redacted | | | | | |
| Retail Customer 17 | | Address Redacted | | | | | |
| Retail Customer 18 | | Address Redacted | | | | | |
| Retail Customer 19 | | Address Redacted | | | | | |
| Retail Customer 2 | | Address Redacted | | | | | |
| Retail Customer 20 | | Address Redacted | | | | | |
| Retail Customer 3 | | Address Redacted | | | | | |
| Retail Customer 4 | | Address Redacted | | | | | |
| Retail Customer 7 | | Address Redacted | | | | | |
| Retail Customer 8 | | Address Redacted | | | | | |
| Retail Customer 9 | | Address Redacted | | | | | |
| Securities and Exchange Commission | c/o Office of General Counsel | Attn: Stacey Dawes | 721 19th Street, Suite 426 | Denver | CO | 80202 | |
| Securities and Exchange Commission | Department of Justice | Carvel State Office Building | 820 N French Street | Wilmington | DE | 19801 | |
| Small Business Administration | | 13495 East Bloomfield Drive | | Scottsdale | AZ | 85259 | |
| State of Delaware | | 1612 Park Ridge Way | | Cave Springs | AZ | 72718 | |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# **<u>Exhibit B</u>**



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Invigorate Finance, LLC | Attn: Loren J Morris | | lmorris@fayfinancial.com |
| Magnetar Financial LLC | c/o Richards, Layton & Finger, P.A. | Attn: Russell C. Silberglied | silberglied@rlf.com |
| Magnetar Financial LLC | c/o Royer Cooper Cohen Braunfeld LLC | Attn: Marc E. Hirschfield | mhirschfield@rccblaw.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn: Timothy J. Fox | | timothy.fox@usdoj.gov  ustpregion03.wl.ecf@usdoj.gov |
| Retail Customer 1 | | | Address Redacted |
| Retail Customer 10 | | | Address Redacted |
| Retail Customer 11 | | | Address Redacted |
| Retail Customer 12 | | | Address Redacted |
| Retail Customer 13 | | | Address Redacted |
| Retail Customer 14 | | | Address Redacted |
| Retail Customer 15 | | | Address Redacted |
| Retail Customer 16 | | | Address Redacted |
| Retail Customer 17 | | | Address Redacted |
| Retail Customer 18 | | | Address Redacted |
| Retail Customer 19 | | | Address Redacted |
| Retail Customer 2 | | | Address Redacted |
| Retail Customer 20 | | | Address Redacted |
| Retail Customer 3 | | | Address Redacted |
| Retail Customer 4 | | | Address Redacted |
| Retail Customer 7 | | | Address Redacted |
| Retail Customer 8 | | | Address Redacted |
| Retail Customer 9 | | | Address Redacted |
| Small Business Administration | c/o Office of General Counsel | Attn: Stacey Dawes | stacey.dawes@sba.gov |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1