IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Joint Administration Requested) |

## AFFIDAVIT OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On June 27, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing on the Approval of the Sale of all or Substantially all of the Debtors' Assets Free and Clear of all Encumbrances, (II) Approving Certain Bid Procedures, and the Form and Manner of Notice Thereof, and (III) Granting Related Relief; and (B) an Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of all or Substantially all of the Debtors' Assets Free and Clear of all Encumbrances, and (III) Granting Related Relief** (Docket No. 18)

- **Notice of (I) Filing of Bankruptcy Petitions and Related Documents and (II) Agenda for Hearing on First Day Pleadings Scheduled for June 28, 2023 at 2:00 P.M. (ET), Before the Honorable Laurie Selber Silverstein in the United States Bankruptcy Court for the District of Delaware** (Docket No. 23)

- **Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Redact of Withhold Certain Confidential Information of Individual Retail Customers, (B) Authorizing the Debtors to Provide Individual Retail Customers with Electronic Service, and (C) Granting Certain Related Relief** (Docket No. 28)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

Furthermore, on June 27, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing on the Approval of the Sale of all or Substantially all of the Debtors' Assets Free and Clear of all Encumbrances, (II) Approving Certain Bid Procedures, and the Form and Manner of Notice Thereof, and (III) Granting Related Relief; and (B) an Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of all or Substantially all of the Debtors' Assets Free and Clear of all Encumbrances, and (III) Granting Related Relief** (Docket No. 18)

- **Notice of (I) Filing of Bankruptcy Petitions and Related Documents and (II) Agenda for Hearing on First Day Pleadings Scheduled for June 28, 2023 at 2:00 P.M. (ET), Before the Honorable Laurie Selber Silverstein in the United States Bankruptcy Court for the District of Delaware** (Docket No. 23)

Furthermore, on June 27, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit E**, via facsimile on the service list attached hereto as **Exhibit F**, and via electronic mail on the service list attached hereto as **Exhibit G**:

- **Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Redact of Withhold Certain Confidential Information of Individual Retail Customers, (B) Authorizing the Debtors to Provide Individual Retail Customers with Electronic Service, and (C) Granting Certain Related Relief** (Docket No. 28)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: June 27, 2023

_____
Gregory A. Lesage

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| --- |

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 27th day of June, 2023, by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____



STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

# Exhibit A



**Exhibit A**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Attn: Centralized Insolvency Op | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Invigorate Finance LLC | Attn: Loren J Morris | 425 S. Financial Place 7th Floor | | Chicago | IL | 60605 |
| Magnetar Financial LLC | c/o Richards Layton & Finger P.A. | 920 North King Street One Rodney Sq | Attn: R. Silberglied & N. Schlauch | Wilmington | DE | 19801 |
| Magnetar Financial LLC | c/o Royer Cooper Cohen Braunfeld | 1120 Avenue of the Americas 4th Fl | Attn Marc Hirschfield & Marc Skapof | New York | NY | 10036 |
| Retail Customer 1 | | Address Redacted | | | | |
| Retail Customer 10 | | Address Redacted | | | | |
| Retail Customer 11 | | Address Redacted | | | | |
| Retail Customer 12 | | Address Redacted | | | | |
| Retail Customer 13 | | Address Redacted | | | | |
| Retail Customer 14 | | Address Redacted | | | | |
| Retail Customer 15 | | Address Redacted | | | | |
| Retail Customer 16 | | Address Redacted | | | | |
| Retail Customer 17 | | Address Redacted | | | | |
| Retail Customer 18 | | Address Redacted | | | | |
| Retail Customer 19 | | Address Redacted | | | | |
| Retail Customer 2 | | Address Redacted | | | | |
| Retail Customer 20 | | Address Redacted | | | | |
| Retail Customer 3 | | Address Redacted | | | | |
| Retail Customer 4 | | Address Redacted | | | | |
| Retail Customer 7 | | Address Redacted | | | | |
| Retail Customer 8 | | Address Redacted | | | | |
| Retail Customer 9 | | Address Redacted | | | | |
| Securities and Exchange Commission | Attn:  Regional Director | 200 Vesey St Ste 400 Brookfield Pl | New York Regional Office | New York | NY | 10281-1022 |
| Securities and Exchange Commission | Attn: Legal Dept | 100 F Street, NE | | Washington | DC | 20549 |
| Small Business Administration | c/o Office of General Counsel | 721 19th Street, Suite 426 | Attn: Stacey Dawes | Denver | CO | 80202 |
| State of Delaware | | 1612 Park Ridge Way | | Cave Springs | AZ | 72718 |
| State of Delaware | Department of Justice | 820 N French Street | Carvel State Office Building | Wilmington | DE | 19801 |
| United States Attorney for Delaware | Attn: Legal Dept | 1313 N Market Street | | Wilmington | DE | 19801 |
| United States Trustee for Delaware | Attn:  Timothy J. Fox | 844 N King St #2207 Lockbox 35 | | Wilmington | DE | 19801 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# **Exhibit B**



