# EXHIBIT A

## Budget

**Peer Street, Inc., et al.**
**Cash Collateral Budget - Magnetar Only**
*$000s*

| Week Number | 1 Forecast 06/25/23 | 2 Forecast 07/02/23 | 3 Forecast 07/09/23 | 4 Forecast 07/16/23 | 5 Forecast 07/23/23 | 6 Forecast 07/30/23 | 7 Forecast 08/06/23 | 8 Forecast 08/13/23 | 9 Forecast 08/20/23 | 10 Forecast 08/27/23 | 11 Forecast 09/03/23 | 12 Forecast 09/10/23 | 13 Forecast 09/17/23 | 14 Forecast 09/24/23 | 15 Forecast 10/01/23 | 16 Forecast 10/08/23 | 17 Forecast 10/15/23 | 18 Forecast 10/22/23 | 19 Forecast 10/29/23 | 20 Forecast 11/05/23 | Weeks 1-13 Forecast Total | Weeks 14-20 Forecast | Total Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Cash Receipts* | | | | | | | | | | | | | | | | | | | | | | | |
| PeerStreet Spread | $ 47 | $ 47 | $ 47 | $ 47 | $ 47 | $ 47 | $ 47 | $ 47 | $ 47 | $ 47 | $ 47 | $ 47 | $ 47 | $ 31 | $ 15 | $ - | $ - | $ - | $ - | $ - | $ 607 | $ 46 | $ 654 |
| DocGen | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 61 | 33 | 94 |
| Draw & Other Receipts | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | 14 | 2 | 17 |
| Interest on Bank Balance | - | - | - | 220 | - | - | 176 | - | - | - | - | 175 | - | - | - | - | 224 | - | - | 142 | 572 | 366 | 937 |
| Servicing Recoveries | 143 | 143 | 143 | 143 | 143 | 2,897 | 143 | 143 | 143 | 143 | 143 | 143 | 143 | 3,698 | 3,766 | 3,791 | | | | | 4,612 | 11,255 | 15,867 |
| Total Other Receipts | - | 50 | - | - | 400 | - | - | - | 93 | - | - | - | 34 | - | - | 1,030 | 6 | - | 125 | - | 577 | 1,161 | 1,738 |
| **Total Cash Receipts** | $ 195 | $ 245 | $ 195 | $ 416 | $ 595 | $ 2,949 | $ 195 | $ 372 | $ 288 | $ 195 | $ 195 | $ 371 | $ 229 | $ 3,735 | $ 3,788 | $ 4,825 | $ 235 | $ 5 | $ 130 | $ 147 | $ 6,443 | $ 12,863 | $ 19,307 |
| *Operating Disbursements* | | | | | | | | | | | | | | | | | | | | | | | |
| Total Payroll | - | (82) | - | (92) | - | (83) | - | - | (101) | - | (67) | - | (67) | - | (128) | - | (91) | - | - | (239) | (1,363) | (1,264) | (950) |
| Rent & Occupancy | - | (10) | - | - | - | - | (10) | - | - | - | (10) | - | - | - | (10) | - | - | - | - | (10) | (30) | (20) | (50) |
| Insurance | - | (39) | - | - | - | - | (39) | - | - | - | (39) | - | - | - | (39) | - | - | - | - | (39) | (118) | (79) | (196) |
| Servicing Advances | (172) | (172) | (172) | (172) | (172) | (172) | (172) | (172) | (172) | (172) | (172) | (172) | (172) | (172) | (172) | (172) | - | (49) | - | - | (2,231) | (515) | (2,746) |
| Vendors | (61) | (49) | (49) | (49) | (49) | (49) | (61) | (61) | (61) | (61) | (61) | (61) | (61) | (61) | (49) | (49) | (49) | (49) | (49) | (61) | (732) | (366) | (1,099) |
| **Total Operating Disbursements** | $ (233) | $ (352) | $ (220) | $ (312) | $ (220) | $ (303) | $ (282) | $ (233) | $ (334) | $ (233) | $ (349) | $ (233) | $ (300) | $ (233) | $ (397) | $ (220) | $ (140) | $ (49) | $ (49) | $ (349) | $ (4,473) | $ (2,244) | $ (5,040) |
| *Restructuring Disbursements* | | | | | | | | | | | | | | | | | | | | | | | |
| Restructuring Fees | (81) | (137) | (67) | (67) | (67) | (72) | (155) | (83) | (83) | (83) | (180) | (83) | (83) | (83) | (154) | (66) | (66) | (66) | (76) | (170) | (1,240) | (683) | (1,922) |
| Post-Effective Date Wind-Down Costs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (227) | - | (227) | (227) |
| **Total Restructuring Disbursements** | $ (81) | $ (137) | $ (67) | $ (67) | $ (67) | $ (72) | $ (155) | $ (83) | $ (83) | $ (83) | $ (180) | $ (83) | $ (83) | $ (83) | $ (154) | $ (66) | $ (66) | $ (66) | $ (76) | $ (397) | $ (1,240) | $ (910) | $ (2,149) |
| **Net Cash Flow** | $ (118) | $ (244) | $ (91) | $ 37 | $ 309 | $ 2,574 | $ (242) | $ 56 | $ (129) | $ (120) | $ (334) | $ 55 | $ (154) | $ 3,419 | $ 3,236 | $ 4,539 | $ 29 | $ (110) | $ 5 | $ (600) | $ 730 | $ 9,710 | $ 12,117 |
| *Cash (Magnetar)* | | | | | | | | | | | | | | | | | | | | | | | |
| Beginning Balance | $ 8,792 | $ 8,674 | $ 8,431 | $ 8,339 | $ 8,376 | $ 8,685 | $ 11,259 | $ 11,017 | $ 11,073 | $ 10,945 | $ 10,825 | $ 10,491 | $ 10,546 | $ 10,392 | $ 13,812 | $ 17,048 | $ 21,586 | $ 21,615 | $ 21,505 | $ 21,509 | $ 8,792 | $ 10,392 | $ 8,792 |
| (+) Net Cash Flow | (118) | (244) | (91) | 37 | 309 | 2,574 | (242) | 56 | (129) | (120) | (334) | 55 | (154) | 3,419 | 3,236 | 4,539 | 29 | (110) | 5 | (600) | 1,600 | 10,517 | 12,117 |
| **Ending Unrestricted Cash Balance** | $ 8,674 | $ 8,431 | $ 8,339 | $ 8,376 | $ 8,685 | $ 11,259 | $ 11,017 | $ 11,073 | $ 10,945 | $ 10,825 | $ 10,491 | $ 10,546 | $ 10,392 | $ 13,812 | $ 17,048 | $ 21,586 | $ 21,615 | $ 21,505 | $ 21,509 | $ 20,909 | $ 10,392 | $ 20,909 | $ 20,909 |