## EXHIBIT B

### Milestones

On the Petition Date, the Debtors shall have filed a motion seeking approval of the Debtors' use of Cash Collateral.

Within three (3) days of the Petition Date, the Debtors shall have filed a motion (the "**Bid Procedures Motion**") with the Bankruptcy Court to approve bid procedures to determine a winning bidder or bidders for the Debtors' mortgage assets.

Within three (3) days after the Petition Date, the Interim Order authorizing and approving the use of Cash Collateral and the transactions contemplated thereby on an interim basis, shall have been entered by the Bankruptcy Court.

On or before thirty (30) days following the Petition Date, or the first business day thereafter that the Bankruptcy Court is available, an order approving the Bid Procedures Motion (the "**Bid Procedures Order**") shall have been entered by the Bankruptcy Court.

On or before thirty (30) days following the Petition Date, or the first business day thereafter that the Bankruptcy Court is available, the Final Order (in form an substance acceptable to the Prepetition Secured Parties in their sole discretion) authorizing and approving the use of Cash Collateral and the transactions contemplated thereby on a final basis shall have been entered by the Bankruptcy Court.