# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Peer Street, Inc., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS)<br><br>(Jointly Administered)<br><br>**Bidding Procedures Objection Deadline: July 11, 2023 at 4:00 p.m. (ET)**<br><br>**Bidding Procedures Hearing Date: July 21, 2023 at 10:00 a.m. (ET)**<br><br>**Ref. Docket No. 18** |

## NOTICE OF BIDDING PROCEDURES HEARING

**PLEASE TAKE NOTICE** that, on June 27, 2023 the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (II) Approving Certain Bid Procedures, and the Form and Manner of Notice Thereof, and (III) Granting Related Relief; and (B) an Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, and (III) Granting Related Relief* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). You were previously served with a copy of the Motion.

**PLEASE TAKE FURTHER NOTICE,** that upon the filing of the Motion, the Debtors proposed a hearing date of July 18, 2023 (the "**Hearing**") or another date that was to be determined by the Court. Due to the Court's availability, the Hearing to consider the Motion will be held on **July 21, 2023 at 10:00 a.m. (ET)** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE,** that the objections to the relief requested in the Motion, if any, must be filed and served upon the undersigned proposed counsel to the Debtors so as to be received on or before **July 11, 2023 at 4:00 p.m. (ET)** (the "**Objection Deadline**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

30507411.1

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THEN THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION AS TO THE BIDDING PROCEDURES WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: June 29, 2023

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Shella Borovinskaya*<br><br>Joseph Barry (Del. Bar No. 4221)<br>Ryan M. Bartley (Del. Bar No. 4985)<br>Elizabeth S. Justison (Del. Bar No. 5911)<br>S. Alexander Faris (Del. Bar No. 6278)<br>Shella Borovinskaya (Del. Bar No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jbarry@ycst.com<br>    rbartley@ycst.com<br>    afaris@ycst.com<br>    sborovinskaya@ycst.com<br><br>*Proposed Co-Counsel to the Debtors and Debtors in Possession* | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>P. Bradley O'Neill (admitted *pro hac vice*)<br>Caroline Gange (admitted *pro hac vice*)<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9511<br>Facsimile: (212) 715-8000<br>Email: boneill@kramerlevin.com<br>    cgange@kramerlevin.com<br><br>*Proposed Co-Counsel to the Debtors and Debtors in Possession* |