# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PEER STREET, INC., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Winston & Strawn LLP and Landis Rath & Cobb LLP hereby enter their appearance in the above-captioned cases as counsel for Pacific RBLF LLC and Pacific Funding Trust 1002 (collectively, "Pacific") pursuant to 11 U.S.C. § 1109(b) and rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| **WINSTON & STRAWN LLP** | **LANDIS RATH & COBB LLP** |
|---|---|
| David Neier, Esq. | Adam G. Landis, Esq. |
| James T. Bentley, Esq. | Kimberly A. Brown, Esq. |
| 200 Park Avenue | Howard W. Robertson IV, Esq. |
| New York, NY 10166-4193 | 919 Market Street, Suite 1800 |
| Telephone: (212) 294-6700 | Wilmington, Delaware 19801 |
| Facsimile: (212) 294-4700 | Telephone: (302) 467-4400 |
| Email: dneier@winston.com | Facsimile: (302) 467-4450 |
| jbentley@winston.com | Email: landis@lrclaw.com |
| | brown@lrclaw.com |
| | robertson@lrclaw.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended nor shall be deemed to waive Pacific's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

| | |
|---|---|
| Dated:  June 29, 2023<br>        Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Howard W. Robertson IV (No. 6903)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: landis@lrclaw.com<br>          brown@lrclaw.com<br>          robertson@lrclaw.com<br><br>- and - |

**WINSTON & STRAWN LLP**
David Neier, Esq.
James T. Bentley, Esq.
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: dneier@winston.com
       jbentley@winston.com

*Counsel to Pacific RBLF LLC and Pacific Funding Trust 1002*

{1397.001-W0071458.2}      3