# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 7/5/2023 |
| Case: 23−10815−LSS | Form ID: pdf341 | Total: 21 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr  MFA Financial Inc.

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust  U.S. Trustee  USTPRegion03.WL.ECF@USDOJ.GOV
trans  Reliable Companies  gmatthews@reliable−co.com
aty  Adam G. Landis  landis@lrclaw.com
aty  Brendan Joseph Schlauch  schlauch@rlf.com
aty  David Neier  dneier@winston.com
aty  Emily Rae Mathews  mathews@rlf.com
aty  Howard W Robertson, IV  robertson@lrclaw.com
aty  Joseph F. Cudia  joseph.cudia@usdoj.gov
aty  Joseph M. Barry  bankfilings@ycst.com
aty  Kimberly A. Brown  brown@lrclaw.com
aty  Russell C. Silberglied  silberglied@rlf.com
aty  S. Alexander Faris  bankfilings@ycst.com
aty  Shella Borovinskaya  sborovinskaya@ycst.com

TOTAL: 13

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Peer Street, Inc.  c/o Province, LLC  Attn: David Dunn  2360 Corporate Circle  Suite 340  Henderson, NV 89074
clagent  Stretto  www.stretto.com  410 Exchange, Ste 100  Irvine, CA 92602
aty  Caroline Gange  Kramer Levin Naftalis & Frankel LLP  1177 Avenue of the Americas  New York, NY 10036
aty  James T. Bentley  Winston & Strawn LLP  200 Park Avenue  New York, NY 10166−4193
aty  Marc Skapof  Royer Cooper Cohen Braunfield LLC  1120 Avenue of the Americas  4th Floor  New York, NY 10036
aty  Marc E Hirschfield  Royer Cooper Cohen Braunfield LLC  1120 Avenue of the Americas  4th Floor  New York, NY 10036
aty  P. Bradley O'Neill  Kramer Levin Naftalis & Frankel LLP  1177 Avenue of the Americas  New York, NY 10036

TOTAL: 7