# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| PEER STREET, INC., *et al.*,[1] | ) Case No. 23-10815 (LSS) |
| Debtors. | ) Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Hunton Andrews Kurth LLP hereby appears as counsel for creditor MFA Financial Inc. and related affiliates (collectively, "MFA") in the above-captioned proceeding pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that MFA hereby requests, pursuant to Bankruptcy Rule 2002, that copies of all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following person at the address indicated:

J.R. Smith
Jennifer E. Wuebker
**HUNTON ANDREWS KURTH LLP**
951 East Byrd Street
Richmond, Virginia 23219
(804) 788-8200
jrsmith@huntonak.com
jwuebker@huntonak.com

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number are: Peer Street, Inc. (8584); Peer Street Opportunity Fund, GP, LLC (8491); PS Funding, Inc. (3268); Peer Street Funding LLC (9485); Peer Street Licensing, Inc. (9435); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-STI, LLC (1868); PSF Ohio, LLC (9485); PST TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtor's mailing address is c/o Province LLC, 2360 Corporate Circle Suite 340, Henderson, NV 89074 Attn: David Dunn.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document filed with, or otherwise brought before, this Court with respect to the above-captioned bankruptcy proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, e-mail, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that MFA intends that neither this *Notice of Appearance and Request for Service of Papers* nor any later appearance, pleading, claim or suit shall waive (i) MFA's right to have final orders in non-core matters entered only after de novo review by a higher court, (ii) MFA's right to trial by jury in any proceeding so triable in any case, controversy, or proceeding related to these bankruptcy cases, (iii) MFA's and right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, (iv) MFA's and right to enforce any contractual provisions with respect to arbitration, or (v) any other rights, claims, actions, defense, setoffs, or recoupments to which MFA may be entitled to under agreements, and in law or in equity, including the right to contest the jurisdiction of the United States Bankruptcy Court for the District of Delaware over MFA, all of which rights, claims, actions, defense, setoffs, and recoupments MFA expressly reserve.

Dated: July 5, 2023  Respectfully submitted,
Wilmington, Delaware

By: */s/ Jennifer E. Wuebker*
J.R. Smith
Jennifer E. Wuebker
**HUNTON ANDREWS KURTH LLP**
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 788-8200
jrsmith@huntonak.com
jwuebker@huntonak.com

*Counsel for MFA Financial Inc. and related affiliates*