# Notice Recipients

District/Off: 0311−1  User: admin  Date Created: 7/5/2023
Case: 23−10815−LSS  Form ID: van472  Total: 8

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Joseph F. Cudia | joseph.cudia@usdoj.gov |
| aty | Joseph M. Barry | bankfilings@ycst.com |
| aty | S. Alexander Faris | bankfilings@ycst.com |
| aty | Shella Borovinskaya | sborovinskaya@ycst.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Peer Street, Inc. | c/o Province, LLC | Attn: David Dunn | 2360 Corporate Circle | Suite 340   Henderson, NV 89074 |
| aty | Caroline Gange | Kramer Levin Naftalis & Frankel LLP | 1177 Avenue of the Americas | New York, NY 10036 | |
| aty | P. Bradley O'Neill | Kramer Levin Naftalis & Frankel LLP | 1177 Avenue of the Americas | New York, NY 10036 | |

TOTAL: 3