**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On June 28, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Declaration of David M. Dunn in Support of the Chapter 11 Filing and First-Day Pleadings** (Docket No. 3)

- **Debtors' Motion for an Order, Pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1, Authorizing the Joint Administration of the Debtors' Chapter 11 Cases** (Docket No. 4)

- **Debtors' Application for the Retention and Appointment of Stretto, Inc. as Claims and Noticing Agent** (Docket No. 5)

- **Debtor's Motion for Interim and Final Orders, Pursuant to Sections 105(a), 363, and 364 of the Bankruptcy Code, (A) Authorizing Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance Programs, Including Payment of Policy Premiums and Broker Fees, (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (C) Scheduling a Final Hearing** (Docket No. 6)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are:  Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485).  The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn:  David Dunn, Chief Restructuring Officer.

- **Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 363(b), 507(a)(8), 541, 1107(a), and 1108 of the Bankruptcy Code, (A) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations, (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (C) Scheduling a Final Hearing** (Docket No. 7)

- **Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (A) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (B) Deeming Utility Companies Adequately Assured of Future Payment, (C) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (D) Setting a Final Hearing Related Thereto** (Docket No. 8)

- **Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Wages, Salaries, and Other Compensation, (II) Authorizing Continuation of Employee Benefit Programs, (III) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations, and (IV) Granting Related Relief** (Docket No. 9)

- **Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Pay Certain prepetition Claims of Critical Vendors; (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (C) Granting Related Relief** (Docket No. 10)

- **Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 345, 363, 364, 503(b), 1107(a), and 1108 of the Bankruptcy Code, Bankruptcy Rule 2015, and Local Rule 2015-2, (A) Authorizing and Approving Continued use of Cash Management System, (B) Authorizing use of Prepetition Bank Accounts and Business Forms, (C) Authorizing Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Granting Administrative Expense Status for Postpetition Intercompany Claims and Intercompany Loans, (D) Waiving the Requirements of Section 345(b) on an Interim Basis, and (E) Granting Certain Related Relief** (Docket No. 11)

- **Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors' Use of Cash Collateral; (B) Granting Adequate Protection to the Prepetition Secured Parties; (C) Scheduling a Final Hearing; and (D) Granting Related Relief** (Docket No. 12)

[THIS SPACE INTENTIONALLY LEFT BLANK]

- **Interim Order, Pursuant to Sections 105(a), 345, 363, 364, 1107(a), and 1108 of the Bankruptcy Code, Bankruptcy Rule 2015, and Local Rule 2015-2, (A) Authorizing and Approving Continued use of Cash Management System, (B) Authorizing use of Prepetition Bank Accounts and Business Forms, (C) Authorizing Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Granting Administrative Expense Status for Postpetition Intercompany Claims and Intercompany Loans, (D) Waiving the Requirements of Section 345(b) on an Interim Basis, and (E) Granting Certain Related Relief** (Docket No. 31)

- **Interim Order (I) Authorizing Debtors to Pay Certain Prepetition Wages, Salaries, and Other Compensation, (II) Authorizing Continuation of Employee Benefit Programs, (III) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations, and (IV) Granting Related Relief** (Docket No. 33)

- **Order, Pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1, Authorizing the Joint Administration of the Debtors' Chapter 11 Cases** (Docket No. 34)

- **Order Authorizing the Retention and Appointment of Stretto, Inc. as Claims and Noticing Agent** (Docket No. 35)

- **Interim Order, Pursuant to Sections 105(a), 363, and 364 of the Bankruptcy Code, (A) Authorizing Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance Programs, Including Payment of Policy Premiums and Broker Fees, (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (C) Scheduling a Final Hearing** (Docket No. 36)

- **Interim Order, Pursuant to Sections 105(a), 363(b), 507(a)(8), 541, 1107(a), and 1108 of the Bankruptcy Code, (A) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations, (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (C) Scheduling a Final Hearing** (Docket No. 38)

- **Interim Order, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (A) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (B) Deeming Utility Companies Adequately Assured of Future Payment, (C) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (D) Setting a Final Hearing Related Thereto** (Docket No. 39)

- **Interim Order, (A) Authorizing the Debtors to Pay Certain prepetition Claims of Critical Vendors; (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (C) Granting Related Relief** (Docket No. 40)

- **Interim Order, (A) Authorizing the Debtors' Use of Cash Collateral; (B) Granting Adequate Protection to the Prepetition Secured Parties; (C) Scheduling a Final Hearing; and (D) Granting Related Relief** (Docket No. 41)

