

FILED
2023 JUL -6 AM 10: 0

CLERK
BANKRUPTCY
T OF DE

Scott Van Dellen
La Canada-Flintridge, CA. 91011
svandell2@gmail.com

June 28, 2023

Chief Judge Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market Street
6th Floor
Wilmington, DE 19801

Dear Honorable Judge Silverstein:

I have become aware of the Chapter 11 bankruptcy of Peer Street and that you have been named as the bankruptcy judge. I am an individual investor in the so-called mortgage payment dependent notes, of which I am currently invested in 3 particular loans.

I want to be sure that our first position rights as owners of these identified loans are protected against all other creditors mentioned in the bankruptcy filing and announcement.

As such, I would like to immediately and continuously be notified with the following:

1. List of names and contact information of all other mortgage payment dependent note holders,
2. All documents and schedules included in the filing and subsequent BK case, and
3. Any notices of sale of our loans which should not be accomplished without our individual consent.

I intend to contact the US Trustee and Chief Restructuring Officer as well to ensure that our priority rights are protected as this progresses through bankruptcy.

Sincerely yours,

Scott Van Dellen
818-207-8812

23-10815 LSS

Case 23-10815-LSS    Doc 57    Filed 07/06/23    Page 2 of 2

Mr Scott W Van Dellen
4453 Oakwood Ave
La Canada, CA 91011

SANTA CLARITA CA 913
29 JUN 2023 PM 3 L



Chief Judge Laurie Selber Silverstein
US Bankruptcy Court
824 North Market St.
6th Floor
Wilmington, DE. 19801

19801-30249S