## <u>EXHIBIT A</u>

**Barry Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF JOSEPH BARRY IN SUPPORT OF THE DEBTORS'
APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND
EMPLOYMENT OF YOUNG CONAWAY STARGATT & TAYLOR AS
CO-COUNSEL FOR THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE**

I, Joseph Barry, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1.      I am a partner in the firm of Young Conaway Stargatt & Taylor, LLP ("**Young Conaway**" or the "**Firm**"), with offices at Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, and have been duly admitted to practice in the State of Delaware, the State of New York, the United States Bankruptcy Court for the District of Delaware, the United States Court of Appeals for the Third Circuit and the United States Supreme Court.  I submit this declaration in support of *Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date* (the "**Application**").[2]

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are:  Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485).  The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn:  David Dunn, Chief Restructuring Officer.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

2.      Young Conaway has conducted a series of searches in the Firm's conflicts databases to identify relationships with the Debtors, their lenders, equity holders, and various other parties-in-interest in these cases (collectively, the "**Interested Parties**").[3]

3.      Based on the conflicts and connections search conducted and described herein, to the best of my knowledge, neither I, Young Conaway, nor any partner, counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors or any other parties-in-interest herein, except as stated below:

    a.  In recent months, Young Conaway and certain of its partners and associates have rendered legal services to the Debtors relating to their plans to seek relief under chapter 11 of the Bankruptcy Code and the preparation of the petitions and other papers initiating and prosecuting these cases.

    b.  The Debtors have sought or will seek to retain, among others, Kramer Levin Naftalis & Frankel LLP as bankruptcy co-counsel ("**Kramer Levin**"), Province, LLC ("**Province**") to provide a Chief Restructuring Officer and support staff, Piper Sandler Loan Strategies LLC ("**Piper Sandler**") as broker, and Stretto, Inc. ("**Stretto**") as administrative advisor in these chapter 11 cases. Young Conaway has in the past and/or currently does work with and/or against such professionals in connection with matters wholly unrelated to these chapter 11 proceedings.

    c.  Young Conaway may have previously represented the Interested Parties listed below, or parties who may be affiliated with such Interested Parties, in matters wholly unrelated to the Debtors and these chapter 11 cases:

        i.    FCI Lender Services, Inc.
       ii.    The Hartford Insurance Co.
     iii.    Kramer Levin Naftalis & Frankel LLP
     iv.    Lloyd's of London
      v.    MFA (MFRA 2015/Barclays)
     vi.    PG&E
    vii.    Wilson Sonsini Goodrich & Rosati

    d.  Young Conaway currently represents (and may in the past have represented) the Interested Parties listed below, or parties who may

---

[3]    A list of the Interested Parties is attached hereto as **Schedule 1**.

be affiliated with such Interested Parties, in matters wholly unrelated to the Debtors and these chapter 11 cases:

    i.     ACM Alamosa I LP
    ii.    ACM Alamosa I-A LP
    iii.   Chubb Group of Insurance Companies
    iv.   First American Data & Analytics
    v.    First American Mortgage Solutions, LLC
    vi.   Small Business Administration
    vii.  State of Delaware
   viii.  Wells Fargo & Company

4.      In addition, to the best of my knowledge, information, and belief and in accordance with Bankruptcy Rule 5002, neither I, nor any attorney at Young Conaway is a relative of the United States Bankruptcy Judge assigned to these chapter 11 cases, and Young Conaway does not have a connection with the United States Bankruptcy Judge that would render the Firm's retention in these chapter 11 cases improper.  Further, in accordance with Bankruptcy Rule 2014, Young Conaway does not have any connection with the U.S. Trustee or any persons employed by the U.S. Trustee.

5.      Young Conaway is continuing to review the Debtors' complete list of creditors.  Based upon the Firm's review as of this date, Young Conaway has determined that it does not represent any party in these proceedings with a material adverse interest with respect to the Debtors.  Young Conaway will supplement this declaration, as necessary, with additional information or disclosures in the event that additional information is developed.

6.      Except as disclosed herein, Young Conaway has not represented the Debtors, their creditors, or any other parties-in-interest, or their respective attorneys, in any matter relating to the Debtors or their estates.

