# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Peer Street, Inc., *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: July 28, 2023 at 10:00 a.m. (ET)**<br>**Objection Deadline: July 21, 2023 at 4:00 p.m. (ET)** |

## NOTICE OF APPLICATION

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kramer Levin Naftalis & Frankel LLP as Bankruptcy Co-Counsel for the Debtors in Possession Nunc Pro Tunc to the Petition Date* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").[2]

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Application must be filed on or before **July 21, 2023 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection or response upon the undersigned proposed counsel to the Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER APPROVAL OF THE APPLICATION IS SCHEDULED FOR **JULY 28, 2023 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 3RD FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

[2] Capitalized terms used but not otherwise defined herein shall the meanings ascribed to such terms in the Motion.

30526513.1

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS OR RESPONSES TO THE APPLICATION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 7, 2023

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>/s/ S. Alexander Faris<br>Joseph Barry (Del. Bar No. 4221)<br>Ryan M. Bartley (Del. Bar No. 4985)<br>S. Alexander Faris (Del. Bar No. 6278)<br>Shella Borovinskaya (Del. Bar No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jbarry@ycst.com<br>         rbartley@ycst.com<br>         afaris@ycst.com<br>         sborovinskaya@ycst.com<br><br>*Proposed Co-Counsel to the Debtors and Debtors in Possession* | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>P. Bradley O'Neill (admitted *pro hac vice*)<br>Caroline Gange (admitted *pro hac vice*)<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9511<br>Facsimile: (212) 715-8000<br>Email: boneill@kramerlevin.com<br>         cgange@kramerlevin.com<br><br>*Proposed Co-Counsel to the Debtors and Debtors in Possession* |