# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| **PEER STREET, INC.,** *et al.,*[1] | ) | Case No. 23-10815 (LSS) |
| | ) | (Jointly Administered) |
| **Debtors.** | ) | **341 Meeting Date: August 2, 2023** |
| | ) | **341 Meeting Time: 2:00 p.m.** |

## NOTICE OF TELEPHONIC SECTION 341 MEETING

PLEASE TAKE NOTICE that the meeting of creditors pursuant to 11 U.S.C. §§ 341 and 343 (the "section 341 meeting") in this case, scheduled for **August 2, 2023 at 2:00 p.m. (ET)** will be held telephonically.

If you are receiving this notice, you have been identified as a party who may be a creditor, i.e. someone who may be owed money by the Debtor. Creditors will receive subsequent notice regarding any deadline for submitting a claim for monies owed, as well as the procedures for doing so. **Your telephonic participation in the 341 meeting is not required, is completely optional, and failure to attend will not affect your eligibility to file a claim later.** The purpose of the 341 meeting is to provide creditors and parties in interest an opportunity to examine the Debtor's financial affairs. It is not the purpose of the 341 meeting to address the specific circumstances of each creditor.

PLEASE FOLLOW the instructions below to ensure a smooth and efficient telephonic section 341 meeting of creditors.

- You must use a touch-tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call-in number, **1-866-621-1355,** and then enter the passcode **7178157,** followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the U.S. Trustee counsel asks you to identify yourself or indicates you may ask questions. You will still be able to listen even when your phone is muted.
- Unmute your phone when speaking.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer

- Once the meeting of creditors is finished, please hang up.
- If you become disconnected before the meeting is finished, please call back.
- The section 341 meeting of creditors will be recorded by the U.S. Trustee. Any other recordings are prohibited.
- **Neither the U.S. Trustee nor the Debtor may provide legal advice to any creditors.**

If you have any questions, you may contact Joseph Cudia, Trial Attorney for the United States Trustee's Office: Joseph Cudia, Trial Attorney, 844 King Street, Suite 2207, Wilmington, DE 19801 | Telephone: (202) 934-4051 | E-Mail: joseph.cudia@usdoj.gov.

**Dated:** July 5, 2023

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**REGIONS 3 AND 9**

By: /s/ *Joseph F. Cudia*
Joseph F. Cudia
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
Telephone: (202) 934-4051
E-Mail: joseph.cudia@usdoj.gov

United States Bankruptcy Court
District of Delaware

In re:                                                                                                   Case No. 23-10815-LSS
Peer Street, Inc.                                                                                        Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1                    User: admin                    Page 1 of 3
Date Rcvd: Jul 05, 2023             Form ID: pdf341              Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peer Street, Inc., c/o Province, LLC, Attn: David Dunn, 2360 Corporate Circle, Suite 340 Henderson, NV 89074-7718 |
| aty | + | Caroline Gange, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036-2714 |
| aty | + | James T. Bentley, Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166-4002 |
| aty | + | Marc Skapof, Royer Cooper Cohen Braunfield LLC, 1120 Avenue of the Americas, 4th Floor, New York, NY 10036-6700 |
| aty | + | P. Bradley O'Neill, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036-2714 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: mhirschfield@rccblaw.com | Jul 05 2023 23:08:00 | Marc E Hirschfield, Royer Cooper Cohen Braunfield LLC, 1120 Avenue of the Americas, 4th Floor, New York, NY 10036-6700 |
| clagent | + | Email/Text: cr-info@stretto.com | Jul 05 2023 23:08:00 | Stretto, www.stretto.com, 410 Exchange, Ste 100, Irvine, CA 92602-1331 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MFA Financial Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2023                    Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2023 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Jul 05, 2023 | Form ID: pdf341 | Total Noticed: 7 |

| Name | Email Address |
|---|---|
| Adam G. Landis | on behalf of Interested Party Pacific Funding Trust 1002 landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Interested Party Pacific RBLF LLC landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Brendan Joseph Schlauch | on behalf of Interested Party Magnetar Structuring Credit Fund LP, Magnetar Longhorn Fund, LP, Purpose Alternative Credit Fund F LLC, Purpose Alternative Credit Fund T LLC and Magnetar Lake Credit Fund, LLC schlauch@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| David Neier | on behalf of Interested Party Pacific Funding Trust 1002 dneier@winston.com dcunsolo@winston.com;david-neier-0903@ecf.pacerpro.com |
| David Neier | on behalf of Interested Party Pacific RBLF LLC dneier@winston.com dcunsolo@winston.com;david-neier-0903@ecf.pacerpro.com |
| Emily Rae Mathews | on behalf of Interested Party Magnetar Structuring Credit Fund LP, Magnetar Longhorn Fund, LP, Purpose Alternative Credit Fund F LLC, Purpose Alternative Credit Fund T LLC and Magnetar Lake Credit Fund, LLC mathews@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Howard W Robertson, IV | on behalf of Interested Party Pacific Funding Trust 1002 robertson@lrclaw.com ramirez@lrclaw.com;dellose@lrclaw.com |
| Howard W Robertson, IV | on behalf of Interested Party Pacific RBLF LLC robertson@lrclaw.com ramirez@lrclaw.com;dellose@lrclaw.com |
| Joseph F. Cudia | on behalf of U.S. Trustee U.S. Trustee joseph.cudia@usdoj.gov |
| Joseph M. Barry | on behalf of Debtor Peer Street Opportunity Fund GP LLC bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor PSF Ohio LLC bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor PSF TX 2 LLC bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor Peer Street Opportunity Investors II LP bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor PS Portfolio-ST1 LLC bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor Peer Street Funding LLC bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor PS Options LLC bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor PS Warehouse II LLC bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor PS Warehouse LLC bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor PSF REO LLC bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor PS Funding Inc. bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor PSF TX 4 LLC bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor Peer Street Inc. bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor PSF TX 1 LLC bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor PeerStreet Licensing Inc. bankfilings@ycst.com |
| Kimberly A. Brown | on behalf of Interested Party Pacific Funding Trust 1002 brown@lrclaw.com |

ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown

on behalf of Interested Party Pacific RBLF LLC brown@lrclaw.com
ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Reliable Companies

gmatthews@reliable-co.com

Russell C. Silberglied

on behalf of Interested Party Magnetar Structuring Credit Fund  LP, Magnetar Longhorn Fund, LP, Purpose Alternative Credit Fund F LLC, Purpose Alternative Credit Fund T LLC and Magnetar Lake Credit Fund, LLC silberglied@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

S. Alexander Faris

on behalf of Debtor Peer Street  Inc. bankfilings@ycst.com

Shella Borovinskaya

on behalf of Debtor Peer Street  Inc. sborovinskaya@ycst.com

U.S. Trustee

USTPRegion03.WL.ECF@USDOJ.GOV

TOTAL: 31