# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

Una O'Boyle
*Clerk of Court*

**To: Joseph M. Barry**
*Young, Conaway, Stargatt & Taylor*
*1000 North King Street*
*Wilmington, DE 19801*

**RE:** *Peer Street, Inc.*
*23−10815*

    Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above−mentioned case is to be scheduled on **8/2/2023** at **2:00pm**, J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

    Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov/content/forms. Should you want to make changes to this notice, you must contact Una O'Boyle, Clerk of Court, for approval prior to mailing.

    Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before 7/26/2023 and file the Notice and Certificate of Service with the Court no later than 7/19/203

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281−1022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101−7346

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Date: 7/5/23

*Una O'Boyle*

Una O'Boyle, *Clerk of Court*

(VAN−472)

United States Bankruptcy Court

District of Delaware

| | |
|---|---|
| In re: | Case No. 23-10815-LSS |
| Peer Street, Inc. | Chapter 11 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 05, 2023 | Form ID: van472 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Peer Street, Inc., c/o Province, LLC, Attn: David Dunn, 2360 Corporate Circle, Suite 340 Henderson, NV 89074-7718 |
| aty | + Caroline Gange, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036-2714 |
| aty | + P. Bradley O'Neill, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036-2714 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2023                    Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam G. Landis | on behalf of Interested Party Pacific RBLF LLC landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Interested Party Pacific Funding Trust 1002 landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Brendan Joseph Schlauch | on behalf of Interested Party Magnetar Structuring Credit Fund  LP, Magnetar Longhorn Fund, LP, Purpose Alternative Credit Fund F LLC, Purpose Alternative Credit Fund T LLC and Magnetar Lake Credit Fund, LLC schlauch@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| David Neier | on behalf of Interested Party Pacific Funding Trust 1002 dneier@winston.com dcunsolo@winston.com;david-neier-0903@ecf.pacerpro.com |

| | |
|---|---|
| David Neier | on behalf of Interested Party Pacific RBLF LLC dneier@winston.com dcunsolo@winston.com;david-neier-0903@ecf.pacerpro.com |
| Emily Rae Mathews | on behalf of Interested Party Magnetar Structuring Credit Fund LP, Magnetar Longhorn Fund, LP, Purpose Alternative Credit Fund F LLC, Purpose Alternative Credit Fund T LLC and Magnetar Lake Credit Fund, LLC mathews@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Howard W Robertson, IV | on behalf of Interested Party Pacific RBLF LLC robertson@lrclaw.com ramirez@lrclaw.com;dellose@lrclaw.com |
| Howard W Robertson, IV | on behalf of Interested Party Pacific Funding Trust 1002 robertson@lrclaw.com ramirez@lrclaw.com;dellose@lrclaw.com |
| Joseph F. Cudia | on behalf of U.S. Trustee U.S. Trustee joseph.cudia@usdoj.gov |
| Joseph M. Barry | on behalf of Debtor Peer Street Opportunity Investors II LP bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor PS Portfolio-ST1 LLC bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor Peer Street Funding LLC bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor PS Options LLC bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor PS Warehouse II LLC bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor PS Warehouse LLC bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor PSF REO LLC bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor PS Funding Inc. bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor PSF TX 4 LLC bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor Peer Street Inc. bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor PSF TX 1 LLC bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor PeerStreet Licensing Inc. bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor Peer Street Opportunity Fund GP LLC bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor PSF Ohio LLC bankfilings@ycst.com |
| Joseph M. Barry | on behalf of Debtor PSF TX 2 LLC bankfilings@ycst.com |
| Kimberly A. Brown | on behalf of Interested Party Pacific Funding Trust 1002 brown@lrclaw.com ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Kimberly A. Brown | on behalf of Interested Party Pacific RBLF LLC brown@lrclaw.com ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Reliable Companies | gmatthews@reliable-co.com |
| Russell C. Silberglied | on behalf of Interested Party Magnetar Structuring Credit Fund LP, Magnetar Longhorn Fund, LP, Purpose Alternative Credit Fund F LLC, Purpose Alternative Credit Fund T LLC and Magnetar Lake Credit Fund, LLC silberglied@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| S. Alexander Faris | on behalf of Debtor Peer Street Inc. bankfilings@ycst.com |
| Shella Borovinskaya | |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 05, 2023 | Form ID: van472 | Total Noticed: 3 |

on behalf of Debtor Peer Street  Inc. sborovinskaya@ycst.com

U.S. Trustee

USTPRegion03.WL.ECF@USDOJ.GOV

TOTAL: 31