**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Peer Street, Inc., *et al..*[1] | ) Case No. 23-10815 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |

### NOTICE OF LIMITED APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE THAT** that James Tobia, Esquire, of The Law Office of James Tobia, LLC, hereby enters his limited appearance on behalf of Jax SFH Properties, LLC (the "Party in Interest").

**PLEASE TAKE FURTHER NOTICE** that the Party in Interest requests, pursuant to Bankruptcy Rules 2002, 9007 and 9010 and Sections 102(1), 342 and 1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in this case and all papers served or required to be served including, but not limited to, all notices filed and served, be given to and served upon the undersigned at the following office addresses, telephone and facsimile numbers and e-mail addresses:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

**James Tobia (#3798)**
*The Law Office of James Tobia, LLC*
**1716 Wawaset Street**
**Wilmington, DE  19806**
**Tel (302) 655-5303**
**Fax (302) 656-8053**
**Email: jtobia@tobialaw.com**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the Party in Interest intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) the right of the Party in Interest to have final orders in noncore matters entered only after de novo review by a District Judge; (2) the right of the Party in Interest to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) the right of the Party in Interest to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Party in Interest is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated: July 11, 2023

                THE LAW OFFICE OF JAMES TOBIA, LLC

                By: *James Tobia*
                James Tobia, Esq. (#3798)
                1716 Wawaset Street
                Wilmington, DE 19806
                Tel. (302) 655-5303
                Fax (302) 656-8053
                Email: jtobia@tobialaw.com
                *Attorney for Jax SFH Properties, LLC*