### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Peer Street, Inc., *et al..*[1] | ) Case No. 23-10815 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |

### **CERTIFICATE OF SERVICE**

I, James Tobia, hereby certify that on July 11, 2023, I caused the foregoing *Notice of Limited Appearance and Request for Service of Notices and Pleadings* to be served by electronic transmission to all registered ECF users appearing in the case.

Dated:  July 11, 2023

                                                                                              THE LAW OFFICE OF JAMES TOBIA, LLC

                                                                                              By: *James Tobia*
                                                                                              James Tobia, Esq. (#3798)
                                                                                              1716 Wawaset Street
                                                                                              Wilmington, DE 19806
                                                                                              Tel. (302) 655-5303
                                                                                              Fax (302) 656-8053
                                                                                             Email: jtobia@tobialaw.com
                                                                                              *Attorney for Jax  SFH Properties, LLC*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.