# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Peer Street, Inc., *et al..*[1] | ) Case No. 23-10815 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## CERTIFICATE OF SERVICE

I, James Tobia, hereby certify that on July 11, 2023, I caused the foregoing *Limited Objection and Reservation of Rights with respect to Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (II) Approving Certain Bid Procedures, and the Form and Manner of Notice Thereof, and (III) Granting Related Relief; and (B) an Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, and (III) Granting Related Relief* [Docket

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

No. 18] to be served by electronic transmission to all registered ECF users appearing in the case and to be served on all parties named in the attached service list via electronic mail.

Dated: July 11, 2023

                                   THE LAW OFFICE OF JAMES TOBIA, LLC

                                   By: *James Tobia*
                                   James Tobia, Esq. (#3798)
                                   1716 Wawaset Street
                                   Wilmington, DE 19806
                                   Tel. (302) 655-5303
                                   Fax (302) 656-8053
                                   Email: jtobia@tobialaw.com
                                   *Attorney for Jax SFH Properties, LLC*

**SERVICE LIST**

Joseph Barry, Esq.
Ryan M. Bartley, Esq.
Elizabeth S. Justison, Esq.
S. Alexander Faris, Esq.
Shella Borovinskaya, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
jbarry@ycst.com
rbartley@ycst.com
afaris@ycst.com
sborovinskaya@ycst.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

-and-

P. Bradley O'Neill, Esq.
Caroline Gange, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
boneill@kramerlevin.com
cgange@kramerlevin.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*