IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PEER STREET, INC., *et al.*,[1]<br><br><br><br>Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 28** |

**UNITED STATES TRUSTEE'S
CERTIFICATION OF COUNSEL FOR ENTRY OF AN ORDER
AUTHORIZING (BUT NOT DIRECTING) THE UNITED STATES TRUSTEE TO
DISCLOSE NAMES OR CONTACT INFORMATION OF PERSONS APPOINTED TO
<u>AN OFFICIAL COMMITTEE</u>**

Andrew R. Vara, the United States Trustee for Regions 3 & 9 ("<u>U.S. Trustee</u>"), through his counsel, files this certification of counsel for entry of an order authorizing (but not directing) the U.S. Trustee to disclose names and/or contact information of persons appointed to an official committee, and in support thereof states:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

1

1. The above-captioned Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in this Court on June 27, 2023.

2. On July 10, 2023, the U.S. Trustee appointed an official committee of unsecured creditors.

3. The Debtors filed their *Motion for Entry of an Order (A) Authorizing the Debtors to Redact Certain Confidential Information of Individual Retail Customers, (B) Authorizing the Debtors to Provide Individual Retail Customers with Electronic Service, and (C) Granting Certain Related Relief* [D.I. 28] (the "Matrix Motion") on the Petition Date. Debtors requested, *inter alia,* that they be allowed to seal the names, email addresses, and home addresses of all individual retail customers and to serve parties exclusively by electronic means (email). Matrix Mot. ¶¶ 3,4.

4. In light of the filing of the Matrix Motion, and out of an abundance of caution, the U.S. Trustee requests entry of an order authorizing, but not directing, the U.S. Trustee to disclose the names and/or contact information of persons appointed to an official committee in these chapter 11 cases, so that the U.S. Trustee may file a notice of appointment of such official committee under section 1102 of the Bankruptcy Code.

5. Undersigned counsel contacted co-counsel for the Debtors (Joseph Barry, Esq.), who indicated that the Debtors did not object to entry of the proposed order accompanying this Certification.

WHEREFORE, the U.S. Trustee respectfully requests that the Court enter the attached order permitting the U.S. Trustee to disclose the names and/or contact information of persons appointed to an official committee in these chapter 11 cases.

Dated: July 11, 2023
      Wilmington, Delaware

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**

By: /s/ *Joseph F. Cudia*
     Joseph F. Cudia
     Trial Attorney
     United States Department of Justice
     Office of the United States Trustee
     J. Caleb Boggs Federal Building
     844 King Street, Suite 2207, Lockbox35
     Wilmington, Delaware 19801
     Phone: (302) 573-6492
     Fax:   (302) 573-6497
Email: joseph.cudia@usdoj.gov