# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PEER STREET, INC., *et al.*,<br><br><br><br><br><br>Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I.** _____ |

## ORDER

This Court having considered the certification of counsel filed by Andrew R. Vara, U.S. Trustee for Regions 3 & 9, seeking entry of an order authorizing (but not directing) the U.S. Trustee to disclose names and/or contact information of persons appointed to an official committee, it is hereby ORDERED that, notwithstanding the Debtors' pending Matrix Motion, the U.S. Trustee is authorized (but not directed) to disclose the names and/or contact information of persons appointed to an official committee in these chapter 11 cases.