# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
: Chapter 11
In re: :
: Case No. 23-10815 (LSS)
PEER STREET, INC., *et al.*[1] :
:
        Debtors. : Joint Administration Requested
:
------------------------------------------------------------ X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT**, Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC (collectively, "Interested Party"), hereby appears in the above-captioned chapter 11 cases by and through its undersigned counsel in accordance with 11 U.S.C. § 1109(b) and Rule 9010 of the General Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests, as provided in 11 U.S.C. §§ 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and all papers served or required to be served in this case be given and served at the offices, addresses and numbers as follows: to and served as set forth below:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

| | |
|---|---|
| Alessandra Glorioso, Esq. | Samuel S. Kohn, Esq. |
| DORSEY & WHITNEY (DELAWARE) LLP | Rachel P. Stoian, Esq. |
| 300 Delaware Avenue | DORSEY & WHITNEY LLP |
| Suite 1010 | 51 West 52nd Street |
| Wilmington, DE 19801 | New York, NY 10019 |
| Telephone: (302) 425-7171 | Telephone: (212) 415-9200 |
| E-mail: glorioso.alessandra@dorsey.com | E-mail: kohn.sam@dorsey.com |
| | stoian.rachel@dorsey.com |

PLEASE TAKE FURTHER NOTICE that in accordance with 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, or otherwise which affect or seek to affect in anyway any rights or interests of Interested Party.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of the rights of Interested Party: (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Interested Party may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments are expressly reserved.

4811-3051-6055\4

Dated: July 12, 2023

        By: /s/ *Alessandra Glorioso*
            Alessandra Glorioso, Esq.
DORSEY & WHITNEY (DELAWARE) LLP
300 Delaware Avenue
Suite 1010
Wilmington, DE 19801
Telephone: (302) 425-7171
E-mail: glorioso.alessandra@dorsey.com

 -and-

Samuel S. Kohn, Esq.
Rachel P. Stoian, Esq.
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 415-9200
E-mail: kohn.sam@dorsey.com
       stoian.rachel@dorsey.com

*Counsel to Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC*

3

4811-3051-6055\4