IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PEER STREET, INC., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

    Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Rachel P. Stoian of Dorsey & Whitney LLP to represent Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC.

Dated: July 12, 2023

                                        */s/ Alessandra Glorioso*
                                        DORSEY & WHITNEY (DELAWARE) LLP
                                        Alessandra Glorioso (DE No. 575)
                                        300 Delaware Avenue, Suite 1010
                                        Wilmington, DE 19801
                                        Phone:  (302) 425-7171

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

    Pursuant to Bankruptcy Court Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for the District Court revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  July 12, 2023              */s/ Rachel P. Stoian*
                                          Rachel P. Stoian
                                          DORSEY & WHITNEY LLP
                                          167 Hamilton Ave. Ste. 200
                                          Palo Alto, CA 94301
                                          Telephone: (650) 843-2708

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED that Rachel P. Stoian's motion for admission *pro hac vice* is granted.

4862-9198-6989\1