IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Joint Administration Requested) |

# AFFIDAVIT OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On July 6, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Hearing** (Docket No. 58)

- **Notice of Hearing** (Docket No. 59)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

Furthermore, on July 6, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on 2121 Park Place Fee Owner CA, LLC c/o International Real Estate Corporation Attn: Thomas Ball at 15260 Ventura Blvd Suite 1510, Sherman Oaks, CA 91403:

- **Notice of Hearing** (Docket No. 58)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: July 12, 2023

_____
Gregory A. Lesage

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 12th day of July, 2023, by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Invigorate Finance, LLC | Attn: Loren J Morris | 425 S. Financial Place, 7th Floor | | Chicago | IL | 60605 | |
| Magnetar Financial LLC | c/o Richards, Layton & Finger, P.A. | Attn: Russell C. Silberglied, Brendan J. Schlauch, & Emily R. Mathews | 920 North King Street One Rodney Square | Wilmington | DE | 19801 | |
| Magnetar Financial LLC | c/o Royer Cooper Cohen Braunfeld LLC | Attn: Marc E. Hirschfield & Marc Skapof | 1120 Avenue of the Americas, 4th Floor | New York | NY | 10036 | |
| MFA Financial Inc. | c/o Hunton Andrews Kurth LLP | Attn: J.R. Smith & Jennifer E. Wuebker | 951 East Byrd Street | Richmond | VA | 23219 | |
| Office of the United States Attorney for the District of Delaware | | 1313 N Market Street | | Wilmington | DE | 19801 | |
| Office of the United States Trustee for the District of Delaware | Attn: Timothy J. Fox | 844 N King St #2207 Lockbox 35 | | Wilmington | DE | 19801 | |
| Retail Customer 1 | | Address Redacted | | | | | |
| Retail Customer 10 | | Address Redacted | | | | | |
| Retail Customer 11 | | Address Redacted | | | | | |
| Retail Customer 12 | | Address Redacted | | | | | |
| Retail Customer 13 | | Address Redacted | | | | | |
| Retail Customer 14 | | Address Redacted | | | | | |
| Retail Customer 15 | | Address Redacted | | | | | |
| Retail Customer 16 | | Address Redacted | | | | | |
| Retail Customer 17 | | Address Redacted | | | | | |
| Retail Customer 18 | | Address Redacted | | | | | |
| Retail Customer 19 | | Address Redacted | | | | | |
| Retail Customer 2 | | Address Redacted | | | | | |
| Retail Customer 20 | | Address Redacted | | | | | |
| Retail Customer 3 | | Address Redacted | | | | | |
| Retail Customer 4 | | Address Redacted | | | | | |
| Retail Customer 7 | | Address Redacted | | | | | |
| Retail Customer 8 | | Address Redacted | | | | | |
| Retail Customer 9 | | Address Redacted | | | | | |
| Securities and Exchange Commission | | 100 F Street, NE | | Washington | DC | 20549 | |
| Securities and Exchange Commission | Attn: Regional Director | New York Regional Office | 200 Vesey Street, Suite 400 Brookfield Place | New York | NY | 10281-1022 | |
| Small Business Administration | c/o Office of General Counsel | Attn: Stacey Dawes | 721 19th Street, Suite 426 | Denver | CO | 80202 | |
| State of Delaware | Department of Justice | Carvel State Office Building | 820 N French Street | Wilmington | DE | 19801 | |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# **<u>Exhibit B</u>**



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Invigorate Finance, LLC | Attn: Loren J Morris | | lmorris@fayfinancial.com |
| Magnetar Financial LLC | c/o Richards, Layton & Finger, P.A. | Attn: Russell C. Silberglied, Brendan J. Schlauch, & Emily R. Mathews | silberglied@rlf.com schlauch@rlf.com mathews@rlf.com |
| Magnetar Financial LLC | c/o Royer Cooper Cohen Braunfeld LLC | Attn: Marc E. Hirschfield & Marc Skapof | mhirschfield@rccblaw.com mskapof@rccblaw.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn: Timothy J. Fox | | timothy.fox@usdoj.gov ustpregion03.wl.ecf@usdoj.gov |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Landis Rath & Cobb LLP | Attn: Adam G. Landis, Esq., Kimberly A. Brown, Esq. & Howard W. Robertson IV, Esq. | landis@lrclaw.com brown@lrclaw.com robertson@lrclaw.com |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Winston & Strawn LLP | Attn: David Neier, Esq. & James T. Bentley, Esq. | dneier@winston.com jbentley@winston.com |
| Retail Customer 1 | | | Address Redacted |
| Retail Customer 10 | | | Address Redacted |
| Retail Customer 11 | | | Address Redacted |
| Retail Customer 12 | | | Address Redacted |
| Retail Customer 13 | | | Address Redacted |
| Retail Customer 14 | | | Address Redacted |
| Retail Customer 15 | | | Address Redacted |
| Retail Customer 16 | | | Address Redacted |
| Retail Customer 17 | | | Address Redacted |
| Retail Customer 18 | | | Address Redacted |
| Retail Customer 2 | | | Address Redacted |
| Retail Customer 3 | | | Address Redacted |
| Retail Customer 4 | | | Address Redacted |
| Retail Customer 5 | | | Address Redacted |
| Retail Customer 6 | | | Address Redacted |
| Retail Customer 7 | | | Address Redacted |
| Retail Customer 8 | | | Address Redacted |
| Retail Customer 9 | | | Address Redacted |
| Small Business Administration | c/o Office of General Counsel | Attn: Stacey Dawes | stacey.dawes@sba.gov |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1