# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PEER STREET, INC., *et al.*,[1] | Case No. 23-10815 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

1. **PLEASE TAKE NOTICE** that Budget Finance Company ("**Budget**"), a creditor herein, requests pursuant to Rules 1009(a), 2002(a), (b) and (g), and 9007 of the Federal Rules of Bankruptcy Procedure and Sections 102(1) and 342(a) and (c) of the United Bankruptcy Code, that all notices, papers and pleadings served or required to be served in this case, be given to and served upon:

Michael S. Kogan
**KOGAN LAW FIRM, APC**
11500 W. Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 954-1690
E-Mail: mkogan@koganlawfirm.com

2. **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, requests, complaint, or demand whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

Dated: July 13, 2023

By:   */s/Michael S. Kogan*
      Michael Kogan (SBN 128500)
      Kogan Law Firm, APC
      11500 W. Olympic Blvd., Suite 400
      Los Angeles, CA 90064
      Tel: (310) 954-1690
      Email: mkogan@koganlawfirm.com

*Counsel for Budget Finance Company*