**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>PEER STREET, INC, *et al.*[1],<br><br><br><br><br><br><br><br>Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS)<br><br>(Jointly Administered)<br><br>Re: D.I. 72 |

**ORDER**

This Court having considered the Certification of Counsel, it is hereby ordered that the

Certification of Counsel is approved. Notwithstanding any order in this case to the contrary, the

U.S. Trustee is authorized, but not directed, to disclose the names and contact information of

persons appointed to an official committee in these Chapter 11 cases that would otherwise be

subject to redaction.

Dated: July __, 2023
        Wilmington, Delaware

**SO ORDERED**

_____
Laurie Selber Silverstein
Chief United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are:  Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485).  The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn:  David Dunn, Chief Restructuring Officer.