## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PEER STREET, INC., *et al*.,<br><br>      Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Rachel P. Stoian of Dorsey & Whitney LLP to represent Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC.

Dated: July 12, 2023

*/s/ Alessandra Glorioso*
DORSEY & WHITNEY (DELAWARE) LLP
Alessandra Glorioso (DE No. 575)
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Phone:  (302) 425-7171

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Bankruptcy Court Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for the District Court revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  July 12, 2023

*/s/ Rachel P. Stoian*
Rachel P. Stoian
DORSEY & WHITNEY LLP
167 Hamilton Ave. Ste. 200
Palo Alto, CA 94301
Telephone: (650) 843-2708

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that Rachel P. Stoian's motion for admission *pro hac vice* is granted.

Dated: July 14th, 2023
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

4862-9198-6989\1