IN THE UNITED STATES BANKRUPTCY COURT
OFFICE OF THE UNITED STATES TRUSTEE
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 23-10815 (LSS) <br> ) <br> ) (Jointly Administered) <br> ) |
| PEER STREET, INC., *et al.*,[1] | |
| Debtors. | |

**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Aristides Family Trust (2002)**

2. **Michael Corbett**

3. **Fixed Income Fund of the Carolinas, LLC**, Attn: Dan Venegoni, 9820 Northcross Center Court, Suite 150, Huntersville, NC 28078; Phone: (704) 962-9073; email: dan@tacticalfixedincome.com

4. **Gregory Ricks**

5. **IBI SBL Investments, LP,** Attn: Dor Sagron**,** 9 Ahad ha'am Street, Tel Aviv Shalom Tower, floor 18 West side +972-54-7553951; email: dor@ibi.co.il

6. **Yi Wang**

7. **Lihua Zhai**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

        ANDREW R. VARA
United States Trustee, Region 3 & 9


 /s/ *Joseph F. Cudia* for
JOSEPH J. McMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE

DATED: July 14, 2023

Attorney assigned to this Case: Joseph F. Cudia, Esq., Phone: (202) 934-4051, joseph.cudia@usdoj.gov