**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Peer Street, Inc., *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS)<br><br>(Jointly Administered) |

  Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Sean Daly, Esq., of Morrison & Foerster LLP, to represent the Official Committee of Unsecured Creditors.

Dated: July 14, 2023  　　　　　　　　*/s/ Jennifer R. Hoover*
　　Wilmington, Delaware　　　　　　Jennifer R. Hoover (No. 5111)
　　　　　　　　　　　　　　　　　　Benesch, Friedlander, Coplan & Aronoff LLP
　　　　　　　　　　　　　　　　　　1313 N. Market Street, Suite 1201
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　Email: jhoover@beneschlaw.com

**CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE***

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 9/1/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: July 14, 2023　　　　　　　　*/s/ Sean Daly*
　　New York, New York　　　　　　Sean Daly, Esquire
　　　　　　　　　　　　　　　　　　Morrison & Foerster LLP
　　　　　　　　　　　　　　　　　　250 West 55th Street
　　　　　　　　　　　　　　　　　　New York, NY 10019-9601
　　　　　　　　　　　　　　　　　　Email: sdaly@mofo.com

**ORDER GRANTING MOTION**

  IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.