**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Joint Administration Requested) |

**AFFIDAVIT OF SERVICE**

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On July 7, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date** (Docket No. 60)

- **Debtors' Motion for Entry of an Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals** (Docket No. 61)

- **Debtors' Motion for an Order Authorizing (A) The Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business Effective as of the Petition Date and (B) Waiving Certain Information Requirements of Local Rule 2016-2** (Docket No. 62)

- **Debtors' Application for Appointment of Stretto, Inc. as Administrative Advisor Effective as of The Petition Date** (Docket No. 63)

- **Debtors' Motion to (I) Employ and Retain Province, LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel, and (II) Designate David Dunn as Chief Restructuring Officer Effective as of the Petition Date** (Docket No. 64)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

- **Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Piper Sandler Loan Strategies, LLC as Exclusive Introducing Broker for the Debtors, Effective as of the Petition Date; and (II) Waiving the Information Requirements of Local Rule 2016-2 (d)** (Docket No. 65)

- **Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kramer Levin Naftalis & Frankel LLP as Bankruptcy Co-Counsel for the Debtors in Possession Nunc Pro Tunc to the Petition Date** (Docket No. 66)

Furthermore, on July 7, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**:

- **Debtors' Motion for an Order Authorizing (A) The Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business Effective as of the Petition Date and (B) Waiving Certain Information Requirements of Local Rule 2016-2** (Docket No. 62)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: July 13, 2023

*Gregory Lesage*
Gregory A. Lesage

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 13th day of July 2023, by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *Kerrie Lynne Darby*

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

# **<u>Exhibit A</u>**

Document Ref: XLYWS-4K9PN-N6ATX-SXQAT



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Invigorate Finance, LLC | Attn: Loren J Morris | 425 S. Financial Place, 7th Floor | | Chicago | IL | 60605 | |
| Magnetar Financial LLC | c/o Richards, Layton & Finger, P.A. | Attn: Russell C. Silberglied, Brendan J. Schlauch, & Emily R. Mathews | 920 North King Street One Rodney Square | Wilmington | DE | 19801 | |
| Magnetar Financial LLC | c/o Royer Cooper Cohen Braunfeld LLC | Attn: Marc E. Hirschfeld & Marc Skapof | 1120 Avenue of the Americas, 4th Floor | New York | NY | 10036 | |
| MFA Financial Inc. and related affiliates | c/o Hunton Andrews Kurth LLP | Attn: J.R. Smith & Jennifer E. Wuebker | 951 East Byrd Street | Richmond | VA | 23219 | |
| Office of the United States Attorney for the District of Delaware | | 1313 N Market Street | | Wilmington | DE | 19801 | |
| Office of the United States Trustee for the District of Delaware | Attn: Timothy J. Fox | 844 N King St #2207 Lockbox 35 | | Wilmington | DE | 19801 | |
| Retail Customer 1 | | Address Redacted | | | | | |
| Retail Customer 10 | | Address Redacted | | | | | |
| Retail Customer 11 | | Address Redacted | | | | | |
| Retail Customer 12 | | Address Redacted | | | | | |
| Retail Customer 13 | | Address Redacted | | | | | |
| Retail Customer 14 | | Address Redacted | | | | | |
| Retail Customer 15 | | Address Redacted | | | | | |
| Retail Customer 16 | | Address Redacted | | | | | |
| Retail Customer 17 | | Address Redacted | | | | | |
| Retail Customer 18 | | Address Redacted | | | | | |
| Retail Customer 2 | | Address Redacted | | | | | |
| Retail Customer 3 | | Address Redacted | | | | | |
| Retail Customer 4 | | Address Redacted | | | | | |
| Retail Customer 5 | | Address Redacted | | | | | |
| Retail Customer 6 | | Address Redacted | | | | | |
| Retail Customer 7 | | Address Redacted | | | | | |
| Retail Customer 8 | | Address Redacted | | | | | |
| Retail Customer 9 | | Address Redacted | | | | | |
| Securities and Exchange Commission | | 100 F Street, NE | | Washington | DC | 20549 | |
| Securities and Exchange Commission | Attn: Regional Director | New York Regional Office | 200 Vesey Street, Suite 400 Brookfield Place | New York | NY | 10281-1022 | |
| Small Business Administration | c/o Office of General Counsel | Attn: Stacey Dawes | 721 19th Street, Suite 426 | Denver | CO | 80202 | |
| State of Delaware | Department of Justice | Carvel State Office Building | 820 N French Street | Wilmington | DE | 19801 | |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

