## Schedule 1

## Rejected Lease[7]

| **Debtor(s)** | **Counterparty** | **Counterparty's Address** | **Rejected Agreement** |
|---|---|---|---|
| Peer Street, Inc. | 2121 Park Place Fee Owner CA, LLC | c/o Intercontinental Real Estate Corporation<br>15260 Ventura Blvd., Suite 1510<br>Sherman Oaks, CA 91403<br>(Attn: Thomas Ball) | 2121 Park Place Office Lease Agreement Between 2121 Park Place Fee Owner CA, LLC, a Delaware limited liability company as Landlord and Peer Street, Inc., a Delaware corporation as Tenant Dated March 1, 2021 |

---

[7] Each, as may be amended, modified, or supplemented from time to time and together with any schedules thereto.

30406160.8

4