IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Peer Street, Inc., *et al.*,<br><br>                           Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS)<br><br>(Jointly Administered) |

     Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Lorenzo Marinuzzi, Esq., of Morrison & Foerster LLP, to represent the Official Committee of Unsecured Creditors.

Dated: July 14, 2023                     */s/ Jennifer R. Hoover*
    Wilmington, Delaware          Jennifer R. Hoover (No. 5111)
                                               Benesch, Friedlander, Coplan & Aronoff LLP
                                               1313 N. Market Street, Suite 1201
                                               Wilmington, Delaware 19801
                                               Email: jhoover@beneschlaw.com

## **CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE***

     Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the State of New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 9/1/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: July 14, 2023                   */s/ Lorenzo Marinuzzi*
    New York, New York           Lorenzo Marinuzzi, Esquire
                                               Morrison & Foerster LLP
                                               250 West 55th Street
                                               New York, NY 10019-9601
                                               Email: lmarinuzzi@mofo.com

## **ORDER GRANTING MOTION**

     IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: July 17th, 2023**
**Wilmington, Delaware**

                                               **LAURIE SELBER SILVERSTEIN**
                                               **UNITED STATES BANKRUPTCY JUDGE**