## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Peer Street, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS)<br><br>(Jointly Administered) |

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Raff Ferraioli, Esq., of Morrison & Foerster LLP, to represent the Official Committee of Unsecured Creditors.

Dated: July 14, 2023  /s/ *Jennifer R. Hoover*
Wilmington, Delaware  Jennifer R. Hoover (No. 5111)
 Benesch, Friedlander, Coplan & Aronoff LLP
 1313 N. Market Street, Suite 1201
 Wilmington, Delaware 19801
 Email: jhoover@beneschlaw.com

### **CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 9/1/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: July 14, 2023  /s/ *Raff Ferraioli*
New York, New York  Raff Ferraioli, Esquire
 Morrison & Foerster LLP
 250 West 55th Street
 New York, NY 10019-9601
 Email: rferraioli@mofo.com

### **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: July 17th, 2023**  **LAURIE SELBER SILVERSTEIN**
**Wilmington, Delaware**  **UNITED STATES BANKRUPTCY JUDGE**