IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Peer Street, Inc., *et al.*,<br><br>  Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS)<br><br>(Jointly Administered) |

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Benjamin Butterfield, Esq., of Morrison & Foerster LLP, to represent the Official Committee of Unsecured Creditors.

Dated: July 14, 2023  /s/ Jennifer R. Hoover
  Wilmington, Delaware   Jennifer R. Hoover (No. 5111)
   Benesch, Friedlander, Coplan & Aronoff LLP
   1313 N. Market Street, Suite 1201
   Wilmington, Delaware 19801
   Email: jhoover@beneschlaw.com

### CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 9/1/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: July 14, 2023  /s/ Benjamin Butterfield
  New York, New York   Benjamin Butterfield, Esquire
   Morrison & Foerster LLP
   250 West 55th Street
   New York, NY 10019-9601
   Email: bbutterfield@mofo.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: July 17th, 2023**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE