Siva S Reddy
12136 Cypress Spring Rd
Clarksburg MD 20871
+1-301-613-3335
reddysiva@gmail.com

FILED
2023 JUL 18 AM 10: 39
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Chief Judge Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE 19801

Subject: Request for Protection of Secured Loan Investments and Cash in PeerStreet Bankruptcy Proceedings (PeerStreet Individual Account: 7149472300)

Honorable Chief Judge Laurie Selber Silverstein,

I hope this letter finds you well. I am writing to inform you of the recent bankruptcy filing of PeerStreet, Inc. and its affiliated companies and to request your assistance in protecting my secured loan investments and available cash in this bankruptcy proceeding.

As an investor with PeerStreet, I have diligently invested my funds in various real estate-backed loans through the platform. These investments were made with the understanding that they were secured by underlying collateral, providing an added layer of protection. However, given the bankruptcy filing, I am concerned about the potential impact on my investments and the preservation of my rights as a secured creditor.

I request you to kindly consider the following points for the protection of my investments and available cash:

1. **Preservation of Secured Loan Investments**: As a secured creditor, I request that the court ensures the proper handling and preservation of the underlying collateral associated with my loan investments. Any potential sale or disposition of these assets must be conducted fairly and transparently to maximize recovery and protect the interests of secured creditors.

2. **Transparency and Communication**: I respectfully ask that the court provides regular updates and communicates pertinent information related to the bankruptcy proceedings. Transparency is essential in allowing affected investors to understand the status of their investments, any potential recovery, and the timeline for resolution.

3. **Fair Treatment of Secured Creditors**: I trust that the court will prioritize the fair treatment of secured creditors in the distribution of assets. Secured loans were made with the

23-10819

expectation that in the event of default or bankruptcy, secured creditors would have a higher claim on the available assets. I urge the court to consider this principle in any distribution plan approved for PeerStreet's bankruptcy.

4. **Safeguarding of Available Cash**: Besides my secured loan investments, I also have available cash in my PeerStreet account. I request that the court ensure this cash balance's protection and preservation, allowing for its return or proper distribution following the applicable laws and regulations.

I understand that the bankruptcy process is complex, and decisions must be made based on thoroughly examining the facts and legal considerations. However, as an investor, I have placed my trust in the integrity of the bankruptcy court to safeguard my investments and ensure fair treatment.

I appreciate your attention to this matter and your commitment to upholding justice in the bankruptcy proceedings. Should there be any updates or information regarding protecting my investments and cash, I request that your office communicate with me directly.

Thank you for your time and consideration. I look forward to a fair resolution that protects the rights and interests of all investors involved.

Siva S Reddy
301-613-3335
reddysiva@gmail.com
PeerStreet Individual Account: 7149472300

Attachments:
1- PeerStreet Account statement
2- List of Secured Real Estate Loan Positions



## PeerStreet

| | | | Dashboard | Loans | Pocket | Siva Reddy ⌄ |
|---|---|---|---|---|---|---|
| | | | | | | Individual |

| Total Account Value | In Loans | In Pocket Manage | In Portfolio Learn More | Investable Cash |
|---|---|---|---|---|
| $107,295.13 | $95,101.92 | $5,059.82 | | $7,133.39 |

### Active Investments (35)

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Chicago, IL Acquisition #215 | $2,500.00 | $2,500.00 | 9.50% | +$63.33 | February 23, 2023 | March 1, 2024 | CURRENT | | |
| Winter Springs, FL Acquisition #4 | $2,500.00 | $2,500.00 | 10.50% | +$83.14 | February 7, 2023 | February 1, 2024 | CURRENT | 2 | 3 months ago |
| San Bernardino, CA Acquisition #40 | $2,500.00 | $949.07 | 9.25% | +$58.45 | January 31, 2023 | February 1, 2024 | CURRENT | 3 | about 1 month ago |
| Lubbock, TX Acquisition | $2,500.00 | $2,500.00 | 9.50% | +$60.03 | January 31, 2023 | February 1, 2024 | CURRENT | | |
| Perris, CA Acquisition #4 | $2,500.00 | $2,500.00 | 9.25% | +$80.93 | January 25, 2023 | January 1, 2024 | CURRENT | | |
| Tarzana, CA Acquisition #5 | $2,500.00 | $2,500.00 | 8.25% | +$61.88 | January 13, 2023 | October 1, 2023 | CURRENT | | |
| Houston, TX Cash-Out Refinance #67 | $2,500.00 | $2,500.00 | 9.00% | +$99.38 | December 23, 2022 | January 1, 2024 | CURRENT | 1 | 4 months ago |
| Chicago, IL Acquisition #212 | $2,500.00 | $2,500.00 | 9.00% | +$80.62 | December 22, 2022 | November 1, 2023 | CURRENT | | |
| Wimberley, TX Acquisition | $2,500.00 | $2,500.00 | 9.00% | +$108.13 | December 8, 2022 | November 1, 2023 | CURRENT | | |
| Akron, OH Acquisition #4 | $2,500.00 | $2,500.00 | 8.25% | +$95.12 | November 15, 2022 | October 1, 2023 | CURRENT | | |
| Philadelphia, PA Cash-Out Refinance #84 (Series 1) | $2,500.00 | $2,500.00 | 7.75% | +$83.98 | October 25, 2022 | October 1, 2023 | LATE 30 | 4 | about 1 month ago |

