**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On or before July 11, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Chapter 11 Bankruptcy Case** (Docket No. 55)

Dated: July 18, 2023

Stephanie Delgado

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 18th day of July, 2023, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

JESSIE DE GUZMAN
Notary Public · California
Orange County
Commission # 2401464
My Comm. Expires Apr 20, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

# Exhibit A



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Adam Gornick | | 107 N Marguerita Ave | Apt D | Alhambra | CA | 91801-6911 |
| Alicia Tomik | | 1511 Thompson Ave | | Glendale | CA | 91201-1229 |
| Anukul Veeraraghavan | | 2646 168th Pl NE | | Bellevue | WA | 98008-2236 |
| Avinash Bhashyam | | 601 E Anapamu St | Apt 32 | Santa Barbara | CA | 93103-2364 |
| Bel Air Internet LLC | | 15301 Ventura Blvd | Ste D220 | Sherman Oaks | CA | 91403-6671 |
| Canny Holdings DBA Nestmade Mortgage | Attn: Benson Pang | 13 Highwood Ct | | Azusa | CA | 91702-6280 |
| Coderpad | | 44 Montgomery St | Ste 300 | San Francisco | CA | 94104-4624 |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 5



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)



# Exhibit A

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Dla Piper LLP | | 2000 Avenue of the Stars | Ste 400N | Los Angeles | CA | 90067-4735 |
| Edison Villafuerte | | 3410 E 7th St | | Los Angeles | CA | 90023-2305 |
| Evelyn Torres | | 35 East Dr | | Livingston | NJ | 07039-3502 |
| Freedom Private Money | Attn: Chris Jameson | 102 S Tejon St | Ste 1100 | Colorado Spgs | CO | 80903-2253 |
| Ilmira Simonson | | 800 Chiselpoint Cv | | Round Rock | TX | 78681-1112 |
| James Bourne | | 27748 Granite Ridge Rd | | Escondido | CA | 92026-7323 |
| Jason Newson | | 506 Robinson Dr | | Tustin | CA | 92782-0910 |
| Joseph Fallas | | 1760 S Bentley Ave | Apt 5 | Los Angeles | CA | 90025-4337 |
| Karen Porche | | 44685 Ashbury Pl | | Temecula | CA | 92592-5848 |
| Louis Nees | | 594 Brimhall St | | Saint Paul | MN | 55116-1509 |
| Lres Corp | | 400 N Tustin Ave | Ste 402 | Santa Ana | CA | 92705-3834 |
| Manduka LLC | | PO Box 824 | | El Segundo | CA | 90245-0824 |
| Maxwell Harrington | | 14006 Palawan Way | Ph 25 | Marina Dl Rey | CA | 90292-6205 |
| Mendocino Farms | | 2004 Park Pl | Ste H | El Segundo | CA | 90245-6100 |
| Michael Loop | | 1204 Pinebrush Dr | | Park City | UT | 84098-6334 |
| Nicole Grissom | | 11211 W 107th Ave | | Broomfield | CO | 80021-3531 |
| Nicole Hopkins | | 1935 W Bonanza Ln | | Phoenix | AZ | 85085-1728 |
| Patrick Sinclair | | 1340 Hauser Blvd | | Los Angeles | CA | 90019-2521 |
| Red Rock Capital | Attn: Josh Manier | 5585 Erindale Dr | Ste 201 | Colorado Spgs | CO | 80918-6969 |
| Rolla Boys LLC | Attn: Michael Bonn | 2305 E Arapahoe Rd | Ste 100 | Centennial | CO | 80122-1535 |
| Samantha Hudson | | 116 Brim Way | | Pittsburgh | PA | 15212-4657 |
| Signature Lending, LLC | Attn: Elliot Schneider | 1664 E Sunshine St | | Springfield | MO | 65804-1313 |
| Skylar Dykstra | | 290 N Olive Ave | Apt 723 | West Palm Bch | FL | 33401-5577 |
| The Mortgage Law Firm | | 27368 Via Industria | Ste 201 | Temecula | CA | 92590-4856 |
| Toan D. Nguyen | | 9162 Christine Dr | | Huntingtn Bch | CA | 92646-8316 |
| Zachary Howell | | 120 9th St | Apt 1538 | San Antonio | TX | 78215-1484 |
| Zeplin, Inc. | | 1691 Alvarado Ave | Apt 34 | Walnut Creek | CA | 94597-3053 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 5 of 5