**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*, | Case No. 23-10815 |
| Debtor(s). | (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS**

    **PLEASE TAKE NOTICE** that John Bolich, a creditor in the above-captioned case, hereby appears by his counsel, Kasen & Kasen, P.C. ("**Kasen & Kasen**"), pursuant to Section 1109(b) of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rule(s)**"), and requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon:

Kasen & Kasen, P.C.
c/o Jenny R. Kasen, Esq.
Society Hill Office Park
1874 E. Marlton Pike, Suite 3
Cherry Hill, NJ 08003
Telephone: (856) 424-4144
Facsimile: (856) 424-7565
E-Mail: jkasen@kasenlaw.com

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices referred to in the Bankruptcy Rules but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, filed in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of any rights: (1) to have final orders in noncore matters entered only have *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in the above-captioned case or any case, controversy or proceeding related to the above-captioned case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to assert or exercise any other rights, claims, actions, defenses, setoffs or recoupments to which one is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notices and Papers does not give express or implied consent by Kasen & Kasen to accept service of process of any action commenced under Bankruptcy Rule 7001.

Dated:  July 19, 2023                KASEN & KASEN, P.C.

*/s/ Jenny R. Kasen*
Jenny R. Kasen, Esquire (DE Bar No. 5849)
1213 N. King Street, Suite 2
Wilmington, DE 19801
Telephone: (302) 652-3300
Facsimile: (856) 424-7565
E-Mail: jkasen@kasenlaw.com

*Counsel to John Bolich*

2