# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On July 17, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order Pursuant to Sections 105(a), 365(a), and 554 of the Bankruptcy Code, Authorizing the Debtors to Reject a Certain Unexpired Lease of Nonresidential Property Effective as of the Petition Date and Abandonment of Personal Property** (Docket No. 93)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: July 19, 2023

_____
Gregory A. Lesage

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 19th day of July 2023, by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

# Exhibit A



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 2121 Park Place Fee Owner CA, LLC | c/o Intercontinental Real Estate Corporation | Attn: Thomas Ball | 15260 Ventura Blvd Suite 1510 | Sherman Oaks | CA | 91403 |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Magnetar Financial LLC | c/o Richards, Layton & Finger, P.A. | Attn: Russell C. Silberglied, Brendan J. Schlauch, & Emily R. Mathews | 920 North King Street One Rodney Square | Wilmington | DE | 19801 |
| Magnetar Financial LLC | c/o Royer Cooper Cohen Braunfeld LLC | Attn: Marc E. Hirschfield & Marc Skapof | 1120 Avenue of the Americas, 4th Floor | New York | NY | 10036 |
| MFA Financial Inc. and related affiliates | c/o Hunton Andrews Kurth LLP | Attn: J.R. Smith & Jennifer E. Wuebker | 951 East Byrd Street | Richmond | VA | 23219 |
| Office of the United States Attorney for the District of Delaware | | 1313 N Market Street | | Wilmington | DE | 19801 |
| Office of the United States Trustee for the District of Delaware | Attn: Timothy J. Fox | 844 N King St #2207 Lockbox 35 | | Wilmington | DE | 19801 |
| Securities and Exchange Commission | | 100 F Street, NE | | Washington | DC | 20549 |
| Securities and Exchange Commission | Attn: Regional Director | New York Regional Office | 200 Vesey Street, Suite 400 Brookfield Place | New York | NY | 10281-1022 |
| Small Business Administration | c/o Office of General Counsel | Attn: Stacey Dawes | 721 19th Street, Suite 426 | Denver | CO | 80202 |
| State of Delaware | Department of Justice | Carvel State Office Building | 820 N French Street | Wilmington | DE | 19801 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# **Exhibit B**



## Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Budget Finance Company | c/o Kogan Law Firm, APC | Attn: Michael S. Kogan | mkogan@koganlawfirm.com |
| Jax SFH Properties, LLC | c/o The Law office of James Tobia, LLC | Attn: James Tobia | jtobia@tobialaw.com |
| Magnetar Financial LLC | c/o Richards, Layton & Finger, P.A. | Attn: Russell C. Silberglied, Brendan J. Schlauch, & Emily R. Mathews | silberglied@rlf.com schlauch@rlf.com mathews@rlf.com |
| Magnetar Financial LLC | c/o Royer Cooper Cohen Braunfeld LLC | Attn: Marc E. Hirschfield & Marc Skapof | mhirschfield@rccblaw.com mskapof@rccblaw.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn: Timothy J. Fox | | timothy.fox@usdoj.gov ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi & John C. Gentile | jhoover@beneschlaw.com kcapuzzi@beneschlaw.com jgentile@beneschlaw.com |
| Official Committee of Unsecured Creditors | c/o Morrison & Foerster LLP | Attn: Lorenzo Marinuzzi, Benjamin Butterfield, Raff Ferraioli, & Martha E. Martir | lmarinuzzi@mofo.com bbutterfield@mofo.com rferraioli@mofo.com mmartir@mofo.com |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Landis Rath & Cobb LLP | Attn: Adam G. Landis, Esq., Kimberly A. Brown, Esq. & Howard W. Robertson IV, Esq. | landis@lrclaw.com brown@lrclaw.com robertson@lrclaw.com |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Winston & Strawn LLP | Attn: David Neier, Esq. & James T. Bentley, Esq. | dneier@winston.com jbentley@winston.com |
| Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC | c/o Dorsey & Whitney (Delaware LLP) | Attn: Alessandra Glorioso, Esq. | glorioso.alessandra@dorsey.com |
| Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC | c/o Dorsey & Whitney LLP | Attn: Samuel S. Kohn, Esq. & Rachel P. Stoian, Esq. | kohn.sam@dorsey.com stoian.rachel@dorsey.com |
| Scott Van Dellen | | | svandell2@gmail.com |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon, Esquire | | dplon@sirlinlaw.com |
| Small Business Administration | c/o Office of General Counsel | Attn: Stacey Dawes | stacey.dawes@sba.gov |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1