# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Peer Street Inc., et al., | ) | Case No. 23-10815 (LSS) |
| | ) | |
| Debtor(s) | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that Vinay Kudithipudi, a creditor in the above-captioned case, hereby appears by his counsel, Lynn Pinker Hurst & Schwegmann, LLP ("LPHS"), pursuant to Bankruptcy Code Section 1109(b) and Federal Rule of Bankruptcy Procedure 9010(b), and requests, under Bankruptcy Code Section 342 and Federal Rules of Bankruptcy Procedure 2002(g) and 9007, that all notices, pleadings, and other papers filed in the above-captioned proceeding be served upon him at the following address:

Jared Eisenberg
Lynn Pinker Hurst & Schwegmann
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
jeisenberg@lynnllp.com

Dated: July 25, 2023

/s/ Jared D. Eisenberg
Jared D. Eisenberg
jeisenberg@lynnllp.com
Texas Bar No. 24092382
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 (Telephone)
(214) 981-3839 (Facsimile)

*COUNSEL FOR VINAY KUDITHIPUDI*