IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| Peer Street, Inc., *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case  No. 23-10815 (LSS)<br><br>(Jointly Administered)<br><br>Ref. D.I. 61 |

**CERTIFICATION OF COUNSEL REGARDING *REVISED* PROPOSED ORDER
ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF PROFESSIONALS**

On July 7, 2023, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the *Debtors' Motion for Entry of an Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 61] (the "**Motion**").  A proposed form of order approving the Motion was attached to the Motion as Exhibit A (the "**Proposed Order**").  Responses to the Motion were to be filed and served no later than 4:00 p.m. (ET) on July 21, 2023 (the "**Objection Deadline**").

Prior to the Objection Deadline, the Debtors received informal comments from the United States Trustee for the District of Delaware (the "**U.S. Trustee**").  No other informal responses or objections to the Motion were received.

Following discussions with the U.S. Trustee, the Debtors agreed to a revised form of order (the "**Revised Proposed Order**") approving the Motion, a copy of which is attached hereto as **Exhibit A**.  For the convenience of the Court and other interested parties, a blackline comparing

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are:  Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485).  The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn:  David Dunn, Chief Restructuring Officer.

30599061.2

the Revised Proposed Order against the Proposed Order is attached hereto as **Exhibit B**. The Revised Proposed Order has been circulated to counsel for the U.S. Trustee, who has advised that the U.S. Trustee does not object to its entry.

WHEREFORE, as the Debtors did not receive any objections or responses other than those described herein, and the U.S. Trustee does not object to the entry of the Revised Proposed Order, the Debtors respectfully request that the Court enter the Revised Proposed Order without further notice or hearing at the Court's earliest convenience.

*[Signature Page Follows]*

30599061.2

Dated: July 25, 2023

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ S. Alexander Faris*<br>Joseph Barry (Del. Bar No. 4221)<br>Ryan M. Bartley (Del. Bar No. 4985)<br>S. Alexander Faris (Del. Bar No. 6278)<br>Shella Borovinskaya (Del. Bar No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:  jbarry@ycst.com<br>            rbartley@ycst.com<br>            afaris@ycst.com<br>            sborovinskaya@ycst.com<br><br>*Proposed Co-Counsel to the Debtors and Debtors in Possession* | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>P. Bradley O'Neill (admitted *pro hac vice*)<br>Caroline Gange (admitted *pro hac vice*)<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone:  (212) 715-9511<br>Facsimile:  (212) 715-8000<br>Email:  boneill@kramerlevin.com<br>            cgange@kramerlevin.com<br><br>*Proposed Co-Counsel to the Debtors and Debtors in Possession* |