# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Peer Street, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS)<br><br>(Jointly Administered)<br><br>Ref. D.I. 63 |

### CERTIFICATION OF COUNSEL REGARDING *REVISED* PROPOSED ORDER AUTHORIZING RETENTION AND APPOINTMENT OF STRETTO, INC. AS ADMINISTRATIVE ADVISOR EFFECTIVE AS OF THE PETITION DATE

On July 7, 2023, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the *Debtors' Application for Appointment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date* [Docket No. 63] (the "**Application**"). A proposed form of order approving the Application was attached to the Application as Exhibit A (the "**Proposed Order**"). The deadline to file objections or otherwise respond to the Application was set as July 21, 2023 at 4:00 p.m. (ET) (the "**Objection Deadline**").

Prior to the Objection Deadline, the Debtors received informal comments to the Proposed Order from the United States Trustee for the District of Delaware (the "**U.S. Trustee**"). No other informal responses or objections to the Application were received.

Following discussions with the U.S. Trustee, the Debtors agreed to a revised form of order (the "**Revised Proposed Order**") approving the Application, a copy of which is attached hereto as **Exhibit A**. For the convenience of the Court and other interested parties, a blackline comparing the Revised Proposed Order to the Proposed Order is attached hereto as **Exhibit B**. The Revised

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

30600596.1

Proposed Order has been circulated to counsel for the U.S. Trustee, who has advised that the U.S. Trustee does not object to its entry.

WHEREFORE, as the Debtors did not receive any objections or response other than those described herein, and the U.S. Trustee does not object to entry of the Revised Proposed Order, the Debtors respectfully request that the Court enter the Revised Proposed Order without further notice or hearing at the Court's earliest convenience.

Dated: July 25, 2023

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| | P. Bradley O'Neill (admitted *pro hac vice*) |
| */s/ S. Alexander Faris* | Caroline Gange (admitted *pro hac vice*) |
| Joseph Barry (Del. Bar No. 4221) | 1177 Avenue of the Americas |
| Ryan M. Bartley (Del. Bar No. 4985) | New York, New York 10036 |
| S. Alexander Faris (Del. Bar No. 6278) | Telephone: (212) 715-9511 |
| Shella Borovinskaya (Del. Bar No. 6758) | Facsimile: (212) 715-8000 |
| Rodney Square | Email: boneill@kramerlevin.com |
| 1000 North King Street | cgange@kramerlevin.com |
| Wilmington, Delaware 19801 | |
| Telephone: (302) 571-6600 | *Proposed Co-Counsel to the Debtors and* |
| Facsimile: (302) 571-1253 | *Debtors in Possession* |
| Email: jbarry@ycst.com | |
| rbartley@ycst.com | |
| afaris@ycst.com | |
| sborovinskaya@ycst.com | |
| | |
| *Proposed Co-Counsel to the Debtors and* | |
| *Debtors in Possession* | |