### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |

### <u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>

I, Stephanie Delgado, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On or before July 18, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **<u>Exhibit A</u>**:

- **Notice of Chapter 11 Bankruptcy Case** (Docket No. 55)

Dated: July 25, 2023

Stephanie Delgado

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 25th day of July, 2023, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JESSIE DE GUZMAN
Notary Public - California
Orange County
Commission # 2401464
My Comm. Expires Apr 20, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

# **Exhibit A**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Alesia Minenko | | 678 E Walnut St | Unit 507 | Pasadena | CA | 91101-2287 |
| Amanda Holmes | | 3121 Fremont Ave S | Apt 3 | Minneapolis | MN | 55408-2780 |
| Amanda Soltes | | 230 Cow Creek Dr | | Fair Play | SC | 29643-2145 |
| Amin Sagani | | 375 W Dundee Rd | Apt 489 | Wheeling | IL | 60090-2891 |
| Atlas Solomon PLLC | | 819 SW Federal Hwy | Ste 301 | Stuart | FL | 34994-2952 |
| Atwood P. Collins | | 3419 Nottingham St | | Houston | TX | 77005-2217 |
| Bettercloud, Inc. | | 330 7th Ave | Fl 4 | New York | NY | 10001-5270 |
| Bigger Pockets | | 2000 S Colorado Blvd | # 9 | Denver | CO | 80222-7900 |
| Central Florida Lending Fund | Attn: Andrew Boccia | 401 S Florida Ave | | Lakeland | FL | 33801-5226 |
| Certrell Russell | | PO Box 542062 | | Grand Prairie | TX | 75054-2062 |
| Charlene Cooper | | 955 Cresta Way | Apt 1 | San Rafael | CA | 94903-5589 |
| Chris Rodts | | 29 5th Ave | Apt 4B | New York | NY | 10003-4358 |
| Christopher Henderson | | 5592 Waterside Loop | Apt 104 | Lakeland | FL | 33805-9672 |
| Codefresh Inc. | | 3141 Stevens Creek Blvd | | San Jose | CA | 95117-1141 |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 3 of 10



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

 **STRETTO**

**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Cyber Defense Group, LLC | | 177 E Colorado Blvd | Ste 200 | Pasadena | CA | 91105-1955 |
| Cynthia Lewis | | 1552 Cameron Rd | | York | SC | 29745-8863 |
| Dahag Services | | 2900 Delk Rd SE | Ste 700 | Marietta | GA | 30067-5350 |
| Daniel & Falan Marks Living Trust | Attn: Daniel Marks | 6454 Frampton Cir | | Huntingtn Bch | CA | 92648-6620 |
| Dannie Fu | | 12819 192nd Pl E | | Bonney Lake | WA | 98391-8363 |
| Emma Goldberg-Keller | | 1801 L St | Apt 405 | Sacramento | CA | 95811-4178 |
| Environments Plus | | PO Box 607 | | Pflugerville | TX | 78691-0607 |
| Evaluation Concepts | | PO Box 516 | | Tulare | CA | 93275-0516 |
| Evelyn Torres | | 35 East Dr | | Livingston | NJ | 07039-3502 |
| Fay Servicing, LLC | | 5426 Bay Center Dr | Ste 300 | Tampa | FL | 33609-3401 |
| Five Star Media LLC | | 1341 W Mockingbird Ln | Ste 900W | Dallas | TX | 75247-6973 |
| Flip Funding | Attn: Roderick Stanback | 15 Devlon Ct | | Owings Mills | MD | 21117-6124 |
| Freeman | | 14221 Dallas Pkwy | Ste 1200 | Dallas | TX | 75254-2957 |
| Harrison Developers, LLC | Attn: Harrison Developers LLC / Alexander Pavlovsky | 6301 Collins Ave | Apt 2208 | Miami Beach | FL | 33141-4644 |
| Herman Newman | | 11464 Pinckney Way | | Cypress | CA | 90630-5469 |
| Highland Realty Capital, Inc. | Attn: Mike Guterman | 1200 Estrella Dr | | Santa Barbara | CA | 93110-2453 |
| Housecanary, Inc | | 535 Mission St | Fl 14 | San Francisco | CA | 94105-3253 |
| Ilmira Simonson | | 800 Chiselpoint Cv | | Round Rock | TX | 78681-1112 |
| Itamar Perez | | 15631 NE 99yh Way | | Redmond | WA | 98052-2585 |
| Jasmine Daniel | | 10314 Taft Way | | Greer | SC | 29650-2287 |
| Jason Mendoza | | 21245 White Wing Dove Dr | | Covington | LA | 70433-6374 |
| Jason Newson | | 506 Robinson Dr | | Tustin | CA | 92782-0910 |
| Jean-Pierre Arsenault | | 5521 W 140th St | | Hawthorne | CA | 90250-6403 |
| Kai Kjell Hansen | | 24480 Family Ln | | Murrieta | CA | 92562-9768 |
| Karilynn Oi | | 2211 E Orangewood Ave | Unit 136 | Anaheim | CA | 92806-6520 |
| Kate Ortiz | | 180 Water St | Apt 2903 | New York | NY | 10038-5418 |
| Katie Baki | | 5403 Georgia Ln | | Louisville | KY | 40219-2915 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

