IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Peer Street, Inc., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS)<br><br>(Jointly Administered)<br><br>Ref. D.I. 65 |

**CERTIFICATION OF COUNSEL SUBMITTING *REVISED* PROPOSED ORDER (I) AUTHORIZING THE EMPLOYMENT AND RETENTION OF PIPER SANDLER LOAN STRATEGIES, LLC AS EXCLUSIVE INTRODUCING BROKER FOR THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE; AND (II) WAIVING THE INFORMATION REQUIREMENTS OF LOCAL RULE 2016-2(D)**

On July 7, 2023, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Piper Sandler Loan Strategies, LLC as Exclusive Introducing Broker for the Debtors Effective as of the Petition Date* [D.I. 65] (the "**Application**").[2] A proposed form of order approving the Application was attached to the Application as Exhibit A (the "**Proposed Order**"). The deadline to file objections or otherwise respond to the Application was set as July 21, 2023 at 4:00 p.m. (ET) (the "**Objection Deadline**").

Prior to the Objection Deadline, the Debtors received informal comments to the Proposed Order from the United States Trustee for the District of Delaware (the "**U.S. Trustee**")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

30598854.1

and Official Committee of Unsecured Creditors ("**Committee**").  No other informal responses or objections to the Application were received.

Following discussions with the U.S. Trustee and Committee, the Debtors revised the form of order (the "**Revised Proposed Order**") approving the Application, a copy of which is attached hereto as **Exhibit A**.  For the convenience of the Court and other interested parties, a blackline comparing the Revised Proposed Order against the Proposed Order is attached hereto as **Exhibit B**.  The Revised Proposed Order has been circulated to the U.S. Trustee and Committee, who have advised that they do not object to entry of the Revised Proposed Order.

WHEREFORE, as the Debtors did not receive any objections or responses other than those described herein, and the U.S. Trustee and Committee do not object to entry of the Revised Proposed Order, the Debtors respectfully request that the Court enter the Revised Proposed Order without further notice or hearing at the Court's earliest convenience.

*[Signature Page Follows]*

Dated: July 26, 2023

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ S. Alexander Faris*<br>Joseph Barry (Del. Bar No. 4221)<br>Ryan M. Bartley (Del. Bar No. 4985)<br>S. Alexander Faris (Del. Bar No. 6278)<br>Shella Borovinskaya (Del. Bar No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jbarry@ycst.com<br>      rbartley@ycst.com<br>      afaris@ycst.com<br>      sborovinskaya@ycst.com<br><br>*Proposed Co-Counsel to the Debtors and Debtors in Possession* | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>P. Bradley O'Neill (admitted *pro hac vice*)<br>Caroline Gange (admitted *pro hac vice*)<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9511<br>Facsimile: (212) 715-8000<br>Email: boneill@kramerlevin.com<br>      cgange@kramerlevin.com<br><br>*Proposed Co-Counsel to the Debtors and Debtors in Possession* |