## **EXHIBIT A**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 9, 126, & 127** |

### ORDER (I) AUTHORIZING THE DEBTORS TO FILE UNDER SEAL AN EXHIBIT RELATED TO THE DEBTORS' NON-INSIDER KEY EMPLOYEE RETENTION PROGRAM; AND (II) DIRECTING PARTIES TO REDACT CONFIDENTIAL INFORMATION IN ALL RELATED PLEADINGS

Upon consideration of the motion (the "**Seal Motion**")[2] of the Debtors for entry of an order (i) authorizing the Debtors to file portions of the Declaration and the KERP Exhibit containing KERP Information under seal; and (ii) directing parties to redact confidential information related the KERP Exhibit; and it appearing that the relief requested in the Seal Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and this Court having found that venue of these cases and the Seal Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are:  Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485).  The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn:  David Dunn, Chief Restructuring Officer.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Seal Motion.

Court having found that notice of the Seal Motion has been given as set forth in the Seal Motion and that such notice is adequate and no other or further notice need be given; and this Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found and determined that the relief sought in the Seal Motion is in the best interests of the Debtors, their estates, their creditors and all other parties in interest; and that the legal and factual bases set forth in the Seal Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      The Debtors are authorized to file those portions of the Declaration and the KERP Exhibit that contain KERP Information under seal.

3.      The Debtors shall provide copies of the unredacted version of the Declaration and the KERP Exhibit to this Court, the Office of the United States Trustee for the District of Delaware, counsel to Magnetar Financial, LLC, and proposed counsel to Committee, subject to Local Rule 9018-1(d).

4.      To the extent any party files any responsive pleadings to the Wages Motion, such party shall redact any and all KERP Information from its pleadings.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Seal Motion.

6.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.