## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA MATTERS SCHEDULED FOR HEARING ON JULY 28, 2023 AT 10:00 A.M. (ET)

**This hearing will be conducted in-person. Any exceptions must be approved by chambers.**

**Parties may observe the hearing remotely by registering with the Zoom link below no later than July 28, 2023 at 8:00 a.m.**

**https://debuscourts.zoomgov.com/meeting/register/vJItd-mrpjoqHcE_yVn7ZmLMn4riDiVgSlA**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

## ADJOURNED MATTERS

1. Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 345, 363, 503(b), 1107(a) and 1108 of the Bankruptcy Code, Bankruptcy Rule 2015, and Local Rule 2015-2, (A) Authorizing and Approving Continued Use of Cash Management System, (B) Authorizing Use of Prepetition Bank Accounts and Business Forms, (C) Authorizing Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Granting Administrative Expense Status for Postpetition Intercompany Claims and Intercompany Loans, (D) Waiving the Requirements of Section 345(b) on an Interim Basis, and (E) Granting Certain Related Relief [D.I. 11; 6/26/23]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

Response Deadline:    July 21, 2023 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors and Pacific RBFL LLC and Pacific Funding Trust 1002 to a date to be determined

Responses Received:

    A.    Informal Response from the Official Committee of Unsecured Creditors

Related Documents:

    B.    Declaration of M. Dunn in Support of the Chapter 11 Filing and First Day Pleadings [D.I. 3, 6/26/23]

    C.    Interim Order [D.I. 31; 6/28/23]

    D.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 42, 6/29/23]

Status:   This matter has been adjourned to a date and time to be determined.

2.    Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors' Use of Cash Collateral; (B) Granting Adequate Protection to the Prepetition Secured Parties; (C) Scheduling a Final Hearing, and (D) Granting Related Relief [D.I. 12; 6/26/23]

Response Deadline:    July 21, 2023 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors and Pacific RBFL LLC and Pacific Funding Trust 1002 to a date to be determined

Responses Received:

    A.    Informal Response from the Official Committee of Unsecured Creditors

Related Documents:

    B.    Declaration of David M. Dunn in Support of the Chapter 11 Filing and First Day Pleadings [D.I. 3, 6/26/23]

    C.    Interim Order [D.I. 41; 6/28/23]

    D.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 42, 6/29/23]

Status:   This matter has been adjourned to a date and time to be determined.

3.    Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing on the Approval of

the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (II) Approving Certain Bid Procedures and the Form and Manner of Notice Thereof, and (III) Granting Related Relief; and (B) an Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances [D.I. 18, 6/27/23]

Response Deadline:   July 11, 2023 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors, the U.S. Trustee, and Pacific RBFL LLC and Pacific Funding Trust 1002 to a date to be determined

Responses Received:

A.    Informal Response from the Office of the United States Trustee

B.    Limited Objection and Reservation of Rights of Jax SFH Properties, LLC [D.I. 71, 7/11/23]

C.    Objection of Sean Quinn [D.I. 107, 7/21/23]

Related Documents:

D.    Notice of Bidding Procedures Hearing [D.I. 43, 6/29/23]

Status:   This matter is adjourned to a date and time to be determined.

## **RESOLVED MATTER**

4.    Debtors' Motion to for Entry of an Order, Pursuant to Sections 105(a), 365(c), and 554 of the Bankruptcy Code, Authorizing the Debtors to Reject a Certain Unexpired Lease of Non-Residential Property Effective as of the Petition Date and Abandon Personal Property [D.I. 14, 6/26/23]

Response Deadline:   July 11, 2023 at 4:00 p.m. (ET)

Responses Received:  None

Related Documents:

    A.    Declaration of David M. Dunn in Support of the Chapter 11 Filing and First Day Pleadings [D.I. 3, 6/26/23]

    B.    Notice of Hearing [D.I. 58; 7/6/23]

    C.    Certificate of No Objection [D.I. 76, 7/12/23]

    D.    Order [D.I. 93, 7/17/23]

Status:  An order has been entered.  No hearing is required.

## MATTERS UNDER CERTIFICATION

5.    Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 363, and 364 of the Bankruptcy Code, (A) Authorizing Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance Programs, Including Payment of Policy Premiums and Broker Fees, (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (C) Scheduling a Final Hearing [D.I. 6; 6/26/23]

Response Deadline:    July 21, 2023 at 4:00 p.m. (ET)

Responses Received:

    A.    Informal Response from the Official Committee of Unsecured Creditors

Related Documents:

    B.    Declaration of David M. Dunn in Support of the Chapter 11 Filing and First Day Pleadings [D.I. 3, 6/26/23]

    C.    Interim Order [D.I. 36; 6/28/23]

    D.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 42, 6/29/23]

    E.    Certification of Counsel [D.I. 114, 7/25/23]

Status:  The informal comments of the Official Committee of Unsecured Creditors have been resolved.  A certification of counsel has been filed.  No hearing is required unless the Court has questions.

