# EXHIBIT 1-A

## Ordinary Course Professionals Subject to $25,000 Cap

| Ordinary Course Professional | Mailing Address | Services Provided |
|---|---|---|
| Armanino LLP | 50 West San Fernando St., Suite 500, San Jose, CA 95113 | Audit & Tax Advice |
| Brothers Smith LLP | 2033 N Main St., Suite 720 Walnut Creek, CA 94596 | California Elder Abuse Counsel |
| Cannon Law, LLC | P.O. Box 678, Lewis Center, OH 43035 | REO/Foreclosure Counsel |
| Cole-Frieman & Mallon LLP | One Sansome St., Suite 1895, San Francisco, CA 94104 | OppFund Outside Counsel |
| Cruikshank Ersin, LLC | Northside Tower 6065 Roswell Rd. NE, Suite 680, Atlanta, GA 30328 | REO/Foreclosure Counsel |
| Diaz Anselmo & Associates LLC | 1771 W. Diehl Rd., Suite 120, Naperville, IL 60563 | REO/Foreclosure Counsel |
| Ford & Paulekas, LLP | 280 Trumbull St., Hartford, CT 06103 | REO/Foreclosure Counsel |
| Fox Rothschild LLP | 2000 Market St., 20th Floor, Philadelphia, PA 19103 | Defense Counsel in RICO Action |

| **Ordinary Course Professional** | **Mailing Address** | **Services Provided** |
|---|---|---|
| Frenkel Lambert Weiss & Gordon | 53 Gibson St., Bay Shore, NY 11706 | REO/Foreclosure Counsel |
| Friedman Vartolo LLP | 1325 Franklin Ave., Suite 160, Garden City, NY 11530 | New York CEMA[1] Counsel |
| Houlihan Lokey Financial Advisors | 10250 Constellation Blvd, 5th Floor Los Angeles, CA 90067 | Valuation of "PS Portfolio" Assets |
| Marinosci Law Group | 275 W. Natick Rd., Suite 500, Warwick, RI 2886 | REO/Foreclosure Counsel |
| Roach & Lin, P.C. | 6901 Jericho Turnpike, Suite 240, Syosset, NY 11791 | REO/Foreclosure Counsel |
| Sandberg Phoenix | 600 Washington Ave., St. Louis, MO 63101 | REO/Foreclosure Counsel |
| Schwegman Lundberg Woessner | 1600 TCF Tower, 121 South Eighth St., Minneapolis, MN 55402 | Patent Counsel |
| Sirlin, Lesser & Benson, P.C. | 123 South Broad St., Suite 2100, Philadelphia PA, 19109 | REO/Foreclosure Counsel |

---

[1] CEMA stands for "Consolidation, Extension and Modification Agreement" and is an option available to New York residents looking to refinance their mortgage.

| Ordinary Course Professional | Mailing Address | Services Provided |
|---|---|---|
| Stern & Eisenberg | 500 Creek View Rd., Suite 304, Newark, DE 19711 | REO/Foreclosure Counsel |
| Stoll Keenon Ogden PLLC | P.O. Box 11969, Lexington, KY 40579 | REO/Foreclosure Counsel |
| The Margolin & Weinreb Law Group LLP | 165 Eileen Way, Suite 101, Syosset, NY 11791 | REO/Foreclosure Counsel |
| Trenam Law | 200 Central Ave., Suite 1600, St. Petersburg, FL 33701 | REO/Foreclosure Counsel |
| Van Winkle Buck Wall Starnes and Davis PA | 11 North Market St., Asheville, NC 28801 | REO/Foreclosure Counsel |
| Wilson Sonsini Goodrich & Rosati | P.O. Box 742866, Los Angeles, CA 90074 | Securities Counsel |

## EXHIBIT 1-B

### Ordinary Course Professionals Subject to $70,000 Cap

| Ordinary Course Professional | Mailing Address | Services Provided |
|---|---|---|
| Burr & Forman LLP | P.O. Box 830719, Birmingham, AL 35283 | REO/Foreclosure Counsel |
| Latimer LeVay Fyock LLC | 55 West Monroe St., Suite 1100, Chicago, IL 60603 | REO/Foreclosure Counsel |
| Law Offices of Tae H. Whang, LLC | 185 Bridge Plaza North, Suite 201, Fort Lee, NJ 07024 | REO/Foreclosure Counsel |
| McMichael Taylor Gray, LLC | 3550 Engineering Dr., Suite 260, Peachtree Corners, GA 30092 | REO/Foreclosure Counsel |
| Snell & Wilmer LLP | 600 Anton Blvd, Suite 1400, Costa Mesa, CA 92626<br><br>400 E. Van Buren St., Suite 1900, Phoenix, AZ 85004 | Employment and General Litigation Counsel |
| The Chartwell Law Offices, LLP | 970 Rittenhouse Rd., Suite 300, Eagleville, PA 19403 | REO/Foreclosure Counsel |