IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

| | |
|---|---|
| 1 BIG RED LLC; SEAN TARPENNING; <br> 1 BIG BLUE LLC; <br><br> Plaintiffs, <br><br> v. <br><br> ALOHA CAPITAL LLC; <br> and <br> PS FUNDING, INC. ISOA/ATIMA; <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1916-CV31526 <br> ) <br> ) Division No. 1 <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE AND SUGGESTION OF BANKRUPTCY

COMES NOW, Defendant, PS Funding, Inc. ISOA/ATIMA ("Peerstreet"), by and through its undersigned counsel, and hereby notifies the Court and parties, that on June 26, 2023, Peerstreet filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, Case No. 23-10817-LSS. A copy of the Notice of Bankruptcy Case Filing is attached hereto as Exhibit A.

WHEREFORE, Defendant, PS Funding, Inc. ISOA/ATIMA, respectfully requests the Court and parties take notice of this bankruptcy filing, as for such other and further relief as the Court deems just and proper.

SANDBERG PHOENIX & von GONTARD P.C.
By: /s/ Michele O'Malley
Michele O'Malley, #58121
4600 Madison Ave. Suite 1000
Kansas City, MO 64112
816-627-5546
816-627-5532 (Fax)
momalley@sandbergphoenix.com
*Attorneys for Defendants PS Funding, Inc. ISOA/ATIMA*

1

### Certificate of Service

I hereby certify that on the 28th day of June 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

John A. Watt
Baker Sterchi Cowden & Rice LLC
2400 Pershing Road, suite 500
Kansas City, MO 64108
watt@bscr-law.com
*Attorneys for Plaintiffs*
*1 Big Red, LLC*

Benjamin L. Tompkins
Kennyhertz Perry, LLC
2000 Shawnee Mission Parkway, Suite 210
Mission Woods, KS 66205
ben@kennyhertzperry.com
*Attorney for Plaintiff Sean Tarpenning*

Matt R. Moriarity
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
mmoriarity@polsinelli.com
*Attorney for Defendant Aloha Capital, LLC*

/s/ *Michele O'Malley*