

ELECTRONICALLY RECORDED
JACKSON COUNTY, MISSOURI
09/01/2022    8:21 AM
COV    FEE: $30.00    4 PGS

INSTRUMENT NUMBER
2022E0081609

*Exhibit C*

(Space above reserved for Recorder of Deeds certification)

## COVER PAGE FOR RECORDING

1. Title of Document:          Trustee's Deed

2. Date of Document:           August 31, 2022

3. Grantor:                    Eric L. Johnson, as Chapter 11 Trustee of
                               US Real Estate Equity Builder LLC

   Grantee Name/Address:       PSF TX 1, LLC.
                               Attn: Matthew Dameron
                               2121 Park Pl.
                               El Segundo, CA 90245

4. Legal Description:          See Exhibit A

5. Book and Page Reference:    N/A

*National Secured Title*
*NSTC000038*

## TRUSTEE'S DEED

**THIS INDENTURE** is made this 31st day of August, 2022, between Eric L. Johnson, in his capacity as Chapter 11 Trustee of US Real Estate Equity Builder LLC, a Missouri limited liability company, as Grantor, and PSF TX 1, LLC, a Delaware limited liability company, as Grantee.

**WHEREAS**, Grantor, by virtue of the Order Approving (a) One or More Potential Sale(s) of All Assets Free and Clear of all Liens, Interests, Claims and Encumbrances, and Related Procedures and Bid Protection Pursuant to 11 U.S.C. §363, and (b) The Potential Assumption and Assignment, or Rejection, of Certain Executory Contracts and Unexpired Leases, and Related Procedures Pursuant to 11 U.S.C. §365, and (c) Related Relief Pursuant to 11 U.S.C. §105 (the "**Sale Order**") issued out of the U.S. Bankruptcy Court for the District of Kansas, in Case No. 20-21358, and dated July 27, 2022, does by these presents grant, bargain, sell and convey unto Grantee, its successors and assigns, all right, title and interest of Grantor "as is, where is" with no representations or warranty, in and to all of the real property situated in Jackson County, Missouri and legally described on Exhibit A attached hereto.

Subject to (i) all exceptions, easements, covenants, restrictions, reservations, rights of way and other matters of record, (ii) any matters that would be disclosed by a current accurate survey or physical inspection of said real property, and (iii) real estate taxes and assessments for 2022 and thereafter.

**TO HAVE AND TO HOLD** the above granted premises, together with the appurtenances and hereditaments and every part thereof, unto Grantee, its successors and assigns.

*[Signature and Acknowledgement on Following Page]*

2

KC 19178174.1

IN WITNESS WHEREOF, Grantor has signed this Trustee's Deed as of the date first above written.

_____, Trustee
Eric L. Johnson, as Chapter 11 Trustee for the
Bankruptcy Estate of US Real Estate Equity Builder
LLC, and not individually

STATE OF MISSOURI     )
                      ) ss.
COUNTY OF Jackson     )

On this __31__ day of August, 2022, before me, a Notary Public in and for said state, personally appeared Eric L. Johnson as Trustee for the Bankruptcy Estate of US Real Estate Equity Builder LLC, a Missouri limited liability company, known to me to be the person who executed the within Trustee's Deed in behalf of the Bankruptcy Estate of US Real Estate Equity Builder LLC, and acknowledged to me that he executed the same for the purposes therein stated.

_____
Notary Public

My commission expires:

MONIQUE MICHELLE JACKSON
Notary Public-Notary Seal
STATE OF MISSOURI
Commissioned for Jackson County
My Commission Expires: June 16, 2025
ID #21463193

3

KC 19178174.1

**Exhibit A**

Lots 3, 4, 5 and 6, Block 1, ASTOR PLACE, a subdivision in Kansas City, Jackson County, Missouri

KC 19178174.1

EXHIBIT C-1
Diana Smith, Recorder of Deeds
Jackson County
Real Estate Index Search

Page 1 of 3
Date: 07/21/2023 09:18 AM

Report # 17052025 Requested By WEBPUBLIC (WEBPUBLIC) Subdivision begins with ASTOR PLACE;Lot from 3;Block 1; [V,N]

