July 20, 2023



Kevin Keegan
62 Saddlebow Rd.
Bell Canyon, CA. 91307
805-907-9428

Chief Judge Laurie Seiber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE 19801

Subject: Request for Protection of Secured Loan Investments and Cash in PeerStreet Bankruptcy
Proceedings (PeerStreet - Leone M Keegan and Kevin M Keegan Trust Account: 4936232140

Honorable Chief Judge Laurie Seiber Silverstein,

I am writing to inform you of the recent bankruptcy of PeerStreet, Inc. and its affiliated
companies and to request your assistance in protecting my secured loan in this bankruptcy
proceeding. In case the major elements of this letter look familiar, I'd like you to be aware that I
modified a letter submitted by a separate investor.

As an investor with PeerStreet over multiple years, I have invested hard earned funds in various
real estate-backed loans through the Peer Street platform. These investments were made with
the understanding that they were secured by underlying collateral, with the added protection of
never investing in a property with more than a 65 % loan-to-value. Historic market fluctuations
reported by PeerStreet clearly showed little risk to my principle from market downturns. I now
ask that my rights as a secured creditor be honored.

I request you to consider the following points for the protection of my investments:

1. Preservation of Secured Loan investments: As a secured creditor, I request that the court
   ensures the proper handling and preservation of the underlying collateral associated with my
   loan investments. Any potential sale or disposition of these assets must be conducted fairly
   and transparently to maximize recovery and protect the interests of secured creditors.

2. Transparency and Communication: I respectfully ask that the court provides regular updates and
   communicates pertinent information related to the bankruptcy proceedings. Transparency
   is essential in allowing affected investors to understand the status of their investments,
   any potential recovery, and the timeline for resolution.

3. Fair Treatment of Secured Creditors: I trust that the court will prioritize the fair treatment of
   secured creditors in the distribution of assets. Secured loans were made with the

23-10819

expectation that in the event of default or bankruptcy, secured creditors would have a higher claim on the available assets. I urge the court to consider this principle in any distribution plan approved for PeerStreet's bankruptcy.

I appreciate your attention to this matter and your commitment to upholding justice in the bankruptcy proceedings. Should there be any updates or information regarding protecting my investments, I request that your office communicate with me directly.

Thank you for your time and consideration. I look forward to a fair resolution that protects the rights and interests of investors.

*Kevin Keegan*

Kevin Keegan
Account: 4936232140
K2eegan@gmail.com
805-907-9428

Attachments:
- 1- PeerStreet Account statement
- 2- List of Secured Real Estate Loan Positions

 **PeerStreet**   STRATA Trust Company,
Custodian FBO Kevin Keegan 


Account Number
SD IRA Account Number
Tax ID Number
Account Type    Ira

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| **$10,000.00** | **$0.00** |

### Account Summary

| | 06/01/23 | Net change | 06/30/23 |
|---|---|---|---|
| Investable Cash | $0.00 | $0.00 | $0.00 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $10,000.00 | $0.00 | $10,000.00 |
| **Account Total** | **$10,000.00** | **$0.00** | **$10,000.00** |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $0.00 |
| Fees [3] | $0.00 | $0.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

### Loan Positions

| Active Investments | | | | Principal Investment | | Payments This Period | |
|---|---|---|---|---|---|---|---|
| Loan | Yield | Start Date | Maturity Date | Initial | Outstanding | Earnings | Principal |
| Shamokin, PA Acquisition | 9.000% | 07/10/19 | 07/01/20 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Tallahassee, FL Refinance #3 | 9.000% | 09/17/19 | 12/01/20 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| **Total** | | | | **$10,000.00** | **$10,000.00** | **$0.00** | **$0.00** |

**Pending Investments**
None

**Past Investments**
None

### Transaction History

No transactions

## Active Investments (2)

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status |
|---|---|---|---|---|---|---|---|
| Tallahassee, FL Refinance #3 | $5,000.00 | $5,000.00 | 9.00% | +$235.00 | September 17, 2019 | December 1, 2020 Past Maturity | DEFAUL |
| Shamokin, PA Acquisition | $5,000.00 | $5,000.00 | 9.00% | +$401.61 | July 10, 2019 | July 1, 2020 Past Maturity | REG |

## Past Investments (109)

View All Past Investments

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Paid Off Date |
|---|---|---|---|---|---|---|
| Los Angeles, CA Cash-Out Refinance #496 | $5,000.00 | $0.00 | 6.50% | +$165.20 | February 28, 2020 | September 4, 2 |
| Naples, FL Refinance #12 | $5,000.00 | $0.00 | 6.38% | +$68.70 | February 13, 2020 | February 27, 20 |
| Long Beach, NY Cash-Out Refinance | $5,000.00 | $0.00 | 6.88% | +$222.51 | January 31, 2020 | September 28, |
| Downey, CA Acquisition #19 | $5,000.00 | $0.00 | 6.50% | +$78.54 | January 28, 2020 | April 28, 2020 |
| Ft Lauderdale, FL Refinance #4 | $5,000.00 | $0.00 | 7.45% | +$391.98 | January 24, 2020 | February 11, 20 |
| Newport Coast, CA Refinance #3 | $5,000.00 | $0.00 | 6.50% | +$160.24 | January 17, 2020 | July 15, 2020 |
| Los Angeles, CA Cash-Out Refinance #451 | $5,000.00 | $0.00 | 6.50% | +$227.47 | December 20, 2019 | September 1, 2 |
| Los Angeles, CA Refinance #441 | $5,000.00 | $0.00 | 7.25% | +$341.86 | December 16, 2019 | December 1, 20 |
| Queens, NY Acquisition #4 | $5,000.00 | $0.00 | 6.50% | +$209.65 | December 9, 2019 | August 3, 2020 |
| Salem, VA Acquisition #2 | $5,000.00 | $0.00 | 6.50% | +$86.72 | December 3, 2019 | March 10, 2020 |
| San Mateo, CA Acquisition #2 | $5,000.00 | $0.00 | 8.00% | +$1,202.48 | October 15, 2019 | July 5, 2022 |

Kevin M. Keegan
Leone M. Keegan
62 Saddlebow Rd
Bell Canyon, CA 91307

U.S.M.S.
X-RAY

SANTA CLARITA CA · 913

21 JUL 2023    PM 4  L

Hon: Chief Judge Laurie Seiber Silverstein
US BANKRUPTCY COURT
824 North Market Street, 6 th Floor
Wilmington, DE. 19801

19801-302499