## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On July 26, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit A**, via facsimile on the service list attached hereto as **Exhibit B**, and via electronic mail on the service list attached hereto as **Exhibit C**:

- **Notice of Filing of Proposed Redacted Declaration** (Docket No. 127)

- **Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File Under Seal an Exhibit Related to the Declaration of David Dunn in Support of the Debtors' Non-Insider Key Employee Retention Program; and (II) Directing Parties to Redact Confidential Information in all Related Pleadings** (Docket No. 130)

- **Notice of Agenda Matters Scheduled for Hearing on July 28, 2023 at 10:00 A.M. (ET)** (Docket No. 131)

Furthermore, on July 26, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit D**, and via electronic mail on the service list attached hereto as **Exhibit E**:

- **Notice of Filing of Proposed Redacted Declaration** (Docket No. 127)

- **Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File Under Seal an Exhibit Related to the Declaration of David Dunn in Support of the Debtors' Non-Insider Key Employee Retention Program; and (II) Directing Parties to Redact Confidential Information in all Related Pleadings** (Docket No. 130)

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are:  Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485).  The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn:  David Dunn, Chief Restructuring Officer.

Furthermore, on July 26, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on one (1) confidential party at a redacted address:

- **Notice of Agenda Matters Scheduled for Hearing on July 28, 2023 at 10:00 A.M. (ET)** (Docket No. 131)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: July 28, 2023

_____
Gregory A. Lesage

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 28th day of July 2023, by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

# Exhibit A



**Exhibit A**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Attn: Centralized Insolvency Op | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| MFA Financial Inc. | c/o Hunton Andrews Kurth LLP | 951 East Byrd Street | Attn: J.R. Smith & Jennifer Wuebker | Richmond | VA | 23219 |
| Securities and Exchange Commission | Attn:  Regional Director | 200 Vesey St Ste 400 Brookfield Pl | New York Regional Office | New York | NY | 10281-1022 |
| Securities and Exchange Commission | Attn: Legal Dept | 100 F Street, NE | | Washington | DC | 20549 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

# Exhibit B



**Exhibit B**
Served Via Facsimile

| Name | Attention 1 | Attention 2 | Fax |
|---|---|---|---|
| Internal Revenue Service | Attn: Centralized Insolvency Operation | | 267-941-1015 |
| Jax SFH Properties, LLC | c/o The Law office of James Tobia, LLC | Attn: James Tobia | 302-656-8053 |
| John Bolich | c/o Kasen & Kasen, P.C. | Attn: Jenny R. Kasen, Esq. | 856-424-7565 |
| Magnetar Financial LLC | c/o Richards, Layton & Finger, P.A. | Attn: Russell C. Silberglied, Brendan J. Schlauch, & Emily R. Mathews | 302-651-7701 |
| Office of the United States Attorney for the District of Delaware | | | 302-573-6220 |
| Official Committee of Unsecured Creditors | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi & John C. Gentile | 302-442-7012 |
| Official Committee of Unsecured Creditors | c/o Morrison & Foerster LLP | Attn: Lorenzo Marinuzzi, Benjamin Butterfield, Raff Ferraioli, & Martha E. Martir | 212-468-7900 |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Landis Rath & Cobb LLP | Attn: Adam G. Landis, Esq., Kimberly A. Brown, Esq. & Howard W. Robertson IV, Esq. | 302-467-4450 |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Winston & Strawn LLP | Attn: David Neier, Esq. & James T. Bentley, Esq. | 212-294-4700 |
| Sean Banchik | c/o Morris James LLP | Attn: Brya M. Keilson, Esq. & Jason S. Levin, Esq. | 302-571-1750 |
| State of Delaware | Department of Justice | | 302-577-6630 |
| Vinay Kudithipudi | c/o Lynn Pinker Hurst & Schwegmann | Attn: Jared D. Eisenberg | 214-981-3839 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# **Exhibit C**



**Exhibit C**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Budget Finance Company | c/o Kogan Law Firm, APC | Attn: Michael S. Kogan | mkogan@koganlawfirm.com |
| Jax SFH Properties, LLC | c/o The Law office of James Tobia, LLC | Attn: James Tobia | jtobia@tobialaw.com |
| John Bolich | c/o Kasen & Kasen, P.C. | Attn: Jenny R. Kasen, Esq. | jkasen@kasenlaw.com |
| Magnetar Financial LLC | c/o Richards, Layton & Finger, P.A. | Attn: Russell C. Silberglied, Brendan J. Schlauch, & Emily R. Mathews | silberglied@rlf.com<br>schlauch@rlf.com<br>mathews@rlf.com |
| Magnetar Financial LLC | c/o Royer Cooper Cohen Braunfeld LLC | Attn: Marc E. Hirschfield & Marc Skapof | mhirschfield@rccblaw.com<br>mskapof@rccblaw.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn:  Timothy J. Fox | | timothy.fox@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi & John C. Gentile | jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com |
| Official Committee of Unsecured Creditors | c/o Morrison & Foerster LLP | Attn: Lorenzo Marinuzzi, Benjamin Butterfield, Raff Ferraioli, & Martha E. Martir | lmarinuzzi@mofo.com<br>bbutterfield@mofo.com<br>rferraioli@mofo.com<br>mmartir@mofo.com |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Landis Rath & Cobb LLP | Attn: Adam G. Landis, Esq., Kimberly A. Brown, Esq. & Howard W. Robertson IV, Esq. | landis@lrclaw.com<br>brown@lrclaw.com<br>robertson@lrclaw.com |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Winston & Strawn LLP | Attn: David Neier, Esq. & James T. Bentley, Esq. | dneier@winston.com<br>jbentley@winston.com |
| Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC | c/o Dorsey & Whitney (Delaware LLP) | Attn: Alessandra Glorioso, Esq. | glorioso.alessandra@dorsey.com |
| Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC | c/o Dorsey & Whitney LLP | Attn: Samuel S. Kohn, Esq. & Rachel P. Stoian, Esq. | kohn.sam@dorsey.com<br>stoian.rachel@dorsey.com |
| Scott Van Dellen | | | svandell2@gmail.com |
| Sean Banchik | c/o Morris James LLP | Attn: Brya M. Keilson, Esq. & Jason S. Levin, Esq. | bkeilson@morrisjames.com<br>jlevin@morrisjames.com |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon, Esquire | | dplon@sirlinlaw.com |
| Siva S Reddy | | | reddysiva@gmail.com |
| Small Business Administration | c/o Office of General Counsel | Attn: Stacey Dawes | stacey.dawes@sba.gov |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |
| Vinay Kudithipudi | c/o Lynn Pinker Hurst & Schwegmann | Attn: Jared D. Eisenberg | jeisenberg@lynnllp.com |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

# <u>Exhibit D</u>



**Exhibit D**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Pacific Premier Bank | Attn: Anita Saraiya | 17901 Von Karman Avenue Ste 1200 | Irvine | CA | 92614 |
| Pacific Premier Bank | Attn: Anita Saraiya | 17911 Von Karman Ave Ste 500 | Irvine | CA | 92614 |
| Wells Fargo Bank  NA | Attn: Lydia Diaconou | PO Box 63020 | San Francisco | CA | 94163 |
| Wells Fargo Bank NA | Attn: Lydia Diaconou | 420 Montgomery Street 9th Fl | San Francisco | CA | 94104 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

# <u>Exhibit E</u>



## Exhibit E
Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Pacific Premier Bank | Attn: Anita Saraiya | asaraiya@ppbi.com iarruda@live.com |
| Wells Fargo Bank, NA | Attn: Lydia Diaconou | lydia.diconou@wellsfargo.com |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)