Case 23-10815-LSS

Thomas & Susan Cioffe
16315 Via Venetia W
Delray Beach FL 33484

**FILED**

2023 JUL 31 AM 11: 26

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE



July 26, 2023

Chief Judge Laurie Seiber Silverstein
**U.S. Bankruptcy Court**
824 North Market Street, 6th floor
Wilmington, DE 19801

**Re: Case 23-10815-LSS** Request for Protection of Secured Loan Investments and Cash in Peer Street Bankruptcy Proceedings (Peer Street Individual Account: 8241405595**)**

Dear Honorable Chief Judge Laurie Seiber Silverstein, we hope this letter finds you well.

As you may have seen from previous Investor letters, we have utilized portions of correspondence sent by other investors/creditors in the referenced bankruptcy proceeding.

My wife Susan and I are writing to request your assistance in protecting and segregating our secured loan investments and cash totaling $105,560.19. We, along with thousands of other participants invested in fractional ownership in mortgage loans offered on Peer Street's website. We did not invest in the operation of Peer Street (the entity), and we did not lend the entity or their management any money.

As a mortgage loan investor on the Peer Street platform, we had carefully invested our funds in various real estate-backed fractional mortgage loans originated and serviced through the Peer Street platform. These loan investments were made with the understanding that they were held separately and secured by underlying collateral backed by secured notes, which had no more than our chosen LTV of 65%, a conservative ratio. We were assured that the mortgage loans were held separately from the core business of the company, which provided an added layer of protection. Additionally, we were told that in the event that Peer Street itself failed, that a trustee would come in and continue to collect our mortgage loan payments and forward them to us. We respectfully ask that you not combine these mortgage loan assets with Peer Street assets in satisfying their bankruptcy proceedings.

We have come to understand that the Debtor (Peer Street) itself is insolvent and that they are asking to use our investments (loan holdings) to satisfy their debts and non-investor creditors. We believe this is wholly unfair. All creditors, lenders, independent contractors as well as Peer Street owners, executives, highly compensated employees, and others who were paid commissions are not entitled to our Loan Portfolio proceeds to satisfy the bankruptcy claims. How unfair is it for Peer Street (the debtors) to look to use our loan investment holdings to satisfy their business mismanagement. Peer Street, as a mortgage broker lender and fiduciary, held our assets in trust. Those assets should not be comingled and used to satisfy their business debts/expenses. We feel poorly for any vendor or employee of Peer Street, but this is no different than failed banks taking clients deposits, failed payroll companies taking clients payroll money, or an attorney taking a client's trust account money, to pay its own bills.

Given the bankruptcy filing, my wife who is retired and I who am disabled, are concerned about the potential impact on our retirement investment and the preservation of our rights as secured creditors. We request that you kindly consider the following points for the protection of our loan investment and cash:

1. Preservation of Secured Loan Investments: As a secured creditor, we request that the court ensures the proper handling and preservation of the underlying collateral associated with our loan investments. Any potential sale or disposition of these assets must be conducted fairly and transparently to maximize recovery and protect the interests of we the loan Investors first before using any investor funds to satisfy the Company's debts.

2. Transparency and Communication: We have signed up with Stretto Document update and ask that the court provide regular updates and information related to the bankruptcy proceedings.

3. Fair Treatment of Secured Creditors: We trust that the court will prioritize the fair treatment of secured creditors in the distribution of assets. Secured loans were made on the Peer Street platform with the expectation that in the event of default or bankruptcy, secured creditors would have a higher claim on the available assets. We urge the court to consider this principle in any distribution plan approved for Peer Street's bankruptcy.

4. Safeguarding of Available Cash: Besides our secured loan investments, we also have investable/available cash ($7,204.97) in our Peer Street account. We request that the court ensure this cash balance's protection and preservation, allowing for its return or proper distribution.

5. We understand that the bankruptcy process is complex, as a non-legal investor, we have placed our trust in the integrity of the bankruptcy court to safeguard our investments and ensure fair treatment. It is enough that we took a risk in making these mortgage loans, we however did not sign up to partner with or invest in Peer Street operations. We never agreed to underwrite their business expenses and we the investors should not be penalized because they could not secure additional venture capital, nor responsibly control operating costs.

6. Please separate and preserve the fractional mortgage loan and cash accounts that we have from the general assets Peer Street has in any bankruptcy proceedings.

We appreciate your attention to this matter and your commitment to upholding justice in the bankruptcy proceedings. We also thank you for your time and consideration and look forward to a fair resolution that protects the rights and interests of mortgage loan investors.

                                                  Respectfully.

