**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |

**<u>AFFIDAVIT OF SERVICE</u>**

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On July 28, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **<u>Exhibit A</u>**, and via electronic on the service list attached hereto as **<u>Exhibit B</u>**:

- **Order Scheduling Omnibus Hearing Date** (Docket No. 132)

- **Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals** (Docket No. 133)

- **Order Authorizing (A) the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business Effective as of the Petition Date and (B) Waiving Certain Information Requirements of Local Rule 2016-2** (Docket No. 134)

- **Final Order, Pursuant to Sections 105(a), 363(b), and 364 of the Bankruptcy Code, (A) Authorizing Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance Programs, Including Payment of Policy Premiums and Broker Fees; and (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto** (Docket No. 137)

- **Final Order, Pursuant to Sections 105(a), 363(b), 507(a)(8), 541, 1107(a), and 1108 of the Bankruptcy Code, (A) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations, and (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto** (Docket No. 138)

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are:  Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485).  The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn:  David Dunn, Chief Restructuring Officer.

- **Final Order, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (A) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (B) Deeming Utility Companies Adequately Assured of Future Payment, and (C) Establishing Procedures for Determining Additional Adequate Assurance of Payment** (Docket No. 139)

- **Final Order (A) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors; (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (C) Granting Related Relief** (Docket No. 141)

- **Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date** (Docket No. 142)

- **Order Authorizing Retention and Appointment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date** (Docket No. 143)

- **Order Authorizing the Debtors to (I) Employ and Retain Province, LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel, and (II) Designating David Dunn as Chief Restructuring Officer Effective as of the Petition Date** (Docket No. 144)

- **Order Authorizing the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kramer Levin Naftalis & Frankel LLP as Bankruptcy Co-Counsel for the Debtors in Possession Effective as of the Petition Date** (Docket No. 145)

- **Order (I) Authorizing the Employment and Retention of Piper Sandler Loan Strategies, LLC as Exclusive Introducing Broker for the Debtors, Effective as of the Petition Date; and (II) Waiving the Information Requirements of Local Rule 2016-2(d)** (Docket No. 146)

- **Order (I) Authorizing the Debtors to File Under Seal an Exhibit Related to the Debtors' Non-Insider Key Employee Retention Program; and (II) Directing Parties to Redact Confidential Information in all Related Pleadings** (Docket No. 148)

- **Final Order (I) Authorizing Debtors to pay Certain Prepetition Wages, Salaries, and Other Compensation, (II) Authorizing Continuation of Employee Benefit Programs, (III) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations, and (IV) Granting Related Relief** (Docket No. 151)

[THIS SPACE INTENTIONALLY LEFT BLANK]

Furthermore, on July 28, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**:

- **Order Authorizing (A) the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business Effective as of the Petition Date and (B) Waiving Certain Information Requirements of Local Rule 2016-2** (Docket No. 134)

Furthermore, on July 28, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit D**, and via electronic mail on the service list attached hereto as **Exhibit E**:

- **Final Order, Pursuant to Sections 105(a), 363(b), and 364 of the Bankruptcy Code, (A) Authorizing Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance Programs, Including Payment of Policy Premiums and Broker Fees; and (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto** (Docket No. 137)

- **Final Order, Pursuant to Sections 105(a), 363(b), 507(a)(8), 541, 1107(a), and 1108 of the Bankruptcy Code, (A) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations, and (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto** (Docket No. 138)

- **Final Order (A) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors; (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (C) Granting Related Relief** (Docket No. 141)

- **Final Order (I) Authorizing Debtors to pay Certain Prepetition Wages, Salaries, and Other Compensation, (II) Authorizing Continuation of Employee Benefit Programs, (III) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations, and (IV) Granting Related Relief** (Docket No. 151)

Furthermore, on July 28, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit F**, and via electronic mail on Lloyd's of London (K2 Financial Ltd) c/o K2 International Ltd at info@k2insinternational.com:

