## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*, | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of John A. Moe, II, Esquire of Dentons US LLP to represent Cesar H. Reinoso in the above-captioned bankruptcy cases.

Dated:  July 28, 2023

**THE ROSNER LAW GROUP LLC**
*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE No. 3995)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel:  (302) 777-1111
Email: rosner@teamrosner.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Court Fund* revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: July 28, 2023

*/s/ John A. Moe, II*
John A. Moe, II
Dentons US LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: (213) 623-9300
john.moe@dentons.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: August 1st, 2023**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

{00036243. }