**Olivier Meyjonade**
12901 Arbor Lake cv
AUSTIN TX 78732
954.663.0654
Email: oliviermeyjonade@gmail.com

**Chief Judge Laurie Selber Silverstein**
U.S. Bankruptcy Court
824 North Market Street, 6th floor
Wilmington, DE 19801

Re:Case 23-10815-LSS
**Request for Protection of Secured Loan Investments and Cash in PeerStreet Bankruptcy Proceedings (PeerStreet Individual Account: ▇▇▇▇▇▇▇**

Honorable Chief Judge Laurie Selber Silverstein,

As a novice in legal proceedings, I have taken the liberty of utilizing as a template the letter sent to you by another creditor in the above-referenced bankruptcy proceeding as I believe I am in the identical situation. I hope you won't mind.

I also hope this letter finds you well. I am writing to request your assistance in protecting my secured loan investments and in this bankruptcy proceeding.

As an investor with PeerStreet, I have diligently invested my funds in various real estate-backed loans through the platform. These investments were made with the understanding that they were secured by underlying collateral, providing an added layer of protection. However, given the bankruptcy filing, I am concerned about the potential impact on my investments and the preservation of my rights as a secured creditor.

I request that you kindly consider the following points for the protection of my investments:

1. Preservation of Secured Loan Investments: As a secured creditor, I request that the court ensures the proper handling and preservation of the underlying collateral associated with my loan investments. Any

2. potential sale or disposition of these assets must be conducted fairly and transparently to maximize recovery and protect the interests of secured creditors.
3. Transparency and Communication: I respectfully ask that the court provides regular updates an communicates pertinent information related to the bankruptcy proceedings. Transparency is essential in allowing affected investors to understand the status of their investments, any potential recover, and the timeline for resolution.
4. Fair Treatment of Secured Creditors: I trust that the court will prioritize the fair treatment of secured creditors in the distribution of assets. Secured loans were made with the expectation that in the event of default or bankruptcy, secured creditors would have a higher claim on the available assets. I urge the court to consider this principle in any distribution plan approved for PeerStreet's bankruptcy.

I understand that the bankruptcy process is complex, and decisions must be made based on thoroughly examining the facts and legal considerations. However, as an investor, I have placed my trust in the integrity of the bankruptcy court to safeguard my investments and ensure fair treatment.

I appreciate your attention to this matter and your commitment to upholding justice in the bankruptcy proceedings. Should there be any updates or information regarding protecting my investments and cash, I request that your office communicate with me directly.

I also thank you for your time and consideration and I look forward to a fair resolution that protects the rights and interests of all investors involved.

Very truly yours,

Olivier Meyjonade

Attachments:

1 PeerStreet Account statement

| Total Account Value | Total Earned | In Loans | In Pocket Manage | In Portfolio Learn More |
|---|---|---|---|---|
| $5,042.00 | +$474.81 | $5,042.00 | $0.00 | |

Overview   Automated Investing [Off]   **Loan Positions**   Transaction History   Statements   Invite Friends

*Olivier Meyjonade* (signature)

## Positions

### Return on Loan Investments

| | |
|---|---|
| Annual | +5.8% |
| Cumulative | +8.0% |

How is this calculated?

### All Investments

- 3 Paid Off
- 1 Active – Current
- 0 Active – Deferred
- 1 Active – Late
- 0 Short Pay
- 0 Early Liquidation

### Active Investments (2)

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Springfield, MA Acquisition (Series 2) | $4,042.00 | $4,042.00 | 8.00% | +$92.53 | January 18, 2023 | June 1, 2023 Past Maturity | CURRENT | 2 | about 2 months ago |
| North Bellmore, NY Cash-Out Refinance | $1,000.00 | $1,000.00 | 6.75% | +$49.73 | April 6, 2022 | February 1, 2023 Past Maturity | LATE 90+ | 4 | 24 days ago |

### Past Investments (3)

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Paid Off Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Tujunga Area, CA Refinance | $1,000.00 | $0.00 | 8.13% ~~7.13%~~ | +$25.05 | April 4, 2022 | August 2, 2022 | PAID OFF | | |
| Wilmington, DE Cash-Out Refinance #5 | $971.00 | $0.00 | 7.00% | +$82.14 | February 23, 2022 | April 25, 2023 | PAID OFF | 8 | 3 months ago |

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Paid Off Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Fort Lauderdale, FL Refinance #25 (Series 2) | $4,000.00 | $0.00 | 6.50% | +$225.36 | February 10, 2022 | December 27, 2022 | PAID OFF | | |

*Olivier Mezzacapo*

About Us
Blog
News
Press
Careers
Affiliate Program

Investments
How It Works
Self-Directed IRA
Want to borrow?
Accredited Investor

Help
FAQs
Contact Us
844-733-7787
info@peerstreet.com



The information on this website does not constitute an offer to sell securities or a solicitation of an offer to buy securities. Further, none of the information contained on this website is a recommendation to invest in any securities. By using this website, you accept our **Terms of Service**, **Privacy Policy** and **Notice of Right to Opt-Out**. Past performance is no guarantee of future results. Any historical returns, expected returns or probability projections may not reflect actual future performance. All investments involve risk and may result in loss. **Terms and Investment Disclosures**.

© 2023 Peer Street, Inc. All rights reserved.
PS Funding, Inc. CA Bureau of Real Estate - Real Estate Broker License No. 01984664; California Finance Lenders License 60DBO-45398