## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On or before July 25, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Chapter 11 Bankruptcy Case** (Docket No. 55)

Dated: August 1, 2023



Monica Arellano

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 1st day of August, 2023, by Monica Arellano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

# __Exhibit A__



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 728 Fulton Street, LLC | Attn: 728 Fulton Street LLC | 5100 Pga Blvd | Ste 313 | Palm Bch Gdns | FL | 33418-3956 |
| Adam Oltsik | | 612 E 8th St | | South Boston | MA | 02127-4253 |
| Affinity Real Estate Media, LLC DBA Think Realty | | 695 Binkley Trl | | Sugar Hill | GA | 30518-7143 |
| Albetel Kebede | | 5980 Petros Dr | | W Bloomfield | MI | 48324-3113 |
| Alesia Minenko | | 678 E Walnut St | Unit 507 | Pasadena | CA | 91101-2287 |
| Amanda Holmes | | 3121 Fremont Ave S | Apt 3 | Minneapolis | MN | 55408-2780 |
| Bil-Man Asset Manangement LLC V 34A Jewel Street LLC, 728 Fulton Street LLC, Hezitorati, New York State Department of Taxation and Finance and John Doe #1 Through John Doe #12 | Attn: 728 Fulton Street LLC | 5100 Pga Blvd | Ste 313 | Palm Bch Gdns | FL | 33418-3956 |
| Borough of Ridgefield | | 700 Shaler Blvd | | Ridgefield | NJ | 07657-1222 |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Dp Capital - Washington Capital Partners | Attn: Daniel Huertas | 8401 Greensboro Dr | Ste 960 | Mc Lean | VA | 22102-5149 |
| Emma Dambra | | 1960 Spectrum Cir SE | Apt 325 | Marietta | GA | 30067-1643 |
| Five Star Media LLC | | 1341 W Mockingbird Ln | Ste 900W | Dallas | TX | 75247-6973 |
| Harrison Developers, LLC | Attn: Harrison Developers LLC / Alexander Pavlovsky | 6301 Collins Ave | Apt 2208 | Miami Beach | FL | 33141-4644 |
| National Tax Search, LLC | | PO Box 9222 | | Coppell | TX | 75019-9240 |
| Raul Plascencia | | 11475 Archwood St | | N Hollywood | CA | 91606-1705 |
| Real Property Investment Partners LLC | Attn: Sholom Wilheim | 525 Reads Ln | | Far Rockaway | NY | 11691-5416 |
| Ryan Wiedner | | 13407 Missarah Ln | | Cypress | TX | 77429-5312 |
| VWH Capital Management, LP | Vrmtg Acq, LLC | c/o VWH Capital Management, LP | 500 Crescent Ct Ste 318 | Dallas | TX | 75201-6998 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 2 of 2