IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA MATTERS SCHEDULED FOR STATUS CONFERENCE ON AUGUST 4, 2023 AT 3:00 P.M. (ET)**

> Parties may appear in-person or connect to the hearing remotely by registering with the Zoom link below no later than August 4th at 12:00 p.m. (ET).
>
> Please use the following link to register for this hearing:
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsdeGvrDMvHnehHLdMupSDfZXpam8OfX0
>
> After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.

**STATUS CONFERENCE MATTERS**

1. Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 345, 363, 503(b), 1107(a) and 1108 of the Bankruptcy Code, Bankruptcy Rule 2015, and Local Rule 2015-2, (A) Authorizing and Approving Continued Use of Cash Management System, (B) Authorizing Use of Prepetition Bank Accounts and Business Forms, (C) Authorizing Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Granting Administrative Expense Status for Postpetition Intercompany Claims and Intercompany Loans, (D) Waiving the Requirements of Section 345(b) on an Interim Basis, and (E) Granting Certain Related Relief [D.I. 11; 6/26/23]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

30619341.1

    Response Deadline:    July 21, 2023 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to a date to be determined and Pacific RBFL LLC and Pacific Funding Trust 1002 to 4:00 p.m. on August 2, 2023

    Responses Received:

        A.    Informal Response from the Official Committee of Unsecured Creditors

    Related Documents:

        B.    Declaration of M. Dunn in Support of the Chapter 11 Filing and First Day Pleadings [D.I. 3, 6/26/23]

        C.    Interim Order [D.I. 31; 6/28/23]

        D.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 42, 6/29/23]

    Status:  This matter will go forward as a status conference.

2.    Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors' Use of Cash Collateral; (B) Granting Adequate Protection to the Prepetition Secured Parties; (C) Scheduling a Final Hearing, and (D) Granting Related Relief [D.I. 12; 6/26/23]

    Response Deadline:    July 21, 2023 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to a date to be determined and Pacific RBFL LLC and Pacific Funding Trust 1002 to 4:00 p.m. (ET) on August 2, 2023

    Responses Received:

        A.    Informal Response from the Official Committee of Unsecured Creditors

    Related Documents:

        B.    Declaration of David M. Dunn in Support of the Chapter 11 Filing and First Day Pleadings [D.I. 3, 6/26/23]

        C.    Interim Order [D.I. 41; 6/28/23]

        D.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 42, 6/29/23]

    Status:  This matter will go forward as a status conference.

3.     Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (II) Approving Certain Bid Procedures and the Form and Manner of Notice Thereof, and (III) Granting Related Relief; and (B) an Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances [D.I. 18, 6/27/23]

    <u>Response Deadline</u>: July 11, 2023 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors and the U.S. Trustee to a date to be determined and Pacific RBFL LLC and Pacific Funding Trust 1002 to 4:00 p.m. (ET) on August 2, 2023

    <u>Responses Received</u>:

        A.     Informal Response from the Office of the United States Trustee

        B.     Limited Objection and Reservation of Rights of Jax SFH Properties, LLC [D.I. 71, 7/11/23]

        C.     Objection of Sean Quinn [D.I. 107, 7/21/23]

        D.     Objection of Sean Tarpenning [D.I. 135, 7/27/23]

    <u>Related Documents</u>:

        E.     Notice of Bidding Procedures Hearing [D.I. 43, 6/29/23]

    <u>Status</u>:  This matter will go forward as a status conference.

*[Signature Page Follows]*

Dated: August 2, 2023

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| | P. Bradley O'Neill (admitted *pro hac vice*) |
| */s/ Shella Borovinskaya* | Caroline Gange (admitted *pro hac vice*) |
| Joseph Barry (Del. Bar No. 4221) | 1177 Avenue of the Americas |
| Ryan M. Bartley (Del. Bar No. 4985) | New York, New York 10036 |
| S. Alexander Faris (Del. Bar No. 6278) | Telephone:  (212) 715-9511 |
| Shella Borovinskaya (Del. Bar No. 6758) | Facsimile:  (212) 715-8000 |
| Rodney Square | Email:  boneill@kramerlevin.com |
| 1000 North King Street |            cgange@kramerlevin.com |
| Wilmington, Delaware 19801 | |
| Telephone:  (302) 571-6600 | *Co-Counsel to the Debtors and* |
| Facsimile:  (302) 571-1253 | *Debtors in Possession* |
| Email:  jbarry@ycst.com | |
|            rbartley@ycst.com | |
|            afaris@ycst.com | |
|            sborovinskaya@ycst.com | |
| | |
| *Co-Counsel to the Debtors and* | |
| *Debtors in Possession* | |