Murtha Kellrooney

1341 E Colfax Ave

South Bend, IN  46617

kellrooneyje@outlook.com or kellrooneyje@gmail.com

803.292.8503



July 28 2023
FILED
2023 AUG -2 AM 11: 24
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Chief Judge Laurie Seiber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE  19801

RE: Case 23-10815-LSS
Request for Protection of Secured Loan Investments and Cash Account in PeerStreet Bankruptcy Proceedings (PeerStreet Individual Account and Pocket Redeemable Note ███████

Honorable Chief Judge Laurie Seiber Silverstein,

Good day. This letter constitutes a request for your assistance to protect my secured loan investments and cash on deposit with PeerStreet, Inc. and its affiliated companies with respect to their bankruptcy proceedings.

As an investor with PeerStreet, I have carefully invested my funds in various real-estate backed loans through their platform. These investments were made with the understanding that they were secured by underlying collateral (i.e., safe housing investments). However, given the bankruptcy filing, I am concerned about the potential impact on my investments and the preservation of my rights as a secured creditor.

In addition, I have a considerable sum sitting in PeerStreet's Redeemable Warehouse Note (aka "Pocket") which PeerStreet froze in early 2023 with assurances that principal associated with the Note's underlying PeerStreet-funded loans would be liquidated and returned to investors in a timely manner. In accordance with the Note's terms (paragraphs 4. Events of Default and 8. Notice) I have requested the immediate return of these funds from PeerStreet.

I request you to kindly consider the following points for the protection of my investments and available cash:

1. Preservation of Secured Loan Investments: As a secured creditor, I request that the court ensures the proper handling and preservation of the underlying collateral associated with my loan investments. Any potential sale or disposition of these assets must be

conducted fairly and transparently to maximize recovery and protect the interests of secured creditors. Secured loans were made with the expectation that, in the event of default or bankruptcy, secured creditors would have a higher claim on the available assets.

2. Transparency and Communication: I respectfully ask that the Court provide regular updates and pertinent information related to the bankruptcy proceedings.

3. Safeguarding of Available Cash: Besides my secured loan investments, I also have available cash in my PeerStreet account as well as cash held in PeerStreet's Redeemable Warehouse Note. I request that the Court ensure these cash balances are protected and preserved, allowing for their return or proper distribution following applicable laws and regulations.

Please contact me directly with any updates or requests for clarification required to ensure protection of funds which I had believed were invested conservatively and safely.

Thank you for your time and consideration. I look forward to a fair resolution that protects the rights and interests of all investors involved.

*Murtha Kellrooney*

Murtha Kellrooney

Attachments:
1. PeerStreet account statements and secured real estate loan positions.
2. PeerStreet Redeemable Warehouse Note term sheet.

 

 PeerStreet

Murtha Kellrooney
1341 E Colfax Ave
South Bend IN 46617

| | |
|---|---|
| **Statement Date** | June 01, 2023 - June 30, 2023 |
| **Account Type** | Individual |
| **Account Number** |  |

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| **$89,607.70** | **$248.07** |

## Account Summary

| | 06/01/23 | Net change | 06/30/23 |
|---|---|---|---|
| Investable Cash | $0.00 | $170.11 | $170.11 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $82,156.56 | -$1,240.74 | $80,915.82 |
| Invested Pocket Principal | $8,492.92 | $28.85 | $8,521.77 |
| **Account Total** | **$90,649.48** | **-$1,041.78** | **$89,607.70** |

## Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $219.22 | $3,560.02 |
| Fees [3] | $0.00 | $16.85 |
| Gain On Sale | $0.00 | $216.46 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Pocket Interest | $28.85 | $171.23 |
| **Total** | **$248.07** | **$3,964.56** |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.

