Case No. 23-10815 LSS

Todd D. Doersch
340 E Randolph St, unit 1805
Chicago, IL 60601
203 434-7977
Email: tdoersch@me.com



FILED
2023 AUG -2 AM 11: 24
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Chief Judge Laurie Selber Silverstein,

U.S. Bankruptcy Court

824 North Market Street, 6th floor

Wilmington, DE 19801

Re: Case 23-10815-LSS

**Request for Protection of Secured Loan Investments and Cash in PeerStreet Bankruptcy Proceedings (PeerStreet Individual Account: ▇▇▇▇)**

Honorable Chief Judge Laurie Selber Silverstein,

My wife and I are writing to request your assistance in protecting and segregating our secured loan investments and cash totaling $ 136,431.11, particularly in light of the fact that the investments comprise a substantial portion of my IRA retirement account.

We, along with thousands of other participants invested in fractional ownership in mortgage loans offered on Peer Street's website. We did not invest in the operations of Peer Street or its related legal entities, and we did not lend the entities or their management any money. As an investor in loan contracts, we diligently invested our funds through the platform. These investments are secured by underlying collateral, providing an added layer of protection. However, given the bankruptcy filing, we are concerned about the potential impact on our investments (including the cash in my account) and the preservation of our rights as a secured creditor. Out of an abundance of caution, I have completed and submitted the Official Form 410 Proof of Claim, in addition to writing this letter. Please pardon me if that step was not appropriate, as we are not a vendor nor lender to PeerStreet, but rather a retirement account customer.

We request that you kindly consider the following points for the protection of our investments and available cash:

1. Preservation of Secured Loan Investments: As a secured creditor, we request that the court ensures the proper handling and preservation of the underlying collateral associated with our loan investments. Any potential sale or disposition of these assets must be conducted fairly and transparently to maximize recovery and protect the interests of secured creditors.

2. Transparency and Communication: we respectfully ask the court provides regular updates and communicates pertinent information related to the bankruptcy proceedings. Transparency is essential in allowing affected investors to understand the status of their investments, any potential recover, and the timeline for resolution.

3. Fair Treatment of Secured Creditors: we trust that the court will prioritize the fair treatment of secured creditors in the distribution of assets. Secured loans were made with the expectation that in the event of default or bankruptcy, secured creditors would have a higher claim on the available assets. We urge the court to consider this principle in any distribution plan approved for PeerStreet's bankruptcy.

4. Safeguarding of Available Cash: Besides our secured loan investments, we also have $47,635.58 available cash in my PeerStreet account. We request the court ensure this cash balance's protection and preservation, allowing for its return or proper distribution following applicable laws and regulations.

5. We understand that the bankruptcy process is complex. My wife and I are placing our trust in the integrity of the bankruptcy court to safeguard our investments and ensure fair treatment. We took a measured risk in making these mortgage loans; however, we never agreed to underwrite PeerStreet's business expenses and we should not be treated as a lender or equity investor in the business.

6. Please separate and preserve the fractional mortgage loan and cash accounts that we

have in our retirement account from the general assets Peer Street has in any bankruptcy proceedings.

Should there be any updates or information regarding protecting my investments and cash, we request that your office communicate with me directly.

We thank you for your time and consideration and we look forward to a fair resolution that protects the rights and interests of all customers in our position.

*[signature: TKDoersch]*

Todd D. Doersch

340 E Randolph St, unit 1805

Chicago, IL 60601

203 434-7977

Email: tdoersch@me.com

Attachments: [1]

---

[1] PeerStreet June 2023 Account statement (showing cash balance in the account)


STRATA Trust Company,
Custodian FBO Todd Doersch

Account Number
SD IRA Account Number
Tax ID Number
Account Type




## Monthly Overview

**Total Account Value**
**$136,431.11**

**Earnings This Statement**
**$268.02**

### Account Summary

| | 06/01/23 | Net change | 06/30/23 |
|---|---|---|---|
| Investable Cash | $46,997.56 | $638.02 | $47,635.58 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $89,165.53 | -$370.00 | $88,795.53 |
| Invested Pocket Principal | $0.00 | $0.00 | $0.00 |
| Account Total | $136,163.09 | $268.02 | $136,431.11 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $268.02 | $4,335.91 |
| Fees [3] | $0.00 | $61.46 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Pocket Interest | $0.00 | $0.00 |
| Total | $268.02 | $4,397.37 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

