YAZHOLI KANIKKANNAN

9 Ridgeline Dr

Poughkeepsie, NY 12603

Email: KANIKKG@YAHOO.COM

Phone: 845-849 0850

FILED

2023 AUG -2  AM 11: 21

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Chief Judge Laurie Selber Silverstein

U.S. Bankruptcy Court

824 North Market Street, 6th Floor

Wilmington, DE 19801

Re: 1. CASE 23-10815-LSS: Request for Protection of Secured Loan Investments and Investable cash in my account.  2. PEERSTREET Individual Account No 

Honorable Chief Judge Laurie Selber Silverstein,

I have, herewith, submit my claim as an investor of secured real estate backed loans through Peer Street platform. I have also attached the statement of accounts June 01-June 30, 2023, for Investable cash and Invested Loan Principal amount.

May I request your assistance in protecting my secured loan investments and cash in my account. Thank you for your time.

Very truly yours

Yazholi Kanikkannan

Attachments:

1. PEERSTREET June 2023 Statement

 **PeerStreet**

Yazholi Kanikkannan
9 Ridgeline Drive
Poughkeepsie NY 12603

Statement Date: June 01, 2023 - June 30, 2023
Account Type: Individual
Account Number: ▉▉▉▉

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| **$6,713.44** | **$7.92** |

### Account Summary

| | 06/01/23 | Net change | 06/30/23 |
|---|---|---|---|
| Investable Cash | $40.15 | $7.92 | $48.07 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $6,665.37 | $0.00 | $6,665.37 |
| Account Total | $6,705.52 | $7.92 | $6,713.44 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $7.92 | $358.17 |
| Fees [3] | $0.00 | $10.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Total | $7.92 | $368.17 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| Brooklyn, NY Cash-Out Refinance #191 | 7.125% | 02/03/20 | 02/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Berkeley, CA Acquisition #11 (Series 1) | 7.000% | 02/11/22 | 01/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Elizabeth, NJ Acquisition #19 (Series 1) | 7.000% | 06/14/22 | 06/01/23 | $1,000.00 | $665.37 | $0.00 | $0.00 |
| Lemon Grove, CA Acquisition #3 | 8.250% | 09/02/22 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| North Miami Beach, FL Acquisition #10 (Series 1) | 9.250% | 09/12/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| New York, NY Cash-Out Refinance #26 | 8.250% | 10/31/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #220 | 9.500% | 11/14/22 | 11/01/23 | $1,000.00 | $1,000.00 | $7.92 | $0.00 |
| Total | | | | $7,000.00 | $6,665.37 | $7.92 | $0.00 |

### Pending Investments
None

### Past Investments
None

## Transaction History

| Date | Transaction | Amount | Account Total |
|---|---|---|---|
| 06/01/23 | Beginning Balance | — | $6,705.52 |
| 06/20/23 | Interest from Brooklyn, NY Acquisition #220 | $7.92 | $6,713.44 |
| 06/30/23 | Ending Balance | — | $6,713.44 |