

Alex Tsui
1259 Pine St
Palo Alto, CA 94301
atsui.email@gmail.com





Chief Judge Laurie Selber Silverstein
U.S. Bankruptcy Court
824 N. Market St, 6th Floor
Wilmington, DE 19801

Subject: Request for Protection of Cash and Secured Loan Investment in PeerStreet Bankruptcy Proceedings – Individual Account:

Honorable Chief Judge Laurie Selber Silverstein,

Greetings from California!  I am writing to request your assistance in protecting my cash deposits and secured loan investments in the recent bankruptcy filing of PeerStreet, Inc. and its affiliated companies.

My requests, for your kind consideration, include the following points:
1. **Safeguarding of Available Cash**: The available cash ($329,046.38) in my PeerStreet Individual Account should always be kept as cash deposits without being used for any other purposes.  As such, it should still be available to return to its owner. I request that the court ensures the protection and preservation of my cash balance in my account, allowing for its return to me at the earliest possible time.
2. **Preservation of Secured Loan Investments**: As a secured creditor, I request that the court ensures the proper handling and preservation of the underlying collateral associated with my loan investments ($42,68470).  Any potential sale or disposition of these assets must be conducted fairly and transparently to maximize recovery and protect the interests of secured creditors.

I appreciate your attention to this matter and your commitment to uphold justice in this bankruptcy proceeding.  Should there be any updates or information regarding protection of my cash and investments, I request that your office communicate with me directly.

Thank you for your time and consideration.  I look forward to a fair resolution that protects the rights and interests of all investors involved.

Alex Tsui
atsui.email@gmail.com
PeerStreet Individual Account:

Attachment: PeerStreet Account Statement June 1, 2023

Alex Tsui
1259 pine st
palo alto CA 94301

Statement Date: June 01, 2023 - June 30, 2023
Account Type: Individual
Account Number: [redacted]

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| $371,731.08 | $0.00 |

### Account Summary

| | 06/01/23 | Net change | 06/30/23 |
|---|---|---|---|
| Investable Cash | $329,046.38 | $0.00 | $329,046.38 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $42,684.70 | $0.00 | $42,684.70 |
| Account Total | $371,731.08 | $0.00 | $371,731.08 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $0.00 |
| Fees [3] | $0.00 | $0.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| Brooklyn, NY Refinance #66 | 8.000% | 12/12/18 | 12/01/19 | $15,378.00 | $15,364.70 | $0.00 | $0.00 |
| Shamokin, PA Acquisition | 9.000% | 07/10/19 | 07/01/20 | $25,000.00 | $25,000.00 | $0.00 | $0.00 |
| Greenwich, CT Refinance #6 | 8.000% | 01/07/20 | 01/01/21 | $2,320.00 | $2,320.00 | $0.00 | $0.00 |
| Total | | | | $42,698.00 | $42,684.70 | $0.00 | $0.00 |

### Pending Investments
None

### Past Investments
None

## Transaction History

No transactions