# **EXHIBIT A**

| Timekeeper | Title | Standard Hourly Rate | Discounted Hourly Rate |
|---|---|---|---|
| Agnello, Nicholas S. | Partner | $475 | $400 |
| Ayres, Patrick | Associate | $425 | $275 |
| Cohn, Ronald B. | Partner | $595 | $425 |
| Gartenlaub, Douglas K. | Partner | $565 | $400 |
| Goolsby, Susan | Paralegal | $265 | $150 |
| Haithcock, III, James H. | Partner | $515 | $425 |
| Joseph, Joe A. | Partner | $680 | $450 |
| Leach, G. Wade | Associate | $385 | $295 |
| Lunsford, Mignon | Partner | $475 | $340 |
| Morgan-Neal, Whynter | Associate | $375 | $250 |
| Morse, Denise | Paralegal | $225 | $150 |
| Neilson, Robert A. | Associate | $415 | $325 |
| Nolting, Angela | Paralegal | $225 | $150 |
| Nozzolillo, Armando | Partner | $450 | $325 |
| Rainey, R. Marshall | Partner | $570 | $450 |
| Robbins, Dana L. | Associate | $425 | $275 |
| Smyth, Tiffany | Paralegal | $225 | $150 |
| Thompson, Christopher | Partner | $505 | $400 |
| Warren, Donald M. | Partner | $570 | $425 |

51323670 v1