August 2, 2023



Honorable Laurie Selber Silverstein
Courtroom No. 6
824 Market Street
Wilmington, Delaware 19801

RE: Peer Street – 23-10815

Dear Your Honor,

I have $50,000 deposited funds held in cash in the Peerstreet FDIC-insured up to $250,000 in the Peer Street Funding, LLC Investors Trust Account at Wells Fargo Bank. These funds are held in my cash account. I request that you order Peerstreet to turn the feature (enable the button) to allow me to withdraw my cash funds. It is currently off. I am enclosing three screenshots as follows:

1. Peerstreet FDIC Insured Cash $50,000 (screenshot of Peerstreet account)
2. Peerstreet Investable Cash Definition (screenshot of Peerstreet account)
3. Peerstreet FDIC Insured Description of deposited funds held in cash in FDIC insured Wells Fargo Trust Account (screenshot of Peerstreet website)

Thank you.


Very Respectfully,


/s/ Anand Pradhan
Anand Pradhan

9:29 AM Wed Aug 2

peerstreet.com

# PeerStreet

Anand
Individual

| Dashboard | Loans | Pocket | Portfolio BETA |

| In Loans | In Pocket Learn | In Portfolio Learn | Investable Cash |
| $0.00 | $0.00 | | $50,000.00 |

Overview | Automated Investing off | Loan Positions | Transaction History | Statements | Invite Friends

## Bankruptcy Announcement

Peer Street, Inc. and its affiliated companies ("PeerStreet") filed for protection under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware on Monday, June 26, 2023. Please see this Press Release.

In light of PeerStreet's recent Chapter 11 bankruptcy filing, all transactions have been paused. PeerStreet will ultimately be seeking a distribution construct approved by the Court to pay investors. Information about the bankruptcy case can be found at https://cases.stretto.com/peerstreet along with a list of Frequently Asked Questions.

It is particularly important that you review any notices emailed to you from Stretto, as Court approved noticing agent. Loan performance status displayed on the site is as of June 26, 2023.

### Overview

| Total Account Value |
| $50,000.00 |

| Awaiting Loan Closing | $0.00 |
| Awaiting Next Portfolio Closing Date | $0.00 |
| Invested Loan Principal | |

### Return on Loan Investments

| Annual | +8.1% |
| Cumulative | +44.6% |

How is this calculated?

9:29 AM Wed Aug 2

🔒 peerstreet.com

## PeerStreet

Dashboard | Loans | Pocket | Portfolio BETA

Anand Individual

| In Loans | In Pocket Learn | In Portfolio Learn | Investable Cash |
|---|---|---|---|
| $0.00 | $0.00 | | $50,000.00 |

### Bankruptcy Announcement

Peer Street, Inc. and its affiliated companies ("PeerStreet") filed for protection under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware on Monday, June 26, 2023. Please see this Press Release.

In light of PeerStreet's recent Chapter 11 bankruptcy filing, all transactions have been paused. PeerStreet will ultimately be seeking a distribution construct approved by the Court to pay investors. Information about the bankruptcy case can be found at https://cases.stretto.com/peerstreet along with a list of Frequently Asked Questions.

It is particularly important that you review any notices emailed to you from Stretto, as Court approved noticing agent. Loan performance status displayed on the site is as of June 26, 2023.

Overview

Overview | Automated Investing off | Loan Positions | Transaction History | Statements | Invite Friends

**Total Account Value**

## $50,000.00

Awaiting Loan Closing ⓘ       $0.00
Awaiting Next Portfolio Closing Date ⓘ     $0.00

Invested Loan Principal

**Return on Loan Investments** ⓘ

Annual          +8.1%
Cumulative      +44.6%

How is this calculated?



# Bankruptcy Announcement

Peer Street, Inc. and its affiliated companies ("PeerStreet") filed for protection under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware on Monday, June 26, 2023. Please see this Press Release.

In light of PeerStreet's recent Chapter 11 bankruptcy filing, all transactions have been paused. PeerStreet will ultimately be seeking a distribution construct approved by the Court to pay investors. Information about the bankruptcy case can be found at https://cases.stretto.com/peerstreet along with a list of Frequently Asked Questions.

It is particularly important that you review any notices emailed to you from Stretto, as Court approved noticing agent. Loan performance status displayed on the site is as of June 26, 2023.

Overview | Automated Investing Off | Loan Positions | Transaction History | Statements | Invite Friends

## Overview

**Total Account Value**

# $50,000.00

| | |
|---|---|
| Awaiting Loan Closing | $0.00 |
| Awaiting Next Portfolio Closing Date | $0.00 |
| Invested Loan Principal | $0.00 |
| Investable Cash | $50,000.00 |

This amount represents capital that can be used to invest in available loans and other investments.

**Return on Loan Investments**

| | |
|---|---|
| Annual | +8.1% |
| Cumulative | +44.6% |

How is this calculated?

