## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |
| | Ref. D.I. 18 |

## NOTICE OF FILING *REVISED* EXHIBIT 1 TO SALE ORDER

**PLEASE TAKE NOTICE** that on June 27, 2023, the above-caption debtors and debtors in possession (the "**Debtors**") filed the *Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (II) Approving Certain Bid Procedures and the Form and Manner of Notice Thereof, and (III) Granting Related Relief; and (B) an Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of all Encumbrances, and (III) Granting Related Relief* [Docket No. 18] (as may be amended, supplemented, or modified from time to time, the "**Motion**")[2] with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that attached to the Motion as Exhibit B was the proposed sale order (the "**Proposed Sale Order**"). Attached to the Proposed Sale Order as Exhibit 1 was that certain Mortgage Loan Purchase and Interim Servicing Agreement (the "**MLPSA**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised Exhibit 1 to the Proposed Sale Order (the "**Revised MLPSA**"), which is attached hereto as **Exhibit A**. For the convenience of the Court and other interested parties, a blackline comparing the MLPSA to the Revised MLPSA is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights to amend, revise, or supplement the Motion, the Proposed Sale Order, and any of the documents and designations contained herein, including the Revised MLPSA, at any time before the hearing on the Motion, or any such other date as may be provided for by order of the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

30611382.1

Dated: August 2, 2023

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Shella Borovinskaya*
Joseph Barry (Del. Bar No. 4221)
Ryan M. Bartley (Del. Bar No. 4985)
S. Alexander Faris (Del. Bar No. 6278)
Shella Borovinskaya (Del. Bar No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jbarry@ycst.com
rbartley@ycst.com
afaris@ycst.com
sborovinskaya@ycst.com

*Counsel to the Debtors and
Debtors in Possession*

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

P. Bradley O'Neill (admitted *pro hac vice*)
Caroline Gange (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9511
Facsimile: (212) 715-8000
Email: boneill@kramerlevin.com
cgange@kramerlevin.com

*Counsel to the Debtors and
Debtors in Possession*