# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PEER STREET, INC., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |
| | Ref. No. 169 |

## CERTIFICATE OF SERVICE

I, Howard W. Robertson IV, Esquire, hereby certify that on August 2, 2023, a true and correct copy of the *Omnibus Objection of Pacific Funding Trust 1002 and Pacific RBLF Funding Trust to the Motions of the Debtors to (A) Approve a Sale of the Debtors' Assets and Bid Procedures and (B) Approve Cash Management and Related Relief* [D.I. 169] was caused to be served on the attached service list via CM/ECF, Electronic Mail and/or First-Class Mail.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

{1397.001-W0071650.3}

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Joseph Barry<br>Ryan M. Bartley<br>Elizabeth S. Justison<br>S. Alexander Faris<br>Shella Borovinskaya<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Email: jbarry@ycst.com<br>rbartley@ycst.com<br>ejustison@ycst.com<br>afaris@ycst.com<br>sborovinskaya@ycst.com | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>P. Bradley O'Neill<br>Caroline Gange<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Email: boneill@kramerlevin.com<br>cgange@kramerlevin.com |
| **ROYER COOPER COHEN BRAUNFELD LLC**<br>Marc E. Hirschfield<br>1120 Avenue of the Americas, 4th Floor<br>New York, NY 10036<br>Email: mhirschfield@rccblaw.com | **RICHARDS, LAYTON & FINGER, P.A.**<br>Russell C. Silberglied<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Email: silberglied@rlf.com |
| **BENESCH, FRIEDLANDER, COPLAN & ARNOFF LLP**<br>Jennifer R. Hoover<br>Kevin M. Capuzzi<br>John C. Gentile<br>1313 North Market Street, Suite 1201<br>Wilmington, DE<br>Email jhoover@beneschlaw.com<br>kcapuzzi@benesechlaw.com<br>jgentile@beneschlaw.com | **MORRISON & FOERSTER LLP**<br>Lorenzo Marinuzzi<br>Benjamin Butterfield<br>Raff Ferraioli<br>Martha E. Martir<br>250 West 55th Street<br>New York, NY 10019-19601<br>Email: lmarinuzzi@mofo.com<br>bbutterfield@mofo.com<br>rferraioli@mofo.com<br>mmartir@mofo.com |
| **OFFICE OF THE UNITED STATES TRUSTEE**<br>Joseph F. Cudia<br>844 King Street, Room 2207<br>Wilmington, DE 19801<br>Email: joseph.cudia@usdoj.gov | |

{1397.001-W0071650.3}                    2

| | |
|---|---|
| Dated:  August 2, 2023<br>　　　　Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Howard W. Robertson IV*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Howard W. Robertson IV (No. 6903)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: landis@lrclaw.com<br>　　　　brown@lrclaw.com<br>　　　　robertson@lrclaw.com<br><br>　　- and -<br><br>**WINSTON & STRAWN LLP**<br>David Neier, Esq.<br>James T. Bentley, Esq.<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700<br>Email: dneier@winston.com<br>　　　　jbentley@winston.com<br><br>*Counsel to Pacific RBLF LLC and Pacific Funding Trust 1002* |