7/27/2023

Roy Batchelor
2839 Lakemont Dr
Fallbrook, CA 92028

Chief Judge Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market Street
6th Floor Wilmington, DE 19801



Subject: Request for Protection of Secured Loan Investments and Cash in PeerStreet Bankruptcy (Case 23-10815-LSS)

Honorable Chief Judge Laurie Selber Silverstein,

I hope this letter finds you well. I am writing to inform you of the recent bankruptcy filing of PeerStreet, Inc. and its affiliated companies and to request your assistance in protecting my secured loan investments and available cash in this bankruptcy proceeding.

As an investor with PeerStreet, I have diligently invested my funds in various real estate-backed loans through the platform. I worked to include their suggested "diversification" strategy, spreading the investments out with multiple loans. These investments were made with the understanding that they were secured by underlying collateral, providing an added layer of protection. However, given the bankruptcy filing, I am concerned about the potential impact on my investments and the preservation of my rights as a secured creditor.

I contacted PeerStreet in May 2023, as well as June 2019, with my concerns, about both the cash account and my two investment accounts. See the attached responses from PeerStreet.

I request you to kindly consider the following points for the protection of my investments and available cash:

1. **Preservation of Secured Loan Investments:** As a secured creditor, I request that the court ensures the proper handling and preservation of the underlying collateral associated with my loan investments. Any potential sale or disposition of these assets must be conducted fairly and transparently to maximize recovery and protect the interests of secured creditors.

/

2. **Transparency and Communication:** I respectfully ask that the court provides regular updates and communicates pertinent information related to the bankruptcy proceedings. Transparency is essential in allowing affected investors to understand the status of their investments, any potential recovery, and the timeline for resolution.

3. **Fair Treatment of Secured Creditors:** I trust that the court will prioritize the fair treatment of secured creditors in the distribution of assets. Secured loans were made with the expectation that in the event of default or bankruptcy, secured creditors would have a higher claim on the available assets. I urge the court to consider this principle in any distribution plan approved for PeerStreet's bankruptcy.

4. **Safeguarding of Available Cash:** Besides my secured loan investments, I also have available cash in my PeerStreet account. I request that the court ensure this cash balance's protection and preservation, allowing for its return or proper distribution following the applicable laws and regulations.

I understand that the bankruptcy process is complex, and decisions must be made based on thoroughly examining the facts and legal considerations. However, as an investor, I have placed my trust in the integrity of the bankruptcy court to safeguard my investments and ensure fair treatment.

I appreciate your attention to this matter and your commitment to upholding justice in the bankruptcy proceedings. Should there be any updates or information regarding protecting my investments and cash, I request that your office communicate with me directly.

Thank you for your time and consideration. I look forward to a fair resolution that protects the rights and interests of all investors involved.

Thanks,

Roy Batchelor

Included Attachments:

* Email #1 : To PeerStreet regarding concerns over loan payback

* Email #2 : To PeerStreet regarding concerns over loan payback and frozen cash assets (pocket)

* Statement #1 : PeerStreet account with balance indicated

* Statement #2 : PeerSteet account with balance indicated

3



Roy Batchelor <monkeybots@gmail.com>

## Re: Hello there, hope all is well. I've been pretty happy with my inves...

**Alexa from PeerStreet Retail Platform** <alexa.grau@peerstreet-retail-platform-40a61d279f3d.intercom-mail.com>   Wed, Jun 12, 2019 at 11:32 AM
Reply-To: Alexa from PeerStreet Retail Platform <alexa.grau@peerstreet-retail-platform-40a61d279f3d.intercom-mail.com>
To: monkeybots@gmail.com

Hi Roy,

Thanks for reaching out!

I think it's important to think about your entire portfolio. You've made over 850 pledges and the vast majority of those have performed and paid off with another large portion active and current. Of your active investments, 17 are sitting in a "Late 30" status, which is not necessarily uncommon.

Typically we see that there are a few main reasons a loan reaches "Late 30":

- Onboarding Logistics: In some cases, the borrower experiences delays in sending their payment to the new servicer or mistakenly sent their payment to the previous servicer associated with the loan prior to PeerStreet purchasing.
- Sale or Refinance Negotiations: The borrower is finalizing the refinance, sale or payoff of the property imminently.
- Non-Payment: The borrower did not make a payment for a miscellaneous reason.

