Qiang Fang
182 Denslow Ave,
Los Angeles CA 90049
+1-310-405-9673
willfang0315@gmail.com



Chief Judge Laurie Selber Silverstein
U.S.Bankruptcy Court
824 North market Street,6th Floor
Wilmington,DE 19801

Subject: Request for Protection of Secured Loan Investments and Cash in PeerStreet Bankruptcy Proceedings (PeerStreet Individual Account: ▮▮▮▮▮)

Honorable Chief Judge Laurie Selber Silverstein,

I hope this letter finds you well. I am writing to inform you of the recent bankruptcy filing of PeerStreet, Inc. and its affiliated companies and to request your assistance in protecting my secured loan investments and available cash in this bankruptcy proceeding.

As an investor with PeerStreet, I have diligently invested my funds in various real estate-backed loans through the platform. These investments were made with the understanding that they were secured by underlying collateral, providing an added layer of protection. However, given the bankruptcy filing, I am concerned about the potential impact on my investments and the preservation of my rights as a secured creditor.

I request you to kindly consider the following points for the protection of my investments and available cash:

1. Preservation of Secured Loan Investments: As a secured creditor, I request that the court ensures the proper handling and preservation of the underlying collateral associated with my loan investments. Any potential sale or disposition of these assets must be conducted fairly and transparently to maximize recovery and protect the interests of secured creditors.

2. Transparency and Communication: I respectfully ask that the court provides regular updates and communicates pertinent information related to the bankruptcy proceedings. Transparency is essential in allowing affected investors to understand the status of their investments, any potential recovery, and the timeline for resolution.

3. Fair Treatment of Secured Creditors: I trust that the court will prioritize the fair treatment of secured creditors in the distribution of assets. Secured loans were made with the expectation that in the event of default or bankruptcy, secured creditors would have a higher claim on the

23-10815

available assets. I urge the court to consider this principle in any distribution plan approved for PeerStreet's bankruptcy.

4. Safeguarding of Available Cash: Besides my secured loan investments, I also have available cash in my PeerStreet account. I request that the court ensure this cash balance's protection and preservation, allowing for its return or proper distribution following the applicable laws and regulations.

I understand that the bankruptcy process is complex, and decisions must be made based on thoroughly examining the facts and legal considerations. However, as an investor, I have placed my trust in the integrity of the bankruptcy court to safeguard my investments and ensure fair treatment.

I appreciate your attention to this matter and your commitment to upholding justice in the bankruptcy proceedings. Should there be any updates or information regarding protecting my investments and cash, I request that your office communicate with me directly.

Thank you for your time and consideration. I look forward to a fair resolution that protects the rights and interests of all investors involved.

Qiang Fang

310-405-9673

willfang0315@gmail.com

PeerStreet Company Account: ▌

Attachments:

1- PeerStreet Account statement

2- List of Secured Real Estate Loan Positions



Honics LLC
182 Densloe Ave
Los Angels CA 90049

**Statement Date** June 01, 2023 - June 30, 2023
**Account Type** Company
**Account Number** 

## Monthly Overview

**Total Account Value**
**$105,000.71**

**Earnings This Statement**
**$1,220.10**

### Account Summary

| | 06/01/23 | Net change | 06/30/23 |
|---|---|---|---|
| Investable Cash | $362.03 | -$361.32 | $0.71 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $157,998.58 | -$52,998.58 | $105,000.00 |
| Invested Pocket Principal | $0.00 | $0.00 | $0.00 |
| Account Total | $158,360.61 | -$53,359.90 | $105,000.71 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $751.82 | $9,259.44 |
| Fees [3] | $0.00 | $161.58 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $468.28 | $468.28 |
| Pocket Interest | $0.00 | $0.00 |
| Total | $1,220.10 | $9,869.30 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Initial | Outstanding | Earnings | Principal |
|---|---|---|---|---|---|---|---|
| Los Angeles, CA Acquisition #569 (Series 2) | 7.500% | 11/24/21 | 09/09/23 | $25,000.00 | $25,000.00 | $0.00 | $0.00 |
| Richmond, CA Acquisition #7 (Series 2) | 7.500% | 12/02/21 | 11/01/23 | $10,000.00 | $10,000.00 | $62.50 | $0.00 |
| Scranton, PA Acquisition #17 (Series 1) | 7.125% | 12/30/21 | 12/01/22 | $30,000.00 | $30,000.00 | $0.00 | $0.00 |
| San Diego, CA Acquisition #73 (Series 1) | 7.000% | 05/03/22 | 04/01/24 | $10,000.00 | $10,000.00 | $58.33 | $0.00 |
| Bartlett, TN Acquisition | 8.000% | 10/27/22 | 11/01/23 | $10,000.00 | $10,000.00 | $66.67 | $0.00 |
| New York, NY Cash-Out Refinance #26 | 8.250% | 10/31/22 | 11/01/23 | $10,000.00 | $10,000.00 | $0.00 | $0.00 |
| Monsey, NY Acquisition #7 | 11.000% | 12/01/22 | 12/01/23 | $10,000.00 | $10,000.00 | $0.00 | $0.00 |
| **Total** | | | | **$105,000.00** | **$105,000.00** | **$187.50** | **$0.00** |

