# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| Peer Street, Inc., *et al.*,[1] | : | Chapter 11 |
| Debtors. | : | Case No. 23-10815 (LSS) |
| | : | Jointly Administered |
| | : | Objection Deadline: August 16, 2023 at 4:00 p.m. (ET) |

## NOTICE OF FILING OF DISCLOSURE DECLARATION OF
## ORDINARY COURSE PROFESSIONAL, BURR & FORMAN LLP

**PLEASE TAKE NOTICE** that, on July 27, 2023, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order Authorizing (A) the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business Effective as of the Petition Date and (B) Waiving Certain Information Requirements of the Local Rule 2016-2* [Docket No. 134] (the "**OCP Order**").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the procedures set forth in the OCP Order, Burr & Forman LLP hereby files the OCP Declaration of Ronald B. Cohn of Burr & Forman LLP, attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that any objections to the retention of Burr & Forman LLP must be filed with the Court, and at the same time served upon Burr & Forman LLP, on or before **August 16, 2023 at 4:00 p.m. (ET)**.

Dated: August 3, 2023

**BURR & FORMAN LLP**

*/s/ Richard A. Robinson*
Richard A. Robinson (No. 5059)
222 Delaware Avenue, Suite 1030
Wilmington, DE 19801
Telephone: (302) 830-2311
Email: rrobinson@burr.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

[2] All capitalized terms not otherwise defined herein have the meaning ascribed to them in the OCP Order.

51380759 v1