**CERTIFICATE OF SERVICE**

I, Richard A. Robinson, hereby certify that on August 3, 2023, a true and correct copy of the foregoing was served on all parties entitled to service via this Court's electronic filing system and upon the parties listed below:

**Via Electronic Mail**

Joseph Barry
Ryan M. Bartley
S. Alexander Faris
Shella Borovinskaya
Young Conaway Stargatt
& Taylor, LLP
1000 North King Street
Wilmington, DE 19801
Email: jbarry@ycst.com
          rbartley@ycst.com
          afaris@ycst.com
          sborovinskaya@ycst.com
*Counsel to the Debtors*

P. Bradley O'Neill
Caroline Gange
Kramer Levin Naftalis
& Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Email: boneill@kramerlevin.com
          cgange@kramerlevin.com
*Counsel to the Debtors*

Joseph F. Cudia
United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801
Email: joseph.cudia@usdoj.gov
*United States Trustee*

Marc E. Hirschfield
Royer Cooper Cohen Braunfeld LLC
1120 Aveue of the Americas, 4th Floor
New York NY 10036
Email: mhirschfield@rccblaw.com
*Counsel to Magnetar Financial LLC*

Russell C. Silberglied
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Email: silberglied@rlf.com
*Counsel to Magnetar Financial LLC*

Lorenzo Marinuzzi
Benjamin Butterfield
Raff Ferraioli
Martha E. Martir
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
Email: bbutterfield@mofo.com
          rferraioli@mofo.com
          martir@mofo.com
*Counsel to the Official Committee of Unsecured Creditors*

51309381 v1

Jennifer R. Hoover
Kevin M. Capuzzi
John C. Gentile
Benesch, Friedlander, Coplan
& Aronoff LLP
1313 N. Market Street, Suite 1201
Wilmington, DE 19801
 Email: jhoover@beneschlaw.com
           kcapuzzi@beneschlaw.com
           jgentile@beneschlaw.com
*Counsel to the Official Committee of Unsecured Creditors*

                            */s/   Richard A. Robinson*
                            Richard A. Robinson (DE No. 5059)