IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Peer Street, Inc., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Nos. 169 |

**NOTICE OF FILING EXHIBIT TO OMNIBUS OBJECTION OF PACIFIC FUNDING TRUST 1002 AND PACIFIC RBLF FUNDING TRUST TO THE MOTIONS OF THE DEBTORS TO (A) APPROVE A SALE OF THE DEBTORS' ASSETS AND BID PROCEDURES AND (B) APPROVE CASH MANAGEMENT AND RELATED RELIEF**

      **PLEASE TAKE NOTICE** that on August 2, 2023, Pacific Funding Trust 1002 and Pacific RBLF Funding Trust (the "Pacific Creditors"), by and though their undersigned counsel, filed the *Omnibus Objection of Pacific Funding Trust 1002 and Pacific RBLF Funding Trust to the Motions of the Debtors to (A) Approve a Sale of the Debtors' Assets and Bid Procedures and (B) Approve Cash Management and Related Relief* [D.I. 169] (the "Objection").[2]

      **PLEASE TAKE FURTHER NOTICE** that the Pacific Creditors hereby file, as an exhibit to the Objection, a true and correct copy of the transcript of the first day hearing held on June 28, 2023 (the "Transcript") in the above-captioned chapter 11 cases. The Transcript is annexed hereto as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

[2] All capitalized terms not herein defined shall have the same meaning as set forth in the Objection.

{1397.001-W0071915.}

| | |
|---|---|
| Dated: August 3, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Howard W. Robertson IV*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Howard W. Robertson IV (No. 6903)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email:  landis@lrclaw.com<br>          brown@lrclaw.com<br>          robertson@lrclaw.com<br><br>and<br><br>**WINSTON & STRAWN LLP**<br>David Neier (admitted *pro hac vice*)<br>James T. Bentley (admitted *pro hac vice*)<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700<br>Email:  dneier@winston.com<br>          jbentley@winston.com<br><br>*Counsel to the Pacific Creditors* |