**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |
| | **RE D.I. 11, 18, 31, 169** |

**JOINDER OF SEAN BANCHIK TO OMNIBUS OBJECTION OF PACIFIC FUNDING TRUST 1002 AND PACIFIC RBLF FUNDING TRUST TO THE MOTIONS OF THE DEBTORS TO (A) APPROVE A SALE OF THE DEBTORS' ASSETS AND BID PROCEDURES AND (B) APPROVE CASH MANAGEMENT AND RELATED RELIEF**

Sean Banchik ("Mr. Banchik"), by and through undersigned counsel, hereby submits this joinder ("Joinder") to the *Omnibus Objection* ("Omnibus Objection") *of Pacific Funding Trust 1002 and Pacific RBLF Funding Trust to the Motions of the Debtors to (A) Approve a Sale of the Debtors' Assets and Bid Procedures and (B) Approve Cash Management and Related Relief* ("together, the Motions") [Docket No. 169].[2] In support of this Joinder, Mr. Banchik respectfully states as follows:

**JOINDER**

1. Mr. Banchik is an investor in a crowd funded mortgage fund run by the Debtors.

2. Mr. Banchik is concerned that should the Motions be granted and the proposed Orders entered, Mr. Banchik's rights as an investor in these cases will be impaired, extinguished

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Limited Objection.

16243802/3

and/or prejudiced. Therefore, Mr. Banchik adopts the arguments in the Omnibus Objection and reserves all rights to be heard on this matter.

3. Mr. Banchik reserves the right to supplement this Joinder, including based on facts or arguments raised prior to, or at, any hearing(s) on these issues.

WHEREFORE, for the reasons set forth herein and in the Omnibus Objection, the Court should (1) deny the Motions and not enter the Orders unless and until all issues raised in the Omnibus Objection are addressed; and (2) provide such other relief as the Court deems just and proper.

Dated: August 3, 2023                     **MORRIS JAMES LLP**

*/s/ Brya M. Keilson*
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email: bkeilson@morrisjames.com

*Counsel for Sean Banchik.*