IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2023, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Joinder of Sean Banchik to Omnibus Objection of Pacific Funding Trust 1002 and Pacific RBLF Funding Trust to the Motions of the Debtors to (A) Approve a Sale of the Debtors' Assets and Bid Procedures and (B) Approve Cash Management and Related Relief* upon the parties that are registered to receive notice via the Court's CM/ECF notification system and additional service was completed by electronic mail on the parties indicated on the attached service list.

*/s/ Brya M. Keilson*
Brya M. Keilson (DE Bar No. 4643)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

16243802/3

2

**SERVICE LIST**

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Joseph Barry, Esquire<br>Ryan M. Bartley, Esquire<br>Elizabeth S. Justison, Esquire<br>S. Alexander Faris, Esquire<br>Shella Borovinskaya, Esquire<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>jbarry@ycst.com<br>rbartley@ycst.com<br>ejustison@ycst.com<br>afaris@ycst.com<br>sborovinskaya@ycst.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>P. Bradley O'Neill, Esquire<br>Caroline Gange, Esquire<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Email: boneill@kramerlevin.com<br>cgange@kramerlevin.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |

16243802/3