August 1, 2023




Joseph R. Gigantino Jr.
Christine M. Gigantino
1477 Dry Creek Road
San Jose, CA 95125

Chief Judge Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE 19801

Re: **Case 23-10815-LSS**
Request for Protection of Secured Loan Investments and Cash in PeerStreet Bankruptcy Proceedings.
(PeerStreet Individual Accounts: [redacted] Christine Gigantino; [redacted] Joe Gigantino)

Honorable Chief Judge Laurie Selber Silverstein:

My wife and I are writing to request your assistance in protecting our secured loan investments and available cash in the above referenced bankruptcy proceeding. Both of our individual account numbers are listed above. Please note that we have modified a letter submitted to you by another PeerStreet creditor as we believe we are in an identical situation.

As investors with PeerStreet over many years, we have invested our funds in various real estate-backed loans through the PeerStreet platform. These investments were made with the understanding that they were held separately and secured by underlying collateral backed by secure notes, providing an added layer of protection to our investments. PeerStreet represented that if PeerStreet was no longer in business, a "third party special entity" would step up to manage pending investments to ensure that we (investors) receive our interest and principal payments. As secured creditors, we are looking to preserve our rights.

We are requesting that you kindly consider the following points for the protection of our investments and available cash:

1. Preservation of Secured Loan Investments: As secured creditors, we request that the Court ensures the proper handling and preservation of the underlying collateral associated with our loan investments. Any potential sale or disposition of these assets must be conducted fairly and transparently to maximize recovery and protect the interests of secured creditors.
2. Transparency and Communication: We respectfully ask that the Court provides regular updates and communicates pertinent information related to the bankruptcy

proceedings. Transparency is essential in allowing affected investors to understand the status of their investments, any potential recovery, and the timeline for resolution.

3. Fair Treatment of Secured Creditors: We trust that the Court will prioritize the fair treatment of secured creditors in the distribution of assets. Secured loans were made with the expectation that in the event of default or bankruptcy, secured creditors would have a higher claim on the available assets. We urge the Court to consider this principle in any distribution plan approved for PeerStreet's bankruptcy.
4. Safeguarding of Available Cash: Besides our secured loan investments, we also have available cash in our PeerStreet accounts. We request that the Court ensure this cash balance's protection and preservation, allowing for its return and proper distribution following the applicable laws and regulations.

We appreciate your attention to this matter, and as investors, we place our trust in the bankruptcy Court to safeguard our investments and funds and provide fair treatment. Should there be any updates or information regarding protecting our investments and cash, we request that your office communicate with us directly.

Thank you for your time and consideration. We look forward to a fair resolution that protects the rights and interests of all involved investors.

Joseph R. Gigantino Jr.
Account: [redacted]
jrg@weightsandbars.com
408-605-4840

Christine M. Gigantino
Account [redacted]
christinegigantino@yahoo.com
408-605-4717

Attachments:

1. PeerStreet Account Statement ending 7/31/23 Joe Gigantino
2. PeerStreet Account Statement ending 7/31/23 Christine Gigantino

3-6. List of Secured Real Estate Loan Positions Joe Gigantino

7-10. List of Secured Real Estate Loan Positions Christine Gigantino

11. PeerStreet FAQ "What investor protections does PeerStreet have in place?"





STRATA Trust Company,
Custodian FBO Joe Gigantino

Account Number
SD IRA Account Number
Tax ID Number
Account Type Ira

## Monthly Overview

Total Account Value

**$31,045.38**

Earnings This Statement

**$0.00**

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $191.41 | $0.00 | $191.41 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $30,853.97 | $0.00 | $30,853.97 |
| **Account Total** | **$31,045.38** | **$0.00** | **$31,045.38** |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $1,006.82 |
| Fees [3] | $0.00 | $6.85 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $30.38 |
| Total | $0.00 | $1,044.05 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.

