July 29th, 2023

Vinodkumar Singh
4210 Paxton pl,
Vestavia, AL 35242

Chief Justice Laurie Seiber Silverstein
US Bankruptcy Court
824 North Market St, 6th Floor
Wilmington, DE 19801

**SUB:** Request for protection of Secured Loan Investments and Cash in PeerStreet Bankruptcy Proceedings (PeerStreet – Vinodkumar Singh Account: [redacted])

Honorable Chief Judge Laurie Seiber Silverstein,

I am writing to inform you of the recent bankruptcy of PeerStreet, Inc and its affiliate companies and to request your assistance in protecting my secured loan in this bankruptcy proceeding. I have modified letter submitted by a separate investor.

As an investor with PeerStreet over multiple years, I have invested hard earned funds in various real estate-backed loans through the PeerStreet platform. These investments were made with the understanding that they were secured by the underlying. Collateral, with the added protection of never investing in a property with more than a 65% loan-to-value. Historic market fluctuations reported by PeerStreet clearly showed little risk to my principle from market downturns. I now ask that my rights as a secured creditor be honored.

I request you to consider the following points for the protection of my investments:

1. <u>Preservation of secured loan investments:</u> As a secured creditor, I request that the court ensures the proper handling and preservation of the underlying collateral associated with my loan investments. Any potential sale of disposition of these assets must be conducted fairly and transparently to maximize recovery and protect the interests of secured creditors.
2. <u>Transparency and communication:</u> I respectfully ask that the court provides regular updates and communicates pertinent information related to the bankruptcy proceedings. Transparency is essential in allowing affected investors to understand the status of their investments, any potential recovery, and the timeline for resolution.
3. <u>Fair treatment of secured creditors:</u> I trust that the court will prioritize the fair treatment of secured creditors in the distribution of assets. Secured loans were made with the expectation that in the event of default or bankruptcy, secured creditors would have a higher claim on the available assets. I urge the court got consider this principle in any distribution plan approved for PeerStreet's bankruptcy.

4. <u>Uninvested cash balance:</u> The uninvested cash remaining in the account should be immediately distributed back under the FDIC insurance benefits.

I appreciate your attention to this matter and your commitment to upholding justice in the bankruptcy proceedings. Should there be any updates or information regarding protecting my investments, I request that your office communicate with me directly.

Thank you for your time and consideration. I look forward to a fair resolution that protects the rights and interests of investors.

*[signature]*

Vinodkumar Singh
Account number: █████████
Email: drvinbing@gmail.com
Cell: 4048041006

Attachments:
1. PeerStreet Account Statement
2. List of secured real estate loan positions.

## Active Investments (11)

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| New Egypt, NJ Acquisition #2 | $138.00 | $138.00 | 9.25% | +$3.43 | January 25, 2023 | February 1, 2024 | CURRENT | 2 | 3 months ago |
| Middle Township, NJ Acquisition (Series 1) | $528.00 | $528.00 | 10.75% | +$16.40 | January 17, 2023 | January 1, 2024 | CURRENT | | |
| Tarzana, CA Acquisition #5 | $1,000.00 | $1,000.00 | 8.25% | +$24.77 | January 13, 2023 | October 1, 2023 | CURRENT | 1 | 3 months ago |
| Azle, TX Acquisition | $1,000.00 | $1,000.00 | 9.25% | +$29.55 | January 6, 2023 | January 1, 2024 | CURRENT | | |
| Tamarac, FL Acquisition #4 | $554.00 | $554.00 | 9.00% | +$10.81 | December 13, 2022 | November 1, 2023 | LATE 60 | 4 | 3 months ago |
| Brooklyn, NY Cash-Out Refinance #218 | $1,000.00 | $1,000.00 | 8.50% | +$60.89 | September 13, 2022 | June 1, 2023 Past Maturity | CURRENT | 2 | 29 days ago |
| Los Angeles, CA Acquisition #626 | $1,000.00 | $1,000.00 | 8.00% | +$60.46 | August 30, 2022 | August 1, 2023 | CURRENT | | |
| Westbury, NY Acquisition #9 | $122.00 | $122.00 | 8.00% | +$7.32 | August 26, 2022 | September 1, 2023 | CURRENT | 6 | about 2 months ago |
| San Jose, CA Acquisition #137 (Series 1) | $119.00 | $119.00 | 8.00% | +$8.30 | June 16, 2022 | December 1, 2023 | CURRENT | 2 | 3 months ago |
| Wilmington, DE Acquisition #7 | $110.00 | $110.00 | 8.00% | +$7.91 | June 6, 2022 | June 1, 2023 Past Maturity | CURRENT | 3 | 29 days ago |
| Paia, HI Acquisition (Series 2) | $203.00 | $203.00 | 6.75% | +$18.93 | December 13, 2021 | November 1, 2023 | CURRENT | | |



| Total Account Value | Total Earned | In Loans | In Pocket Learn | In Portfolio Learn More | Investable Cash |
|---|---|---|---|---|---|
| $8,340.00 | +$2,694.80 | $5,774.00 | $0.00 | | $2,566.00 |

Dashboard | Loans | Pocket | Vinodkumar Su... ⌄ Individual



**Bankruptcy Announcement**

Peer Street, Inc. and its affiliated companies ("PeerStreet") filed for protection under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware on Monday, June 26, 2023. Please see this Press Release.

In light of PeerStreet's recent Chapter 11 bankruptcy filing, all transactions have been paused. PeerStreet will ultimately be seeking a distribution construct approved by the Court to pay investors. Information about the bankruptcy case can be found at https://cases.stretto.com/peerstreet along with a list of Frequently Asked Questions.

It is particularly important that you review any notices emailed to you from Stretto, as Court approved noticing agent. Loan performance status displayed on the site is as of June 26, 2023.

Overview | Automated Investing  Off | Loan Positions | Transaction History | Statements | Invite Friends

## Overview

**Total Account Value**

**$8,340.00**

| | |
|---|---:|
| Awaiting Loan Closing | $0.00 |
| Invested Loan Principal | $5,774.00 |
| Invested Pocket Principal | $0.00 |
| Investable Cash | $2,566.00 |

**Return on Loan Investments** ❓

| | |
|---|---:|
| Annual | +7.6% |
| Cumulative | +44.3% |

How is this calculated?

**Total Earned** ❓

__All-time__  Year-to-Date

+$2,694.80

| | |
|---|---:|
| **Loans Earnings** | **$2,694.80** |
| Interest | $2,607.05 |
| Fees | $27.30 |
| Gain on Sale | $0.00 |
| Charge Off | $0.00 |
| Other | $60.45 |
| **Pocket** | **$0.00** |
| Interest | $0.00 |