July 28, 2023

Gene B. Goldstein
19801 Linnet St
Woodland Hills, CA 91364
818-883-6066 (land line)
818-621-6088 (mobile)
xfixer4u@yahoo.com (email)



FILED

2023 AUG -7  AM 10:10

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Chief Judge Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE 19801

Subject: Case 23-10815 (LSS) Request for Protection of Secured Loan Investments and all Cash held at PeerStreet in a taxable account and at PeerStreet via IRA Custodian: Strata Trust Company:
**Taxable Account:** PeerStreet Account #: ███████
**IRA:** Strata Trust Co Custodian FBO Gene Goldstein Acct #: ███████

Honorable Chief Judge Laurie Selber Silverstein,

I know you must be very busy and I hope this letter finds you well.  I also hope not to add to your burden administering this Bankruptcy case.  However, as I have seen letters sent to you by other PeerStreet investors whose interests are not being protected by engaging our own attorneys, it seems prudent I follow their example.

I too have been a long-time investor with PeerStreet, with the great majority of my investments in real-estate-backed loans made through their online platform.  The rest of my assets at PeerStreet are un-invested CASH and cash in the PeerStreet "Pocket" account, which PeerStreet recently created to benefit its investors by promising to pay an interest rate of approximately 4% annually, paid monthly.  Until the Bankruptcy filing on or about 23 July 2023, PeerStreet was faithfully honoring its commitments to distribute monthly interest from our loans and from "Pocket".

I believe that PeerStreet has acted with integrity so far and has been beset by unforeseen factors that threatened the continuation of their business.  I hope that the Court will act expeditiously on this case and protect, as best possible, the assets (consisting of cash and mortgages) of all investors (including my own, of course).

Inasmuch as Your Honor has already received several letters with the same or similar specific points listed as "protection requests" (e.g. the letters from creditors Mr. Carl Brown and Mr. Jakow Diener), I should like to be brief here and I hereby make those same specific requests numbered 1-4.

Upon request, I shall be most pleased to furnish the Court with copies of my IRA and taxable account statements.  However, inasmuch as I now realize such records will become public and are likely already at your hand via the debtor, I will await said request.

I shall be very grateful, Your Honor, for your sincere consideration of my protection requests and I thank you for your time and consideration.

Very truly yours,

*[signature: Gene Goldstein]*

Gene B. Goldstein