

Varun B. Parekh
521 N Clarendon Ave
Lombard, IL 60148
630-670-3299

FILED
2023 AUG -7  AM 10: 09

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Chief Judge Laurie Seiber Silverstein
US Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE 19801

Subject: Request for Protection of Secured Load Investments and Cash in PeerStreet Bankruptcy Proceedings re: PeerStreet Individual Account Number ▇▇▇▇ and Stretto Claim Number ▇▇▇▇

Honorable Chief Judge Laurie Seiber Silverstein –

I hope this letter finds you well. In addition to filing Claim ▇▇▇▇ directly with Stretto, **I am writing to request your consideration for the protection and preservation for my secured loan investments totaling $33,629.15 as well as cash totaling $22,386.50 on the PeerStreet platform** as of 7/25/23. I noticed several individual investors on PeerStreet have written in seeking your support. I'd like you to be aware that I modified a letter submitted by a separate investor. I wanted to write with the intention of advocating for both myself and the many others impacted by the PeerStreet bankruptcy filing.

As an investor with PeerStreet, I have diligently invested my funds in various vetted real estate backed loans through the platform. These investments were made with the understanding that they were secured by underlying collateral, providing an added layer of protection. However, given the bankruptcy filing, I am concerned about the potential impact on my investments and the preservation of my rights as a secured creditor.

I request you to kindly consider the following points for the protection of my investments and available cash:

1. Preservation of Secured Loan Investments: As a secured creditor, I request that the court ensures the proper handling and preservation of the underlying collateral associated with my loan investments. Any potential sale or disposition of these assets must be conducted fairly and transparently to maximize recovery and protect the interests of secured creditors.
2. Transparency and Communication: I respectfully ask that the court provides regular updates and communicates pertinent information related to the bankruptcy proceedings. Transparency is essential in allowing affected investors to understand the status of their investments, any potential recovery, and the timeline for resolution.
3. Fair Treatment of Secured Creditors: I trust that the court will prioritize the fair treatment of secured creditors in the distribution of assets. Secured loans were made with the expectation that in the event of default or bankruptcy, secured creditors would have a higher claim on the available

assets. I urge the court to consider this principle in any distribution plan approved for PeerStreet's bankruptcy.

4. Safeguarding of Available Cash: Besides my secured loan investments, I also have available cash in my PeerStreet account. I request that the court ensure this cash balance's protection and preservation, allowing for this return or proper distribution following the applicable laws and regulations.

I understand that the bankruptcy process is complex, and decisions must be made based on thoroughly examining the facts and legal considerations. However, as an investor, I have placed my trust in the integrity of the bankruptcy court to safeguard my investments and ensure fair treatment.

I appreciate your attention to this matter and your commitment to upholding justive in the bankruptcy proceedings. Should there be any updates or information regarding protecting my investments and cash, I request that your office communicate with me directly.

Thank you for your time and consideration. I look forward to a fair resolution that protects the rights and interests of all investors involved.

*[signature]* 7/30/23

Varun B. Parekh

Account: ███████
varun.parekh@me.com
630-670-3299

Attachments:

1. PeerStreet Account details
2. PeerStreet Investment dashboard
3. PeerStreet List of Secured Real Estate Loan Positions

Account Settings

# My Account

Individual Account: 4849029210

## Personal Information

| | |
|---|---|
| Email | varun.parekh@me.com |
| Phone | (630) 670-3299 |
| Address | 521 N Clarendon Ave |
| Address (Optional) | |
| City | Lombard |
| State / Territory | IL |
| ZIP Code | 60148 |

Edit

## Security

| | |
|---|---|
| Password | Edit |
| Two-Factor Authentication [Off] | Edit |

## Transfer on Death Beneficiary

Designate a beneficiary to receive your account assets upon your death. Adding a beneficiary to this account will supersede any conflicting provisions in any will, trust, or agreement.

