Peer Street, Inc., et al.
Case Number: 23-10815 (LSS)
David Anthony Pelner
12704 NE 32nd Street Bellevue, WA 98005
Email: tony@pelner.com
M: 206.465.5877



FILED
2023 AUG -7 AM 10: 05
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Chief Judge Laurie Seiber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 3rd floor
Wilmington, DE 19801

July 31, 2023

Re: Case 23-10815-LSS

Request for Protection of Secured Loan Investments and Cash in Peer Street Bankruptcy Proceedings (Peer Street Individual Account: ▮▮▮▮▮▮.

Dear Honorable Chief Judge Laurie Seiber Silverstein,

I hope this letter finds you well.

As you may have seen from previous Investor letters, I have utilized portions of correspondence sent by other investors/creditors in the referenced bankruptcy proceeding.

I am writing to request your assistance in protecting and segregating my secured loan investments and cash with a total account value of $23,110.54 (Invested Loan Principal: $13,327.78, Investable Cash: $9,782.76). I, along with thousands of other participants invested in fractional ownership in mortgage loans offered on Peer Street's website. I did not invest in the operation of Peer Street (the entity), and I did not lend the entity or their

management any money.

As a mortgage loan investor on the Peer Street platform, I had carefully invested my funds in various real estate-backed fractional mortgage loans originated and serviced through the Peer Street platform. These loan investments were made with the understanding that they were held separately and secured by underlying collateral backed by secured notes, which had no more than a chosen LTV of 65%, a conservative ratio. I was assured that the mortgage loans were held separately from the core business of the company, which provided an added layer of protection. Additionally, I was told that if Peer Street itself failed, that a trustee would come in and continue to collect my mortgage loan payments and forward them to me. I respectfully ask that you not combine these mortgage loan assets with Peer Street assets in satisfying their bankruptcy proceedings. I have come to understand that the Debtor (Peer Street) itself is insolvent and that they are asking to use my investments (loan holdings) to satisfy their debts and non-investor creditors. I believe this is wholly unfair based on the guarantee's investors were told. All creditors, lenders, independent contractors as well as Peer Street owners, executives, highly compensated employees, and others who were paid commissions are not entitled to my Loan Portfolio proceeds to satisfy the bankruptcy claims. It is not just for Peer Street (the debtors) to look to use my loan investment holdings to satisfy their business mismanagement. Peer Street, as a mortgage broker lender and fiduciary, held my assets in trust. Those assets should not be commingled and used to satisfy their business debts/expenses.

I request that you kindly consider the following points for the protection of my loan investments and cash:

> 1. Preservation of Secured Loan Investments: As a secured creditor, I request that the court ensures the proper handling and preservation of the underlying collateral associated with my loan investments. Any potential sale or disposition of these assets must

be conducted fairly and transparently to maximize recovery and protect the interests of myself, the loan Investors first before using any investor funds to satisfy the Company's debts.

2. Transparency and Communication: I have signed up with Stretto Document update and ask that the court provide regular updates and information related to the bankruptcy proceedings.

3. Fair Treatment of Secured Creditors: I trust that the court will prioritize the fair treatment of secured creditors in the distribution of assets. Secured loans were made on the Peer Street platform with the expectation that in the event of default or bankruptcy, secured creditors would have a higher claim on the available assets. Peer Street promised on their website, that deposited funds are held in cash which are FDIC-insured up to $250,000. Funds I transfer to the Peer Street Funding, LLC Investors Trust Account at Wells Fargo Bank are insured by the FDIC up to the maximum amount per individual, cumulative of all my funds at Wells Fargo. I urge the court to consider this principle in any distribution plan approved for Peer Street's bankruptcy.

4. I request that the court ensure this investable/available cash balance's protection and preservation, allowing for its return or proper distribution.

5. I understand that the bankruptcy process is complex, as a non-accredited investor, I have placed my trust in the integrity of the bankruptcy court to safeguard my investments and ensure fair treatment. It is enough that I took a risk in making these mortgage loans, I, however, did not sign up to partner with or invest in Peer Street operations. I never agreed to underwrite their business

expenses and we the investors should not be penalized because they could not secure additional venture capital, nor responsibly control operating costs.

6. Please separate and preserve the fractional mortgage loan and cash accounts that I have from the general assets Peer Street has in any bankruptcy proceedings.

I appreciate your attention to this matter and your commitment to upholding justice in the bankruptcy proceedings. I also thank you for your time and consideration and look forward to a fair resolution that protects the rights and interests of mortgage loan investors.

Respectfully,


David Anthony Pelner
Attachments: Peer Street Account Dashboard screenshot



## PeerStreet

| Total Account Value | Total Earned | In Loans | In Pocket | In Portfolio Learn More | Investable Cash |
|---|---|---|---|---|---|
| $23,110.54 | +$2,841.54 | $13,327.78 | $0.00 | | $9,782.76 |

Dashboard  Loans  Pocket  David Anthony Pelner

### Bankruptcy Announcement

Peer Street, Inc. and its affiliated companies ("PeerStreet") filed for protection under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware on Monday, June 26, 2023.

Please see this Press Release.

In light of PeerStreet's recent Chapter 11 bankruptcy filing, all transactions have been paused. PeerStreet will ultimately be seeking a distribution construct approved by the Court to pay investors. Information about the bankruptcy case can be found at https://cases.stretto.com/peerstreet along with a list of Frequently Asked Questions.

It is particularly important that you review any notices emailed to you from Stretto, as Court approved noticing agent.

Loan performance status displayed on the site is as of June 26, 2023.

Overview  Automated Investing  Loan Positions  Transaction History  Statements  Invite Friends

## Overview

**Total Account Value**

### $23,110.54

| | |
|---|---|
| Awaiting Loan Closing | $0.00 |
| Invested Loan Principal | $13,327.78 |
| Invested Pocket Principal | $0.00 |
| Investable Cash | $9,782.76 |

**Return on Loan Investments**

| | |
|---|---|
| Annual | +6.7% |
| Cumulative | +17.8% |

How is this calculated?

**Total Earned**

All-time  Year-to-Date

### +$2,841.54

| | |
|---|---|
| Loans Earnings | $2,841.54 |
| Interest | $2,834.32 |
| Fees | $7.22 |
| Gain on Sale | $0.00 |