Jennifer Rodriguez
22810 Collridge Dr
Land O Lakes, FL 34639
jgilrod@icloud.com



FILED
2023 AUG -7 AM 9: 57
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

July 31, 2023

Chief Judge Laurie Seiber Silberstein
U.S. Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE 19801

Re: Case 23-10815-LSS Request for Protection of Secured Loan Investments and Cash in Peer Street Bankruptcy Proceedings (Peer Street Individual IRA Account: ▮▮▮▮▮)

Dear Honorable Chief Judge Laurie Seiber Silberstein,

I am writing to request your assistance in protecting and segregating my secured loans in the bankruptcy proceedings for PeerStreet, Inc. and its affiliated companies.

Over several years, I have invested funds into my IRA account on the Peer Street platform that were invested in various real estate-backed loans. These investments were made with the understanding that they were secured by underlying collateral.

I request that$ you consider the following points already mentioned by other investors for protection of our loan investments and cash:

1. Preservation of Secured Loan Investments: As a secured creditor, I request that the court ensures the proper handling and preservation of the underlying collateral associated with my loan investments. Any potential sale or disposition of these assets must be conducted fairly and transparently to maximize the recovery and protect the interest of the loan investors BEFORE using any investor funds to satisfy the debts of the Company.
2. Transparency and Communication: I respectfully request that the court provide regular updates and communicate pertinent information related to the bankruptcy proceedings.
3. Fair Treatment of Secured Creditors: I request that the court prioritize the fair treatment of secured creditors in the distribution of assets. Secured loans were made on the Peer Street platform with the expectation that in the event of default or bankruptcy, secured creditors would have a higher claim on available assets.
4. Safeguarding of Available Cash: Besides my secured investments, I also have available cash of $14,137.07 in my Peer Street account.

Like many of the other investors, I am not flush with assets. I am simply trying to put away for my retirement and am concerned that what I have been working on for years may simply vanish.

Thank you for your attention in this matter.

Respectfully,

Jennifer Rodriguez:

Attachment:
Peer Street Account Statement

  

STRATA Trust Company,
Custodian FBO Jennifer Rodriguez

Account Number
SD IRA Account Number
Tax ID Number
Account Type    Ira

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| **$31,515.99** | **$54.98** |

### Account Summary

| | 06/01/23 | Net change | 06/30/23 |
|---|---|---|---|
| Investable Cash | $13,082.09 | $1,054.98 | $14,137.07 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $18,378.92 | -$1,000.00 | $17,378.92 |
| Account Total | $31,461.01 | $54.98 | $31,515.99 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $54.98 | $864.05 |
| Fees [3] | $0.00 | $13.97 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Total | $54.98 | $878.02 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.

