James R. Pickard
1075 Whiting Rd.
Jordan, NY 13080
315-345-3870
E-mail: jrpickard@mac.com





August 3, 2023

Chief Judge Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market St. 6th Floor
Wilmington, DE. 19801

Re:  Request for Protection of Secured Loan Investments and Cash in my PeerStreet Account.

Honorable Chief Judge Laurie Selber Silverstein,

I am writing to request your assistance to protect my investments made with Peer Street that are now frozen due to the above bankruptcy.

My wife and I are retired. I was a small business owner and she a high school English teacher.

As a self-employed person, I never had the opportunity for a pension or other benefits from an established employer. Therefore, I needed to invest our savings where I thought we might get the best return with minimal risk.

I turned 70 this year and my wife, of 45 years, will also soon turn 70. The funds we have in Peer St. represent a substantial part of our IRA savings.

I was under the impression that the funds that Peer Street received from us would be used to loan individuals for short term mortgages and other types of loans. I expected that Peer Street charged those borrowers a percent or so over what they were paying in interest to me and that would take care of their cost of doing business. At the time I decided to invest with PeerStreet, they were very reassuring that they vetted those borrowers well and defaults were rare.

My wife and I are confused as to how Peer Street has failed on what I saw as its mission and business model. We are very frightened that we will lose nearly $87,000 of our hard-earned life savings.

I'm requesting your assistance in protecting my loan investments, available cash, and pocket money.

Thank you for reading my letter.

Respectfully yours,

*James R. Pickard*

James R. Pickard

Attachment: Peer Street Statement




STRATA Trust Company,
Custodian FBO James Pickard

Account Number
SD IRA Account Number
Tax ID Number
Account Type  Ira

## Monthly Overview

| | Total Account Value | | Earnings This Statement |
|---|---|---|---|
| | **$86,943.47** | | **$62.46** |

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $3,979.08 | $0.00 | $3,979.08 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $63,904.02 | $0.00 | $63,904.02 |
| Invested Pocket Principal | $18,997.91 | $62.46 | $19,060.37 |
| Account Total | $86,881.01 | $62.46 | $86,943.47 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $4,062.11 |
| Fees [3] | $0.00 | $67.50 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | -$133.80 |
| Other | $0.00 | $64.00 |
| Pocket Interest | $62.46 | $444.20 |
| Total | $62.46 | $4,504.01 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

### Loan Positions

**Active Investments**

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Outstanding | Payments This Period Earnings | Principal |
|---|---|---|---|---|---|---|---|
| Brooklyn, NY Refinance #15 | 7.500% | 10/31/17 | 11/01/18 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Miller Place, NY Acquisition | 7.500% | 11/08/18 | 10/19/19 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Tallahassee, FL Refinance #3 | 9.000% | 09/17/19 | 12/01/20 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #172 | 7.125% | 11/29/19 | 12/01/20 | $1,657.00 | $1,657.00 | $0.00 | $0.00 |
| Pleasantville, NJ Refinance #3 | 7.250% | 02/20/20 | 03/01/21 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| New Port Richey, FL Acquisition #8 | 6.125% | 02/23/22 | 06/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Naples, FL Cash-Out Refinance #14 | 6.750% | 03/31/22 | 04/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Irvington, NJ Acquisition #61 | 6.625% | 04/01/22 | 04/01/23 | $118.00 | $118.00 | $0.00 | $0.00 |
| North Bellmore, NY Cash-Out Refinance | 6.750% | 04/06/22 | 02/01/23 | $1,932.00 | $1,932.00 | $0.00 | $0.00 |
| Burbank, CA Acquisition #16 | 6.875% | 05/19/22 | 05/16/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Sebring, FL Acquisition #5 | 7.500% | 05/20/22 | 06/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| San Diego, CA Cash-Out Refinance #75 (Series 1) | 6.500% | 06/10/22 | 06/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Elizabeth, NJ Acquisition #19 (Series 1) | 7.000% | 06/14/22 | 06/01/23 | $2,000.00 | $1,330.76 | $0.00 | $0.00 |
| Miami Gardens, FL Acquisition #27 (Series 1) | 8.000% | 06/17/22 | 07/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Joshua Tree, CA Acquisition #2 (Series 1) | 7.000% | 06/29/22 | 07/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Charleston, SC Cash-Out Refinance #14 | 9.000% | 08/16/22 | 09/01/23 | $1,930.00 | $1,930.00 | $0.00 | $0.00 |
| NAPLES, FL Cash-Out Refinance #15 | 7.500% | 09/01/22 | 09/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Miami Gardens, FL Cash-Out Refinance #28 | 8.000% | 09/09/22 | 10/01/23 | $1,899.00 | $1,899.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #218 | 8.500% | 09/13/22 | 06/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Laredo, TX Cash-Out Refinance | 7.750% | 09/15/22 | 10/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| New York, NY Cash-Out Refinance #26 | 8.250% | 10/31/22 | 11/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Baltimore, MD Acquisition #97 | 7.500% | 11/02/22 | 05/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Summerville, SC Cash-Out Refinance #8 | 8.500% | 11/17/22 | 11/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Tampa, FL Acquisition #109 | 8.000% | 12/06/22 | 11/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Wimberley, TX Acquisition | 9.000% | 12/08/22 | 11/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Houston, TX Cash-Out Refinance #67 | 9.000% | 12/23/22 | 01/01/24 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Cleveland, OH Acquisition #27 | 9.250% | 12/27/22 | 12/01/23 | $1,342.00 | $1,342.00 | $0.00 | $0.00 |
| Tarzana, CA Acquisition #5 | 8.250% | 01/13/23 | 10/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Chester, PA Acquisition | 9.740% | 01/19/23 | 01/01/24 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Perris, CA Acquisition #4 | 9.250% | 01/25/23 | 01/01/24 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Lubbock, TX Acquisition | 9.500% | 01/31/23 | 02/01/24 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| San Bernardino, CA Acquisition #40 | 9.250% | 01/31/23 | 02/01/24 | $2,000.00 | $759.26 | $0.00 | $0.00 |
| Wichita, KS Acquisition #5 | 9.250% | 02/02/23 | 02/01/24 | $936.00 | $936.00 | $0.00 | $0.00 |
| Winter Springs, FL Acquisition #4 | 10.500% | 02/07/23 | 02/01/24 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Mt Holly, NJ Acquisition | 9.500% | 02/16/23 | 02/01/24 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Total | | | | $65,814.00 | $63,904.02 | $0.00 | $0.00 |

**Pending Investments**
None

**Past Investments**
None