**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On August 3, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Filing of Disclosure Declaration of Ordinary Course Professional, Sandberg Phoenix & Von Gontard P.C.** (Docket No. 175)

- **Notice of Filing of Disclosure Declaration of Ordinary Course Professional, Ford & Paulekas, LLP** (Docket No. 178)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

Furthermore, on August 3, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit B**, via facsimile on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Notice of Amended Agenda Matters Scheduled for Status Conference on August 4, 2023 at 3:00 P.M. (ET)** (Docket No. 181)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: August 7, 2023

_____
Gregory A. Lesage

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 7th day of August 2023, by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

# Exhibit A



**Exhibit A**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|------|-------|-----|
| Armanino LLP | 50 West San Fernando St. | Suite 500 | San Jose | CA | 95113 |
| Brothers Smith LLP | 2033 N Main St. | Suite 720 | Walnut Creek | CA | 94596 |
| Burr & Forman LLP | PO Box 830719 | | Birmingham | AL | 35283 |
| Cannon Law, LLC | PO Box 678 | | Lewis Center | OH | 43035 |
| Cole-Frieman & Mallon LLP | One Sansome St. | Suite 1895 | San Francisco | CA | 94104 |
| Cruikshank Ersin, LLC | 6065 Roswell Rd. NE Suite 680 | Northside Tower | Atlanta | GA | 30328 |
| Diaz Anselmo & Associates LLC | 1771 W. Diehl Rd. | Suite 120 | Naperville | IL | 60563 |
| Ford & Paulekas, LLP | 280 Trumbull St. | | Hartford | CT | 06103 |
| Fox Rothschild LLP | 2000 Market St. | 20th Floor | Philadelphia | PA | 19103 |
| Frenkel Lambert Weiss & Gordon | 53 Gibson St. | | Bay Shore | NY | 11706 |
| Friedman Vartolo LLP | 1325 Franklin Ave. | Suite 160 | Garden City | NY | 11530 |
| Houlihan Lokey Financial Advisors | 10250 Constellation Blvd | 5th Floor | Los Angeles | CA | 90067 |
| Latimer LeVay Fyock LLC | 55 West Monroe St. | Suite 1100 | Chicago | IL | 60603 |
| Law Offices of Tae H. Whang, LLC | 185 Bridge Plaza North | Suite 201 | Fort Lee | NJ | 07024 |
| Marinosci Law Group | 275 W. Natick Rd. | Suite 500 | Warwick | RI | 02886 |
| McMichael Taylor Gray, LLC | 3550 Engineering Dr. | Suite 260 | Peachtree Corners | GA | 30092 |
| Roach & Lin, P.C. | 6901 Jericho Turnpike | Suite 240 | Syosset | NY | 11791 |
| Sandberg Phoenix | 600 Washington Ave. | | St. Louis | MO | 63101 |
| Schwegman Lundberg Woessner | 1600 TCF Tower | 121 South Eighth St. | Minneapolis | MN | 55402 |
| Sirlin, Lesser & Benson, P.C. | 123 South Broad St. | Suite 2100 | Philadelphia | PA | 19109 |
| Snell & Wilmer LLP | 400 E. Van Buren St. | Suite 1900 | Phoenix | AZ | 85004 |
| Snell & Wilmer LLP | 600 Anton Blvd | Suite 1400 | Costa Mesa | CA | 92626 |
| Stern & Eisenberg | 500 Creek View Rd. | Suite 304 | Newark | DE | 19711 |
| Stoll Keenon Ogden PLLC | PO Box 11969 | | Lexington | KY | 40579 |
| The Chartwell Law Offices, LLP | 970 Rittenhouse Rd. | Suite 300 | Eagleville | PA | 19403 |
| The Margolin & Weinreb Law Group LLP | 165 Eileen Way | Suite 101 | Syosset | NY | 11791 |
| Trenam Law | 200 Central Ave. | Suite 1600 | St. Petersburg | FL | 33701 |
| Van Winkle Buck Wall Starnes and Davis PA | 11 North Market St. | | Asheville | NC | 28801 |
| Wilson Sonsini Goodrich & Rosati | PO Box 742866 | | Los Angeles | CA | 90074 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# <u>Exhibit B</u>



**Exhibit B**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Attn: Centralized Insolvency Op | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Securities and Exchange Commission | Attn:  Regional Director | 200 Vesey St Ste 400 Brookfield Pl | New York Regional Office | New York | NY | 10281-1022 |
| Securities and Exchange Commission | Attn: Legal Dept | 100 F Street, NE | | Washington | DC | 20549 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# Exhibit C



