CASE 23-10815-LSS

Nancy Navarini
526 San Gabriel Ct
Pleasanton, Ca. 94566

Account  # ███████  Individual

Chief Judge Laurie Seiber Silverstein
US Bankruptcy Court
824 North Market Street. 6th floor
Wilmington DE.   19801

Subject:    Request for protection of secured loan investments in PeerStreet bankruptcy
                proceedings

Honorable Chief Judge Laurie Seiber Silverstein,

I hope this letter finds you well.

Due to the recent filing of chapter 11 by  PeerStreet and its affiliated companies, I am writing to
ask that my loan investment be protected during these bankruptcy proceedings.  I trust that
the bankruptcy court will consider all the facts  and the legal ramifications in this complex
situation.   The retail investors, regular mom and pop hard working people, as myself,  should
have  priority to the funds from loans, pocket and portfolio. These funds should be frozen so
that money does not go to others outside of the investors.

As an investor, I put in earnest effort and time  to choose secured loans on the PeerStreet
platform with the understanding that the loans had secure underlying collateral. The loans were
supposed to be low risk backed by real estate.  All the monies in loans, portfolio and pocket
should have been off limits to run the business.  I myself did not put money in pocket or
portfolio.  The money should not have been used to pay large salaries or  bonuses to the
executive team while deceiving investors and stealing funds—-true criminal behavior.

It has been alleged that the CEO was taking extravagant vacations before filing for bankruptcy.
This needs to be investigated.

I ask at this time that you  consider the following points:

1.) Preservation of loan investments
2.) Communication and transparency
3.) Priority and fair treatment of secured creditors

With much gratitude for your time and consideration, I ask that  all creditors  of PeerStreet will
be treated with fairness, impartiality and justice as the proceedings move forward.

Nancy Navarini
na.navarini@gmail.com

Attached:  June 2023 Statement

# ⌂ PeerStreet

Nancy Navarini
526 SAN GABRIEL CT
PLEASANTON CA 94566

| | |
|---|---|
| **Statement Date** | July 01, 2023 - July 31, 2023 |
| **Account Type** | Individual |
| **Account Number** | ▮▮▮▮▮ |

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| **$148,289.95** | **$0.00** |

## Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $0.00 | $0.00 | $0.00 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $148,289.95 | $0.00 | $148,289.95 |
| Account Total | $148,289.95 | $0.00 | $148,289.95 |

## Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $6,005.56 |
| Fees [3] | $0.00 | $65.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $32.05 |
| Total | $0.00 | $6,102.61 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

