August 5, 2023

The Steven Michael Gerstein Living Trust
10238 Shadow Branch Drive
Tampa, FL 33647

Chief Judge Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market Street – 6th Floor
Wilmington, DE 19801

Subject – Request for Protection of Secured Loan Investments and Cash in Peer Street Bankruptcy (Case 23-10815-LSS)

Honorable Chief Judge Laurie Selber Silverstein,

I am an investor in the Peer Street crowdfunding site, whose money is now at risk due to the recent bankruptcy filing. Over the last decade, I have diligently invested money with Peer Street, who advertised their mortgage-based securities as secured by the collateral of the underlying real estate and their cash investments in FDIC insured institutions as being held by a remote entity.  Peer Street now desires to sell all the real estate using a process not favorable to its creditors.

I request you to kindly consider protecting my rights as a secured investor, by having Peer Street properly handle the preservation of this underlying collateral.  An option to transfer the portfolio to another service provider should be considered.  If sale is ultimately required, they should be sold individually and not as a large bucket of properties which go for unfavorable prices. This information should be transparent and communicated via regular updates.

In addition to the many investors affected by this bankruptcy filing, there are many others who invest in the multitude of crowdfunding sites watching the results of this filing as well.  This could favorably or unfavorably affect investments in this space, which gives the average investor the opportunity to reap the benefits of real estate investments.

I understand that the bankruptcy process is complex, and decisions must be made based on thoroughly examining the facts and legal considerations. As an investor, I am placing my trust in the justice and integrity of this court.

Thank you,

*Steven M. Gerstein*

Steven M Gerstein, Trustee

Mr. Steven M. Gerstein
10238 Shadow Branch Dr.
Tampa, FL 33647

U.S.M.S. X-RAY

Chief Judge Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market Street - 6th Floor
Wilmington, DE 19801

TAMPA FL 335
SAINT PETERSBURG FL
5 AUG 2023 PM 8 L

19801-302499