Shivakumar Rajaraman
1364 Vancouver Ave
Burlingame CA 94010
shiva.rajaraman@gmail.com

Chief Judge Laurie Seiber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE 19801

RE: Case 23-10815-LSS
Request for Protection of Secured Loan Investments in PeerStreet Bankruptcy Proceedings

Honorable Chief Judge Laurie Seiber Silverstein,

I hope you are well. This letter constitutes a request for your assistance to protect my secured loan investments with PeerStreet, Inc. and its affiliated companies with respect to their bankruptcy proceedings.

As an investor with PeerStreet, I invested my funds in real-estate backed loans through their platforms with the understanding that they were secured by the underlying collateral. Given the bankruptcy filing, I am concerned about the preservation of my rights as a secured creditor and the associated impact on my investments.

Please kindly consider the following for the protection of my investments:
1. Preservation of Secured Loan Investments: As a secured creditor, I request the court ensures proper handling and preservation of the underlying collateral associated with my loan investments. Any potential sale or disposition of these assets will be conducted fairly and transparency to maximize recovery for and protect the interests of secured creditors. Secured creditors would a higher claim on the available assets in the case of default or bankruptcy
2. Transparency and clear communication. I respectfully ask that the Court provide regular updates and pertinent information related to bankruptcy proceedings, especially on any required actions I should take as a creditor.

Please feel free to contact me directly with any updates or requests for clarification required to ensure protection of funds which I believe were invested conservatively and safely.

Thank you for your consideration!

*[signature]*

Shivakumar Rajaraman

Attached: PeerStreet account statements and secured real estate loan positions

**Peer**

Shivakumar Rajaraman
1364 VANCOUVER AVE
Burlingame CA 94010

Statement Date: July 01, 2023 - July 31, 2023
Account Type: Individual
Account Number: ███

**Total Account Value**
**$16,002.50**

**Earnings This Statement**
**$0.00**

## Account Summary

|  | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $0.00 | $0.00 | $0.00 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $16,002.50 | $0.00 | $16,002.50 |
| Account Total | $16,002.50 | $0.00 | $16,002.50 |

## Earning Summary

|  | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $31.75 |
| Fees [3] | $0.00 | $0.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Total | $0.00 | $31.75 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| CT and SC Commercial Refinance | 8.000% | 05/19/16 | 07/01/18 | $5,000.00 | $2.50 | $0.00 | $0.00 |
| Sebastopol, CA Refinance #3 | 7.000% | 08/22/18 | 08/01/20 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Houston, TX Refinance #21 | 9.000% | 09/27/18 | 10/01/19 | $10,000.00 | $10,000.00 | $0.00 | $0.00 |
| Orient, NY Refinance | 7.625% | 12/02/21 | 12/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Total |  |  |  | $21,000.00 | $16,002.50 | $0.00 | $0.00 |

### Pending Investments
None

### Past Investments
None

## Transaction History

No transactions



EVE & SHIVA
1364 VANCOUVER AVE
BURLINGAME CA 94010



U.S.M.S.
X-RAY

CHIEF JUSTICE LAURIE SELBER SILVERSTEIN
US BANKRUPTCY COURT
824 NORTH MARKET ST, 6TH FLOOR
WILMINGTON DE 19801

19801-302499



2022 FOREVER / USA
SCHULZ