IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |
| | Ref. D.I. 12 & 41 |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED FINAL ORDER
(I) AUTHORIZING THE PREPETITION BORROWERS' USE OF CASH
COLLATERAL; (B) GRANTING ADEQUATE PROTECTION TO THE PREPETITION
SECURED PARTIES; (C) SCHEDULING A FINAL HEARING; AND
(D) GRANTING RELATED RELIEF**

On June 26, 2023, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors' Use of Cash Collateral; (B) Granting Adequate Protection to the Prepetition Secured Parties; (C) Scheduling a Final Hearing; and (D) Granting Related Relief* [D.I. 12] (the "**Motion**").[2]

On June 28, 2023, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered an order approving the Motion on an interim basis [D.I. 41] (the "**Interim Order**"). Pursuant to the Interim Order, the deadline to file objections or otherwise respond to the Motion was set as July 21, 2023 at 4:00 p.m. (ET) (the "**Objection Deadline**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

30651077.1

Prior to the Objection Deadline, the Debtors received informal comments to the Motion from the official committee of unsecured creditors (the "**Committee**"). No other informal responses or objections to the Motion were received.

Following discussions with counsel for the Committee and counsel for Magnetar Financial LLC ("**Magnetar**"), the Debtors agreed to a proposed form of final order (the "**Proposed Final Order**") approving the Motion, a copy of which is attached hereto as **Exhibit A**. For the convenience of the Court and other interested parties, a blackline comparing the Proposed Final Order against the Interim Order is attached hereto as **Exhibit B**. The Proposed Final Order has been circulated to counsel for the Committee, Magnetar, and the Office of the United States Trustee (the "**U.S. Trustee**"), who have each advised that they do not object to entry of the Proposed Final Order.

WHEREFORE, as the Debtors did not receive any objections or responses other than those described herein, and the Committee, Magnetar, and the U.S. Trustee do not object to entry of the Proposed Final Order, the Debtors respectfully request that the Court enter the Proposed Final Order without further notice or hearing at the Court's earliest convenience.

Dated: August 10, 2023

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ S. Alexander Faris*<br>Joseph Barry (Del. Bar No. 4221)<br>Ryan M. Bartley (Del. Bar No. 4985)<br>S. Alexander Faris (Del. Bar No. 6278)<br>Shella Borovinskaya (Del. Bar No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:  jbarry@ycst.com<br>          rbartley@ycst.com<br>          afaris@ycst.com<br>          sborovinskaya@ycst.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>P. Bradley O'Neill (admitted *pro hac vice*)<br>Caroline Gange (admitted *pro hac vice*)<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone:  (212) 715-9511<br>Facsimile:  (212) 715-8000<br>Email:  boneill@kramerlevin.com<br>          cgange@kramerlevin.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |