IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |
| | Obj. Deadline: August 31, 2023 at 4:00 p.m. (ET)<br>Hearing Date: September 8, 2023 at 11:00 a.m. (ET) |

**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PEER STREET, INC., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MORRISON & FOERSTER LLP AS COUNSEL EFFECTIVE AS OF JULY 13, 2023**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the Chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby files this application (the "Application") for an order, substantially in the form attached hereto as **Exhibit A**, authorizing the retention and employment of Morrison & Foerster LLP ("Morrison & Foerster" or the "Firm") as its counsel, pursuant to Sections 328(a) and 1103(a) of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"). In support of this Application, the Committee also files the (a) *Declaration of Lorenzo Marinuzzi of Morrison & Foerster LLP in Support of Application of*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

ny-2599171

*the Official Committee of Unsecured Creditors of Peer Street, Inc.,* et al*., for Entry of an Order Authorizing the Employment and Retention of Morrison & Foerster LLP as Counsel Effective as of July 13, 2023* (the "Marinuzzi Declaration"), attached hereto as **Exhibit B**, and (b) *Declaration of Chris Aristides of Aristides Family Trust (2002), Chairperson of the Committee, in Support of Application of the Official Committee of Unsecured Creditors of Peer Street, Inc., et al., for Entry of an Order Authorizing the Employment and Retention of Morrison & Foerster LLP as Counsel Effective as of July 13, 2023* (the "Aristides Declaration"), attached hereto as **Exhibit C**, and respectfully represents as follows:

## JURISDICTION, VENUE, AND STATUTORY PREDICATES

1. Pursuant to 28 U.S.C. §§ 157 and 1334, this Court has jurisdiction to consider and grant the relief requested herein. A proceeding to consider and grant such relief is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are Sections 328(a) and 1103(a) of the Bankruptcy Code. Relief is also proper pursuant to Bankruptcy Rule 2014 and Local Rule 2014-1.[2]

## BACKGROUND

2. On June 26, 2023 (the "Petition Date"), the Debtors each filed voluntary cases with this Court for relief under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases"). The Debtors continue to operate their business and manage their property as debtors and debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

3. No trustee or examiner has been appointed in these Chapter 11 Cases.

---

[2] Pursuant to Local Rule 9013-1(f), the Committee hereby confirms its consent to the entry of a final order by this Court in connection with this Application if it is later determined that this Court, absent consent of the parties, cannot enter a final order or judgment with respect to this Application consistent with Article III of the United States Constitution.

ny-2599171

4. On July 10, 2023, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Committee pursuant to Section 1102 of the Bankruptcy Code and filed a notice of appointment on July 14, 2023 [Docket No. 84]. The Committee consists of the following seven (7) members: (i) Aristides Family Trust (2002); (ii) Michael Corbett; (iii) Fixed Income Fund of the Carolinas, LLC; (iv) Gregory Ricks; (v) IBI SBL Investments, LP; (vi) Yi Wang; and (vii) Lihua Zhai. The Committee selected Aristides Family Trust (2002) as its chair (the "Chair").

5. On July 13, 2023 following its appointment, the Committee conducted its initial meeting and selected Morrison & Foerster LLP ("Morrison & Foerster") as its proposed lead counsel. On July 14, 2023 the Committee selected Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch") as its proposed Delaware counsel. On July 17, 2023, the Committee selected Dundon Advisors, LLC ("Dundon") as its proposed financial advisor in these Chapter 11 Cases.

**RELIEF REQUESTED**

6. Subject to this Court's approval, by this Application, the Committee seeks to employ Morrison & Foerster as its counsel in connection with the prosecution of these Chapter 11 Cases and all related matters, effective as of July 13, 2023. Pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rules 2014, and Local Rules 2014-1, the Committee respectfully requests entry of the proposed order attached hereto as **Exhibit A**, authorizing the Committee to employ and retain Morrison & Foerster as its counsel during these Chapter 11 Cases.

ny-2599171

## RETENTION OF MORRISON & FOERSTER

7.  The Committee anticipates that Morrison & Foerster will, in connection with these Chapter 11 Cases and subject to orders of this Court, provide a range of services to the Committee,[3] including, but not limited to, the following:

(a) advising the Committee in connection with its powers and duties under the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules;

(b) assisting and advising the Committee in its consultation with the Debtors relative to the administration of these Chapter 11 Cases;

