# EXHIBIT C

## Declaration of Chris Aristides

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF CHRIS ARISTIDES OF ARISTIDES FAMILY TRUST (2002), CHAIRPERSON OF THE COMMITTEE IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PEER STREET, INC., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MORRISON & FOERSTER LLP AS COUNSEL EFFECTIVE AS OF JULY 13, 2023**

I, Chris Aristides, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. My name is Chris Aristides. I am over the age of 21 and am competent in all respects to make this Declaration. I am a representative of Aristides Family Trust (2002), which serves as the Chairperson of the Official Committee of Unsecured Creditors (the "Committee") of Peer Street, Inc., *et al.* (collectively, the "Debtors"). I submit this declaration (the "Declaration") in support of the *Application of the Official Committee of Unsecured Creditors of Peer Street, Inc., et al., for Entry of an Order Authorizing the Employment and Retention of Morrison & Foerster LLP as Counsel Effective as of July 13, 2023* (the "Application"),[2] pursuant to ¶ D.2 of the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

[2] Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Application.

ny-2599171

(the "U.S. Trustee Guidelines") promulgated by the Office of the United States Trustee. In support of the Application, the Committee relies upon the Marinuzzi Declaration, which is attached to the Application as Exhibit B. I have reviewed and am familiar with the contents of the Application.

2. I am informed by Morrison & Foerster that the U.S. Trustee Guidelines request that any application for employment of an attorney under Sections 327 or 1103 of the Bankruptcy Code be accompanied by a verified statement from the client that addresses the following:

   a. The identity and position of the person making the verification. The person ordinarily should be the general counsel or another officer responsible for supervising outside counsel and monitoring and controlling legal costs.

   b. The steps taken by the client to ensure that the applicant's billing rates and material terms for the engagement are comparable to the applicant's billing rates and terms for other non-bankruptcy engagements and to the billing rates and terms of other comparably skilled professionals.

   c. The number of firms the client interviewed.

   d. If the billing rates are not comparable to the applicant's billing rates for other non-bankruptcy engagements and to the billing rates of other comparably skilled professionals, the circumstances warranting the retention of that firm.

   e. The procedures the client has established to supervise the applicant's fees and expenses and to manage costs. If the procedure for the budgeting, review and approval of fees and expenses differ from those the client regularly employs in non-bankruptcy cases to supervise outside general counsel, explain how and why. In addition, describe any efforts to negotiate rates including rates for routing numbers, or in the alternative to delegate such matters to less expensive counsel.

**A. Identity of Declarant**

3. On June 26, 2023 (the "Petition Date"), the Debtors each filed voluntary cases with this Court for relief under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases"). The Debtors continue to operate their business and manage their property as debtors and debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

4. On July 10, 2023, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Committee pursuant to Section 1102 of the

Bankruptcy Code and filed a notice of appointment on July 14, 2023 [Docket No. 84]. The Committee consists of the following seven (7) members: (i) Aristides Family Trust (2002); (ii) Michael Corbett; (iii) Fixed Income Fund of the Carolinas, LLC; (iv) Gregory Ricks; (v) IBI SBL Investments, LP; (vi) Yi Wang; and (vii) Lihua Zhai. The Committee selected Aristides Family Trust (2002) as its chair (the "<u>Chair</u>").

5. As a member of the Committee, I was directly involved in the Committee's decision to retain Morrison & Foerster counsel in these Chapter 11 Cases and actively participated in negotiating the terms of Morrison & Foerster's employment together with members of the Committee.

B. **Steps Taken to Ensure Comparability of Engagement Terms**

6. I and the other members of the Committee reviewed Morrison & Foerster's standard rates for bankruptcy services, as set forth in the Application. Based upon representations made to the Committee by Morrison & Foerster, I understand that those rates are generally consistent with Morrison & Foerster's rates for comparable non-bankruptcy engagements and the billing rates and terms of other comparably skilled firms for providing similar services. Based on these representations and the Committee members' experience in both the bankruptcy field and in other fields in which the Debtors operate, the Committee believes these rates are reasonable. Morrison & Foerster has informed the Committee that its hourly rates are subject to periodic adjustments to reflect economic and other conditions. The Committee has consented to such ordinary course rate increases.

### C. Selection of Morrison & Foerster as Committee Counsel

7. A number of law firms sought to represent the Committee as counsel. The Committee considered the materials provided, as well as presentations made, by six of those firms prior to selecting Morrison & Foerster as its counsel. The Committee selected Morrison & Foerster because of Morrison & Foerster's extensive general legal experience and knowledge and, in particular, its substantial experience in representing official committees of creditors and recognized expertise in the field of creditors' rights and business reorganization under Chapter 11 of the Bankruptcy Code. I understand that Morrison & Foerster's expertise includes representing official creditors' committees in large and complex bankruptcy cases, as set forth in the Marinuzzi Declaration. I understand that, since the Committee's appointment, Morrison & Foerster has been working closely with the Debtors and other parties in interest to become familiar with the Debtors' businesses and many of the potential legal issues that may arise in the context of these Chapter 11 Cases. For these reasons, the Committee believes that Morrison & Foerster is well qualified and uniquely able to represent the Committee in these Chapter 11 Cases in an efficient and timely manner.

### D. Procedures Established to Supervise Fees and Expenses and Manage Costs

8. Additionally, I expect to develop a prospective budget and staffing plan with Morrison & Foerster to comply with the U.S. Trustee's requests for information and additional disclosures and any other orders of the Court, recognizing that, in the course of these Chapter 11 Cases, there may be unforeseeable fees and expenses that will need to be addressed by the Committee and Morrison & Foerster. I will review all staffing plans and budgets to supervise Morrison & Foerster's fees and expenses and to manage costs and, together with Morrison & Foerster, make adjustments as may be necessary or appropriate. In addition, I will review all applications for compensation submitted by Morrison & Foerster to ensure that Morrison &

Foerster's fees and costs are consistent with the budget and appropriate in scope and amount, and that there has been no duplication with the Committee's other professionals.

9. Except as otherwise noted, all facts in this Declaration are based on my personal knowledge of the matters set forth herein, information gathered from my review of relevant documents, and information supplied to me or verified by Committee counsel, and my personal opinion, based upon my experience, my knowledge, and the information provided to me. I am authorized to submit this Declaration on behalf of the Committee and, if called upon to testify, I would testify competently to the facts set forth herein.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: August 10, 2023

Respectfully submitted,

By: */s/ Chris Aristides*
Chris Aristides of Aristides Family Trust (2002), solely in its capacity as Chairperson of the Official Committee of Unsecured Creditors of Peer Street, Inc., *et al.*

5

ny-2599171