**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Peer Street, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: August 31, 2023, at 4:00 p.m. (ET)**<br>**Hearing Date: September 8, 2023, at 11:00 a.m. (ET)** |

**NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PEER STREET, INC., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MORRISON & FOERSTER LLP AS COUNSEL EFFECTIVE AS OF JULY 13, 2023**

  **PLEASE TAKE NOTICE** that, on August 10, 2023, the Official Committee of Unsecured Creditors (the "**Committee**"), appointed in the above-captioned chapter 11 cases of the above-captioned debtors (collectively, the "**Debtors**"), filed the *Application of the Official Committee of Unsecured Creditors of Peer Street, Inc., et al., For Entry of an Order Authorizing the Employment and Retention of Morrison & Foerster LLP as Counsel Effective as of July 13, 2023* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Court**"). A copy of the Application is attached hereto.

  **PLEASE TAKE FURTHER NOTICE** that any responses to the Application must be in writing and filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon the undersigned, so as to be received on or before **August 31, 2023, at 4:00 p.m. (ET)**.

  **PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

  **PLEASE TAKE FURTHER NOTICE** THAT IF AN OBJECTION IS PROPERLY FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, A HEARING WILL BE HELD ON **SEPTEMBER 8, 2023, AT 11:00 A.M. PREVAILING EASTERN TIME,** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

23019828

STREET, 3RD FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.  ONLY OBJECTIONS MADE IN WRITING AND TIMELY FILED WILL BE CONSIDERED BY THE BANKRUPTCY COURT AT SUCH HEARING.

| | |
|---|---|
| Dated: August 10, 2023<br>Wilmington, Delaware | **BENESCH, FRIEDLANDER,**<br>         **COPLAN & ARONOFF LLP**<br><br>*/s/ Jennifer R. Hoover*<br>Jennifer R. Hoover (DE No. 5111)<br>Kevin M. Capuzzi (DE No. 5462)<br>John C. Gentile (DE No. 6159)<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>E-mail: jhoover@beneschlaw.com<br>         kcapuzzi@beneschlaw.com<br>         jgentile@beneschlaw.com<br><br>-and-<br><br>Lorenzo Marinuzzi (*pro hac vice*)<br>Benjamin Butterfield (*pro hac vice*)<br>Raff Ferraioli (*pro hac vice*)<br>Martha E. Martir (*pro hac vice*)<br>**MORRISON & FOERSTER LLP**<br>250 West 55th Street<br>New York, NY 10019-9601<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>E-mail:lmarinuzzi@mofo.com<br>         bbutterfield@mofo.com<br>         rferraioli@mofo.com<br>         mmartir@mofo.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* |