# **EXHIBIT C**

(Declaration of Committee Chair)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Peer Street, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS)<br><br>(Jointly Administered) |

**DECLARATION OF COMMITTEE CHAIR IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
***NUNC PRO TUNC* TO JULY 14, 2023**

I, Chris Aristides, as authorized representative of the Committee, declare under penalty of perjury as follows:

1. I am an authorized representative of Aristides Family Trust (2002), ("**Aristides**"). The Official Committee of Unsecured Creditors (the "**Committee**") appointed on July 10, 2023, in the above-captioned Chapter 11 proceedings (the "**Chapter 11 Cases**") of the above-captioned debtors and debtors in possession (together, the "**Debtors**") elected me as the Committee Chair. I am authorized to submit this Declaration in support of the *Application of the Official Committee of Unsecured Creditors For Entry of an Order Authorizing Retention and Employment of Benesch, Friedlander, Coplan & Aronoff LLP as Delaware Counsel to the Official Committee of Unsecured*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

*Creditors, Nunc Pro Tunc to July 14, 2023* (the "**Application**")[2] on behalf of the Committee. I am competent to make this Declaration in support of the Application.

2. This Declaration is provided pursuant to Part D.2 of the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "**Revised U.S. Trustee Fee Guidelines**").

3. Except as otherwise noted, all facts in this Declaration are based on my personal knowledge of the matters set forth herein, information gathered from my review of relevant documents, and information supplied to me by Benesch, Friedlander, Coplan & Aronoff LLP ("**Benesch**").

**The Committee's Selection of Benesch as Delaware Counsel to the Committee**

4. The Committee proposes that Benesch serve as its Delaware counsel to the Committee. The Committee recognizes that a review process is necessary in managing counsel to ensure that bankruptcy professionals are subject to the same scrutiny and accountability as professionals in non-bankruptcy engagements. Here, the Committee utilized a review process that assessed potential committee counsel based on their expertise in the relevant legal issues and in similar proceedings to serve as Delaware counsel to the Committee.

5. On July 10, 2023 (the "**Committee Formation Date**"), the Office of the United States Trustee (the "**U.S. Trustee**") appointed the Committee pursuant to section 1102 of the Bankruptcy Code. The Committee currently consists of seven members. The members of the Committee are: (1) Aristides Family Trust (2002); (2) Michael Corbett; (3) Fixed Income Fund of the Carolinas, LLC; (4) Gregory Ricks; (5) IBI SBL Investments, LP; (6) Yi Wang; and (7) Lihua Zhai.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

6. On July 13, 2023 (the "**Retention Date**"), the Committee selected Morrison & Foerster LLP ("**Morrison & Foerster**") to serve as counsel to the Committee. On July 14, 2023, the Committee also selected Benesch to serve as Delaware counsel to the Committee. On July 17, 2023, the Committee selected Dundon Advisers ("**Dundon**") to serve as its financial advisor.

7. The Committee believes that Benesch's extensive experience in corporate reorganizations, particularly in this District, both out of court and under Chapter 11 of the Bankruptcy Code, makes it well qualified to represent the Committee as Delaware counsel in these Chapter 11 Cases in an efficient and timely manner. Thus, the Committee decided to retain Benesch as the Committee's proposed Delaware counsel during these Chapter 11 Cases.

## Rate Structure

8. Benesch has informed the Committee that its rates for bankruptcy representations are consistent with and comparable to the rates Benesch charges for non-bankruptcy representations. Benesch has informed the Committee that its current hourly rates apply to non-bankruptcy services, if any, provided by the Firm, unless a contingent fee, mixed contingent fee, flat fee, or blended rate arrangement is agreed upon.

## Cost Supervision

9. The Committee will approve any prospective budget and staffing plan provided by Benesch, recognizing that, in the course of these Chapter 11 Cases, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Committee and its professionals. I further recognize that it is the Committee's responsibility to closely monitor the billing practices of their professionals to ensure the fees and expenses paid by the estates remain consistent with the Committee's expectations and the exigencies of these Chapter 11 Cases. The

Committee will continue to review the invoices that Benesch regularly submits, and, together with Benesch, periodically amend any budget and staffing plans, as the case develops.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 10, 2023

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PEER STREET, INC.,** *ET AL.*

By: */s/ Chris Aristides*
Chris Aristides, Aristides Family Trust (2002), solely in his capacity as Chair of the Official Committee of Unsecured Creditors of Peer Street, Inc., *et al.*