# EXHIBIT A

**Dundon Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PEER STREET, INC., *et al.*,[1] | ) ) ) | Case No. 23-10671 (BLS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DECLARATION OF MATTHEW DUNDON IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PEER STREET INC., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF ISLANDDUNDON LLC AS FINANCIAL ADVISOR EFFECTIVE AS OF JULY 17, 2023**

Pursuant to 28 U.S.C. § 1746, Matthew Dundon declares as follows:

1. I am a Principal with IslandDundon LLC ("IslandDundon"), a financial advisory and investment management firm. On behalf of IslandDundon, I submit this declaration (the "Declaration") in support of the *Application of the Official Committee of Unsecured Creditors of Peer Street Inc. et al., for Entry of an Order Authorizing and Approving the Employment and Retention of IslandDundon LLC as Financial Advisor Effective as of July 17, 2023* (the "Application").[2] Unless otherwise stated, I have personal knowledge of the facts stated herein. To the extent any information disclosed herein requires amendment or modification upon IslandDundon's completion of further review or as additional party-in-interest information becomes available to it, a supplemental declaration will be submitted to the Court reflecting such

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are as follows: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

amended or modified information.

## IslandDundon's Qualifications

2. IslandDundon is a vehicle of the joint venture of Dundon Advisers and Island Capital established in 2021 to pursue certain debt investment and real estate-related restructuring opportunities together. That joint venture has been employed in the *Eagle Hospitality* and (by way of parallel engagements of each member) *Renovate America*, and *Madison Square Boys & Girls Club* Chapter 11 cases.

3. Dundon Advisers is a financial advisory firm whose professionals' experience with distressed assets and the bankruptcy process goes back to the 1990s. Dundon Advisers presently acts or recently acted as financial advisor to: Official Committees of Unsecured Creditors of *1 Global* (S.D. Fla.), *Agera Energy* (S.D.N.Y.), *Aequor Management* (E.D. Tex.), *Aerofarms* (D. Del.), *AfterShock Comics* (C.D. Cal.), *Alamo Drafthouse* (D. Del.), *All American Oil and Gas* (W.D. Tex.), *Allegiance Coal* (D. Del.), *Alpha Entertainment* (D. Del.), *Alpha Media* (E.D. Va.), *AmeriMark* (D. Del.), *American Virtual Cloud Technologies* (D. Del.), *Aralez Pharmaceuticals* (S.D.N.Y.), *Aztec Shaeffer* (W.D. Tex.), *BeavEx* (D. Del.), *Better Nutritionals* (C.D. Cal.), *Big Village* (D. Del.), *Celadon* (D. Del.), *Comcar* (D. Del.), *Diocese of Albany* (N.D.N.Y), *Endo Pharmaceuticals* (S.D.N.Y.), *Franks Theatres* (D.N.J.), *Front Sight Management* (D. Nev.), *Fuse Media* (D. Del.), *García Grain Trading* (S.D. Tex.), *Glostation USA* (C.D. Cal.), *Gold's Gym* (N.D. Tex.), *Goodrich Quality Theaters* (W.D. Mich.), *Ho Wan Kwok* (Connecticut), *HyreCar* (D. Del.), *Impresa Aerospace* (D. Del.), *In-Shape* (D. Del.), *iPic* (D. Del.), *Jagged Peak/Trade Global* (D. Nev.), *Juno USA* (D. Del.), *K&W Cafeterias* (M.D.N.C.), *Lannett* (D. Del.), *LaSalle Group* (N.D. Tex.), *LBI Media* (D. Del.), *Lifesize* (S.D. Tex.), *Loot Crate* (D. Del.), *Lucira Health* (D. Del.), *Madison Square Boys & Girls Clubs* (S.D.N.Y.), *Maines Paper & Food* (D. Del.),

