# **EXHIBIT B**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>PEER STREET INC., *et al.*,[1]<br><br>　　　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 23-10671 (BLS)<br>)<br>) (Jointly Administered)<br>)<br>) Re: D.I. _____ |

**ORDER AUTHORIZING AND APPROVING**
**THE RETENTION OF ISLANDDUNDON LLC AS FINANCIAL**
**ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF**
**PEER STREET INC.,** ***ET AL.*****, EFFECTIVE AS OF JULY 17, 2023**

Upon the *Application of the Official Committee of Unsecured Creditors of Peer Street Inc. et al., for Entry of an Order Authorizing and Approving the Employment and Retention of IslandDundon LLC as Financial Advisor Effective as of July 17, 2023* (the "Application");[2] and upon the Declaration of Matthew Dundon filed in support of the Application (the "Dundon Declaration"); and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Application is in the best interests of the Debtors' estates, their creditors and other parties-in-interest; and the Committee having provided adequate and appropriate notice of the Application under the circumstances; and

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are as follows: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application or Dundon Declaration.

2

after due deliberation and good and sufficient cause appearing therefor; and it appearing to the Court that the Application should be approved,

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED as set forth herein.

2. The Committee is hereby authorized to retain and employ IslandDundon as its financial advisor pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, effective as of July 17, 2023.

3. IslandDundon shall apply for compensation for professional services rendered and reimbursement of expenses in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules and Local Rules, as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court.

4. IslandDundon shall file a notice of any increase of the hourly rates listed in the Application and serve the same on the Debtors and the U.S. Trustee.

5. IslandDundon is entitled to reimbursement of actual and necessary expenses, including legal fees related to this Application and future fee applications as approved by the Court.

6. If there may be any inconsistency between the terms of the Application, the Dundon Declaration, and this Order, the terms of this Order shall govern.

7. The Committee and IslandDundon are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

8. Notice of the Application, as provided therein, is deemed to be good and sufficient notice of such Application, and the requirements of the Bankruptcy Local Rules are satisfied by the contents of the Application.

9. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.