**EXHIBIT C**

(Declaration of Committee Chair)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>   Peer Street, Inc., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS)<br><br>(Jointly Administered) |

**DECLARATION OF COMMITTEE CHAIR IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PEER STREET, INC. *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF ISLANDDUNDON LLC AS FINANCIAL ADVISOR EFFECTIVE AS OF JULY 17, 2023**

I, Chris Aristides, as authorized representative of the Committee, declare under penalty of perjury as follows:

1. I am an authorized representative of Aristides Family Trust (2002), ("Aristides"). The Official Committee of Unsecured Creditors (the "Committee") appointed on July 10, 2023, in the above-captioned Chapter 11 proceedings (the "Chapter 11 Cases") of the above-captioned debtors and debtors in possession (together, the "Debtors") elected me as the Committee Chair. I am authorized to submit this Declaration in support of the *Application of the Official Committee of Unsecured Creditors of Peer Street, Inc., et al., for Entry of an Order Authorizing and Approving the Employment and Retention of IslandDundon LLC as Financial Advisor Effective as of July 17, 2023* (the "Application")[2] on behalf of the Committee. I am competent to make this Declaration in support of the Application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

2. Except as otherwise noted, all facts in this Declaration are based on my personal knowledge of the matters set forth herein, information gathered from my review of relevant documents, and information supplied to me by IslandDundon LLC ("IslandDundon").

3. In support of the Application, the Committee relies upon the Dundon Declaration, which is attached to the Application as Exhibit A. I have reviewed and am familiar with the contents of the Application.

**The Committee's Selection of IslandDundon as Financial Advisor to the Committee**

4. The Committee proposes that IslandDundon serve as its financial advisor to the Committee to perform financial advisory services for the Committee in these Chapter 11 Cases, effective as of July 17, 2023.

5. On June 26, 2023 (the "Petition Date"), the Debtors each filed voluntary cases with this Court for relief under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases"). The Debtors continue to operate their business and manage their property as debtors and debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code

6. On July 10, 2023, the Office of the United States Trustee appointed the Committee pursuant to section 1102 of the Bankruptcy Code. The Committee currently consists of seven members. The members of the Committee are: (1) Aristides Family Trust (2002); (2) Michael Corbett; (3) Fixed Income Fund of the Carolinas, LLC; (4) Gregory Ricks; (5) IBI SBL Investments, LP; (6) Yi Wang; and (7) Lihua Zhai. The Committee selected Aristides Family Trust (2002) as its chair (the "Chair").

7. On July 13, 2023, the Committee selected Morrison & Foerster LLP to serve as counsel to the Committee. On July 14, 2023, the Committee also selected Benesch, Friedlander,

Coplan & Aronoff LLP to serve as Delaware counsel to the Committee. On July 17, 2023, the Committee selected IslandDundon LLC to serve as its financial advisor.

8. The Committee is familiar with the professional standing and reputation of IslandDundon and its members Dundon Advisers LLC ("<u>Dundon Advisers</u>") and Island Capital Advisor LLC ("<u>Island Capital</u>"). The Committee understands and recognizes that IslandDundon, including through Dundon Advisers and Island Capital, has a wealth of experience in providing financial advisory services in restructurings and reorganizations and enjoys an excellent reputation for services it has rendered in chapter 11 cases on behalf of debtors and creditors throughout the United States. Thus, the Committee decided to retain IslandDundon as the Committee's proposed financial advisor during these Chapter 11 Cases.

## Rate Structure

9. IslandDundon has informed the Committee that its rates for bankruptcy representations are consistent with and comparable to the rates IslandDundon charges for non-bankruptcy representations. I understand that IslandDundon's rates are generally consistent with the billing rates and terms of other comparably skilled firms for providing similar services. In light of the foregoing, the Committee believes that IslandDundon's fee structure is reasonable, market-based, and designed to fairly compensate IslandDundon for its work in these Chapter 11 Cases.

## Cost Supervision

10. The Committee will approve any prospective budget and staffing plan provided by IslandDundon, recognizing that, in the course of these Chapter 11 Cases, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Committee and its professionals. I further recognize that it is the Committee's responsibility to closely monitor

the billing practices of their professionals to ensure the fees and expenses paid by the estates remain consistent with the Committee's expectations and the exigencies of these Chapter 11 Cases. The Committee will continue to review the invoices that IslandDundon regularly submits, and, together with IslandDundon, periodically amend any budget and staffing plans, as the case develops.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 10, 2023

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PEER STREET, INC., *ET AL.***

By: */s/ Chris Aristides*
Chris Aristides, Aristides Family Trust (2002), solely in his capacity as Chair of the Official Committee of Unsecured Creditors of Peer Street, Inc., *et al.*