**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.,*[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |
|  | **Obj. Deadline: August 31, 2023, at 4:00 p.m. (ET)**<br>**Hearing Date: September 8, 2023, at 11:00 a.m. (ET)** |

**NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF PEER STREET, INC. *ET AL.*, FOR ENTRY OF AN ORDER
AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION
OF ISLANDDUNDON LLC AS FINANCIAL ADVISOR
<u>EFFECTIVE AS OF JULY 17, 2023</u>**

  **PLEASE TAKE NOTICE** that on August 10, 2023, the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Peer Street Inc**.**, and its affiliated debtors, by and through its proposed co-counsel Morrison & Foerster LLP and Benesch, Friedlander, Coplan & Aronoff, LLP, filed the *Application of the Official Committee of Unsecured Creditors of Peer Street Inc., et al., for Entry of an Order Authorizing and Approving the Employment and Retention of IslandDundon LLC as Financial Advisor Effective as of July 17, 2023* (the "<u>Application</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").  A copy of the Application is served upon you with this notice.

  **PLEASE TAKE FURTHER NOTICE** that objections or responses, if any, to the Application must be filed with the Bankruptcy Court, 824 North Market Street, 6th Floor, Wilmington, Delaware 19801, on or before **August 31, 2023 at 4:00 p.m. (prevailing Eastern Time)**, and served upon the undersigned proposed counsel to the Committee.

  **PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Application will be held on **September 8, 2023 at 11:00 a.m. (prevailing Eastern Time)** before the Honorable Laurie Selber Silverstein, Chief United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 6th Floor, Wilmington, Delaware 19801.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are as follows: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND TO THE APPLICATION IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR A HEARING**.

Dated: August 10, 2023
Wilmington, Delaware

**BENESCH, FRIEDLANDER,
     COPLAN & ARONOFF LLP**

/s/ Jennifer R. Hoover
Jennifer R. Hoover (DE No. 5111)
Kevin M. Capuzzi (DE No. 5462)
John C. Gentile (DE No. 6159)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
E-mail: jhoover@beneschlaw.com
        kcapuzzi@beneschlaw.com
        jgentile@beneschlaw.com

-and-

Lorenzo Marinuzzi (*pro hac vice*)
Benjamin Butterfield (*pro hac vice*)
Raff Ferraioli (*pro hac vice*)
Martha E. Martir (*pro hac vice*)
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail:lmarinuzzi@mofo.com
        bbutterfield@mofo.com
        rferraioli@mofo.com
        mmartir@mofo.com

*Proposed Counsel to the Official Committee of
Unsecured Creditors*