James Fariss
19365 Soaring Wing Court
Colorado Springs, Colorado 80908
719-425-8845
Jim@BlackForestChef.com

FILED
2023 AUG 11  AM 9: 45
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Chief Judge Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

Reference CASE 23-10815 (LSS): Request for protection of secured loan investments and investable cash in PeerStreet Account Number ████████

Honorable Chief Judge Laurie Selber Silverstein,

I have, herewith, submit my claim as an investor of secured real estate backed loans through PeerStreet platform. I have attached the statement of account as of July 31, 2023, for investable cash and invested load principal amount.

I request your assistance in protecting not only my assets, but that of all the individual investors who were led to believe their investments were backed by physical real estate.

Respectfully submitted,

*James Fariss*

James Fariss

Attachment:

1. PeerStreet Statement dated July 31, 2023

 STRATA Trust Company, Custodian FBO Jim Fariss 

Account Number
SD IRA Account Number 
Tax ID Number
Account Type

## Monthly Overview

**Total Account Value**
**$143,397.14**

**Earnings This Statement**
**$0.00**

### Account Summary

|  | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $10,402.13 | $0.00 | $10,402.13 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $132,995.01 | $0.00 | $132,995.01 |
| **Account Total** | **$143,397.14** | **$0.00** | **$143,397.14** |

### Earning Summary

|  | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $5,857.97 |
| Fees [3] | $0.00 | $65.02 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | -$817.59 |
| Other | $0.00 | $0.00 |
| **Total** | **$0.00** | **$5,105.40** |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

### Loan Positions

**Active Investments**

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| Washington, DC Refinance #144 | 7.250% | 12/31/18 | 01/01/21 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Manchester, NJ Refinance #3 | 7.250% | 02/22/19 | 11/01/20 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Oakland, CA Refinance #49 | 7.250% | 04/23/19 | 05/01/20 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Oakland, CA Refinance #51 | 7.250% | 05/02/19 | 05/01/20 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Morristown, NJ Cash-Out Refinance #2 | 7.500% | 06/26/19 | 07/01/21 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #166 | 7.500% | 11/04/19 | 11/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #190 | 7.000% | 01/31/20 | 01/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #191 | 7.125% | 02/03/20 | 02/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Cranston, RI Refinance #3 | 7.000% | 02/07/20 | 02/01/22 | $1,000.00 | $87.79 | $0.00 | $0.00 |
| Cypress, TX Refinance #3 (Series 1) | 11.000% | 04/09/20 | 03/01/22 | $444.00 | $444.00 | $0.00 | $0.00 |
| Philadelphia, PA Acquisition #58 (Series 1) | 14.000% | 05/20/20 | 02/01/21 | $1,000.00 | $747.78 | $0.00 | $0.00 |
| Philadelphia, PA Cash-Out Refinance #68 | 7.125% | 12/30/20 | 01/01/23 | $160.00 | $160.00 | $0.00 | $0.00 |
