August 1, 2023

Thomas Werth
17205 60th St
Bristol, WI 53014



FILED
2023 AUG 11  AM 9: 36

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Chief Judge Laurie Selber Silverstein
US Bankruptcy Court
824 North Market St, 6th Floor
Wilmington, DE 19801

Re: Case 23-10815-LSS Request for Protection of Secured Loan Investments and all Cash held at PeerStreet in individual account ▮▮▮▮▮▮▮▮ and at PeerStreet IRA account 2463901926 (SD IRA Acct. ▮▮▮▮▮▮)

Honorable Chief Judge Laurie Selber Silverstein,

I am writing to request your assistance in protecting my secured loan investments and available cash in the above referenced bankruptcy proceeding.

I am requesting that you consider the following points for the protection of my investments and available cash:

1. Preservation of Secured Loan Investments: As a secured creditor, I request that the Court ensures the proper handling and preservation of the underlying collateral associated with my loan investments. Any potential sale or disposition of these assets must be conducted fairly and transparently to maximize recovery and protect interests of secured creditors.
2. Transparency and Communication: I ask that the Court provides regular updates and communications pertinent information related to the bankruptcy proceedings.
3. Fair Treatment of all Secured Creditors: Secured Loans were made with the expectation that in the event of default or bankruptcy, <u>secured creditors (investors) would be protected and a third-party "special member" would step in to manage pending loan investments and ensure that investors continue to receive interest and principal payments</u>. I urge the Court consider this when determining the protection and distribution of investor funds.
4. Safeguarding of Available Cash: I ask the Court to ensure that any cash balances be protected, preserved, and allow for its return and proper distribution following the applicable laws and regulations.

I appreciate your attention to this matter, and as an investor, I place my trust in the bankruptcy court to safeguard my investments and funds and provide fair treatment.

Thank you for your time!

*Thomas Werth*

Thomas Werth
262-359-0638
tmwerth@gmail.com

Attachments: PeerStreet Statements ending 7/31/23 and PeerStreet FAQ



STRATA Trust Company,
Custodian FBO Thomas Werth



Account Number
SD IRA Account Number
Tax ID Number
Account Type

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| **$33,216.64** | **$0.00** |

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $0.00 | $0.00 | $0.00 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $33,216.64 | $0.00 | $33,216.64 |
| Account Total | $33,216.64 | $0.00 | $33,216.64 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $1,372.92 |
| Fees [3] | $0.00 | $33.75 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | -$444.20 |
| Other | $0.00 | $0.00 |
| Total | $0.00 | $962.47 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Initial | Outstanding | Earnings | Principal |
|---|---|---|---|---|---|---|---|
| Brooklyn, NY Refinance #4 | 8.600% | 03/16/17 | 04/30/18 | $1,000.00 | $376.09 | $0.00 | $0.00 |
| Yonkers, NY Cash Out Refinance #6 | 7.990% | 12/22/17 | 11/01/19 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #46 | 8.000% | 07/11/18 | 06/29/20 | $1,000.00 | $967.55 | $0.00 | $0.00 |
| Amityville, NY Cash-Out Refinance #3 | 7.000% | 12/05/18 | 12/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Albany, NY Acquisition #2 | 8.000% | 12/31/18 | 06/20/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Washington, DC Refinance #158 | 7.250% | 03/05/19 | 03/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #84 (Series 3) | 7.250% | 05/24/19 | 01/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Hauppauge, NY Refinance | 8.490% | 09/05/19 | 09/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Tallahassee, FL Refinance #3 | 9.000% | 09/17/19 | 12/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Palmetto Bay, FL Acquisition #4 | 6.125% | 09/22/21 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Orient, NY Refinance | 6.625% | 12/02/21 | 12/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Punta Gorda, FL Acquisition #2 | 7.000% | 01/06/22 | 04/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Hudson, FL Cash-Out Refinance #3 | 6.125% | 01/06/22 | 01/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Chicago, IL Cash-Out Refinance #194 | 6.250% | 01/25/22 | 01/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Naples, FL Cash-Out Refinance #14 | 6.750% | 03/31/22 | 04/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Exton, PA Acquisition #2 (Series 1) | 6.750% | 04/06/22 | 04/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Hawthorne, NJ Cash-Out Refinance #2 | 7.625% | 05/18/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Burbank, CA Acquisition #16 | 6.875% | 05/19/22 | 05/16/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| San Diego, CA Cash-Out Refinance #75 (Series 1) | 6.500% | 06/10/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Los Angeles, CA Acquisition #626 | 8.000% | 08/30/22 | 08/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| NAPLES, FL Cash-Out Refinance #15 | 7.500% | 09/01/22 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Woodbury, NY Acquisition (Series 1) | 8.250% | 09/02/22 | 04/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Miami Gardens, FL Cash-Out Refinance #28 | 8.000% | 09/09/22 | 10/01/23 | $950.00 | $950.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #216 | 8.250% | 09/13/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Waterbury, CT Cash-Out Refinance #11 | 9.000% | 09/20/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Miami, FL Acquisition #315 | 8.000% | 10/13/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Baltimore, MD Acquisition #97 | 7.500% | 11/02/22 | 05/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Lauderhill, FL Acquisition | 7.750% | 11/08/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Waterbury, CT Cash-Out Refinance #13 | 8.750% | 11/11/22 | 12/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Philadelphia, PA Acquisition #90 | 7.250% | 11/23/22 | 11/01/23 | $923.00 | $923.00 | $0.00 | $0.00 |
| Miami, FL Acquisition #318 | 11.000% | 01/12/23 | 12/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| San Jose, CA Acquisition #137 (Series 2) | 8.000% | 01/30/23 | 12/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Lubbock, TX Acquisition | 9.500% | 01/31/23 | 02/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Total | | | | $33,873.00 | $33,216.64 | $0.00 | $0.00 |

### Pending Investments
None

### Past Investments
None

## Transaction History

No transactions



Thomas Werth
17205 60th Street
Bristol WI 53104

Statement Date: July 01, 2023 - July 31, 2023
Account Type: Individual
Account Number: ███

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| $3,000.00 | $0.00 |

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $0.00 | $0.00 | $0.00 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $3,000.00 | $0.00 | $3,000.00 |
| Account Total | $3,000.00 | $0.00 | $3,000.00 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $0.00 |
| Fees [3] | $0.00 | $0.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | -$66.90 |
| Other | $0.00 | $0.00 |
| Total | $0.00 | -$66.90 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

### Loan Positions

#### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| Bronx, NY Refinance #6 | 8.600% | 11/26/17 | 07/19/18 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Los Gatos, CA Acquisition #3 (Series 3) | 8.000% | 07/18/18 | 07/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Waldorf, MD Acquisition #5 | 7.250% | 05/30/19 | 06/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Total | | | | $3,000.00 | $3,000.00 | $0.00 | $0.00 |

#### Pending Investments
None

#### Past Investments
None

### Transaction History

No transactions



HOME    ABOUT US    BLOG    HELP    NEWS    PRESS    SIGN IN

## What investor protections does PeerStreet have in place?

By Rebekah Tack  Posted March 11, 2019 In

Investments in loans are held in a bankruptcy-remote entity that is separate from our primary corporate entity. In the unlikely event PeerStreet no longer remains in business, a third-party "special member" will step in to manage pending loan investments and ensure that investors continue to receive interest and principal payments. Additionally, from the time funds are received in an investor account until an investment closes (but not while funds are invested), investor funds are held in an Investors Trust Account with Wells Fargo and FDIC insurance of up to $250,000.





