# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |
| | Obj. Deadline: August 31, 2023 at 4:00 p.m. (ET) <br> Hearing Date: September 8, 2023 at 11:00 a.m. (ET) |

## AFFIDAVIT OF SERVICE

I, Norris Hicks, being duly sworn, depose and say:

1. I am employed by DLS Discovery, LLC, noticing agent for a party in the above-captioned case. I am over 18 years of age and not a party to this proceeding.

2. On August 10, 2023, I caused a true and correct copy of the following document(s) to be served upon the parties on the attached service list via First Class Mail.

**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PEER STREET, INC., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MORRISON & FOERSTER LLP AS COUNSEL EFFECTIVE AS OF JULY 13, 2023** *[D.I. 210]*

**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO JULY 14, 2023** *[D.I. 211]*

**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PEER STREET INC., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF ISLANDDUNDON LLC AS FINANCIAL ADVISOR EFFECTIVE AS OF JULY 17, 2023** *[D.I. 212]*

Norris Hicks _____

SWORN TO AND SUBSCRIBED before me this 11th day of August, 2023

NOTARY PUBLIC _____



**Core/2002 List**
As of August 10, 2023

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|
| Budget Finance Company | c/o Kogan Law Firm, APC | Attn: Michael S. Kogan | 11500 W. Olympic Blvd., Suite 400 | Los Angeles | CA | 90064 | 310-954-1690 | | mkogan@koganlawfirm.com |
| Cypress-Fairbanks ISD, Fort Bend County, and Harris County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | PO Box 3064 | Houston | TX | 77253-3064 | 713-844-3400 | 713-844-3503 | houston_bankruptcy@lgbs.com |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | 800-973-0424 | 267-941-1015 | |
| Jax SFH Properties, LLC | c/o The Law office of James Tobia, LLC | Attn: James Tobia | 1716 Wawaset Street | Wilmington | DE | 19806 | 302-655-5303 | 302-656-8053 | jtobia@tobialaw.com |
| John Bolich | c/o Kasen & Kasen, P.C. | Attn: Jenny R. Kasen, Esq. | 1874 E. Marlton Pike, Suite 3 Society Hill Office Park | Cherry Hill | NJ | 0003 | 856-424-4144 | 856-424-7565 | jkasen@kasenlaw.com |
| Magnetar Financial LLC | c/o Richards, Layton & Finger, P.A. | Attn: Russell C. Silberglied, Brendan J. Schlauch, & Emily R. Mathews | 920 North King Street One Rodney Square | Wilmington | DE | 19801 | 302-651-7700 | 302-651-7701 | silberglied@rlf.com<br>schlauch@rlf.com<br>mathews@rlf.com |
| Magnetar Financial LLC | c/o Royer Cooper Cohen Braunfeld LLC | Attn: Marc E. Hirschfield & Marc Skapof | 1120 Avenue of the Americas, 4th Floor | New York | NY | 10036 | 212-389-5947 | | mhirschfield@rccblaw.com<br>mskapof@rccblaw.com |
| MFA Financial Inc. and related affiliates | c/o Hunton Andrews Kurth LLP | Attn: J.R. Smith & Jennifer E. Wuebker | 951 East Byrd Street | Richmond | VA | 23219 | 804-788-8200 | | jrsmith@huntonak.com<br>jwuebker@huntonak.com |
| Office of the United States Attorney for the District of Delaware | | 1313 N Market Street | | Wilmington | DE | 19801 | 302-573-6277 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn: Joseph F. Cudia | 844 N King St Suite 2207 | | Wilmington | DE | 19801 | | | joseph.cudia@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi & John C. Gentile | 1313 North Market Street, Suite 1201 | Wilmington | DE | 19801 | 302-442-7010 | 302-442-7012 | jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com |
| Official Committee of Unsecured Creditors | c/o Morrison & Foerster LLP | Attn: Lorenzo Marinuzzi, Benjamin Butterfield, Raff Ferraioli, & Martha E. Martir | 250 West 55th Street | New York | NY | 10019-9601 | 212-468-8000 | 212-468-7900 | lmarinuzzi@mofo.com<br>bbutterfield@mofo.com<br>rferraioli@mofo.com<br>mmartir@mofo.com |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Landis Rath & Cobb LLP | Attn: Adam G. Landis, Esq., Kimberly A. Brown, Esq. & Howard W. Robertson IV, Esq. | 919 Market Street, Suite 1800 | Wilmington | DE | 19801 | 302-467-4400 | 302-467-4450 | landis@lrclaw.com<br>brown@lrclaw.com<br>robertson@lrclaw.com |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Winston & Strawn LLP | Attn: David Neier, Esq. & James T. Bentley, Esq. | 200 Park Avenue | New York | NY | 10166-4193 | 212-292-6700 | 212-294-4700 | dneier@winston.com<br>jbentley@winston.com |
| Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC | c/o Dorsey & Whitney (Delaware LLP) | Attn: Alessandra Glorioso, Esq. | 300 Delaware Avenue Suite 1010 | Wilmington | DE | 19801 | 302-425-7171 | | glorioso.alessandra@dorsey.com |
| Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC | c/o Dorsey & Whitney LLP | Attn: Samuel S. Kohn, Esq. & Rachel P. Stoian, Esq. | 51 West 52nd Street | New York | NY | 10019 | 212-415-9200 | | kohn.sam@dorsey.com<br>stoian.rachel@dorsey.com |
| Sean Banchik | c/o Morris James LLP | Attn: Brya M. Keilson, Esq. & Jason S. Levin, Esq. | 500 Delaware Avenue, Suite 1500 | Wilmington | DE | 19801 | 302-888-6800 | 302-571-1750 | bkeilson@morrisjames.com<br>jlevin@morrisjames.com |
| Sean McGuiness | c/o Jack Shrum, P.A. | Attn: "J" Jackson Shrum Esq. | 919 N. Market St., Suite 1410 | Wilmington | DE | 19801 | 302-543-7551 | 302-543-6386 | jshrum@jshrumlaw.com |
| Securities and Exchange Commission | | 100 F Street, NE | | Washington | DC | 20549 | | | |
| Securities and Exchange Commission | Attn: Regional Director | New York Regional Office | 200 Vesey Street, Suite 400 Brookfield Place | New York | NY | 10281-1022 | | | |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon, Esquire | 123 South Broad Street, Suite 2100 | | Philadelphia | PA | 19109 | 215-864-9700 | | dplon@sirlinlaw.com |
| Small Business Administration | c/o Office of General Counsel | Attn: Robert T. Williamson | 721 19th Street, Suite 426 | Denver | CO | 80202 | 303-844-0529 | | robert.williamson@sba.gov |
| State of Delaware | Department of Justice | Carvel State Office Building | 820 N French Street | Wilmington | DE | 19801 | 302-577-8400 | 302-577-6630 | attorney.general@state.de.us |
| The Steven Michael Gerstein Living Trust | Attn: Steven M. Gerstein | 10238 Shadow Branch Drive | | Tampa | FL | 33647 | | | steveg8@hotmail.com |
| Vinay Kudithipudi | c/o Lynn Pinker Hurst & Schwegmann | Attn: Jared D. Eisenberg | 2100 Ross Avenue, Suite 2700 | Dallas | TX | 75201 | 214-981-3800 | 214-981-3839 | jeisenberg@lynnllp.com |

Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

For assistance, please contact Stretto by emailing PeerStreetInquiries@Stretto.com or by calling 833.702.1320 (toll-free).

Page 1 of 1