**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **PEER STREET, INC.** *et. al.* | ) | |
| | ) | Case No.  23-10815-LSS |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PLEADINGS**
**PURSUANT TO BANKRUPTCY RULES 2002, 3017 AND 9010(b)**

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear as counsel

for The Chartwell Law Offices, LLP, pursuant to 11 U.S.C. § 1109(b) and Rule 9010 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  The undersigned requests

that all notices given or required to be given in the above-captioned case (including but not

limited to all papers filed and served in all adversary proceedings in such case, and to creditors

and equity security holders who file with the Court and request that all notices be mailed to

them) be given to and served on the following:

"J" Jackson Shrum, Esq.
Jack Shrum, P.A.
919 N. Market St., Suite 1410
Wilmington, DE 19801
Telephone: (302) 543-7551
E-mail: jshrum@jshrumlaw.com

**PLEASE TAKE FURTHER NOTICE** that, by submitting this notice and/or any

subsequent appearance, pleading, claim or suit, The Chartwell Law Offices, LLP is not waiving

and hereby expressly preserves the right to: (i) have final orders in non-core matters entered only

after *de novo* review by a district judge; (ii) a trial by jury in any proceeding so triable in this

case or in any related case, controversy or proceeding; (iii) have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and/or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under any agreement, in equity and/or under other applicable law.

**JACK SHRUM P.A.**

Dated: Wilmington, DE
          August 14, 2023

*/s/ Jack Shrum_____*
"J" Jackson Shrum, Esq. (DE #4757)
919 N. Market Street, Suite 1410
Wilmington, DE 19801
Phone: (302) 543-7551
Fax: (302) 543-6386
Email: Jshrum@jshrumlaw.com
*Attorney for The Chartwell Law Offices,*
*LLP*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 14, 2023, I caused a true and correct copy of the foregoing to be served electronically via the Court's Electronic Filing System on all parties requesting notice in this proceeding.

Dated: August 14, 2023

Respectfully Submitted,
**JACK SHRUM, P.A.**

*/s/ Jack Shrum*
"J" Jackson Shrum (DE #4757)
919 N. Market Street, Suite 1410
Wilmington, DE 19801
Phone: (302) 543-7551
Fax: (302) 543-6386
Email: Jshrum@jshrumlaw.com