08/09/2023

Mark Haiden
401 E 8TH St STE 214 PMB 7036
Sioux Falls SD 57103





Chief Judge Laurie Selber Silversein,
U.S. Bankruptcy Court
824 North Market Street
6th Floor Wilmington DE 19801

Subject: REQUEST TO RULE TO BAR PEERSTREET FROM AUCTIONING OFF ANY MORTGATE DEPENDENT NOTES (Case 23-10815-LSS)

Honorable Chief Judge Laurie Selber Silversein,

I am writing to request you to RULE TO BAR PEERSTREET FROM AUCTIONING OFF ANY MORTGATE DEPENDENT NOTES as any auction at less than the full principal amounts will reduce the outstanding amount paid to PeerStreet Retail Creditors for ALL NOTES and ELIMINATE the possibility of collecting the ACCRUED INTEREST NOT SHOWN ON PEERSTREET STATEMENTS on NOTES THAT ARE "NOT CURRENT".

Many Retail Creditors like me have NOTES in our PeerStreet accounts that are NOT CURRENT (LATE XX Days, DEFAULT or REO [Real Estate Owned]). When delinquent NOTES have been BROUGHT CURRENT, REPAID IN FULL or PAID OFF via the FORCLOSURE AND SALE process in the past, PeerStreet has paid Retail Creditors back Outstanding Principal and interest out of the NOTE proceeds net of expenses. Depending on a foreclosed property sales price, it is possible for all the principal and interest to be paid to the Retail Creditor.

PeerStreet statements DO NOT show potential INTEREST on statements until the NOTES are BROUGHT CURRENT, REPAID IN FULL or PAID OFF via the FORCLOSURE AND SALE process. For the 12 delinquent NOTES in my two PeerStreet accounts with a Total Principal amount of $29,791.80 there is an additional hidden ACCRUED INTEREST of $6,719.97 owed to me that would have been partially or fully paid by PeerStreet out of net proceeds of fully serviced NOTES. Many Retail Creditors have likely not factored this hidden interest into their bankruptcy claim amounts. As the bankruptcy case continues, additional INTEREST WILL CONTINUE TO ACCRUE on these delinquent loans.

If NOTES are actioned off at ANY discount to the Outstanding Principal owed, Retail Creditors will lose some portion of PRINCIPLE (potentially a large amount) and ALSO LOSE THE ACCRUED INTEREST FOR LATE NOTES that does not yet show on our statements. If NOTES continue to be services by a third party, the past history of my account at Peerstreet indicates that many of these NOTES will successfully be REPAID IN FULL or ultimately FORCLOSED upon and SOLD with much if not all of principal and interest repaid to the Retail Creditors.

PeerStreet's hard push for wholesale auctioning off Retail NOTES is NOT in the Retail Creditor's best interest. The only case to be made is that auctioning off NOTES will deliver a fraction of the amount owed to Retail Creditors faster than having them serviced in due course. I, like many of the Retail Creditors, understood that investing our money in PeerStreet locked up our investment for months or years. I for one would fully support receiving the maximum amount owed on my investments as possible even if servicing them takes a considerably longer time period.

The other concern about PeerStreet's hard push for auctioning NOTES is that as Retail Creditor NOTES their value is relatively safe from the unjust diversion away from Retail Creditors...once converted to cash, the risk escalates immensely.

The only solution that protects PeerStreet Retail Creditors from instant LOSS OF PRINCINPAL and a COMPLETE LOSS of the possibility of recovering ACCRUED INTEREST is to bar Peerstreet from selling or auctioning NOTES completely and require PeerStreet seek and secure a company to service each loan to its conclusion (repayment or foreclosure/sale) and reimburse the proceeds (less sales and legal expenses) to the Retail Creditors.

