Chief Judge Laurie Selber Silverstein

U.S. Bankruptcy Court

824 North Market Street, 6th Floor

Wilmington, DE 19801

RE: Case 23-10815



Honorable Chief Judge Laurie Selber Silverstein:

I am writing to request your assistance in protecting our secured loan investments in the above bankruptcy case. My wife and I have IRA accounts at Peerstreet.

We have invested in Peerstreet for over a year and those investments were made with the understanding that they are legally separate from the parent company in what Peerstreet described as a bankruptcy-remote entity (see web address below). I am an investor in several other real estate investments (Equity Multiple, Integris Real Estate Investments, PPR Note Co, SIMM Capital and Constitution Lending) and these other companies all have similar legally separate entities that hold the assets. I can provide more information should you be interested.

I have followed the court proceedings so far and understand that Peerstreet is attempting to group the retail mortgage note investors with institutional and other creditors that provided credit to the Peerstreet parent company entity. I believe that the mortgage note holders should be separated from the other creditors. We should be classified as "secured" creditors given our investments are tied to specific mortgage notes. Other creditors without this specific attachment should be "unsecured" creditors.

I am not an attorney, but I do have a background in investments and lending and my experience and common sense lead me to that conclusion. I have attached recent statements for our IRA accounts.

Thank you for your attention.

*J. Peta*

John Peta

https://info.peerstreet.com/faqs/what-investor-protections-does-peerstreet-have-in-place/

 STRATA Trust Company, Custodian FBO John Peta   Account Number  SD IRA Account Number Tax ID Number Account Type

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| $181,937.09 | $0.00 |

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $0.00 | $0.00 | $0.00 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $181,937.09 | $0.00 | $181,937.09 |
| Account Total | $181,937.09 | $0.00 | $181,937.09 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $7,360.47 |
| Fees [3] | $0.00 | $80.70 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $151.26 |
| Total | $0.00 | $7,592.43 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| Fort Myers, FL Cash-Out Refinance #5 | 6.250% | 03/10/22 | 03/01/24 | $10,000.00 | $10,000.00 | $0.00 | $0.00 |
| Atlanta, GA Acquisition #120 (Series 1) | 7.250% | 03/14/22 | 02/01/23 | $5,000.00 | $4,998.84 | $0.00 | $0.00 |
| Garfield, NJ Cash-Out Refinance #5 (Series 1) | 6.125% | 03/25/22 | 04/01/24 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Toledo, OH Acquisition (Series 1) | 7.000% | 03/28/22 | 04/01/24 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Atlanta, GA Acquisition #124 | 7.000% | 03/30/22 | 04/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Merced, CA Acquisition #14 | 7.000% | 03/30/22 | 01/14/24 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Naples, FL Cash-Out Refinance #14 | 6.750% | 03/31/22 | 04/01/23 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Irvington, NJ Acquisition #61 | 6.625% | 04/01/22 | 04/01/23 | $10,000.00 | $10,000.00 | $0.00 | $0.00 |
| Mamaroneck, NY Acquisition (Series 1) | 8.125% | 04/04/22 | 10/01/23 | $15,000.00 | $15,000.00 | $0.00 | $0.00 |
| North Bellmore, NY Cash-Out Refinance | 6.750% | 04/06/22 | 02/01/23 | $10,000.00 | $10,000.00 | $0.00 | $0.00 |
| Exton, PA Acquisition #2 (Series 1) | 6.750% | 04/06/22 | 04/01/23 | $8,070.00 | $8,070.00 | $0.00 | $0.00 |
| Yonkers, NY Acquisition #18 (Series 1) | 7.125% | 04/12/22 | 04/01/23 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Puyallup, WA Cash-Out Refinance #4 | 6.750% | 05/09/22 | 05/01/24 | $7,000.00 | $7,000.00 | $0.00 | $0.00 |
| Queens, NY Acquisition #6 | 8.500% | 06/02/22 | 09/29/23 | $5,000.00 | $4,977.25 | $0.00 | $0.00 |
| Wilmington, DE Acquisition #7 | 8.000% | 06/06/22 | 06/01/23 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Murrieta, CA Acquisition #6 | 7.500% | 06/08/22 | 05/01/24 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Gastonia, NC Acquisition #9 | 7.750% | 06/08/22 | 06/01/24 | $5,400.00 | $5,400.00 | $0.00 | $0.00 |
| San Diego, CA Cash-Out Refinance #75 (Series 1) | 6.500% | 06/10/22 | 06/01/23 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Bristol, CT Acquisition #3 (Series 2) | 7.500% | 06/10/22 | 02/01/23 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Flushing, NY Cash-Out Refinance #3 | 10.000% | 06/15/22 | 06/01/23 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Paterson, NJ Acquisition #27 (Series 1) | 8.000% | 06/23/22 | 06/01/23 | $5,400.00 | $5,400.00 | $0.00 | $0.00 |
| Joshua Tree, CA Acquisition #2 (Series 1) | 7.000% | 06/29/22 | 07/01/23 | $6,100.00 | $6,100.00 | $0.00 | $0.00 |
| Tampa, FL Acquisition #102 | 9.000% | 07/20/22 | 08/01/23 | $5,623.00 | $5,623.00 | $0.00 | $0.00 |
| Philadelphia, PA Cash-Out Refinance #78 (Series 2) | 7.500% | 07/27/22 | 07/01/24 | $5,500.00 | $5,500.00 | $0.00 | $0.00 |
| Indianapolis, IN Acquisition #26 | 9.250% | 08/05/22 | 06/03/23 | $4,360.00 | $4,360.00 | $0.00 | $0.00 |
| Indianapolis, IN Acquisition #25 | 9.250% | 08/15/22 | 06/01/23 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Westbury, NY Acquisition #9 | 9.000% | 08/26/22 | 09/01/23 | $5,263.00 | $5,263.00 | $0.00 | $0.00 |
| Los Angeles, CA Acquisition #626 | 8.000% | 08/30/22 | 08/01/23 | $6,000.00 | $6,000.00 | $0.00 | $0.00 |
| Alpharetta, GA Acquisition #13 (Series 2) | 8.250% | 09/02/22 | 01/01/24 | $1,025.00 | $1,025.00 | $0.00 | $0.00 |
| North Miami Beach, FL Acquisition #10 (Series 1) | 8.250% | 09/12/22 | 10/01/23 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #216 | 8.250% | 09/13/22 | 06/01/23 | $6,220.00 | $6,220.00 | $0.00 | $0.00 |
| Total | | | | $181,961.00 | $181,937.09 | $0.00 | $0.00 |

