John W. Popeo
johnpopeo@gmail.com

The Honorable Laurie Seiber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801



FILED
2023 AUG 14  AM 10: 07
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re:     Peer Street, Inc., et al. - Case No. #23-10815 (LSS)
        Request for Protection of Secured Loan Investments

Dear Judge Silverstein:

I am writing to request your assistance in protecting and segregating my secured loan investments. Enclosed for your retention is a copy of my account statement and active investments.

As other secured creditors similarly situated, I respectfully request that the Court ensures the proper handling and preservation of the underlying collateral associated with my investment. Any potential sale or disposition of these assets must be conducted fairly and transparently to maximize recovery and to protect secured creditors' interests.

I trust that the Court will prioritize the fair treatment of secured creditors in the distribution of assets. Secured loans were made with the expectation that in the event of default or bankruptcy, secured creditors would have a higher claim on available assets. I urge the Court to consider this principle in any distribution plan approved for the above-captioned bankruptcy.

Thank you for your consideration and prompt attention to this matter.

Respectfully,

/s John W. Popeo

/Enclosures



POPEO
200 STONEGATE RD
NEW HARTFORD, NY 13413

SYRACUSE NY 130
9 AUG 2023 PM 1 L

J.S.M.S.
X-RAY

Honorable Judge Silverstein
824 North Market St. - 3rd Floor
Wilmington, DE 19801

19801-302499