Jason Elmore
403 Fern Street
New Orleans, LA 70118
-------
(504) 615-0864
elmore70118@yahoo.com

FILED
2023 AUG 14  AM 10: 06
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

August 7, 2023

Chief Judge Laurie Selber Silverstein
United States Bankruptcy Court
District of Delaware
824 Market Street North, 6th floor
Wilmington, DE 19801

RE:   PeerStreet Bankruptcy
      Case no. 23-10815-LSS

Dear Honorable Chief Judge Silverstein:

I am an investor in ten different loans totaling $19,700.00 through PeerStreet Funding, LLC, along with $3,912.92 in Pocket principle and $610.81 in a cash account. I previously submitted a Proof of Claim through the Stretto website.

As evidenced by the enclosed printout of a posting on PeerStreet's website, PeerStreet Funding, LLC was purported to be a bankruptcy-remote entity that is separate from the other PeerStreet entities. As further indicated, if PeerStreet no longer remains in business, a third-party "special member" will step in to manage pending loan investments and ensure that investors continue to receive interest and principal payments.

I object to these investments being comingled with other PeerStreet holdings and sold off in a bankruptcy proceeding to pay off creditors which we were told by PeerStreet are unrelated to the PeerStreet Funding, LLC entity. I did not invest in the operations of PeerStreet or its related legal entities, and I did not lend the entities or their management any money.

PeerStreet seems to be harping on the fact that these are mortgage payment dependent notes and we are unsecured creditors. I contend that even if this is the case, which is questionable, they have no right to lump these assets in with the corporate assets of PeerStreet, Inc. and other PeerStreet entities. I object to PeerStreet Funding, LLC even being in bankruptcy and maintain that per the above, PeerStreet has a duty to its investors to manage these investments differently than what they are doing in their bankruptcy filings.

Thank you for your consideration in this matter.

Sincerely,

Jason Elmore

Enclosure

By *Rebekah Jack*  **Posted** *March 11, 2019*  **In**

Investments in loans are held in a bankruptcy-remote entity that is separate from our primary corporate entity. In the unlikely event PeerStreet no longer remains in business, a third-party "special member" will step in to manage pending loan investments and ensure that investors continue to receive interest and principal payments. Additionally, from the time funds are received in an investor account until an investment closes (but not while funds are invested), investor funds are held in an Investors Trust Account with Wells Fargo and FDIC insurance of up to $250,000.