Thomas Blundell
100 Riverside Blvd Apt. 6A
New York, New York 10069
August 11, 2023



FILED

2023 AUG 14 AM 11:55

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Chief Judge Laurie Selber Silverstein,
US Bankruptcy Court
824 North Market St. 6th Floor
Wilmington, DE 19801

Re: Case 23-10815-LSS Request for Protection of Secured Loan Investments and all cash held at PeerStreet in individual account ▇▇▇▇

Honorable Chief Judge Laurie Selber Silverstein,
I am writing to request your assistance in protecting my secured loan investments and available cash in the above referenced bankruptcy proceeding.

I am requesting that you consider the following points for the protection of my investments and available cash:

1. Preservation of secured loan investments: As a secured creditor, I request that the Court ensures the proper handling and preservation of the underlying collateral associated with loan investments. Any potential sale or disposition of these assets must be conducted fairly and transparently to maximize recovery and protect interests of secured creditors.
2. Transparency and Communication: I ask that the Court provides regular updates and communications pertinent information related to the bankruptcy proceedings.
3. Fair Treatment of all Secured Creditors: Secured loans were made with the expectation that in the event of default or bankruptcy, secured creditors would be protected and a third party "special member" would step in to manage pending loan investments and ensure that the investors continue to receive interest and principal payments. I urge the Court to consider this when determining the protection and distribution of investor funds.
4. Safeguarding of Available Cash: I ask the Court to ensure that any cash balances be protected, preserved and allow for its return and proper distribution following the applicable laws and regulations.

I appreciate your attention to this matter, and as an investor, I place my trust in the bankruptcy court to safeguard my investments, funds, and provide fair treatment. Sincerely,

Thomas Blundell
646-257-7185

fredstanley@msn.com



Thomas Blundell
100 Riverside Blvd Apt 6A
New York NY 10069

Statement Date: July 01, 2023 - July 31, 2023
Account Type: Individual
Account Number: ▓▓▓▓

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| $58,344.33 | $19.07 |

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $88.74 | $0.00 | $88.74 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $52,436.34 | $0.00 | $52,436.34 |
| Invested Pocket Principal | $5,800.18 | $19.07 | $5,819.25 |
| Account Total | $58,325.26 | $19.07 | $58,344.33 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $2,390.49 |
| Fees [3] | $0.00 | $15.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | -$873.32 |
| Other | $0.00 | $0.00 |
| Pocket Interest | $19.07 | $131.15 |
| Total | $19.07 | $1,663.32 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Initial | Outstanding | Earnings | Principal |
|---|---|---|---|---|---|---|---|
| Oakland, CA Refinance #49 | 7.250% | 04/23/19 | 05/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Miami Gardens, FL Cash-Out Refinance #11 | 8.000% | 07/15/19 | 07/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #139 (Series 3) | 7.500% | 09/25/19 | 09/01/20 | $2,500.00 | $2,500.00 | $0.00 | $0.00 |
| Baltimore, MD Acquisition #61 (Series 1) | 9.000% | 01/14/20 | 07/01/21 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Hackensack, NJ Cash-Out Refinance | 7.375% | 08/18/21 | 08/01/23 | $1,058.00 | $1,058.00 | $0.00 | $0.00 |
| Greenwood, SC Acquisition | 6.500% | 01/03/22 | 12/01/22 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Atlanta, GA Acquisition #120 (Series 1) | 7.250% | 03/14/22 | 02/01/23 | $2,000.00 | $1,999.54 | $0.00 | $0.00 |
| Sebring, FL Acquisition #5 | 7.500% | 05/20/22 | 06/01/23 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| Wilmington, DE Acquisition #7 | 8.000% | 06/06/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Elizabeth, NJ Acquisition #19 (Series 1) | 7.000% | 06/14/22 | 06/01/23 | $1,500.00 | $998.06 | $0.00 | $0.00 |
| Flushing, NY Cash-Out Refinance #3 | 10.000% | 06/15/22 | 06/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Miami Gardens, FL Acquisition #27 (Series 1) | 8.000% | 06/17/22 | 07/01/23 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| Fords, NJ Acquisition (Series 1) | 9.000% | 06/21/22 | 07/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Paterson, NJ Acquisition #27 (Series 1) | 8.000% | 06/23/22 | 06/01/23 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| Kissimmee, FL Acquisition #43 | 8.500% | 08/15/22 | 09/01/23 | $1,006.00 | $1,006.00 | $0.00 | $0.00 |
| Bethpage, NY Acquisition | 8.500% | 08/19/22 | 09/01/23 | $2,004.00 | $2,004.00 | $0.00 | $0.00 |
| Los Angeles, CA Acquisition #626 | 8.000% | 08/30/22 | 08/01/23 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| Deerfield Beach, FL Acquisition #6 (Series 2) | 8.375% | 09/07/22 | 07/01/23 | $1,832.00 | $1,832.00 | $0.00 | $0.00 |
| Indianapolis, IN Acquisition #32 | 7.750% | 09/08/22 | 06/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #218 | 8.500% | 09/13/22 | 06/01/23 | $1,736.00 | $1,736.00 | $0.00 | $0.00 |
| Los Angeles, CA Acquisition #617 (Series 2) | 9.375% | 09/14/22 | 07/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Brandon, FL Cash-Out Refinance #7 | 8.000% | 09/15/22 | 01/01/24 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| Laredo, TX Cash-Out Refinance | 7.750% | 09/15/22 | 10/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Matteson, IL Acquisition #3 | 8.000% | 10/04/22 | 10/01/23 | $2,005.00 | $2,005.00 | $0.00 | $0.00 |
| Scranton, PA Acquisition #50 | 8.000% | 10/06/22 | 10/01/23 | $1,350.00 | $1,350.00 | $0.00 | $0.00 |
| Miami, FL Acquisition #315 | 8.000% | 10/13/22 | 11/01/23 | $2,400.00 | $2,400.00 | $0.00 | $0.00 |
| Orange, MA Cash-Out Refinance | 7.500% | 10/14/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Indianapolis, IN Cash-Out Refinance #35 | 8.500% | 10/14/22 | 11/01/23 | $1,500.00 | $1,202.74 | $0.00 | $0.00 |
| Akron, OH Acquisition #4 | 8.250% | 11/15/22 | 10/01/23 | $1,345.00 | $1,345.00 | $0.00 | $0.00 |
| Tampa, FL Acquisition #108 | 8.250% | 11/25/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Tampa, FL Acquisition #109 | 8.000% | 12/06/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Houston, TX Cash-Out Refinance #68 | 9.000% | 12/20/22 | 01/01/24 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| Lubbock, TX Acquisition | 10.500% | 01/31/23 | 02/01/24 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Total | | | | $53,236.00 | $52,436.34 | $0.00 | $0.00 |

### Pending Investments
None

### Past Investments
None