CASE 23-10815-LSS

August 7, 2023



Michael Navarini
1749 Victorian Ave
Sparks NV 89431

Chief Judge Laurie Silverstein
US Bankruptcy Court
824 North Market Street. 6th floor
Wilmington, DE 19801

Subject: Request for protection of secured loan investments in PeerStreet bankruptcy proceedings

Honorable Chief Judge Laurie Seiber Silverstein,

I hope this letter finds you well and thank you for taking the time to read it.

Due to the recent filing of chapter 11 by PeerStreet and its affiliated companies, I am writing to ask that my loan investments be protected (if not completely separated) during these bankruptcy proceedings.

It seems Peerstreet wants to categorize us retail investors as "unsecured creditors." However, our "investments" were backed by individual real estate deeds and multiple real estate deeds (in the case of their "Pocket" and "Portfolio" products). I believe I am **a secured creditor** based upon the information I was provided by Peerstreet during the time I was carefully investing my money. Even with the Peerstreet "Portfolio" and "Pocket" products, I believe my money was held in specific real-estate backed loans. I don't believe that any of the money that I invested into these loans should be up for grabs to any other creditors in these bankruptcy proceedings.

The information on the Peerstreet website made me feel very confident that I was making a very low risk, smart, investment that was completely backed by real estate --- if not better than outright buying a property at market prices -- due to the ability to invest in properties at 30-50% lower than the market value. If I thought I was investing my money into Peerstreet itself, I would have never invested such a huge amount of my life savings.

Aggressive Peerstreet salespeople made the opportunity sound even better than what was advertised on their website. The only possible way I was supposed to ever lose money on any of these loans was if there was a massive real estate crash beyond the 30-40% buffer between the amount we invested and the market value of the property. If a real estate crash exceeded the safety buffer, and the buyer defaulted on payments, the property could not be sold or liquidated above the amount we invested - and this would result in a loss (this is the risk I thought I was taking - and so does every other retail investor).

I was never investing my money into Peerstreet itself, nor their operations, 100% of my money was going into real estate loans, which were carefully and individually chosen by me (except for Pocket and Portfolio -- that money was supposed to be used to fund individual loans as chosen by Peerstreet).

Based upon how Peerstreet ran their business and how they have quickly changed their behavior over the past months, I feel like a victim of an investing scam. Many other "retail investors" like myself feel the exact same way. These products were advertised as being very low risk, backed 100% by real estate

Us retail investors should have priority to the funds from individual loans, and Pocket and Portfolio products. These funds should be frozen so that money does not go to others outside of those who put money into these investments.

The only reason Peerstreet was able to get thousands of retail investors like ourselves to invest our money into their loan products is due to their many promises and guarantees made over the years about how our money was protected by the property deeds where our funds were invested, the same way a bank mortgage on a house is protected by the house title itself in the event of a non-payment of the loan by the borrower. The only way a bank could lose money by loaning cash to a buyer of a house would be if the borrower didn't pay back the loan AND the real estate market crashed simultaneously causing the value of the house to depreciate to a price lower than the original amount loaned to the borrower.

Peerstreet's own website and sales executives advertised their products as having the same risk and safety level as a low risk bank mortgage, with the same safeguards in place (60-70% "loan to value" with a 30-40% buffer to protect the investment in the case of payment default by the borrower and a crash in the real estate market).

From Peertrseet's own website:



During the last 5+ years of operation, Peerstreet, in large bold text on their website and through their salespeople, advertised the low risk nature of their loans, yet after bankruptcy, they are using a bait and switch technique by pointing to fineprint in possibly updated contract templates. I hope the court can see through this and look at the overall picture as to how they were able to get so many retail investors to pile money into their loan products.

Even normal publications and its own executives touted how Peerstreet was a low risk way to invest directly into real estate backed loans:



113 likes

**investinalts** Have you heard about "PeerStreet"? Read our blog about it, link in BIO!



Liked by **peerstreet** and **54 others**

**thefounderhour** For Episode 17, Pat & Posh sit down with @BrettCrosby, Co-Founder and COO of @PeerStreet, an Andreessen Horowitz-backed platform for investing in real estate debt with the goal of transforming mortgage finance. Prior to his current role, Brett built and sold Urchin Software Corporation to @Google, which eventually became known as Google Analytics. He also spent over 10 years at Google launching and growing some of the company's most prominent products such as Google+, Chrome, Gmail, Docs, and Drive.



