August 10, 2023



FILED

2023 AUG 15 AM 10: 13

CLERK
US BANKRUPTCY COURT

Sherman Marital Share One Trust
William E. Sherman, Trustee
313 Silver Falls Dr.
Apollo Beach, FL 33572

Chief Judge Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE 19801

RE: Case 23-10815-LSS
PeerStreet Account Number: ▮▮▮▮▮▮▮

Request for Protection of Secured Loan Investments in PeerStreet Bankruptcy Proceedings

Honorable Chief Judge Laurie Selber Silverstein,

I wish to add my plea to the others you have received from PeerStreet investors like me.

I am requesting that you prevent our secured funds from being used for any purpose other than distribution to their rightful owners, we the individual private investors.

I, like others, relied on the representations made by PeerStreet, in particular these:

"Investments in loans are held in a bankruptcy-remote entity that is separate from our primary corporate entity. In the unlikely event PeerStreet no longer remains in business, a third-party "special member" will step in to manage pending loan investments and ensure that investors continue to receive interest and principal payments. Additionally, from the time funds are received in an investor account until an investment closes (but not while funds are invested), investor funds are held in an Investors Trust Account with Wells Fargo and FDIC insurance of up to $250,000."
(https://info.peerstreet.com/faqs/what-investor-protections-does-peerstreet-have-in-place/)

and

"A property behind every investment - Investment opportunities are secured by a property."
"First-lien position - Senior secured offerings mean you are first in line to be repaid."
(https://www.peerstreet.com/howitworks)

My latest account statement is enclosed.

*William E. Sherman*

William E. Sherman, Trustee of Sherman Marital Share One Trust



Sherman Marital Share One Trust UTA dtd 6-17-2016
313 Silver Falls Drive
Apollo Beach FL 33572

