

# Cobra Ventures, LLC

August 10, 2023

Chief Judge Laurie Selber Silverstein
US Bankruptcy Court
824 North Market St, 6th Floor
Wilmington, DE   19801

RE:   Case 23-10815-LSS Request for Protection of Secured Loan Investments and Cash in PeerStreet, et al Bankruptcy Proceedings (PeerStreet account ▆▆▆▆▆▆)

Dear Honorable Chief Judge Selber Silverstein,

I am writing on behalf of Cobra Ventures, LLC owned within my Theodore J Welter, IRA Rollover account to request your assistance in protecting and segregating our secured loans in the bankruptcy proceedings for PeerStreet, Inc and its affiliated companies.

During the past year we have invested funds on the PeerStreet platform in real estate-backed loans with our current investment standing at $13,000 plus accrued interest.  Said investments were made with the understanding that they were held within a bankruptcy-protected entity and secured by the underlying collateral.  As example of such commitment from PeerStreet:

> Still posted on their website today, PeerStreet states that mortgage investments are:
> **"First-lien position . . . Senior secured offerings mean you are first in line to be repaid."**
> (See website excerpt attached).

I ask you to consider the following points already mentioned by other investors for protection of our loan investments and cash:

1. *Preservation of Secured Loan Investments*: As a secured creditor, I request that the Court ensure proper handling and preservation of the underlying collateral associated with our loan investment(s).  Any potential sale or disposition of these assets must be conducted fairly and transparently to maximize the recovery and protect the interest of the loan investor, before using any investor funds to satisfy the debts of the Company.

2. *Transparency and communications*: I respectfully request the Court to provide regular updates and communicate pertinent information related to the bankruptcy proceedings.

Ph 585-698-7809 / Fax 585-723-6438
550 Latona Road, Bldg D, Suite 400, Rochester, NY 14626

3. *Fair Treatment of Secured Creditors*: I request the Court to please prioritize the fair treatment of secured creditors in the distribution of assets. Secured loans were made on the PeerStreet platform with the expectation that in the event of default or bankruptcy, secured creditors would have a higher claim on available assets.

4. *Safeguarding of Available Cash*: Besides my principal loan investments, there is additional interest accruing on the loans which should be protected as well.

Thank you for your attention to this matter.

Sincerely,

*[signature]*

Theodore J. Welter, Manager
Cobra Ventures, LLC
(585) 698-7809 / tw@WelterRealty.com

Attachments:
- PeerStreet Account Statement
- Excerpt from PeerStreet website

 **PeerStreet**

Theodore J Welter IRA Rollover
550 Latona Rd Bldg D, Suite 400
Rochester NY 14626

**Statement Date** June 01, 2023 - June 30, 2023
**Account Type** Company
**Account Number** ▮▮▮▮

## Monthly Overview

| | Total Account Value | | Earnings This Statement |
|---|---|---|---|
| | **$13,000.00** | | **$66.67** |

### Account Summary

| | 06/01/23 | Net change | 06/30/23 |
|---|---|---|---|
| Investable Cash | $0.00 | $0.00 | $0.00 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $13,000.00 | $0.00 | $13,000.00 |
| **Account Total** | **$13,000.00** | **$0.00** | **$13,000.00** |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $66.67 | $478.05 |
| Fees [3] | $0.00 | $0.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| **Total** | **$66.67** | **$478.05** |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Outstanding | Payments This Period Earnings | Principal |
|---|---|---|---|---|---|---|---|
| Nashville, TN Acquisition #5 | 8.750% | 10/19/22 | 11/01/23 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Cedarpines Park, CA Acquisition (Series 1) | 10.000% | 01/20/23 | 09/01/23 | $8,000.00 | $8,000.00 | $66.67 | $0.00 |
| **Total** | | | | **$13,000.00** | **$13,000.00** | **$66.67** | **$0.00** |

### Pending Investments
None

### Past Investments
None

## Transaction History

| Date | Transaction | Amount | Account Total |
|---|---|---|---|
| 06/01/23 | Beginning Balance | — | $13,000.00 |
| 06/13/23 | Interest from Cedarpines Park, CA Acquisition (Series 1) | $66.67 | $13,066.67 |
| 06/14/23 | Account Withdrawal | -$66.67 | $13,000.00 |
| 06/30/23 | Ending Balance | — | $13,000.00 |

PeerStreet | How it Works | Originators | About Us | Blog | We're Hiring | Sign In | Get Started

# Real Estate Investment Loans. You Invest. We Do The Rest.

PeerStreet sources, vets, structures and manages real estate loans – all you have to do is pick the investments that are right for you.

