

William R. Ahern

11065 Lake Court

Santa Ana, CA 92705

wahern@allenmatkins.com

Chief Judge Laurie Seiber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE 19801

Subject: Request for Protection of Secured Loan Investments and Cash in PeerStreet Bankruptcy Proceedings (PeerStreet Individual Account and IRA Account: ▮)

Honorable Chief Judge Laurie Seiber Silverstein,

I hope this letter finds you well. I am writing to inform you of the recent bankruptcy filing of PeerStreet, Inc. and its affiliated companies and to request your assistance in protecting my secured loan investments and available cash in this bankruptcy proceeding.

As an investor with PeerStreet, I have diligently invested my funds in various real estate- backed loans through the platform. These investments were made with the understanding that they were secured by underlying collateral, providing an added layer of protection. However, given the bankruptcy filing, I am concerned about the potential impact on my investments and the preservation of my rights as a secured creditor.

I request you to kindly consider the following points for the protection of my investments and available cash:

1. Preservation of Secured Loan Investments: As a secured creditor, I request that the court ensures the proper handling and preservation of the underlying collateral associated with my loan investments. Any potential sale or disposition of these assets must be conducted fairly and transparently to maximize recovery and protect the interests of secured creditors.

2. Transparency and Communication: I respectfully ask that the court provides regular updates and communicates pertinent information related to the bankruptcy proceedings. Transparency is essential in allowing affected investors to understand the status of their investments, any potential recovery, and the timeline for resolution.

3. Fair Treatment of Secured Creditors: I trust that the court will prioritize the fair treatment of secured creditors in the distribution of assets. Secured loans were made with the expectation that in the event of default or bankruptcy, secured creditors would have a higher claim on the available assets. I urge the court to consider this principle in any distribution plan approved for PeerStreet's bankruptcy.

0.0/
/8-9-23//

4.     Safeguarding of Available Cash: Besides my secured loan investments, I also have available cash in my PeerStreet account. I request that the court ensure this cash balance's protection and preservation, allowing for its return or proper distribution following the applicable laws and regulations.

I understand that the bankruptcy process is complex, and decisions must be made based on thoroughly examining the facts and legal considerations. However, as an investor, I have placed my trust in the integrity of the bankruptcy court to safeguard my investments and ensure fair treatment.

I appreciate your attention to this matter and your commitment to upholding justice in the bankruptcy proceedings. Should there be any updates or information regarding protecting my investments and cash, I request that your office communicate with me directly.

Thank you for your time and consideration. I look forward to a fair resolution that protects the rights and interests of all investors involved.

*[signature]*

William R. Ahern III

Attachments:
1. PeerStreet Account statements from July 2023.

0.0/
./8-9-23//

-2-

# Peer



STRATA Trust Company,
Custodian FBO william ahern

Account Number
SD IRA Account Number
Tax ID Number
Account Type    Ira

**Total Account Value**
## $53,196.71

**Earnings This Statement**
## $0.00

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $0.00 | $0.00 | $0.00 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $53,196.71 | $0.00 | $53,196.71 |
| Account Total | $53,196.71 | $0.00 | $53,196.71 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $2,548.71 |
| Fees [3] | $0.00 | $22.29 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | -$408.80 |
| Other | $0.00 | $0.00 |
| Total | $0.00 | $2,162.20 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

