**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |
|  | <u>**Objection Deadline**</u>: **August 28, 2023** |

*AMENDED* CERTIFICATE OF SERVICE OF
DISCLOSURE DECLARATION OF ORDINARY COURSE PROFESSIONAL
FILED ON BEHALF OF CHARTWELL LAW

I, John J. Winter, Esquire, hereby declare that the following is true to the best of my knowledge, information and belief: I am a partner of Chartwell Law (the "**Firm**") which maintains offices at 970 Rittenhouse Road, Suite 300, Eagleville, PA 19403.

On August 15, true and correct copies of the foregoing Disclosure Declaration of Ordinary Course Professional were served by e-mail, addressed as follows:

Joseph Barry, Ryan M. Bartley, S. Alexander Faris, Shella Borovinskaya
Young Conaway Stargatt & Taylor, LLP
1000 North King Street, Wilmington, DE 19801
e-mail: jbarry@ycst.com; rbartley@ycst.com; afaris@ycst.com; sborovinskaya@ycst.com
*(Counsel to Debtors)*

P. Bradley O'Neill, Caroline Gange
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
e-mail: boneill@kramerlevin.com; cgange@kramerlevin.com
*(Counsel to Debtors)*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are:  Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485).  The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn:  David Dunn, Chief Restructuring Officer.

Marc E. Hirschfield
Royer Cooper Cohen Braunfeld LLC
1120 Avenue of the Americas, 4th Floor, New York, NY 10036
e-mail: mhirshcfield@rccblaw.com
*(Counsel to Magnetar Financial LLC)*

Russell C. Silberglied
Richards, Layton & Finger, P.A.
One Rodney Square, 920 N. King Street, Wilmington, DE 19801
e-mail: silberglied@rlf.com
*(Counsel to Magnetar Financial LLC)*

Lorenzo Marinuzzi, Benjamin Butterfield, Raff Ferraioli, Martha E. Martir
Morrison & Foerster LLP
250 West 55th Street, New York, NY 10019
e-mail: bbutterfield@mofo.com; rferraioli@mofo.com; martir@mofo.com
*(Counsel to the Official Committee of Unsecured Creditors)*

Jennifer R. Hoover, Kevin M. Capuzzi, John C. Gentile
Benesch, Friedlander, Coplan & Aronoff LLP
1313 N. Market Street, Suite 1201, Wilmington, DE 19801
e-mail: jhoover@beneschlaw.com; kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com
*(Counsel to the Official Committee of Unsecured Creditors)*

Joseph F. Cudia, United States Trustee
844 King Street, Suite 2207, Wilmington, DE 19801
e-mail: joseph.cudia@usdoj.gov

**CHARTWELL LAW**

Dated: August 15, 2023

By: _____

John J. Winter, Esquire (PA ID 46849)
970 Rittenhouse Road, Suite 300
Eagleville, PA 19403
Telephone: (610) 666-8437
Facsimile: (610) 666-7704
E-mail: jwinter@chartwelllaw.com