**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING
STIPULATION SETTING BRIEFING SCHEDULE**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "**Debtors**") hereby certifies as follows:

1. On June 26, 2023 (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code.

2. On the Petition Date, the Debtors filed the *Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 345, 363, 364, 503(b), 1107(a) and 1108 of the Bankruptcy Code, Bankruptcy Rule 2015, and Local Rule 2015-2, (A) Authorizing and Approving Continued Use of Cash Management System, (B) Authorizing Use of Prepetition Bank Accounts and Businessforms, (C) Authorizing Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Granting Administrative Expense Status for Postpetition Intercompany Claims and Intercompany Loans, (D) Waiving the Requirements of Section 345(b) on an Interim Basis, and (E) Granting Certain Related Relief* (the "**Cash Management Motion**"). [D.I. 11].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

3. On June 27, 2023, the Debtors filed the *Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (II) Approving Certain Bid Procedures, and the Form and Manner of Notice Thereof, and (III) Granting Related Relief; and (B) an Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, and (III) Granting Related Relief* (the "**Bid Procedures Motion**"). [D.I. 18].

4. The objection deadline for the Cash Management Motion and Bid Procedures Motion was extended to August 2, 2023 at 4:00 p.m. for Pacific Funding Trust 1002 and Pacific RBLF Funding Trust (the "**Pacific Creditors**," together with the Debtors, the "**Parties**"). The Pacific Creditors timely filed the *Omnibus Objection of Pacific Funding Trust 1002 and Pacific RBLF Funding Trust to the Motions of the Debtors to (A) Approve a Sale of the Debtors' Assets and Bid Procedures and (B) Approve Cash Management and Related Relief* (the "**Objection**") on August 2, 2023. [D.I. 169].

5. The Court held a virtual status conference via Zoom on August 4, 2023 at 3:00 p.m., wherein the Honorable Judge Laurie S. Silberstein directed the Parties to confer upon, and agree to, a briefing schedule.

6. The Official Committee of Unsecured Creditors (the "**Committee**") informally indicated to the Debtors that they intend to file a reply to the Objection.

7. The Parties, and the Committee, have entered into a stipulation (the "**Stipulation**") pursuant to which they have agreed, subject to approval of the Court, that (i) the Debtors shall file and serve their reply to the Objection on or before August 17, 2023, (ii) the Committee shall file and serve their reply to the Objection on or before August 21, 2023, and (iii) the Pacific Creditors shall file and serve their sur-reply on or before August 28, 2023.

8.  A copy of the Stipulation is attached as <u>Exhibit A</u> to the proposed order annexed hereto as **Exhibit 1** (the "**Proposed Order**").

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order approving the Stipulation at the Court's earliest convenience.

Dated: August 15, 2023

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| | P. Bradley O'Neill (admitted *pro hac vice*) |
| */s/ S. Alexander Faris* | Caroline Gange (admitted *pro hac vice*) |
| Joseph Barry (Del. Bar No. 4221) | 1177 Avenue of the Americas |
| Ryan M. Bartley (Del. Bar No. 4985) | New York, New York 10036 |
| S. Alexander Faris (Del. Bar No. 6278) | Telephone:  (212) 715-9511 |
| Shella Borovinskaya (Del. Bar No. 6758) | Facsimile:  (212) 715-8000 |
| Rodney Square | Email:  boneill@kramerlevin.com |
| 1000 North King Street |            cgange@kramerlevin.com |
| Wilmington, Delaware 19801 | |
| Telephone:  (302) 571-6600 | *Co-Counsel to the Debtors and* |
| Facsimile:  (302) 571-1253 | *Debtors in Possession* |
| Email:  jbarry@ycst.com | |
|            rbartley@ycst.com | |
|            afaris@ycst.com | |
|            sborovinskaya@ycst.com | |
| | |
| *Co-Counsel to the Debtors and* | |
| *Debtors in Possession* | |