# Exhibit 1

## Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |

## ORDER APPROVING STIPULATION
## SETTING BRIEFING SCHEDULE

Upon the Certification of Counsel filed by the Debtors; and upon review of such certification and the Parties' and Committee's *Stipulation Setting Briefing Schedule* attached hereto as **Exhibit A** (the "**Stipulation**");[2] and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved.

2. The Debtors shall file and serve their reply to the Objection on or before August 17, 2023.

3. The Committee shall file and serve their reply to the Objection on or before August 21, 2023.

4. The Pacific Creditors shall file and serve their sur-reply on or before August 28, 2023.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

[2] Capitalized terms used but not otherwise defined in this Order shall have the meaning ascribed to such terms in the Stipulation.

30644571.6

# Exhibit A

**Stipulation**

30644571.6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |

## STIPULATION SETTING BRIEFING SCHEDULE

This stipulation (the "**Stipulation**") is entered into by and among the above captioned debtors and debtors in possession (the "**Debtors**"), Pacific Funding Trust 1002 and Pacific RBLF Funding Trust (the "**Pacific Creditors**" and, together with the Debtors, the "**Parties**"), and the Official Committee of Unsecured Creditors (the "**Committee**") by and through their undersigned counsel.

## RECITALS

WHEREAS, on June 26, 2023 (the "**Petition Date**"), the Debtors commenced the above captioned chapter 11 cases;

WHEREAS, on the Petition Date, the Debtors filed the *Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 345, 363, 364, 503(b), 1107(a) and 1108 of the Bankruptcy Code, Bankruptcy Rule 2015, and Local Rule 2015-2, (A) Authorizing and Approving Continued Use of Cash Management System, (B) Authorizing Use of Prepetition Bank Accounts and Businessforms, (C) Authorizing Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Granting Administrative Expense Status for Postpetition*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

30644571.6

*Intercompany Claims and Intercompany Loans, (D) Waiving the Requirements of Section 345(b) on an Interim Basis, and (E) Granting Certain Related Relief* (the "**Cash Management Motion**") [D.I. 11];

WHEREAS, on June 27, 2023, the Debtors filed the *Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (II) Approving Certain Bid Procedures, and the Form and Manner of Notice Thereof, and (III) Granting Related Relief; and (B) an Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, and (III) Granting Related Relief* (the "**Bid Procedures Motion**") [D.I. 18];

WHEREAS, on August 2, 2023, the Pacific Creditors timely filed the *Omnibus Objection of Pacific Funding Trust 1002 and Pacific RBLF Funding Trust to the Motions of the Debtors to (A) Approve a Sale of the Debtors' Assets and Bid Procedures and (B) Approve Cash Management and Related Relief* (the "**Objection**") on August 2, 2023 [D.I. 169];

WHEREAS, the Parties and the Committee have conferred with respect to the briefing schedule concerning the Objection.

NOW, THEREFORE, SUBJECT TO APPROVAL OF THE COURT, IT IS HEREBY STIPULATED AND AGREED THAT:

1. The Debtors shall file and serve their reply to the Objection on or before August 17, 2023.

2. The Committee shall file and serve their reply to the Objection on or before August 21, 2023.

2

3

      3.      The Pacific Creditors shall file and serve their sur-reply on or before August 28, 2023.

      4.      The Parties and the Committee, by and through their undersigned counsel, each represent and warrant that the undersigned is fully authorized and empowered to execute and deliver this Stipulation on behalf of, and to bind, each Party, as applicable, to the terms and conditions of this Stipulation.

      5.      The United States Bankruptcy Court for the District of Delaware shall have and retain jurisdiction to resolve any disputes or controversies arising from, in connection with, or related to this Stipulation.

Dated: August 15, 2023

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| | P. Bradley O'Neill (admitted *pro hac vice*) |
| */s/ S. Alexander Faris* | Caroline Gange (admitted *pro hac vice*) |
| Joseph Barry (Del. Bar No. 4221) | 1177 Avenue of the Americas |
| Ryan M. Bartley (Del. Bar No. 4985) | New York, New York 10036 |
| S. Alexander Faris (Del. Bar No. 6278) | Telephone: (212) 715-9511 |
| Shella Borovinskaya (Del. Bar No. 6758) | Facsimile: (212) 715-8000 |
| Rodney Square | Email: boneill@kramerlevin.com |
| 1000 North King Street | cgange@kramerlevin.com |
| Wilmington, Delaware 19801 | |
| Telephone: (302) 571-6600 | *Co-Counsel to the Debtors and* |
| Facsimile: (302) 571-1253 | *Debtors in Possession* |
| Email: jbarry@ycst.com | |
| rbartley@ycst.com | |
| afaris@ycst.com | |
| sborovinskaya@ycst.com | |
| | |
| *Co-Counsel to the Debtors and* | |
| *Debtors in Possession* | |
| | |
| **LANDIS RATH & COBB LLP** | **WINSTON & STRAWN LLP** |
| | David Neier (admitted *pro hac vice*) |
| */s/ Howard Robertson* | James T. Bentley (admitted *pro hac vice*) |
| Adam G. Landis (No. 3407) | 200 Park Avenue |
| Kimberly A. Brown (No. 5138) | New York, NY 10166-4193 |
| Howard W. Robertson IV (No. 6903) | Telephone: (212) 294-6700 |
| 919 Market Street, Suite 1800 | Facsimile: (212) 294-4700 |
| Wilmington, Delaware 19801 | Email: dneier@winston.com |
| Telephone: (302) 467-4400 | jbentley@winston.com |
| Facsimile: (302) 467-4450 | |
| Email: landis@lrclaw.com | *Co-Counsel to the Pacific Creditors* |
| brown@lrclaw.com | |
| robertson@lrclaw.com | |
| | |
| *Co-Counsel to the Pacific Creditors* | |
| | |
| **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** | **MORRISON & FOERSTER LLP** |
| | Lorenzo Marinuzzi (admitted *pro hac vice*) |
| */s/ John C. Gentile* | Benjamin Butterfield (admitted *pro hac vice*) |
| Jennifer R. Hoover (DE No. 5111) | Raff Ferraioli (admitted *pro hac vice*) |
| Kevin M. Capuzzi (DE No. 5462) | 250 West 55th Street |
| John C. Gentile (DE No. 6159) | New York, NY 10019-9601 |
| 1313 North Market Street, Suite 1201 | |

| | |
|---|---|
| Wilmington, DE 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>Email: jhoover@beneschlaw.com<br>         kcapuzzi@beneschlaw.com<br>         jgentile@beneschlaw.com<br><br>*Proposed Co-Counsel to the Official Committee of Unsecured Creditors* | Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>Email: lmarinuzzi@mofo.com<br>         bbutterfield@mofo.com<br>         rferraioli@mofo.com<br><br>*Proposed Co-Counsel to the Official Committee of Unsecured Creditors* |

2