July 27, 2023

Michael Preisach

6218 Windfresh DR

Las Vegas NV

702-357-4357



2023 AUG 15 PM 2:31

Chief Judge Laurie Seiber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 6th Floor Wilmington,
DE 19801

**Subject: Request for Protection of Secured Loan Investments and Gash in PeerStreet Bankruptcy Proceedings (PeerStreet- Michael Preisach, Account Individual Account: ▮▮▮▮)**

Honorable Chief Judge Laurie Seiber Silverstein,

I am writing to inform you of the recent bankruptcy of PeerStreet, Inc. and its affiliated companies and to request your assistance in protecting my secured loan in this bankruptcy proceeding. In case the major elements of this letter look familiar, I'd like you to be aware that I modified a letter submitted by a separate investor.

As an investor with PeerStreet over multiple years, I have invested hard-earned funds in various real estate-backed loans through the Peer Street platform. These investments were made with the understanding that they were secured by underlying collateral, with the added protection of investing in a property with less than a 75 % loan-to-value. Historic market fluctuations reported by PeerStreet dearly showed little risk to my principal from market downturns. I now ask that my rights as a secured creditor be honored.

I request you to consider the following points for the protection of my investments:

1. Preservation of Secured Loan Investments: As a secured creditor, I request that the court ensures the proper handling and preservation of the underlying collateral associated with my loan investments. Any potential sale or disposition of these assets must be conducted fairly and transparently to maximize recovery and protect the interests of secured creditors.

2. Transparency and Communication: I respectfully ask that the court provides regular updates and communicates pertinent information related to the bankruptcy proceedings. Transparency is essential in allowing affected investors to understand the status of their investments, any potential recovery, and the timeline for resolution.

3. Fair Treatment of Secured Creditors: I trust that the court will prioritize the fair treatment of secured creditors in the distribution of assets. Secured loans were made with the expectation that in the event of default or bankruptcy, secured creditors would have a higher claim on the available assets. I urge the court to consider this principle in any distribution plan approved for PeerStreet's bankruptcy.

I appreciate your attention to this matter and your commitment to upholding justice in the bankruptcy proceedings. Should there be any updates or information regarding protecting my investments, I request that your office communicate with me directly.

Thank you for your time and consideration. I look forward to a fair resolution that protects the rights and interests of investors.

*Mickey Preisach*
Michael Preisach
Account 2991450994
702-357-4357
mickeypr1@gmail.com

Attachments:
1- PeerStreet Account statement
2- List of Secured Real Estate Loan Positions



Michael Preisach
[address redacted]
Las Vegas, NV 89140

Statement Date
Account Type
Account Number 

## Monthly Overview

**Total Account Value**
$35,539.38

**Earnings This Statement**
$117.89

### Account Summary

|  | 06/01/23 | Net change | 06/30/23 |
|---|---|---|---|
| Investable Cash | $0.00 | $0.00 | $0.00 |
| Cash Awaiting Loan Closing | $0.17 | $0.00 | $0.00 |
| Invested Loan Principal | $41,929.46 | $6,787.08 | $35,539.28 |
| Invested Bucket Principal | $0.00 | $0.00 | $0.00 |
| **Account Total** | **$41,929.43** | **$6,751.05** | **$35,539.38** |

### Earning Summary

|  | This Period | Year to Date |
|---|---|---|
| Interest | $117.89 | $1,429.91 |
| Fees | $0.00 | $61.21 |
| Loss Reserve | $0.00 | $0.00 |
| Charge-Off | $0.00 | $60.40 |
| Other | $0.00 | $20.00 |
| Perked Interest | $0.00 | $0.00 |
| **Total** | **$117.89** | **$1,790.34** |

### Loan Positions

Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Outstanding | Payments This Period Earnings | Principal |
|---|---|---|---|---|---|---|---|
| Brooklyn, NY Refinance #13 | 9.50% | | | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| East Hampton, NY Cash Out Refinance #5 | 8.00% | | | $1,150.00 | $1,100.00 | $0.00 | $0.00 |
| Houston, TX Refinance #22 | 8.00% | | | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Point Pleasant, NJ Refinance #2 | 8.00% | | | $1,000.00 | $0.00 | $0.00 | $367.00 |
| Chicago, IL Refinance #41 | 8.50% | | | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Morristown, NJ Cash Out Refinance #2 | 7.50% | | | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #24 (Series 7) | 7.00% | | | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #133 | 8.00% | | | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Lolahuron, FL Refinance #2 | 8.00% | | | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash Out Refinance #12 | 7.25% | | | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #120 | 7.50% | | | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash Out Refinance #191 | 7.15% | | | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Pleasantville, NJ Refinance #0 | 7.50% | | | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Dulles Park, IL Refinance | 8.75% | | | $1,000.00 | $2,000.00 | $0.00 | $0.00 |
| Tampa, FL Acquisition #2 | 7.00% | | | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Orient, NY Refinance | 6.00% | | | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Chicago, IL Cash-Out Refinance #192 | 7.00% | | | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| New City, NY Acquisition | 7.00% | | | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| Burbank, CA Acquisition #10 | 6.50% | | | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Sebring, FL Acquisition #5 | 7.00% | | | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| San Diego, CA Cash-Out Refinance #2 (Series 7) | 8.00% | | | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| Tampa, FL Acquisition #12 | 8.00% | | | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Naples, FL Cash Out Refinance #13 | 7.00% | | | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| New York, NY Cash-Out Refinance #26 | 8.25% | | | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| Clearwater, FL Acquisition #8 | 9.00% | | | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Lubbock, TX Acquisition | 9.00% | | | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| **Total** | | | | **$36,537.00** | **$35,539.38** | **$117.33** | **$367.02** |

