July 31, 2023

Sumeet Bansal
2175 Skyline Dr
Milpitas, CA 95035
+1-408-250-3097

npsbansal@gmail.com



2023 AUG 15 PM 2: 32

Chief Judge Laurie Seiber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 6th Floor Wilmington,
DE 19801

Subject: Request for Protection of Secured Loan Investments and Cash in PeerStreet Bankruptcy Proceedings (PeerStreet Individual Account: ▬▬▬▬)

Honorable Chief Judge Laurie Seiber Silverstein,

I hope this letter finds you well. I am writing to inform you of the recent bankruptcy filing of PeerStreet, Inc. and its affiliated companies and to request your assistance in protecting my secured loan investments and available cash in this bankruptcy proceeding.

As an investor with PeerStreet, I have diligently invested my funds in various real estate-backed loans through the PeerStreet platform. These investments were made with the understanding that they were secured by underlying collateral, with the added protection of never investing in a property with more than 65% loan-to-value, thus providing an added layer of protection. However, given the bankruptcy filing, I now ask that my rights as a secured creditor be honored.

I request you to kindly consider the following points for the protection of my investments and available cash:

1. **Preservation of Secured Loan Investments:** As a secured creditor, I request that the court ensures the proper handling and preservation of the underlying collateral associated with my loan investments. Any potential sale or disposition of these assets must be conducted fairly and transparently to maximize recovery and protect the interests of secured creditors.

2. **Transparency and Communication:** I respectfully ask that the court provides regular updates and communicates pertinent information related to the bankruptcy proceedings. Transparency is essential in allowing affected investors to understand the status of their investments, any potential recovery, and the timeline for resolution.

3. **Fair Treatment of Secured Creditors:** I trust that the court will prioritize the fair treatment of secured creditors in the distribution of assets. Secured loans were made with the

expectation that in the event of default or bankruptcy, secured creditors would have a higher claim on the available assets. I urge the court to consider this principle in any distribution plan approved for PeerStreet's bankruptcy.

4. **Safeguarding of Available Cash:** Besides my secured loan investments, I also have available cash in my PeerStreet account. I request that the court ensure this cash balance's protection and preservation, allowing for its return or proper distribution following the applicable laws and regulations.

I understand that the bankruptcy process is complex, and decisions must be made based on thoroughly examining the facts and legal considerations. However, as an investor, I have placed my trust in the integrity of the bankruptcy court to safeguard my investments and ensure fair treatment.

I appreciate your attention to this matter and your commitment to upholding justice in the bankruptcy proceedings. Should there be any updates or information regarding protecting my investments and cash, I request that your office communicate with me directly.

Thank you for your time and consideration. I look forward to a fair resolution that protects the rights and interests of all investors involved.

*SB*

Sumeet Bansal
**PeerStreet** Individual Account: [REDACTED]
408-250-3097
npsbansal@gmail.com

Attachments:
1- PeerStreet Account statement, showing also list of Secured Real Estate Loan Positions

 Sumeet Bansal
2175 Skyline Dr
Milpitas CA 95035

Statement Date
Account Type
Account Number 

## Monthly Overview

| | Total Account Value | | | | Earnings This Statement | |
|---|---|---|---|---|---|---|
| | **$13,955.64** | | | | **$39.59** | |

### Account Summary

| | 06/01/23 | Net change | 06/30/23 |
|---|---|---|---|
| Investable Cash | $70.05 | $39.59 | $109.64 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $13,846.00 | $0.00 | $13,846.00 |
| Account Total | $13,916.05 | $39.59 | $13,955.64 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $39.59 | $371.25 |
| Fees [3] | $0.00 | $0.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Total | $39.59 | $371.25 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

### Loan Positions

**Active Investments**

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Outstanding | Payments This Period Earnings | Principal |
|---|---|---|---|---|---|---|---|
| Shamokin, PA Acquisition | 9.000% | 07/10/19 | 07/01/20 | $5,982.00 | $5,982.00 | $0.00 | $0.00 |
| Palatine, IL Acquisition | 8.000% | 09/26/19 | 04/01/21 | $1,787.00 | $1,787.00 | $0.00 | $0.00 |
| Miami, FL Cash-Out Refinance #269 (Series 1) | 11.000% | 04/21/20 | 01/01/21 | $1,077.00 | $1,077.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #218 | 9.500% | 09/13/22 | 06/01/23 | $5,000.00 | $5,000.00 | $39.59 | $0.00 |
| Total | | | | $13,846.00 | $13,846.00 | $39.59 | $0.00 |

**Pending Investments**
None

**Past Investments**
None

### Transaction History

| Date | Transaction | Amount | Account Total |
|---|---|---|---|
| 06/01/23 | Beginning Balance | — | $13,916.05 |
| 06/06/23 | Interest from Brooklyn, NY Cash-Out Refinance #218 | $35.42 | $13,951.47 |
| 06/06/23 | Promotional Interest from Brooklyn, NY Cash-Out Refinance #218 | $4.17 | $13,955.64 |
| 06/30/23 | Ending Balance | — | $13,955.64 |