08/01/2023



Kelly Yang
1099 Powers Circle
Woodland, Ca 95776
kyang2025@gmail.com


Chief Judge Laurie Selber Silverstein
US Bankruptcy Court
824 North Market Street
6th Floor Wilmington, DE 19801


Subject: Request for Protection of Secured Loan Investments and Cash in PeerStreet Bankruptcy (Case 23-10815-LSS)

Honorable Chief Judge Laurie Selber Silverstein,

Greeting from California. I am writing to request your assistance in protecting my secured loan investments and available cash in the recent bankruptcy filing of PeerStreet, Inc. and its affiliated companies.

As an investor with PeerStreet, I have diligently invested my funds in various real estate-backed loans through the platform. These investments were made with the understanding that they were secured by underlying collateral, providing an added layer of protection. However, given the bankruptcy filing, I am concerned about the potential impact on my investments and the preservation of my rights as a secured creditor.

I request you to kindly consider the following points for the protection of my investments and available cash:

1. Preservation of Secured Loan Investments: As a secured creditor, I request that the court ensures the proper handling and preservation of the underlying collateral associated with my loan investments. Any potential sale or disposition of these assets must be conducted fairly and transparently to maximized recovery and protect the interests of secured creditors.

2. Transparency and Communication: I respectfully ask that the court provides regular updates and communicates pertinent information related to the bankruptcy proceedings. Please use the address on this letter as I recently relocated. Transparency is essential in allowing affected investors to understand the status of their investments, and potentially recovery, and the timeline for resolution.

3. Fair Treatment of Secured Creditors: I trust that the court will prioritize the fair treatment of secured creditors in the distribution of assets. Secured loans were made with the expectation that in the event of default or bankruptcy, secured creditors would have a higher claim on the

available assets. I urge the court to consider this principle in any distribution plan approved for PeerStreet's bankruptcy.

4. Safeguarding of Available Cash: Besides my secured loan investments, I also have available cash in my PeerStreet account. I request that the court ensure this cash balance's protection and preservation, allowing for its return or proper distribution following the applicable allows and regulations.

I understand that the bankruptcy process is complex, and decisions must be made based on thoroughly examining the facts and legal considerations. However, as an investor, I have placed my trust in the integrity of the bankruptcy court to safeguard my investments and ensure fair treatment.

I appreciate your attention to this matter and your commitment to upholding justice in the bankruptcy proceedings. Should there be any updates or information regarding protecting my investments and cash, I request that your office communicate with me directly.

Thank you for your time and consideration. I look forward to a fair resolution that protects the rights and interests of all investors involved.

With Regards,

*Kelly Yang* (signature)

Kelly Yang

Included Attachments:

1. Current PeerStreet Account Statement (Jul 1 - July 31, 2023)
2. Account Overview
3. List of Secured Real Estate Loan Positions



PeerStreet

Kelly Yang
1363 North Ridge Dr.
Mt Shasta CA 96067

Statement Date
Account Type
Account Number



## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| $11,564.08 | $0.00 |

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $949.85 | $0.00 | $949.85 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $10,614.23 | $0.00 | $10,614.23 |
| **Account Total** | **$11,564.08** | **$0.00** | **$11,564.08** |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $0.00 |
| Fees [3] | $0.00 | $0.00 |
| Gain On Sale | $0.00 | $7.25 |
| Charge-Off | $0.00 | -$444.20 |
| Other | $0.00 | $0.00 |
| **Total** | **$0.00** | **-$436.95** |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

