August 8, 2023

Honorable Laurie Selber Silverstein
Courtroom No. 6
824 Market Street
Wilmington, Delaware 19801

2023 AUG 15 PM 2: 34

RE: Peer Street – 23-10815

Dear Your Honor,

I filed an investor letter (docket number 170) on August 2, 2023. I renew my request to order Peer Street (www.peerstreet.com) to turn the feature on (enable the button on the platform) to allow me to withdraw my cash funds. It continues to remain off.

I also request you deny any motion made by Peer Street, Inc. et. al. to extend time as this results in my inability to access my cash in a timely manner. Please treat this request as an objection to the procedures.

Thank you.

Very Respectfully,

/s/ Anand Pradhan

Anand Pradhan