Re: Case 23-10815-LSS

Chief Judge Laurie Seiber Silversteins
U.S. Bankruptcy Court
824 North Market Street, 6lh floor
Wilmington, DE 19801



Re: Request for Protection of Loan Investments and Cash in Peer Street Bankruptcy Proceedings

Honorable Chief Judge Laurie Seiber Silverstein,

I invested on Peer Street's platform and filed Claim No. 43 in the above-referenced matter.[1] The amount that I invested with Peer Street is meaningful to my family. My children are ages 9 and 11, where we had planned to use these funds to pay for their high school and college tuition. I invested these funds with Peer Street because I understood these investments to be bankruptcy remote and secured by the underlying collateral. At this point, however, I am concerned about the impact on my investments (including the cash in my account) and the preservation of my rights as a creditor. Consistent with the recent requests of other similarly-situated investors, I ask that you consider the following points:

1. Preservation of Loan Investments: As a creditor, I ask that the court ensures the proper handling and preservation of the underlying collateral associated with loan investments. Any potential sale or disposition of these assets must be conducted fairly and transparently to maximize recovery and protect the interests of creditors.

2. Transparency and Communication: I respectfully ask the court to provide pertinent information related to the proceedings. This will allow affected investors to understand the status of their investments, any potential recovery, and the timeline for resolution.

3. Fair Treatment: I trust that the court will prioritize the fair treatment of creditors in the distribution of assets. These loans were made with the expectation that in the event of bankruptcy, creditors would have a higher claim on the available assets. I urge the court to consider this principle in any distribution plan approved for Peer Street's bankruptcy.

4. Safeguarding of Available Cash: Besides my secured loan investments, I also have available cash in my Peer Street account. I request the court ensure the preservation of this asset as well allowing for its return or proper distribution following applicable laws.

I understand that the bankruptcy process is complex, and decisions must be made based on thoroughly examining the facts and legal considerations. However, as an investor, I have placed my trust in the integrity of the bankruptcy court to safeguard my investments and ensure fair treatment.I thank you for your time and consideration and I look forward to a fair resolution that protects the rights and interests of all investors involved.

---

[1] I have further information regarding my claim such as Account Number, Account Balance, etc. At this time, I have not attached my account documentation for privacy considerations but I have documentation readily available and submitted that documentation in connection with my claim. If such documentation is necessary to protect my investments, I am ready and able to provide it.

Re: Case 23-10815-LSS                                                                                        August 4, 2023

Sincerely,


Tim Regan
2 Corte Las Casas
Tiburon, CA
94920
regantjr@gmail.com