# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |
| | Ref. D.I. 134 |

## NOTICE OF FILING OF DISCLOSURE DECLARATION OF ORDINARY COURSE PROFESSIONAL, TRENAM LAW

**PLEASE TAKE NOTICE** that, on July 27, 2023, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order Authorizing (A) the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business Effective as of the Petition Date and (B) Waiving Certain Information Requirements of the Local Rule 2016-2* [Docket No. 134] (the "**OCP Order**").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the procedures set forth in the OCP Order, the Debtors hereby file the disclosure declaration of Gerald D. Davis of Trenam Law, attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that any objections to the retention of Trenam Law, must be filed with the Court, and at the same time served upon the Debtors, on or before **September 1, 2023 at 4:00 p.m. (ET)**.

*[Signature Page Follows]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

[2] All capitalized terms not otherwise defined herein have the meaning ascribed to them in the OCP Order.

30663299.1

Dated: August 17, 2023

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Shella Borovinskaya*<br>Joseph Barry (Del. Bar No. 4221)<br>Ryan M. Bartley (Del. Bar No. 4985)<br>S. Alexander Faris (Del. Bar No. 6278)<br>Shella Borovinskaya (Del. Bar No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jbarry@ycst.com<br>       rbartley@ycst.com<br>       afaris@ycst.com<br>       sborovinskaya@ycst.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>P. Bradley O'Neill (admitted *pro hac vice*)<br>Caroline Gange (admitted *pro hac vice*)<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9511<br>Facsimile: (212) 715-8000<br>Email: boneill@kramerlevin.com<br>       cgange@kramerlevin.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |