August 8, 2023

The Tuli Family Trust
4226 Havenridge Dr.
Corona CA 92883



Chief Judge Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 6th
Floor Wilmington, DE 19801

Request for Protection of Secured Loan Investments in PeerStreet Bankruptcy Proceedings
RE: Bankruptcy Case 23-10815-LSS

Honorable Chief Judge Laurie Seiber Silverstein,

I hope you are well. This letter constitutes a request for your assistance to protect my secured loan investments with PeerStreet, Inc. and its affiliated companies with respect to their bankruptcy proceedings. I noticed several individual investors on PeerStreet have written in seeking your support. I'd like you to be aware that I modified a letter submitted by a separate investor. I wanted to write with the intention of advocating for both me and the many others impacted by the PeerStreet bankruptcy filing.

As an investor with PeerStreet, I invested my funds in real-estate backed loans through their platforms with the understanding that they were secured by the underlying collateral. Given the bankruptcy filing, I am concerned about the preservation of my rights as a secured creditor and the associated impact on my investments.

Please kindly consider the following for the protection of my investments:
1. Preservation of Secured Loan Investments: As a secured creditor, I request the court ensure proper handling and preservation of the underlying collateral associated with my loan investments. Any potential sale or disposition of these assets will be conducted fairly and transparently to maximize recovery for and protect the interests of secured creditors. Secured creditors would receive a higher claim on the available assets in the case of default or bankruptcy.
2. Transparency and clear communication. I respectfully ask that the Court provide regular updates and pertinent information related to bankruptcy proceedings, especially on any required actions I should take as a creditor.

Please feel free to contact me directly with any updates or requests for clarification required to ensure protection of funds which I believe were invested conservatively and safely.

Thank you for your consideration!

Rajesh Tuli – Trustee

Attached: PeerStreet account statements and secured real estate loan positions

# PeerStreet

The Tuli Family Trust
4226 Havenridge Dr
Corona CA 92883

Statement Date: July 01, 2023 - July 31, 2023
Account Type: Trust
Account Number: ████

