Luke Scrivanich
3920 Millbrook Dr.
Santa Rosa, CA 95404

Account: #█████████

Chief Judge Laurie Seiber Silverstein
US Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, CE 19801

RE: Case 23-10815-LSS
Request for protection of secured loan investments in PeerStreet bankruptcy proceedings

Honorable Chief Judge Laurie Seiber Silverstein,

This letter constitutes a request for your assistance to protect my secured loan investments and cash holdings with PeerStreet, Inc. and its affiliated companies, with respect to the bankruptcy proceedings. I trust that the bankruptcy court will consider all the facts and legal ramifications in this complex situation.

As an investor, I invested my funds in real-estate backed loans through the PeerStreet platform, with the understanding that the loans were secured by underlying collateral. Given the bankruptcy filing, I am concerned about the preservation of my rights as a secured creditor and associated impact on my investments. All the monies in loans, portfolio and pocket should have been off limits to operate the business.

I request you respectfully consider the following for the protection of my investment:
1. Preservation of Secured Loan investments. I request the court ensures proper handling and preservation of the underlying collateral associated with my loan investments. Any potential sale or disposition of these assets will be conducted fairly and transparently to maximize recovery for and protect the interests of secured creditors.
2. Transparency and Clear Communications. I respectfully ask the Court provide regular updates and pertinent information relative to bankruptcy proceeding, especially on any required actions I should take as a creditor.
3. Priority and fair treatment of Secured Creditors

Thank you for your consideration.

Sincerely yours,

*Luke Scrivanich* (signature)

Luke Scrivanich
lscrivanich8685@gmail.com

Attachment: July 2023 Statement

# Peer

John Schwarch
3420 Millgrove Dr
Santa Rosa CA 95404

Statement Date: July 01, 2023 - July 31, 2023
Account Type: Individual
Account Number: 



**Total Account Value**
**$29,335.75**

**Earnings This Statement**
**$0.00**

## Account Summary

|  | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $22,004.99 | $0.00 | $22,004.99 |
| Com Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $7,330.76 | $0.00 | $7,330.76 |
| Account Total | $29,335.75 | $0.00 | $29,335.75 |

## Earning Summary

|  | This Period | Year to Date |
|---|---|---|
| Interest | $0.00 | $71.26 |
| Fees | $0.00 | $0.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Total | $0.00 | $71.26 |

* Interest includes all interest you earned from loans (i.e. regular, promotional, and default interests. Pocket interest is separated out
* Fees any loan earnings from borrowers who paid extra fees on their loans (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Outstanding | Payments This Period Earnings | Principal |
|---|---|---|---|---|---|---|---|
| Shamokin, PA Acquisition | 9.00% | 07/30/19 | 07/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Greenwich, CT Refinance #6 | 8.00% | 01/07/20 | 01/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Hainesville, NJ Refinance #2 | 7.25% | 03/20/20 | 03/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Carlisle, PA Cash-Out Refinance #4 (Series 2) | 7.25% | 05/01/20 | 04/01/21 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Elizabeth, NJ Acquisition #08 (series 1) | 8.00% | 06/19/20 | 06/01/23 | $2,000.00 | $1,330.76 | $0.00 | $0.00 |
| Springfield, MA Acquisition Series 24 | 9.00% | 07/13/20 | 05/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Total |  |  |  | $8,000.00 | $7,330.76 | $0.00 | $0.00 |

### Pending Investments
None

### Past Investments
None

## Transaction History
No transactions.

Mr. Luke Scrivanich
3920 Millbrook Dr
Santa Rosa, CA 95404

U.S.M.S.
X-RAY



SAN FRANCISCO CA 940
11 AUG 2023 PM 5 L

Chief Judge Laurie Seiber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE 19801

19801-453551

