# **EXHIBIT A**

*Glossary of Defined Terms and Listing of Exhibits*

| DEFINED TERMS | | |
|---|---|---|
| **Defined term** | **Meaning** | **Exhibit #** |
| *2014 Investor Agreement* | The Investment Agreement for the Platform with PSI, Funding LLC and the applicable Investor applicable to investments made prior to December 2, 2019 | Exhibit 18 |
| *2014 PPM* | The Private Placement Memorandum for the Platform for investments in MPDNs made prior to December 2, 2019 | Exhibit 10 |
| *2019 Investor Agreement* | The Investment Agreement for the Platform with the applicable "PS Issuer" (as defined therein) and the applicable Investor applicable to investments made after December 2, 2019 | Exhibit 11 |
| *2019 PPM* | The Private Placement Memorandum for the Platform for investments in Peer Street Notes made after December 2, 2019 | Exhibit 12 |
| *Colchis* | Either Colchis Capital Management, L.P. individually or with the Pacific Creditors | N/A |
| *Colchis Framework Agreement* | Amended and Restated framework agreement between PSI and Colchis dated May 19, 2017, and Second Amendment dated April 8, 2019 | Exhibit 22 |
| *Colchis MPDN* | Executed MPDN issued to Colchis on September 13, 2021 | Exhibit 17 |
| *Colchis Master Loan Sale Agreement* | Master Loan Sale Agreement between PSFI and PS Funding Trust 1004 dated May 18, 2019 | Exhibit 34 |
| *Colchis Warehouse Financing Facility* | Loan and Security Agreement between PSF Sub 4 LLC and PSFI, as amended, including Amendment #3 | Exhibit 23 |
| *Customer FBO Account* | Any one or more of the accounts at Wells Fargo was designated as "for the benefit of" Investor(s) and used to hold funds deposited by Investors into the Platform prior to investment in any Notes, as well as any proceeds of Notes returned to Investors on the Platform | N/A |
| *Dunn Decl.* | Declaration of David Dunn in Support of the Chapter 11 Filing and First Day Pleadings, [Docket No. 3] | Exhibit 1 |
| *Funding LLC* | Peer Street Funding, LLC, a Debtor | N/A |
| *Funding LLC Operating Agreement* | The limited liability company agreement of Funding LLC | Exhibit 19 |
| *Funding LLC Participation Agreement* | Amended and Restated Participation Agreement between PSFI and Funding LLC dated November 1, 2019 | Exhibit 8 |

| DEFINED TERMS | | |
|---|---|---|
| **Defined term** | **Meaning** | **Exhibit #** |
| *Institution FBO Accounts* | Any one or more of the accounts at Wells Fargo designated as for the benefit of a specific institutional Investor and used solely to receive the funds of that designated Investor | N/A |
| *Investor* | An individual or institution that meets the criteria to participate on the Platform and successfully creates an account thereon | N/A |
| *Investor Agreement* | The 2014 Investor Agreement or 2019 Investor Agreement, as applicable | N/A |
| *MPDN* | Mortgage Payment Dependent Note, each issued by Funding LLC | N/A |
| *MPDN Supplement* | The Supplement to the 2019 PPM for the MPDNs | Exhibit 13 |
| *Opp Fund* | Peer Street Opportunity Investors II, LP, a Debtor | N/A |
| *Opp Fund GP* | Peer Street Opportunity Fund GP, LLC, a Debtor | N/A |
| *Opp Fund LP Agreement* | The limited partnership agreement for Opp Fund | Exhibit 32 |
| *Opp Fund Participation Agreement* | Participation Agreement between PSFI and Opp Fund II LP dated as of June 1, 2018 | Exhibit 33 |
| *Opp Fund PPM* | Private Placement Memorandum for Opp Fund | Exhibit 14 |
| *Pacific Creditors* | Pacific Funding Trust 1002 and Pacific RBLF Funding Trust | N/A |
| *PDN* | Payment Dependent Note, each issued by Portfolio LLC | N/A |
| *PDN Supplement* | The Supplement to the 2019 PPM for the PDNs | Exhibit 21 |
| *Peer Street Note* | Any one or a combination of the MPDNs, PDNs, and RWNs | N/A |
| *Platform* | Peer Street's online marketplace accessible at www.PeerStreet.com | N/A |
| *Pocket 1 Month RWN Supplement* | The Supplement to the 2019 PPM for the RWNs issued as part of the Pocket 1-Month RWN product | Exhibit 3 |
| *Pocket 3 Month RWN Supplement* | The Supplement to the 2019 PPM for the RWNs issued as part of the "Pocket 3-Month" RWN product | Exhibit 24 |
| *Portfolio LLC* | PS Portfolio – ST1, LLC f/k/a PS Index Portfolio, LLC, a Debtor | N/A |
| *Portfolio LLC Loan Management Agreement* | Loan Management Agreement between PSFI and Portfolio LLC dated September 21, 2022 | Exhibit 2 |
| *Portfolio LLC MLSA* | Master Loan Sale Agreement between PSFI and Portfolio LLC dated September 21, 2022 | Exhibit 31 |

