**FILED**

Chief Judge Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE 19801

2023 AUG 21   AM 10: 40

Mertensa, LLC
Jeffery Staples, Manager
276 Courtney Dr.
Victor, NY 14564

U.S. BA           COURT
DIST

August 14, 2023

Subject: Case 23-10815-LSS Request for Protection of Un-secured and Secured Loan Investments and all Cash held at PeerStreet in a taxable account ending in 9485.

Honorable Chief Judge Laurie Selber Silverstein,

I know you must be very busy and I hope this letter finds you well. I also hope not to add to your burden administering the Bankruptcy case. However, as I have seen letters sent to you by other PeerStreet investors whose interests are not being protected by engaging our own individual attorneys, it seems prudent I follow their example.

I too have been a long-time investor with PeerStreet, with my investments split between real estate secured loans, their "Pocket" and "PS Portfolio" offerings as well as "Investable Cash". All of these investments were made and managed via the www.peerstreet.com platform.

I believe that PeerStreet has acted with integrity so far and has been beset by unforeseen factors that threatened the continuation of their business. I hope that the Court will act expeditiously on this case and protect, as best possible, all the assets of all the investors.

Inasmuch as Your Honor has already received several letters with the same or similar specific points listed as "protection requests" (e.g. the letters from creditors Mr. Carl Brown and Mr. Jakow Diener), I should like to be brief and hereby make those same specific requests numbered 1-4.

I shall be very grateful, Your Honor, for your sincere consideration of my protection requests and I thank you for your time and consideration.

Very truly yours,

*Jeffery M Staples*   2023.08.14
                       14:46:04 -04'00'

Jeffery Staples, Manager

Staples
1276 Courtney Dr
Victor, NY 14564

Chief Judge Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE 19801

ROCHESTER NY 144
15 AUG 2023 PM 1 L

