Sean Thomas Quinn
10 Ridge Road
Succasunna, New Jersey 07876

FILED

Via US Mail

2023 AUG 21  AM 10: 40

August 16, 2023

United States Bankruptcy Court
District Of Delaware
824 Market Street North
3rd Floor
Wilmington, DE 19801

*Re: Peer Street, et. al., Case No. 23-10815 (LSS), Motion To Appoint A Secured Creditor Committee Or, In The Alternative, Appoint Small Retail Investor Representatives To The Unsecured Creditor Committee*

Dear Judge Silverstein:

I request that the above-referenced motion be held in abeyance, as it may be rendered moot depending on the Court's ruling on Pacific's motion to, among other things, have the Mortgage Dependent Promissory Notes ("MDPNs") determined free of, *i.e.*, not appropriately part of the Debtors' estate. The above-referenced Motion will be rendered unnecessary to consider if the Court rules in favor of Pacific's Objection. If that occurs, the MDPNs will have been determined to not be part of the bankruptcy estate, and therefore free of Debtors' attempt to confiscate our segregated, individual accounts for the benefit of creditors, contrary to their representations otherwise.

In order to avoid unnecessary expenditure of judicial and estate resources, I request that the above-referenced Motion be held in abeyance until Pacific's Objection is ruled upon. In doing so, I do not waive any position.

There is a class of MDPN holders, whose Notes, Debtors tied to a mortgage on a specifically identified piece of real estate right down to the address, as an inducement to each transaction. This class sits in a materially different position than other retail investors, but the effect of that may not need to be determined by this Court depending on the outcome of the Pacific Motion.

Respectfully,

Sean Quinn

Sean Thomas Quinn
10 Ridge Road
Succasunna, New Jersey 07876

I hereby declare, under the penalty of perjury, that I served the following Counsel via PDF email prior to depositing this communication to the Court in a repository of the United States Postal Service.

*[signature]*
Debtors Counsel
Unsecured Creditors Counsel
Magnetar Counsel
Office Of The United States Trustee

Sean Quinn
10 Ridge Road
Sucasunna NJ 07876

United States Bankruptcy Court
District Of Delaware
824 Market Street North
3rd Floor
Wilmington DE 19801


