IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned counsel enters their appearance as counsel for George Gabriel and MGM Gabriel & Associates, Inc. (collectively, "MGM"), and request that all notices and other papers filed or served in the above-captioned cases be served upon the following attorneys:

| | |
|---|---|
| Stephanie C. Goldstein, Esq.<br>**SCHORR LAW, A Professional Corporation**<br>1901 Avenue of the Stars, Suite 615<br>Los Angeles, California 90067<br>Telephone: (310) 954-1877<br>Facsimile: (310) 402-5972<br>Email: sgoldstein@schorr-law.com | Aaron H. Stulman, Esq.<br>Katelin A. Morales, Esq.<br>**POTTER ANDERSON & CORROON LLP**<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: astulman@potteranderson.com<br>         kmorales@potteranderson.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

IMPAC 10977637v.1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regard to the referenced cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that filing of this *Notice of Appearance and Request for Notices* shall not be deemed or construed to constitute a waiver of any substantive or procedural right of MGM including, without limitation: (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which MGM is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless and until MGM expressly states otherwise, MGM does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

IMPAC 10977637v.1

| | |
|---|---|
| Dated: August 21, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Aaron H. Stulman*<br>Aaron H. Stulman (No. 5807)<br>Katelin A. Morales (No. 6683)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: astulman@potteranderson.com<br>        kmorales@potteranderson.com<br><br>-and-<br><br>Stephanie C. Goldstein, Esq.<br>**SCHORR LAW, A Professional Corporation**<br>1901 Avenue of the Stars, Suite 615<br>Los Angeles, California 90067<br>Telephone: (310) 954-1877<br>Facsimile: (310) 402-5972<br>Email: sgoldstein@schorr-law.com<br><br>*Counsel for George Gabriel and*<br>*MGM Gabriel & Associates, Inc.* |

3