IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 |
| Debtors. | (Jointly Administered) |
| | **Re. Docket No. 18** |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS TO
DEBTORS' BID PROCEDURES AND SALE MOTION**

George Gabriel and MGM Gabriel & Associates, Inc. (collectively, "MGM"), by and through its undersigned counsel, hereby submit this limited objection and reservation of rights (this "Limited Objection") in response to the *Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of all Encumbrances, (II) Approving Certain Bid Procedures, and the Form and Manner of Notice Thereof, and (III) Granting Related Relief; and (B) an Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, and (III) Granting Related Relief* [Docket No. 18] (the "Bidding Procedures Motion"). In support of this Limited Objection, MGM respectfully represents as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

10976517v.2

**LIMITED OBJECTION**

1.  It is axiomatic that the Debtors cannot sell what they do not own. However, it appears as though the Debtors, through the Bidding Procedures Motion, are attempting to sell substantially all of their assets, of which they assert includes certain real property located at 1035 5th Street, Santa Monica, California 90403 (the "MGM Property"). MGM asserts that the MGM Property is not theirs to sell and, unfortunately, has been procured through fraud and, therefore, any assertion of ownership by the Debtors is void. The Bidding Procedures Motion should be denied to the extent the Debtors seek to market or sell the MGM Property.

2.  On or about July 1, 2019, debtor PS Funding, Inc. ("PS Funding") recorded a forged deed of trust against the MGM Property to secure a purported $3,650,000 loan from PS Funding. Until MGM received a notice of default, it was not aware that a lien in favor of PS Funding purporting to encumber the property existed. Indeed, a Mr. Brian Dozier appears to have concocted a fraudulent scheme to steal money and assets from MGM.

3.  In or about late March 2022, Mr. Gabriel was shocked to receive a notice of default regarding an alleged loan from PS Funding that was secured by the MGM Property. Mr. Gabriel immediately reached out to Mr. Dozier to demand an explanation. In response, Mr. Dozier repeatedly represented to George that he had things under control and he was addressing the problem by refinancing, though the reality was far from the same.

4.  In reliance upon Mr. Dozier's oral and written representations, Mr. Gabriel reasonably believed that Mr. Dozier was handling the situation with PS Funding. However, in reality, Mr. Dozier completely failed to resolve issues related to the default under the fraudulent PS Funding loan. Unbeknownst to Mr. Gabriel, on or about March 21, 2023, PS Funding

foreclosed on the MGM Property under the forged deed of trust and its related entity, PSF REO, LLC became the owner on record title for the MGM Property.

5. Once it became clear that Mr. Dozier was not resolving the issues, MGM engaged counsel who investigated the claims and then sent PS Funding a letter dated June 9, 2023 (the "June 9 Letter") detailing the fraudulent conduct. The June 9 Letter is attached hereto as **Exhibit A**.

6. MGM received a response letter on June 21, 2023 from counsel to PSF REO, LLC (the "June 21 Response Letter"), a copy of which is attached hereto as **Exhibit B**.

7. On June 26, 2023, the Debtors filed voluntary petitions for relief under Chapter 11. MGM was not made aware of the bankruptcy filing at the time.

8. On July 24, 2023, MGM sent a response letter to PSF REO, LLC (the "July 24 Letter"), a copy of which is attached hereto as **Exhibit C**. Thereafter, the Debtors informed MGM's counsel of the bankruptcy filing and the automatic stay that presently prevents MGM from filing a quiet title action to determine the ownership of the MGM Property.

9. On June 27, 2023, Debtors filed the Bidding Procedures Motion, seeking to sell all or substantially all of the debtors' assets free and clear of all encumbrances. Neither the Bidding Procedures Motion or related exhibits specify the assets intended to be sold or excluded from sale and, therefore, it is unclear whether the Debtors seek to sell the MGM Property free and clear of all encumbrances or legal rights.

10. While MGM does not *per se* object to the bidding procedures proposed in the Bidding Procedures Motion, MGM objects to any marketing or sale of the MGM Property. A quiet title action and/or ownership dispute needs to be litigated (and litigated on an expedited timeline) should the Debtors seek to market or sell the MGM Property. While MGM intends to

work with the Debtors to attempt to resolve these issues, MGM files this Limited Objection to ensure the MGM Property is excluded from any sale and to put all parties-in-interest on notice of the dispute.

## **RESERVATION OF RIGHTS**

11. MGM expressly reserves all rights in connection with the Debtors' proposed bidding procedures and sale, including but not limited to all rights, claims, arguments, defenses, and remedies. MGM also reserves its rights to supplement or amend this Limited Objection at or prior to the hearing(s) on the Bidding Procedures Motion, and to take discovery as may be necessary to adjudicate these issues.

Dated: August 21, 2023  
       Wilmington, Delaware

Respectfully submitted,

*/s/ Aaron H. Stulman*
Aaron H. Stulman (No. 5807)
Katelin A. Morales (No. 6683)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile:  (302) 658-1192
Email:  astulman@potteranderson.com
       kmorales@potteranderson.com

-and-

Stephanie C. Goldstein
**SCHORR LAW, A Professional Corporation**
1901 Avenue of the Stars, Suite 615
Los Angeles, California 90067
Telephone:  (310) 954-1877
Facsimile:   (310) 402-5972
Email: sgoldstein@schorr-law.com

*Counsel for George Gabriel and MGM Gabriel & Associates, Inc.*