**Exhibit A**

10976517v.2



**SCHORR LAW**
A PROFESSIONAL CORPORATION

1901 Avenue of the Stars, Suite 615
Los Angeles, California 90067
P: (310) 954-1877 | F: (310) 402-5972
www.schorr-law.com

June 9, 2023
*Via First Class Mail and Email Delivery*

PSF REO LLC/PS Funding, Inc.
Attn: Brewster Johnson
c/o Cindi Lewis
2121 Park Place, Suite 250
El Segundo, California 90245
Email: clewis@peerstreet.com

Heron Plume LLC
c/o Spiegel & Utrera, P.C., ASOP
8939 S. Sepulveda Boulevard
Los Angeles, California

Philip Boroda
Coldwell Banker Residential Brokerage Company
15490 Ventura Boulevard, Suite 100
Sherman Oaks, California 91403
Email: pboroda1@earthlink.net

Austin Brunkhorst
Compass California, Inc.
1037 18th Street, Apartment 4
Santa Monica, California 90403
Email: austin.brunkhorst@compass.com

**RE:   1035 5th Street, Santa Monica, California 90403**
      **Notice of Ownership Claim and Forthcoming Quiet Title Action**

Dear All:

George Gabriel ("Gabriel") and MGM Gabriel & Associates, Inc. ("MGM") recently retained Schorr Law, APC to represent them in connection with issues related to the real property located at 1033 5th Street, Santa Monica, California 90403 (the "Property"). Accordingly, please direct all correspondence regarding the same to our firm.

Please be advised that notwithstanding the recent foreclosure sale in May 2023, MGM remains the true owner of the Property. Unfortunately, the foreclosure sale of the

June 9, 2023
Page 2 of 3

Property relates to a fraudulent scheme perpetrated by Brian Dozier ("Dozer") and his associates, including, but not limited to, his bookkeeper, Arda Hagopian, and potentially L. Conn, a notary Dozier often uses, that involves the Property and other properties owned by Gabriel and his family.

While we are still in the process of reviewing the file and getting up to speed, it appears that Gabriel's purported signature on behalf of MGM on the deed of trust recorded against the Property on July 1, 2019 to secure the purported $3,650,000 loan from PS Funding, Inc. (the "7/1/19 DOT") was forged. Indeed, until they received the notice of default, neither Gabriel nor MGM was even aware that there was lien in favor of PS Funding, Inc. encumbering the Property. Needless to say, MGM categorically disputes signing any loan documents in connection with the 81/119 DOT. Further, neither MGM nor Gabriel received any of the $3.65 million that PS Funding allegedly lent to MGM, or proceeds from any of the loans previously encumbering the Property that were rolled over into the next refinanced loan, including the purported PS Funding loan, for that matter. As an aside, Gabriel learned too late that this is not the first time that Dozier has fraudulently induced someone to take out a secured loan, promising to invest it or use it for a specific purpose, and then absconding with the money instead.

The law is clear that a forged instrument is completely void and ineffective to transfer any title to grantee. (*Firato v. Tuttle* (1957) 48 Cal. 2d 136 [deed of reconveyance]; *Forte v. Nolfi* (1972) 25 Cal.App.3d 656 [fraudulent note and deed of trust was of no legal effect and created no lien upon the property].) Subsequent title derived through a forged instrument is unenforceable, even if recorded and held by a bona fide purchaser, which would not apply here anyway since PSF REO, LLC, the current record title holder, shares the same owner with PS Funding. (*Bryce v. O'Brien* (1936) 5 Cal.2d 615 [forged deed cannot be the foundation of good title, even under the equitable doctrine of a bona fide purchaser].)

It is Gabriel's understanding that PSF REO has listed the Property for sale with Coldwell Banker/Compass and there may be an offer from Heron Plume, LLC to purchase the Property. Please consider this notice of Gabriel's ownership claim in the Property and ensure that you disclose this to all potential buyers. (Civ. Code § 1102, et seq. and 2079, et seq.; *Assilzadeh v. California Federal Bank* (2000) 82 Cal.App.4th 399, 413 [seller's broker duty to disclose facts about the property].) Please also be advised that MGM is in the process of initiating litigation to quiet title to the Property, which you should also disclose to any potential buyer.

Please feel free to contact me regarding the foregoing. In the meantime, we hereby request that you preserve, and immediately provide to us, any and all documents in your possession related to the Property, Gabriel, MGM, Dozier, Arda Hagopian, L. Conn, and the 7/1/19 DOT. Please also preserve and provide all communications with the addressees of the letters and everyone referenced herein. Needless to say, please also refrain from the destruction or spoliation of any evidence.

June 9, 2023
Page 3 of 3

Nothing contained herein shall constitute a waiver of Gabriel's or MGM's remedies and rights at law or in equity, all of which are hereby reserved.

Sincerely,


STEPHANIE C. GOLDSTEIN
ZDS/SCG/kw

cc: Coldwell Banker Residential Brokerage Company, via First Class Mail at 300 Commerce, Suite 250, Irvine, CA 90602; Compass California, Inc., via First Class Mail at 9454 Wilshire Boulevard, #100, Beverly Hills, California 90212; Brian Dozier, via email at brian@briandozier.com; Arda Hagopian, via email at ardaha@gmail.com