**Exhibit C**

10976517v.2



# SCHORR LAW
A PROFESSIONAL CORPORATION

1901 Avenue of the Stars, Suite 615
Los Angeles, California 90067
P: (310) 954-1877 | F: (310) 402-5972
www.schorr-law.com

July 24, 2023
*Via First Class Mail and Email Delivery*

Eric S. Pezold
Snell & Wilmer
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626
Email: Epezold@swlaw.com

Neda Azizisefat
Heron Plume LLC
c/o Spiegel & Utrera, P.C., ASOP
8939 S. Sepulveda Boulevard
Los Angeles, California
Email: neda.azizisefat@gmail.com

Philip Boroda
Coldwell Banker Residential Brokerage Company
15490 Ventura Boulevard, Suite 100
Sherman Oaks, California 91403
Email: pboroda1@earthlink.net

Austin Brunkhorst
Compass California, Inc.
c/o Kathy Mehringer
5016 Parkway Calabasas, Suite 100
Calabasas, California 91302
Email: kathy@compass.com

**RE:   1035 5th Street, Santa Monica, California 90403**
       **Notice of Ownership Claim and Forthcoming Quiet Title Action**

Dear All:

As you know, George Gabriel ("Gabriel") and MGM Gabriel & Associates, Inc. ("MGM") recently retained Schorr Law, APC to represent them in connection with issues related to the real property located at 1035 5th Street, Santa Monica, California 90403 (the "Property"). Accordingly, please direct all correspondence regarding the same to our firm.

July 24, 2023
Page 2 of 2

Please be advised that we are still reviewing a voluminous amount of evidence that confirms Brian Dozier ("Dozer") and his associates, including, but not limited to, his bookkeeper, Arda Hagopian, and potentially L. Conn, a notary Dozier often uses, have conspired to defraud Gabriel and his family of their properties. There are numerous communications between Dozier and Gabriel wherein Dozier acknowledges Gabriel's ownership in the Property. Moreover, it has now become clear that Dozier has fraudulently stolen Gabriel's identity and used it to file lawsuits, take out loans, and other criminal behavior without Gabriel's knowledge or consent.

Accordingly, we do not agree to withdraw our claim of ownership in the Property. In fact, we intend to file a complaint next week. In addition, we reiterate our request that you preserve, and immediately provide to us, any and all documents in your possession related to the Property, Gabriel, MGM, Dozier, Arda Hagopian, L. Conn, and the 7/1/19 DOT. Please also preserve and provide all communications with the addressees of the letters and everyone referenced herein. Needless to say, please also refrain from the destruction or spoliation of any evidence.

Nothing contained herein shall constitute a waiver of Gabriel's or MGM's remedies and rights at law or in equity, all of which are hereby reserved.

Sincerely,

*/s/ Stephanie Goldstein*

STEPHANIE C. GOLDSTEIN
ZDS/SCG/kw
cc: Coldwell Banker Residential Brokerage Company, via First Class Mail at 300 Commerce, Suite 250, Irvine, CA 90602; Brian Dozier, via email at brian@briandozier.com; Arda Hagopian, via email at ardaha@gmail.com