## CERTIFICATE OF SERVICE

I, Aaron H. Stulman do hereby certify that on August 21, 2023, I caused a copy of the foregoing **Limited Objection and Reservation of Rights to Debtors' Bid Procedures and Sale Motion** to be served on the parties listed on the attached service list in the manner indicated.

*/s/ Aaron H. Stulman*
Aaron H. Stulman (No. 5807)

## SERVICE LIST – *VIA* EMAIL

| **Counsel to the Debtors** | **Counsel to the Debtors** |
|---|---|
| P. Bradley O'Neill, Esquire<br>Caroline Gange, Esquire<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Email: boneill@kramerlevin.com<br>           cgange@kramerlevin.com | Joseph Barry, Esquire<br>Ryan M. Bartley, Esquire<br>Elizabeth S. Justison, Esquire<br>S. Alexander Faris, Esquire<br>Shella Borovinskaya, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Email: jbarry@ycst.com<br>           rbartley@ycst.com<br>           ejustison@ycst.com<br>           afaris@ycst.com<br>           sborovinskaya@ycst.com |