August 11, 2023



Jeffrey Stilwell
1412 Hawks Canyon Cir
Austin, TX  78732

Chief Judge Laurie Seiber Silverstein
US Bankruptcy Court
824 North Market St, 6th Floor
Wilmington, DE 19801

Re: Case 23-10815-LSS Request for Protection of Secured Loan Investments and all Cash held at Peer Street in individual account number ▊▊▊▊▊▊

Honorable Chief Judge Laurie Seiber Silverstein,

I am writing to request your assistance in protecting my secured loan investments and available cash in the above referenced bankruptcy proceeding.

I am requesting that you consider the following points for the protection of my investments and available cash:

1. Preservation of Secured Loan Investments: As a secured creditor, I request that the Court ensures the proper handling and preservation of the u111derlyIng collateral associated with my loan investments. Any potential sale or disposition of these assets must be conducted fairly and transparently to maximize recovery and protect interests of secured creditors.
2. Transparency and Communication: I ask that the Court provides regular updates and communications pertinent information related to the bankruptcy proceedings.
3. Fair Treatment of all Secured Creditors: Secured Loans were made with the expectation that in the event of default or bankruptcy, secured creditors (investors) would be protected and a third- party "special member" would step in to manage pending loan investments and ensure that investors continue to receive interest and principal payments. I urge the Court consider this when determining the protection and distribution of investor funds.
4. Safeguarding of Available Cash: I ask the Court to ensure that any cash balances be protected, preserved, and allow for its return and proper distribution following the applicable laws and regulations.

I appreciate your attention to this matter, and as an investor, I place my trust in the bankruptcy court to safeguard my investments and funds and provide fair treatment.

Thank you for your time!

*Jeffrey Stilwell* (signature)

Jeffrey Stilwell
408-412-3955
elgjeff@gmail.com

Attachments: PeerStreet Statements ending 7/31/23



Jeff Stilwell
1412 Hawks Canyon Cir
Austin TX 78732

Statement Date: June 01, 2023 - June 30, 2023
Account Type: Individual
Account Number: [redacted]

## Monthly Overview

**Total Account Value**
$10,085.38

**Earnings This Statement**
$13.96

### Account Summary

|  | 06/01/23 | Net change | 06/30/23 |
|---|---|---|---|
| Investable Cash | $2,071.42 | $13.96 | $2,085.38 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $8,000.00 | $0.00 | $8,000.00 |
| Account Total | $10,071.42 | $13.96 | $10,085.38 |

### Earning Summary

|  | This Period | Year to Date |
|---|---|---|
| Interest [2] | $13.96 | $459.69 |
| Fees [3] | $0.00 | $0.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Total | $13.96 | $459.69 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

### Loan Positions

**Active Investments**

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| Crowley Lake, CA Acquisition | 6.625% | 07/16/21 | 08/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Lauderhill, FL Acquisition | 7.750% | 11/08/22 | 10/01/23 | $1,000.00 | $1,000.00 | $6.46 | $0.00 |
| Akron, OH Acquisition #4 | 8.250% | 11/15/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Summerville, SC Cash-Out Refinance #8 | 8.500% | 11/17/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Monsey, NY Acquisition #7 | 11.000% | 12/01/22 | 12/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Wimberley, TX Acquisition | 9.000% | 12/08/22 | 11/01/23 | $1,000.00 | $1,000.00 | $7.50 | $0.00 |
| Azle, TX Acquisition | 9.250% | 01/06/23 | 01/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Total |  |  |  | $8,000.00 | $8,000.00 | $13.96 | $0.00 |

**Pending Investments**
None

**Past Investments**
None

### Transaction History

| Date | Transaction | Amount | Account Total |
|---|---|---|---|
| 06/01/23 | Beginning Balance | — | $10,071.42 |
| 06/20/23 | Interest from Lauderhill, FL Acquisition | $6.46 | $10,077.88 |
| 06/20/23 | Interest from Wimberley, TX Acquisition | $7.50 | $10,085.38 |
| 06/27/23 | Default Interest from Monsey, NY Acquisition #7 | $4.15 | $10,089.53 |
| 06/27/23 | Default Interest from Monsey, NY Acquisition #7 | -$4.15 | $10,085.38 |
| 06/30/23 | Ending Balance | — | $10,085.38 |



AUSTIN TX 786
RIO GRANDE DISTRICT
16 AUG 2023 PM 3 L

Ms. Susann Stilwell
1412 Hawks Canyon Cir.
Austin, TX 78732-2413

The Nature Conservancy

Chief Judge Laurie Selbr Silverstein
US Bankruptcy Court
824 North Market St  6 7th floor
Wilmington, DE  19801