Jeffrey G. Straus
30323 Middle Creek Circle
Spanish Fort, AL 36527

August 16, 2023

Chief Judge Laurie Selber Silverstein
United States Bankruptcy Court
District of Delaware
824 Market St. N., 6th Floor
Wilmington, DE 19801



Re: Case 23-10815-LSS
Request for protection of secured loan investments and cash in Peer Street, Inc., et al bankruptcy proceedings
(Peer Street Individual Account ▮▮▮▮▮▮)

Dear Judge Silverstein,

I respectfully request your assistance in protecting my secured loan investments and cash in the bankruptcy proceedings for Peer Street, Inc., and its affiliated companies.

As investors on peerstreet.com, we were assured that our investments were secured by the underlying properties.
Loan investors on peerstreet.com are secured creditors.

The investment documents state that if Peer Street goes out of business, a special agent would provide ongoing management of the active loans.

The website indicates that there is "A property behind every investment. Investment opportunities are secured by a property."
The website states investors are in "First-lien position." "Senior secured offerings mean you are first in line to be repaid."
These website statements are summarized by Peer Street as follows:
"Investor safety is one of Peerstreet's core tenets. From investment to payoff, our marketplace helps protect your capital when you invest in any of our real estate opportunities." And, details on loan investments indicate there are loan guarantors, and the guarantors' credit scores are provided.

As a secured creditor, I request the court ensure proper handling and preservation of the underlying collateral associated with my loan investments. Any potential sale or disposition of these assets should be conducted transparently, to maximize recovery and protect the interest of secured creditors, not using investor funds to satisfy the companies' debts.

We trust the court will prioritize the fair treatment of secured creditors in the distribution of assets. Secured loans were made on the peerstreet.com platform with assurance that in the event of default or bankruptcy, we secured creditors would have a higher claim on the available assets. We urge the court to consider this principle in any distribution plan approved for Peer Street's bankruptcy.

In addition, all cash accruing from principal, interest, and penalties being paid on active loans needs to be protected and preserved, allowing for its distribution to the rightful investor owner of said cash.

Thank you very much.

*[signature]*

Jeffrey G. Straus

```
JEFFREY G. STRAUS M.D.
(850) 830-9888                    1 LBS        1 OF 1
THE UPS STORE #6076               SHP WT: 1 LBS
STE G                             DATE: 17 AUG 2023
30941 MILL LN.
DAPHNE  AL 36527

SHIP  CHIEF JUDGE SELBER SILVERSTEIN
TO:   6TH FLOOR
      824 MARKET STREET NORTH
      UNITED STATES BANKRUPTCY COURT

      WILMINGTON  DE 19801
```

DE 197 9-25

UPS GROUND
TRACKING #: 1Z A34 466 03 4163 4782

BILLING: P/P

ISH 13.00F ZZP 450 29.5V 07/2023