

FILED

2023 AUG 22  AM 10: 01

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Pamela Marshall
16 Sunswept Drive
New Fairfield, CT 06812
8/15/2023

The Honorable Laurie Seiber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 3rd Floor
Wilmington, DE 19801

**Re: PeerStreet Inc., et al. – Case No +23-10815 (LSS)**
**Request for Protection of Secured Loan Investments**

Dear Judge Silverstein:

I am writing to request your assistance in protecting and segregating my secured loan investments in the above bankruptcy case. Enclosed for your retention is a copy of my account statements and active investments.

As other secured creditors similarly situated, I respectfully request that the Court ensures the proper handling and preservation of the underlying collateral associated with my investment. Any potential sale or disposition of the secured loan assets must be conducted fairly and transparently to maximize recovery and to protect secured creditors' interests.

I trust that the Court will prioritize the fair treatment of secured creditors in the distribution of assets. Secured loans were made with the expectation that in the event of default or bankruptcy, secured creditors would have a senior claim on available assets. I urge the Court to consider this principle in any distribution plan approved for the above-captioned bankruptcy.

Thank you for your consideration and prompt attention to this matter.

Sincerely,

*Pamela Marshall*

Pamela Marshall

Attachment: PeerStreet Statements



STRATA Trust Company,
Custodian FBO Pamela Marshall
7453301928
201629363

Account Number
SD IRA Account Number 
Tax ID Number
Account Type  Ira

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| $44,144.53 | $0.00 |

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $2,113.03 | $0.00 | $2,113.03 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $42,031.50 | $0.00 | $42,031.50 |
| Invested Pocket Principal | $0.00 | $0.00 | $0.00 |
| Account Total | $44,144.53 | $0.00 | $44,144.53 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $1,823.13 |
| Fees [3] | $0.00 | $18.03 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | -$475.70 |
| Other | $0.00 | $68.01 |
| Pocket Interest | $0.00 | $0.00 |
| Total | $0.00 | $1,433.47 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| CT and SC Commercial Refinance | 8.000% | 05/19/16 | 07/01/18 | $1,000.00 | $0.50 | $0.00 | $0.00 |
| Hermosa Beach, CA Refinance #3 | 7.250% | 01/04/18 | 01/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Los Gatos, CA Acquisition #3 (Series 1) | 8.000% | 07/05/18 | 07/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Freehold, NJ Cash-Out Refinance #2 | 7.250% | 10/24/18 | 11/01/20 | $1,000.00 | $278.99 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #84 (Series 2) | 7.250% | 04/19/19 | 01/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Oakland, CA Refinance #49 | 7.250% | 04/23/19 | 05/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Morristown, NJ Cash-Out Refinance #2 | 7.500% | 06/26/19 | 07/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Santa Monica, CA Refinance #2 (Series 1) | 7.500% | 07/19/19 | 01/01/22 | $120.00 | $120.00 | $0.00 | $0.00 |
| Jacksonville, FL Refinance #14 | 8.250% | 09/20/19 | 12/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Greenwich, CT Refinance #6 | 8.000% | 01/07/20 | 01/01/21 | $121.00 | $121.00 | $0.00 | $0.00 |
| Pleasantville, NJ Refinance #3 | 7.250% | 02/20/20 | 03/01/21 | $173.00 | $173.00 | $0.00 | $0.00 |
| Reseda, CA Cash-Out Refinance #6 | 7.000% | 02/26/21 | 03/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Fresno, CA Refinance #28 | 7.250% | 07/29/21 | 08/01/23 | $112.00 | $112.00 | $0.00 | $0.00 |
| Nutley, NJ Cash-Out Refinance #3 | 6.875% | 08/24/21 | 08/01/22 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Paia, HI Acquisition (Series 2) | 6.750% | 12/13/21 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Greenwood, SC Acquisition #2 (Series 1) | 7.000% | 12/31/21 | 12/01/23 | $1,000.00 | $999.67 | $0.00 | $0.00 |
