Re: Case 23-10815-LSS  August 15, 2023

Chief Judge Laurie Seiber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 6th floor
Wilmington, DE 19801

Re: Request for Protection of Loan Investments and Cash in Peer Street Bankruptcy Proceedings

Honorable Chief Judge Laurie Seiber Silverstein,

We invested on Peer Street's platform and filed Claim No. 48 in the above-referenced matter.[1] The amount that we invested with Peer Street is meaningful. We had planned to use these funds to pay for our children's college tuition. We invested these funds with Peer Street because we understood these investments to be bankruptcy remote and secured by the underlying collateral. We are concerned about the investments (including cash) and the preservation of our rights as a creditor. Consistent with the recent requests of other similarly-situated investors, we ask that you consider the following points:

1. Preservation of Loan Investments: I request that the court ensures the proper handling and preservation of the underlying collateral associated with loan investments. Any potential sale or disposition of these assets must be conducted fairly and transparently to maximize recovery and protect the interests of creditors.

2. Transparency and Communication: I respectfully ask the court to provide pertinent information related to the proceedings. This will allow affected investors to understand the status of their investments, any potential recovery, and the timeline for resolution.

3. Fair Treatment: I trust that the court will prioritize the fair treatment of creditors in the distribution of assets. These loans were made with the expectation that in the event of bankruptcy, creditors would have a higher claim on the available assets. I urge the court to consider this principle in any distribution plan approved for Peer Street's bankruptcy.

I understand that the bankruptcy process is complex, and decisions must be made based on thoroughly examining the facts and legal considerations. I place my trust in the integrity of the court to safeguard my investments and ensure fair treatment. Thank you for your consideration and I look forward to a resolution that protects the rights and interests of all investors involved.

Sincerely,

Greg Regan
1290 Howard Ave. #202
Burlingame, CA 94010
E-mail: regang@hemming.com

---

[1] I have further information regarding my claim such as Account Number, Account Balance, etc. At this time, I have not attached my account documentation for privacy considerations, but I have documentation readily available and submitted that documentation in connection with my claim. If such documentation is necessary to protect my investments, I am ready and able to provide it.