Aug 15, 2023

Michael Preisach

6218 Windfresh DR

Las Vegas NV

702-357-4357



Chief Judge Laurie Seiber Silverstein

U.S Bankruptcy Court

824 North Market Street, 6th Floor

Wilmington, DE 19801

**Subject: Request for Protection of Secured Loan Investments and Gash in PeerStreet Bankruptcy Proceedings (PeerStreet- Michael Preisach, Account Individual Account** ███)

Honorable Chief Judge Laurie Seiber Silverstein,

I am writing to inform you of the recent bankruptcy of PeerStreet, Inc. and its affiliated companies and to request your assistance in protecting my secured loan in this bankruptcy proceeding. In case the major elements of this letter look familiar, I'd like you to be aware that I modified a letter submitted by a separate investor.

As an investor with PeerStreet over multiple years, I have invested hard-earned funds in various real estate-backed loans through the Peer Street platform. These investments were made with the understanding that they were secured by underlying collateral, with the added protection of investing in a property with less than a 75 % loan-to-value. Historic market fluctuations reported by PeerStreet dearly showed little risk to my principal from market downturns. I now ask that my rights as a secured creditor be honored.

I request you to consider the following points for the protection of my investments:

1. Preservation of Secured Loan Investments: As a secured creditor, I request that the court ensures the proper handling and preservation of the underlying collateral associated with my loan investments. Any potential sale or disposition of these assets must be conducted fairly and transparently to maximize recovery and protect the interests of secured creditors.

2. Transparency and Communication: I respectfully ask that the court provides regular updates and communicates pertinent information related to the bankruptcy proceedings. Transparency is essential in allowing affected investors to understand the status of their investments, any potential recovery, and the timeline for resolution.

3. Fair Treatment of Secured Creditors: I trust that the court will prioritize the fair treatment of secured creditors in the distribution of assets. Secured loans were made with the expectation that in the event of default or bankruptcy, secured creditors would have a higher claim on the available assets. I urge the court to consider this principle in any distribution plan approved for PeerStreet's bankruptcy.

**Active Investments (26)**

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Lubbock, TX Acquisition | $1,500.00 | $1,500.00 | 9.50% | +$36.01 | January 31, 2023 | February 1, 2024 | CURRENT | | |
| Clearwater, FL Acquisition #8 | $2,977.00 | $2,977.00 | 10.00% 9.00% | +$102.55 | December 27, 2022 | November 1, 2023 | CURRENT | | |
| New York, NY Cash-Out Refinance #25 | $1,500.00 | $1,500.00 | 8.25% | +$62.20 | October 31, 2022 | November 1, 2023 | CURRENT | 4 | 3 months ago |
| Naples, FL Cash-Out Refinance #15 | $1,500.00 | $1,500.00 | 7.50% | +$84.42 | September 1, 2022 | September 1, 2023 | CURRENT | | |
| Tampa, FL Acquisition #10 | $1,060.00 | $1,060.00 | 9.00% | +$82.68 | July 20, 2022 | August 1, 2023 | CURRENT | | |
| San Diego, CA Cash-Out Refinance #29 (Series 1) | $1,500.00 | $1,500.00 | 6.50% | +$86.93 | June 10, 2022 | June 1, 2023 Past Maturity | CURRENT | 3 | 27 days ago |
| Sebring, FL Acquisition #5 | $1,500.00 | $1,500.00 | 7.50% | +$106.93 | May 20, 2022 | June 1, 2023 Past Maturity | CURRENT | 3 | 27 days ago |
| Oakland, CA Acquisition #16 | $1,500.00 | $1,500.00 | 6.88% | +$93.63 | May 19, 2022 | May 1, 2023 Past Maturity | CURRENT | 2 | about 1 month ago |
| New City, NY Acquisition | $1,500.00 | $1,500.00 | 6.75% | +$54.58 | March 18, 2022 | April 1, 2023 Past Maturity | DEFAULT | 5 | 27 days ago |
| Chicago, IL Cash-Out Refinance #194 | $1,000.00 | $1,000.00 | 6.25% | +$79.19 | January 25, 2022 | January 1, 2024 | CURRENT | 3 | 6 months ago |
| Orient, NY Refinance | $1,000.00 | $1,000.00 | 6.63% | +$93.66 | December 2, 2021 | December 1, 2023 | CURRENT | 4 | 2 months ago |
| Tampa, FL Acquisition #2 | $1,000.00 | $1,000.00 | 7.00% | +$83.74 | August 3, 2021 | August 1, 2023 Past Maturity | | 15 | 3 months ago |
| Park Park, IL Refinance | $2,000.00 | $2,000.00 | 6.38% | +$21.39 | March 6, 2020 | April 1, 2023 Past Maturity | | 19 | Complaint Filed 27 days ago |