Gianfranco Tiberia
3863 Piccadilly Dr
Rochester Hills, Mi 48309



August 16, 2023

Chief Judge Laurie Seiber Silberstein
U.S. Bancruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE 19801

Re: Case 23-10815-LSS Request for protection of Secured Loan Investments and Cash in Peer Street Bancruptcy Proceedings( MY Peer Street Account

Dear Honorable Chief Judge Laurie Seiber Silberstein,

I am writing to request your assistance in protecting and segregating my secured loans in the bancruptcy proceedings for Peer Street, Inc. and its affiliated companies.

I have invested funds in the Peer Street platform in various real-estate backed loans. I understood that they were secured by underlying First Trust Deeds as collateral.

I request that you consider the following points already mentioned by other investors for protection of our loan investments and cash:

1. Preservation of Secured Loan Investments: As a secured creditor, I request that the court ensures the proper handling and preservation of the underlying collateral associated with my investments. Any potential sale or disposition of these assets must be conducted fairly and t ransparently to maximize the recovery and protect the interest of the loan investors BEFORE using any funds to satisfy the debts of the company.

2. Transparency and Communication: I respectfully request that the court provide regular updates and communicate pertinent information related to the bancruptcy proceedings.

3. Fair Treatment of Secured Creditors: I request that the court prioritize the fair treatment of secured creditors in the distribution of assets. Secured loans were made on the Peer Street platform with the expectation that in the event of default or bancruptcy, secured creditors would have a higher claim on available assets.

4. Safeguarding of Available Cash: My secured investments account with Peer Street are $3,455.65.

These funds were set up to assist my daughter in her first year of college, which will begin in 2025. It pains me to have to explain why she will fall short of her needs during this pivotal and exciting time in her life, especially since it was my understanding that these funds were secured first trust deeds.

Thank you for your attention in this matter,

Respectfully

Gianfranco Tiberia
Attachment: Peer Street Account Statement


PeerStreet

Gianfranco Tiberia
3863 Piccadilly Dr
Rochester Hills MI 48309

Statement Date: July 01, 2023 - July 31, 2023
Account Type:
Account Number:

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| **$3,455.65** | **$0.00** |

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $0.65 | $0.00 | $0.65 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $3,455.00 | $0.00 | $3,455.00 |
| **Account Total** | **$3,455.65** | **$0.00** | **$3,455.65** |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $0.00 |
| Fees [3] | $0.00 | $0.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Outstanding | Payments This Period Earnings | Principal |
|---|---|---|---|---|---|---|---|
| Los Gatos, CA Acquisition #3 (Series 1) | 8.000% | 07/05/18 | 07/01/20 | $2,062.00 | $2,062.00 | $0.00 | $0.00 |
| New York, NY Cash-Out Refinance #21 | 8.750% | 09/04/19 | 07/09/20 | $1,393.00 | $1,393.00 | $0.00 | $0.00 |
| **Total** | | | | **$3,455.00** | **$3,455.00** | **$0.00** | **$0.00** |

### Pending Investments
None

### Past Investments
None

## Transaction History

No Transactions

METROPLEX MI 480
17 AUG 2023 PM 2 L

Chief Judge Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE 19801

U.S.SIMS
X-RAY

15801-302499