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Invigorate Finance, LLC | Attn: Loren J Morris | | lmorris@fayfinancial.com |
| Magnetar Financial LLC | c/o Richards, Layton & Finger, P.A. | Attn: Russell C. Silberglied, Brendan J. Schlauch, & Emily R. Mathews | silberglied@rlf.com schlauch@rlf.com mathews@rlf.com |
| Magnetar Financial LLC | c/o Royer Cooper Cohen Braunfeld LLC | Attn: Marc E. Hirschfield & Marc Skapof | mhirschfield@rccblaw.com mskapof@rccblaw.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn:  Timothy J. Fox | | timothy.fox@usdoj.gov ustpregion03.wl.ecf@usdoj.gov |
| Retail Customer 1 | | | Address Redacted |
| Retail Customer 10 | | | Address Redacted |
| Retail Customer 11 | | | Address Redacted |
| Retail Customer 12 | | | Address Redacted |
| Retail Customer 13 | | | Address Redacted |
| Retail Customer 14 | | | Address Redacted |
| Retail Customer 15 | | | Address Redacted |
| Retail Customer 16 | | | Address Redacted |
| Retail Customer 17 | | | Address Redacted |
| Retail Customer 18 | | | Address Redacted |
| Retail Customer 19 | | | Address Redacted |
| Retail Customer 2 | | | Address Redacted |
| Retail Customer 20 | | | Address Redacted |
| Retail Customer 3 | | | Address Redacted |
| Retail Customer 4 | | | Address Redacted |
| Retail Customer 7 | | | Address Redacted |
| Retail Customer 8 | | | Address Redacted |
| Retail Customer 9 | | | Address Redacted |
| Small Business Administration | c/o Office of General Counsel | Attn: Stacey Dawes | stacey.dawes@sba.gov |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# **Exhibit C**



**Exhibit C**
Served Via Overnight Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Pacific Premier Bank | Attn: Anita Saraiya | 17901 Von Karman Avenue Ste 1200 | Irvine | CA | 92614 |
| Pacific Premier Bank | Attn: Anita Saraiya | 17911 Von Karman Ave Ste 500 | Irvine | CA | 92614 |
| Wells Fargo Bank  NA | Attn: Lydia Diaconou | PO Box 63020 | San Francisco | CA | 94163 |
| Wells Fargo Bank NA | Attn: Lydia Diaconou | 420 Montgomery Street 9th Fl | San Francisco | CA | 94104 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# <u>Exhibit D</u>



**Exhibit D**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Pacific Premier Bank | Attn: Anita Saraiya | Attn: Russell C. Silberglied, Brendan J. Schlauch, & Emily R. Mathews | asaraiya@ppbi.com iarruda@live.com |
| Pacific Premier Bank | Attn: Anita Saraiya | | asaraiya@ppbi.com |
| Wells Fargo Bank, NA | Attn: Lydia Diaconou | Attn: Marc E. Hirschfield & Marc Skapof | lydia.diconou@wellsfargo.com |
| Wells Fargo Bank, NA | Attn: Lydia Diaconou | | lydia.diconou@wellsfargo.com |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# Exhibit E