- **Omnibus Notice of First Day Pleadings and Final Hearing Thereon** (Docket No. 42)

- **Notice of Bidding Procedures Hearing** (Docket No. 43)

Furthermore, on June 28, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Debtor's Motion for Interim and Final Orders, Pursuant to Sections 105(a), 363, and 364 of the Bankruptcy Code, (A) Authorizing Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance Programs, Including Payment of Policy Premiums and Broker Fees, (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (C) Scheduling a Final Hearing** (Docket No. 6)

- **Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 363(b), 507(a)(8), 541, 1107(a), and 1108 of the Bankruptcy Code, (A) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations, (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (C) Scheduling a Final Hearing** (Docket No. 7)

- **Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Wages, Salaries, and Other Compensation, (II) Authorizing Continuation of Employee Benefit Programs, (III) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations, and (IV) Granting Related Relief** (Docket No. 9)

- **Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Pay Certain prepetition Claims of Critical Vendors; (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (C) Granting Related Relief** (Docket No. 10)

- **Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 345, 363, 364, 503(b), 1107(a), and 1108 of the Bankruptcy Code, Bankruptcy Rule 2015, and Local Rule 2015-2, (A) Authorizing and Approving Continued use of Cash Management System, (B) Authorizing use of Prepetition Bank Accounts and Business Forms, (C) Authorizing Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Granting Administrative Expense Status for Postpetition Intercompany Claims and Intercompany Loans, (D) Waiving the Requirements of Section 345(b) on an Interim Basis, and (E) Granting Certain Related Relief** (Docket No. 11)

- **Interim Order, Pursuant to Sections 105(a), 345, 363, 364, 1107(a), and 1108 of the Bankruptcy Code, Bankruptcy Rule 2015, and Local Rule 2015-2, (A) Authorizing and Approving Continued use of Cash Management System, (B) Authorizing use of Prepetition Bank Accounts and Business Forms, (C) Authorizing Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Granting Administrative Expense Status for Postpetition Intercompany Claims and Intercompany Loans, (D) Waiving the Requirements of Section 345(b) on an Interim Basis, and (E) Granting Certain Related Relief** (Docket No. 31)

- **Interim Order (I) Authorizing Debtors to Pay Certain Prepetition Wages, Salaries, and Other Compensation, (II) Authorizing Continuation of Employee Benefit Programs, (III) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations, and (IV) Granting Related Relief** (Docket No. 33)

- **Interim Order, Pursuant to Sections 105(a), 363, and 364 of the Bankruptcy Code, (A) Authorizing Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance Programs, Including Payment of Policy Premiums and Broker Fees, (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (C) Scheduling a Final Hearing** (Docket No. 36)

- **Interim Order, Pursuant to Sections 105(a), 363(b), 507(a)(8), 541, 1107(a), and 1108 of the Bankruptcy Code, (A) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations, (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (C) Scheduling a Final Hearing** (Docket No. 38)

- **Interim Order, (A) Authorizing the Debtors to Pay Certain prepetition Claims of Critical Vendors; (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (C) Granting Related Relief** (Docket No. 40)

- **Omnibus Notice of First Day Pleadings and Final Hearing Thereon** (Docket No. 42)

Furthermore, on June 28, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit E**, and via electronic mail on Lloyd's of London (K2 Financial Ltd) c/o K2 International Ltd at info@k2insinternational.com:

- **Debtor's Motion for Interim and Final Orders, Pursuant to Sections 105(a), 363, and 364 of the Bankruptcy Code, (A) Authorizing Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance Programs, Including Payment of Policy Premiums and Broker Fees, (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (C) Scheduling a Final Hearing** (Docket No. 6)

- **Interim Order, Pursuant to Sections 105(a), 363, and 364 of the Bankruptcy Code, (A) Authorizing Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance Programs, Including Payment of Policy Premiums and Broker Fees, (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (C) Scheduling a Final Hearing** (Docket No. 36)

- **Omnibus Notice of First Day Pleadings and Final Hearing Thereon** (Docket No. 42)

Furthermore, on June 28, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit F**, and via electronic mail on the service list attached hereto as **Exhibit G**:

- **Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 363(b), 507(a)(8), 541, 1107(a), and 1108 of the Bankruptcy Code, (A) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations, (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (C) Scheduling a Final Hearing** (Docket No. 7)