7.      Young Conaway is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that Young Conaway, its partners, counsel, and associates:

30200483.6

3

a.   are not creditors, equity security holders, or insiders of the Debtors;

b.   are not and were not, within two (2) years before the date of the filing of the petition, a director, officer, or employee of the Debtors; and

c.   do not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

8.      Young Conaway was retained by the Debtors pursuant to an engagement agreement dated March 7, 2023 (the "**Engagement Agreement**").  On March 8, 2023, Young Conaway received a retainer of $75,000.00 (the "**Initial Retainer**") in connection with the planning and preparation of initial documents and the Firm's proposed postpetition representation of the Debtors.  On May 19, 2023, Young Conaway receive a supplemental retainer of $75,000.00 (the "**Supplemental Retainer**" and together with the Initial Retainer, the "**Retainer**").  In total, Young Conaway received payments from the Debtors for services rendered prior to the Petition Date as follows:[4]

| Invoice Date | Billing Period | Payment Date | Payment Amount | Form of Payment | Retainer Balance |
|---|---|---|---|---|---|
| N/A | Initial Retainer | 3/9/23 | $75,000.00 | Trust | $75,000.00 |
| 3/15/23 | 3/7-3/14/23 | 3/23/23 | $42,461.00 | Wire | $75,000.00 |
| 3/28/23 | 3/13-3/24/23 | 3/30/23 | $50,879.00 | Wire | $75,000.00 |
| 4/6/23 | 3/20-3/31/23 | 4/20/23 | $48,685.49 | Wire | $75,000.00 |
| 4/26/23 | 4/3-4/17/23 | 5/4/23 | $21,783.80 | Wire | $75,000.00 |
| 5/11/23 | 4/17-4/27/23 | 5/18/23 | $18,545.90 | Wire | $75,000.00 |
| 5/17/23 | 5/1-5/12/23 | 5/19/23 | $28,431.80 | Wire | $75,000.00 |
| N/A | Supplemental Retainer | 5/19/23 | $75,000.00 | Trust | $150,000.00 |

[4]   Any overlap in billing periods are due to delays in time submission.

| Invoice Date | Billing Period | Payment Date | Payment Amount | Form of Payment | Retainer Balance |
|---|---|---|---|---|---|
| 5/31/23 | 5/15-5/31/23 | 6/5/23 | $91,030.20 | Wire | $150,000.00 |
| 6/9/23 | 5/31-6/9/23 | 6/9/23 | $104,821.74 | Wire | $150,000.00 |
| 6/16/23 | 6/1-6/15/23 | 6/20/23 | $68,412.60 | Wire | $150,000.00 |
| 6/23/23 | 6/12-6/22/23 | 6/23/23 | $67,342.80 | Wire | $150,000.00 |
| 6/30/23 | 6/19-6/26/23 | 6/30/23 | $60,843.40 | Applied Against Retainer | $89,156.60 |

Following a final reconciliation, Young Conaway is holding approximately $89,156.60 as a Retainer, which will constitute a general security retainer for postpetition services and expenses.

9.      Compensation agreed to be paid by the Debtors to Young Conaway is to be for legal services rendered in connection with these chapter 11 cases. The Debtors have agreed to pay Young Conaway at the firm's standard hourly rates for the legal services rendered or to be rendered on the Debtors' behalf in connection with these cases by Young Conaway's various attorneys and paralegals. The Debtors have also agreed to reimburse Young Conaway for its actual and necessary expenses incurred in connection with these cases.

10.     Young Conaway intends to apply for compensation for professional services rendered in connection with these chapter 11 cases subject to approval of the Court and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any administrative order entered by the Court, on an hourly basis, plus reimbursement of actual, necessary expenses, and other charges incurred by Young Conaway.

11.     The Firm operates in a national and regional marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialty, the firm's expertise, performance and reputation, the nature of the work involved, and

other factors.  The principal attorneys and paralegal designated to represent the Debtors and their

current standard hourly rates are:

| Timekeeper | Title | Hourly Rate |
|---|---|---|
| Joseph M. Barry | Partner | $1,070.00 |
| Ryan M. Bartley | Partner | $890.00 |
| S. Alexander Faris | Associate | $600.00 |
| Shella Borovinskaya | Associate | $505.00 |
| Delali H. Agblevor | Law Clerk | $400.00 |
| Beth Olivere | Paralegal | $355.00 |

12.     The hourly rates set forth above are subject to periodic adjustments to reflect

economic and other conditions.  Other attorneys and paralegals may from time to time serve the

Debtors in connection with the matters herein described.

13.     The hourly rates set forth above are Young Conaway's standard hourly rates

for work of this nature and these rates are set at a level designed to fairly compensate Young

Conaway for the work of its attorneys and paralegals and to cover fixed and routine overhead

expenses.  It is the Firm's policy to charge its clients in all areas of practice for all other expenses

incurred in connection with the client's case.  The expenses charged to clients include, among

other things, mail and express mail charges, special or hand delivery charges, document

processing, photocopying charges, charges for mailing supplies (including, without limitation,

envelopes and labels) provided by the Firm to outside copying services for use in mass mailings,

travel expenses, expenses for "working meals," computerized research, transcription costs, as well

as non-ordinary overhead expenses approved by the client such as secretarial and other overtime.