Document Ref: XLYWS-4K9PN-N6ATX-SXQAT

Page 4 of 8

# **<u>Exhibit B</u>**

Document Ref: XLYWS-4K9PN-N6ATX-SXQAT



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Invigorate Finance, LLC | Attn: Loren J Morris | | lmorris@fayfinancial.com |
| Magnetar Financial LLC | c/o Richards, Layton & Finger, P.A. | Attn: Russell C. Silberglied, Brendan J. Schlauch, & Emily R. Mathews | silberglied@rlf.com<br>schlauch@rlf.com<br>mathews@rlf.com |
| Magnetar Financial LLC | c/o Royer Cooper Cohen Braunfeld LLC | Attn: Marc E. Hirschfield & Marc Skapof | mhirschfield@rccblaw.com<br>mskapof@rccblaw.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn: Timothy J. Fox | | timothy.fox@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Landis Rath & Cobb LLP | Attn: Adam G. Landis, Esq., Kimberly A. Brown, Esq. & Howard W. Robertson IV, Esq. | landis@lrclaw.com<br>brown@lrclaw.com<br>robertson@lrclaw.com |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Winston & Strawn LLP | Attn: David Neier, Esq. & James T. Bentley, Esq. | dneier@winston.com<br>jbentley@winston.com |
| Retail Customer 1 | | | Address Redacted |
| Retail Customer 10 | | | Address Redacted |
| Retail Customer 11 | | | Address Redacted |
| Retail Customer 12 | | | Address Redacted |
| Retail Customer 13 | | | Address Redacted |
| Retail Customer 14 | | | Address Redacted |
| Retail Customer 15 | | | Address Redacted |
| Retail Customer 16 | | | Address Redacted |
| Retail Customer 17 | | | Address Redacted |
| Retail Customer 18 | | | Address Redacted |
| Retail Customer 2 | | | Address Redacted |
| Retail Customer 3 | | | Address Redacted |
| Retail Customer 4 | | | Address Redacted |
| Retail Customer 5 | | | Address Redacted |
| Retail Customer 6 | | | Address Redacted |
| Retail Customer 7 | | | Address Redacted |
| Retail Customer 8 | | | Address Redacted |
| Retail Customer 9 | | | Address Redacted |
| Scott Van Dellen | | | svandell2@gmail.com |
| Small Business Administration | c/o Office of General Counsel | Attn: Stacey Dawes | stacey.dawes@sba.gov |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# **Exhibit C**



**Exhibit C**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Armanino LLP | 50 West San Fernando St. | Suite 500 | San Jose | CA | 95113 |
| Brothers Smith LLP | 2033 N Main St. | Suite 720 | Walnut Creek | CA | 94596 |
| Burr & Forman LLP | PO Box 830719 | | Birmingham | AL | 35283 |
| Cannon Law, LLC | PO Box 678 | | Lewis Center | OH | 43035 |
| Cole-Frieman & Mallon LLP | One Sansome St. | Suite 1895 | San Francisco | CA | 94104 |
| Cruikshank Ersin, LLC | 6065 Roswell Rd. NE Suite 680 | Northside Tower | Atlanta | GA | 30328 |
| Diaz Anselmo & Associates LLC | 1771 W. Diehl Rd. | Suite 120 | Naperville | IL | 60563 |
| Ford & Paulekas, LLP | 280 Trumbull St. | | Hartford | CT | 06103 |
| Fox Rothschild LLP | 2000 Market St. | 20th Floor | Philadelphia | PA | 19103 |
| Frenkel Lambert Weiss & Gordon | 53 Gibson St. | | Bay Shore | NY | 11706 |
| Friedman Vartolo LLP | 1325 Franklin Ave. | Suite 160 | Garden City | NY | 11530 |
| Houlihan Lokey Financial Advisors | 10250 Constellation Blvd | 5th Floor | Los Angeles | CA | 90067 |
| Latimer LeVay Fyock LLC | 55 West Monroe St. | Suite 1100 | Chicago | IL | 60603 |
| Law Offices of Tae H. Whang, LLC | 185 Bridge Plaza North | Suite 201 | Fort Lee | NJ | 07024 |
| Marinosci Law Group | 275 W. Natick Rd. | Suite 500 | Warwick | RI | 02886 |
| McMichael Taylor Gray, LLC | 3550 Engineering Dr. | Suite 260 | Peachtree Corners | GA | 30092 |
| Roach & Lin, P.C. | 6901 Jericho Turnpike | Suite 240 | Syosset | NY | 11791 |
| Sandberg Phoenix | 600 Washington Ave. | | St. Louis | MO | 63101 |
| Schwegman Lundberg Woessner | 1600 TCF Tower | 121 South Eighth St. | Minneapolis | MN | 55402 |
| Sirlin, Lesser & Benson, P.C. | 123 South Broad St. | Suite 2100 | Philadelphia | PA | 19109 |
| Snell & Wilmer LLP | 400 E. Van Buren St. | Suite 1900 | Phoenix | AZ | 85004 |
| Snell & Wilmer LLP | 600 Anton Blvd | Suite 1400 | Costa Mesa | CA | 92626 |
| Stern & Eisenberg | 500 Creek View Rd. | Suite 304 | Newark | DE | 19711 |
| Stoll Keenon Ogden PLLC | PO Box 11969 | | Lexington | KY | 40579 |
| The Chartwell Law Offices, LLP | 970 Rittenhouse Rd. | Suite 300 | Eagleville | PA | 19403 |
| The Margolin & Weinreb Law Group LLP | 165 Eileen Way | Suite 101 | Syosset | NY | 11791 |
| Trenam Law | 200 Central Ave. | Suite 1600 | St. Petersburg | FL | 33701 |
| Van Winkle Buck Wall Starnes and Davis PA | 11 North Market St. | | Asheville | NC | 28801 |
| Wilson Sonsini Goodrich & Rosati | PO Box 742866 | | Los Angeles | CA | 90074 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1