| Property | Amount | Amount 2 | Rate | Change | Date 1 | Date 2 | Status | Comments | Activity |
|---|---|---|---|---|---|---|---|---|---|
| Laredo, TX Cash-Out Refinance | $2,500.00 | $2,500.00 | 7.75% | +$137.81 | September 15, 2022 | October 1, 2023 | CURRENT | | |
| Brooklyn, NY Cash-Out Refinance #218 | $2,500.00 | $2,500.00 | 8.50% | +$152.31 | September 13, 2022 | June 1, 2023 Past Maturity | CURRENT | 2 | 12 days ago |
| Brooklyn, NY Acquisition #216 | $2,500.00 | $2,500.00 | 8.25% | +$130.64 | September 13, 2022 | June 1, 2023 Past Maturity | CURRENT | 4 | 12 days ago |
| Miami Gardens, FL Cash-Out Refinance #28 | $2,374.00 | $2,374.00 | 8.00% | +$138.25 | September 9, 2022 | October 1, 2023 | CURRENT | | |
| Philadelphia, PA Cash-Out Refinance #78 (Series 1) | $987.00 | $987.00 | 7.50% | +$71.37 | June 14, 2022 | July 1, 2024 | CURRENT | | |
| Elizabeth, NJ Acquisition #19 (Series 1) | $2,500.00 | $1,663.44 | 7.00% | +$120.38 | June 14, 2022 | June 1, 2023 Past Maturity | CURRENT | 2 | 12 days ago |
| Garfield, NJ Cash-Out Refinance #5 (Series 2) | $636.00 | $636.00 | 6.13% | +$19.39 | June 2, 2022 | April 1, 2024 | LATE 90+ | 4 | 12 days ago |
| Burbank, CA Acquisition #16 | $2,500.00 | $2,500.00 | 6.88% | +$156.09 | May 19, 2022 | May 16, 2023 Past Maturity | CURRENT | 2 | 26 days ago |
| North Bellmore, NY Cash-Out Refinance | $2,500.00 | $2,500.00 | 6.75% | +$124.20 | April 6, 2022 | February 1, 2023 Past | LATE 90+ | 4 | 12 days ago |

| Loan | Amount | Balance | Rate | Change | Date | Maturity | Status | Comments | Updated |
|---|---|---|---|---|---|---|---|---|---|
| Naples, FL Cash-Out Refinance #14 | $217.00 | $217.00 | 6.75% | +$14.14 | March 31, 2022 | 2023 Past Maturity | LATE 60 | 4 | 2 months ago |
| Fort Myers, FL Cash-Out Refinance #5 | $143.00 | $143.00 | 6.25% | +$10.88 | March 10, 2022 | March 1, 2024 | CURRENT | | |
| Pinon Hills, CA Acquisition #2 | $2,500.00 | $2,500.00 | 6.25% | +$185.32 | February 24, 2022 | February 1, 2024 | CURRENT | | |
| Pinon Hills, CA Acquisition #3 | $289.00 | $289.00 | 6.75% | +$23.42 | February 18, 2022 | February 1, 2024 | CURRENT | | |
| Chicago, IL Cash-Out Refinance #194 | $2,500.00 | $2,500.00 | 6.25% | +$197.90 | January 25, 2022 | January 1, 2024 | CURRENT | 3 | 5 months ago |
| Downey, CA Acquisition #20 | $2,500.00 | $2,499.99 | 6.63% | +$225.86 | January 20, 2022 | January 1, 2024 | CURRENT | 2 | 10 months ago |
| Hudson, FL Cash-Out Refinance #3 | $2,500.00 | $2,500.00 | 6.13% | +$214.79 | January 6, 2022 | January 1, 2024 | CURRENT | 4 | 9 months ago |
| Greenwood, SC Acquisition #2 (Series 1) | $2,500.00 | $2,499.17 | 7.00% | +$247.86 | December 31, 2021 | December 1, 2023 | CURRENT | 2 | over 1 year ago |
| Sacramento, CA Cash-Out Refinance #176 | $2,500.00 | $2,500.00 | 6.00% | +$216.25 | December 22, 2021 | December 1, 2023 | CURRENT | | |
| Chicago, IL Cash-Out Refinance #191 (Series 1) | $2,500.00 | $2,500.00 | 6.50% | +$224.76 | December 13, 2021 | December 1, 2023 | CURRENT | 2 | 5 months ago |
| Attleboro, MA Refinance #5 | $2,500.00 | $2,500.00 | 6.25% | +$242.86 | December 9, 2021 | December 1, 2023 | CURRENT | 14 | about 1 month ago |
| South Padre Island, TX Acquisition | $2,500.00 | $2,500.00 | 6.63% | +$252.08 | November 23, 2021 | December 1, 2023 | CURRENT | | |
| Tacoma, WA Acquisition #11 | $2,500.00 | $2,497.25 | 6.25% | +$239.52 | November 19, 2021 | December 1, 2023 | CURRENT | | |
| Pleasantville, NJ Refinance #3 | $347.00 | $347.00 | 7.25% | +$7.00 | February 20, 2020 | March 1, 2021 Past Maturity | REO | 21 | Foreclosure Sale or Foreclosure Auction 12 days ago |
| Brooklyn, NY Cash-Out Refinance #191 | $25,000.00 | $25,000.00 | 7.13% | | February 3, 2020 | February 1, 2021 Past Maturity | DEFAULT | 21 | Complaint Filed 12 days ago |

DIYA S REDDY
12136 CYPRESS SPRING RD
CLARKSBURG MD 20871

CAPITAL DISTRICT 208
15 JUL 2023 PM 1 L


U.S.M.S. X-RAY

Hon: CHIEF JUDGE LAURIE SELBER SILVERSTEIN
US BANKRUPTCY COURT
824 NORTH MARKET ST, 6TH FLOOR
WILMINGTON, DE 19801