 STRETTO

**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Khalil Mccollum | | 7323 Wheyfield Dr | | Charlotte | NC | 28215-8422 |
| Kilian Murphy | | 638 Sheldon St | | El Segundo | CA | 90245-3035 |
| Kingston Capital Management LLC | Attn: James Di Bartolo | 106 Kings Croft | | Cherry Hill | NJ | 08034-1114 |
| Louis Nees | | 594 Brimhall St | | Saint Paul | MN | 55116-1509 |
| Lundberg And Associates, Pc | | 8851 S Sandy Pkwy | Ste 200 | Sandy | UT | 84070-6464 |
| Mahsa Abedinzadeh | | 6507 Caverstone Ln | | Durham | NC | 27713-6416 |
| Mark Reardon | | 6 Lamppost Dr | | Redding | CT | 06896-1120 |
| Mary Grau | | 624 Emerald St | | Redondo Beach | CA | 90277-3144 |
| Meesha Ackridge | | 6020 Sycamore Gardens Ln | Apt 3310 | Charlotte | NC | 28273-4457 |
| Megan Yount | | 14292 Cloverbrook Dr | | Tustin | CA | 92780-6308 |
| Michael Clemente | | 4921 Imlay Ave | | Culver City | CA | 90230-5205 |
| Nicole Hopkins | | 1935 W Bonanza Ln | | Phoenix | AZ | 85085-1728 |
| Nicole Pearse | | 826 Millbridge Rd | | Clementon | NJ | 08021-5515 |
| Niyati Patel | | 550 Oak Grove Ave | Apt 347 | Menlo Park | CA | 94025-3289 |
| Onna Technologies, Inc. | | 228 Park Ave S | | New York | NY | 10003-1502 |
| Opteon Amc, Inc | | 14861 N Scottsdale Rd | Ste 105 | Scottsdale | AZ | 85254-2788 |
| Orange Circle International, LLC | Attn: Dallas Ocannon | 14055 46th St N | Ste 1101 | Clearwater | FL | 33762-3865 |
| Palina Latyshava | | 3450 N Williams Ave | Apt 603 | Portland | OR | 97227-2115 |
| Patricia Conte | | 378 Forest Oaks Dr | | Archer Lodge | NC | 27527-6265 |
| Peter Souza | | 11617 Gorham Ave | Apt 36 | Los Angeles | CA | 90049-6753 |
| Porchse Weitherspoon | | 23485 Coolidge Hwy | | Oak Park | MI | 48237-2072 |
| Pro-Teck Services, Ltd. | | 7500 W 110th St | Ste 420 | Overland Park | KS | 66210-2407 |
| Rob Wolford | | 5610 W Mylonite Dr | | Coeur D Alene | ID | 83814-0008 |
| Robert B. Wolford | | 5610 W Mylonite Dr | | Coeur D Alene | ID | 83814-0008 |
| Robert Palacios | | 180 N Ada St | Apt 423 | Chicago | IL | 60607-1542 |
| Rolla Boys LLC | Attn: Michael Bonn | 2305 E Arapahoe Rd | Ste 100 | Centennial | CO | 80122-1535 |
| Sanjay Pandey | | 501 Westlake Park Blvd | | Houston | TX | 77079-2604 |
| Select Realty Capital Group | Attn: Todd Settle | 72 Commercial St | Ste 10 | Portland | ME | 04101-4749 |
| Shivholtz, LLC DBA Rei Capital Resources | Attn: Patrick St. Cin | PO Box 304 | | Round Rock | TX | 78680-0304 |
| Signature Lending, LLC | Attn: Elliot Schneider | 1664 E Sunshine St | | Springfield | MO | 65804-1313 |
| Silvan Real Estate Income Fund | Attn: Tie Wei | 104 W 76th St | Apt 5 | New York | NY | 10023-8440 |
| Skylar Dykstra | | 290 N Olive Ave | Apt 723 | West Palm Bch | FL | 33401-5577 |
| Slack Technologies, Inc. | | 50 Fremont St | Ste 300 | San Francisco | CA | 94105-2231 |
| Sumo Logic | | 855 Main St | | Redwood City | CA | 94063-1901 |
| Sunjay Pandey | | 501 Westlake Park Blvd | | Houston | TX | 77079-2604 |
| Theodore Willis | | 58 Hidden Valley Rd | | Rolling Hills Estates | CA | 90274-1519 |
| Tim Wiseman | | 607 W Grove St | | Kaufman | TX | 75142-1819 |
| Tradex Realty Partners, LLC | Attn: Michael Beattie | 330 Post Rd | | Darien | CT | 06820-3600 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Tucker Northwest | Attn: Allen Tucker | 18938 Ridgeline Dr | | Bend | OR | 97703-9408 |
| Van Poole Properties, LLC | | 922 Sam Dealey Dr | | Dallas | TX | 75208-2636 |
| Vici Funding LLC | Attn: Justin Rocheleau | 100 S Main St | Ste 600 | Wichita | KS | 67202-3741 |
| Yury Velikanau | | 11924 Louise Ave | Apt 8 | Los Angeles | CA | 90066-5845 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)