6.      Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 363(b), 507(a)(8), 541, 1107(a), and 1108 of the Bankruptcy Code, (A) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations, (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (C) Scheduling a Final Hearing [D.I. 7; 6/26/23]

Response Deadline:    July 21, 2023 at 4:00 p.m. (ET)

Responses Received:

      A.      Informal Response from the Official Committee of Unsecured Creditors

Related Documents:

      B.      Declaration of David M. Dunn in Support of the Chapter 11 Filing and First Day Pleadings [D.I. 3, 6/26/23]

      C.      Interim Order [D.I. 38; 6/28/23]

      D.      Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 42, 6/29/23]

      E.      Certification of Counsel [D.I. 115, 7/25/23]

Status:  The informal comments of the Official Committee of Unsecured Creditors have been resolved.  A certification of counsel has been filed.  No hearing is required unless the Court has questions.

7.      Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (A) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Utility Services, (B) Deeming Utility Companies Adequately Assured of Future Payment, (C) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (D) Setting a Final Hearing Related Thereto [D.I. 8; 6/26/23]

Response Deadline:    July 21, 2023 at 4:00 p.m. (ET)

Responses Received:

      A.      Informal Response from the Official Committee of Unsecured Creditors

Related Documents:

    B.    Declaration of David M. Dunn in Support of the Chapter 11 Filing and First Day Pleadings [D.I. 3, 6/26/23]

    C.    Interim Order [D.I. 39; 6/28/23]

    D.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 42, 6/29/23]

    E.    Certification of Counsel [D.I. 116, 7/25/23]

Status:  The informal comments of the Official Committee of Unsecured Creditors have been resolved.  A certification of counsel has been filed.  No hearing is required unless the Court has questions.

8.    Motion of Debtors' for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Wages, Salaries, and Other Compensation, (II) Authorizing Continuation of Employee Benefit Programs, (III) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations, and (IV) Granting Related Relief [D.I. 9; 6/26/23]

Response Deadline:  July 21, 2023 at 4:00 p.m. (ET); extended to July 25, 2023 at 4:00 p.m. (ET) for the U.S. Trustee

Responses Received:

    A.    Informal Response from the Office of the United States Trustee

    B.    Informal Response from the Official Committee of Unsecured Creditors

Related Documents:

    C.    Declaration of David M. Dunn in Support of the Chapter 11 Filing and First Day Pleadings [D.I. 3, 6/26/23]

    D.    Interim Order [D.I. 33; 6/28/23]

    E.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 42, 6/29/23]

    F.    Declaration of David Dunn in Support of the Debtors Non-Insider Key Employee Retention Program [(Sealed) D.I. 126, 7/26/23]

i.  Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File Under Seal an Exhibit Related to the Declaration of David Dunn in Support of the Debtors' Non-Insider Key Employee Retention Program; and (II) Directing Parties to Redact Confidential Information in All Related Pleadings [D.I. 130, 7/26/23]

G.  Notice of Filing of Proposed Redacted Declaration [D.I. 127, 7/26/23]

H.  Certification of Counsel [D.I. 129, 7/26/23]

Status:  The informal comments of the U.S. Trustee and the Official Committee of Unsecured Creditors have been resolved. A certification of counsel has been filed. No hearing is required unless the Court has questions.

9.  Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors; (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (C) Granting Related Relief [D.I. 10, 6/26/23]

Response Deadline:  July 21, 2023 at 4:00 p.m. (ET)

Responses Received:

A.  Informal Response from the Official Committee of Unsecured Creditors

Related Documents:

B.  Declaration of David M. Dunn in Support of the Chapter 11 Filing and First Day Pleadings [D.I. 3, 6/26/23]

C.  Interim Order [D.I. 40; 6/28/23]

D.  Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 42, 6/29/23]

E.  Certification of Counsel [D.I. 117, 7/25/23]

Status:  The informal comments of the Official Committee of Unsecured Creditors have been resolved. A certification of counsel has been filed. No hearing is required unless the Court has questions.

10.    Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Individual Retail Customers, (B) Authorizing the Debtors to Provide Individual Retail Customers with Electronic Service, and (C) Granting Certain Related Relief [D.I. 28, 6/27/23]

Response Deadline:    July 11, 2023 at 4:00 p.m. (ET); extended to July 14, 2023 at 4:00 p.m. (ET) for the Committee; extended to July 25, 2023 at 4:00 p.m. (ET) for the U.S. Trustee

Responses Received:

    A.    Informal Response from the Office of the United States Trustee

Related Documents:

    B.    Certification of Debtors' Consolidated Creditor Matrix [D.I. 13; 6/26/23]

    C.    Notice of Hearing [D.I. 59, 7/6/23]

    D.    Certification of Counsel [D.I. 110, 7/24/23]

Status:  The informal comments of the U.S. Trustee's office have been resolved.  A certification of counsel has been filed.  No hearing is required unless the Court has questions.