| # | Instrument Number | Book | Page | Date Filed | Document Type | Name | | Associated Name | More | Legal Description | Image | COV Filed | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2022E0081797 | | | 09/01/2022 | REL | PS FUNDING | R | US REAL ESTATE EQUITY BUILDER | E | KANSAS CITY ASTOR PLACE 01-1410 KC LT 3 - 6 BLK 1 | ✓ | ✓ | ✓ |
| 2 | 2022E0081609 | | | 09/01/2022 | TD | JOHNSON ERIC L | R | PSF TX 1 | E | KANSAS CITY ASTOR PLACE 01-1410 KC LT 3 - 6 BLK 1 | ✓ | ✓ | ✓ |
| 3 | 2020E0050177 | | | 06/16/2020 | DT | 1 BIG RED | R | GUARDIANS OF TRAVEL | E | KANSAS CITY ASTOR PLACE 01-1410 KC LT 3 - 6 BLK 1 TR 13 | ✓ | ✓ | ✓ |
| 4 | 2020E0013902 | | | 02/18/2020 | LEVY | US REAL ESTATE EQUITY BUILDERS | R | INDEPENDENT DOOR & GATE OF MISSOURI | E | KANSAS CITY ASTOR PLACE 01-1410 KC LT 3 - 6 BLK 1 | ✓ | ✓ | ✓ |
| 5 | 2019E0079203 | | | 10/01/2019 | APPT | PS FUNDING | R | CENTRE TRUSTEE CORP | E | KANSAS CITY ASTOR PLACE 01-1410 KC LT 3 - 6 BLK 1 | ✓ | ✓ | ✓ |
| 6 | 2019E0012688 | | | 02/22/2019 | REL | US REAL ESTATE EQUITY BUILDER LLC | R | ACCESS INVESTMENT | E | CITY KANSAS CITY; SBD ASTOR PLACE 01-1410 KC; BLK 1; LT 3-6 | ✓ | ✓ | ✓ |
| 7 | 2019E0006898 | 0 | 0 | 01/29/2019 | ASDT | ALOHA CAPITAL | R | PS FUNDING INC | E | CITY KANSAS CITY; SBD ASTOR PLACE 01-1410 KC; BLK 1; LT 3-6 | ✓ | ✓ | ✓ |
| 8 | 2019E0004669 | | | 01/22/2019 | DT | US REAL ESTATE EQUITY BUILDERS | R | USA REGROWTH FUND | E | CITY KANSAS CITY; SBD ASTOR PLACE 01-1410 KC; BLK 1; LT 3-6 | ✓ | ✓ | ✓ |
| 9 | 2019E0003503 | | | 01/16/2019 | REL | RIDGE LINE MANAGEMENT LLC | R | US REAL ESTATE EQUITY BUILDER LLC | E | CITY KANSAS CITY; SBD ASTOR PLACE 01-1410 KC; BLK 1; LT 3-6 | ✓ | ✓ | ✓ |
| 10 | 2019E0003502 | | | 01/16/2019 | REL | RIDGE LINE MANAGEMENT | R | US REAL ESTATE EQUITY BUILDER LLC | E | CITY KANSAS CITY; SBD ASTOR PLACE 01-1410 KC; BLK 1; LT 3-6 | ✓ | ✓ | ✓ |
| 11 | 2019E0000812 | | | 01/04/2019 | DT | US REAL ESTATE EQUITY BUILDER LLC | R | ALOHA CAPITAL | E | CITY KANSAS CITY; SBD ASTOR PLACE 01-1410 KC; BLK 1; LT 3-6 | ✓ | ✓ | ✓ |
| 12 | 2018E0040093 | | | 05/09/2018 | REL | BESAID LLC | R | US REAL ESTATE EQUITY BUILDER | E | CITY KANSAS CITY; SBD ASTOR PLACE 01-1410 KC; BLK 1; LT 3-6 | ✓ | ✓ | ✓ |
| 13 | 2018E0028725 | | | 04/06/2018 | ASDT | CHEROKEE INVESTMENT COMPANY | R | RIDGE LINE MANAGEMENT | E | CITY KANSAS CITY; SBD ASTOR PLACE 01-1410 KC; BLK 1; LT 3-6 | ✓ | ✓ | ✓ |

Permanent Index from 01/1962 to 07/13/2023  Temporary Index from 07/14/2023 to 07/21/2023  Images from 01/01/1962

Diana Smith, Recorder of Deeds
Jackson County
Real Estate Index Search

Page 2 of 3
Date: 07/21/2023 09:18 AM

Report # 17052025 Requested By WEBPUBLIC (WEBPUBLIC) Subdivision begins with ASTOR PLACE;Lot from 3;Block 1; [V,N]