                                                  Tom & Susan Cioffe

Attachments:
Peer Street Account Statements
Peer Street Secured Real Estate Mortgage Loan Positions



**PeerStreet**

Thomas Cioffe
16315 Via Venetia West
Delray Beach FL 33484

Statement Date: June 01, 2023 - June 30, 2023
Account Type: Individual
Account Number: 8241405595

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| **$105,560.19** | **$424.11** |

### Account Summary

| | 06/01/23 | Net change | 06/30/23 |
|---|---|---|---|
| Investable Cash | $51,173.94 | -$43,968.97 | $7,204.97 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $100,004.49 | -$6,620.37 | $93,384.12 |
| Invested Pocket Principal | $3,957.65 | $13.45 | $3,971.10 |
| PS Portfolio Principal [1] | $1,000.00 | $0.00 | $1,000.00 |
| Account Total | $156,136.08 | -$50,575.89 | $105,560.19 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $407.58 | $4,855.32 |
| Fees [3] | $0.00 | $132.92 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $32.05 |
| Pocket Interest | $13.45 | $79.81 |
| PS Portfolio Interest | $3.08 | $35.85 |
| Total | $424.11 | $5,135.95 |

[1] Please see the PS Portfolio Statement for Net Asset Value.
[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| Brooklyn, NY Refinance #84 (Series 8) | 7.250% | 08/20/19 | 01/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #139 (Series 1) | 7.500% | 09/03/19 | 09/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Pleasantville, NJ Refinance #3 | 7.250% | 02/20/20 | 03/01/21 | $2,500.00 | $2,500.00 | $0.00 | $0.00 |
| Philadelphia, PA Acquisition #58 (Series 1) | 14.000% | 05/20/20 | 02/01/21 | $2,000.00 | $1,495.56 | $0.00 | $0.00 |
| New Orleans, LA Acquisition #30 | 8.000% | 12/18/20 | 04/01/22 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Oakland, CA Refinance #80 | 8.375% | 01/06/21 | 02/01/22 | $1,970.00 | $1,970.00 | $0.00 | $0.00 |
| Pinon Hills, CA Acquisition | 7.000% | 04/19/21 | 04/01/23 | $740.00 | $740.00 | $0.00 | $0.00 |
| Hackensack, NJ Cash-Out Refinance | 7.375% | 08/18/21 | 08/01/23 | $1,000.00 | $1,000.00 | $6.15 | $0.00 |
| Inglewood, CA Acquisition #7 | 7.500% | 08/26/21 | 07/01/23 | $1,000.00 | $1,000.00 | $6.25 | $0.00 |
| Monsey, NY Acquisition #5 (Series 1) | 8.250% | 09/28/21 | 04/01/23 | $2,500.00 | $2,500.00 | $0.00 | $0.00 |
| Richmond, CA Acquisition #7 (Series 2) | 7.500% | 12/02/21 | 11/01/23 | $1,000.00 | $1,000.00 | $6.25 | $0.00 |
| Scranton, PA Acquisition #17 (Series 1) | 7.125% | 12/30/21 | 12/01/22 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Winter Park, FL Acquisition #16 | 6.625% | 01/06/22 | 01/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Hudson, FL Cash-Out Refinance #3 | 7.125% | 01/06/22 | 01/01/24 | $2,000.00 | $2,000.00 | $11.88 | $0.00 |
| Berkeley, CA Acquisition #11 (Series 1) | 7.000% | 02/11/22 | 01/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Atlanta, GA Acquisition #119 (Series 1) | 7.250% | 03/14/22 | 02/01/23 | $1,000.00 | $998.57 | $0.00 | $0.00 |
| New City, NY Acquisition | 6.750% | 03/18/22 | 04/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Philadelphia, PA Acquisition #76 (Series 1) | 6.750% | 03/18/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Naples, FL Cash-Out Refinance #14 | 6.750% | 03/31/22 | 04/01/23 | $1,266.00 | $1,266.00 | $0.00 | $0.00 |
| Irvington, NJ Acquisition #61 | 6.625% | 04/01/22 | 04/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| North Bellmore, NY Cash-Out Refinance | 6.750% | 04/06/22 | 02/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Exton, PA Acquisition #2 (Series 1) | 6.750% | 04/06/22 | 04/01/23 | $1,000.00 | $1,000.00 | $5.63 | $0.00 |
| Miami, FL Cash-Out Refinance #305 | 7.000% | 05/04/22 | 05/01/23 | $1,000.00 | $999.97 | $0.00 | $0.00 |
| Burbank, CA Acquisition #16 | 6.875% | 05/19/22 | 05/16/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Sebring, FL Acquisition #5 | 7.500% | 05/20/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Wilmington, DE Acquisition #7 | 8.000% | 06/06/22 | 06/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| San Diego, CA Cash-Out Refinance #75 (Series 1) | 6.500% | 06/10/22 | 06/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Elizabeth, NJ Acquisition #19 (Series 1) | 7.000% | 06/14/22 | 06/01/23 | $1,000.00 | $665.37 | $0.00 | $0.00 |
| Windham, OH Acquisition (Series 1) | 7.500% | 06/14/22 | 07/01/23 | $679.00 | $679.00 | $4.24 | $0.00 |
| Flushing, NY Cash-Out Refinance #3 | 10.000% | 06/15/22 | 06/01/23 | $1,100.00 | $1,100.00 | $0.00 | $0.00 |
| Miami Gardens, FL Acquisition #27 (Series 1) | 8.000% | 06/17/22 | 07/01/23 | $207.00 | $207.00 | $0.00 | $0.00 |
| Paterson, NJ Acquisition #27 (Series 1) | 8.000% | 06/23/22 | 06/01/23 | $200.00 | $200.00 | $0.00 | $0.00 |
| Kissimmee, FL Acquisition #44 | 8.500% | 08/15/22 | 09/01/23 | $1,000.00 | $1,000.00 | $7.08 | $0.00 |
| Kissimmee, FL Acquisition #43 | 8.500% | 08/15/22 | 09/01/23 | $1,500.00 | $1,500.00 | $10.62 | $0.00 |
| Bay Shore, NY Acquisition #3 | 9.000% | 08/16/22 | 09/01/23 | $923.00 | $923.00 | $6.92 | $0.00 |
| Bethpage, NY Acquisition | 8.500% | 08/19/22 | 09/01/23 | $1,000.00 | $1,000.00 | $18.32 | $0.00 |
| Westbury, NY Acquisition #9 | 8.000% | 08/26/22 | 09/01/23 | $2,500.00 | $2,500.00 | $41.55 | $0.00 |
| Los Angeles, CA Acquisition #626 | 8.000% | 08/30/22 | 08/01/23 | $1,000.00 | $1,000.00 | $6.67 | $0.00 |
| Indianapolis, IN Acquisition #33 | 7.750% | 09/01/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Woodbury, NY Acquisition (Series 1) | 8.250% | 09/02/22 | 04/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Indianapolis, IN Acquisition #32 | 7.750% | 09/08/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |

| Loan | | | | | | | |
|---|---|---|---|---|---|---|---|
| Miami Gardens, FL Cash-Out Refinance #28 | 8.000% | 09/09/22 | 10/01/23 | $950.00 | $950.00 | $6.33 | $0.00 |
| Brooklyn, NY Acquisition #216 | 8.250% | 09/13/22 | 06/01/23 | $1,000.00 | $1,000.00 | $6.87 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #218 | 8.500% | 09/13/22 | 06/01/23 | $2,000.00 | $2,000.00 | $14.17 | $0.00 |
| Laredo, TX Cash-Out Refinance | 7.750% | 09/15/22 | 10/01/23 | $1,000.00 | $1,000.00 | $6.46 | $0.00 |
| Brandon, FL Cash-Out Refinance #7 | 8.000% | 09/15/22 | 01/01/24 | $1,000.00 | $1,000.00 | $6.67 | $0.00 |
| Tampa, FL Cash-Out Refinance #107 | 7.500% | 10/05/22 | 10/01/23 | $1,000.00 | $1,000.00 | $6.25 | $0.00 |
| Garfield, NJ Acquisition #8 (Series 2) | 7.500% | 10/12/22 | 05/01/24 | $1,000.00 | $1,000.00 | $6.25 | $0.00 |
| Miami, FL Acquisition #315 | 8.000% | 10/13/22 | 11/01/23 | $1,000.00 | $1,000.00 | $6.67 | $0.00 |
| Philadelphia, PA Cash-Out Refinance #84 (Series 1) | 7.750% | 10/25/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Edgewater, MD Acquisition #2 | 7.750% | 10/25/22 | 10/01/23 | $2,000.00 | $2,000.00 | $12.92 | $0.00 |
| Richmond, CA Acquisition #12 (Series 2) | 7.500% | 10/25/22 | 06/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| New York, NY Cash-Out Refinance #26 | 8.250% | 10/31/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Akron, OH Acquisition #4 | 8.250% | 11/15/22 | 10/01/23 | $824.00 | $824.00 | $0.00 | $0.00 |
| Tampa, FL Acquisition #108 | 8.250% | 11/25/22 | 10/01/23 | $1,000.00 | $1,000.00 | $6.88 | $0.00 |
| Cleveland, OH Cash-Out Refinance #26 | 8.500% | 12/02/22 | 12/01/23 | $1,000.00 | $1,000.00 | $7.08 | $0.00 |
| Wimberley, TX Acquisition | 9.000% | 12/08/22 | 11/01/23 | $1,000.00 | $1,000.00 | $7.50 | $0.00 |
| Muskegon, MI Acquisition #2 | 8.000% | 12/13/22 | 10/01/23 | $1,000.00 | $1,000.00 | $13.34 | $0.00 |
| Clermont, FL Acquisition #9 | 8.500% | 12/14/22 | 11/01/23 | $1,000.00 | $986.02 | $0.00 | $0.00 |
| Somers Point, NJ Acquisition | 8.000% | 12/14/22 | 11/01/23 | $1,000.00 | $1,000.00 | $6.67 | $0.00 |
| Philadelphia, PA Acquisition #88 | 8.000% | 12/14/22 | 11/01/23 | $1,000.00 | $1,000.00 | $6.67 | $0.00 |
| Brigantine, NJ Acquisition #7 | 8.000% | 12/14/22 | 11/01/23 | $1,000.00 | $1,000.00 | $6.67 | $0.00 |
| West Islip, NY Acquisition #2 | 10.750% | 12/20/22 | 01/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Houston, TX Cash-Out Refinance #67 | 9.000% | 12/23/22 | 01/01/24 | $1,000.00 | $1,000.00 | $7.50 | $0.00 |
| Clearwater, FL Acquisition #8 | 9.000% | 12/27/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Cleveland, OH Acquisition #27 | 9.250% | 12/27/22 | 12/01/23 | $1,000.00 | $1,000.00 | $7.71 | $0.00 |
| Youngstown, OH Acquisition #2 | 9.500% | 01/06/23 | 01/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Tarzana, CA Acquisition #5 | 8.250% | 01/13/23 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Cutler Bay, FL Acquisition #9 (Series 2) | 10.750% | 01/18/23 | 12/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Springfield, MA Acquisition (Series 2) | 8.000% | 01/18/23 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Cedarpines Park, CA Acquisition (Series 1) | 10.000% | 01/20/23 | 09/01/23 | $1,000.00 | $1,000.00 | $8.33 | $0.00 |
| Perris, CA Acquisition #4 | 9.250% | 01/25/23 | 01/01/24 | $1,000.00 | $1,000.00 | $7.71 | $0.00 |
| San Jose, CA Acquisition #137 (Series 2) | 8.000% | 01/30/23 | 12/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Lubbock, TX Acquisition | 9.500% | 01/31/23 | 02/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| San Bernardino, CA Acquisition #40 | 9.250% | 01/31/23 | 02/01/24 | $1,000.00 | $379.63 | $7.71 | $620.37 |
| Wichita, KS Acquisition #5 | 9.250% | 02/02/23 | 02/01/24 | $1,000.00 | $1,000.00 | $7.71 | $0.00 |
| Winter Springs, FL Acquisition #4 | 10.500% | 02/07/23 | 02/01/24 | $1,000.00 | $1,000.00 | $8.75 | $0.00 |
| Mt Holly, NJ Acquisition | 9.500% | 02/16/23 | 02/01/24 | $1,000.00 | $1,000.00 | $7.92 | $0.00 |
| Manhasset, NY Acquisition (Series 3) | 8.000% | 02/16/23 | 01/01/24 | $1,000.00 | $1,000.00 | $6.67 | $0.00 |
| Chicago, IL Acquisition #215 | 9.500% | 02/23/23 | 03/01/24 | $1,000.00 | $1,000.00 | $7.92 | $0.00 |
| Total | | | | $94,859.00 | $93,384.12 | $336.89 | $620.37 |