- **Final Order, Pursuant to Sections 105(a), 363(b), and 364 of the Bankruptcy Code, (A) Authorizing Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance Programs, Including Payment of Policy Premiums and Broker Fees; and (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto** (Docket No. 137)

[THIS SPACE INTENTIONALLY LEFT BLANK]

Furthermore, on July 28, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit G**, and via electronic mail on the service list attached hereto as **Exhibit H**:

- **Final Order, Pursuant to Sections 105(a), 363(b), 507(a)(8), 541, 1107(a), and 1108 of the Bankruptcy Code, (A) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations, and (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto** (Docket No. 138)

Furthermore, on July 28, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit I**, and via electronic mail on the service list attached hereto as **Exhibit J**:

- **Final Order, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (A) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (B) Deeming Utility Companies Adequately Assured of Future Payment, and (C) Establishing Procedures for Determining Additional Adequate Assurance of Payment** (Docket No. 139)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: July 31, 2023

_____
Gregory A. Lesage

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 31st day of July 2023, by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JESSIE DE GUZMAN
Notary Public - California
Orange County
Commission # 2401464
My Comm. Expires Apr 20, 2026

# **Exhibit A**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Magnetar Financial LLC | c/o Richards, Layton & Finger, P.A. | Attn: Russell C. Silberglied, Brendan J. Schlauch, & Emily R. Mathews | 920 North King Street One Rodney Square | Wilmington | DE | 19801 |
| Magnetar Financial LLC | c/o Royer Cooper Cohen Braunfeld LLC | Attn: Marc E. Hirschfield & Marc Skapof | 1120 Avenue of the Americas, 4th Floor | New York | NY | 10036 |
| MFA Financial Inc. and related affiliates | c/o Hunton Andrews Kurth LLP | Attn: J.R. Smith & Jennifer E. Wuebker | 951 East Byrd Street | Richmond | VA | 23219 |
| Office of the United States Attorney for the District of Delaware | | 1313 N Market Street | | Wilmington | DE | 19801 |
| Office of the United States Trustee for the District of Delaware | Attn:  Timothy J. Fox | 844 N King St #2207 Lockbox 35 | | Wilmington | DE | 19801 |
| Securities and Exchange Commission | | 100 F Street, NE | | Washington | DC | 20549 |
| Securities and Exchange Commission | Attn:  Regional Director | New York Regional Office | 200 Vesey Street, Suite 400 Brookfield Place | New York | NY | 10281-1022 |
| Small Business Administration | c/o Office of General Counsel | Attn: Stacey Dawes | 721 19th Street, Suite 426 | Denver | CO | 80202 |
| State of Delaware | Department of Justice | Carvel State Office Building | 820 N French Street | Wilmington | DE | 19801 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# Exhibit B