[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| Cincinnati, OH Acquisition #8 | 8.000% | 04/12/19 | 04/01/20 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Oakland, CA Refinance #51 | 7.250% | 05/02/19 | 05/01/20 | $1,030.00 | $1,030.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #99 | 7.000% | 05/14/19 | 03/01/21 | $500.00 | $500.00 | $0.00 | $0.00 |
| Santa Monica, CA Refinance #2 (Series 1) | 7.500% | 07/19/19 | 01/01/22 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #84 (Series 6) | 7.250% | 07/19/19 | 01/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Hauppauge, NY Refinance | 8.490% | 09/05/19 | 09/01/21 | $177.00 | $177.00 | $0.00 | $0.00 |
| Tallahassee, FL Refinance #3 | 9.000% | 09/17/19 | 12/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #172 | 7.125% | 11/29/19 | 12/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Pawtucket, RI Refinance #3 | 7.250% | 02/18/20 | 12/01/21 | $1,000.00 | $4.23 | $0.00 | $0.00 |
| Pleasantville, NJ Refinance #3 | 7.250% | 02/20/20 | 03/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Cypress, TX Refinance #3 (Series 1) | 11.000% | 04/09/20 | 03/01/22 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Pinon Hills, CA Acquisition | 7.000% | 04/19/21 | 04/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Miami Shores, FL Acquisition #9 | 6.500% | 09/02/21 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Taft, CA Cash-Out Refinance | 6.125% | 11/05/21 | 11/01/23 | $1,376.00 | $1,376.00 | $7.02 | $0.00 |
| Chicago, IL Acquisition #192 | 6.625% | 11/17/21 | 12/01/22 | $582.00 | $582.00 | $0.00 | $0.00 |
| Chicago, IL Cash-Out Refinance #191 (Series 1) | 6.500% | 12/13/21 | 12/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Greenwood, SC Acquisition #2 (Series 1) | 7.000% | 12/31/21 | 12/01/23 | $1,252.00 | $1,251.58 | $7.30 | $0.00 |
| Downey, CA Acquisition #20 | 6.625% | 01/20/22 | 01/01/24 | $2,000.00 | $1,999.99 | $11.04 | $0.00 |
| Chicago, IL Cash-Out Refinance #194 | 6.250% | 01/25/22 | 01/01/24 | $1,181.00 | $1,181.00 | $0.00 | $0.00 |
| Pinon Hills, CA Acquisition #3 | 6.750% | 02/18/22 | 02/01/24 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Pinon Hills, CA Acquisition #2 | 6.250% | 02/24/22 | 02/01/24 | $1,509.00 | $1,509.00 | $0.00 | $0.00 |
| New City, NY Acquisition | 6.750% | 03/18/22 | 04/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Garfield, NJ Cash-Out Refinance #5 (Series 1) | 6.125% | 03/25/22 | 04/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Riverview, FL Cash-Out Refinance #3 | 7.250% | 03/28/22 | 04/01/24 | $5,000.00 | $5,000.00 | $30.00 | $0.00 |
| Atlanta, GA Acquisition #124 | 7.000% | 03/30/22 | 04/01/24 | $2,000.00 | $2,000.00 | $11.67 | $0.00 |
| Naples, FL Cash-Out Refinance #14 | 6.750% | 03/31/22 | 04/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| North Bellmore, NY Cash-Out Refinance | 6.750% | 04/06/22 | 02/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Winter Haven, FL Cash-Out Refinance #9 | 7.500% | 04/26/22 | 05/01/24 | $1,000.00 | $1,000.00 | $6.25 | $0.00 |
| Puyallup, WA Cash-Out Refinance #4 | 6.750% | 05/09/22 | 05/01/24 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Covington, GA Cash-Out Refinance | 7.875% | 05/16/22 | 06/01/24 | $774.00 | $774.00 | $0.00 | $0.00 |
| Burbank, CA Acquisition #16 | 6.875% | 05/19/22 | 05/16/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Philadelphia, PA Cash-Out Refinance #78 (Series 1) | 7.500% | 06/14/22 | 07/01/24 | $2,000.00 | $2,000.00 | $12.50 | $0.00 |
| Windham, OH Acquisition (Series 1) | 7.500% | 06/14/22 | 07/01/23 | $2,000.00 | $2,000.00 | $12.50 | $0.00 |
| Elizabeth, NJ Acquisition #19 (Series 1) | 7.000% | 06/14/22 | 06/01/23 | $2,000.00 | $1,330.76 | $0.00 | $0.00 |
| Miami Gardens, FL Acquisition #27 (Series 1) | 8.000% | 06/17/22 | 07/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Joshua Tree, CA Acquisition #2 (Series 1) | 7.000% | 06/29/22 | 07/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Bay Shore, NY Acquisition #3 | 9.000% | 08/16/22 | 09/01/23 | $1,846.00 | $1,846.00 | $13.85 | $0.00 |
| Miami Gardens, FL Cash-Out Refinance #28 | 8.000% | 09/09/22 | 10/01/23 | $1,899.00 | $1,899.00 | $12.66 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #218 | 8.500% | 09/13/22 | 06/01/23 | $2,000.00 | $2,000.00 | $14.17 | $0.00 |
| Laredo, TX Cash-Out Refinance | 7.750% | 09/15/22 | 10/01/23 | $1,563.00 | $1,563.00 | $10.09 | $0.00 |
| Philadelphia, PA Cash-Out Refinance #84 (Series 1) | 7.750% | 10/25/22 | 10/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Akron, OH Acquisition #4 | 8.250% | 11/15/22 | 10/01/24 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Wimberley, TX Acquisition | 9.000% | 12/08/22 | 11/01/23 | $2,000.00 | $2,000.00 | $15.00 | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Chicago, IL Acquisition #212 | 9.000% | 12/22/22 | 11/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Houston, TX Cash-Out Refinance #67 | 9.000% | 12/23/22 | 01/01/24 | $1,133.00 | $1,133.00 | $8.50 | $0.00 |
| Tarzana, CA Acquisition #5 | 8.250% | 01/13/23 | 10/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Perris, CA Acquisition #4 | 9.250% | 01/25/23 | 01/01/24 | $2,000.00 | $2,000.00 | $15.42 | $0.00 |
| Lubbock, TX Acquisition | 9.500% | 01/31/23 | 02/01/24 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| San Bernardino, CA Acquisition #40 | 9.250% | 01/31/23 | 02/01/24 | $2,000.00 | $759.26 | $15.42 | $1,240.74 |
| Chicago, IL Acquisition #215 | 9.500% | 02/23/23 | 03/01/24 | $2,000.00 | $2,000.00 | $15.83 | $0.00 |
| **Total** | | | | **$83,822.00** | **$80,915.82** | **$219.22** | **$1,240.74** |