### Loan Positions

**Active Investments**

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| Brooklyn, NY Cash-Out Refinance #172 | 7.125% | 11/29/19 | 12/01/20 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Asheville, NC Acquisition #5 | 7.500% | 12/20/19 | 01/01/21 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Passaic, NJ Refinance | 7.000% | 01/08/20 | 01/01/21 | $116.00 | $116.00 | $0.00 | $0.00 |
| Pleasantville, NJ Refinance #3 | 7.250% | 02/20/20 | 03/01/21 | $226.00 | $226.00 | $0.00 | $0.00 |
| Philadelphia, PA Acquisition #58 (Series 1) | 14.000% | 05/20/20 | 02/01/21 | $322.00 | $240.79 | $0.00 | $0.00 |
| Tampa, FL Acquisition #2 | 7.000% | 08/03/21 | 08/01/22 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Millville, NJ Cash-Out Refinance #3 | 6.875% | 08/04/21 | 08/01/22 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Nutley, NJ Cash-Out Refinance #3 | 6.875% | 08/24/21 | 08/01/22 | $175.00 | $175.00 | $0.00 | $0.00 |
| Chicago, IL Acquisition #192 | 6.625% | 11/17/21 | 12/01/22 | $112.00 | $112.00 | $0.00 | $0.00 |
| Winter Park, FL Acquisition #16 | 6.625% | 01/06/22 | 01/01/23 | $271.00 | $271.00 | $0.00 | $0.00 |
| New City, NY Acquisition | 6.750% | 03/18/22 | 04/01/23 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Naples, FL Cash-Out Refinance #14 | 6.750% | 03/31/22 | 04/01/23 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Irvington, NJ Acquisition #61 | 6.625% | 04/01/22 | 04/01/23 | $2,502.00 | $2,502.00 | $0.00 | $0.00 |
| North Bellmore, NY Cash-Out Refinance | 6.750% | 04/06/22 | 02/01/23 | $340.00 | $340.00 | $0.00 | $0.00 |
| Exton, PA Acquisition #2 (Series 1) | 6.750% | 04/06/22 | 04/01/23 | $321.00 | $321.00 | $1.81 | $0.00 |
| Miami, FL Cash-Out Refinance #305 | 7.000% | 05/04/22 | 05/01/23 | $118.00 | $118.00 | $0.00 | $0.00 |
| Hawthorne, NJ Cash-Out Refinance #2 | 7.625% | 05/18/22 | 06/01/23 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Burbank, CA Acquisition #16 | 6.875% | 05/19/22 | 05/16/23 | $2,505.00 | $2,505.00 | $0.00 | $0.00 |
| Elizabeth, NJ Acquisition #19 (Series 1) | 7.000% | 06/14/22 | 06/01/23 | $5,000.00 | $3,326.88 | $0.00 | $0.00 |
| Kissimmee, FL Acquisition #43 | 8.500% | 08/15/22 | 09/01/23 | $4,015.00 | $4,015.00 | $28.44 | $0.00 |
| Indianapolis, IN Acquisition #33 | 7.750% | 09/01/22 | 06/01/23 | $948.00 | $948.00 | $0.00 | $0.00 |
| Woodbury, NY Acquisition (Series 1) | 8.250% | 09/02/22 | 04/01/23 | $287.00 | $287.00 | $0.00 | $0.00 |
| Lemon Grove, CA Acquisition #3 | 8.250% | 09/02/22 | 09/01/23 | $211.00 | $211.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #218 | 8.500% | 09/13/22 | 06/01/23 | $3,167.00 | $3,167.00 | $22.43 | $0.00 |
| Brooklyn, NY Acquisition #216 | 8.250% | 09/13/22 | 06/01/23 | $5,000.00 | $5,000.00 | $34.38 | $0.00 |
| Chicago, IL Acquisition #208 | 7.750% | 09/27/22 | 10/01/23 | $162.00 | $162.00 | $1.05 | $0.00 |
| Perryville, MD Acquisition | 8.000% | 10/21/22 | 11/01/23 | $2,850.00 | $2,850.00 | $0.00 | $0.00 |
| Edgewater, MD Acquisition #2 | 7.750% | 10/25/22 | 10/01/23 | $5,000.00 | $5,000.00 | $32.29 | $0.00 |
| Chicago, IL Acquisition #210 | 8.750% | 11/17/22 | 12/01/23 | $3,396.00 | $3,396.00 | $24.76 | $0.00 |
| Clermont, FL Acquisition #9 | 8.500% | 12/14/22 | 11/01/23 | $129.00 | $127.20 | $0.00 | $0.00 |
| Hollywood, FL Acquisition #27 | 10.000% | 12/28/22 | 01/01/24 | $2,957.00 | $2,957.00 | $24.64 | $0.00 |
| Tarzana, CA Acquisition #5 | 8.250% | 01/13/23 | 10/01/23 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Middle Township, NJ Acquisition (Series 1) | 10.750% | 01/17/23 | 01/01/24 | $3,375.00 | $3,375.00 | $0.00 | $0.00 |
| Joshua Tree, CA Acquisition #4 (Series 1) | 9.500% | 01/17/23 | 09/01/23 | $5,000.00 | $5,000.00 | $39.58 | $0.00 |
| Lakeland, FL Acquisition #25 | 10.750% | 01/24/23 | 01/01/24 | $1,882.00 | $1,882.00 | $16.86 | $0.00 |
| New Egypt, NJ Acquisition #2 | 9.250% | 01/25/23 | 02/01/24 | $537.00 | $537.00 | $0.00 | $0.00 |
| Wichita, KS Acquisition #5 | 9.250% | 02/02/23 | 02/01/24 | $5,000.00 | $5,000.00 | $38.54 | $0.00 |
| Seattle, WA Refinance #38 | 9.990% | 02/06/23 | 01/01/24 | $634.00 | $627.66 | $0.00 | $0.00 |
| Total | | | | $90,558.00 | $88,795.53 | $264.78 | $0.00 |