**Total Earned**

All-time | Year-to-Date

9:28 AM Wed Aug 2

peerstreet.com



### Bankruptcy Announcement

Peer Street, Inc. and its affiliated companies ("PeerStreet") filed for protection under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware on Monday, June 26, 2023. Please see this Press Release.

In light of PeerStreet's recent Chapter 11 bankruptcy filing, all transactions have been paused. PeerStreet will ultimately be seeking a distribution construct approved by the Court to pay investors. Information about the bankruptcy case can be found at https://cases.stretto.com/peerstreet along with a list of Frequently Asked Questions.

It is particularly important that you review any notices emailed to you from Stretto, as Court approved noticing agent. Loan performance status displayed on the site is as of June 26, 2023.

Overview | Automated Investing off | Loan Positions | Transaction History | Statements | Invite Friends

## Overview

**Total Account Value**

# $50,000.00

| | |
|---|---|
| Awaiting Loan Closing | $0.00 |
| Awaiting Next Portfolio Closing Date | $0.00 |
| Invested Loan Principal | $0.00 |
| This amount represents capital that can be used to invest in available loans and other investments. | |
| Investable Cash | $50,000.00 |

**Return on Loan Investments**

| | |
|---|---|
| Annual | +8.1% |
| Cumulative | +44.6% |

How is this calculated?

**Total Earned**

All-time    Year-to-Date



HOME    ABOUT US    BLOG    HELP    NEWS    PRESS    SIGN IN

# Are my funds insured by the FDIC?

*By Rebekah Jack*  Posted *March 11, 2019*  In

Your deposited funds held in cash are FDIC-insured up to $250,000. Funds you transfer to the Peer Street Funding, LLC Investors Trust Account at Wells Fargo Bank are insured by the FDIC up to the maximum amount per individual, cumulative of all your funds at Wells Fargo. However, the FDIC only insures the funds while such funds are in your cash account.

As soon as you commit funds to an investment and that applicable investment closes, your funds are transferred out of your account, and the FDIC insurance will no longer be in effect for those funds. Investments in loans are not insured by the FDIC, as they are not considered bank deposits, nor are they guaranteed by PeerStreet and are subject to risks, including the entire loss of principal



### Investments
How It Works
Self-Directed IRA
Want to borrow?
Accredited Investor

### Help
FAQs
844-733-7787
info@peerstreet.com

### About Us
Blog
News
Press
Careers
Affiliate Program

The information on this website does not constitute an offer to sell securities or a solicitation of an offer to buy securities. Further, none of the information contained on this website is a recommendation to invest in any securities. By using this website, you accept our **Terms of Service** and **Privacy Policy**. Past performance is no guarantee of future results. Any historical returns, expected returns or probability projections may not reflect actual future performance. All investments involve risk and may result in loss. **Full Disclosure.**

© 2019 PeerStreet, Inc. All rights reserved.
PS Funding, Inc. CA Bureau of Real Estate - Real Estate Broker License No. 01984664; California Finance Lenders License 60DBO-45398

# PeerStreet

HOME   ABOUT US   BLOG   HELP   NEWS   PRESS   SIGN IN

## Are my funds insured by the FDIC?

By *Rebekah Jack*  Posted *March 11, 2019*  In

Your deposited funds held in cash are FDIC-insured up to $250,000. Funds you transfer to the Peer Street Funding, LLC Investors Trust Account at Wells Fargo Bank are insured by the FDIC up to the maximum amount per individual, cumulative of all your funds at Wells Fargo. However, the FDIC only insures the funds while such funds are in your cash account.

As soon as you commit funds to an investment and that applicable investment closes, your funds are transferred out of your account, and the FDIC insurance will no longer be in effect for those funds. Investments in loans are not insured by the FDIC, as they are not considered bank deposits, nor are they guaranteed by PeerStreet and are subject to risks, including the entire loss of principal



### PeerStreet

| About Us | Investments | Help |
|---|---|---|
| Blog | How It Works | FAQs |
| News | Self-Directed IRA | 844-733-7787 |
| Press | Want to borrow? | info@peerstreet.com |
| Careers | Accredited Investor | |
| Affiliate Program | | |

f ▼ in

The information on this website does not constitute an offer to sell securities or a solicitation of an offer to buy securities. Further, none of the information contained on this website is a recommendation to invest in any securities. By using this website, you accept our **Terms of Service** and **Privacy Policy**. Past performance is no guarantee of future results. Any historical returns, expected returns or probability projections may not reflect actual future performance. All investments involve risk and may result in loss. **Full Disclosure.**

© 2019 PeerStreet, Inc. All rights reserved.
PS Funding, Inc. CA Bureau of Real Estate - Real Estate Broker License No. 01984664; California Finance Lenders License 60DBO-45398