PeerStreet's Servicing Team and/or the original lender on the loan will reach out directly to the borrower to understand the reason for late payment. PeerStreet's third party servicer sends first and second late notices at 11 and 21 days, respectively, after a loan's payment due date if payment is not confirmed as received. In cases of sale or refinance, PeerStreet will request proof of discussions and progress to further understand the timeframe for completing these negotiations.

Again, late payments are not necessarily uncommon, nor common for that matter, but we do have processes to chase the borrower up and try to get payment sent in. The majority of our loans that reach a "Late 30" status are brought current prior to reaching a "Late 60."

You do have 11 that are in default and 5 that are REO status. While this may signify a lot of delinquencies, you're pretty in line with our overall portfolio stats, as less than 1% of your overall portfolio has reached REO.

As of March 21, 2019, we've transacted on over 4,775 loans. Of those, 136 loans (i.e., fewer than 3% of the loans we've transacted on) have gone into default, meaning we have filed a notice of default or foreclosure complaint against a property.

Of those 136 loans that went into default:

- 55 loans (40%) were paid off before completing a foreclosure and investors received a positive cash-on-cash return on all of these loans; 42 of those 55 loans resulted in a payment above the originally anticipated investor return
- 57 loans are actively in the foreclosure process
- We have completed foreclosures on 20 properties
- Of those 20 foreclosures, we have sold five of the properties and distributed proceeds to investors; four of these foreclosure sales resulted in positive returns to investors, with the fifth resulting in our first net loss
- The four remaining loans of the 136 total that entered default status have since been cured by the associated borrowers and are now performing

EMAIL 1-1

As you may be aware, when PeerStreet takes ownership of the property through a foreclosure, we then look to sell the property as soon as possible for as much as possible. From there, we would distribute proceeds of the property pro rata to each investor, minus all costs and fees incurred, which is what we're looking to do with your REOs.

Our in-house Underwriting, Servicing, and Asset Management teams work with the goal to approve quality lenders, bring quality loans onto the platform, collect and distribute payments from borrowers, and, if/when a loan goes into foreclosure, work hard to ensure investors get paid back.

Your portfolio is rather large, so it's a little tough to get into specifics via email, but I'd be more than happy to set up a call to run through all of this in great detail.  Let me know if you'd want to hop on a call this week, or early next.

All the best,
Alexa

--


Alexa    **Alexa** from PeerStreet Retail Platform


On Wed, Jun 12, 2019 at 07:19 AM, "Operator" <operator@peerstreet-retail-platform-40a61d279f3d.intercom-mail.com> wrote:
PeerStreet Retail Platform typically replies in a day.

On Wed, Jun 12, 2019 at 07:19 AM, "Roy Batchelor" <monkeybots@gmail.com> wrote:
Hello there, hope all is well. I've been pretty happy with my investments, with Peerstreet, and just sold a house with some equity I was considering moving to Peerstreet. The problem is, when I look at my Dashboard I see that, of the 183 Active Loans I've already invested in, 39 are in 'Late' status.

That's 27% that aren't current and some I see haven't paid interest in years (as they go through various the repossession/legal challenges).

Doesn't it seem high that over 1/4th of the investments would not be paid on time?

Email 1-2

 Gmail  Roy Batchelor <monkeybots@gmail.com>

## Money perpetually tied up in Peerstreet

**Blake from PeerStreet.com** <blake@peerstreet.com>  Fri, May 5, 2023 at 12:09 PM
Reply-To: "Blake from PeerStreet.com and 1 other" <n+u_57b4ebe9b0db33db570005ba_da5b915a9f75a0e6c3078be1b5c83e26@peerstreetcom.intercom-mail.com>
To: roy@monkeybots.com