### Pending Investments

None

### Past Investments

| Loan | Yield | Start Date | Paid Off | Initial | Outstanding | Earnings | Principal |
|---|---|---|---|---|---|---|---|
| La Habra Heights, CA Acquisition #2 | 8.125% | 05/18/21 | 06/13/23 | $15,000.00 | $0.00 | $138.86 | $15,000.00 |
| St. Petersburg, FL Acquisition #14 (Series 2) | 9.000% | 08/01/22 | 06/20/23 | $16,000.00 | $0.00 | $457.34 | $16,000.00 |
| Los Angeles, CA Acquisition #613 (Series 2) | 9.500% | 08/09/22 | 06/06/23 | $20,000.00 | $0.00 | $418.93 | $20,000.00 |
| Los Osos, CA Acquisition (Series 4) | 8.500% | 10/05/22 | 06/06/23 | $2,000.00 | $0.00 | $17.47 | $1,998.58 |
| **Total** | | | | **$53,000.00** | **$0.00** | **$1,032.60** | **$52,998.58** |

## Transaction History

| Date | Transaction | Amount | Account Total |
|---|---|---|---|
| 06/01/23 | Beginning Balance | — | $158,360.61 |
| 06/06/23 | Interest from Los Osos, CA Acquisition (Series 4) | $12.27 | $158,372.88 |
| 06/06/23 | Default Interest from Los Osos, CA Acquisition (Series 4) | $5.20 | $158,378.08 |
| 06/06/23 | Principal from Los Osos, CA Acquisition (Series 4) | $1,998.58 | $158,378.08 |
| 06/06/23 | Interest from Los Angeles, CA Acquisition #613 (Series 2) | $108.18 | $158,486.26 |
| 06/06/23 | Supplemental Payment from Los Angeles, CA Acquisition #613 (Series 2) | $310.75 | $158,797.01 |
| 06/06/23 | Principal from Los Angeles, CA Acquisition #613 (Series 2) | $20,000.00 | $158,797.01 |
| 06/08/23 | Account Withdrawal | -$22,797.00 | $136,000.01 |
| 06/13/23 | Interest from La Habra Heights, CA Acquisition #2 | $128.65 | $136,128.66 |
| 06/13/23 | Default Interest from La Habra Heights, CA Acquisition #2 | $10.21 | $136,138.87 |
| 06/13/23 | Principal from La Habra Heights, CA Acquisition #2 | $15,000.00 | $136,138.87 |
| 06/13/23 | Interest from San Diego, CA Acquisition #73 (Series 1) | $58.33 | $136,197.20 |
| 06/14/23 | Account Withdrawal | -$15,197.00 | $121,000.20 |
| 06/20/23 | Interest from St. Petersburg, FL Acquisition #14 (Series 2) | $235.63 | $121,235.83 |
| 06/20/23 | Default Interest from St. Petersburg, FL Acquisition #14 (Series 2) | $64.18 | $121,300.01 |
| 06/20/23 | Supplemental Payment from St. Petersburg, FL Acquisition #14 (Series 2) | $157.53 | $121,457.54 |
| 06/20/23 | Principal from St. Petersburg, FL Acquisition #14 (Series 2) | $16,000.00 | $121,457.54 |
| 06/20/23 | Interest from Richmond, CA Acquisition #7 (Series 2) | $62.50 | $121,520.04 |
| 06/20/23 | Interest from Bartlett, TN Acquisition | $66.67 | $121,586.71 |
| 06/21/23 | Account Withdrawal | -$16,586.00 | $105,000.71 |
| 06/27/23 | Default Interest from Monsey, NY Acquisition #7 | $20.76 | $105,021.47 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 06/27/23 | Default Interest from Monsey, NY Acquisition #7 | -$20.76 | $105,000.71 |
| 06/30/23 | **Ending Balance** | — | $105,000.71 |