[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

### Loan Positions

| Active Investments | | | | Principal Investment | | Payments This Period | |
|---|---|---|---|---|---|---|---|
| Loan | Yield | Start Date | Maturity Date | Initial | Outstanding | Earnings | Principal |
| Yonkers, NY Cash Out Refinance #6 | 7.990% | 12/22/17 | 11/01/19 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Hermosa Beach, CA Refinance #3 | 7.250% | 01/04/18 | 01/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Los Gatos, CA Acquisition #3 (Series 3) | 8.000% | 07/18/18 | 07/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Miami, FL Refinance #66 (Series 3) | 8.000% | 12/14/18 | 11/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #84 (Series 4) | 7.250% | 06/05/19 | 01/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Oak Park, IL Acquisition #4 | 7.000% | 07/03/19 | 06/01/20 | $137.00 | $137.00 | $0.00 | $0.00 |
| Santa Monica, CA Refinance #2 (Series 1) | 7.500% | 07/19/19 | 01/01/22 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #139 (Series 1) | 7.500% | 09/03/19 | 09/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn , NY Refinance (Series 1) | 6.750% | 09/06/19 | 09/01/20 | $104.00 | $104.00 | $0.00 | $0.00 |
| Millville, NJ Cash-Out Refinance | 6.875% | 08/04/21 | 08/01/22 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Nutley, NJ Cash-Out Refinance #3 | 6.875% | 08/24/21 | 08/01/22 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Inglewood, CA Acquisition #7 | 7.500% | 08/26/21 | 07/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Charleston, SC Acquisition #13 | 6.250% | 10/27/21 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Paia, HI Acquisition (Series 2) | 6.750% | 12/13/21 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Greenwood, SC Acquisition #2 (Series 1) | 7.000% | 12/31/21 | 12/01/23 | $100.00 | $99.97 | $0.00 | $0.00 |
| Indio, CA Acquisition #3 | 7.125% | 01/03/22 | 01/01/24 | $247.00 | $247.00 | $0.00 | $0.00 |
| Downey, CA Acquisition #20 | 6.625% | 01/20/22 | 01/01/24 | $112.00 | $112.00 | $0.00 | $0.00 |
| Bermuda Dunes, CA Acquisition | 7.125% | 01/26/22 | 02/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Pinon Hills, CA Acquisition #3 | 6.750% | 02/18/22 | 02/01/24 | $101.00 | $101.00 | $0.00 | $0.00 |
| New City, NY Acquisition | 6.750% | 03/18/22 | 04/01/23 | $173.00 | $173.00 | $0.00 | $0.00 |
| Naples, FL Cash-Out Refinance #14 | 6.750% | 03/31/22 | 04/01/23 | $514.00 | $514.00 | $0.00 | $0.00 |
| North Bellmore, NY Cash-Out Refinance | 6.750% | 04/06/22 | 02/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Hawthorne, NJ Cash-Out Refinance #2 | 7.625% | 05/18/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Wilmington, DE Acquisition #7 | 8.000% | 06/06/22 | 06/01/23 | $107.00 | $107.00 | $0.00 | $0.00 |
| Murrieta, CA Acquisition #6 | 7.500% | 06/08/22 | 05/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| San Jose, CA Acquisition #137 (Series 1) | 8.000% | 06/16/22 | 12/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Kissimmee, FL Acquisition #43 | 8.500% | 08/15/22 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Bethpage, NY Acquisition | 8.500% | 08/19/22 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Westbury, NY Acquisition #9 | 8.000% | 08/26/22 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Woodbury, NY Acquisition (Series 1) | 8.250% | 09/02/22 | 04/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #218 | 8.500% | 09/13/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #216 | 8.250% | 09/13/22 | 06/01/23 | $368.00 | $368.00 | $0.00 | $0.00 |
| Fullerton, CA Acquisition #13 | 7.500% | 10/04/22 | 10/01/23 | $210.00 | $210.00 | $0.00 | $0.00 |
| New York, NY Cash-Out Refinance #26 | 8.250% | 10/31/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| St Cloud, FL Acquisition | 8.000% | 11/14/22 | 10/01/23 | $136.00 | $136.00 | $0.00 | $0.00 |
| Wimberley, TX Acquisition | 9.000% | 12/08/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Burbank, CA Acquisition #18 | 8.500% | 12/08/22 | 10/01/23 | $235.00 | $235.00 | $0.00 | $0.00 |
| Somers Point, NJ Acquisition | 8.000% | 12/14/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Houston, TX Cash-Out Refinance #69 | 9.000% | 12/20/22 | 01/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Tarzana, CA Acquisition #5 | 8.250% | 01/13/23 | 10/01/23 | $200.00 | $200.00 | $0.00 | $0.00 |
| Joshua Tree, CA Acquisition #4 (Series 1) | 9.500% | 01/17/23 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| New Egypt, NJ Acquisition #2 | 9.250% | 01/25/23 | 02/01/24 | $110.00 | $110.00 | $0.00 | $0.00 |
| Total | | | | $30,854.00 | $30,853.97 | $0.00 | $0.00 |



STRATA Trust Company,
Custodian FBO Christine Gigantino



**Account Number**
**SD IRA Account Number**
**Tax ID Number**
**Account Type** Ira

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| **$30,738.94** | **$0.00** |

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $1,106.96 | $0.00 | $1,106.96 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $29,631.98 | $0.00 | $29,631.98 |
| **Account Total** | **$30,738.94** | **$0.00** | **$30,738.94** |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $1,053.11 |
| Fees [3] | $0.00 | $10.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| **Total** | **$0.00** | **$1,063.11** |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.