### Primary Beneficiary

| | |
|---|---|
| Name | Dominika Peschak |
| Relationship | Spouse |
| Birthdate | 03/05/1980 |

Edit

About Us
Blog
News
Press
Careers
Affiliate Program

Investments
How it Works
Self-Directed IRA
Want to borrow?
Accredited Investor

Help
FAQs
Contact Us
844.733.7787
info@peerstreet.com

© 2023 Peer Street, Inc. All rights reserved.
PS Funding, Inc. CA Bureau of Real Estate - Real Estate Broker License No. 01984624; California Finance Lenders License 60DBO-45398

The information on this website does not constitute an offer to sell securities or a solicitation of an offer to buy securities. Further, none of the information contained in this website is a recommendation to invest in any securities. By using this website, you accept our Terms of Service, Privacy Policy and Notice of Right to Opt-Out. Past performance is no guarantee of future returns. Any historical returns, expected returns, or probability projections may not reflect actual future performance. All investments involve risk and may result in loss. Terms and Investment Disclosures

7/23/23, 9:25 PM — Overview

| | | | | |
|---|---|---|---|---|
| Total Account Value | Total Earned | In Loans | In Pocket | In Portfolio Learn More |
| $56,015.65 | +$13,015.65 | $33,629.15 | $0.00 | |

Overview  Automated Investing [off]  Loan Positions  Transaction History  Statements  Invite Friends

## Overview

**Total Account Value**
$56,015.65

| | |
|---|---|
| Awaiting Loan Closing | $0.00 |
| Invested Loan Principal | $33,629.15 |
| Invested Pocket Principal | $0.00 |
| Investable Cash | $22,386.50 |

### Return on Loan Investments

| | |
|---|---|
| Annual | +5.5% |
| Cumulative | +33.1% |

How is this calculated?

### Total Earned

All-time  Year-to-Date

+$13,015.65

| Loans Earnings | $13,015.65 |
|---|---|
| Interest | $14,093.75 |
| Fees | $143.21 |
| Gain on Sale | $111.63 |
| Charge Off | -$1,526.90 |
| Other | $193.96 |
| Pocket | $0.00 |
| Interest | $0.00 |

(chart: Aug '17, Aug '18, Aug '19, Aug '20, Aug '21, Jul '22; values $0, $5,000, $10,000, $15,000, $20,000)

About Us | Investments | Help
Blog | How It Works | FAQs
News | Self-Directed IRA | Contact Us
Press | Want to borrow? | 844-733-7767
Careers | Accredited Investor | hello@peerstreet.com
Affiliate Program

© 2023 Peer Street, Inc. All rights reserved.
PS Funding, Inc. CA Bureau of Real Estate Real Estate Broker License No. 01984664. California Finance Lenders License 60DBO-45398

The information on this website does not constitute an offer to sell, solicitation of an offer to buy securities. Further, none of the information contained on this website is a recommendation to invest in any securities. By using this website, you accept our Terms of Service, Privacy Policy and Notice of Rights on OptOut. Past performance is no guarantee of future results. Any historical returns, expected returns or probability projections may not reflect actual future performance. All investments involve risk and may result in loss.
Terms and Investment Disclosures

7/25/23, 8:20 PM

## Positions

| Total Account Value | Total Earned | In Loans | In Pocket | In Portfolio Learn More |
|---|---|---|---|---|
| $56,015.65 | +$13,015.65 | $33,629.15 | $0.00 | |

Overview  Automated Investing [Off]  Loan Positions  Transaction History  Statements  Invite Friends

### Return on Loan Investments

| | |
|---|---|
| Annual | +5.5% |
| Cumulative | +33.1% |

How is this calculated?

### All Investments

- 55 Paid Off
- 17 Active – Current
- 0 Active – Deferred
- 4 Active – Late
- 1 Short Pay
- 0 Early Liquidation