[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

### Loan Positions

#### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| Hermosa Beach, CA Refinance #3 | 7.250% | 01/04/18 | 01/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Miami, FL Refinance #66 (Series 2) | 8.000% | 11/27/18 | 11/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #139 (Series 1) | 7.500% | 09/03/19 | 09/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance (Series 1) | 6.750% | 09/06/19 | 09/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Sayreville, NJ Acquisition #2 | 7.375% | 02/27/20 | 09/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Paia, HI Acquisition (Series 1) | 6.750% | 11/01/21 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| South Padre Island, TX Acquisition | 6.625% | 11/23/21 | 12/01/23 | $562.00 | $562.00 | $3.10 | $0.00 |
| Greenwood, SC Acquisition #2 (Series 1) | 7.000% | 12/31/21 | 12/01/23 | $117.00 | $116.96 | $0.68 | $0.00 |
| Pinon Hills, CA Acquisition #3 | 6.750% | 02/18/22 | 02/01/24 | $182.00 | $182.00 | $0.00 | $0.00 |
| Fort Myers, FL Cash-Out Refinance #5 | 6.250% | 03/10/22 | 03/01/24 | $1,000.00 | $1,000.00 | $5.21 | $0.00 |
| North Bellmore, NY Cash-Out Refinance | 6.750% | 04/06/22 | 02/01/23 | $326.00 | $326.00 | $0.00 | $0.00 |
| Exton, PA Acquisition #2 (Series 1) | 6.750% | 04/06/22 | 04/01/23 | $147.00 | $147.00 | $0.83 | $0.00 |
| Murrieta, CA Acquisition #6 | 7.500% | 06/08/22 | 05/01/24 | $1,000.00 | $1,000.00 | $6.25 | $0.00 |
| San Jose, CA Acquisition #137 (Series 1) | 8.000% | 06/16/22 | 12/01/23 | $260.00 | $260.00 | $0.00 | $0.00 |
| Kissimmee, FL Acquisition #44 | 8.500% | 08/15/22 | 09/01/23 | $1,000.00 | $1,000.00 | $7.08 | $0.00 |
| Westbury, NY Acquisition #9 | 8.000% | 08/26/22 | 09/01/23 | $1,000.00 | $1,000.00 | $16.62 | $0.00 |
| Indianapolis, IN Acquisition #33 | 7.750% | 09/01/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Indianapolis, IN Acquisition #32 | 7.750% | 09/08/22 | 06/01/23 | $162.00 | $162.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #218 | 8.500% | 09/13/22 | 06/01/23 | $816.00 | $816.00 | $5.78 | $0.00 |
| Fullerton, CA Acquisition #13 | 7.500% | 10/04/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Philadelphia, PA Cash-Out Refinance #84 (Series 1) | 7.750% | 10/25/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| New York, NY Cash-Out Refinance #26 | 8.250% | 10/31/22 | 11/01/23 | $309.00 | $309.00 | $0.00 | $0.00 |
| Lauderhill, FL Acquisition | 7.750% | 11/08/22 | 10/01/23 | $106.00 | $106.00 | $0.68 | $0.00 |
| Azle, TX Acquisition | 9.250% | 01/06/23 | 01/01/24 | $160.00 | $160.00 | $0.00 | $0.00 |
| Tarzana, CA Acquisition #5 | 8.250% | 01/13/23 | 10/01/23 | $129.00 | $129.00 | $0.00 | $0.00 |
| New Egypt, NJ Acquisition #2 | 9.250% | 01/25/23 | 02/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Seattle, WA Refinance #38 | 9.990% | 02/06/23 | 01/01/24 | $104.00 | $102.96 | $0.00 | $0.00 |
| **Total** | | | | **$17,380.00** | **$17,378.92** | **$46.23** | **$0.00** |

#### Pending Investments

None

#### Past Investments

| Loan | Yield | Start Date | Paid Off | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| Ventura, CA Acquisition #9 (Series 2) | 7.500% | 10/25/22 | 06/20/23 | $1,000.00 | $0.00 | $8.75 | $1,000.00 |
| **Total** | | | | **$1,000.00** | **$0.00** | **$8.75** | **$1,000.00** |

### Transaction History

| Date | Transaction | Amount | Account Total |
|---|---|---|---|
| 06/01/23 | Beginning Balance | — | $31,461.01 |
| 06/06/23 | Interest from Brooklyn, NY Cash-Out Refinance #218 | $5.78 | $31,466.79 |
| 06/13/23 | Interest from Westbury, NY Acquisition #9 | $6.67 | $31,473.46 |
| 06/13/23 | Default Interest from Westbury, NY Acquisition #9 | $0.99 | $31,474.45 |

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| 06/13/23 | Interest from Westbury, NY Acquisition #9 | $6.67 | $31,481.12 |
| 06/13/23 | Default Interest from Westbury, NY Acquisition #9 | $2.29 | $31,483.41 |
| 06/13/23 | Interest from Kissimmee, FL Acquisition #44 | $7.08 | $31,490.49 |
| 06/13/23 | Interest from South Padre Island, TX Acquisition | $3.10 | $31,493.59 |
| 06/13/23 | Interest from Fort Myers, FL Cash-Out Refinance #5 | $5.21 | $31,498.80 |
| 06/13/23 | Interest from Exton, PA Acquisition #2 (Series 1) | $0.83 | $31,499.63 |
| 06/13/23 | Interest from Greenwood, SC Acquisition #2 (Series 1) | $0.68 | $31,500.31 |
| 06/20/23 | Interest from Ventura, CA Acquisition #9 (Series 2) | $8.75 | $31,509.06 |
| 06/20/23 | Principal from Ventura, CA Acquisition #9 (Series 2) | $1,000.00 | $31,509.06 |
| 06/20/23 | Interest from Lauderhill, FL Acquisition | $0.68 | $31,509.74 |
| 06/20/23 | Interest from Murrieta, CA Acquisition #6 | $6.25 | $31,515.99 |
| **06/30/23** | **Ending Balance** | — | **$31,515.99** |