**Exhibit C**
Served Via Facsimile

| Name | Attention 1 | Attention 2 | Fax |
|---|---|---|---|
| Internal Revenue Service | Attn: Centralized Insolvency Operation | | 267-941-1015 |
| Jax SFH Properties, LLC | c/o The Law office of James Tobia, LLC | Attn: James Tobia | 302-656-8053 |
| John Bolich | c/o Kasen & Kasen, P.C. | Attn: Jenny R. Kasen, Esq. | 856-424-7565 |
| Magnetar Financial LLC | c/o Richards, Layton & Finger, P.A. | Attn: Russell C. Silberglied, Brendan J. Schlauch, & Emily R. Mathews | 302-651-7701 |
| Office of the United States Attorney for the District of Delaware | | | 302-573-6220 |
| Official Committee of Unsecured Creditors | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi & John C. Gentile | 302-442-7012 |
| Official Committee of Unsecured Creditors | c/o Morrison & Foerster LLP | Attn: Lorenzo Marinuzzi, Benjamin Butterfield, Raff Ferraioli, & Martha E. Martir | 212-468-7900 |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Landis Rath & Cobb LLP | Attn: Adam G. Landis, Esq., Kimberly A. Brown, Esq. & Howard W. Robertson IV, Esq. | 302-467-4450 |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Winston & Strawn LLP | Attn: David Neier, Esq. & James T. Bentley, Esq. | 212-294-4700 |
| Sean Banchik | c/o Morris James LLP | Attn: Brya M. Keilson, Esq. & Jason S. Levin, Esq. | 302-571-1750 |
| State of Delaware | Department of Justice | | 302-577-6630 |
| Vinay Kudithipudi | c/o Lynn Pinker Hurst & Schwegmann | Attn: Jared D. Eisenberg | 214-981-3839 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

# **<u>Exhibit D</u>**



**Exhibit D**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Budget Finance Company | c/o Kogan Law Firm, APC | Attn: Michael S. Kogan | mkogan@koganlawfirm.com |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Jax SFH Properties, LLC | c/o The Law office of James Tobia, LLC | Attn: James Tobia | jtobia@tobialaw.com |
| John Bolich | c/o Kasen & Kasen, P.C. | Attn: Jenny R. Kasen, Esq. | jkasen@kasenlaw.com |
| Magnetar Financial LLC | c/o Richards, Layton & Finger, P.A. | Attn: Russell C. Silberglied, Brendan J. Schlauch, & Emily R. Mathews | silberglied@rlf.com schlauch@rlf.com mathews@rlf.com |
| Magnetar Financial LLC | c/o Royer Cooper Cohen Braunfeld LLC | Attn: Marc E. Hirschfield & Marc Skapof | mhirschfield@rccblaw.com mskapof@rccblaw.com |
| MFA Financial Inc. and related affiliates | c/o Hunton Andrews Kurth LLP | Attn: J.R. Smith & Jennifer E. Wuebker | jrsmith@huntonak.com jwuebker@huntonak.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn:  Timothy J. Fox | | timothy.fox@usdoj.gov ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi & John C. Gentile | jhoover@beneschlaw.com kcapuzzi@beneschlaw.com jgentile@beneschlaw.com |
| Official Committee of Unsecured Creditors | c/o Morrison & Foerster LLP | Attn: Lorenzo Marinuzzi, Benjamin Butterfield, Raff Ferraioli, & Martha E. Martir | lmarinuzzi@mofo.com bbutterfield@mofo.com rferraioli@mofo.com mmartir@mofo.com |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Landis Rath & Cobb LLP | Attn: Adam G. Landis, Esq., Kimberly A. Brown, Esq. & Howard W. Robertson IV, Esq. | landis@lrclaw.com brown@lrclaw.com robertson@lrclaw.com |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Winston & Strawn LLP | Attn: David Neier, Esq. & James T. Bentley, Esq. | dneier@winston.com jbentley@winston.com |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)



**Exhibit D**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC | c/o Dorsey & Whitney (Delaware LLP) | Attn: Alessandra Glorioso, Esq. | glorioso.alessandra@dorsey.com |
| Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC | c/o Dorsey & Whitney LLP | Attn: Samuel S. Kohn, Esq. & Rachel P. Stoian, Esq. | kohn.sam@dorsey.com stoian.rachel@dorsey.com |
| Sean Banchick | c/o Morris James LLP | Attn: Brya M. Keilson, Esq. & Jason S. Levin, Esq. | bkeilson@morrisjames.com jlevin@morrisjames.com |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon, Esquire | | dplon@sirlinlaw.com |
| Small Business Administration | c/o Office of General Counsel | Attn: Robert T. Williamson | robert.williamson@sba.gov |
| State of Delaware | Department of Justice | Carvel State Office Building | attorney.general@state.de.us |
| Vinay Kudithipudi | c/o Lynn Pinker Hurst & Schwegmann | Attn: Jared D. Eisenberg | jeisenberg@lynnllp.com |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 2 of 2