**Active Investments**

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| Brooklyn, NY Refinance #126 (Series 1) | 7.000% | 07/10/19 | 06/24/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #126 (Series 2) | 7.000% | 07/24/19 | 06/24/20 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #139 (Series 1) | 7.500% | 09/03/19 | 09/01/20 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Tallahassee, FL Refinance #3 | 9.000% | 09/17/19 | 12/01/20 | $6,000.00 | $6,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #172 | 7.125% | 11/29/19 | 12/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Boston, MA Acquisition #5 | 8.000% | 11/29/19 | 12/01/21 | $3,000.00 | $245.48 | $0.00 | $0.00 |
| New Haven, CT Cash-Out Refinance #2 | 7.500% | 12/05/19 | 03/01/22 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Greenwich, CT Refinance #6 | 8.000% | 01/07/20 | 01/01/21 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Passaic, NJ Refinance | 7.000% | 01/08/20 | 01/01/21 | $976.00 | $976.00 | $0.00 | $0.00 |
| Baltimore, MD Acquisition #61 (Series 1) | 8.000% | 01/14/20 | 07/01/21 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #190 | 7.000% | 01/31/20 | 01/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #191 | 7.125% | 02/03/20 | 02/01/21 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Pleasantville, NJ Refinance #3 | 7.250% | 02/20/20 | 03/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| New Orleans, LA Acquisition #30 | 8.000% | 12/18/20 | 04/01/22 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Oakland, CA Refinance #80 | 8.375% | 01/06/21 | 02/01/22 | $1,970.00 | $1,970.00 | $0.00 | $0.00 |
| Irvington Township, NJ Refinance | 7.250% | 02/22/21 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Agoura Hills, CA Acquisition #3 | 8.250% | 06/01/21 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #207 | 7.500% | 07/22/21 | 08/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Hackensack, NJ Cash-Out Refinance | 7.375% | 08/18/21 | 08/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Inglewood, CA Acquisition #7 | 7.500% | 08/26/21 | 07/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Miami Shores, FL Acquisition #9 | 6.500% | 09/02/21 | 09/01/23 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Los Angeles, CA Cash-Out Refinance #567 (Series 1) | 8.000% | 10/04/21 | 10/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Chicago, IL Acquisition #192 | 6.625% | 11/17/21 | 12/01/22 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Orient, NY Refinance | 6.625% | 12/02/21 | 12/01/23 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Chicago, IL Cash-Out Refinance #191 (Series 1) | 6.500% | 12/13/21 | 12/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Sacramento, CA Cash-Out Refinance #176 | 6.000% | 12/22/21 | 12/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Chicago, IL Cash-Out Refinance #194 | 6.250% | 01/25/22 | 01/01/24 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Berkeley, CA Acquisition #11 (Series 1) | 7.000% | 02/11/22 | 01/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Pinon Hills, CA Acquisition #3 | 6.750% | 02/18/22 | 02/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| New Port Richey, FL Acquisition #8 | 6.125% | 02/23/22 | 06/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Miami, FL Cash-Out Refinance #303 | 6.000% | 03/01/22 | 02/01/24 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Fort Myers, FL Cash-Out Refinance #5 | 6.250% | 03/10/22 | 03/01/24 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Naples, FL Cash-Out Refinance #14 | 6.750% | 03/31/22 | 04/01/24 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Irvington, NJ Acquisition #61 | 6.625% | 04/01/22 | 04/01/23 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| North Bellmore, NY Cash-Out Refinance | 6.750% | 04/06/22 | 02/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Waco, TX Cash-Out Refinance #2 | 8.000% | 05/19/22 | 06/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Burbank, CA Acquisition #16 | 6.875% | 05/19/22 | 05/16/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Windham, OH Acquisition (Series 1) | 7.500% | 06/14/22 | 07/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| San Jose, CA Acquisition #137 (Series 1) | 8.000% | 06/16/22 | 12/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Los Angeles, CA Acquisition #626 | 8.000% | 08/30/22 | 08/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Indianapolis, IN Acquisition #33 | 7.750% | 09/01/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| NAPLES, FL Cash-Out Refinance #15 | 7.500% | 09/01/22 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Lemon Grove, CA Acquisition #3 | 8.250% | 09/02/22 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| North Miami Beach, FL Acquisition #10 (Series 1) | 8.250% | 09/12/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #218 | 8.500% | 09/13/22 | 06/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #216 | 8.250% | 09/13/22 | 06/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Chicago, IL Acquisition #208 | 7.750% | 09/27/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Fullerton, CA Acquisition #13 | 7.500% | 10/04/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Matteson, IL Acquisition #3 | 8.000% | 10/04/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Tampa, FL Cash-Out Refinance #107 | 7.500% | 10/05/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Miami, FL Acquisition #315 | 8.000% | 10/13/22 | 11/01/23 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| Orange, MA Cash-Out Refinance | 7.500% | 10/14/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Indianapolis, IN Cash-Out Refinance #35 | 8.500% | 10/14/22 | 11/01/23 | $1,000.00 | $801.83 | $0.00 | $0.00 |
| Nashville, TN Acquisition #5 | 8.750% | 10/19/22 | 11/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Philadelphia, PA Cash-Out Refinance #84 (Series 1) | 7.750% | 10/25/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| New York, NY Cash-Out Refinance #26 | 8.250% | 10/31/22 | 11/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Lauderhill, FL Acquisition | 7.750% | 11/08/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Summerville, SC Cash-Out Refinance #8 | 8.500% | 11/17/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Tampa, FL Acquisition #108 | 8.250% | 11/25/22 | 10/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Monsey, NY Acquisition #7 | 11.000% | 12/01/22 | 12/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Cleveland, OH Cash-Out Refinance #26 | 8.500% | 12/02/22 | 12/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Tampa, FL Acquisition #109 | 8.000% | 12/06/22 | 11/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Burbank, CA Acquisition #18 | 8.500% | 12/08/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Tamarac, FL Acquisition #4 | 9.000% | 12/13/22 | 11/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Cleveland, OH Acquisition #27 | 9.250% | 12/27/22 | 12/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Clearwater, FL Acquisition #8 | 9.000% | 12/27/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Tarzana, CA Acquisition #5 | 8.250% | 01/13/23 | 10/01/23 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Cutler Bay, FL Acquisition #9 (Series 2) | 10.750% | 01/18/23 | 12/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Springfield, MA Acquisition (Series 2) | 8.000% | 01/18/23 | 06/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Cedarpines Park, CA Acquisition (Series 1) | 10.000% | 01/20/23 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Wichita, KS Cash-Out Refinance #4 | 10.750% | 01/26/23 | 02/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Lubbock, TX Acquisition | 9.500% | 01/31/23 | 02/01/24 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| San Bernardino, CA Acquisition #40 | 10.250% | 01/31/23 | 02/01/24 | $1,000.00 | $379.63 | $0.00 | $0.00 |
| Dolton, IL Acquisition #6 | 9.500% | 02/06/23 | 03/01/24 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Seattle, WA Refinance #38 | 9.990% | 02/06/23 | 01/01/24 | $2,000.00 | $1,980.01 | $0.00 | $0.00 |
| Mt Holly, NJ Acquisition | 9.500% | 02/16/23 | 02/01/24 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Philadelphia, PA Acquisition #95 | 9.000% | 02/23/23 | 02/01/24 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Chicago, IL Acquisition #215 | 9.500% | 02/23/23 | 03/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| San Diego, CA Cash-Out Refinance #75 (Series 2) | 9.000% | 03/09/23 | 06/01/23 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Total | | | | $151,883.00 | $148,289.95 | $0.00 | $0.00 |

**Pending Investments**

None

**Past Investments**

None

---

**Transaction History**

No transactions

N. Navarro
526 San Gabriel Ct.
Pleasanton, CA 94566

U.S.M.S.
X-RAY

1801-302499

Judge Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market St. 6th floor
Wilmington DE 19801

OAKLAND CA 945
2 AUG 2023 PM 3