(c) attending meetings and negotiating with the representatives of the Debtors and other parties in interest;

(d) assisting and advising the Committee in its examination and analysis of the conduct of the Debtors' affairs;

(e) assisting and advising the Committee in connection with any sale of the Debtors' assets pursuant to Section 363 of the Bankruptcy Code;

(f) assisting the Committee in the review, analysis, and negotiation of any Chapter 11 plan(s) of reorganization or liquidation that may be filed and assisting the Committee in the review, analysis, and negotiation of the disclosure statement accompanying any such plan(s);

(g) taking all necessary action to protect and preserve the interests of the Committee, including: (i) possible prosecution of actions on its behalf; (ii) if appropriate, negotiations concerning all litigation in which the Debtors are involved; and (iii) if appropriate, review and analysis of claims filed against the Debtors' estates;

(h) generally preparing on behalf of the Committee all necessary motions, applications, answers, orders, reports, replies, responses, and papers in support of positions taken by the Committee;

(i) appearing, as appropriate, before this Court, the appellate courts, and the U.S. Trustee, and protecting the interests of the Committee before those courts and before the U.S. Trustee; and

(j) performing all other necessary legal services in these cases as may be directed by the Committee.

---

[3] By separate application the Committee has filed an application to retain Benesch as Delaware counsel to the Committee. Morrison & Foerster will coordinate the division of responsibilities with Benesch throughout the engagement to ensure that there is no duplication of services rendered on the Committee's behalf.

ny-2599171

8.  Morrison & Foerster intends to work closely with the Debtors' representatives and the other professionals retained by the Committee to ensure that there is no unnecessary duplication of services performed or charged to the Debtors' estates.

9.  With offices in New York, Los Angeles, San Francisco, San Diego, and Washington, D.C., among other locations both domestic and in Europe and Asia, Morrison & Foerster is an internationally recognized law firm. Morrison & Foerster has extensive general legal experience and knowledge and, in particular, has substantial expertise in the field of creditors' rights and business reorganization under Chapter 11 of the Bankruptcy Code. That expertise includes representing official creditors' committees in large and complex bankruptcy cases. For example, the professionals that will be primarily responsible for this engagement have represented official creditors' committees in the bankruptcies of Clovis Oncology, Inc., Valaris plc, Murray Energy Holdings Co., Westmoreland Coal Company, Cloud Peak Energy Inc., Armstrong Energy, Inc., Peabody Energy Corp., Walter Energy, Inc., Patriot Coal Corp., Windstream Holdings, Inc., Northwest Airlines, Aloha Airlines, Eclipse Aviation, Gemini Air Group, Global Aviation Holdings, Hawaiian Airlines, Independence Air, Mesa Air Group, the NORDAM Group, U.S. Airways, Energy Future Holdings Corp., Avaya, Inc., 21st Century Oncology Holdings, Inc., and UCI International, LLC, among others. Since the Committee's appointment, Morrison & Foerster has been working closely with the Debtors and other parties in interest to become familiar with the Debtors' businesses and many of the potential legal issues that may arise in the context of these Chapter 11 Cases. The Committee believes that Morrison & Foerster is well qualified to represent the Committee in these proceedings in an efficient and timely manner and that the employment of Morrison & Foerster to provide the services described above, and other such services as may be

necessary for the Committee to satisfy its obligations to the Debtors' unsecured creditor constituency, is appropriate and in the best interests of the Debtors' estates and their creditors.

## PROFESSIONAL COMPENSATION

10. Morrison & Foerster intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses in connection with these Chapter 11 Cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013, established by the Executive Office for the United States Trustee (the "U.S. Trustee Guidelines"), and any other applicable procedures and orders of the Court (collectively, the "Fee Guidelines").

11. The hourly rates and corresponding rate structure that Morrison & Foerster will use in these Chapter 11 Cases are the same as the hourly rates and corresponding rate structure that Morrison & Foerster uses in other restructuring matters, as well as similar complex corporate, securities, and litigation matters, whether in court or otherwise, regardless of whether a fee application is required. These rates and the rate structure reflect the fact that such restructuring and other complex matters are typically national in scope and involve great complexity, high stakes, and severe time pressures.