*Mallinckrodt* (D. Del.), *Matheson* (ED CA), *McClatchy* (S.D.N.Y.), *MediaMath* (D. Del.), *Meridian Restaurants* (D. Utah), *Miles Keller Trucking* (C.D. Ill.), *NewAge* (D. Del.), *NG Purvis Farms* (E.D. Va.), *Novan* (D. Del.), *Nova Shurline Wildcat* (D. Del.), *Open Road Films* (D. Del.), *Pear Therapeutics* (D. Del.), *Packable* (D. Del.), *Pipeline Foods* (D. Del.), *Platinum Corral* (E.D.N.C.), *Professional Technical Security Services* (N.D. Cal.), *Proteus Heath* (D. Del.), *Quanergy* (D.N.J.), *Remnant Oil Company* (W.D. Tex.), *Rive Gauche Television* (C.D. Cal.), *Rocking M Media* (D. Kan.), *SIW Holdings* (D. Del.), *Slidebelts* (E.D. Cal.), *South American Beef* (SD IA), *Structurlam* (D. Del.) *Studio Movie Grill* (N.D. Tex.), *Sunergy* (E.D. Cal.), *Sungard Availability Services* (S.D. Tex.), *Tehum Care Services, Inc.* (S.D. Tex.), *TOMS King* (N.D. Ohio), *TPC Group* (D. Del.), *Valmiera Glass* (N.D. Ga.), *Vector Launch* (D. Del.), *Video Corporation of America* (D.N.J.), *Volunteer Energy* (S.D. Ohio), *Wave Technologies* (N.D. Cal.), *YogaWorks* (N.D. Tex.), and *YouFit* (D. Del.), and the Ad Hoc Noteholder Group in the *Woodbridge Group of Companies* (D. Del.), the Ad Hoc Group of Consumer and Worker Litigation Claimants in *Hertz* (D. Del.), the Committee of Customers in *Lear Capital* (D. Del.), the Official Committee of Tort Claimants in *PG&E* (N.D. Cal.), the Ad Hoc Group of Individual Victims in *Purdue* (S.D.N.Y.), the Ad Hoc Group of Second Lien Bondholders in *CalPlant* (D. Del.), the Official Committee of Unsecured Commercial Creditors of the *Roman Catholic Archdiocese of New Orleans* (E.D. La.), the Ad Hoc Group of Equity Security Holders in *RAIT* (D. Del.), and the Ad Hoc Group of Equity Interest Holders in *Voyager* (S.D.N.Y.). All of the foregoing are highly complex chapter 11 cases.

4.      Dundon Advisers also provides direct services to debtors, individual creditors, and potential asset acquirors in many in-court and out-of-court restructuring proceedings; Dundon Advisers' individual creditor clients have been appointed to scores of official committees of unsecured creditors in many districts since April 2016, and Dundon Advisers has taken an active

3

role in the activities of many of those committees. Dundon Advisers regularly advises litigation trustees, liquidating trustees, trust administrators, and plan administrators appointed as part of the resolution of chapter 11 cases, and its senior employees regularly act as liquidating trustees, litigation trustees, trust administrators, plan administrators, members of advisory and supervisory bodies for such trustees and administrators, and independent directors or managers of corporations and companies presently or recently in financial distress. Dundon Advisers also provides financial advisory and investment management services in many non-bankruptcy contexts.

5. The personnel working on this case on behalf of Island Capital, (inclusive of experience at prior employers) have over three decades of experience in capital markets, financial advisory, bankruptcy, and M&A transactions. Collectively, Island Capital has managed, advised or transacted in billions of assets in the real estate, credit, and real estate finance industries. Island Capital was: advisor to the Southmark Corporation, managing restructuring and asset monetization strategies prior to its bankruptcy filing; financial advisor to Sun Oil Corporation in the restructuring of its $1 billion real estate operating subsidiary Radnor Corp.; financial advisor and asset sales advisor to Ponderosa Steakhouse Corporation to manage 50+ sale-leaseback transactions as part of its restructuring plan; financial advisor to Franchise Finance Corporation of America in the merger of its affiliates into a publicly-traded real estate investment trust; manager of the acquisition and restructuring of Centerline Capital Corp.; advisor to the Special Committee of the Board of CNL Corp. in the consolidation of its hospitality businesses; financial advisor to the 1st lien creditors of Electrical Components International; financial advisor to the 1st lien creditors of Graceway Pharmaceuticals LLC; investment banking advisor to the Official Committee of Unsecured Commercial Creditors in Renovate America Inc.; and co-financial advisor to the Official Committee of Unsecured Commercial Creditors in Madison Square Boys

and Girls Club, Inc.

6. I believe that the Committee has selected IslandDundon as its financial advisor based upon, among other things: (a) the Committee's need to retain a financial advisory firm to provide advice relevant to the scope of the Committee's mandate; (b) IslandDundon's senior professionals' extensive experience and excellent reputation in providing financial advisory services in chapter 11 cases such as these cases; and (c) IslandDundon' and its professionals' extensive experience in the field.