| Millville, NJ Cash-Out Refinance | 6.875% | 08/04/21 | 08/01/22 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Miami Shores, FL Acquisition #9 | 6.500% | 09/02/21 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Oakland, CA Acquisition #83 | 7.375% | 09/13/21 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Los Angeles, CA Cash-Out Refinance #567 (Series 1) | 8.000% | 10/04/21 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Pittsfield, MA Acquisition #6 | 6.375% | 10/06/21 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Miami, FL Acquisition #292 | 6.500% | 10/20/21 | 11/01/22 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Charleston, SC Acquisition #13 | 6.250% | 10/27/21 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Paia, HI Acquisition (Series 1) | 6.750% | 11/01/21 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Richmond, CA Acquisition #7 (Series 1) | 7.500% | 11/05/21 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Los Angeles, CA Acquisition #569 (Series 1) | 7.500% | 11/05/21 | 09/09/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Chicago, IL Acquisition #192 | 6.625% | 11/17/21 | 12/01/22 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Tacoma, WA Acquisition #11 | 6.250% | 11/19/21 | 12/01/23 | $1,000.00 | $998.88 | $0.00 | $0.00 |
| Chicago, IL Cash-Out Refinance #191 (Series 1) | 6.500% | 12/13/21 | 12/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Sacramento, CA Cash-Out Refinance #176 | 6.000% | 12/22/21 | 12/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Greenwood, SC Acquisition #2 (Series 1) | 7.000% | 12/31/21 | 12/01/23 | $1,000.00 | $999.67 | $0.00 | $0.00 |
| Hudson, FL Cash-Out Refinance #3 | 6.125% | 01/06/22 | 01/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Downey, CA Acquisition #20 | 6.625% | 01/20/22 | 01/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Chicago, IL Cash-Out Refinance #194 | 6.250% | 01/25/22 | 01/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Pinon Hills, CA Acquisition #3 | 6.750% | 02/18/22 | 02/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| New Port Richey, FL Acquisition #8 | 6.125% | 02/23/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Pinon Hills, CA Acquisition #2 | 6.250% | 02/24/22 | 02/01/24 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Fort Myers, FL Cash-Out Refinance #5 | 6.250% | 03/10/22 | 03/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| New City, NY Acquisition | 6.750% | 03/18/22 | 04/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Garfield, NJ Cash-Out Refinance #5 (Series 1) | 6.125% | 03/25/22 | 04/01/24 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Riverview, FL Cash-Out Refinance #3 | 6.250% | 03/28/22 | 04/01/24 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Atlanta, GA Acquisition #124 | 7.000% | 03/30/22 | 04/01/24 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Naples, FL Cash-Out Refinance #14 | 6.750% | 03/31/22 | 04/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Irvington, NJ Acquisition #61 | 6.625% | 04/01/22 | 04/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| North Bellmore, NY Cash-Out Refinance | 6.750% | 04/06/22 | 02/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Detroit, MI Cash-Out Refinance #13 (Series 1) | 6.625% | 04/06/22 | 04/01/24 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| East Providence, RI Cash-Out Refinance #2 | 7.250% | 04/21/22 | 05/01/24 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Brandon, FL Cash-Out Refinance #6 | 7.750% | 04/26/22 | 05/01/24 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |

| Investment | Rate | Date 1 | Date 2 | Amount 1 | Amount 2 | Col 3 | Col 4 |
|---|---|---|---|---|---|---|---|
| Winter Haven, FL Cash-Out Refinance #9 | 7.500% | 04/26/22 | 05/01/24 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Puyallup, WA Cash-Out Refinance #4 | 6.750% | 05/09/22 | 05/01/24 | $1,805.00 | $1,805.00 | $0.00 | $0.00 |
| Burbank, CA Acquisition #16 | 6.875% | 05/19/22 | 05/16/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Sebring, FL Acquisition #5 | 7.500% | 05/20/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| San Diego, CA Cash-Out Refinance #75 (Series 1) | 7.500% | 06/10/22 | 06/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Elizabeth, NJ Acquisition #19 (Series 1) | 7.000% | 06/14/22 | 06/01/23 | $2,000.00 | $1,330.76 | $0.00 | $0.00 |
| Philadelphia, PA Cash-Out Refinance #78 (Series 1) | 7.500% | 06/14/22 | 07/01/24 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Miami Gardens, FL Acquisition #27 (Series 1) | 8.000% | 06/17/22 | 07/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Paterson, NJ Acquisition #27 (Series 1) | 8.000% | 06/23/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Joshua Tree, CA Acquisition #2 (Series 1) | 7.000% | 06/29/22 | 07/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Tampa, FL Acquisition #102 | 9.000% | 07/20/22 | 08/01/23 | $937.00 | $937.00 | $0.00 | $0.00 |
| Hueytown, AL Cash-Out Refinance | 9.250% | 08/11/22 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| NAPLES, FL Cash-Out Refinance #15 | 7.500% | 09/01/22 | 09/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Miami Gardens, FL Cash-Out Refinance #28 | 8.000% | 09/09/22 | 10/01/23 | $1,899.00 | $1,899.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #218 | 8.500% | 09/13/22 | 06/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #216 | 8.250% | 09/13/22 | 06/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Brandon, FL Cash-Out Refinance #7 | 8.000% | 09/15/22 | 01/01/24 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Laredo, TX Cash-Out Refinance | 7.750% | 09/15/22 | 10/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Matteson, IL Acquisition #3 | 8.000% | 10/04/22 | 10/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Miami, FL Acquisition #315 | 8.000% | 10/13/22 | 11/01/23 | $2,500.00 | $2,500.00 | $0.00 | $0.00 |
| Indianapolis, IN Cash-Out Refinance #35 | 8.500% | 10/14/22 | 11/01/23 | $2,000.00 | $1,603.66 | $0.00 | $0.00 |
| Orange, MA Cash-Out Refinance | 7.500% | 10/14/22 | 11/01/23 | $2,500.00 | $2,500.00 | $0.00 | $0.00 |
| Perryville, MD Acquisition | 8.000% | 10/21/22 | 11/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Philadelphia, PA Cash-Out Refinance #84 (Series 1) | 7.750% | 10/25/22 | 10/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Richmond, CA Acquisition #12 (Series 2) | 7.500% | 10/25/22 | 06/01/23 | $2,500.00 | $2,500.00 | $0.00 | $0.00 |
| New York, NY Cash-Out Refinance #26 | 8.250% | 10/31/22 | 11/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Baltimore, MD Acquisition #97 | 7.500% | 11/02/22 | 05/01/23 | $2,500.00 | $2,500.00 | $0.00 | $0.00 |
| Akron, OH Acquisition #4 | 8.250% | 11/15/22 | 10/01/23 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| Philadelphia, PA Acquisition #90 | 7.250% | 11/23/22 | 11/01/23 | $1,385.00 | $1,385.00 | $0.00 | $0.00 |
| Tampa, FL Acquisition #108 | 8.250% | 11/25/22 | 10/01/23 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| Burbank, CA Acquisition #18 | 8.500% | 12/08/22 | 10/01/23 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| Wimberley, TX Acquisition | 9.000% | 12/08/22 | 11/01/23 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| Clermont, FL Acquisition #9 | 8.500% | 12/14/22 | 11/01/23 | $1,500.00 | $1,479.02 | $0.00 | $0.00 |
| Somers Point, NJ Acquisition | 8.000% | 12/14/22 | 11/01/23 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| Clearwater, FL Acquisition #8 | 9.000% | 12/27/22 | 11/01/23 | $1,325.00 | $1,325.00 | $0.00 | $0.00 |
| Cleveland, OH Acquisition #27 | 9.250% | 12/27/22 | 12/01/23 | $1,238.00 | $1,238.00 | $0.00 | $0.00 |
| Hollywood, FL Acquisition #27 | 10.000% | 12/28/22 | 01/01/24 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| Tarzana, CA Acquisition #5 | 8.250% | 01/13/23 | 10/01/23 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| Cedarpines Park, CA Acquisition (Series 1) | 10.000% | 01/20/23 | 09/01/23 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| Lakeland, FL Acquisition #25 | 10.750% | 01/24/23 | 01/01/24 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| San Jose, CA Acquisition #137 (Series 2) | 8.000% | 01/30/23 | 12/01/23 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| Lubbock, TX Acquisition | 9.500% | 01/31/23 | 02/01/24 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| San Bernardino, CA Acquisition #40 | 9.250% | 01/31/23 | 02/01/24 | $1,500.00 | $569.44 | $0.00 | $0.00 |
| Wichita, KS Acquisition #5 | 9.250% | 02/02/23 | 02/01/24 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| Seattle, WA Refinance #38 | 9.990% | 02/06/23 | 01/01/24 | $1,500.00 | $1,485.01 | $0.00 | $0.00 |
| Chicago, IL Acquisition #215 | 9.500% | 02/23/23 | 03/01/24 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| Total | | | | $136,193.00 | $132,995.01 | $0.00 | $0.00 |

**Pending Investments**

None

**Past Investments**

None

**Transaction History**

No transactions