Respectfully yours,

Mark Haiden

Attachment:    Images of PeerStreet Statements
               Analysis of ACCRUED INTEREST for Late NOTES



STRATA Trust Company,
Custodian FBO Mark Halden

Account Number
SD IRA Account Number
Tax ID Number
Account Type    Ira

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| **$85,849.88** | **$65.73** |

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $0.00 | $0.00 | $0.00 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $65,791.80 | $0.00 | $65,791.80 |
| Invested Pocket Principal | $19,992.35 | $65.73 | $20,058.08 |
| Account Total | $85,784.15 | $65.73 | $85,849.88 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $2,443.51 |
| Fees [3] | $0.00 | $40.39 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | -$316.70 |
| Other | $0.00 | $53.48 |
| Pocket Interest | $65.73 | $453.99 |
| Total | $65.73 | $2,674.67 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

### Loan Positions

| Active Investments | | | | Principal Investment | | Payments This Period | |
| Loan | Yield | Start Date | Maturity Date | Initial | Outstanding | Earnings | Principal |
|---|---|---|---|---|---|---|---|
| East Hampton, NY Cash Out Refinance #5 | 8.000% | 11/15/17 | 11/01/19 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Chicago, IL Cash-Out Refinance #36 | 7.500% | 12/05/17 | 03/05/20 | $1,100.00 | $1,100.00 | $0.00 | $0.00 |
| Yonkers, NY Cash Out Refinance #6 | 7.990% | 12/22/17 | 11/01/19 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Sebastopol, CA Refinance #3 | 7.000% | 08/22/18 | 08/01/20 | $1,696.00 | $1,696.00 | $0.00 | $0.00 |
| Albany, NY Acquisition #2 | 8.000% | 12/31/18 | 06/20/21 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Washington, DC Refinance #144 | 7.250% | 12/31/18 | 01/01/21 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Albany, NY Refinance #3 | 8.000% | 01/10/19 | 06/13/21 | $1,995.80 | $1,995.80 | $0.00 | $0.00 |
| Kansas City, MO Cash-Out Refinance #11 | 8.000% | 01/11/19 | 01/01/21 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Kansas City, MO Cash-Out Refinance #12 | 8.000% | 01/15/19 | 01/01/21 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Baltimore, MO Acquisition #24 | 8.000% | 01/16/19 | 02/01/21 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| New Haven, CT Cash-Out Refinance #2 | 7.500% | 12/05/19 | 03/01/22 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| Oakland, CA Acquisition #83 | 7.375% | 09/13/21 | 10/01/23 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| Riverview, FL Cash-Out Refinance #3 | 6.250% | 03/28/22 | 04/01/24 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| Alpharetta, GA Acquisition #13 (Series 2) | 8.250% | 09/02/22 | 01/01/24 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| Lemon Grove, CA Acquisition #3 | 8.250% | 09/02/22 | 09/01/23 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| Fullerton, CA Acquisition #13 | 7.500% | 10/04/22 | 10/01/23 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| Miami, FL Acquisition #315 | 8.000% | 10/13/22 | 11/01/23 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| Bartlett, TN Acquisition | 8.000% | 10/27/22 | 11/01/23 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| Tarzana, CA Acquisition #5 | 8.250% | 01/13/23 | 10/01/23 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| Cutler Bay, FL Acquisition #9 (Series 2) | 10.750% | 01/18/23 | 12/01/23 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| Wichita, KS Acquisition #5 | 9.250% | 02/02/23 | 02/01/24 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| Total | | | | $65,791.80 | $65,791.80 | $0.00 | $0.00 |



STRATA Trust Company,
Custodian FBO Mark Haiden

Account Number
SD IRA Account Number
Tax ID Number
Account Type   ira

## Monthly Overview

**Total Account Value**
$117,641.63

**Earnings This Statement**
$346.18

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $0.00 | $0.00 | $0.00 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $12,000.00 | $0.00 | $12,000.00 |
| Invested Pocket Principal | $105,295.45 | $346.18 | $105,641.63 |
| Account Total | $117,295.45 | $346.18 | $117,641.63 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $2,013.02 |
| Fees [3] | $0.00 | $65.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Pocket Interest | $346.18 | $2,433.31 |
| Total | $346.18 | $4,511.33 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

### Loan Positions

| Active Investments | | | | Principal Investment | | Payments This Period | |
|---|---|---|---|---|---|---|---|
| Loan | Yield | Start Date | Maturity Date | Initial | Outstanding | Earnings | Principal |
| Bermuda Dunes, CA Acquisition | 7.125% | 01/26/22 | 02/01/24 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| Winter Haven, FL Cash-Out Refinance #9 | 7.500% | 04/26/22 | 05/01/24 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| Nashville, TN Acquisition #5 | 8.750% | 10/19/22 | 11/01/23 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| Total | | | | $12,000.00 | $12,000.00 | $0.00 | $0.00 |

## Analysis of ACCRUED INTEREST for Late NOTES

To illustrate: The largest delinquent loan in my portfolio is known as "East Hampton, NY Cash Out Refinance #5":



The last payment on this loan was for the period 07/01/19 to 07/31/19:



In the 4.02 years since payments stopped, the loan accrued approximately $1,608.00 in interest that DOES NOT show up on my PeerStreet Statements.