### Pending Investments
None

### Past Investments
None

## Transaction History

No transactions

  

STRATA Trust Company,
Custodian FBO Lana Peta

Account Number
SD IRA Account Number
Tax ID Number
Account Type

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| $69,481.02 | $0.00 |

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $0.00 | $0.00 | $0.00 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $69,481.02 | $0.00 | $69,481.02 |
| Account Total | $69,481.02 | $0.00 | $69,481.02 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $3,905.87 |
| Fees [3] | $0.00 | $0.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Total | $0.00 | $3,905.87 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| Yonkers, NY Acquisition #18 (Series 1) | 7.125% | 04/12/22 | 04/01/23 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Pembroke Pines, FL Acquisition #10 (Series 1) | 8.250% | 04/19/22 | 05/01/24 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Centereach, NY Cash-Out Refinance | 7.625% | 04/20/22 | 11/01/23 | $4,800.00 | $4,800.00 | $0.00 | $0.00 |
| Miami, FL Cash-Out Refinance #305 | 7.000% | 05/04/22 | 05/01/23 | $5,000.00 | $4,999.86 | $0.00 | $0.00 |
| Puyallup, WA Cash-Out Refinance #4 | 6.750% | 05/09/22 | 05/01/24 | $7,900.00 | $7,900.00 | $0.00 | $0.00 |
| Queens, NY Acquisition #6 | 8.500% | 06/02/22 | 09/29/23 | $7,000.00 | $6,968.16 | $0.00 | $0.00 |
| San Diego, CA Cash-Out Refinance #75 (Series 1) | 6.500% | 06/10/22 | 06/01/23 | $3,300.00 | $3,300.00 | $0.00 | $0.00 |
| Texas City, TX Acquisition #2 | 8.250% | 08/01/22 | 08/01/23 | $313.00 | $313.00 | $0.00 | $0.00 |
| Kissimmee, FL Acquisition #44 | 8.500% | 08/15/22 | 09/01/23 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Kissimmee, FL Acquisition #43 | 8.500% | 08/15/22 | 09/01/23 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Indianapolis, IN Acquisition #28 | 9.250% | 08/15/22 | 06/03/23 | $3,800.00 | $3,800.00 | $0.00 | $0.00 |
| Bethpage, NY Acquisition | 8.500% | 08/19/22 | 09/01/23 | $5,173.00 | $5,173.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #216 | 8.250% | 09/13/22 | 06/01/23 | $2,600.00 | $2,600.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #218 | 8.500% | 09/13/22 | 06/01/23 | $3,378.00 | $3,378.00 | $0.00 | $0.00 |
| New Egypt, NJ Acquisition #2 | 10.250% | 01/25/23 | 02/01/24 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| San Jose, CA Acquisition #137 (Series 2) | 8.000% | 01/30/23 | 12/01/23 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Wichita, KS Acquisition #5 | 9.250% | 02/02/23 | 02/01/24 | $149.00 | $149.00 | $0.00 | $0.00 |
| Manhasset, NY Acquisition (Series 3) | 8.000% | 02/16/23 | 01/01/24 | $5,100.00 | $5,100.00 | $0.00 | $0.00 |
| Total | | | | $69,513.00 | $69,481.02 | $0.00 | $0.00 |

### Pending Investments

None

### Past Investments

None

## Transaction History

No transactions

J PETTA
30 PARK AVE
WELLESLEY, MA
02481

U.S.M.S.
X-RAY

JUDGE LAURIE SILVERSTEIN
U.S. BANKRUPTCY COURT
824 NORTH MARKET ST, 6TH FLOOR
WILMINGTON, DE
19801