I have dealt with Peerstreet for 5+ years now, carefully investing money into specific real estate backed loans, Pocket, and Portfolio (also backed by real estate), not into Peerstreet itself as a company. I never invested our money into Peerstreet as a company, in the same way I am not investing into Vanguard.com as a company when I purchase a share of Google stock through their platform.

Peerstreet as a company was funded by Venture Capital and the 1-3% margin they took from interest revenue on our loans. Since Peerstreet as a company failed, and not the loans/mortgages themselves (the real estate market across the country has actually

increased the last few years), the only entities that should be losing money in this situation are the outside investors into peerstreet, and other creditors who are owed money by the company itself. The majority of real estate backed loans did not fail, and if they did, it was likely due to negligence on the part of Peerstreet or the entities servicing the loans.

The way I see it, there are two buckets of cash that should be divvied up during this bankruptcy.

**Bucket 1:** Peerstreet company operating capital and assets (raised from Venture Capital firms and 1-2% interest margin earned from the real estate backed securities). Creditors outside of the retail investors should ONLY have a claim to these funds.

**Bucket 2:** Retail investor capital that was invested into specific real-estate backed loans, and the Pocket, and Portfolio products. This is where the bulk of the value/cash is, and ONLY the retail investors who invested into these products should have access to this capital during a distribution.

If Peerstreet executives knew the company was failing in the past 12 months, yet created and aggressively promoted the **Pocket** and **Portfolio** products anyways to raise cash to use as operating capital, or to pay themselves large salaries or bonuses, this is behavior that should be investigated by government authorities. Funds invested into the Peerstreet Pocket and Portfolio products was ONLY supposed to be used to invest into real estate backed loans, any other use of these funds is a violation of their promises to us. Portfolio was advertised as a collection of loans our funds would be invested in, all backed by real estate.

All executives of the company who had access to capital should be investigated for possible bad faith actions possibly occurring in the years/months prior to bankruptcy filing.

As an investor, we put in earnest effort and time to choose secured loans on the PeerStreet platform with the understanding that the loans had secure underlying collateral, and that the success or failure of Peerstreet itself would not affect our investments, in the same way the success or failure of a company like Vanguard.com would not affect the value of the stocks held in investment accounts there.

The loans were supposed to be very low risk backed by real estate. All the money in loans, Portfolio and Pocket should have been off limits to run the business, and definitely should not be available to other creditors or to company executives or

shareholders.

Additionally, I've seen that Peerstreet wants to sell off the loan products in an auction format in bulk -- this is likely to result in a low ROI versus having them handled by a loan servicing firm to be processed to their natural end, allowing the borrowers to pay off the interest payments and utilize the capital to refurbish the properties they were loaned for, thereby increasing their value.

Please consult a legitimate company such as Sun Pacific Mortgage, to handle and service these loans. Their website is: sunpacmortgage.com. Email: trustdeeds@sunpacmortgage.com and phone (707) 523-2099. This company has been in operation since 1988 and knows the industry well, perhaps they should be consulted during these legal proceedings for an independent review of the situation. They may know the best way to maximize the ROI of these loans for us retail investors. By the way, companies like Sun Pacific Mortgage seem to be doing quite well in their industry during the past 12 months - with plenty of loans being offered to their investors, during the same timeframe Peerstreet executives claim the industry was in decline.

Some items that suggest that the court to consider during these proceedings:

1. Peerstreet specifically stated that if they no longer were in operation it would be arranged for some other entity to take over the servicing of the loans, in the same paragraph they claim our loans would be held in a bankruptcy remote entity -- this claim should be investigated and held by the court since this is what they claimed -- just another way they lured investors into piling money into these loans.

2. During the creditor call with Peerstreet and their lawyer on August 2 2023, Peerstreet claimed they are still in business and operational, yet we have not been able to reach them via phone or email since even before they filed bankruptcy, despite numerous emails and voicemails being left. During this call, we also asked them how much their highest paid employee received in 2022 or 2023, or how much their executives were paid in bonuses, but they refused to answer. They also admitted their financial statements have not been reviewed by an independent auditor since 2021. Peerstreet financials should be audited to look for financially malicious transactions prior to filing Chapter 11.

3. During the course in which Peerstreet lured retail investors to put money into loans on its platform, they presented themselves as a stable unified company separate from the loans held on the platform. Now, during these bankruptcy proceedings, we can see that Peerstreet used a very complex setup of dozens of LLCs and companies to operate

7

with - this appears to be "shady behavior" and not something a legitimate company would need to do to operate. Why did they have to create such a complex setup of entities...