**Statement Date:** July 01, 2023 - July 31, 2023
**Account Type:** Trust
**Account Number:**

## Monthly Overview

**Total Account Value**
**$148,622.87**

**Earnings This Statement**
**$0.00**

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $46,676.87 | $0.00 | $46,676.87 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $101,946.00 | $0.00 | $101,946.00 |
| Account Total | $148,622.87 | $0.00 | $148,622.87 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $3,696.52 |
| Fees [3] | $0.00 | $7.10 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Total | $0.00 | $3,703.62 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| Miami, FL Refinance #66 (Series 3) | 8.000% | 12/14/18 | 11/01/21 | $10,000.00 | $10,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #84 (Series 4) | 7.250% | 06/05/19 | 01/01/21 | $4,067.00 | $4,067.00 | $0.00 | $0.00 |
| Santa Monica, CA Refinance #2 (Series 1) | 7.500% | 07/19/19 | 01/01/22 | $1,036.00 | $1,036.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #139 (Series 1) | 7.500% | 09/03/19 | 09/01/20 | $1,521.00 | $1,521.00 | $0.00 | $0.00 |
| Niagara Falls, NY Acquisition | 8.000% | 10/28/19 | 05/01/21 | $10,000.00 | $10,000.00 | $0.00 | $0.00 |
| Pleasantville, NJ Refinance #3 | 7.250% | 02/20/20 | 03/01/21 | $1,338.00 | $1,338.00 | $0.00 | $0.00 |
| South Padre Island, TX Acquisition | 6.625% | 11/23/21 | 12/01/23 | $7,450.00 | $7,450.00 | $0.00 | $0.00 |
| Paia, HI Acquisition (Series 2) | 6.750% | 12/13/21 | 11/01/23 | $1,282.00 | $1,282.00 | $0.00 | $0.00 |
| Paia, HI Acquisition (Series 3) | 6.750% | 01/28/22 | 11/01/23 | $1,930.00 | $1,930.00 | $0.00 | $0.00 |
| Fort Myers, FL Cash-Out Refinance #5 | 6.250% | 03/10/22 | 03/01/24 | $2,575.00 | $2,575.00 | $0.00 | $0.00 |
| Mamaroneck, NY Acquisition (Series 1) | 7.125% | 04/04/22 | 10/01/23 | $10,000.00 | $10,000.00 | $0.00 | $0.00 |
| North Bellmore, NY Cash-Out Refinance | 6.750% | 04/06/22 | 02/01/23 | $379.00 | $379.00 | $0.00 | $0.00 |
| Centereach, NY Cash-Out Refinance | 7.625% | 04/20/22 | 11/01/23 | $10,000.00 | $10,000.00 | $0.00 | $0.00 |
| San Diego, CA Acquisition #73 (Series 1) | 7.000% | 05/03/22 | 04/01/24 | $155.00 | $155.00 | $0.00 | $0.00 |
| Hawthorne, NJ Cash-Out Refinance #2 | 7.625% | 05/18/22 | 06/01/23 | $10,000.00 | $10,000.00 | $0.00 | $0.00 |
| Murrieta, CA Acquisition #6 | 7.500% | 06/08/22 | 05/01/24 | $109.00 | $109.00 | $0.00 | $0.00 |
| San Jose, CA Acquisition #137 (Series 1) | 8.000% | 06/16/22 | 12/01/23 | $225.00 | $225.00 | $0.00 | $0.00 |
| Philadelphia, PA Cash-Out Refinance #78 (Series 2) | 7.500% | 07/27/22 | 07/01/24 | $10,000.00 | $10,000.00 | $0.00 | $0.00 |
| Indianapolis, IN Acquisition #25 | 9.250% | 08/15/22 | 06/01/23 | $1,369.00 | $1,369.00 | $0.00 | $0.00 |
| Kissimmee, FL Acquisition #44 | 8.500% | 08/15/22 | 09/01/23 | $418.00 | $418.00 | $0.00 | $0.00 |
| Indianapolis, IN Acquisition #33 | 7.750% | 09/01/22 | 06/01/23 | $148.00 | $148.00 | $0.00 | $0.00 |
| Woodbury, NY Acquisition (Series 1) | 8.250% | 09/02/22 | 04/01/23 | $352.00 | $352.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #218 | 8.500% | 09/13/22 | 06/01/23 | $292.00 | $292.00 | $0.00 | $0.00 |
| Miami, FL Acquisition #315 | 8.000% | 10/13/22 | 11/01/23 | $2,466.00 | $2,466.00 | $0.00 | $0.00 |
| Philadelphia, PA Cash-Out Refinance #84 (Series 1) | 7.750% | 10/25/22 | 10/01/23 | $10,000.00 | $10,000.00 | $0.00 | $0.00 |
| Lauderhill, FL Acquisition | 7.750% | 11/08/22 | 10/01/23 | $173.00 | $173.00 | $0.00 | $0.00 |
| Tamarac, FL Acquisition #4 | 9.000% | 12/13/22 | 11/01/23 | $432.00 | $432.00 | $0.00 | $0.00 |
| Somers Point, NJ Acquisition | 8.000% | 12/14/22 | 11/01/23 | $281.00 | $281.00 | $0.00 | $0.00 |
| Clearwater, FL Acquisition #8 | 9.000% | 12/27/22 | 11/01/23 | $1,789.00 | $1,789.00 | $0.00 | $0.00 |
| New Egypt, NJ Acquisition #2 | 9.250% | 01/25/23 | 02/01/24 | $2,159.00 | $2,159.00 | $0.00 | $0.00 |
| Total | | | | $101,946.00 | $101,946.00 | $0.00 | $0.00 |

### Pending Investments
None

### Past Investments
None

## Transaction History

No transactions

SHERMAN TRUST
313 SILVER FALLS DR
APOLLO BEACH, FL
33572

TAMPA FL 335
SAINT PETERSBURG FL
11 AUG 2023 PM 7 L

CHIEF JUDGE LAURIE SELBER SILVERSTEIN
US BANKRUPTCY COURT
824 NORTH MARKET ST., 6TH FLOOR
WILMINGTON, DE 19801

19801-302459