We're leveling the playing field – this is real estate investing for beginners, experts and everyone in between.



## The marketplace for investing in real estate debt

We manage a two-sided marketplace that connects you to real estate investment loans from a nationwide network of vetted private lenders and brokers. Browse and select from investments offering different yields,



terms, and LTV ratios, across either residential or multifamily properties.

- **Intuitive, easy-to-use interface**
- **Customizable portfolio**
- **Transparent investment opportunities**

 New investments are typically posted each business day at noon Pacific Time.

# Hands-on or hands-off investing

Use Automated Investing to reserve your spot in real estate investment loans that meet your criteria as soon as they go live. You then have 24 hours to review each opportunity before committing. This ability to invest—and automatically reinvest in small increments—makes diversification a breeze.



## Get started for as little as $1,000

Fund your account, then easily spread your capital across multiple real estate investment loans with our low $1,000 minimum.



## Hundreds of data points for you to analyze

Enjoy a streamlined investment experience with our proprietary technology platform. It's been designed for ease of use, security, and scalability, and provides transparency into each investment so you can make more informed decisions.

## Insights at your fingertips

Take a deep-dive into your portfolio performance to check investment status, transaction history, and more. You can easily reinvest or withdraw your earnings at any time. We present the insights to level the playing field for real estate investing for beginners and experts alike.





Street



**A property behind every investment**

Investment opportunities are secured by a property.



**Short durations**

Term of investments typically range from 1 to 36 months.

## Protecting your principal

Investor safety is one of PeerStreet's core tenets. From investment to payoff, our marketplace helps protect your capital when you invest in any of our real estate opportunities.



**First-lien position**

Senior secured offerings mean you are first in line to be repaid.



**Diversification-friendly**

Automation, broad selection, and low minimums enable you to invest in many opportunities, not just a few.

# The journey from home loan to investment opportunity

We've made it easy for you to invest in real estate opportunities, but behind the scenes, there are hundreds of people—and years of engineering expertise—powering an advanced technology platform that unlocks access to these investments. We've made real estate investing for beginners and advanced investors.

**A borrower needs a short-term "bridge" loan to improve a property to sell or rent for profit.**

These are everyday entrepreneurs and real estate investors looking for capital.

**They take out a loan from a lender in PeerStreet's nationwide lender network.**

Comprised of hundreds of private lenders and brokers from across the country.

**Lenders submit these loans to PeerStreet for consideration.**

Our technology-driven platform identifies those loans that match investor demand.

**After being reviewed, loans are published to the PeerStreet marketplace.**

Get clear insight into every opportunity, with details on location, property valuation, photos, borrower credit details, and more.

**Investors can then self-select or use Automated Investing to invest in the loans they're most interested in.**

Investment offerings include different yields, terms, and LTV ratios across residential, multifamily, or commercial properties.

**Once funded, PeerStreet's professional real estate, legal, and finance teams manage each loan through its lifecycle.**

Servicing collects payments from borrowers and distributes proceeds to investors, while the Asset Management team is ready to step in if things don't go as expected.

**Investors receive payments.**

As borrowers make payments, PeerStreet distributes your share directly to your account.



**Communities are improved, one property at a time.**

You've helped a borrower enhance a property and improve an American neighborhood, often creating jobs and supporting local businesses in the process.

# Join the thousands of others investing in real estate debt.

 Street

© 2022 Peer Street, Inc.
All rights reserved.

Blog
News
Press
Careers

How It Works
Self-Directed IRA
Want to borrow?
Accredited Investor

FAQs
Contact Us
Security & Privacy

The information on this website does not constitute an offer to sell securities or a solicitation of an offer to buy securities. Further, none of the information contained on this website is a recommendation to invest in any securities. By using this website, you accept our , and  Past performance is no guarantee of future results. Any historical returns, expected returns or probability projections may not reflect actual future performance. All

investments involve risk and may result in loss.

PS Funding, Inc. CA Bureau of Real Estate - California Finance Lenders License 60DBO-45398




ROCHESTER NY 144
11 AUG 2023 PM 2 L

Cobra Ventures, LLC
550 Latona Rd.
Bldg. D, Suite 400
Rochester, NY 14626

Chief Judge Laurie Selber Silverstein
US Bankruptcy Court
824 North Market St, 6th Floor
Wilmington, DE  19801