### Loan Positions

#### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| Miami, FL Refinance #64 (Series 1) | 8.000% | 11/14/18 | 11/01/21 | $1,128.00 | $1,128.00 | $0.00 | $0.00 |
| Santa Monica, CA Refinance #2 (Series 2) | 7.500% | 08/05/19 | 01/01/22 | $3,255.00 | $3,255.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #84 (Series 7) | 7.250% | 08/07/19 | 01/01/21 | $1,250.00 | $1,250.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #191 | 7.125% | 02/03/20 | 02/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Pleasantville, NJ Refinance #3 | 7.250% | 02/20/20 | 03/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Miami Shores, FL Acquisition #9 | 6.500% | 09/02/21 | 09/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Atlanta, GA Acquisition #124 | 7.000% | 03/30/22 | 04/01/24 | $108.00 | $108.00 | $0.00 | $0.00 |
| Naples, FL Cash-Out Refinance #14 | 6.750% | 03/31/22 | 04/01/23 | $1,214.00 | $1,214.00 | $0.00 | $0.00 |
| Covington, GA Cash-Out Refinance | 7.875% | 05/16/22 | 06/01/24 | $1,135.00 | $1,135.00 | $0.00 | $0.00 |
| Philadelphia, PA Cash-Out Refinance #78 (Series 1) | 7.500% | 06/14/22 | 07/01/24 | $216.00 | $216.00 | $0.00 | $0.00 |
| Texas City, TX Acquisition #2 | 8.250% | 08/01/22 | 08/01/23 | $1,061.00 | $1,061.00 | $0.00 | $0.00 |
| Chicago, IL Acquisition #203 | 8.750% | 08/12/22 | 09/01/23 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Bay Shore, NY Acquisition #3 | 9.000% | 08/16/22 | 09/01/23 | $260.00 | $260.00 | $0.00 | $0.00 |
| Los Angeles, CA Acquisition #626 | 8.000% | 08/30/22 | 08/01/23 | $1,610.00 | $1,610.00 | $0.00 | $0.00 |
| NAPLES, FL Cash-Out Refinance #15 | 7.500% | 09/01/22 | 09/01/23 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Miami Gardens, FL Cash-Out Refinance #28 | 8.000% | 09/09/22 | 10/01/23 | $2,849.00 | $2,849.00 | $0.00 | $0.00 |
| Matteson, IL Acquisition #3 | 8.000% | 10/04/22 | 10/01/23 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Tampa, FL Cash-Out Refinance #107 | 7.500% | 10/05/22 | 10/01/23 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Philadelphia, PA Cash-Out Refinance #84 (Series 1) | 7.750% | 10/25/22 | 10/01/23 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| New York, NY Cash-Out Refinance #26 | 8.250% | 10/31/22 | 11/01/23 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Summerville, SC Cash-Out Refinance #8 | 8.500% | 11/17/22 | 11/01/23 | $289.00 | $289.00 | $0.00 | $0.00 |
| Tampa, FL Acquisition #109 | 8.000% | 12/06/22 | 11/01/23 | $1,317.00 | $1,317.00 | $0.00 | $0.00 |
| Wimberley, TX Acquisition | 9.000% | 12/08/22 | 11/01/23 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Houston, TX Cash-Out Refinance #60 | 9.000% | 12/20/22 | 01/01/24 | $1,083.00 | $1,083.00 | $0.00 | $0.00 |
| Cleveland, OH Acquisition #27 | 9.750% | 12/27/22 | 12/01/23 | $2,312.00 | $2,312.00 | $0.00 | $0.00 |
| Tarzana, CA Acquisition #5 | 8.250% | 01/13/23 | 10/01/23 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Perris, CA Acquisition #4 | 9.250% | 01/25/23 | 01/01/24 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| San Bernardino, CA Acquisition #40 | 9.250% | 01/31/23 | 02/01/24 | $289.00 | $109.71 | $0.00 | $0.00 |
| Lubbock, TX Acquisition | 9.500% | 01/31/23 | 02/01/24 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| **Total** | | | | **$53,376.00** | **$53,196.71** | **$0.00** | **$0.00** |

#### Pending Investments
None

#### Past Investments
None

### Transaction History

No transactions



Allen Matkins Leck Gamble Mallory & Natsis LLP
2010 Main Street, 8th Floor
Irvine, California 92614-7214
tel. 949.553.1313 | fax 949.553.8354
www.allenmatkins.com

**Allen Matkins**

To → Chief Judge Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market Street,
6th Floor
Wilmington, DE 19801



7013 1710 0002 3920 1575





nasier
08/09/2023
US POSTAGE