**Active Investments (26)**

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Lubbock, TX Acquisition | $1,500.00 | $1,500.00 | 9.50% | +$36.01 | January 31, 2023 | February 1, 2024 | CURRENT | | |
| Clearwater, FL Acquisition #8 | $2,977.00 | $2,977.00 | 10.00% 9.00% | +$102.55 | December 27, 2022 | November 1, 2023 | CURRENT | | |
| New York, NY Cash-Out Refinance #26 | $1,500.00 | $1,500.00 | 8.25% | +$62.20 | October 31, 2022 | November 1, 2023 | CURRENT | 4 | 3 months ago |
| NAPLES, FL Cash-Out Refinance #10 | $1,500.00 | $1,500.00 | 7.50% | +$84.42 | September 1, 2022 | September 1, 2023 | CURRENT | | |
| Tampa, FL Acquisition #101 | $1,060.00 | $1,060.00 | 9.00% | +$82.68 | July 20, 2022 | August 1, 2023 | CURRENT | | |
| San Diego, CA Cash-Out Refinance #75 (Series 1) | $1,500.00 | $1,500.00 | 6.50% | +$86.93 | June 10, 2022 | June 1, 2023 Past Maturity | CURRENT | 3 | 27 days ago |
| Sebring, FL Acquisition #5 | $1,500.00 | $1,500.00 | 7.50% | +$106.93 | May 20, 2022 | June 1, 2023 Past Maturity | CURRENT | 2 | 27 days ago |
| Burbank, CA Acquisition #16 | $1,500.00 | $1,500.00 | 6.88% | +$93.63 | May 19, 2022 | May 19, 2023 Past Maturity | CURRENT | 2 | about 1 month ago |
| New City, NY Acquisition | $1,500.00 | $1,500.00 | 6.75% | +$54.58 | March 18, 2022 | April 1, 2023 Past Maturity | | 5 | 27 days ago |
| Chicago, IL Cash-Out Refinance #194 | $1,000.00 | $1,000.00 | 6.25% | +$79.19 | January 25, 2022 | January 1, 2024 | CURRENT | 3 | 6 months ago |
| Orient, NY Refinance | $1,000.00 | $1,000.00 | 6.63% | +$93.66 | December 2, 2021 | December 1, 2023 | CURRENT | 4 | 2 months ago |
| Tampa, FL Acquisition #... | $1,000.00 | $1,000.00 | 7.00% | +$63.74 | August 3, 2021 | August 1, 2022 Past Maturity | | 15 | 3 months ago |
| Palos Park, IL Refinance | $2,000.00 | $2,000.00 | 6.88% | +$21.39 | March 6, 2020 | April 1, 2021 Past Maturity | | 14 | Complaint Filed 27 days ago |

| Location | | | | Date | | | | Status | Time |
|---|---|---|---|---|---|---|---|---|---|
| Pleasantville, NJ Refinance #2 | $2,000.00 | $2,000.00 | 7.25% | +$140.09 | February 20, 2020 | [illegible] | [illegible] | [illegible] | Foreclosure Sale or Foreclosure Auction — 27 days ago |
| Brooklyn, NY Cash-Out Refinance #191 | $2,000.00 | $2,000.00 | 7.13% | | February 3, 2020 | [illegible] | [illegible] | [illegible] | Complaint Filed — 27 days ago |
| Brooklyn, NY Refinance #190 | $2,000.00 | $2,000.00 | 7.00% | −$25.72 | January 31, 2020 | [illegible] | [illegible] | [illegible] | Complaint Filed — 27 days ago |
| Brooklyn, NY Cash-Out Refinance #172 | $1,000.00 | $1,000.00 | 7.13% | +$33.07 | November 29, 2019 | [illegible] | [illegible] | [illegible] | Complaint Filed — 27 days ago |
| Tallahassee, FL Refinance #8 | $1,000.00 | $1,000.00 | 9.00% | +$47.00 | September 17, 2019 | [illegible] | [illegible] | [illegible] | Complaint Filed — 27 days ago |
| Brooklyn, NY Refinance #125 | $1,000.00 | $1,000.00 | 7.00% | +$79.43 | September 12, 2019 | [illegible] | [illegible] | [illegible] | Complaint Filed — 3 months ago |
| Brooklyn, NY Refinance #34 (series 2) | $1,000.00 | $1,000.00 | 7.25% | +$83.72 | August 7, 2019 | [illegible] | [illegible] | [illegible] | Complaint Filed — 3 months ago |
| Montclair, NJ Cash-Out Refinance #2 | $1,000.00 | $1,000.00 | 7.50% | +$63.54 | June 26, 2019 | [illegible] | [illegible] | [illegible] | Complaint Filed — 27 days ago |
| Oakland, CA Refinance #49 | $1,000.00 | $1,000.00 | 7.25% | +$95.97 | April 29, 2019 | [illegible] | [illegible] | [illegible] | REO — 27 days ago |
| Point Pleasant, NJ Refinance #3 | $1,000.00 | $2.38 | 7.50% | +$25.97 | March 5, 2019 | [illegible] | [illegible] | [illegible] | Foreclosure Sale or Foreclosure Auction — about 1 month ago |
| Houston, TX Refinance #11 | $1,000.00 | $1,000.00 | 8.00% | +$0.69 | September 27, 2018 | [illegible] | [illegible] | [illegible] | REO — 27 days ago |
| East Hampton, NY Cash-Out Refinance ? | $1,000.00 | $1,000.00 | 8.00% | +$137.82 | November 15, 2017 | [illegible] | [illegible] | [illegible] | Acceleration Letter Issued |
| Brooklyn, NY Refinance #15 | $2,000.00 | $2,000.00 | 7.50% | +$60.42 | October 31, 2017 | [illegible] | [illegible] | [illegible] | Complaint Filed — 27 days ago |