### Loan Positions

**Active Investments**

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| Saint Albans, NY Refinance | 8.600% | 05/17/17 | 05/10/18 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Chicago, IL Acquisition #23 | 10.500% | 10/16/17 | 02/28/19 | $145.00 | $145.00 | $0.00 | $0.00 |
| Chicago, IL Refinance #39 | 8.000% | 12/22/17 | 01/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Yonkers, NY Cash Out Refinance #6 | 7.990% | 12/22/17 | 11/01/19 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Honolulu, HI Refinance #3 | 8.000% | 04/03/18 | 09/01/19 | $1,193.00 | $0.23 | $0.00 | $0.00 |
| Los Gatos, CA Acquisition #3 (Series 1) | 8.000% | 07/05/18 | 07/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Pleasantville, NJ Acquisition | 8.000% | 09/25/18 | 02/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Houston, TX Refinance #21 | 8.000% | 09/27/18 | 10/01/19 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Albany, NY Acquisition #2 | 8.000% | 12/31/18 | 06/20/21 | $1,469.00 | $1,469.00 | $0.00 | $0.00 |
| Queens Village, NY Refinance | 8.000% | 02/26/19 | 03/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| **Total** | | | | **$11,807.00** | **$10,614.23** | **$0.00** | **$0.00** |

**Pending Investments**

None

**Past Investments**

None

### Transaction History

No transactions

Case 23-10815-LSS    Doc 239    Filed 08/15/23    Page 4 of 8

Total Account Value | Total Earned | Net Asset | Total Portfolio    Learn More
$11,564.08 | +$28,697.00 | $10,614.23 | $0.00

Overview | Automated Investing |  | Loan Positions | Transaction History | Statements | Invite Friends

## Overview

**Total Account Value**

# $11,564.08

| Awaiting Loan Closing | $0.00 |
|---|---|
| Invested Loan Principal | $10,614.23 |
| Invested Pocket Principal | $0.00 |
| Investable Cash | $949.85 |

**Return on Loan Investments**

| Annual | +6.8% |
|---|---|
| Cumulative | +45.7% |

How is this calculated?

**Total Earned**

All-time   Year-to-Date

**+$28,697.00**

| Loans Earnings | $28,697.00 |
|---|---|
| Interest | $29,721.18 |
| Fees | $457.14 |
| Gain on Sale | $196.52 |
| Charge Off | -$1,677.84 |
| Other | $0.00 |
| **Pocket** | **$0.00** |
| Interest | $0.00 |

[Chart showing cumulative earnings from Mar '17 to Mar '22, rising from $0 to approximately $30,000 in an S-curve]



| Total Account Value | Total Invested | Total Commitment | Available Cash | Learn More about Portfolio |
|---|---|---|---|---|
| $11,564.08 | +$28,697.00 | $10,614.23 | $0.00 | |

Overview   Automated Investing   [6%]   Loan Positions   Transaction History   Statements   Invite Friends

## Positions

### Return on Loan Investments ⓘ

| | |
|---|---|
| Annual | +6.8% |
| Cumulative | +45.7% |

How is this calculated?

### All Investments

- **260** Paid Off
- **0** Active – Current
- **0** Active – Deferred
- **10** Active – Late
- **6** Short Pay
- **1** Early Liquidation

### Active Investments (10)

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Queens Village, NY Refinance | $1,000.00 | $1,000.00 | 8.00% | +$40.69 | February 26, 2019 | March 1, 2020 Past Maturity | DEFAULT | 25 💬 | Compl. Filed about 1 month ago |
| Albany, NY Acquisition #2 | $1,469.00 | $1,469.00 | 8.00% | +$236.51 | December 31, 2018 | June 20, 2021 Past Maturity | DEFAULT | 35 💬 | Compl. Filed about 1 month ago |
| Houston, TX Refinance #21 | $1,000.00 | $1,000.00 | 8.00% | +$0.89 | September 27, 2018 | October 1, 2019 Past Maturity | REO | 37 💬 | REO about 1 month ago |
| Pleasantville, NJ Acquisition | $1,000.00 | $1,000.00 | 8.00% | +$102.91 | September 25, 2018 | February 1, 2020 Past Maturity | REO | 24 💬 | Compl. Filed about 2 months ago |
| Los Gatos, CA Acquisition #3 (Series 1) | $1,000.00 | $1,000.00 | 8.00% | +$161.79 | July 5, 2018 | July 1, 2020 Past Maturity | REO | 39 💬 | REO about 1 month ago |
| Honolulu, HI Refinance #3 | $1,193.00 | $0.23 | 8.00% | +$135.78 | April 3, 2018 | September 1, 2019 Past Maturity | REO | 32 💬 | REO 8 mont ago |