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| $50,392.28 | $0.00 |

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $19,288.30 | $0.00 | $19,288.30 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $31,103.98 | $0.00 | $31,103.98 |
| Account Total | $50,392.28 | $0.00 | $50,392.28 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $1,588.26 |
| Fees [3] | $0.00 | $12.50 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Total | $0.00 | $1,600.76 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Initial (Principal Investment) | Outstanding (Principal Investment) | Earnings (Payments This Period) | Principal (Payments This Period) |
|---|---|---|---|---|---|---|---|
| Pleasantville, NJ Refinance #3 | 7.250% | 02/20/20 | 03/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Philadelphia, PA Cash-Out Refinance #68 | 7.125% | 12/30/20 | 01/01/23 | $451.00 | $451.00 | $0.00 | $0.00 |
| Paia, HI Acquisition (Series 2) | 6.750% | 12/13/21 | 11/01/23 | $631.00 | $631.00 | $0.00 | $0.00 |
| Downey, CA Acquisition #20 | 6.625% | 01/20/22 | 01/01/24 | $798.00 | $798.00 | $0.00 | $0.00 |
| Bermuda Dunes, CA Acquisition | 7.125% | 01/26/22 | 02/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Paia, HI Acquisition (Series 3) | 6.750% | 01/28/22 | 11/01/23 | $369.00 | $369.00 | $0.00 | $0.00 |
| Pinon Hills, CA Acquisition #3 | 6.750% | 02/18/22 | 02/01/24 | $307.00 | $307.00 | $0.00 | $0.00 |
| Fort Lauderdale, FL Acquisition #28 (Series 1) | 7.250% | 04/27/22 | 05/01/24 | $422.00 | $422.00 | $0.00 | $0.00 |
| Miami, FL Cash-Out Refinance #305 | 7.000% | 05/04/22 | 05/01/23 | $601.00 | $600.98 | $0.00 | $0.00 |
| Hawthorne, NJ Cash-Out Refinance #2 | 7.625% | 05/18/22 | 06/01/23 | $232.00 | $232.00 | $0.00 | $0.00 |
| Wilmington, DE Acquisition #7 | 8.000% | 06/06/22 | 06/01/23 | $106.00 | $106.00 | $0.00 | $0.00 |
| Murrieta, CA Acquisition #6 | 7.500% | 06/08/22 | 05/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| San Jose, CA Acquisition #137 (Series 1) | 8.000% | 06/16/22 | 12/01/23 | $336.00 | $336.00 | $0.00 | $0.00 |
| Paterson, NJ Acquisition #27 (Series 1) | 8.000% | 06/23/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Joshua Tree, CA Acquisition #2 (Series 1) | 7.000% | 06/29/22 | 07/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Richmond, CA Acquisition #12 (Series 1) | 7.500% | 06/29/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Philadelphia, PA Cash-Out Refinance #78 (Series 2) | 7.500% | 07/27/22 | 07/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Indianapolis, IN Acquisition #26 | 9.250% | 08/05/22 | 06/03/23 | $192.00 | $192.00 | $0.00 | $0.00 |
| Hueytown, AL Cash-Out Refinance | 9.250% | 08/11/22 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Kissimmee, FL Acquisition #44 | 8.500% | 08/15/22 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Indianapolis, IN Acquisition #25 | 9.250% | 08/15/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Bethpage, NY Acquisition | 8.500% | 08/19/22 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Westbury, NY Acquisition #9 | 8.000% | 08/26/22 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Indianapolis, IN Acquisition #33 | 7.750% | 09/01/22 | 06/01/23 | $775.00 | $775.00 | $0.00 | $0.00 |
| Indianapolis, IN Acquisition #32 | 7.750% | 09/08/22 | 06/01/23 | $159.00 | $159.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #218 | 8.500% | 09/13/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Fullerton, CA Acquisition #13 | 7.500% | 10/04/22 | 10/01/23 | $354.00 | $354.00 | $0.00 | $0.00 |
| Edgewater, MD Acquisition #2 | 7.750% | 10/25/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Philadelphia, PA Cash-Out Refinance #84 (Series 1) | 7.750% | 10/25/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Burbank, CA Acquisition #18 | 8.500% | 12/08/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Denham Springs, LA Acquisition | 8.750% | 12/08/22 | 11/01/23 | $824.00 | $824.00 | $0.00 | $0.00 |
| Muskegon, MI Acquisition #2 | 8.000% | 12/13/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brigantine, NJ Acquisition #7 | 8.000% | 12/14/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Clearwater, FL Acquisition #8 | 9.000% | 12/27/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Cleveland, OH Acquisition #27 | 9.250% | 12/27/22 | 12/01/23 | $287.00 | $287.00 | $0.00 | $0.00 |
| Hollywood, FL Acquisition #27 | 10.000% | 12/28/22 | 01/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Loveland, CO Acquisition | 8.500% | 01/06/23 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Tarzana, CA Acquisition #5 | 8.250% | 01/13/23 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Cedarpines Park, CA Acquisition (Series 1) | 10.000% | 01/20/23 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Lakeland, FL Acquisition #25 | 10.750% | 01/24/23 | 01/01/24 | $154.00 | $154.00 | $0.00 | $0.00 |
| San Jose, CA Acquisition #137 (Series 2) | 8.000% | 01/30/23 | 12/01/23 | $664.00 | $664.00 | $0.00 | $0.00 |
| Wichita, KS Acquisition #5 | 9.250% | 02/02/23 | 02/01/24 | $442.00 | $442.00 | $0.00 | $0.00 |

Raj Tuli
4226 Havenridge Dr
Corona CA 92883-0682

SANTA ANA CA 926
11 AUG 2023 PM 3 L

Chief Judge Laurie Selber Silverstein
US Bankruptcy Court
824 North Market St, 6th Floor
Wilmington DE 19801

19801-302499