| DEFINED TERMS | | |
|---|---|---|
| **Defined term** | **Meaning** | **Exhibit #** |
| *Portfolio LLC Operating Agreement* | The limited liability company agreement of Portfolio LLC | Exhibit 20 |
| *Portfolio LLC Participation Agreement* | Participation Agreement between PSFI and Portfolio LLC dated September 21, 2022 | Exhibit 9 |
| *PPM* | The 2014 PPM or 2019 PPM, as applicable | N/A |
| *PSFI* | PS Funding, Inc., a Debtor | N/A |
| *PSI* | Peer Street, Inc., a Debtor | N/A |
| *Retail FBO Account* | The Customer FBO Account (ending 4894) which was used to hold the funds of retail Investors | N/A |
| *RWN* | Redeemable Warehouse Note, each issued by Funding LLC | N/A |
| *Supplement* | Any one or a combination of the MPDN Supplement, PDN Supplement, and Pocket 1 Month RWN Supplement and Pocket 3 Month RWN Supplement | N/A |
| *Underlying Loans* | The loans purchased, or participated in, by the Debtors and placed on the Platform.  An Underlying Loan may not represent a 100% participation in a loan. | N/A |
| *Warehouse I LLC* | PS Warehouse, LLC, a Debtor | N/A |
| *Warehouse I LSA* | The Loan and Security Agreement between Funding LLC and Warehouse I LLC | Exhibit 4 |
| *Warehouse II LLC* | PS Warehouse II, LLC, a Debtor | N/A |
| *Warehouse II LSA* | The Loan and Security Agreement between Funding LLC and Warehouse II LLC | Exhibit 5 |
| *Warehouse I Guaranty* | The Guaranty and Indemnity Agreement between PSFI and Funding LLC dated February 1, 2021 | Exhibit 29 |
| *Warehouse II Guaranty* | The Guaranty and Indemnity Agreement between PSFI and Funding LLC dated October 10, 2022 | Exhibit 30 |
| *Warehouse I Participation Agreement* | Participation Agreement between PSFI and Warehouse I LLC dated February 2, 2021 | Exhibit 6 |
| *Warehouse II Participation Agreement* | Participation Agreement between PSFI and Warehouse II LLC dated October 10, 2022 | Exhibit 7 |

| OTHER EXHIBITS | |
|---|---|
| **Document Description** | **Exhibit #** |
| Example of series of MPDN listings on the Platform | Exhibit 15 |
| Exemplar executed MPDN (redacted) | Exhibit 16 |

| OTHER EXHIBITS | |
|---|---|
| **Document Description** | **Exhibit #** |
| Sale Order, *In re American Home Mortgage*, Case No. 07-11047 (CSS) (Apr. 10, 2009) [Docket No. 7258], approving bidding procedures that pooled mortgage loans and REO properties and required bid submissions on entire asset pools. | Exhibit 25 |
| Chart of Investor Letters filed in these Chapter 11 Cases | Exhibit 26 |
| Motion of the United States Trustee to Appoint Chapter 11 Trustee, *In re US Real Estate Equity Builder, LLC*, Case No. 20-21358-11 (Bankr. D. Kan. Nov. 23, 2020) [Docket No. 85], moving to remove Mr. Tarpenning as principal and appoint a chapter 11 trustee. | Exhibit 27 |
| Order, *In re US Real Estate Equity Builder, LLC*, Case No. 20-21358-11 (Bankr. D. Kan. Nov. 23, 2020) [Docket No. 675], approving the sale of the Kansas City property free and clear of all liens, claims and encumbrances in the bankruptcy case to Debtors, over Mr. Tarpenning's objection. | Exhibit 28 |