| Bermuda Dunes, CA Acquisition | 7.125% | 01/26/22 | 02/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Pinon Hills, CA Acquisition #3 | 6.750% | 02/18/22 | 02/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| New City, NY Acquisition | 6.750% | 03/18/22 | 04/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Exton, PA Acquisition #2 (Series 1) | 6.750% | 04/06/22 | 04/01/23 | $151.00 | $151.00 | $0.00 | $0.00 |
| Centereach, NY Cash-Out Refinance | 7.625% | 04/20/22 | 11/01/23 | $105.00 | $105.00 | $0.00 | $0.00 |
| Hawthorne, NJ Cash-Out Refinance #2 | 7.625% | 05/18/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Murrieta, CA Acquisition #6 | 7.500% | 06/08/22 | 05/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| San Jose, CA Acquisition #137 (Series 1) | 8.000% | 06/16/22 | 12/01/23 | $650.00 | $650.00 | $0.00 | $0.00 |
| Deerfield Beach, FL Acquisition #6 (Series 1) | 8.375% | 06/22/22 | 07/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Glen Burnie, MD Acquisition #3 | 9.500% | 07/14/22 | 08/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Valdosta, GA Acquisition | 7.750% | 08/04/22 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Indianapolis, IN Acquisition #26 | 9.250% | 08/05/22 | 06/03/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Chicago, IL Acquisition #203 | 8.750% | 08/12/22 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Kissimmee, FL Acquisition #44 | 8.500% | 08/15/22 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Indianapolis, IN Acquisition #28 | 9.250% | 08/15/22 | 06/03/23 | $816.00 | $816.00 | $0.00 | $0.00 |
| Indianapolis, IN Acquisition #25 | 9.250% | 08/15/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | -$0.00 |
| Kissimmee, FL Acquisition #43 | 8.500% | 08/15/22 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Westbury, NY Acquisition #9 | 8.000% | 08/26/22 | 09/01/23 | $136.00 | $136.00 | $0.00 | $0.00 |
| Alpharetta, GA Acquisition #13 (Series 2) | 8.250% | 09/02/22 | 01/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Lemon Grove, CA Acquisition #3 | 8.250% | 09/02/22 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #218 | 8.500% | 09/13/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brandon, FL Cash-Out Refinance #7 | 8.000% | 09/15/22 | 01/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Fullerton, CA Acquisition #13 | 7.500% | 10/04/22 | 10/01/23 | $250.00 | $250.00 | $0.00 | $0.00 |
| Miami, FL Acquisition #315 | 8.000% | 10/13/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Everett, WA Cash-Out Refinance | 7.750% | 11/08/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Scranton, PA Acquisition #56 | 10.000% | 12/07/22 | 01/01/24 | $332.00 | $332.00 | $0.00 | $0.00 |
| Wimberley, TX Acquisition | 9.000% | 12/08/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tamarac, FL Acquisition #4 | 9.000% | 12/13/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Philadelphia, PA Acquisition #88 | 8.000% | 12/14/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Somers Point, NJ Acquisition | 8.000% | 12/14/22 | 11/01/23 | $109.00 | $109.00 | $0.00 | $0.00 |
| Valrico, FL Acquisition #3 | 8.250% | 12/15/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| West Islip, NY Acquisition #2 | 10.750% | 12/20/22 | 01/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Chesapeake, VA Acquisition #7 | 9.750% | 12/23/22 | 01/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Clearwater, FL Acquisition #8 | 9.000% | 12/27/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Springfield, MA Acquisition (Series 2) | 8.000% | 01/18/23 | 06/01/23 | $576.00 | $576.00 | $0.00 | $0.00 |
| Cutler Bay, FL Acquisition #9 (Series 2) | 10.750% | 01/18/23 | 12/01/23 | $135.00 | $135.00 | $0.00 | $0.00 |
| Wichita, KS Acquisition #5 | 9.250% | 02/02/23 | 02/01/24 | $108.00 | $108.00 | $0.00 | $0.00 |
| Seattle, WA Refinance #38 | 9.990% | 02/06/23 | 01/01/24 | $867.00 | $858.34 | $0.00 | $0.00 |
| Pomona, CA Acquisition #17 (Series 2) | 7.750% | 02/27/23 | 06/08/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Total | | | | $43,761.00 | $42,031.50 | $0.00 | $0.00 |

**Pending Investments**

None

**Past Investments**

None

**Transaction History**

No transactions

Brian and Pam Marshall
16 Sunswept Drive
New Fairfield, CT 06812

WESTCHESTER NY 105
18 AUG 2023 PM 1 L

The Honorable Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 3rd Floor
Wilmington, DE 19801

19801-302499