**Exhibit E**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| 2121 Park Place Fee Owner CA  LLC | Intercontinental Real Estate Corp | 15260 Ventura Blvd Suite 1510 | Attn: Thomas Ball | Sherman Oaks | CA | 91403 | |
| Baltimore Dept of Public Works | Attn: Legal Dept | 100 N Holliday Street | | Baltimore | MD | 21201 | |
| BED/GMEI Utility | Attn: Legal Dept | Basisweg 10 | | Amsterdam | AP | 1043 | Netherlands |
| CA Dept of Financial Protection | Attn: Legal Dept | 2101 Arena Boulevard | | Sacramento | CA | 95834 | |
| California Secretary of State | Attn: Legal Dept | 1500 11th Street | | Sacramento | CA | 95814 | |
| Chubb Group of Insurance Companies | Attn: Legal Dept | 202B Hall's Mill Road | | Whitehouse Station | NJ | 08889 | |
| City of El Segundo | Attn: Legal Dept | 314 Main Street | | El Segundo | CA | 90245 | |
| East Bay Municipal Utility District | Attn: Legal Dept | 375 11th Street | | Oakland | CA | 94607 | |
| FFEIC | Attn: Legal Dept | 3501 Fairfax Drive Room B 3030 | | Arlington | VA | 22226-3550 | |
| FIRST Insurance Funding | Attn: Legal Dept | 450 Skokie Blvd, Ste 1000 | | Northbrook | IL | 60062-7917 | |
| Georgia Secretary of State | Attn: Legal Dept | 2 MLK Jr. Dr. S.E. | Floyd W. Tower Suite 814 | Atlanta | GA | 30334 | |
| Illinois Secretary of State | Attn: Legal Dept | 501 S. Second St. | Department of Business Services | Springfield | IL | 62756-5510 | |
| KC Water | Attn: Legal Dept | 4800 E 63rd Street | | Kansas City | MO | 64130 | |
| Lloyd's of London | Attn: Amwins Global Risk | 22 Bishopsgate | | London | | EC2N 4BQ | United Kingdom |
| Lloyd's of London K2 Financial Ltd | c/o K2 International Ltd | 35 Great St. Helen's 5th Floor | | London | | EC3A 6AP | United Kingdom |
| Lloyds of London | c/o Lee and Mason Financial Svcs | 1554 Ormsby Station Court | | Louisville | KY | 40223 | |
| Magnetar Financial LLC | Collateral Agent | 1603 Orrington Ave 13 Fl | | Evanstan | IL | 60201 | |
| Massachusets Secretary of State | Attn: Legal Dept | One Ashburton Place | | Boston | MA | 02108 | |
| Missouri Secretary of State | Attn: Legal Dept | 600 West Main Street | | Jefferson City | MO | 65101 | |
| Narragansett Bay Commission | Attn: Legal Dept | 1 Service Road | | Province | RI | 02905 | |
| New Jersey Department of Treasury | Attn: Legal Dept | 225 West State Street | | Trenton | NJ | 08608 | |
| New Jersey Department of Treasury | Attn: Legal Dept | PO Box 002 | | Trenton | NJ | 08625-0002 | |
| North American Capacity Insurance | Attn: Coalition Claims | 1160 Battery Street, Suite 350 | | San Francisco | CA | 94111 | |
| NYC Dept of Environmental Protect | Attn: Legal Dept | 59-17 Junction Blvd 19th Fl | | Flushing | NY | 11373 | |
| Pacific Gas Electric Co | Attn: Legal Dept | 1415 L Street Suite 280 | | Sacramento | CA | 95814 | |
| Pacific Gas Electric Co | Attn: Legal Dept | PO Box 997300 | | Sacramento | CA | 95899-7300 | |
| Pawtucket Water Supply Board | Attn: Legal Dept | 85 Branch Street | | Pawtucket | RI | 02860 | |
| Rhode Island Secretary of State | Attn: Legal Dept | 82 Smith St State House Room 218 | | Providence | RI | 02903-1120 | |
| San Francisco Water Power Sewer | Attn: Legal Dept | 525 Golden Gate Avenue | | San Francisco | CA | 94102 | |
| SEC | Attn: Legal Dept | 100 F Street NE | | Washington | DC | 20549 | |
| SEC | c/o United Staes SEC | 100 F Street NE | | Washington | DC | 20549 | |
| State of DE Division of Corporation | Division of Corporations | 401 Federal Street Suite 4 | John G. Townsend Bldg. | Dover | DE | 19901 | |
| Surety Solutions a Gallagher Co. | Attn: Legal Dept | 4285 Commercial St SE Ste 110 | | Salem | OR | 97302 | |
| The Hartford Insurance Co. | c/o Sentinel Insurance Company | One Hartford Plaza | | Hartford | CT | 06155 | |
| VA State Corporation Commission | Attn: Legal Dept | 1300 E. Main St. | | Richmond | VA | 23219 | |
| VAR Resources LLC | Attn: Legal Dept | 2330 Interestate 30 | | Mesquite | TX | 75150 | |
| Washington Secretary of State | Corporations & Charities Division | 801 Captiol Way South | | Olympia | WA | 98501 | |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

# **<u>Exhibit F</u>**



**Exhibit F**
Served Via Facsimile

| Name | Attention | Fax |
|---|---|---|
| FFEIC | | 703-516-5487 |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 267-941-1015 |
| Magnetar Financial LLC | c/o Richards, Layton & Finger, P.A. | 302-651-7701 |
| Massachusets Secretary of State | | 617-742-4528 |
| Office of the United States Attorney for the District of Delaware | | 302-573-6220 |
| Retail Customer 1 | | Address Redacted |
| Retail Customer 12 | | Address Redacted |
| Retail Customer 3 | | Address Redacted |
| San Francisco Water Power Sewer (SFPUC) | | 415-551-3050 |
| State of Delaware | Department of Justice | 302-577-6630 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# **Exhibit G**



**Exhibit G**
Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Baltimore Department of Public Works | | marco.merrick@baltimorecity.gov |
| East Bay Municipal Utility District (EBMUD) | | customerservice@ebmud.com |
| Lloyd's of London (K2 Financial Ltd) | c/o K2 International Ltd | info@k2insinternational.com |
| Massachusets Secretary of State | | cis@sec.state.ma.us |
| Missouri Secretary of State | | info@sos.mo.gov |
| Narragansett Bay Commission | | bcpr@narrabay.com |
| NYC Department of Environmental Protection | | ombuds@dep.nyc.gov |
| Pawtucket Water Supply Board | | rnsalois@pwsb.org |
| Rhode Island Secretary of State | | secretaryamore@sos.ri.gov |
| San Francisco Water Power Sewer (SFPUC) | | customerservice@sfwater.org |
| Surety Solutions, a Gallagher Company - Swiss Re Corporate Solutions | | customercare@suretysolutions.com |
| Virginia State Corporation Commission | | sccefile@scc.virginia.gov |
| Washington Secretary of State | Corporations & Charities Division | corps@sos.wa.gov |
| Winston & Strawn, LLP | Attn: James Bentley | jbentley@winston.com |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1