- **Interim Order, Pursuant to Sections 105(a), 363(b), 507(a)(8), 541, 1107(a), and 1108 of the Bankruptcy Code, (A) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations, (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (C) Scheduling a Final Hearing** (Docket No. 38)

- **Omnibus Notice of First Day Pleadings and Final Hearing Thereon** (Docket No. 42)

Furthermore, on June 28, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit H**, and via electronic mail on the service list attached hereto as **Exhibit I**:

- **Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (A) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (B) Deeming Utility Companies Adequately Assured of Future Payment, (C) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (D) Setting a Final Hearing Related Thereto** (Docket No. 8)

- **Interim Order, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (A) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (B) Deeming Utility Companies Adequately Assured of Future Payment, (C) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (D) Setting a Final Hearing Related Thereto** (Docket No. 39)

- **Omnibus Notice of First Day Pleadings and Final Hearing Thereon** (Docket No. 42)

Furthermore, on June 28, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit J**:

- **Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors' Use of Cash Collateral; (B) Granting Adequate Protection to the Prepetition Secured Parties; (C) Scheduling a Final Hearing; and (D) Granting Related Relief** (Docket No. 12)

- **Interim Order, (A) Authorizing the Debtors' Use of Cash Collateral; (B) Granting Adequate Protection to the Prepetition Secured Parties; (C) Scheduling a Final Hearing; and (D) Granting Related Relief** (Docket No. 41)

- **Omnibus Notice of First Day Pleadings and Final Hearing Thereon** (Docket No. 42)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: July 5, 2023

_____
Gregory A. Lesage

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 5th day of July, 2023, by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____



STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

# Exhibit A



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Attn: Centralized Insolvency Op | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Invigorate Finance LLC | Attn: Loren J Morris | 425 S. Financial Place 7th Floor | | Chicago | IL | 60605 |
| Magnetar Financial LLC | c/o Richards Layton & Finger P.A. | 920 North King Street One Rodney Sq | Attn: R. Silberglied & N. Schlauch | Wilmington | DE | 19801 |
| Magnetar Financial LLC | c/o Royer Cooper Cohen Braunfeld | 1120 Avenue of the Americas 4th Fl | Attn Marc Hirschfield & Marc Skapof | New York | NY | 10036 |
| Retail Customer 1 | | Address Redacted | | | | |
| Retail Customer 10 | | Address Redacted | | | | |
| Retail Customer 11 | | Address Redacted | | | | |
| Retail Customer 12 | | Address Redacted | | | | |
| Retail Customer 13 | | Address Redacted | | | | |
| Retail Customer 14 | | Address Redacted | | | | |
| Retail Customer 15 | | Address Redacted | | | | |
| Retail Customer 16 | | Address Redacted | | | | |
| Retail Customer 17 | | Address Redacted | | | | |
| Retail Customer 18 | | Address Redacted | | | | |
| Retail Customer 2 | | Address Redacted | | | | |
| Retail Customer 3 | | Address Redacted | | | | |
| Retail Customer 4 | | Address Redacted | | | | |
| Retail Customer 5 | | Address Redacted | | | | |
| Retail Customer 6 | | Address Redacted | | | | |
| Retail Customer 7 | | Address Redacted | | | | |
| Retail Customer 8 | | Address Redacted | | | | |
| Retail Customer 9 | | Address Redacted | | | | |
| Securities and Exchange Commission | Attn: Regional Director | 200 Vesey St Ste 400 Brookfield Pl | New York Regional Office | New York | NY | 10281-1022 |
| Securities and Exchange Commission | Attn: Legal Dept | 100 F Street, NE | | Washington | DC | 20549 |
| Small Business Administration | c/o Office of General Counsel | 721 19th Street, Suite 426 | Attn: Stacey Dawes | Denver | CO | 80202 |
| State of Delaware | Department of Justice | 820 N French Street | Carvel State Office Building | Wilmington | DE | 19801 |
| United States Attorney for Delaware | Attn: Legal Dept | 1313 N Market Street | | Wilmington | DE | 19801 |
| United States Trustee for Delaware | Attn: Timothy J. Fox | 844 N King St #2207 Lockbox 35 | | Wilmington | DE | 19801 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# **Exhibit B**