The Firm will charge the Debtors for these expenses in a manner and at rates consistent with

charges made generally to the Firm's other clients.  The Firm believes that it is fairer to charge

these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

14.    No promises have been received by Young Conaway, nor by any partner, counsel, or associate thereof, as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code.    Young Conaway has no agreement with any other entity to share with such entity any compensation received by either Young Conaway or any other entity in connection with these chapter 11 cases.

15.    The Debtors have filed, or intend to file, applications to retain certain professionals, including, Kramer Levin as the Debtors' bankruptcy co-counsel; Province as the Debtors' financial advisors; and Piper Sandler as the Debtors' investment banker.    Young Conaway will work with the Debtors' other advisors to ensure there is no duplication of effort.

16.    Consistent with the U.S. Trustee's *Appendix B—Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "**U.S. Trustee Guidelines**"), which became effective on November 1, 2013,[5] I state as follows:

  a. Young Conaway has not agreed to a variation of its standard or customary billing arrangements for this engagement;

  b. None of the Firm's professionals included in this engagement have varied their rate based on the geographic location of these chapter 11 cases;

  c. Young Conaway was retained by the Debtors for restructuring work pursuant to an engagement agreement dated March 7, 2023.    The

---

[5]    The U.S. Trustee Guidelines themselves acknowledge that "the Guidelines do not supersede local rules, court orders, or other controlling authority."    While the Debtors and Young Conaway intend to work cooperatively with the U.S. Trustee to address requests for information and any concerns that may have led to the adoption of the U.S. Trustee Guidelines, neither the filing of this Declaration, nor anything contained herein, is intended to or shall be deemed to be an admission by Young Conaway that the Firm is required to comply with the U.S. Trustee Guidelines.    Young Conaway reserves any and all rights with respect to the application of the U.S. Trustee Guidelines in respect of any application for employment or compensation filed in these cases

billing rates and material terms of the prepetition engagement are the same as the rates and terms described in this Application; and

d.      The Debtors have approved or will be approving a prospective budget and staffing plan for Young Conaway's engagement for the postpetition period as appropriate.  In accordance with the U.S. Trustee Guidelines, the budget may be amended as necessary to reflect changed or unanticipated developments.

17.     The professional services that Young Conaway will render to the Debtors include, but shall not be limited to, the following:

a.      providing legal advice and services with respect to the Debtors' powers and duties as debtors in possession in the continued operation of their business, management of their property, the Local Rules, practices, and procedures, and providing substantive and strategic advice on how to accomplish the Debtors' goals in connection with the prosecution of these;

b.      pursuing a sale of the Debtors' assets and approving bid procedures related thereto;

c.      preparing, on behalf of the Debtors, necessary applications, motions, answers, orders, reports, and other legal papers;

d.      appearing in Court and protecting the interests of the Debtors before the Court; and

e.      performing all other legal services for the Debtors that may be necessary and proper in these proceedings as counsel to the Debtors in these chapter 11 cases.

18.     The facts set forth in the Application are true and correct to the best of my knowledge, information, and belief.

Dated: July 7, 2023
        Wilmington, Delaware

                                        */s/ Joseph Barry*
                                        Joseph Barry

**<u>Schedule 1</u>**

**Interested Parties**

**Peer Street, Inc.**

*Potential Parties in Interest*

**Debtors**

Peer Street Funding LLC
Peer Street Opportunity Fund, GP, LLC
Peer Street Opportunity Investors II, LP
Peer Street, Inc.
PeerStreet Licensing, Inc.
PS Funding, Inc.
PS Options LLC
PS Portfolio-ST1, LLC
PS Warehouse II, LLC
PS Warehouse, LLC
PSF Ohio, LLC
PSF REO, LLC
PSF TX 1, LLC
PSF TX 2, LLC
PSF TX 4 LLC

Datasite LLC
DMS Facility Services
FCI Lender Services, Inc.
First American Data & Analytics
First American Mortgage Solutions, LLC
Fox & Roach, LP
Gibbs Realty & Auction Co., Inc.
Kirby Condominium Association, Inc.
Land Gorilla, Inc.
More Property Management Inc.
Surfside Villas HOA
The Wursta Corporation
Thomson Reuters
Trinity Inspection Services LLC
Trustpoint Technologies, Inc.