11.    Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date [D.I. 60, 7/7/23]

Response Deadline:    July 21, 2023 at 4:00 p.m. (ET)

Responses Received:

    A.    Informal Response from the Office of the United States Trustee

Related Documents:

    B.    Certification of Counsel [D.I. 118, 7/25/23]

Status:  The informal comments of the U.S. Trustee's office have been resolved.  A certification of counsel has been filed.  No hearing is required unless the Court has questions.

12.    Debtors' Motion for Entry of an Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 61, 7/7/23]

Response Deadline:    July 21, 2023 at 4:00 p.m. (ET)

Responses Received:

      A.    Informal Response from the Office of the United States Trustee

      B.    Informal Response from the Official Committee of Unsecured Creditors

Related Documents:

      C.    Certification of Counsel [D.I. 119, 7/25/23]

Status:    The informal comments of the U.S. Trustee and the Official Committee of Unsecured Creditors have been resolved.  A certification of counsel has been filed. No hearing is required unless the Court has questions.

13.    Debtors' Motion for an Order Authorizing (A) the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business Effective as of the Petition Date and (B) Waiving Certain Information Requirements [D.I. 62, 7/7/23]

Response Deadline:    July 21, 2023 at 4:00 p.m. (ET)

Responses Received:

      A.    Informal Response from the Office of the United States Trustee

      B.    Informal Response from the Official Committee of Unsecured Creditors

Related Documents:

      C.    Certification of Counsel [D.I. 120, 7/25/23]

Status:    The informal comments of the U.S. Trustee and the Official Committee of Unsecured Creditors have been resolved.  A certification of counsel has been filed. No hearing is required unless the Court has questions.

14.    Debtors' Application for Appointment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date [D.I. 63, 7/7/23]

Response Deadline:    July 21, 2023 at 4:00 p.m. (ET)

Responses Received:

    A.    Informal Response from the Office of the United States Trustee

Related Documents:

    B.    Certification of Counsel [D.I. 121, 7/25/23]

Status:  The informal comments of the U.S. Trustee's office have been resolved. A certification of counsel has been filed. No hearing is required unless the Court has questions.

15.    Debtors' Motion to (I) Employ and Retain Province, LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel, and (II) Designate David Dunn as Chief Restructuring Officer Effective as of the Petition Date [D.I. 64, 7/7/23]

Response Deadline:    July 21, 2023 at 4:00 p.m. (ET)

Responses Received:

    A.    Informal Response from the Office of the United States Trustee

Related Documents:

    B.    Certificate of No Objection [D.I. 109, 7/24/23]

Status:  The informal comments of the U.S. Trustee's office have been resolved. A certificate of no objection has been filed. No hearing is required unless the Court has questions.

16.    Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Piper Sandler Loan Strategies, LLC as Exclusive Introducing Broker for the Debtors Effective as of the Petition Date [D.I. 65, 7/7/23]

Response Deadline:    July 21, 2023 at 4:00 p.m. (ET)

Responses Received:

    A.    Informal Response from the Office of United States Trustee

Related Documents:

    B.    Certification of Counsel [D.I. 128, 7/26/23]

Status:  The U.S. Trustee's comments have been resolved. A certification of counsel has been filed. No hearing is required unless the Court has questions.

17.     Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kramer Levin Naftalis & Frankel LLP as Bankruptcy Co-Counsel for the Debtors in Possession Nunc Pro Tunc to the Petition Date [D.I. 66, 7/7/23]

Response Deadline:    July 21, 2023 at 4:00 p.m. (ET)

Responses Received:

A.      Informal Response from the Office of the United States Trustee

Related Documents:

B.      Certification of Counsel [D.I. 124, 7/25/23]

Status:  The informal comments of the U.S. Trustee's office have been resolved.  A certification of counsel has been filed.  No hearing is required unless the Court has questions.

## MATTER GOING FORWARD

18.     Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File Under Seal an Exhibit Related to the Declaration of David Dunn in Support of the Debtors' Non-Insider Key Employee Retention Program; and (II) Directing Parties to Redact Confidential Information in All Related Pleadings [D.I. 130, 7/26/23]

Response Deadline:    At the hearing

Responses Received:  None to date.

Related Documents:

A.  Declaration of David Dunn in Support of the Debtors Non-Insider Key Employee Retention Program [(Sealed) D.I. 126, 7/26/23]

B.  Notice of Filing of Proposed Redacted Declaration [D.I. 127, 7/26/23]

Status:  This matter is going forward.

Dated: July 26, 2023

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ S. Alexander Faris*
Joseph Barry (Del. Bar No. 4221)
Ryan M. Bartley (Del. Bar No. 4985)
S. Alexander Faris (Del. Bar No. 6278)
Shella Borovinskaya (Del. Bar No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  jbarry@ycst.com
        rbartley@ycst.com
        afaris@ycst.com
        sborovinskaya@ycst.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
P. Bradley O'Neill (admitted *pro hac vice*)
Caroline Gange (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9511
Facsimile:  (212) 715-8000
Email:  boneill@kramerlevin.com
        cgange@kramerlevin.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*