| # | Instrument Number | Book | Page | Date Filed | Document Type | Name | More | Associated Name | More | Legal Description | Image | COV Filed | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 2018E0028713 | | | 04/06/2018 | DT | US REAL ESTATE EQUITY BUILDER | R | CHEROKEE INVESTMENT COMPANY | E | CITY KANSAS CITY; SBD ASTOR PLACE 01-1410 KC; BLK 1; LT 3-6 | ✓ | ✓ | V |
| 15 | 2018E0019187 | | | 03/09/2018 | ASDT | ANCHOR LOANS | R | ACCESS INVESTMENT | E | CITY KANSAS CITY; SBD ASTOR PLACE 01-1410 KC; BLK 1; LT 3-6 | ✓ | ✓ | V |
| 16 | 2018E0008531 | | | 02/01/2018 | DT | US REAL ESTATE EQUITY BUILDER | R | BESAID | E | CITY KANSAS CITY; SBD ASTOR PLACE 01-1410 KC; BLK 1; LT 3-6 | ✓ | ✓ | V |
| 17 | 2017E0114798 | | | 12/27/2017 | REL | RIDGE LINE MANAGEMENT | R | US REAL ESTATE EQUITY BUILDER | E | CITY KANSAS CITY; SBD ASTOR PLACE 01-1410 KC; BLK 1; LT 3-6 | ✓ | ✓ | V |
| 18 | 2017E0107739 | | | 12/04/2017 | DT | US REAL ESTATE EQUITY BUILDER LLC | R | ANCHOR LOANS | E | CITY KANSAS CITY; SBD ASTOR PLACE 01-1410 KC; BLK 1; LT 3-6 | ✓ | ✓ | M |
| 19 | 2017E0105095 | | | 11/21/2017 | WD | JLO INVESTMENTS LLC | R | US REAL ESTATE EQUITY BUILDER | E | CITY KANSAS CITY; SBD ASTOR PLACE 01-1410 KC; BLK 1; LT 3-6 | ✓ | ✓ | V |
| 20 | 2017E0085041 | | | 09/14/2017 | WD | US REAL ESTATE EQUITY BUILDER LLC | R | JLO INVESTMENTS LLC | E | CITY KANSAS CITY; SBD ASTOR PLACE 01-1410 KC; BLK 1; LT 3-6 | ✓ | ✓ | V |
| 21 | 2017E0049154 | 0 | 0 | 06/01/2017 | TERM | COUNTRY CLUB BANK | R | DALTONS 63RD STREET SHOPS LLC | E | CITY KANSAS CITY; SBD ASTOR PLACE 01-1410 KC; BLK 1; LT 3-6 | ✓ | ✓ | V |
| 22 | 2017E0049153 | 0 | 0 | 06/01/2017 | RELN | COUNTRY CLUB BANK | R | DALTONS 63RD STREET SHOPS LLC | E | CITY KANSAS CITY; SBD ASTOR PLACE 01-1410 KC; BLK 1; LT 3-6 | ✓ | ✓ | V |
| 23 | 2017E0049152 | 0 | 0 | 06/01/2017 | REL | COUNTRY CLUB BANK | R | DALTONS 63RD STREET SHOPS LLC | E | CITY KANSAS CITY; SBD ASTOR PLACE 01-1410 KC; BLK 1; LT 3-6 | ✓ | ✓ | V |
| 24 | 2017E0048649 | | | 05/31/2017 | ASDT | CHEROKEE INVESTMENT COMPANY | R | RIDGE LINE MANAGMENT | E | CITY KANSAS CITY; SBD ASTOR PLACE 01-1410 KC; BLK 1; LT 3-6 | ✓ | ✓ | V |
| 25 | 2017E0048648 | | | 05/31/2017 | DT | US REAL ESTATE EQUITY BUILDER LLC | R | CHEROKEE INVESTMENT COMPANY | E | CITY KANSAS CITY; SBD ASTOR PLACE 01-1410 KC; BLK 1; LT 3-6 | ✓ | ✓ | V |
| 26 | 2017E0048604 | | | 05/31/2017 | DT | US REAL ESTATE EQUITY BUILDER LLC | R | CHEROKEE INVESTMENT COMPANY | E | CITY KANSAS CITY; SBD ASTOR PLACE 01-1410 KC; BLK 1; LT 3-6 | ✓ | ✓ | V |

Permanent Index from 01/01/1962 to 07/13/2023  Temporary Index from 07/14/2023 to 07/21/2023  Images from 01/01/1962

Diana Smith, Recorder of Deeds
Jackson County
Real Estate Index Search

Page 3 of 3
Date: 07/21/2023 09:18 AM

Report # 17052025  Requested By WEBPUBLIC (WEBPUBLIC) Subdivision begins with ASTOR PLACE;Lot from 3;Block 1; [V,N]