**Pending Investments**

None

**Past Investments**

| Loan | Yield | Start Date | Paid Off | Principal Investment | | Payments This Period | |
|---|---|---|---|---|---|---|---|
| | | | | Initial | Outstanding | Earnings | Principal |
| St. Petersburg, FL Acquisition #14 (Series 1) | 7.000% | 01/31/22 | 06/20/23 | $1,000.00 | $0.00 | $18.55 | $1,000.00 |
| Madeira Beach, FL Acquisition (Series 1) | 7.000% | 03/29/22 | 06/06/23 | $1,000.00 | $0.00 | $13.44 | $1,000.00 |
| Madeira Beach, FL Acquisition (Series 2) | 7.500% | 06/02/22 | 06/06/23 | $1,000.00 | $0.00 | $14.21 | $1,000.00 |
| East Orange, NJ Cash-Out Refinance #62 | 8.000% | 06/21/22 | 06/06/23 | $1,000.00 | $0.00 | $6.67 | $1,000.00 |
| Los Angeles, CA Refinance #609 (Series 2) | 8.500% | 07/25/22 | 06/20/23 | $1,000.00 | $0.00 | $9.07 | $1,000.00 |
| Ventura, CA Acquisition #9 (Series 2) | 7.500% | 10/25/22 | 06/20/23 | $1,000.00 | $0.00 | $8.75 | $1,000.00 |
| Total | | | | $6,000.00 | $0.00 | $70.69 | $6,000.00 |