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Budget Finance Company | c/o Kogan Law Firm, APC | Attn: Michael S. Kogan | mkogan@koganlawfirm.com |
| Jax SFH Properties, LLC | c/o The Law office of James Tobia, LLC | Attn: James Tobia | jtobia@tobialaw.com |
| John Bolich | c/o Kasen & Kasen, P.C. | Attn: Jenny R. Kasen, Esq. | jkasen@kasenlaw.com |
| Magnetar Financial LLC | c/o Richards, Layton & Finger, P.A. | Attn: Russell C. Silberglied, Brendan J. Schlauch, & Emily R. Mathews | silberglied@rlf.com<br>schlauch@rlf.com<br>mathews@rlf.com |
| Magnetar Financial LLC | c/o Royer Cooper Cohen Braunfeld LLC | Attn: Marc E. Hirschfield & Marc Skapof | mhirschfield@rccblaw.com<br>mskapof@rccblaw.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn:  Timothy J. Fox | | timothy.fox@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi & John C. Gentile | jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com |
| Official Committee of Unsecured Creditors | c/o Morrison & Foerster LLP | Attn: Lorenzo Marinuzzi, Benjamin Butterfield, Raff Ferraioli, & Martha E. Martir | lmarinuzzi@mofo.com<br>bbutterfield@mofo.com<br>rferraioli@mofo.com<br>mmartir@mofo.com |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Landis Rath & Cobb LLP | Attn: Adam G. Landis, Esq., Kimberly A. Brown, Esq. & Howard W. Robertson IV, Esq. | landis@lrclaw.com<br>brown@lrclaw.com<br>robertson@lrclaw.com |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Winston & Strawn LLP | Attn: David Neier, Esq. & James T. Bentley, Esq. | dneier@winston.com<br>jbentley@winston.com |
| Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC | c/o Dorsey & Whitney (Delaware LLP) | Attn: Alessandra Glorioso, Esq. | glorioso.alessandra@dorsey.com |
| Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC | c/o Dorsey & Whitney LLP | Attn: Samuel S. Kohn, Esq. & Rachel P. Stoian, Esq. | kohn.sam@dorsey.com<br>stoian.rachel@dorsey.com |
| Scott Van Dellen | | | svandell2@gmail.com |
| Sean Banchik | c/o Morris James LLP | Attn: Brya M. Keilson, Esq. & Jason S. Levin, Esq. | bkeilson@morrisjames.com<br>jlevin@morrisjames.com |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon, Esquire | | dplon@sirlinlaw.com |
| Siva S Reddy | | | reddysiva@gmail.com |
| Small Business Administration | c/o Office of General Counsel | Attn: Robert T. Williamson | robert.williamson@sba.gov |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |
| Vinay Kudithipudi | c/o Lynn Pinker Hurst & Schwegmann | Attn: Jared D. Eisenberg | jeisenberg@lynnllp.com |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# **Exhibit C**



**Exhibit C**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Armanino LLP | 50 West San Fernando St. | Suite 500 | San Jose | CA | 95113 |
| Brothers Smith LLP | 2033 N Main St. | Suite 720 | Walnut Creek | CA | 94596 |
| Burr & Forman LLP | PO Box 830719 | | Birmingham | AL | 35283 |
| Cannon Law, LLC | PO Box 678 | | Lewis Center | OH | 43035 |
| Cole-Frieman & Mallon LLP | One Sansome St. | Suite 1895 | San Francisco | CA | 94104 |
| Cruikshank Ersin, LLC | 6065 Roswell Rd. NE Suite 680 | Northside Tower | Atlanta | GA | 30328 |
| Diaz Anselmo & Associates LLC | 1771 W. Diehl Rd. | Suite 120 | Naperville | IL | 60563 |
| Ford & Paulekas, LLP | 280 Trumbull St. | | Hartford | CT | 06103 |
| Fox Rothschild LLP | 2000 Market St. | 20th Floor | Philadelphia | PA | 19103 |
| Frenkel Lambert Weiss & Gordon | 53 Gibson St. | | Bay Shore | NY | 11706 |
| Friedman Vartolo LLP | 1325 Franklin Ave. | Suite 160 | Garden City | NY | 11530 |
| Houlihan Lokey Financial Advisors | 10250 Constellation Blvd | 5th Floor | Los Angeles | CA | 90067 |
| Latimer LeVay Fyock LLC | 55 West Monroe St. | Suite 1100 | Chicago | IL | 60603 |
| Law Offices of Tae H. Whang, LLC | 185 Bridge Plaza North | Suite 201 | Fort Lee | NJ | 07024 |
| Marinosci Law Group | 275 W. Natick Rd. | Suite 500 | Warwick | RI | 02886 |
| McMichael Taylor Gray, LLC | 3550 Engineering Dr. | Suite 260 | Peachtree Corners | GA | 30092 |
| Roach & Lin, P.C. | 6901 Jericho Turnpike | Suite 240 | Syosset | NY | 11791 |
| Sandberg Phoenix | 600 Washington Ave. | | St. Louis | MO | 63101 |
| Schwegman Lundberg Woessner | 1600 TCF Tower | 121 South Eighth St. | Minneapolis | MN | 55402 |
| Sirlin, Lesser & Benson, P.C. | 123 South Broad St. | Suite 2100 | Philadelphia | PA | 19109 |
| Snell & Wilmer LLP | 400 E. Van Buren St. | Suite 1900 | Phoenix | AZ | 85004 |
| Snell & Wilmer LLP | 600 Anton Blvd | Suite 1400 | Costa Mesa | CA | 92626 |
| Stern & Eisenberg | 500 Creek View Rd. | Suite 304 | Newark | DE | 19711 |
| Stoll Keenon Ogden PLLC | PO Box 11969 | | Lexington | KY | 40579 |
| The Chartwell Law Offices, LLP | 970 Rittenhouse Rd. | Suite 300 | Eagleville | PA | 19403 |
| The Margolin & Weinreb Law Group LLP | 165 Eileen Way | Suite 101 | Syosset | NY | 11791 |
| Trenam Law | 200 Central Ave. | Suite 1600 | St. Petersburg | FL | 33701 |
| Van Winkle Buck Wall Starnes and Davis PA | 11 North Market St. | | Asheville | NC | 28801 |
| Wilson Sonsini Goodrich & Rosati | PO Box 742866 | | Los Angeles | CA | 90074 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# **Exhibit D**