**Pending Investments**

None

**Past Investments**

None

### Transaction History

| Date | Transaction | Amount | Account Total |
|---|---|---|---|
| **06/01/23** | **Beginning Balance** | — | **$82,156.56** |
| 06/06/23 | Interest from Taft, CA Cash-Out Refinance | $7.02 | $82,163.58 |
| 06/06/23 | Interest from Brooklyn, NY Cash-Out Refinance #218 | $14.17 | $82,177.75 |
| 06/06/23 | Interest from San Bernardino, CA Acquisition #40 | $15.42 | $82,193.17 |
| 06/06/23 | Principal from San Bernardino, CA Acquisition #40 | $1,240.74 | $82,193.17 |
| 06/06/23 | Interest from Windham, OH Acquisition (Series 1) | $12.50 | $82,205.67 |
| 06/07/23 | Account Withdrawal | -$1,289.85 | $80,915.82 |
| 06/13/23 | Interest from Philadelphia, PA Cash-Out Refinance #78 (Series 1) | $12.50 | $80,928.32 |
| 06/13/23 | Interest from Bay Shore, NY Acquisition #3 | $13.85 | $80,942.17 |
| 06/13/23 | Interest from Atlanta, GA Acquisition #124 | $11.67 | $80,953.84 |
| 06/13/23 | Interest from Greenwood, SC Acquisition #2 (Series 1) | $7.30 | $80,961.14 |
| 06/20/23 | Interest from Miami Gardens, FL Cash-Out Refinance #28 | $12.66 | $80,973.80 |
| 06/20/23 | Interest from Chicago, IL Acquisition #215 | $15.83 | $80,989.63 |
| 06/20/23 | Interest from Riverview, FL Cash-Out Refinance #3 | $25.86 | $81,015.49 |
| 06/20/23 | Promotional Interest from Riverview, FL Cash-Out Refinance #3 | $4.14 | $81,019.63 |
| 06/20/23 | Interest from Laredo, TX Cash-Out Refinance | $10.09 | $81,029.72 |
| 06/20/23 | Interest from Wimberley, TX Acquisition | $15.00 | $81,044.72 |
| 06/20/23 | Interest from Downey, CA Acquisition #20 | $11.04 | $81,055.76 |
| 06/20/23 | Interest from Perris, CA Acquisition #4 | $15.42 | $81,071.18 |
| 06/20/23 | Interest from Houston, TX Cash-Out Refinance #67 | $8.50 | $81,079.68 |
| 06/20/23 | Interest from Winter Haven, FL Cash-Out Refinance #9 | $6.25 | $81,085.93 |
| **06/30/23** | **Ending Balance** | — | **$81,085.93** |