**Pending Investments**
None

**Past Investments** | Principal Investment | Payments This Period

| Loan | Yield | Start Date | Paid Off | Initial | Outstanding | Earnings | Principal |
|---|---|---|---|---|---|---|---|
| Ventura, CA Acquisition #9 (Series 1) | 7.500% | 06/16/22 | 06/20/23 | $206.00 | $0.00 | $1.80 | $206.00 |
| Ventura, CA Acquisition #9 (Series 2) | 7.500% | 10/25/22 | 06/20/23 | $164.00 | $0.00 | $1.44 | $164.00 |
| Total | | | | $370.00 | $0.00 | $3.24 | $370.00 |

Transaction History

| Date | Transaction | Amount | Account Total |
|---|---|---|---|
| 06/01/23 | Beginning Balance | — | $136,163.09 |
| 06/06/23 | Interest from Brooklyn, NY Cash-Out Refinance #218 | $22.43 | $136,185.52 |
| 06/06/23 | Interest from Brooklyn, NY Acquisition #216 | $34.38 | $136,219.90 |
| 06/13/23 | Interest from Joshua Tree, CA Acquisition #4 (Series 1) | $39.58 | $136,259.48 |
| 06/13/23 | Interest from Hollywood, FL Acquisition #27 | $24.64 | $136,284.12 |
| 06/13/23 | Interest from Kissimmee, FL Acquisition #43 | $28.44 | $136,312.56 |
| 06/13/23 | Interest from Chicago, IL Acquisition #210 | $24.76 | $136,337.32 |
| 06/13/23 | Interest from Edgewater, MD Acquisition #2 | $32.29 | $136,369.61 |
| 06/13/23 | Interest from Exton, PA Acquisition #2 (Series 1) | $1.81 | $136,371.42 |
| 06/13/23 | Interest from Wichita, KS Acquisition #5 | $38.54 | $136,409.96 |
| 06/20/23 | Interest from Ventura, CA Acquisition #9 (Series 1) | $1.80 | $136,411.76 |
| 06/20/23 | Principal from Ventura, CA Acquisition #9 (Series 1) | $206.00 | $136,411.76 |
| 06/20/23 | Interest from Ventura, CA Acquisition #9 (Series 2) | $1.44 | $136,413.20 |
| 06/20/23 | Principal from Ventura, CA Acquisition #9 (Series 2) | $164.00 | $136,413.20 |
| 06/20/23 | Interest from Chicago, IL Acquisition #208 | $1.05 | $136,414.25 |
| 06/20/23 | Interest from Lakeland, FL Acquisition #25 | $16.86 | $136,431.11 |
| 06/30/23 | Ending Balance | — | $136,431.11 |