> This message was sent to the following 2 people: Roy Batchelor, Alex Perelman. Replying to this email will notify them.
>
> Hi Roy,
>
> Thanks for your note.
>
> As indicated in previous emails we have sent, PeerStreet intends to distribute once all of the assets are liquidated. I do not have a timeline I can provide as to when that may happen as we are dealing with 3rd parties who are purchasing the assets and we do not know when or if they will perform.
>
> The latest email stated we had ~$7.6M in assets remaining but I know we have made some progress on the sale of more assets. At this time I do not have updated numbers I can provide as we are waiting on settlements of recent sales.
>
> I am hopeful the Capital Markets and Legal teams will be sending out an additional email soon but I do not know if they have a date set on when we should expect that email to be sent.
>
> As for the bridge loans, most eviction moratoriums have expired and so if we are in the eviction process, it should be a more standard process. That being said, times and occupant behavior is nearly impossible to predict. Our Asset Management team will continue to push for quick evictions so we can liquidate the properties.
>
> At this time we do not have a secondary market where you can sell your position and investors are vested until it runs its course.
>
>
> Let me know if this helps or if you'd like to hop on a call to discuss in more detail.
>
>
> All the best,
> Blake
>
> **Blake**
> PeerStreet.com
>
> On Fri, May 5, 2023 at 08:04 AM, "Roy Batchelor" <roy@monkeybots.com> wrote:
>> Hello there Peerstreet,

Email 2-1

As a longtime customer of Peerstreet, I am no longer investing in the platform due to multiple investments going into default\REO, being trapped in the extremely slow court processes. To date my two accounts have $67,278.88 that are either in loans and/or the "Pocket" accounts.

I have come to the conclusion that it will take years (3-5?) for these loans to finally get resolved. As I am 61 years old now I'm hoping these will all get processed in my lifetime before I would need to burden my beneficiaries with this.

So, my questions are as follows...

1. Any idea when the money in "pocket" might be returned?
2. Of the 63 loans that are in default\REO, some are delayed because of tenants in the units. Can I assume some of the Covid protections are expiring and therefore it will be easier to evict those tenants (and get the loans paid off)?
3. Do I have any other options to get some of this money returned in a "timely manner"?

Roy

monkeybots@gmail.com

$29,832.20 in loans
28 Active Investments (11 REO, 17 Default)
Loan maturity dates: April 2018 - June 2021

$3,762.54 in "Pocket"

— —

rebatch@gmail.com

$32,933.28 in loans
35 Active Investments (13 REO, 21 Default, 1 Late+)