| Total Account Value | Total Earned | In Loans | In Pocket Manage | In Portfolio Learn More |
|---|---|---|---|---|
| $105,000.71 | +$41,313.30 | $105,000.00 | $0.00 | |

Overview   Automated Investing [Off]   Loan Positions   Transaction History   Statements   Invite Friends

## Positions

### Return on Loan Investments ❓

| | |
|---|---|
| Annual | +7.1% |
| Cumulative | +24.2% |

How is this calculated?

### All Investments

- 31 Paid Off
- 5 Active – Current
- 0 Active – Deferred
- 2 Active – Late
- 0 Short Pay
- 0 Early Liquidation

### Active Investments (7)

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status |
|---|---|---|---|---|---|---|---|
| Monsey, NY Acquisition #7 | $10,000.00 | $10,000.00 | 11.00% | +$380.22 | December 1, 2022 | December 1, 2023 | LATE 30 |
| New York, NY Cash-Out Refinance #26 | $10,000.00 | $10,000.00 | 8.25% | +$414.79 | October 31, 2022 | November 1, 2023 | CURRENT |
| Bartlett, TN Acquisition | $10,000.00 | $10,000.00 | 8.00% | +$477.80 | October 27, 2022 | November 1, 2023 | CURRENT |
| San Diego, CA Acquisition #73 (Series 1) | $10,000.00 | $10,000.00 | 7.00% | +$754.40 | May 3, 2022 | April 1, 2024 | CURRENT |

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status |
|---|---|---|---|---|---|---|---|
| Scranton, PA Acquisition #17 (Series 1) | $30,000.00 | $30,000.00 | 7.13% | +$1,787.14 | December 30, 2021 | December 1, 2022 Past Maturity | DEFAULT |
| Richmond, CA Acquisition #7 (Series 2) | $10,000.00 | $10,000.00 | 7.50% | +$1,122.92 | December 2, 2021 | November 1, 2023 | CURRENT |
| Los Angeles, CA Acquisition #569 (Series 2) | $25,000.00 | $25,000.00 | 7.50% | +$2,734.37 | November 24, 2021 | September 9, 2023 | CURRENT |

## Past Investments (31)

View All Past Investments

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Paid Off Date | Payment Status |
|---|---|---|---|---|---|---|---|
| Costa Mesa, CA Acquisition #14 (Series 2) | $10,000.00 | $0.00 | 8.50% | +$396.65 | November 11, 2022 | May 9, 2023 | PAID OFF |
| Harmans, MD Acquisition | $8,258.00 | $0.00 | 9.00% | +$394.29 | October 24, 2022 | May 16, 2023 | PAID OFF |
| Los Osos, CA Acquisition (Series 4) | $2,000.00 | $0.00 | 8.50% | +$114.77 | October 5, 2022 | June 6, 2023 | PAID OFF |
| Brooklyn, NY Cash-Out Refinance #215 | $20,000.00 | $0.00 | 9.00% | +$1,290.00 | August 22, 2022 | May 16, 2023 | PAID OFF |
| Los Angeles, CA Acquisition #613 (Series 2) | $20,000.00 | $0.00 | 9.50% | +$1,509.11 | August 9, 2022 | June 6, 2023 | PAID OFF |

**FROM:**
Qiang Fang
182 Denslow Ave
Los Angeles CA 90049



USPS PRIORITY MAIL
US POSTAGE PAID $11.75
Origin: 78734
07/31/23
4804090190-08
0 Lb 3.30 Oz
RDC 01
EXPECTED DELIVERY DAY: 08/02/23
SHIP TO: WILMINGTON DE 19801
USPS TRACKING #
9505 5162 6619 3212 3711 29



**TO:**
Chief Judge Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE 19801