[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

### Loan Positions

**Active Investments**

| | | | | Principal Investment | | Payments This Period | |
|---|---|---|---|---|---|---|---|
| Loan | Yield | Start Date | Maturity Date | Initial | Outstanding | Earnings | Principal |
| Yonkers, NY Cash Out Refinance #6 | 7.990% | 12/22/17 | 11/01/19 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Hermosa Beach, CA Refinance #3 | 7.250% | 01/04/18 | 01/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Los Gatos, CA Acquisition #3 (Series 3) | 8.000% | 07/18/18 | 07/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Miami, FL Refinance #66 (Series 3) | 8.000% | 12/14/18 | 11/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Oak Park, IL Acquisition #4 | 7.000% | 07/03/19 | 06/01/20 | $130.00 | $130.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #139 (Series 1) | 7.500% | 09/03/19 | 09/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn , NY Refinance (Series 1) | 6.750% | 09/06/19 | 09/01/20 | $104.00 | $104.00 | $0.00 | $0.00 |
| Millville, NJ Cash-Out Refinance | 6.875% | 08/04/21 | 08/01/22 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Nutley, NJ Cash-Out Refinance #3 | 6.875% | 08/24/21 | 08/01/22 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Inglewood, CA Acquisition #7 | 7.500% | 08/26/21 | 07/01/23 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Charleston, SC Acquisition #13 | 6.250% | 10/27/21 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Chicago, IL Acquisition #192 | 6.625% | 11/17/21 | 12/01/22 | $148.00 | $148.00 | $0.00 | $0.00 |
| Paia, HI Acquisition (Series 2) | 6.750% | 12/13/21 | 11/01/23 | $246.00 | $246.00 | $0.00 | $0.00 |
| Greenwood, SC Acquisition #2 (Series 1) | 7.000% | 12/31/21 | 12/01/23 | $119.00 | $118.96 | $0.00 | $0.00 |
| Indio, CA Acquisition #3 | 7.125% | 01/03/22 | 01/01/24 | $248.00 | $248.00 | $0.00 | $0.00 |
| Winter Park, FL Acquisition #16 | 6.625% | 01/06/22 | 01/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Paia, HI Acquisition (Series 3) | 6.750% | 01/28/22 | 11/01/23 | $754.00 | $754.00 | $0.00 | $0.00 |
| Pinon Hills, CA Acquisition #3 | 6.750% | 02/18/22 | 02/01/24 | $112.00 | $112.00 | $0.00 | $0.00 |
| New City, NY Acquisition | 6.750% | 03/18/22 | 04/01/23 | $185.00 | $185.00 | $0.00 | $0.00 |
| Naples, FL Cash-Out Refinance #14 | 6.750% | 03/31/22 | 04/01/23 | $493.00 | $493.00 | $0.00 | $0.00 |
| Exton, PA Acquisition #2 (Series 1) | 6.750% | 04/06/22 | 04/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Centereach, NY Cash-Out Refinance | 7.625% | 04/20/22 | 11/01/23 | $156.00 | $156.00 | $0.00 | $0.00 |
| Hawthorne, NJ Cash-Out Refinance #2 | 7.625% | 05/18/22 | 06/01/23 | $759.00 | $759.00 | $0.00 | $0.00 |
| Wilmington, DE Acquisition #7 | 8.000% | 06/06/22 | 06/01/23 | $109.00 | $109.00 | $0.00 | $0.00 |
| Murrieta, CA Acquisition #6 | 7.500% | 06/08/22 | 05/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| San Jose, CA Acquisition #137 (Series 1) | 8.000% | 06/16/22 | 12/01/23 | $125.00 | $125.00 | $0.00 | $0.00 |
| Kissimmee, FL Acquisition #43 | 8.500% | 08/15/22 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Bethpage, NY Acquisition | 8.500% | 08/19/22 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Westbury, NY Acquisition #9 | 8.000% | 08/26/22 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Woodbury, NY Acquisition (Series 1) | 8.250% | 09/02/22 | 04/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #216 | 8.250% | 09/13/22 | 06/01/23 | $210.00 | $210.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #218 | 8.500% | 09/13/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Fullerton, CA Acquisition #13 | 7.500% | 10/04/22 | 10/01/23 | $281.00 | $281.00 | $0.00 | $0.00 |
| New York, NY Cash-Out Refinance #26 | 8.250% | 10/31/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Wimberley, TX Acquisition | 9.000% | 12/08/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Somers Point, NJ Acquisition | 8.000% | 12/14/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Clermont, FL Acquisition #9 | 8.500% | 12/14/22 | 11/01/23 | $1,000.00 | $986.02 | $0.00 | $0.00 |
| Clearwater, FL Acquisition #8 | 9.000% | 12/27/22 | 11/01/23 | $195.00 | $195.00 | $0.00 | $0.00 |
| Joshua Tree, CA Acquisition #4 (Series 1) | 9.500% | 01/17/23 | 09/01/23 | $272.00 | $272.00 | $0.00 | $0.00 |
| Total | | | | $29,646.00 | $29,631.98 | $0.00 | $0.00 |