### Active Investments (21)

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Perris, CA Acquisition #4 | $126.00 | $126.00 | 9.25% | +$4.07 | January 25, 2023 | January 1, 2024 | CURRENT | | |
| Joshua Tree, CA Acquisition #4 (Series 1) | $2,000.00 | $2,000.00 | 9.50% | +$71.24 | January 17, 2023 | September 1, 2023 | CURRENT | 3 | 3 mon ago |
| Tarzana, CA Acquisition #5 | $113.00 | $113.00 | 8.25% | +$2.81 | January 13, 2023 | October 1, 2023 | CURRENT | | |
| Clermont, FL Acquisition #9 | $496.00 | $489.07 | 8.50% | +$15.91 | December 14, 2022 | November 1, 2023 | CURRENT | | |
| Wimberley, TX Acquisition | $2,000.00 | $2,000.00 | 9.00% | +$86.50 | December 8, 2022 | November 1, 2023 | CURRENT | | |
| Philadelphia, PA Acquisition #90 | $142.00 | $142.00 | 7.25% | +$5.39 | November 23, 2022 | November 1, 2023 | CURRENT | 4 | 3 mon ago |
| New York, NY Cash-Out Refinance #26 | $362.00 | $362.00 | 8.25% | +$15.02 | October 31, 2022 | November 1, 2023 | CURRENT | | |
| Philadelphia, PA Cash-Out Refinance #84 (Series 1) | $2,000.00 | $2,000.00 | 7.75% | +$67.18 | October 25, 2022 | October 1, 2023 | LATE 30 | 4 | about month ago |
| Tampa, FL Cash-Out Refinance #107 | $2,000.00 | $2,000.00 | 7.50% | +$98.33 | October 5, 2022 | October 1, 2023 | CURRENT | | |
| Brooklyn, NY Cash-Out Refinance #218 | $115.00 | $115.00 | 8.50% | +$6.97 | September 13, 2022 | June 1, 2023 Past Maturity | CURRENT | 2 | 25 da ago |
| Bay Shore, NY Acquisition #3 | $1,846.00 | $1,846.00 | 9.00% | +$132.03 | August 16, 2022 | September 1, 2023 | CURRENT | | |
| Philadelphia, PA Cash-Out Refinance #78 (Series 1) | $134.00 | $134.00 | 7.50% | +$9.71 | June 14, 2022 | July 1, 2024 | CURRENT | | |
| Elizabeth, NJ Acquisition #19 (Series 1) | $455.00 | $302.74 | 7.00% | +$21.91 | June 14, 2022 | June 1, 2023 Past Maturity | CURRENT | 2 | 25 da ago |
| Sebring, FL Acquisition #5 | $2,000.00 | $2,000.00 | 7.50% | +$142.50 | May 20, 2022 | June 1, 2023 Past Maturity | CURRENT | 3 | 25 da ago |
| Winter Haven, FL Cash-Out Refinance #9 | $2,000.00 | $2,000.00 | 7.50% | +$164.58 | April 26, 2022 | May 1, 2024 | CURRENT | | |
| East Providence, RI Cash-Out Refinance #2 | $2,000.00 | $2,000.00 | 7.25% | +$148.99 | April 21, 2022 | May 1, 2024 | CURRENT | 2 | 3 mon ago |
| Atlanta, GA Acquisition #124 | $2,000.00 | $2,000.00 | 7.00% | +$164.16 | March 30, 2022 | April 1, 2024 | CURRENT | | |
| Greenwood, SC Acquisition #2 (Series 1) | $2,000.00 | $1,999.34 | 7.00% | +$198.22 | December 31, 2021 | December 1, 2023 | CURRENT | 2 | over year |
| Reseda, CA Cash-Out Refinance #6 | $2,000.00 | $2,000.00 | 7.00% | +$269.58 | February 26, 2021 | March 1, 2023 Past Maturity | LATE 90+ | 26 | 25 da ago |
| Brooklyn, NY Refinance #140 | $5,000.00 | $5,000.00 | 8.25% / 7.25% | +$168.46 | September 4, 2019 | September 1, 2020 Past Maturity | DEFAULT | 27 | Comp Filed 25 da ago |