12. Morrison & Foerster's hourly rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses. These hourly rates are based on a variety of factors, including seniority, distinction, and expertise in one's field, and are subject to periodic adjustments to reflect economic and other

conditions.[4] In particular, Morrison & Foerster's standard hourly rates for matters that may be implicated in these Chapter 11 cases will range as follows:

| Billing Category | 2023 U.S. Range |
|---|---|
| Partners and Senior Of Counsel | $1,200 to $2,050 |
| Of Counsel | $1,050 to $1,650 |
| Associates | $710 to $1,130 |
| Paraprofessionals | $340 to $560 |

13.  Consistent with the Firm's policy with respect to its other clients, Morrison & Foerster will also seek to be reimbursed, subject to the Court's approval, for all actual out-of-pocket expenses incurred by Morrison & Foerster on the Committee's behalf, such as travel expenses, "working meals" and transportation, computer-assisted legal research, photocopying, postage, overnight courier expenses, and other disbursements, as more fully set forth in the Marinuzzi Declaration. Morrison & Foerster intends that all requests for reimbursement of expenses will be consistent with the Fee Guidelines.

14.  No promises were received by Morrison & Foerster, any partner, any attorney who is "of counsel" to Morrison & Foerster, or any associate of Morrison & Foerster, as to compensation in connection with these Chapter 11 Cases, other than in accordance with the provisions of the Bankruptcy Code. Neither Morrison & Foerster, nor any partner of Morrison & Foerster, any attorney who is "of counsel" to Morrison & Foerster, or any associate of Morrison & Foerster, has any agreement with any other entity to share with such entity any compensation received by Morrison & Foerster in connection with these Chapter 11 Cases.

---

[4]  As set forth in the proposed order, Morrison & Foerster will provide ten (10) business days' notice to the Committee, the Debtors, and the U.S. Trustee before implementing any periodic increases, and will file such notice with the Court.

**NO ADVERSE INTEREST**

15. Based upon the Marinuzzi Declaration filed herewith, the Committee is satisfied that (a) Morrison & Foerster is a "disinterested person" within the meaning of Section 101(14) of the Bankruptcy Code, as required by Section 328 of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors, their estates, their creditors, or the Committee and the members thereof; (b) Morrison & Foerster does not represent any entity having an adverse interest in connection with the Chapter 11 Cases, as required by Section 1103 of the Bankruptcy Code; and (c) to best of the Committee's knowledge, Morrison & Foerster has no connection to the Debtors, their estates, their creditors, the Committee and the members thereof, or other parties in interest except as disclosed in the Marinuzzi Declaration.

**RETROACTIVE RETENTION**

16. The Committee requests approval of the employment of Morrison & Foerster as its counsel effective as of July 13, 2023. Such relief is warranted by the circumstances presented by these Chapter 11 Cases. Upon its selection as counsel, Morrison & Foerster was required to immediately commence work on time-sensitive matters and promptly devote substantial resources to these Chapter 11 Cases pending submission and approval of this Application. The Third Circuit has identified "time pressure to begin service" and absence of prejudice as factors favoring retroactive approval of retention. *See In re Arkansas Co. Inc.*, 798 F.2d 645, 650 (3d Cir. 1986); *see also In re Indian River Homes, Inc.*, 108 B.R. 46, 52 (D. Del. 1989). Morrison & Foerster has provided, and will continue to provide, valuable services to the Committee.

**NOTICE**

17. Notice of the Application has been given to the following parties or, in lieu thereof, to their counsel, if known: (i) the Debtors; (ii) the Office of the U.S. Trustee; and (iii) any party who has filed a formal request for notice in these Chapter 11 Cases pursuant to Bankruptcy Rule

ny-2599171

2002. The Committee submits that, in light of the nature of the relief requested and the circumstances surrounding these Chapter 11 Cases, no other or further notice is required or necessary.

## **NO PRIOR REQUEST**

18. No previous application for the relief sought herein has been made to this or any other court.

**CONCLUSION**

**WHEREFORE,** the Committee hereby respectfully requests that the Court (a) enter the proposed order, substantially in the form attached hereto as **Exhibit A**, authorizing the Committee to retain and employ Morrison & Foerster as its counsel in these Chapter 11 Cases, effective as of July 13, 2023, and (b) provide the Committee with such other and further relief as the Court may deem just and proper.

Dated: August 10, 2023

Respectfully submitted,

The Official Committee of Unsecured Creditors
of Peer Street, Inc., *et al.*,

By:   */s/ Chris Aristides*
      Chris Aristides of Aristides Family Trust (2002), solely in its capacity as Chairperson of the Committee