7. I further believe that the Committee determined that IslandDundon will bring a unique blend of case-specific knowledge, relevant experience, and expertise given the firm's experience and familiarity with the Debtors.

## Professional Compensation

8. Subject to the Court's approval, and in accordance with Bankruptcy Code section 328(a), IslandDundon proposes to render its services on an hourly fee basis according to its customary hourly rates in effect when the services are rendered. IslandDundon's professionals will be billed for services at their then-effective standard hourly rates as set forth below:

| Rank | Standard Hourly Rate |
| --- | --- |
| Principal | $890 |
| Managing Director and Senior Adviser | $790 |
| Senior Director | $700 |
| Director | $650 |
| Associate Director | $550 |
| Senior Associate | $475 |
| Associate: | $350 |

9. IslandDundon's next scheduled rate adjustment, set to take effect on July 1, 2024, will not, to the extent of any increase in rates, take effect with respect to these chapter 11 cases without notice of same, as more particularly set forth in the proposed order. Non-working travel

5

time is billed at 50% of otherwise applicable rates.

10. IslandDundon will be reimbursed for its reasonable and necessary out-of-pocket expenses (which shall be charged at cost) incurred in connection with this engagement, such as travel, lodging, duplicating, research, messenger, and telephone charges. IslandDundon will charge for these expenses at rates consistent with or discounted to charges made to other IslandDundon clients and subject to the guidelines of the U.S. Trustee.

11. IslandDundon will maintain detailed records of fees and expenses incurred in connection with the rendering of the professional services described above, in accordance with applicable rules and guidelines.

12. IslandDundon intends to work closely with representatives of the Debtors and other professionals retained by the Committee to ensure that there is no unnecessary duplication of services performed or charged to the Debtors' estates.

13. I believe that this fee structure is reasonable, market-based, and designed to fairly compensate IslandDundon for its work in these chapter 11 cases.

## Disinterestedness

14. Neither IslandDundon, any director, officer, member or employee thereof, nor I, insofar as I have been able to ascertain, represents any interest adverse to that of the Debtors' estates in the matters upon which the Committee seeks to engage IslandDundon, and I believe the firm to be a "disinterested person" within the meaning of Bankruptcy Code section 101(14).

15. From time to time, IslandDundon and its members have provided services and likely will continue to provide services, to certain creditors of the Debtors and various other parties adverse to the Debtors in matters wholly unrelated to these chapter 11 cases. As described below, however, IslandDundon and its members have undertaken a detailed search to determine and to

disclose whether it is providing or has provided services to any significant creditor, investor, insider, or other party in interest in such unrelated matters.

16. IslandDundon and its members provide services in connection with numerous cases, proceedings, and transactions unrelated to these chapter 11 cases. Those unrelated matters involve numerous attorneys, financial advisors, and creditors, some of whom may be claimants or parties with actual or potential interests in these chapter 11 cases or may represent such parties.

17. IslandDundon's and its members' personnel may have business associations with certain creditors of the Debtors unrelated to these chapter 11 cases. In addition, in the ordinary course of its business, IslandDundon and its members may engage counsel or other professionals in unrelated matters who now represent, or who may in the future represent, creditors or other parties in interest in these chapter 11 cases.

18. In connection with the preparation of this Declaration, IslandDundon and its members each conducted a review of its contacts with the Debtors, their non-Debtors affiliates, and certain entities holding large claims against or interests in the Debtors that were made known to IslandDundon by counsel to the Debtors in these cases. A listing of the parties reviewed is reflected in **Schedule 1** attached to this Declaration.

19. IslandDundon or its members have a past or present association with certain firms set forth on **Schedule 1**. None of these relationships has any connection to these cases. I believe that none of these associations individually, nor all of them in the aggregate, constitute(s) any conflict of interest in IslandDundon' performance of its duties. These associations are described as follows:

- I have offered to retain, and expect shortly to complete the retention of, Province, Inc., as my financial adviser solely in my official capacity as Litigation Trustee of the VO Litigation Trust, a precipitate of the *Virgin Orbit* Chapter 11 Cases pending in this District.

- Dundon Advisers acquires commercial banking services from Wells Fargo in the ordinary course of their respective businesses.

- Dundon Advisers acquires insurance coverage from The Hartford in the ordinary course of their respective businesses.