Calculation of Accrued interest on NOTES NOT CURRENT in my account:

| # | Loans NOT CURRENT | Investment | Outstanding Principal | Yield | Start Date | Maturity Date | Payment Status | Date Payments Stopped | Years Since Last Payment | Amount of Accrued Interest |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Baltimore, MD Acquisition #24 | $2,000.00 | $2,000.00 | 8.00% | 01/16/19 | 02/01/21 | REO | 03/01/19 | 4.44 | $710.40 |
| 2 | Kansas City, MO Cash-Out Refinance #12 | $2,000.00 | $2,000.00 | 8.00% | 01/15/19 | 01/01/21 | REO | 06/01/19 | 4.19 | $670.40 |
| 3 | Kansas City, MO Cash-Out Refinance #11 | $2,000.00 | $2,000.00 | 8.00% | 01/11/19 | 01/01/21 | REO | 07/01/19 | 4.11 | $657.60 |
| 4 | East Hampton, NY Cash Out Refinance #5 | $5,000.00 | $5,000.00 | 8.00% | 11/15/17 | 11/01/19 | DEFAULT | 08/01/19 | 4.02 | $1,608.00 |
| 5 | Chicago, IL Cash-Out Refinance #36 | $1,100.00 | $1,100.00 | 7.50% | 12/05/17 | 03/05/20 | DEFAULT | 08/01/19 | 4.02 | $331.65 |
| 6 | Washington, DC Refinance #144 | $2,000.00 | $2,000.00 | 7.25% | 12/31/18 | 01/01/21 | REO | 12/01/19 | 3.69 | $535.05 |
| 7 | Yonkers, NY Cash Out Refinance #6 | $2,000.00 | $2,000.00 | 7.99% | 12/22/17 | 11/01/19 | REO | 02/01/20 | 3.52 | $562.50 |
| 8 | Sebastopol, CA Refinance #3 | $1,696.00 | $1,696.00 | 7.00% | 08/22/18 | 08/01/20 | REO | 06/01/20 | 3.19 | $378.72 |
| 9 | Albany, NY Refinance #3 | $1,995.80 | $1,995.80 | 8.00% | 01/10/19 | 06/13/21 | DEFAULT | 05/01/21 | 2.27 | $362.44 |
| 10 | Albany, NY Acquisition #2 | $2,000.00 | $2,000.00 | 8.00% | 12/31/18 | 06/20/21 | DEFAULT | 06/01/21 | 2.19 | $350.40 |
| 11 | New Haven, CT Cash-Out Refinance #2 | $4,000.00 | $4,000.00 | 7.50% | 12/05/19 | 03/01/22 | DEFAULT | 02/01/22 | 1.51 | $453.00 |
| 12 | Bermuda Dunes, CA Acquisition | $4,000.00 | $4,000.00 | 7.13% | 01/26/22 | 02/01/24 | LATE 30 | 04/01/23 | 0.35 | $99.82 |

Total of Outstanding Principle of Loans NOT CURRENT: $29,791.80     Total of Accrued Interest NOT show on Peerstreet Statement for LOANS NOT CURRENT: $6,719.97

Outstanding Principle PLUS Accrued Interest NOT show on Peerstreet Statement for LOANS NOT CURRENT: $36,511.77

Additional Percent of the Total of Outstanding Principle of Loans NOT CURRENT: 22.56%

A Servicing Company continuing to service these NOTES to their conclusion (either Repayment in Full or Foreclosure/Sale) could deliver the additional $6,722.97 (and growing over time) that I am owed.

All PeerStreet Retail Creditors with delinquent loans in their accounts would suffer significant loss if PeerStreet is allowed to auction these loans.