4. Has Peertreet concealed or misrepresented assets? With no independent audits being conducted on their financials, it is possible that misleading income or financial statements are being presented. Based upon our experience with this company, their documents should be viewed with scrutiny.

5. Are there any inconsistencies between Peerstreet financial statements and tax returns? This can be an indication that Peerstreet is attempting to underreport assets or artificially inflate liabilities to put themselves in a better position.

6. Are there any recent transfers of cash or high-value assets? If Peerstreet executives knew they were in trouble, its possible they started moving assets, customers, processes, and to a new corporate entity or entities.

7. Were any key Peerstreet financial staff fired in the previous year or two?

8. Has Peerstreet made any preferential payments to creditors? There may be certain financial commitments that Peerstreet executives might have paid sooner than others (for example, loans to family or friends). Any payment to Peerstreet insiders or their close relations within the past year or two should be looked at.


With much gratitude for your time and consideration, I ask that all retail investors of PeerStreet loans will be treated with fairness, impartiality and justice as the proceedings move forward. Most normal people like us don't have the funds to hire fancy lawyers like Peerstreet has on their side, so we ask that this be taken into your consideration during this bankruptcy case.

Thank You,

*[signature]*

Michael Navarini

**EXHIBIT A: Michael Navarini statements**

Total owed to Michael Navarini by Peerstreet

$111,411 = amount in individual loans + 10% interest = **$122,552.1**

$57,246 from past "short pay" loans +10% interest = **$62,970.6**

$117,855.77 = amount in portfolio + $3922.94 (previous interest earned) + 10% interest = **$133,956.58**

$23,920.14 = amount in pocket + $1257.41 (previous interest earned) + 10% interest = **$27,695.30**

**TOTALS:**

122,522.1 + 62,970.6 + 133,956.58 + 27,695.30 = $347,174.58

+ fees and expenses ($1800) = **$348,974.58**



Total Account Value

# $253,186.91

Total

# +$1

PeerStreet        Dashboard  Loans  Pocket  Portfolio BETA  Michael Navarini
                                                        Individual

## My Account
Individual Account: ▬

**Personal Information**

Email                                      rome_spqr@yahoo.com

| Dashboard | Loans | Pocket | Portfolio BETA | Michael Navarini ⌄ |
|---|---|---|---|---|
| | | | | Individual |

In Pocket  Manage       In Portfolio  Invest       Investable Cash
**$23,920.14**               **$117,855.77**          **$0.00**

## Pocket

**Pocket 1-month**

| Principal | Interest Rate | Interest Accrued |
|---|---|---|
| **$23,920.14** | **4.00%** | **+$7.86** |
| | | Since August 01, 2023 |

| | |
|---|---|
| Deposits | $69,209.20 |
| Interest Earned | $1,257.41 |
| Withdrawals | $46,546.47 |

### How Pocket Works

 You deposit investable cash into PeerStreet Pocket.

 PeerStreet uses that capital to fund loans to-be-sold on its marketplace.

 PeerStreet Pocket distributes interest back to you.

Pocket is not accepting new deposits or redemptions. Please refer to the notice you received on January 31, 2023 or contact PeerStreet with any questions you may have.

support@peerstreet.com

Read the FAQs • View Pocket 1-month Investment Note

Withdraw Funds

## Portfolio

Net Asset Value

# $117,877.36

| | |
|---|---|
| Awaiting Next Closing Date | $0.00 |
| Invested Principal | $117,855.77 |
| Interest Earned | $3,922.94 |

Investing Period Ends: 2/22/2023

### Welcome to PeerStreet Portfolio

Here's how it works

 You invest investable cash into PeerStreet Portfolio.

 PeerStreet uses that capital to fund diversified loans on its marketplace.

 PeerStreet Portfolio distributes interest earned on underlying loans back to you.