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Chicago, IL Refinance #39 | $1,000.00 | $1,000.00 | 8.00% | +$215.66 | December 22, 2017 | January 1, 2021 Past Maturity | REO | 35 | Compl. Filed about 1 month ago |
| Yonkers, NY Cash Out Refinance #6 | $2,000.00 | $2,000.00 | 7.99% | +$337.30 | December 22, 2017 | November 1, 2019 Past Maturity | REO | 41 | Compl. Filed about 1 month ago |
| Chicago, IL Acquisition #23 | $145.00 | $145.00 | 10.50% | +$19.70 | October 16, 2017 | February 28, 2019 Past Maturity | REO | 37 | Compl. Filed about 1 month ago |
| Saint Albans, NY Refinance | $2,000.00 | $2,000.00 | 8.60% | +$121.81 | May 17, 2017 | May 10, 2018 Past Maturity | REO | 46 | REO about 1 month ago |

## Past Investments (267)

View All Past Investments

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Paid Off Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Riverside, CA Cash-Out Refinance #16 | $1,000.00 | $0.00 | 8.00% | +$30.89 | March 12, 2019 | July 30, 2019 | PAID OFF | | |
| Corona, NY Acquisition | $1,383.00 | $0.00 | 8.00% | +$118.84 | March 7, 2019 | May 19, 2020 | PAID OFF | 8 | about 3 years ago |
| Enfield, CT Acquisition | $1,000.00 | $0.00 | 9.25% 8.25% | +$270.48 | January 17, 2019 | August 31, 2021 | PAID OFF | 15 | almost 2 years ago |
| Washington, DC Acquisition #2 | $1,000.00 | $0.00 | 8.50% | +$46.13 | January 14, 2019 | June 12, 2019 | PAID OFF | 5 | about 4 years ago |
| Albany, NY Refinance #3 | $444.00 | $0.00 | 8.00% | -$86.42 | January 10, 2019 | March 30, 2022 Past Maturity | PAID OFF | 29 | about 1 month ago |
| New York, NY Cash-Out Refinance #16 | $2,000.00 | $0.00 | 8.00% | +$307.08 | January 10, 2019 | December 11, 2020 | PAID OFF | 13 | over 2 years ago |
| Brooklyn, NY Acquisition #72 | $1,000.00 | $0.00 | 8.00% | +$90.91 | January 9, 2019 | February 24, 2020 | PAID OFF | 1 | over 3 years ago |
| Oakland, CA Acquisition #44 | $1,000.00 | $0.00 | 8.00% | +$85.77 | December 17, 2018 | December 17, 2019 | PAID OFF | 11 | over 3 years ago |

| Property | Outstanding Investment | Principal | Yield | Earnings | Started Date | Paid Off Date | Payoff Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Leesburg, FL Acquisition #4 | $1,000.00 | $0.00 | 9.00% | +$88.15 | December 10, 2018 | November 27, 2019 | PAID OFF | 1 | over 3 years ago |
| High Point, NC Cash-Out Refinance | $1,000.00 | $0.00 | 8.50% | +$72.97 | December 6, 2018 | October 16, 2019 | PAID OFF | 1 | almost 4 years ago |
| Chicago, IL Refinance #75 | $1,182.00 | $0.00 | 8.00% | +$33.64 | December 3, 2018 | April 15, 2019 | PAID OFF | | |
| Los Angeles, CA Refinance #238 (Series 1) | $2,000.00 | $0.00 | 8.00% | +$158.63 | November 30, 2018 | December 2, 2019 | PAID OFF | 1 | over 3 years ago |
| Sumter, SC Cash-Out Refinance (Series 1) | $1,000.00 | $0.00 | 8.00% | +$267.06 | November 29, 2018 | June 22, 2022 | PAID OFF | 17 | about 1 year ago |
| Garden City, MI Acquisition | $1,000.00 | $0.00 | 8.50% | +$158.92 | November 26, 2018 | September 1, 2020 | PAID OFF | 9 | almost 3 years ago |
| Los Angeles, CA Acquisition #234 | $1,000.00 | $0.00 | 8.00% | +$53.13 | November 26, 2018 | July 29, 2019 | PAID OFF | | |