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Invigorate Finance, LLC | Attn: Loren J Morris | | lmorris@fayfinancial.com |
| Magnetar Financial LLC | c/o Richards, Layton & Finger, P.A. | | silberglied@rlf.com schlauch@rlf.com mathews@rlf.com |
| Magnetar Financial LLC | c/o Royer Cooper Cohen Braunfeld LLC | | mhirschfield@rccblaw.com mskapof@rccblaw.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn:  Timothy J. Fox | | timothy.fox@usdoj.gov ustpregion03.wl.ecf@usdoj.gov |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Landis Rath & Cobb LLP | Attn: Adam G. Landis, Esq., Kimberly A. Brown, Esq. & Howard W. Robertson IV, Esq. | landis@lrclaw.com brown@lrclaw.com robertson@lrclaw.com |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Winston & Strawn LLP | Attn: David Neier, Esq. & James T. Bentley, Esq. | dneier@winston.com jbentley@winston.com |
| Retail Customer 1 | | | Address Redacted |
| Retail Customer 11 | | | Address Redacted |
| Retail Customer 12 | | | Address Redacted |
| Retail Customer 12 | | | Address Redacted |
| Retail Customer 13 | | | Address Redacted |
| Retail Customer 14 | | | Address Redacted |
| Retail Customer 15 | | | Address Redacted |
| Retail Customer 16 | | | Address Redacted |
| Retail Customer 17 | | | Address Redacted |
| Retail Customer 18 | | | Address Redacted |
| Retail Customer 2 | | | Address Redacted |
| Retail Customer 3 | | | Address Redacted |
| Retail Customer 4 | | | Address Redacted |
| Retail Customer 5 | | | Address Redacted |
| Retail Customer 6 | | | Address Redacted |
| Retail Customer 7 | | | Address Redacted |
| Retail Customer 8 | | | Address Redacted |
| Retail Customer 9 | | | Address Redacted |
| Small Business Administration | c/o Office of General Counsel | | stacey.dawes@sba.gov |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# Exhibit C



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Pacific Premier Bank | Attn: Anita Saraiya | 17901 Von Karman Avenue Ste 1200 | Irvine | CA | 92614 |
| Pacific Premier Bank | Attn: Anita Saraiya | 17911 Von Karman Ave Ste 500 | Irvine | CA | 92614 |
| Wells Fargo Bank  NA | Attn: Lydia Diaconou | PO Box 63020 | San Francisco | CA | 94163 |
| Wells Fargo Bank NA | Attn: Lydia Diaconou | 420 Montgomery Street 9th Fl | San Francisco | CA | 94104 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# **Exhibit D**



**Exhibit D**
Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Pacific Premier Bank | Attn: Anita Saraiya | asaraiya@ppbi.com |
| Pacific Premier Bank | Attn: Anita Saraiya | asaraiya@ppbi.com<br>iarruda@live.com |
| Wells Fargo Bank, NA | Attn: Lydia Diaconou | lydia.diconou@wellsfargo.com |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# Exhibit E



**Exhibit E**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Chubb Group of Insurance Companies | | 202B Hall's Mill Road | Whitehouse Station | NJ | 08889 | |
| FIRST Insurance Funding | | 450 Skokie Blvd, Ste 1000 | Northbrook | IL | 60062-7917 | |
| Lloyd's of London | Attn: Amwins Global Risk | 22 Bishopsgate | London | | EC2N 4BQ | United Kingdom |
| Lloyd's of London (K2 Financial Ltd) | c/o K2 International Ltd | 35 Great St. Helen's 5th Floor | London | | EC3A 6AP | United Kingdom |
| Lloyds of London | c/o Lee and Mason Financial Service | 1554 Ormsby Station Court | Louisville | KY | 40223 | |
| North American Capacity Insurance Co. | Attn: Coalition Claims | 1160 Battery Street, Suite 350 | San Francisco | CA | 94111 | |
| The Hartford Insurance Co. | c/o Sentinel Insurance Company | One Hartford Plaza | Hartford | CT | 06155 | |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