**Debtors' Advisors**

Kramer Levin Naftalis & Frankel LLP
Piper Sandler Companies
Province, LLC
Stretto, Inc.
Wilson Sonsini Goodrich & Rosati
Young Conaway Stargatt & Taylor, LLP

**Top 20 Unsecured Creditors**

The Debtors' Top 20 Unsecured Creditors
on a Consolidated Basis. *See* Docket No. 1.

**Banks**

Pacific Premier Bank
Wells Fargo & Company

**Lenders**

Magnetar Capital
Small Business Administration

**Material Vendors & Contract Counterparties**

Allied Universal Security Systems
Area Wide Realty Corp.
CDW
CES Limited LLC
CloudFlare, Inc.
Control Air Enterprises LLC
CoreLogic Credco LLC

**Insurance Providers**
Chubb Group of Insurance Companies
Lloyd's of London
Lloyd's of London (K2 Financial Ltd)
North American Capacity Insurance
Co./Arch Specialty Insurance Co.
The Hartford Insurance Co.
First Insurance Funding

**Landlords**
2121 Park Place Fee Owner CA, LLC
LiquidSpace, Inc.

**Utility Companies**
Baltimore Department of Public Works
East Bay Municipal Utility District
KC Water
Narragansett Bar Commission
NYC Department of Environmental
Protection
Pawtucket Water Supply Board
PG&E
San Francisco Water Power Sewer

**Directors & Officers**
Brewster Johnson
David Dunn
David Eaton
Ellen Coleman
Ivona Smith
M. Freddie Reiss

**Equity Holders**
ACM Alamosa I LP
ACM Alamosa I-A LP
AH Parallel Fund IV, L.P., as nominee
Alpha Street Investment, LLC
Andreessen Horowitz Fund IV, L.P., as
nominee
Ang-Chih Kao
Baileyana Investments, LLC
Banyan Tree Capital LLC
Bawag P.S.K. Bank Für Arbeit Und
Wirtschaft Und Österreichische
Postsparkasse Aktiengesellschaft
Brewster Johnson

Colchis Opportunities Master Fund, L.P.
Diplomat Property Holdings Corp.
Dividend Capital Group, Inc. Pension Trust
Dragonland Global Investments Limited
ERES Peer Street, LLC
Evan Petrie and Jessica Petrie as
Community Property with the Right of
Survivorship
Felicis Ventures IV, L.P.
GMO GFF Limited Partnership
Greenline Community Growth Fund LLC
Harris Family Trust, dated October 14, 2002
Hollencrest Bayview Partners, LP
J.R. Johnson
Jeff Wilson
Jessica Geraty
Joaquin Hartman
Kevin Marshall
LB2 LLC
LF Ventures LLC
Liberty Ship I LLC
Marc Heenan
Michael L. McHargue
Michael Loop
Montage Ventures Fund I, L.P.
Moore Family Trust dtd 12-29-2010
Navitas Capital II, LP
Rapelye Alden Trust
Rembrandt Venture Partners Fund Three
L.P.
Robert P. Brennan Jr.
SCG Private Holdings, LLC
SM PeerStreet LLC
South Bay Financial Group II, LLC
The Campana Family Revocable Trust
The Joyce Family Trust dated February 25,
2004
The Kimberly and Amos Smith Trust
Thomas Fulton Scott Crosby
Thomvest Venture Capital SRL
Toba Capital Ventures Series of Toba
Capital LLC
Two Guys on the Beach, LLC
Weber Family Trust
WiL Fund II, L.P.

**Government Agencies/Taxing Authorities**
BED/GMEI Utility
California Department of Financial
Protection & Innovation / NMLS
California Secretary of State
City of El Segundo
FFEIC
Georgia Secretary of State
Illinois Secretary of State
Los Angeles County Tax Collector
Massachusetts Secretary of State
Missouri Secretary of State
New Jersey Department of Treasury
Rhode Island Secretary of State
State of Delaware - Division of Corporations
Surety Solutions, a Gallagher Company -
Swiss Re Corporate Solutions
United States Securities and Exchange
Commission (SEC)
United States Securities and Exchange
Commission (SEC) - SEC's Investment
Adviser Public Disclosure (IAPD)
Virginia State Corporation Commission
Washington Secretary of State

**Judges**
Dorsey, John T.
Goldblatt, Craig T.
Horan, Thomas M.
Owens, Karen B.

Shannon, Brendan L.
Silverstein, Laurie Selber
Stickles, J. Kate
Walrath, Mary F

**Office of the United States Trustee**
Andrew R. Vara
Benjamin Hackman
Christine Green
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Harris
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.