| # | Instrument Number | Book | Page | Date Filed | Document Type | | Name | More | Associated Name | Legal Description | Image | COV Filed | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | 2017E0044502 | | | 05/18/2017 | WD | R | DALTONS 63RD STREET SHOPS | E | US REAL ESTATE EQUITY BUILDER | CITY KANSAS CITY; SBD ASTOR PLACE 01-1410 KC; BLK 1; LT 3-6 | ✓ | ✓ | ✓ |
| 28 | 2015E0100591 | 0 | 0 | 11/06/2015 | CONT | R | COUNTRY CLUB BANK | E | DALTONS 63RD STREET SHOPS LLC | CITY KANSAS CITY; SBD ASTOR PLACE 01-1410 KC; BLK 1; LT 3-6 | ✓ | ✓ | ✓ |
| 29 | 2011E0015356 | | | 02/15/2011 | FNST | R | DALTONS 63RD STREET SHOPS LLC | E | COUNTRY CLUB BANK | CITY KANSAS CITY; SBD ASTOR PLACE 01-1410 KC; BLK 1; LT 3-6 | ✓ | ✓ | ✓ |
| 30 | 2011E0015355 | | | 02/15/2011 | ASSN | R | DALTONS 63RD STREET SHOPS LLC | E | COUNTRY CLUB BANK | CITY KANSAS CITY; SBD ASTOR PLACE 01-1410 KC; BLK 1; LT 3-6 | ✓ | ✓ | ✓ |
| 31 | 2011E0015354 | | | 02/15/2011 | DT | R | DALTONS 63RD STREET SHOPS LLC | E | COUNTRY CLUB BANK | CITY KANSAS CITY; SBD ASTOR PLACE 01-1410 KC; BLK 1; LT 3-6 | ✓ | ✓ | ✓ |
| 32 | 2011E0015353 | | | 02/15/2011 | WD | R | NEW CINGULAR WIRELESS PCS LLC | E | DALTONS 63RD STREET SHOPS LLC | CITY KANSAS CITY; SBD ASTOR PLACE 01-1410 KC; BLK 1; LT 3-6 | ✓ | ✓ | ✓ |
| 33 | 1986K0715166 | 1540 | 1459 | 05/20/1986 | WD | R | CHICAGO TITLE INS CO | E | KANSAS CITY SMSA LTD PTP | KANSAS CITY ASTOR PLACE 01-1410 KC LOTS 3 - 3 BLK 1 | ✓ | ✓ | ✓ |
| 34 | 1982K0510401 | 1119 | 2067 | 01/04/1982 | WD | R | GRANGER KENTON C | E | CHICAGO TITLE INS CO | KANSAS CITY ASTOR PLACE 01-1410 KC LOTS 3 - 3 BLK 1 | ✓ | ✓ | ✓ |
| 35 | 1982K0510400 | 1119 | 2065 | 01/04/1982 | WD | R | JC NICHOLS CO | E | GRANGER KENTON C | KANSAS CITY ASTOR PLACE 01-1410 KC LOTS 3 - 3 BLK 1 | ✓ | ✓ | ✓ |



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Peer Street, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 18 & 43 |

## NOTICE OF ADJOURNMENT OF JULY 21, 2023 HEARING

**PLEASE TAKE NOTICE** that, with permission of the Court, the hearing scheduled for July 21, 2023 at 10:00 a.m. (ET) is hereby **ADJOURNED**.

**PLEASE TAKE FURTHER NOTICE** that the *Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (II) Approving Certain Bid Procedures, and the Form and Manner of Notice Thereof, and (III) Granting Related Relief; and (B) an Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, and (III) Granting Related Relief* [Docket No. 18] previously scheduled for the July 21, 2023 hearing will now be heard on **July 28, 2023 at 10:00 a.m. (ET)** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

30547094.1

Dated: July 18, 2023

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |

/s/ S. Alexander Faris

Joseph Barry (Del. Bar No. 4221)
Ryan M. Bartley (Del. Bar No. 4985)
S. Alexander Faris (Del. Bar No. 6278)
Shella Borovinskaya (Del. Bar No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jbarry@ycst.com
        rbartley@ycst.com
        afaris@ycst.com
        sborovinskaya@ycst.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

P. Bradley O'Neill (admitted *pro hac vice*)
Caroline Gange (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9511
Facsimile: (212) 715-8000
Email: boneill@kramerlevin.com
        cgange@kramerlevin.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

30547094.1

```
REINA MAZARIAGOS                 2.1 LBS LTR 1 OF 1
(816) 200-2656                   SHP WT: 3 LBS
THE UPS STORE #4784              DATE: 25 JUL 2023
6320 BROOKSIDE PLAZA
KANSAS CITY  MO 64113

SHIP  USBC DISTRICT OF DELAWARE
TO:   824 MARKET ST

      WILMINGTON DE 19801
```



DE 197 9-25

UPS 2ND DAY AIR                          2
TRACKING #: 1Z 0R8 40V 02 1758 1983

BILLING: P/P



U.S.M.S X-RAY

ISH 13.00F ZZP 450 25.5V 06/2023

UPS 3 Day Select®




010195104 04/21 PAC United Parcel Service