**Transaction History**

| Date | Transaction | Amount | Account Total |
|---|---|---|---|
| | Beginning Balance | | |
| | | | $100,178.43 |
| 06/06/23 | Interest from Madeira Beach, FL Acquisition (Series 1) | $10.69 | $100,189.12 |
| 06/06/23 | Default Interest from Madeira Beach, FL Acquisition (Series 1) | $2.75 | $100,191.87 |
| 06/06/23 | Principal from Madeira Beach, FL Acquisition (Series 1) | $1,000.00 | $100,191.87 |
| 06/06/23 | Interest from Madeira Beach, FL Acquisition (Series 2) | $11.46 | $100,203.33 |
| 06/06/23 | Default Interest from Madeira Beach, FL Acquisition (Series 2) | $2.75 | $100,206.08 |
| 06/06/23 | Principal from Madeira Beach, FL Acquisition (Series 2) | $1,000.00 | $100,206.08 |
| 06/06/23 | Interest from Bethpage, NY Acquisition | $7.08 | $100,213.16 |
| 06/06/23 | Default Interest from Bethpage, NY Acquisition | $2.08 | $100,215.24 |
| 06/06/23 | Interest from Brooklyn, NY Cash-Out Refinance #218 | $14.17 | $100,229.41 |
| 06/06/23 | Interest from Manhasset, NY Acquisition (Series 3) | $6.67 | $100,236.08 |
| 06/06/23 | Interest from San Bernardino, CA Acquisition #40 | $7.71 | $100,243.79 |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 06/06/23 | Principal from San Bernardino, CA Acquisition #40 | $620.37 | $100,243.79 |
| 06/06/23 | Interest from East Orange, NJ Cash-Out Refinance #62 | $6.67 | $100,250.46 |
| 06/06/23 | Principal from East Orange, NJ Cash-Out Refinance #62 | $1,000.00 | $100,250.46 |
| 06/06/23 | Interest from Brooklyn, NY Acquisition #216 | $6.87 | $100,257.33 |
| 06/06/23 | Interest from Windham, OH Acquisition (Series 1) | $4.24 | $100,261.57 |
| 06/07/23 | Interest from PS Portfolio | $3.08 | $100,264.65 |
| 06/13/23 | Interest from Westbury, NY Acquisition #9 | $16.67 | $100,281.32 |
| 06/13/23 | Default Interest from Westbury, NY Acquisition #9 | $2.48 | $100,283.80 |
| 06/13/23 | Interest from Westbury, NY Acquisition #9 | $16.67 | $100,300.47 |
| 06/13/23 | Default Interest from Westbury, NY Acquisition #9 | $5.73 | $100,306.20 |
| 06/13/23 | Interest from Bethpage, NY Acquisition | $7.08 | $100,313.28 |
| 06/13/23 | Default Interest from Bethpage, NY Acquisition | $2.08 | $100,315.36 |
| 06/13/23 | Interest from Inglewood, CA Acquisition #7 | $6.25 | $100,321.61 |
| 06/13/23 | Interest from Brandon, FL Cash-Out Refinance #7 | $6.67 | $100,328.28 |
| 06/13/23 | Interest from Somers Point, NJ Acquisition | $6.67 | $100,334.95 |
| 06/13/23 | Interest from Cedarpines Park, CA Acquisition (Series 1) | $8.33 | $100,343.28 |
| 06/13/23 | Interest from Kissimmee, FL Acquisition #44 | $7.08 | $100,350.36 |
| 06/13/23 | Interest from Cleveland, OH Acquisition #27 | $7.71 | $100,358.07 |
| 06/13/23 | Interest from Los Angeles, CA Acquisition #626 | $6.67 | $100,364.74 |
| 06/13/23 | Interest from Kissimmee, FL Acquisition #43 | $10.62 | $100,375.36 |
| 06/13/23 | Interest from Bay Shore, NY Acquisition #3 | $6.92 | $100,382.28 |
| 06/13/23 | Interest from Mt Holly, NJ Acquisition | $7.92 | $100,390.20 |
| 06/13/23 | Interest from Winter Springs, FL Acquisition #4 | $8.75 | $100,398.95 |
| 06/13/23 | Interest from Edgewater, MD Acquisition #2 | $12.92 | $100,411.87 |
| 06/13/23 | Interest from Exton, PA Acquisition #2 (Series 1) | $5.63 | $100,417.50 |
| 06/13/23 | Interest from Wichita, KS Acquisition #5 | $7.71 | $100,425.21 |
| 06/20/23 | Interest from Los Angeles, CA Refinance #609 (Series 2) | $9.85 | $100,435.06 |
| 06/20/23 | Interest from Los Angeles, CA Refinance #609 (Series 2) | -$1.30 | $100,433.76 |
| 06/20/23 | Default Interest from Los Angeles, CA Refinance #609 (Series 2) | $0.52 | $100,434.28 |
| 06/20/23 | Principal from Los Angeles, CA Refinance #609 (Series 2) | $1,000.00 | $100,434.28 |
| 06/20/23 | Interest from St. Petersburg, FL Acquisition #14 (Series 1) | $14.58 | $100,448.86 |
| 06/20/23 | Default Interest from St. Petersburg, FL Acquisition #14 (Series 1) | $3.97 | $100,452.83 |
| 06/20/23 | Principal from St. Petersburg, FL Acquisition #14 (Series 1) | $1,000.00 | $100,452.83 |
| 06/20/23 | Interest from Cleveland, OH Cash-Out Refinance #26 | $7.08 | $100,459.91 |
| 06/20/23 | Interest from Tampa, FL Acquisition #108 | $6.88 | $100,466.79 |
| 06/20/23 | Interest from Miami Gardens, FL Cash-Out Refinance #28 | $6.33 | $100,473.12 |
| 06/20/23 | Interest from Miami, FL Acquisition #315 | $6.67 | $100,479.79 |
| 06/20/23 | Interest from Muskegon, MI Acquisition #2 | $6.67 | $100,486.46 |
| 06/20/23 | Interest from Muskegon, MI Acquisition #2 | $6.67 | $100,493.13 |
| 06/20/23 | Interest from Ventura, CA Acquisition #9 (Series 2) | $8.75 | $100,501.88 |
| 06/20/23 | Principal from Ventura, CA Acquisition #9 (Series 2) | $1,000.00 | $100,501.88 |
| 06/20/23 | Interest from Hudson, FL Cash-Out Refinance #3 | $10.21 | $100,512.09 |
| 06/20/23 | Promotional Interest from Hudson, FL Cash-Out Refinance #3 | $1.67 | $100,513.76 |
| 06/20/23 | Interest from Chicago, IL Acquisition #215 | $7.92 | $100,521.68 |
| 06/20/23 | Interest from Garfield, NJ Acquisition #8 (Series 2) | $6.25 | $100,527.93 |
| 06/20/23 | Interest from Laredo, TX Cash-Out Refinance | $6.46 | $100,534.39 |
| 06/20/23 | Interest from Philadelphia, PA Acquisition #88 | $6.67 | $100,541.06 |
| 06/20/23 | Interest from Hackensack, NJ Cash-Out Refinance | $6.15 | $100,547.21 |
| 06/20/23 | Interest from Wimberley, TX Acquisition | $7.50 | $100,554.71 |
| 06/20/23 | Interest from Perris, CA Acquisition #4 | $7.71 | $100,562.42 |
| 06/20/23 | Interest from Richmond, CA Acquisition #7 (Series 2) | $6.25 | $100,568.67 |
| 06/20/23 | Interest from Tampa, FL Cash-Out Refinance #107 | $6.25 | $100,574.92 |
| 06/20/23 | Interest from Houston, TX Cash-Out Refinance #67 | $7.50 | $100,582.42 |
| 06/20/23 | Interest from Brigantine, NJ Acquisition #7 | $6.67 | $100,589.09 |
| 06/27/23 | Interest from Philadelphia, PA Acquisition #76 (Series 1) | $8.45 | $100,597.54 |
| 06/27/23 | Principal from Philadelphia, PA Acquisition #76 (Series 1) | $993.31 | $100,597.54 |
| 06/27/23 | Interest from Philadelphia, PA Acquisition #76 (Series 1) | -$8.45 | $100,589.09 |
| 06/27/23 | Principal from Philadelphia, PA Acquisition #76 (Series 1) | -$993.31 | $100,589.09 |
| 06/30/23 | Ending Balance | — | $100,589.09 |