**Exhibit D**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|------|-----------|---------|------|-------|-----|
| Pacific Premier Bank | Attn: Anita Saraiya | 17901 Von Karman Avenue Ste 1200 | Irvine | CA | 92614 |
| Pacific Premier Bank | Attn: Anita Saraiya | 17911 Von Karman Ave Ste 500 | Irvine | CA | 92614 |
| Wells Fargo Bank  NA | Attn: Lydia Diaconou | PO Box 63020 | San Francisco | CA | 94163 |
| Wells Fargo Bank NA | Attn: Lydia Diaconou | 420 Montgomery Street 9th Fl | San Francisco | CA | 94104 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

# **Exhibit E**



**Exhibit E**
Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Pacific Premier Bank | Attn: Anita Saraiya | asaraiya@ppbi.com<br>iarruda@live.com |
| Wells Fargo Bank, NA | Attn: Lydia Diaconou | lydia.diconou@wellsfargo.com |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# Exhibit F



**Exhibit F**
Served Via First-Class Mail

| Name | Attention | Address 1 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Chubb Group of Insurance Companies | | 202B Hall's Mill Road | Whitehouse Station | NJ | 08889 | |
| FIRST Insurance Funding | | 450 Skokie Blvd, Ste 1000 | Northbrook | IL | 60062-7917 | |
| Lloyd's of London | Attn: Amwins Global Risk | 22 Bishopsgate | London | | EC2N 4BQ | United Kingdom |
| Lloyd's of London (K2 Financial Ltd) | c/o K2 International Ltd | 35 Great St. Helen's 5th Floor | London | | EC3A 6AP | United Kingdom |
| Lloyds of London | c/o Lee and Mason Financial Services, Inc. | 1554 Ormsby Station Court | Louisville | KY | 40223 | |
| North American Capacity Insurance Co. / Arch Specialty Insurance Co. | Attn: Coalition Claims | 1160 Battery Street, Suite 350 | San Francisco | CA | 94111 | |
| The Hartford Insurance Co. | c/o Sentinel Insurance Company | One Hartford Plaza | Hartford | CT | 06155 | |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# **Exhibit G**