### Pocket Transaction History

| Date | Transaction | Amount | Account Total |
|---|---|---|---|
| **06/01/23** | **Beginning Balance** | — | **$8,492.92** |
| 06/01/23 | Interest from Pocket 1-month | $28.85 | $8,521.77 |
| **06/30/23** | **Ending Balance** | — | **$8,521.77** |

*Attachment #2*

# FORM INSTRUMENT

## Redeemable Warehouse Note

THIS NOTE HAS NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED (THE "ACT"), OR UNDER ANY STATE SECURITIES LAWS. THIS NOTE IS SUBJECT TO RESTRICTIONS ON TRANSFERABILITY AND RESALE AND MAY NOT BE TRANSFERRED, SOLD, OFFERED FOR SALE, PLEDGED OR HYPOTHECATED IN THE ABSENCE OF A REGISTRATION STATEMENT IN EFFECT WITH RESPECT TO THIS NOTE UNDER THE ACT OR APPLICABLE STATE SECURITIES LAWS OR AN OPINION OF COUNSEL SATISFACTORY TO THE COMPANY (AS DEFINED BELOW) THAT ANY PROPOSED TRANSFER OR RESALE IS IN COMPLIANCE WITH THE ACT AND ANY APPLICABLE STATE SECURITIES LAWS. SEE THE PRIVATE PLACEMENT MEMORANDUM (THE "MEMORANDUM") ISSUED BY COMPANY, DATED AS OF DECEMBER 2, 2019, THE INVESTOR AGREEMENT BETWEEN THE COMPANY AND THE INVESTOR, AND THE RWN SUPPLEMENT FOR THE POCKET INVESTMENT PRODUCT AND REDEEMABLE WAREHOUSE NOTES FOR MORE DETAILS.

FOR PURPOSES OF SECTIONS 1272, 1273 AND 1275 OF THE INTERNAL REVENUE CODE OF 1986, AS AMENDED, THIS NOTE IS BEING ISSUED WITH ORIGINAL ISSUE DISCOUNT ("OID") BECAUSE PAYMENTS ON THIS NOTE ARE DEPENDENT ON PAYMENTS ON THE CORRESPONDING WAREHOUSE LOAN (AS DEFINED IN THE MEMORANDUM). THIS NOTE'S ISSUE PRICE IS THIS NOTE'S STATED PRINCIPAL AMOUNT, AND THE ISSUE DATE IS THE ORIGINAL ISSUE DATE. FOR FURTHER INFORMATION REGARDING THE AMOUNT OF OID AND THE YIELD TO MATURITY OF THIS NOTE, THE HOLDER OF THIS NOTE SHOULD CONTACT THE COMPANY AT 2121 PARK PL., SUITE 250, EL SEGUNDO, CA 90245.