$750.86 in "Pocket"
Loan maturity dates: May 2018 - June 2021

Email 202



STRATA Trust Company,
Custodian FBO Roy Batchelor

Account Number
SD IRA Account Number
Tax ID Number
Account Type  Ira



## Monthly Overview

**Total Account Value**
**$32,742.66**

**Earnings This Statement**
**-$356.40**

### Account Summary

| | 06/01/23 | Net change | 06/30/23 |
|---|---|---|---|
| Investable Cash | $169.16 | $265.31 | $434.47 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $32,179.04 | -$624.26 | $31,554.78 |
| Invested Pocket Principal | $750.86 | $2.55 | $753.41 |
| Account Total | $33,099.06 | -$356.40 | $32,742.66 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $221.82 |
| Fees [3] | $0.00 | $0.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | -$358.95 | -$1,416.86 |
| Other | $0.00 | $32.05 |
| Pocket Interest | $2.55 | $23.45 |
| Total | -$356.40 | -$1,139.54 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| Saint Albans, NY Refinance | 8.600% | 05/17/17 | 05/10/18 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #15 | 7.500% | 10/31/17 | 11/01/18 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Yonkers, NY Cash Out Refinance #6 | 7.990% | 12/22/17 | 11/01/19 | $1,100.00 | $1,100.00 | $0.00 | $0.00 |
| Hermosa Beach, CA Refinance #3 | 7.250% | 01/04/18 | 01/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #30 | 7.250% | 04/03/18 | 10/01/19 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Houston, TX Refinance #21 | 8.000% | 09/27/18 | 10/01/19 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Amityville, NY Cash-Out Refinance #3 | 7.000% | 12/05/18 | 12/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Kansas City, MO Cash-Out Refinance #12 | 8.000% | 01/15/19 | 01/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Baltimore, MD Acquisition #24 | 8.000% | 01/16/19 | 02/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Jersey City, NJ Refinance #23 | 8.000% | 02/01/19 | 06/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Washington, DC Refinance #158 | 7.250% | 03/05/19 | 03/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Kenosha, WI Refinance | 8.750% | 03/13/19 | 09/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #84 (Series 1) | 7.250% | 03/26/19 | 01/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Cincinnati, OH Acquisition #8 | 8.000% | 04/12/19 | 04/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Chicago, IL Acquisition #96 (Series 1) | 7.000% | 04/19/19 | 04/01/20 | $844.00 | $844.00 | $0.00 | $0.00 |
| Oakland, CA Refinance #50 | 7.250% | 04/26/19 | 05/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Oakland, CA Refinance #51 | 7.250% | 05/02/19 | 05/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #99 | 7.000% | 05/14/19 | 03/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Chicago, IL Acquisition #96 (Series 3) | 7.000% | 05/17/19 | 04/01/20 | $156.00 | $156.00 | $0.00 | $0.00 |
| Oak Park, IL Acquisition #4 | 7.000% | 07/03/19 | 06/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #126 (Series 1) | 7.000% | 07/10/19 | 06/24/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #139 (Series 1) | 7.500% | 09/03/19 | 09/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance (Series 1) | 6.750% | 09/06/19 | 09/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| East Orange, NJ Acquisition #35 | 7.000% | 09/12/19 | 09/01/20 | $1,000.00 | $793.21 | $0.00 | $206.79 |
| Tallahassee, FL Refinance #3 | 9.000% | 09/17/19 | 12/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #150 | 7.125% | 09/26/19 | 10/01/20 | $144.00 | $144.00 | $0.00 | $0.00 |
| San Francisco, CA Acquisition #43 | 7.250% | 10/30/19 | 10/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #172 | 7.125% | 11/29/19 | 12/01/20 | $812.00 | $812.00 | $0.00 | $0.00 |
| Asheville, NC Acquisition #7 | 7.500% | 12/30/19 | 01/01/21 | $1,000.00 | $957.79 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #190 | 7.000% | 01/31/20 | 01/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #191 | 7.125% | 02/03/20 | 02/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Pleasantville, NJ Refinance #3 | 7.250% | 02/20/20 | 03/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Philadelphia, PA Acquisition #58 (Series 1) | 14.000% | 05/20/20 | 02/01/21 | $1,000.00 | $747.78 | $0.00 | $0.00 |
| Total | | | | $32,056.00 | $31,554.78 | $0.00 | $206.79 |

### Pending Investments
None

### Past Investments

| Loan | Yield | Start Date | Paid Off | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| Newark, NJ Acquisition #113 | 7.000% | 07/29/19 | 06/14/23 | $1,000.00 | $0.00 | -$358.95 | $58.52 |
| Total | | | | $1,000.00 | $0.00 | -$358.95 | $58.52 |

*statement*

## Transaction History

| Date | Transaction | Amount | Account Total |
| --- | --- | --- | --- |
| 06/01/23 | Beginning Balance | — | $32,348.20 |
| 06/12/23 | Principal from East Orange, NJ Acquisition #35 | $206.79 | $32,348.20 |
| 06/14/23 | Principal from Newark, NJ Acquisition #113 | $58.52 | $32,348.20 |
| 06/14/23 | Charge-Off of Newark, NJ Acquisition #113 | -$358.95 | $31,989.25 |
| 06/30/23 | Ending Balance | — | $31,989.25 |

## Pocket Transaction History

| Date | Transaction | Amount | Account Total |
| --- | --- | --- | --- |
| 06/01/23 | Beginning Balance | — | $750.86 |
| 06/01/23 | Interest from Pocket 1-month | $2.55 | $753.41 |
| 06/30/23 | Ending Balance | — | $753.41 |

*[handwritten annotation: STATEMENT 1-2]*



Roy Batchelor
2839 Lakemont Dr
Fallbrook CA 92028

Statement Date: June 01, 2023 - June 30, 2023
Account Type: Individual
Account Number: 