**Pending Investments**

None

**Past Investments**

| Total Account Value | Total Earned | In Loans | In Pocket Manage | In Portfolio Learn More |
|---|---|---|---|---|
| $31,045.38 | +$12,643.51 | $30,853.97 | $0.00 | |

Overview Automated Investing Off Loan Positions Transaction History Statements Invite Friends

# Positions

### Return on Loan Investments

| | |
|---|---|
| Annual | +6.0% |
| Cumulative | +37.5% |

How is this calculated?

### All Investments

**152** Paid Off
**24** Active – Current
**0** Active – Deferred
**18** Active – Late
**2** Short Pay
**0** Early Liquidation

### Active Investments (42)

View All Active Investments

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| New Egypt, NJ Acquisition #2 | $110.00 | $110.00 | 9.25% | +$2.75 | January 25, 2023 | February 1, 2024 | CURRENT | | |
| Joshua Tree, CA Acquisition #4 (Series 1) | $1,000.00 | $1,000.00 | 9.50% | +$35.64 | January 17, 2023 | September 1, 2023 | CURRENT | 3 | 3 month: ago |
| Tarzana, CA Acquisition #5 | $200.00 | $200.00 | 8.25% | +$4.97 | January 13, 2023 | October 1, 2023 | CURRENT | | |
| Houston, TX Cash-Out Refinance #69 | $1,000.00 | $1,000.00 | 9.00% | +$40.50 | December 20, 2022 | January 1, 2024 | CURRENT | | |
| Somers Point, NJ Acquisition | $1,000.00 | $1,000.00 | 8.00% | +$37.13 | December 14, 2022 | November 1, 2023 | CURRENT | | |
| Wimberley, TX Acquisition | $1,000.00 | $1,000.00 | 9.00% | +$43.25 | December 8, 2022 | November 1, 2023 | CURRENT | | |