https://www.peerstreet.com/positions

1/4

2/4

7/25/23, 8:20 PM

Positions

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Paid Off Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Ontario, CA Acquisition #15 | $2,000.00 | $0.00 | 7.00% | +$88.85 | May 5, 2022 | December 27, 2022 | PAID OFF | 1 | 8 months ago |
| (North Hollywood Area) Los Angeles, CA Acquisition | $2,000.00 | $0.00 | 7.00% | +$55.62 | April 22, 2022 | September 20, 2022 | PAID OFF | | |
| Seattle, WA Refinance #36 (Series 1) | $2,000.00 | $0.00 | 7.25% | +$208.95 | April 8, 2022 | May 2, 2023 | PAID OFF | 7 | 5 months ago |
| Tujunga Area, CA Refinance | $2,000.00 | $0.00 | 7.13% | +$43.95 | April 4, 2022 | August 2, 2022 | PAID OFF | | |
| Los Angeles, CA Acquisition #83 | $2,000.00 | $0.00 | 7.00% | +$164.94 | January 18, 2022 | March 28, 2023 | PAID OFF | 2 | 11 months ago |

About Us · Blog · News · Press · Careers · Affiliate Program

Investments · How It Works · Self-Directed IRA · Want to Borrow? · Accredited Investor

Help · FAQs · Contact Us · 844-733-7787 · info@peerstreet.com

f · in

The information on this website does not constitute an offer to sell securities or a solicitation of an offer to buy securities. Further, none of the information contained on this website is a recommendation to invest in any securities. By using this website, you accept our Terms of Service, Privacy Policy and Notice of Right to Opt-Out. Past performance is no guarantee of future results. Any historical returns, expected returns, or probability projections may not reflect actual future performance. All investments involve risk and may result in loss. Terms and Investment Disclosures.

© 2023 Peer Street, Inc. All rights reserved.
PS Funding, Inc. CA Bureau of Real Estate - Real Estate Broker License No. 01984064. California Finance Lenders License 60DBO-45368

https://www.peerstreet.com/positions    3/4

---

7/25/23, 8:20 PM

Positions

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Brooklyn, NY Acquisition #139 (Series 1) | $5,000.00 | $5,000.00 | 8.50% / 7.56% | +$193.74 | September 3, 2019 | September 1, 2020 Past Maturity | DEFAULT | 24 | Comp Filed 2 mon ago |

View All Past Investments

Past Investments (56)

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Paid Off Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Tampa, FL Acquisition #110 | $100.00 | $0.00 | 8.00% | +$3.90 | October 27, 2022 | April 25, 2023 | PAID OFF | 2 | 6 months ago |
| Enfield, CT Acquisition #4 (Series 2) | $102.00 | $0.00 | 9.00% | +$0.84 | September 12, 2022 | October 25, 2022 | PAID OFF | | |
| Brooklyn, NY Cash-Out Refinance #219 | $107.00 | $0.00 | 9.50% | +$7.06 | August 31, 2022 | May 16, 2023 | PAID OFF | | |
| Larchmont, NY Cash-Out Refinance #2 | $320.00 | $0.00 | 7.50% | +$11.26 | August 30, 2022 | February 28, 2023 | PAID OFF | 1 | 6 months ago |
| North Miami Beach, FL Acquisition #5 | $1,846.00 | $0.00 | 8.25% | +$107.02 | August 12, 2022 | May 2, 2023 | PAID OFF | 2 | 8 months ago |
| Lakeside, CA Acquisition #3 (Series 1) | $102.00 | $0.00 | 7.75% | -$1.64 | August 1, 2022 | October 4, 2022 | PAID OFF | | |
| Montclair, NJ Cash-Out Refinance #4 | $104.00 | $0.00 | 9.50% | +$6.37 | July 25, 2022 | March 21, 2023 | PAID OFF | | |
| Highland Township, MI Acquisition | $2,000.00 | $0.00 | 7.63% | +$58.04 | June 30, 2022 | November 22, 2022 | PAID OFF | | |
| Glendale, CA Acquisition #58 (Series 1) | $2,000.00 | $0.00 | 7.00% | +$14.00 | May 25, 2022 | July 5, 2022 | PAID OFF | 1 | about 1 year ago |
| Vero Beach, FL Acquisition #5 (Series 1) | $1,513.00 | $0.00 | 7.00% | +$100.65 | May 9, 2022 | April 25, 2023 | PAID OFF | | |

https://www.peerstreet.com/positions    4/4