- Dundon Advisers, as above disclosed, was co-financial adviser to the Official Committee of Unsecured Creditors in the 2019 PG&E Chapter 11 cases.

- Dundon Advisers acquires research services from Thompson Reuters in the ordinary course of their respective businesses.

- Island Capital and affiliates acquire commercial banking and lending services from Wells Fargo in the ordinary course of its business.

- Island Capital and affiliates obtain insurance services from Chubb Group of Insurance Companies Lloyd's of London, and The Hartford Insurance Co.

- Island Capital and its affiliates have formed numerous entities with the State of Delaware - Division of Corporations.

- Island Capital and its affiliates acquire interest rate caps, and the caps are registered with GMEI.

- Island Capital and its affiliates utilize CDW for certain IT hardware and software purchases.

Based on the results of its review, IslandDundon has no relationship with any of the parties listed in **Schedule 1** in matters related to these proceedings and has no relationship whatever with such parties except as disclosed above.

20. Further, as part of their diverse practices, IslandDundon and its members are involved in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who may represent claimants and parties in interest in these chapter 11 cases. Further, IslandDundon and its members (including their respective employees) have performed in the past, and may perform in the future, consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings. Based on

8

IslandDundon's current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships creates interests materially adverse to the Debtors and none is in connection with these chapter 11 cases.

21. On a going-forward basis, IslandDundon shall disclose any and all facts that may have a bearing on whether the firm, its members and/or any individuals working on the engagement, hold or represent any interest adverse to the Debtors, its creditors, or other parties-in-interest.

22. To the best of my knowledge, neither I, IslandDundon, nor any of its or its members' employees is a "creditor" of the Debtors within the meaning of Bankruptcy Code section 101(1); a holder of any of the Debtors' outstanding debt, equity or preferred stock investments; is or has been an insider of the Debtors; or is so connected with the Judges of the United States Bankruptcy Court for the District of Delaware, the U.S. Trustee or the Assistant Trustee, or Trial Attorneys for the Office of the U.S. Trustee, as to render the employment of IslandDundon as financial advisor for the Committee inappropriate under Bankruptcy Rule 5002(b).

23. None of IslandDundon, any director, officer, or employee[3] thereof, nor I, insofar as I have been able to ascertain, is or was a director, officer, or employee of the Debtors as defined in Bankruptcy Code sections 101(14)(B) or (C) within two years before the date of filing of these chapter 11 cases.

24. On the basis of the above, I believe IslandDundon to be a "disinterested person" within the meaning of Bankruptcy Code section 101(14).

---

[3] An employee of an affiliate of Island Capital made for his personal account, prior to the commencement of these Chapter 11 Cases, an approximately $37,000 investment in the Debtors' one-month warehouse investment product. This person is not an employee of IslandDundon or Island Capital. This person was never, is not and will not be assigned any duties in IslandDundon's execution of this engagement, and IslandDundon and Island Capital have established policy and electronic information barriers to assure he has and will obtain no access to any non-public information of the Committee.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 10, 2023

/s/ Matthew Dundon
Matthew Dundon

## SCHEDULE 1

**List of Potentially Interested Parties**

**Debtors**
Peer Street Funding LLC
Peer Street Opportunity Fund, GP, LLC
Peer Street Opportunity Investors II, LP
Peer Street, Inc.
PeerStreet Licensing, Inc.
PS Funding, Inc.
PS Options LLC
PS Portfolio-ST1, LLC
PS Warehouse II, LLC
PS Warehouse, LLC
PSF Ohio, LLC
PSF REO, LLC
PSF TX 1, LLC
PSF TX 2, LLC
PSF TX 4 LLC

**Debtors' Advisors**
Kramer Levin Naftalis & Frankel LLP
Piper Sandler Companies
Province, LLC
Stretto, Inc.
Wilson Sonsini Goodrich & Rosati
Young Conaway Stargatt & Taylor, LLP

**Banks**
Pacific Premier Bank
Wells Fargo & Company

**Lenders**
Magnetar Capital
Small Business Administration

**Material Vendors & Contract Counterparties**
Allied Universal Security Systems
Area Wide Realty Corp.
CDW
CES Limited LLC
CloudFlare, Inc.
Control Air Enterprises LLC
CoreLogic Credco LLC
Datasite LLC
DMS Facility Services
FCI Lender Services, Inc.
First American Data & Analytics
First American Mortgage Solutions, LLC
Fox & Roach, LP

Gibbs Realty & Auction Co., Inc.
Kirby Condominium Association, Inc.
Land Gorilla, Inc.
More Property Management Inc.
Surferside Villas HOA
The Wursta Corporation
Thomson Reuters
Trinity Inspection Services LLC
Trustpoint Technologies, Inc.