Read the Offering Documents

Read the FAQs

View Investment Note

# Overview

Total Account Value

# $253,186.91

| | |
|---|---:|
| Awaiting Loan Closing | $0.00 |
| Awaiting Next Portfolio Closing Date | $0.00 |
| Invested Loan Principal | $111,411.00 |
| Invested Portfolio Principal | $117,855.77 |
| Invested Pocket Principal | $23,920.14 |
| Investable Cash | $0.00 |

**Active Investments (22)**

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| San Diego, CA Cash-Out Refinance #75 (Series 2) | $2,269.00 | $2,269.00 | 9.00% | +$22.12 | March 9, 2023 | June 1, 2023 Past Maturity | | 1 | about 1 month ago |
| Waterbury, CT Cash-Out Refinance #14 | $5,000.00 | $5,000.00 | 11.00% | | February 3, 2023 | February 1, 2024 | | 2 | 3 months ago |
| Wichita, KS Cash-Out Refinance #4 | $5,000.00 | $5,000.00 | 10.75% | +$168.12 | January 26, 2023 | February 1, 2024 | | 1 | 2 months ago |
| Pacoima, CA Acquisition #6 | $18,713.00 | $18,713.00 | 9.25% 8.25% | +$519.27 | January 13, 2023 | October 1, 2023 | | | |
| New York, NY Cash-Out Refinance #26 | $5,000.00 | $5,000.00 | 8.25% | +$207.43 | October 31, 2022 | November 1, 2023 | | 4 | 3 months ago |
| Brandon, FL Cash-Out Refinance #7 | $10,000.00 | $10,000.00 | 8.00% | +$568.92 | September 15, 2022 | January 1, 2024 | | | |
| Yonkers, NY Acquisition #15 (Series 1) | $5,000.00 | $5,000.00 | 7.13% | +$226.62 | April 12, 2022 | April 1, 2023 Past Maturity | | 4 | about 1 month ago |
| Berkeley, CA Acquisition #11 (Series 1) | $7,450.00 | $7,450.00 | 7.00% | +$420.11 | February 11, 2022 | January 1, 2023 Past Maturity | | 1 | about 1 month ago |
| Wilmington, DE Cash-Out Refinance #6 | $3,161.00 | $3,161.00 | 7.75% | +$315.68 | January 18, 2022 | November 1, 2023 | | 14 | 2 months ago |
| Inman, SC Acquisition #2 | $5,000.00 | $5,000.00 | 6.75% | +$627.90 | January 6, 2022 | September 1, 2023 Extended | | 5 | 2 months ago |
| Chicago, IL Acquisition #12 | $4,000.00 | $4,000.00 | 6.63% | +$209.03 | November 17, 2021 | November 1, 2023 Past Maturity | | 17 | about 1 month ago |
| Fort Lauderdale, FL Acquisition #26 | $236.00 | $236.00 | 7.25% | +$28.95 | September 23, 2021 | October 1, 2023 | | | |

13

| Property | Amount | Amount | Rate | Adj. | Origination | Maturity | Loan # | Days | Status |
|---|---|---|---|---|---|---|---|---|---|
| Fort Lauderdale, FL Acquisition #24 | $236.00 | $236.00 | 7.25% | +$29.98 | September 23, 2021 | October 1, 2023 | | | |
| Oakland, CA Acquisition #83 | $3,000.00 | $3,000.00 | 7.38% | +$361.42 | September 13, 2021 | October 1, 2023 | CURRENT | | 5 months ago |
| Jaynesville, NJ Acquisition #2 | $4,000.00 | $4,000.00 | 7.38% | +$420.32 | February 27, 2020 | September 1, 2021 Past Maturity | | | Complaint filed about 1 month ago |
| Brooklyn, NY Cash-Out Refinance #191 | $7,000.00 | $7,000.00 | 7.13% | | February 3, 2020 | February 1, 2021 Past Maturity | | | Complaint filed about 1 month ago |
| Tallahassee, FL Refinance #3 | $5,000.00 | $5,000.00 | 9.00% | +$235.00 | September 17, 2019 | December 1, 2020 Past Maturity | | | Complaint filed about 1 month ago |
| Brooklyn, NY Refinance #175 (Home 2) | $5,000.00 | $5,000.00 | 7.00% | +$186.68 | July 24, 2019 | August 2020 Past Maturity | | | Complaint filed about 1 month ago |
| Shamokin, PA Acquisition | $2,500.00 | $2,500.00 | 9.00% | +$200.81 | July 10, 2019 | July 2020 Past Maturity | | | Complaint filed about 1 month ago |
| Morristown, NJ Cash-Out Refinance #2 | $5,000.00 | $5,000.00 | 7.50% | +$237.71 | June 26, 2019 | July 1, 2020 Past Maturity | | | Complaint filed about 1 month ago |
| Cincinnati, OH Acquisition #3 | $3,043.00 | $3,043.00 | 8.00% | +$12.85 | April 12, 2019 | April 2020 Past Maturity | | | Complaint filed about 1 month ago |
| Miller Place, NY Acquisition | $2,000.00 | $2,000.00 | 7.50% | +$134.58 | November 8, 2018 | October 2019 Past Maturity | | | Complaint filed 3 months ago |
| Houston, TX Refinance #21 | $4,039.00 | $4,039.00 | 8.00% | -$3.59 | September 27, 2018 | October 2019 Past Maturity | | | REO about 1 month ago |