# **Exhibit F**



**Exhibit F**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| BED/GMEI Utility | | Basisweg 10 | | Amsterdam | AP | 1043 | Netherlands |
| California Department of Financial Protection & Innovation / NMLS | | 2101 Arena Boulevard | | Sacramento | CA | 95834 | |
| California Secretary of State | | 1500 11th Street | | Sacramento | CA | 95814 | |
| City of El Segundo | | 314 Main Street | | El Segundo | CA | 90245 | |
| FFEIC | | 3501 Fairfax Drive Room B 3030 | | Arlington | VA | 22226-3550 | |
| Georgia Secretary of State | | 2 MLK Jr. Dr. S.E. | Floyd W. Tower, Suite 814 | Atlanta | GA | 30344 | |
| Illinois Secretary of State | | Department of Business Services | 501 S. Second St. | Springfield | IL | 62756-5510 | |
| Massachusets Secretary of State | | One Ashburton Place | | Boston | MA | 02108 | |
| Missouri Secretary of State | | 600 West Main Street | | Jefferson City | MO | 65101 | |
| New Jersey Department of Treasury | | 225 West State Street | | Trenton | NJ | 08608 | |
| New Jersey Department of Treasury | | PO Box 002 | | Trenton | NJ | 08625-0002 | |
| Rhode Island Secretary of State | | 82 Smith Street | State House, Room 218 | Providence | RI | 02903-1120 | |
| State of Delaware - Division of Corporations | Division of Corporations | 401 Federal Street Suite 4 | John G. Townsend Bldg. | Dover | DE | 19901 | |
| Surety Solutions, a Gallagher Company - Swiss Re Corporate Solutions | | 4285 Commercial St SE, Ste 110 | | Salem | OR | 97302 | |
| United States Securities and Exchange Comission (SEC) | | 100 F Street, NE | | Washington | DC | 20549 | |
| United States Securities and Exchange Commission (SEC) - SEC's Investment Adviser Public Disclosure (IAPD) | c/o United Staes Securities and Exchange Commision | 100 F Street, NE | | Washington | DC | 20549 | |
| Virgina State Corporation Commission | | 1300 E. Main St. | | Richmond | VA | 23219 | |
| Washington Secretary of State | Corporations & Charities Division | 801 Captiol Way South | | Olympia | WA | 98501 | |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# Exhibit G



**Exhibit G**
Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Massachusets Secretary of State | | cis@sec.state.ma.us |
| Missouri Secretary of State | | info@sos.mo.gov |
| Rhode Island Secretary of State | | secretaryamore@sos.ri.gov |
| Surety Solutions, a Gallagher Company - Swiss Re Corporate Solutions | | customercare@suretysolutions.com |
| Virgina State Corporation Commission | | sccefile@scc.virginia.gov |
| Washington Secretary of State | Corporations & Charities Division | corps@sos.wa.gov |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# **<u>Exhibit H</u>**



**Exhibit H**
Served Via First-Class Mail

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Baltimore Department of Public Works | 100 N. Holliday Street | Baltimore | MD | 21201 |
| East Bay Municipal Utility District (EBMUD) | 375 11th Street | Oakland | CA | 94607 |
| KC Water | 4800 E. 63rd Street | Kansas City | MO | 64130 |
| Narragansett Bay Commission | 1 Service Road | Province | RI | 02905 |
| NYC Department of Environmental Protection | 59-17 Junction Blvd 19th Floor | Flushing | NY | 11373 |
| Pacific Gas & Electric Company (PG&E) | 1415 L Street, Suite 280 | Sacramento | CA | 95814 |
| Pacific Gas & Electric Company (PG&E) | PO Box 997300 | Sacramento | CA | 95899-7300 |
| Pawtucket Water Supply Board | 85 Branch Street | Pawtucket | RI | 02860 |
| San Francisco Water Power Sewer (SFPUC) | 525 Golden Gate Avenue | San Francisco | CA | 94102 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# **Exhibit I**



**Exhibit I**
Served Via Electronic Mail

| Name | Email |
| --- | --- |
| Baltimore Department of Public Works | marco.merrick@baltimorecity.gov |
| East Bay Municipal Utility District (EBMUD) | customerservice@ebmud.com |
| Narragansett Bay Commission | bcpr@narrabay.com |
| NYC Department of Environmental Protection | ombuds@dep.nyc.gov |
| Pawtucket Water Supply Board | rnsalois@pwsb.org |
| San Francisco Water Power Sewer (SFPUC) | customerservice@sfwater.org |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# Exhibit J



**Exhibit J**
Served Via First-Class Mail

| Name | Address | City | State | Zip |
|------|---------|------|-------|-----|
| Magnetar Financial LLC, As Collateral Agent | 1603 Orrington Avenue 13th Floor | Evanstan | IL | 60201 |
| VAR Resources, LLC | 2330 Interestate 30 | Mesquite | TX | 75150 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)