### Pocket Transaction History

| Date | Transaction | Amount | Account Total |
|---|---|---|---|
| 06/01/23 | Beginning Balance | — | $3,957.65 |
| 06/01/23 | Interest from Pocket 1-month | $13.45 | $3,971.10 |
| 06/30/23 | Ending Balance | — | $3,971.10 |



Thomas Cioffe
16315 Via Venetia West
Delray Beach FL 33484

**Statement Date** June 01, 2023 - June 30, 2023
**Account Type** Individual
**Account Number** 8241405595

## Investor Summary

| | |
|---|---|
| Face Amount | $1,006.95 |
| Starting Portfolio Value | $1,000.00 |
| Prior Month Portfolio Value *(expressed as a percentage of par)* | 99.55 |
| Current Month Portfolio Value *(expressed as a percentage of par)* | 99.72 |
| Interest In Possession<br>*pending court approval for disbursement* | $4.31 |

## Portfolio Summary

| | |
|---|---|
| Ending Balance | $2,083,332.35 |
| Accrued Interest | $988.90 |
| Weighted Average Investor Rate | 9.000% |
| Weighted Average LTV | 65.000% |
| Weighted Average Remaining Term (months) | 1 |
| Weighted Average FICO | 706 |
| Weighted Average PeerStreet Note Purchase Rate | 10.000% |
| Weighted Average PeerStreet Spread | 1.000% |

## Loan Status

| | |
|---|---|
| Current/Performing | 100.000% |
| 30 Days Delinquent | 0.000% |
| 60 Days Delinquent | 0.000% |
| 90+ Days Delinquent | 0.000% |
| Foreclosure | 0.000% |
| REO | 0.000% |

PeerStreet Portfolio FAQs: https://info.peerstreet.com/faqs/peerstreet-portfolio-faqs/

| Total Account Value | Total Earned | In Loans | In Pocket Manage | In Portfolio Invest |
|---|---|---|---|---|
| $105,573.25 | +$29,073.25 | $93,384.12 | $3,984.16 | $1,000.00 |

Overview   Automated Investing [On]   Loan Positions   Transaction History   Statements   Invite Friends

# Positions

### Return on Loan Investments

| | |
|---|---|
| Annual | +6.8% |
| Cumulative | +27.5% |

How is this calculated?