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| BED/GMEI Utility | | Basisweg 10 | | Amsterdam | AP | 1043 | Netherlands |
| California Department of Financial Protection & Innovation / NMLS | | 2101 Arena Boulevard | | Sacramento | CA | 95834 | |
| California Secretary of State | | 1500 11th Street | | Sacramento | CA | 95814 | |
| City of El Segundo | | 314 Main Street | | El Segundo | CA | 90245 | |
| FFEIC | | 3501 Fairfax Drive Room B 3030 | | Arlington | VA | 22226-3550 | |
| Georgia Secretary of State | | 2 MLK Jr. Dr. S.E. | Floyd W. Tower Suite 814 | Atlanta | GA | 30344 | |
| Illinois Secretary of State | | Department of Business Services | 501 S. Second St. | Springfield | IL | 62756-5510 | |
| Massachusets Secretary of State | | One Ashburton Place | | Boston | MA | 02108 | |
| Missouri Secretary of State | | 600 West Main Street | | Jefferson City | MO | 65101 | |
| New Jersey Department of Treasury | | 225 West State Street | | Trenton | NJ | 08608 | |
| New Jersey Department of Treasury | | PO Box 002 | | Trenton | NJ | 08625-0002 | |
| Rhode Island Secretary of State | | 82 Smith Street | State House Room 218 | Providence | RI | 02903-1120 | |
| State of Delaware - Division of Corporations | Division of Corporations | 401 Federal Street Suite 4 | John G. Townsend Bldg. | Dover | DE | 19901 | |
| Surety Solutions, a Gallagher Company - Swiss Re Corporate Solutions | | 4285 Commercial St SE, Ste 110 | | Salem | OR | 97302 | |
| United States Securities and Exchange Comission (SEC) | | 100 F Street, NE | | Washington | DC | 20549 | |
| United States Securities and Exchange Commission (SEC) - SEC's Investment Adviser Public Disclosure (IAPD) | c/o United Staes Securities and Exchange Commision | 100 F Street, NE | | Washington | DC | 20549 | |
| Virgina State Corporation Commission | | 1300 E. Main St. | | Richmond | VA | 23219 | |
| Washington Secretary of State | Corporations & Charities Division | 801 Captiol Way South | | Olympia | WA | 98501 | |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# Exhibit H



# Exhibit H

Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Massachusets Secretary of State | | cis@sec.state.ma.us |
| Missouri Secretary of State | | info@sos.mo.gov |
| Rhode Island Secretary of State | | secretaryamore@sos.ri.gov |
| Surety Solutions, a Gallagher Company - Swiss Re Corporate Solutions | | customercare@suretysolutions.com |
| Virginia State Corporation Commission | | sccefile@scc.virginia.gov |
| Washington Secretary of State | Corporations & Charities Division | corps@sos.wa.gov |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# **Exhibit I**



**Exhibit I**
Served Via First-Class Mail

| Name | Address 1 | City | State | Zip |
|---|---|---|---|---|
| Baltimore Department of Public Works | 100 N. Holliday Street | Baltimore | MD | 21201 |
| East Bay Municipal Utility District (EBMUD) | 375 11th Street | Oakland | CA | 94607 |
| KC Water | 4800 E. 63rd Street | Kansas City | MO | 64130 |
| Narragansett Bay Commission | 1 Service Road | Province | RI | 02905 |
| NYC Department of Environmental Protection | 59-17 Junction Blvd 19th Floor | Flushing | NY | 11373 |
| Pacific Gas & Electric Company (PG&E) | 1415 L Street, Suite 280 | Sacramento | CA | 95814 |
| Pacific Gas & Electric Company (PG&E) | PO Box 997300 | Sacramento | CA | 95899-7300 |
| Pawtucket Water Supply Board | 85 Branch Street | Pawtucket | RI | 02860 |
| San Francisco Water Power Sewer (SFPUC) | 525 Golden Gate Avenue | San Francisco | CA | 94102 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# Exhibit J



**Exhibit J**
Served Via Electronic Mail

| Name | Email |
|---|---|
| Baltimore Department of Public Works | marco.merrick@baltimorecity.gov |
| East Bay Municipal Utility District (EBMUD) | customerservice@ebmud.com |
| Narragansett Bay Commission | bcpr@narrabay.com |
| NYC Department of Environmental Protection | ombuds@dep.nyc.gov |
| Pawtucket Water Supply Board | rnsalois@pwsb.org |
| San Francisco Water Power Sewer (SFPUC) | customerservice@sfwater.org |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1