Company: Peer Street Funding, LLC

Investor: Murtha Kellrooney

Outstanding Principal Amount of this RWN: U.S. $8,549.79

Current Interest Rate (as of July 28, 2023): 4.00%

Original Issue Date: March 26, 2021

Initial Maturity Date: December 31, 2029

This Redeemable Warehouse Note ("RWN") contains the terms that shall apply to the investments (the "Pocket Investment") made by Murtha Kellrooney ("Investor") via the platform located at www.peerstreet.com (the "PeerStreet Website") in accordance with the Investor Agreement, the Memorandum, and the RWN Supplement. Capitalized terms that are not defined herein shall have the meaning prescribed to them in the Memorandum, the RWN Supplement to the Memorandum, or Investor Agreement. If any terms conflict among the aforementioned documents, the terms of the RWN Supplement will govern. Company will issue RWNs in electronic form only. This means that each RWN will be stored on the PeerStreet Website. Pocket investors can view this RWN online and print copies of the RWN for its records by visiting your secure, password-protected webpage in the "Pocket" section of the PeerStreet Website. Company will not issue certificates for the RWNs. As stated in the RWN Supplement, a single RWN will be issued for each Pocket investor; the Interest Rate and outstanding principal amounts will be adjusted if and when the interest rate changes and Investor makes additional investments or redeems all or part of its investment.

FOR VALUE RECEIVED, the undersigned, Peer Street Funding, LLC, a Delaware limited liability company (the "Company"), hereby promises to pay Investor the principal sum(s) of its Pocket Investment on the PeerStreet Platform, together with accrued interest on the unpaid principal balance thereon in accordance with the terms contained herein:

**About Us**
Blog

News

Press

Careers

Affiliate Program

f ✆ in

**Investments**
How It Works

Self-Directed IRA

Want to borrow?

Accredited Investor

**Help**
FAQs

Contact Us

844-733-7787

info@peerstreet.com

The information on this website does not constitute an offer to sell securities or a solicitation of an offer to buy securities. Further, none of the information contained on this website is a recommendation to invest in any securities. By using this website, you accept our **Terms of Service**, **Privacy Policy** and **Notice of Right to Opt-Out**. Past performance is no guarantee of future results. Any historical returns, expected returns or probability projections may not reflect actual future performance. All investments involve risk and may result in loss. **Terms and Investment Disclosures**.

© 2023 Peer Street, Inc. All rights reserved.
PS Funding, Inc. CA Bureau of Real Estate - Real Estate Broker License No. 01984664; California Finance Lenders License 60DBO-45398

...FOR VALUE RECEIVED, the undersigned, Peer Street Funding, LLC, a Delaware limited liability company (the "Company"), hereby promises to pay Investor the principal sum(s) of its Pocket investment on the PeerStreet Platform, together with accrued interest on the unpaid principal balance thereon in accordance with the terms contained herein:

## 1. Special Limited Obligation.

This Note represents a special limited obligation of the Company, and (1) no payments of principal and interest on this Note shall be payable unless the Company has received payments relating to the corresponding warehouse loan (the "Warehouse Loan") it has extended of PS Warehouse, LLC ("Warehouse LLC"), and then only to the extent of the amount of such payments received by the Company (as provided for in the RWN Supplement), and (2) no Investor of this Note shall have any recourse against the Company unless, and then only to the extent that, the Company has received payment relating to the corresponding Warehouse Loan and has failed to pay such Investor their pro rata share of the payments that the Company actually received thereunder when the Redemption (as defined in the RWN Supplement) was requested by the Investor. The principal and interest accrued hereunder will be paid to the party in whose name this Note is registered, at the Maturity Date or on Redemption date, whichever comes first.

## 2. Interest.

Interest on the unpaid principal balance will accrue, in arrears, at an annual rate equal to the Interest Rate identified in a particular on the first page of this Note. As further described in the RWN Supplement, interest accrues at a variable rate and is automatically capitalized and reinvested in the RWN.

## 3. Payment of Principal and Interest.

3.1 Payments. Payments shall accrue daily in arrears in accordance with the terms of the RWN Supplement and the Pocket Dashboard. Interest payments will be automatically capitalized and reinvested in Pocket and the RWN. Upon distribution events (including, PSFLLC paying off the RWN or processing the Investor's Redemption request), all corresponding payments of principal and interest due to the Investor shall be made in U.S. dollars, in immediately available funds, by intra-institution book entry transfer to the Investor's designated account indicated through the Company's online platform. Notwithstanding any payment schedule, the Company shall only be obligated to make any payment on this Note if and only if, and only to the extent that, Company receives a corresponding payment from Warehouse LLC relating to the Warehouse Loan. Should the Company not receive any payments relating to the Warehouse Loan, Company will not owe anything to Investor. The Note will mature on the Initial Maturity Date; provided, however, that if on the Initial Maturity Date any principal or interest payments with respect to the Warehouse Loan remain due and payable to the Company, the Maturity Date of this Note will be extended until all amounts due thereunder are fully paid, the corresponding Financed Loans are liquidated, or similar events, as further described in the RWN Supplement.