## Monthly Overview

**Total Account Value**
$27,652.07

**Earnings This Statement**
$12.78

### Account Summary

| | 06/01/23 | Net change | 06/30/23 |
|---|---|---|---|
| Investable Cash | $185.68 | -$185.68 | $0.00 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $23,876.75 | $0.00 | $23,876.75 |
| Invested Pocket Principal | $3,762.54 | $12.78 | $3,775.32 |
| Account Total | $27,824.97 | -$172.90 | $27,652.07 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $234.88 |
| Fees [3] | $0.00 | $0.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | -$916.42 |
| Other | $0.00 | $35.18 |
| Pocket Interest | $12.78 | $73.31 |
| PS Portfolio Interest | $0.00 | $18.41 |
| Total | $12.78 | -$554.64 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Initial | Outstanding | Earnings | Principal |
|---|---|---|---|---|---|---|---|
| CT and SC Commercial Refinance | 8.000% | 05/19/16 | 07/01/18 | $3,764.00 | $1.88 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #4 | 8.600% | 03/16/17 | 04/30/18 | $3,500.00 | $1,316.31 | $0.00 | $0.00 |
| Saint Albans, NY Refinance | 8.600% | 05/17/17 | 05/10/18 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| Yonkers, NY Cash Out Refinance #6 | 7.990% | 12/22/17 | 11/01/19 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #30 | 7.250% | 04/03/18 | 10/01/19 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Houston, TX Refinance #21 | 8.000% | 09/27/18 | 10/01/19 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Jersey City, NJ Refinance #23 | 8.000% | 02/01/19 | 06/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Oakland, CA Refinance #49 | 7.250% | 04/23/19 | 05/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Oakland, CA Refinance #50 | 7.250% | 04/26/19 | 05/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Atlanta, GA Refinance #59 | 8.000% | 04/26/19 | 05/01/20 | $679.00 | $679.00 | $0.00 | $0.00 |
| Oakland, CA Refinance #51 | 7.250% | 05/02/19 | 05/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Chicago, IL Acquisition #96 (Series 2) | 7.000% | 05/09/19 | 04/01/20 | $123.00 | $123.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #99 | 7.000% | 05/14/19 | 03/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Chicago, IL Acquisition #96 (Series 3) | 7.000% | 05/17/19 | 04/01/20 | $877.00 | $877.00 | $0.00 | $0.00 |
| Rosedale, NY Cash-Out Refinance | 7.250% | 05/17/19 | 04/30/20 | $164.00 | $164.00 | $0.00 | $0.00 |
| Waldorf, MD Acquisition #5 | 7.250% | 05/30/19 | 06/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #84 (Series 4) | 7.250% | 06/05/19 | 01/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #139 (Series 1) | 7.500% | 09/03/19 | 09/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #140 | 7.250% | 09/04/19 | 09/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance (Series 1) | 6.750% | 09/06/19 | 09/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Tallahassee, FL Refinance #3 | 9.000% | 09/17/19 | 12/01/20 | $393.00 | $393.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #150 | 7.125% | 09/26/19 | 10/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| San Francisco, CA Acquisition #43 | 7.250% | 10/30/19 | 10/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #191 | 7.125% | 02/03/20 | 02/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Pleasantville, NJ Refinance #3 | 7.250% | 02/20/20 | 03/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Palos Park, IL Refinance | 6.875% | 03/06/20 | 04/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Philadelphia, PA Acquisition #58 (Series 1) | 14.000% | 05/20/20 | 02/01/21 | $1,100.00 | $822.56 | $0.00 | $0.00 |
| Total | | | | $30,100.00 | $23,876.75 | $0.00 | $0.00 |

### Pending Investments
None

### Past Investments
None

## Transaction History

| Date | Transaction | Amount | Account Total |
|---|---|---|---|
| 06/01/23 | Beginning Balance | — | $24,062.43 |
| 06/01/23 | Account Withdrawal | -$185.68 | $23,876.75 |
| 06/30/23 | Ending Balance | — | $23,876.75 |

STATEMENT 2-1

**Pocket Transaction History**

| Date | Transaction | Amount | Account Total |
|---|---|---|---|
| 06/01/23 | Beginning Balance | — | $3,762.54 |
| 06/01/23 | Interest from Pocket 1-month | $12.78 | $3,775.32 |
| 06/30/23 | Ending Balance | — | $3,775.32 |

Statement 2-2



Mr. Roy Batchelor
2839 Lakemont Dr.
Fallbrook, CA 92028-9598

$1.83

U.S.M.S.
X-RAY

Chief Judge Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE 19801





Retail
RDC 99
19801
U.S. POSTAGE P
FCM LG ENV
LAKE ELSINORE,
JUL 28, 2023
$1.83
R2304H108276-1