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Burbank, CA Acquisition #18 | $235.00 | $235.00 | 8.50% | +$7.92 | December 8, 2022 | October 1, 2023 | CURRENT | | |
| St Cloud, FL Acquisition | $136.00 | $136.00 | 8.00% | +$5.06 | November 14, 2022 | October 1, 2023 | CURRENT | 4 | 2 month: ago |
| New York, NY Cash-Out Refinance #26 | $1,000.00 | $1,000.00 | 8.25% | +$41.51 | October 31, 2022 | November 1, 2023 | CURRENT | 4 | 3 month: ago |
| Fullerton, CA Acquisition #13 | $210.00 | $210.00 | 7.50% | +$9.04 | October 4, 2022 | October 1, 2023 | CURRENT | 2 | 7 month: ago |
| Brooklyn, NY Cash-Out Refinance #218 | $1,000.00 | $1,000.00 | 8.50% | +$60.89 | September 13, 2022 | June 1, 2023 Past Maturity | CURRENT | 2 | about ' month ago |
| Brooklyn, NY Acquisition #216 | $368.00 | $368.00 | 8.25% | +$19.23 | September 13, 2022 | June 1, 2023 Past Maturity | CURRENT | 4 | about ' month ago |
| Woodbury, NY Acquisition (Series 1) | $1,000.00 | $1,000.00 | 8.25% | +$34.13 | September 2, 2022 | April 1, 2023 Past Maturity | LATE 90+ | 3 | 3 month: ago |
| Westbury, NY Acquisition #9 | $1,000.00 | $1,000.00 | 8.00% | +$60.26 | August 26, 2022 | September 1, 2023 | CURRENT | 6 | about : month: ago |
| Bethpage, NY Acquisition | $1,000.00 | $1,000.00 | 8.50% | +$65.95 | August 19, 2022 | September 1, 2023 | CURRENT | 7 | about : month: ago |
| Kissimmee, FL Acquisition #43 | $1,000.00 | $1,000.00 | 8.50% | +$67.73 | August 15, 2022 | September 1, 2023 | CURRENT | 1 | 12 month: ago |
| San Jose, CA Acquisition #137 (Series 1) | $1,000.00 | $1,000.00 | 8.00% | +$70.03 | June 16, 2022 | December 1, 2023 | CURRENT | 2 | 3 month: ago |
| Murrieta, CA Acquisition #6 | $1,000.00 | $1,000.00 | 7.50% | +$73.54 | June 8, 2022 | May 1, 2024 | CURRENT | | |
| Wilmington, DE Acquisition #7 | $107.00 | $107.00 | 8.00% | +$7.69 | June 6, 2022 | June 1, 2023 Past Maturity | CURRENT | 3 | about ' month ago |
| Hawthorne, NJ Cash-Out Refinance #2 | $1,000.00 | $1,000.00 | 7.63% | +$41.07 | May 18, 2022 | June 1, 2023 Past Maturity | DEFAULT | 4 | about ' month ago |

4

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| North Bellmore, NY Cash-Out Refinance | $1,000.00 | $1,000.00 | 6.75% | +$49.73 | April 6, 2022 | February 1, 2023 Past Maturity | LATE 90+ | 4 | about ' month ago |
| Naples, FL Cash-Out Refinance #14 | $514.00 | $514.00 | 6.75% | +$33.50 | March 31, 2022 | April 1, 2023 Past Maturity | LATE 60 | 4 | 3 month: ago |
| New City, NY Acquisition | $173.00 | $173.00 | 6.75% | +$6.27 | March 18, 2022 | April 1, 2023 Past Maturity | DEFAULT | 5 | about ' month ago |
| Pinon Hills, CA Acquisition #3 | $101.00 | $101.00 | 6.75% | +$8.19 | February 18, 2022 | February 1, 2024 | CURRENT | | |
| Bermuda Dunes, CA Acquisition | $1,000.00 | $1,000.00 | 7.13% | +$84.35 | January 26, 2022 | February 1, 2024 | LATE 30 | 10 | 2 month: ago |

## Past Investments (154)

View All Past Investments

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Paid Off Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Johns Island, SC Acquisition | $1,000.00 | $0.00 | 7.50% | +$45.21 | September 28, 2022 | May 16, 2023 | PAID OFF | | |
| Chicago, IL Acquisition #207 | $973.00 | $0.00 | 7.75% | +$14.87 | September 26, 2022 | December 13, 2022 | PAID OFF | | |
| Pinellas Park, FL Refinance #2 | $1,000.00 | $0.00 | 8.00% | +$18.00 | September 12, 2022 | December 13, 2022 | PAID OFF | | |
| Brooklyn, NY Cash-Out Refinance #219 | $1,000.00 | $0.00 | 9.50% | +$65.73 | August 31, 2022 | May 16, 2023 | PAID OFF | | |
| RIDGELAND, SC Acquisition | $1,000.00 | $0.00 | 7.50% | +$37.40 | August 16, 2022 | February 21, 2023 | PAID OFF | | |
| Chagrin Falls, OH Acquisition | $1,000.00 | $0.00 | 9.00% | +$18.75 | August 12, 2022 | November 1, 2022 | PAID OFF | | |
| Rancho Cucamonga, CA Acquisition #5 (Series 2) | $1,000.00 | $0.00 | 9.00% | +$90.15 | August 10, 2022 | June 6, 2023 | PAID OFF | 3 | about : month: ago |
| Montclair, NJ Cash-Out Refinance #4 | $927.00 | $0.00 | 9.50% | +$57.00 | July 25, 2022 | March 21, 2023 | PAID OFF | | |