**Top 20 Unsecured Creditors**
The Debtors' Top 20 Unsecured Creditors on a Consolidated Basis.  See Docket No. 1.

**Insurance Providers**
Chubb Group of Insurance Companies
Lloyd's of London
Lloyd's of London (K2 Financial Ltd)
North American Capacity Insurance Co./Arch Specialty Insurance Co.
The Hartford Insurance Co.
First Insurance Funding

**Landlords**
2121 Park Place Fee Owner CA, LLC
LiquidSpace, Inc.

**Utility Companies**
Baltimore Department of Public Works
East Bay Municipal Utility District
KC Water
Narragansett Bar Commission
NYC Department of Environmental Protection
Pawtucket Water Supply Board
PG&E
San Francisco Water Power Sewer

**Directors & Officers**
Brewster Johnson
David Dunn
David Eaton
Ellen Coleman
Ivona Smith
M. Freddie Reiss

**Equity Holders**
ACM Alamosa I LP
ACM Alamosa I-A LP

AH Parallel Fund IV, L.P., as nominee
Alpha Street Investment, LLC
Andreessen Horowitz Fund IV, L.P., as nominee
Ang-Chih Kao
Baileyana Investments, LLC
Banyan Tree Capital LLC
Bawag P.S.K. Bank Für Arbeit Und Wirtschaft Und Österreichische Postsparkasse Aktiengesellschaft
Brewster Johnson
Colchis Opportunities Master Fund, L.P.
Diplomat Property Holdings Corp.
Dividend Capital Group, Inc. Pension Trust
Dragonland Global Investments Limited
ERES Peer Street, LLC
Evan Petrie and Jessica Petrie as Community Property with the Right of Survivorship
Felicis Ventures IV, L.P.
GMO GFF Limited Partnership
Greenline Community Growth Fund LLC
Harris Family Trust, dated October 14, 2002
Hollencrest Bayview Partners, LP
J.R. Johnson
Jeff Wilson
Jessica Geraty
Joaquin Hartman
Kevin Marshall
LB2 LLC
LF Ventures LLC
Liberty Ship I LLC
Marc Heenan
Michael L. McHargue
Michael Loop
Montage Ventures Fund I, L.P.
Moore Family Trust dtd 12-29-2010
Navitas Capital II, LP
Rapelye Alden Trust
Rembrandt Venture Partners Fund Three L.P.
Robert P. Brennan Jr.
SCG Private Holdings, LLC
SM PeerStreet LLC
South Bay Financial Group II, LLC
The Campana Family Revocable Trust
The Joyce Family Trust dated February 25, 2004
The Kimberly and Amos Smith Trust
Thomas Fulton Scott Crosby
Thomvest Venture Capital SRL
Toba Capital Ventures Series of Toba Capital LLC

Two Guys on the Beach, LLC
Weber Family Trust
WiL Fund II, L.P.

**Government Agencies/Taxing Authorities**
BED/GMEI Utility
California Department of Financial Protection & Innovation / NMLS
California Secretary of State
City of El Segundo
FFEIC
Georgia Secretary of State
Illinois Secretary of State
Los Angeles County Tax Collector
Massachusetts Secretary of State
Missouri Secretary of State
New Jersey Department of Treasury
Rhode Island Secretary of State
State of Delaware - Division of Corporations
Surety Solutions, a Gallagher Company - Swiss Re Corporate Solutions
United States Securities and Exchange Commission (SEC)
United States Securities and Exchange Commission (SEC) - SEC's Investment Adviser Public Disclosure (IAPD)
Virginia State Corporation Commission
Washington Secretary of State

**Judges**
Dorsey, John T.
Goldblatt, Craig T.
Horan, Thomas M.
Owens, Karen B.
Shannon, Brendan L.
Silverstein, Laurie Selber
Stickles, J. Kate
Walrath, Mary F.

**Office of the United States Trustee**
Andrew R. Vara
Benjamin Hackman
Christine Green
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice

James R. O'Malley
Jane Leamy
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Harris
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.