14

## Past loans where Peerstreet did not pay me back for my principal ($57,246 in total):

| Property | Amount | | Rate | Loss | Start | End | Status | | Time |
|---|---|---|---|---|---|---|---|---|---|
| Yonkers, NY Refinance #4 | $3,000.00 | $0.00 | 7.38% | -$46.19 | January 6, 2020 | March 18, 2021 | SHORT PAY | | over 2 years ago |
| Irvington, NJ Acquisition #15 | $5,397.00 | $0.00 | 7.50% | -$171.54 | December 31, 2019 | June 23, 2022 | SHORT PAY | | about 1 year ago |
| Stockton, CA Refinance #21 | $9,349.00 | $0.00 | 8.00% | -$1,178.21 | September 18, 2019 | November 29, 2022 | SHORT PAY | | 8 months ago |
| Westminster, CA Cash Out Refinance #12 | $5,000.00 | $0.00 | 7.75% | -$38.15 | July 12, 2019 | May 5, 2022 | SHORT PAY | | about 1 year ago |
| Dallas, TX Cash Out Refinance #13 | $2,000.00 | $0.00 | 8.00% | -$428.64 | May 14, 2019 | June 15, 2021 | SHORT PAY | | about 2 years ago |
| Newark, NJ Acquisition #65 | $3,500.00 | $0.00 | 8.00% | -$1,266.71 | February 28, 2019 | February 23, 2023 | SHORT PAY | | 5 months ago |
| Pittsburgh, PA Acquisition #3 | $15,000.00 | $0.00 | 9.00% | -$3,701.41 | November 8, 2018 | April 12, 2022 | SHORT PAY | | over 1 year ago |
| Fernandina Beach, FL Acquisition #3 | $10,000.00 | $0.00 | 7.65% | -$1,066.26 | June 5, 2018 | September 16, 2020 | SHORT PAY | | almost 3 years ago |
| West Palm Beach, FL Acquisition | $4,000.00 | $0.00 | 8.00% | -$422.34 | June 22, 2017 | March 22, 2019 | SHORT PAY | | over 4 years ago |

15

## June 2023 Portfolio Statement:

**PeerStreet**

Michael Navarro
4200 S Valley View Blvd UNIT 3139
Las Vegas NV 89103

**Statement Date** June 01, 2023 - June 30, 2023
**Account Type** Individual
**Account Number** ███████

### Investor Summary

| | |
|---|---|
| Face Amount | $118,204.67 |
| Starting Portfolio Value | $117,855.77 |
| Prior Month Portfolio Value (expressed as a percentage of par) | 99.55 |
| Current Month Portfolio Value (expressed as a percentage of par) | 99.72 |
| Interest In Possession *pending court approval for disbursement | $508.24 |

### Portfolio Summary

| | |
|---|---|
| Ending Balance | $2,083,332.35 |
| Accrued Interest | $988.90 |
| Weighted Average Investor Rate | 9.000% |
| Weighted Average LTV | 65.000% |
| Weighted Average Remaining Term (months) | 1 |
| Weighted Average FICO | 706 |
| Weighted Average PeerStreet Note Purchase Rate | 10.000% |
| Weighted Average PeerStreet Spread | 1.000% |

### Loan Status

| | |
|---|---|
| Current/Performing | 100.000% |
| 30 Days Delinquent | 0.000% |
| 60 Days Delinquent | 0.000% |
| 90+ Days Delinquent | 0.000% |
| Foreclosure | 0.000% |
| REO | 0.000% |

PeerStreet Portfolio FAQs: [link]