### All Investments

- 276 Paid Off
- 58 Active – Current
- 0 Active – Deferred
- 22 Active – Late
- 1 Short Pay
- 0 Early Liquidation

### Active Investments (80)

View All Active Investments

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Chicago, IL Acquisition #215 | $1,000.00 | $1,000.00 | 9.50% | +$25.34 | February 23, 2023 | March 1, 2024 | CURRENT | | |
| Mt Holly, NJ Acquisition | $1,000.00 | $1,000.00 | 9.50% | +$27.44 | February 16, 2023 | February 1, 2024 | CURRENT | | |
| Manhasset, NY Acquisition (Series 3) | $1,000.00 | $1,000.00 | 8.00% | +$16.67 | February 16, 2023 | January 1, 2024 | CURRENT | 2 💬 | about mont ago |
| Winter Springs, FL Acquisition #4 | $1,000.00 | $1,000.00 | 10.50% | +$33.25 | February 7, 2023 | February 1, 2024 | CURRENT | 2 💬 | 3 mont ago |
| Wichita, KS Acquisition #5 | $1,000.00 | $1,000.00 | 9.25% | +$30.58 | February 2, 2023 | February 1, 2024 | CURRENT | | |
| San Bernardino, CA Acquisition #40 | $1,000.00 | $379.63 | 9.25% | +$23.39 | January 31, 2023 | February 1, 2024 | CURRENT | 3 💬 | about mont ago |
| Lubbock, TX Acquisition | $1,000.00 | $1,000.00 | 9.50% | +$24.02 | January 31, 2023 | February 1, 2024 | CURRENT | | |

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status | Notices | Lates Notic |
|---|---|---|---|---|---|---|---|---|---|
| San Jose, CA Acquisition #137 (Series 2) | $1,000.00 | $1,000.00 | 8.00% | +$20.23 | January 30, 2023 | December 1, 2023 | CURRENT | 1 | 3 mont ago |
| Perris, CA Acquisition #4 | $1,000.00 | $1,000.00 | 9.25% | +$32.38 | January 25, 2023 | January 1, 2024 | CURRENT | | |
| Cedarpines Park, CA Acquisition (Series 1) | $1,000.00 | $1,000.00 | 10.00% | +$28.05 | January 20, 2023 | September 1, 2023 | CURRENT | 2 | about mont ago |
| Cutler Bay, FL Acquisition #9 (Series 2) | $1,000.00 | $1,000.00 | 10.75% | +$30.76 | January 18, 2023 | December 1, 2023 | CURRENT | | |
| Springfield, MA Acquisition (Series 2) | $1,000.00 | $1,000.00 | 8.00% | +$22.90 | January 18, 2023 | June 1, 2023 Past Maturity | CURRENT | 2 | about mont ago |
| Tarzana, CA Acquisition #5 | $1,000.00 | $1,000.00 | 8.25% | +$24.77 | January 13, 2023 | October 1, 2023 | CURRENT | | |
| Youngstown, OH Acquisition #2 | $1,000.00 | $1,000.00 | 9.50% | +$30.36 | January 6, 2023 | January 1, 2024 | CURRENT | | |
| Cleveland, OH Acquisition #27 | $1,000.00 | $1,000.00 | 9.25% | +$39.58 | December 27, 2022 | December 1, 2023 | CURRENT | | |
| Clearwater, FL Acquisition #8 | $1,000.00 | $1,000.00 | 9.00% | +$31.00 | December 27, 2022 | November 1, 2023 | CURRENT | | |
| Houston, TX Cash-Out Refinance #67 | $1,000.00 | $1,000.00 | 9.00% | +$39.75 | December 23, 2022 | January 1, 2024 | CURRENT | 1 | 5 mont ago |
| West Islip, NY Acquisition #2 | $1,000.00 | $1,000.00 | 10.75% | +$12.54 | December 20, 2022 | January 1, 2024 | LATE 90+ | 4 | 3 mont ago |
| Somers Point, NJ Acquisition | $1,000.00 | $1,000.00 | 8.00% | +$37.13 | December 14, 2022 | November 1, 2023 | CURRENT | | |
| Clermont, FL Acquisition #9 | $1,000.00 | $986.02 | 8.50% | +$32.06 | December 14, 2022 | November 1, 2023 | CURRENT | | |
| Philadelphia, PA Acquisition #88 | $1,000.00 | $1,000.00 | 8.00% | +$37.13 | December 14, 2022 | November 1, 2023 | CURRENT | | |
| Brigantine, NJ Acquisition #7 | $1,000.00 | $1,000.00 | 8.00% | +$37.13 | December 14, 2022 | November 1, 2023 | CURRENT | | |