extended until all amounts due thereunder are fully paid, the corresponding Financed Loans are liquidated, or similar events, as further described in the RWN Supplement.

**3.2 Amounts Advanced by Company.** As set forth in the Memorandum and the RWN Supplement, the Company may, at its sole discretion, advance any and all amounts necessary to protect its interest in the Warehouse Loan or the Financed Loans, including (without limitation) foreclosure fees and related costs as well as payments necessary to pay property taxes, senior liens, junior liens, and other fees and costs Company deems necessary to protect its position in the corresponding mortgage loan (the "Company's Advances"). Any amounts paid to the Company under the Warehouse Loan or from the liquidation of the Financed Loans shall be payable as follows: (1) to the Company, to recoup the Company's Advances, (2) to the Company or third parties for any fees and costs allowed to be charged under the Memorandum and the RWN Supplement and (3) the balance, if any, pro rata to the Investors of the Notes.

**3.3 Withholding.** If any withholding tax is imposed on any payment made by the Company to an Investor pursuant to this Note, such tax shall reduce the amount otherwise payable with respect to such payment. Upon request of the Company, an Investor shall provide the Company with an Internal Revenue Service Form W-9, W-BEN, W-8ECI, W-8IMY or other similar withholding certificate of a state, local or foreign governmental authority such that the Company may make payments under the Note without deduction for, or at a reduced rate of deduction for, any tax.

**4. Events of Default.**

On (a) the Company's failure to pay any installment or other sum due under this Note when due and payable when the Company has received the same from Warehouse LLC, (b) the Company has become subject to a voluntary or involuntary proceeding of bankruptcy, insolvency, or otherwise subject to receivership and remains so for a period of 60 days, or (c) any breach of any other promise or obligation in this Note or in any other instrument now or hereafter securing the indebtedness evidenced by this Note (collectively, "Default"), then after upon sixty (60) days from the date of receiving written notice of such default from the Investor, and if the Company fails thereafter to cure said default, the Investor may, at its option, declare this Note (including, without limitation, all accrued interest) due and payable immediately regardless of the applicable Maturity Date. The Company must receive notice of the exercise of this option. For the purposes of this paragraph, shall be deemed to receive Investor's notice if Investor follows the notice provisions in paragraph 8 of this Note.

**5. Prepayment.**

Company may prepay this Note in whole or in part at any time without any penalty.

**6. Sale Clause.**

Subject to compliance with the Act and applicable securities laws and regulations, Company may sell, convey, assign or otherwise transfer all or any part of the corresponding Warehouse Loan or any interest in the underlying Financed Loans, whether any such sale, conveyance, assignment or other transfer occurs directly or indirectly, voluntarily or involuntarily or by operation of law, without the prior written consent of the Investor.

**7. Waiver.**

The Company, endorsers, and all other persons liable or to become liable on this Note waive diligence, presentment, protest and demand, and also notice of protest, demand, nonpayment, dishonor and maturity and consents to any extension of the time or terms of payment hereof, any and all renewals or extensions of the terms hereof, any release of all or any part of the security given for this Note, any acceptance of additional security of any kind and any release of any party liable under this Note.

**8. Notice.**

Any notice required to be provided in this Note shall be given and received via electronic mail, unless applicable law requires that such notice be given in writing. All notices shall be addressed to the party to whom such notice is to be given at (i) investor-relations@peerstreet.com or such other email address the Company may provide to Investor via the PeerStreet Website, if the recipient is the Company or (ii) the electronic mail address used by Investor when registering online at the Company's investment platform if the recipient is the Investor; subject to the parties updating such addresses by providing notice pursuant to this Section 8.