5

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Paid Off Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Ventura, CA Acquisition #9 (Series 1) | $102.00 | $0.00 | 7.50% | +$7.61 | June 16, 2022 | June 20, 2023 | PAID OFF | 2 | 2 month: ago |
| Surfside, FL Acquisition | $1,000.00 | $0.00 | 8.00% | +$27.34 | June 2, 2022 | October 11, 2022 | PAID OFF | | |
| Costa Mesa, CA Acquisition #12 (Series 1) | $725.00 | $0.00 | 7.25% | +$4.23 | June 2, 2022 | July 5, 2022 | PAID OFF | | |
| San Jose, CA Acquisition #134 (Series 1) | $116.00 | $0.00 | 7.00% | +$1.47 | May 10, 2022 | July 15, 2022 | PAID OFF | | |
| Citrus Heights, CA Acquisition #6 (Series 1) | $1,000.00 | $0.00 | 7.00% | +$16.91 | May 6, 2022 | August 3, 2022 | PAID OFF | | |
| Glendale, CA Acquisition #55 | $490.00 | $0.00 | 6.75% | +$25.66 | April 25, 2022 | February 14, 2023 | PAID OFF | 1 | 6 month: ago |
| Santa Ana, CA Cash-Out Refinance #35 (Series 1) | $1,000.00 | $0.00 | 6.25% | +$19.62 | April 5, 2022 | August 2, 2022 | PAID OFF | | |

About Us
Blog
News
Press
Careers
Affiliate Program

Investments
How It Works
Self-Directed IRA
Want to borrow?
Accredited Investor

Help
FAQs
Contact Us
844-733-7787
info@peerstreet.com



The information on this website does not constitute an offer to sell securities or a solicitation of an offer to buy securities. Further, none of the information contained on this website is a recommendation to invest in any securities. By using this website, you accept our **Terms of Service**, **Privacy Policy** and **Notice of Right to Opt-Out**. Past performance is no guarantee of future results. Any historical returns, expected returns or probability projections may not reflect actual future performance. All investments involve risk and may result in loss. **Terms and Investment Disclosures**

© 2023 Peer Street, Inc. All rights reserved.
PS Funding, Inc. CA Bureau of Real Estate - Real Estate Broker License No. 01984664; California Finance Lenders License 60DBO-45398

6

| Total Account Value | Total Earned | In Loans | In Pocket Learn | In Portfolio Learn More |
|---|---|---|---|---|
| $30,738.94 | +$12,880.62 | $29,631.98 | $0.00 | |

Overview Automated Investing Off Loan Positions Transaction History Statements Invite Friends

# Positions

## Return on Loan Investments

| | |
|---|---|
| Annual | +6.3% |
| Cumulative | +38.9% |

How is this calculated?

## All Investments

**156** Paid Off
**23** Active – Current
**0** Active – Deferred
**16** Active – Late
**1** Short Pay
**0** Early Liquidation

## Active Investments (39)

View All Active Investments

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Joshua Tree, CA Acquisition #4 (Series 1) | $272.00 | $272.00 | 9.50% | +$9.68 | January 17, 2023 | September 1, 2023 | CURRENT | 3 | 3 month: ago |
| Clearwater, FL Acquisition #8 | $195.00 | $195.00 | 9.00% | +$6.03 | December 27, 2022 | November 1, 2023 | CURRENT | | |
| Clermont, FL Acquisition #9 | $1,000.00 | $986.02 | 8.50% | +$32.06 | December 14, 2022 | November 1, 2023 | CURRENT | | |
| Somers Point, NJ Acquisition | $1,000.00 | $1,000.00 | 8.00% | +$37.13 | December 14, 2022 | November 1, 2023 | CURRENT | | |
| Wimberley, TX Acquisition | $1,000.00 | $1,000.00 | 9.00% | +$43.25 | December 8, 2022 | November 1, 2023 | CURRENT | | |
| New York, NY Cash-Out Refinance #26 | $1,000.00 | $1,000.00 | 8.25% | +$41.51 | October 31, 2022 | November 1, 2023 | CURRENT | 4 | 3 month: ago |