## July 2023 overall account statement:



Michael Navarini
4200 S Valley View Blvd UNIT 3139
Las Vegas, NV 89103

**Statement Date** July 01, 2023 - July 31, 2023
**Account Type** Individual
**Account Number** ████

### Monthly Overview

**Total Account Value**
**$253,105.92**

**Earnings This Statement**
**$78.12**

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $0.00 | $0.00 | $0.00 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $111,411.00 | $0.00 | $111,411.00 |
| Invested Pocket Principal | $23,761.03 | $78.12 | $23,839.15 |
| PS Portfolio Principal [1] | $117,855.77 | $0.00 | $117,855.77 |
| **Account Total** | **$253,027.80** | **$78.12** | **$253,105.92** |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $6,015.99 |
| Fees [3] | $0.00 | $100.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | -$1,430.80 |
| Other | $0.00 | $0.00 |
| Pocket Interest | $78.12 | $553.58 |
| PS Portfolio Interest | $0.00 | $3,475.55 |
| **Total** | **$78.12** | **$8,714.30** |

[1] Please see the PS Portfolio Statement for Net Asset Value.
[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

### Loan Positions

| Active Investments | | | | Principal Investment | | Payments This Period | |
|---|---|---|---|---|---|---|---|
| Loan | Yield | Start Date | Maturity Date | Initial | Outstanding | Earnings | Principal |
| Houston, TX Refinance #27 | 8.000% | 09/27/18 | 10/01/19 | $4,039.00 | $4,039.00 | $0.00 | $0.00 |
| Miller Place, NY Acquisition | 7.500% | 11/08/18 | 10/19/19 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Cincinnati, OH Acquisition #8 | 8.000% | 04/12/19 | 04/01/20 | $3,043.00 | $3,043.00 | $0.00 | $0.00 |
| Morristown, NJ Cash-Out Refinance #2 | 7.500% | 06/26/19 | 07/01/21 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Shamokin, PA Acquisition | 9.000% | 07/10/19 | 07/01/20 | $2,500.00 | $2,500.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #126 (Series 2) | 7.000% | 07/24/19 | 06/24/20 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Tallahassee, FL Refinance #3 | 9.000% | 09/12/19 | 12/01/20 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #193 | 7.125% | 02/03/20 | 02/01/21 | $7,000.00 | $7,000.00 | $0.00 | $0.00 |
| Sayreville, NJ Acquisition #2 | 7.375% | 02/27/20 | 09/01/21 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| Oakland, CA Acquisition #80 | 7.375% | 09/13/21 | 10/01/23 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Fort Lauderdale, FL Acquisition #24 | 7.250% | 09/23/21 | 10/01/23 | $236.00 | $236.00 | $0.00 | $0.00 |
| Chicago, IL Acquisition #192 | 6.625% | 11/17/21 | 12/01/22 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| Inman, SC Acquisition #2 | 6.750% | 01/06/22 | 09/01/23 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Wilmington, DE Cash-Out Refinance #4 | 7.750% | 01/18/22 | 11/01/23 | $3,161.00 | $3,161.00 | $0.00 | $0.00 |
| Berkeley, CA Acquisition #11 (Series 1) | 7.000% | 02/11/22 | 01/01/23 | $7,450.00 | $7,450.00 | $0.00 | $0.00 |
| Yonkers, NY Acquisition #18 (Series 1) | 7.125% | 04/12/22 | 04/01/23 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Brandon, FL Cash-Out Refinance #7 | 8.000% | 09/15/22 | 01/01/24 | $10,000.00 | $10,000.00 | $0.00 | $0.00 |
| New York, NY Cash-Out Refinance #26 | 8.250% | 10/31/22 | 11/01/23 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Tarzana, CA Acquisition #5 | 9.250% | 01/13/23 | 10/01/23 | $18,713.00 | $18,713.00 | $0.00 | $0.00 |
| Wichita, KS Cash-Out Refinance #4 | 10.750% | 01/26/23 | 02/01/24 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Waterbury, CT Cash-Out Refinance #14 | 11.000% | 02/03/23 | 02/01/24 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| San Diego, CA Cash-Out Refinance #75 (Series 2) | 9.000% | 03/09/23 | 06/01/23 | $2,269.00 | $2,269.00 | $0.00 | $0.00 |
| **Total** | | | | **$111,411.00** | **$111,411.00** | **$0.00** | **$0.00** |

| | | | | |
|---|---|---|---|---|
| Total | | $111,411.00 | $111,411.00 | $0.00 | $0.00 |

**Pending Investments**

None

**Past Investments**

None

### Transaction History

No transactions

### Pocket Transaction History

| Date | Transaction | Amount | Account Total |
|---|---|---|---|
| 07/01/23 | Beginning Balance | --- | $23,761.03 |
| 07/01/23 | Interest from Pocket 1-month | $78.12 | $23,839.15 |
| 07/31/23 | Ending Balance | --- | $23,839.15 |