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Muskegon, MI Acquisition #2 | $1,000.00 | $1,000.00 | 8.00% | +$44.02 | December 13, 2022 | October 1, 2023 | CURRENT | 2 | 2 months ago |
| Wimberley, TX Acquisition | $1,000.00 | $1,000.00 | 9.00% | +$43.25 | December 8, 2022 | November 1, 2023 | CURRENT | | |
| Cleveland, OH Cash-Out Refinance #26 | $1,000.00 | $1,000.00 | 8.50% | +$42.25 | December 2, 2022 | December 1, 2023 | CURRENT | 1 | 8 months ago |

## Past Investments (277)

View All Past Investments

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Paid Off Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Montgomery, AL Acquisition #3 (Series 1) | $2,000.00 | $0.00 | 9.50% | +$15.83 | March 14, 2023 | April 18, 2023 | PAID OFF | | |
| Clay, NY Acquisition (Series 2) | $1,000.00 | $0.00 | 8.13% | +$30.63 | February 9, 2023 | May 23, 2023 | PAID OFF | 3 | 2 months ago |
| San Bernardino, CA Acquisition #41 | $1,000.00 | $0.00 | 9.25% | +$24.92 | February 6, 2023 | May 23, 2023 | PAID OFF | | |
| Ontario, CA Acquisition #18 (Series 2) | $230.00 | $0.00 | 9.25% / 8.25% | +$4.67 | January 17, 2023 | April 11, 2023 | PAID OFF | | |
| Millville, NJ Acquisition #4 | $1,000.00 | $0.00 | 8.75% | +$31.59 | December 22, 2022 | May 9, 2023 | PAID OFF | | |
| Davenport, FL Acquisition #12 | $1,000.00 | $0.00 | 9.00% | +$31.00 | December 16, 2022 | April 25, 2023 | PAID OFF | | |
| Linden, NJ Acquisition #13 (Series 1) | $1,000.00 | $0.00 | 9.75% | +$28.70 | November 30, 2022 | March 21, 2023 | PAID OFF | | |
| Tampa, FL Acquisition #110 | $1,000.00 | $0.00 | 8.00% | +$38.90 | October 27, 2022 | April 25, 2023 | PAID OFF | 2 | 6 months ago |
| Scranton, PA Acquisition #39 (Series 2) | $2,000.00 | $0.00 | 7.63% | +$80.07 | October 25, 2022 | May 9, 2023 | PAID OFF | 1 | 6 months ago |
| Ventura, CA Acquisition #9 (Series 2) | $1,000.00 | $0.00 | 7.50% | +$47.50 | October 25, 2022 | June 20, 2023 | PAID OFF | 2 | about 2 months ago |

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Paid Off Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Summerville, SC Acquisition #7 | $1,000.00 | $0.00 | 7.25% | +$22.35 | September 30, 2022 | January 31, 2023 | PAID OFF | | |
| Johns Island, SC Acquisition | $1,000.00 | $0.00 | 7.50% | +$45.21 | September 28, 2022 | May 16, 2023 | PAID OFF | | |
| Costa Mesa, CA Acquisition #14 (Series 1) | $1,000.00 | $0.00 | 8.50% | +$51.92 | September 19, 2022 | May 9, 2023 | PAID OFF | 2 | 3 months ago |
| Brooklyn, NY Cash-Out Refinance #219 | $1,000.00 | $0.00 | 9.50% | +$65.73 | August 31, 2022 | May 16, 2023 | PAID OFF | | |
| Larchmont, NY Cash-Out Refinance #2 | $1,000.00 | $0.00 | 7.50% | +$35.21 | August 30, 2022 | February 28, 2023 | PAID OFF | 1 | 6 months ago |

About Us
Blog
News
Press
Careers
Affiliate Program

Investments
How It Works
Self-Directed IRA
Want to borrow?
Accredited Investor

Help
FAQs
Contact Us
844-733-7787
info@peerstreet.com



The information on this website does not constitute an offer to sell securities or a solicitation of an offer to buy securities. Further, none of the information contained on this website is a recommendation to invest in any securities. By using this website, you accept our Terms of Service, Privacy Policy and Notice of Right to Opt-Out. Past performance is no guarantee of future results. Any historical returns, expected returns or probability projections may not reflect actual future performance. All investments involve risk and may result in loss. Terms and Investment Disclosures.

© 2023 Peer Street, Inc. All rights reserved.
PS Funding, Inc. CA Bureau of Real Estate - Real Estate Broker License No. 01984664; California Finance Lenders License 60DBO-45398