**9. Forbearance Not a Waiver**

If the Investor delays in exercising or fails to exercise any of its rights under this Note, that delay or failure shall not constitute a waiver of any the Investor rights or of any breach, default, or failure of condition under this Note. No waiver by the Investor of any of its rights or of any such breach, default, or failure of condition shall be effective, unless the waiver is expressly stated in a writing signed by Investor.

**10. Assignment.**

This Note inures to and binds the heirs, legal representatives, successors, and assigns of the parties; provided that the Investor may only assign or transfer this Note in connection with the terms outlined in the Investor Agreement and this Note, and under no circumstances may Investor assign or transfer this Note in violation of the Act.

**11. Governing Law.**

This Note shall be construed and enforceable according to the laws of the State of Delaware (without giving effect to its conflicts of laws principles) for all purposes.

**12. Time Is of the Essence.**

Time is of the essence with respect to all obligations of the Company under this Note.

**13. No Modifications or Amendments; No Waiver.**

Except as specified herein or the Investor Agreement, this Note may not be amended, modified or changed, nor shall any waiver of the provisions hereof be effective, except only by an instrument in writing signed by the party against whom enforcement of any waiver, amendment, change, modification or discharge is sought. Additionally, a waiver of any provision in one event shall not be construed as a waiver of any other provision at any time, as a continuing waiver, or as a waiver of such provision on a subsequent event.

## 14. Severability

Any provision of this Note which shall be held by a court of competent jurisdiction to be invalid, void or illegal shall in no way affect, impair or invalidate any other provision or term hereof, and all other provisions or terms hereof shall remain in full force and effect.

## 15. Nonrecourse Generally.

(i) The Company shall not be personally liable, and Investor shall not commence or prosecute any action against the Company, for the nonpayment or non- performance of any obligation on this Note (the "Loan Obligations") due to failure or default of the Warehouse Loan; (ii) Investor shall not seek, obtain, or enforce a deficiency judgment against the Company; (iii) Investor's recourse for the Company's payment obligations shall be limited to the payments and amounts, if any, received by Company relating to the Warehouse Loan; (iv) the Investor shall not be entitled to obtain specific performance or any other similar order, remedy, or relief against the Company relating to any claim arising from the Note; and (v) the Investor waives any right to exercise any lenders' right of set-off arising from the Note, against any funds of the Company in the Investor's custody, control, or possession. No recourse under or upon any obligation, covenant or agreement contained in this Note, or because of any indebtedness evidenced thereby, shall be had against any past, present or future shareholder, officer, director or agent, as such, of the Company, either directly or through the Company, under any rule of law, statute or constitutional provision or by the enforcement of any assessment or penalty or otherwise, all such personal liability of every such incorporator, shareholder, officer, director or agent, as such, being expressly waived and released by the acceptance hereof and as a condition of and as part of the consideration for the issuance of this Note.

## 16. Note Series Limitation.

Investor understands and agrees that each Note is part of a pool of many Notes issued by PSFLLC, which pool of Notes is held in the aggregate by multiple holders. The Investor shall not assert any right of action, including (without limitation) any arbitration, lawsuit or otherwise, except in conjunction or aggregation with other holders of the Notes as set forth in the Investor Agreement.

## 17. Tax Matters.

Each Investor, by acceptance of a Note, shall be deemed to have agreed to treat, and shall treat, such Note as debt of the Company for United States federal income tax purposes and shall refrain from taking any action inconsistent with such treatment.

## 18. Incorporation by Reference.

The terms contained in the Memorandum, RWN Supplement, and Investor Agreement are hereby incorporated herein by this reference for all purposes. In the event any provisions of this Note conflict with provisions of the Investor Agreement or Memorandum, the provisions of this Note shall control. The provisions of the RWN Supplement shall govern in case of conflict with this Note.

**IN WITNESS WHEREOF,** Peer Street Funding, LLC has caused this instrument to be signed by its duly authorized officer.

Dated: March 26, 2021

/s/ Brewster Johnson

Peer Street Funding, LLC

By: Brewster Johnson, Chief Executive Officer