7

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Fullerton, CA Acquisition #13 | $281.00 | $281.00 | 7.50% | +$12.14 | October 4, 2022 | October 1, 2023 | CURRENT | 2 | 7 month: ago |
| Brooklyn, NY Cash-Out Refinance #218 | $1,000.00 | $1,000.00 | 8.50% | +$60.89 | September 13, 2022 | June 1, 2023 Past Maturity | CURRENT | 2 | about ' month ago |
| Brooklyn, NY Acquisition #216 | $210.00 | $210.00 | 8.25% | +$10.95 | September 13, 2022 | June 1, 2023 Past Maturity | CURRENT | 4 | about ' month ago |
| Woodbury, NY Acquisition (Series 1) | $1,000.00 | $1,000.00 | 8.25% | +$34.13 | September 2, 2022 | April 1, 2023 Past Maturity | LATE 90+ | 3 | 3 month: ago |
| Westbury, NY Acquisition #9 | $1,000.00 | $1,000.00 | 8.00% | +$60.26 | August 26, 2022 | September 1, 2023 | CURRENT | 6 | about : month: ago |
| Bethpage, NY Acquisition | $1,000.00 | $1,000.00 | 8.50% | +$65.95 | August 19, 2022 | September 1, 2023 | CURRENT | 7 | about : month: ago |
| Kissimmee, FL Acquisition #43 | $1,000.00 | $1,000.00 | 8.50% | +$67.73 | August 15, 2022 | September 1, 2023 | CURRENT | 1 | 12 month: ago |
| San Jose, CA Acquisition #137 (Series 1) | $125.00 | $125.00 | 8.00% | +$8.72 | June 16, 2022 | December 1, 2023 | CURRENT | 2 | 3 month: ago |
| Murrieta, CA Acquisition #6 | $1,000.00 | $1,000.00 | 7.50% | +$73.54 | June 8, 2022 | May 1, 2024 | CURRENT | | |
| Wilmington, DE Acquisition #7 | $109.00 | $109.00 | 8.00% | +$7.91 | June 6, 2022 | June 1, 2023 Past Maturity | CURRENT | 3 | about ' month ago |
| Hawthorne, NJ Cash-Out Refinance #2 | $759.00 | $759.00 | 7.63% | +$31.17 | May 18, 2022 | June 1, 2023 Past Maturity | DEFAULT | 4 | about ' month ago |
| Centereach, NY Cash-Out Refinance | $156.00 | $156.00 | 7.63% | +$13.23 | April 20, 2022 | November 1, 2023 | CURRENT | | |
| Exton, PA Acquisition #2 (Series 1) | $1,000.00 | $1,000.00 | 6.75% | +$88.69 | April 6, 2022 | April 1, 2023 Past Maturity | CURRENT | 2 | 3 month: ago |
| Naples, FL Cash-Out Refinance #14 | $493.00 | $493.00 | 6.75% | +$32.10 | March 31, 2022 | April 1, 2023 Past Maturity | LATE 60 | 4 | 3 month: ago |

8

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| New City, NY Acquisition | $185.00 | $185.00 | 6.75% | +$6.73 | March 18, 2022 | April 1, 2023 Past Maturity | DEFAULT | 5 | about 1 month ago |
| Pinon Hills, CA Acquisition #3 | $112.00 | $112.00 | 6.75% | +$9.05 | February 18, 2022 | February 1, 2024 | CURRENT | | |
| Paia, HI Acquisition (Series 3) | $754.00 | $754.00 | 6.75% | +$64.02 | January 28, 2022 | November 1, 2023 | CURRENT | | |
| Winter Park, FL Acquisition #16 | $1,000.00 | $1,000.00 | 6.63% | +$59.80 | January 6, 2022 | January 1, 2023 Past Maturity | DEFAULT | 6 | about 1 month ago |
| Indio, CA Acquisition #3 | $248.00 | $248.00 | 7.13% | +$21.95 | January 3, 2022 | January 1, 2024 | LATE 30 | 11 | 2 months ago |

## Past Investments (157)

View All Past Investments

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Paid Off Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Inglewood, CA Acquisition #11 | $106.00 | $0.00 | 9.00% | +$1.44 | February 23, 2023 | April 25, 2023 | PAID OFF | | |
| Moreno Valley, CA Acquisition #20 | $106.00 | $0.00 | 9.50% | +$1.24 | January 19, 2023 | March 7, 2023 | PAID OFF | | |
| Linden, NJ Acquisition #13 (Series 1) | $1,000.00 | $0.00 | 9.75% | +$28.70 | November 30, 2022 | March 21, 2023 | PAID OFF | | |
| Ventura, CA Acquisition #9 (Series 3) | $1,000.00 | $0.00 | 7.50% | +$42.92 | November 17, 2022 | June 20, 2023 | PAID OFF | 2 | 2 months ago |
| Harmans, MD Acquisition | $126.00 | $0.00 | 9.00% | +$5.99 | October 24, 2022 | May 16, 2023 | PAID OFF | | |
| Johns Island, SC Acquisition | $1,000.00 | $0.00 | 7.50% | +$45.21 | September 28, 2022 | May 16, 2023 | PAID OFF | | |
| Chicago, IL Acquisition #207 | $1,000.00 | $0.00 | 7.75% | +$15.29 | September 26, 2022 | December 13, 2022 | PAID OFF | | |
| Pinellas Park, FL Refinance #2 | $1,000.00 | $0.00 | 8.00% | +$18.00 | September 12, 2022 | December 13, 2022 | PAID OFF | | |

9

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Paid Off Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Brooklyn, NY Cash-Out Refinance #219 | $115.00 | $0.00 | 9.50% | +$7.55 | August 31, 2022 | May 16, 2023 | PAID OFF | | |
| RIDGELAND, SC Acquisition | $1,000.00 | $0.00 | 7.50% | +$37.40 | August 16, 2022 | February 21, 2023 | PAID OFF | | |
| Chagrin Falls, OH Acquisition | $1,000.00 | $0.00 | 9.00% | +$18.75 | August 12, 2022 | November 1, 2022 | PAID OFF | | |
| Montclair, NJ Cash-Out Refinance #4 | $510.00 | $0.00 | 9.50% | +$31.37 | July 25, 2022 | March 21, 2023 | PAID OFF | | |
| Surfside, FL Acquisition | $1,000.00 | $0.00 | 8.00% | +$27.34 | June 2, 2022 | October 11, 2022 | PAID OFF | | |
| Costa Mesa, CA Acquisition #12 (Series 1) | $190.00 | $0.00 | 7.25% | +$1.11 | June 2, 2022 | July 5, 2022 | PAID OFF | | |
| Citrus Heights, CA Acquisition #6 (Series 1) | $1,000.00 | $0.00 | 7.00% | +$16.91 | May 6, 2022 | August 3, 2022 | PAID OFF | | |

About Us
Blog
News
Press
Careers
Affiliate Program

Investments
How It Works
Self-Directed IRA
Want to borrow?
Accredited Investor

Help
FAQs
Contact Us
844-733-7787
info@peerstreet.com



The information on this website does not constitute an offer to sell securities or a solicitation of an offer to buy securities. Further, none of the information contained on this website is a recommendation to invest in any securities. By using this website, you accept our **Terms of Service**, **Privacy Policy** and **Notice of Right to Opt-Out**. Past performance is no guarantee of future results. Any historical returns, expected returns or probability projections may not reflect actual future performance. All investments involve risk and may result in loss. **Terms and Investment Disclosures**.

© 2023 Peer Street, Inc. All rights reserved.
PS Funding, Inc. CA Bureau of Real Estate - Real Estate Broker License No. 01984664; California Finance Lenders License 60DBO-45398

10



HOME ABOUT US BLOG HELP NEWS PRESS SIGN IN

# What investor protections does PeerStreet have in place?

*By Rebekah Jack Posted March 11, 2019 In*

Investments in loans are held in a bankruptcy-remote entity that is separate from our primary corporate entity. In the unlikely event PeerStreet no longer remains in business, a third-party "special member" will step in to manage pending loan investments and ensure that investors continue to receive interest and principal payments. Additionally, from the time funds are received in an investor account until an investment closes (but not while funds are invested), investor funds are held in an Investors Trust Account with Wells Fargo and FDIC insurance of up to $250,000.



**About Us**
Blog
News
Press
Careers
Affiliate Program

**Investments**
How It Works
Self-Directed IRA
Want to borrow?
Accredited Investor

**Help**
FAQs
844-733-7787
info@peerstreet.com



PeerStreet

The information on this website does not constitute an offer to sell securities or a solicitation of an offer to buy securities. Further, none of the information contained on this website is a recommendation to invest in any securities. By using this website, you accept our **Terms of Service** and **Privacy Policy**. Past performance is no guarantee of future results. Any historical returns, expected returns or probability projections may not reflect actual future performance. All investments involve risk and may result in loss. **Full Disclosure**

© 2019 PeerStreet, Inc. All rights reserved.

PS Funding, Inc. CA Bureau of Real Estate - Real Estate Broker License No. 01984664, California Finance Lenders License 60DBO-45398

