Alex Chernovets
4725 Bedford Ave
Brooklyn, NY 11235
(718)974-0741

August 17, 2023

Chief Judge Laurie Selber Silverstein
United States Bankruptcy Court
District of Delaware
824 Market Street North, 6th floor
Wilmington, DE 19801

RE: PeerStreet Bankruptcy Case no. 23-10815-LSS

Dear Honorable Chief Judge Silverstein!

Since 2017 I am an investor in almost two hundred different loans totaling $118,511 through PeerStreet Funding, LLC.
I previously submitted Proofs of Claim for both – my Individual and my IRA accounts through the Stretto website. Claim numbers are 812 and 813.
As it states on PeerStreet's website, PeerStreet Funding, LLC was purported to be a bankruptcy-remote entity that is separate from the other PeerStreet entities. As further indicated, if PeerStreet no longer remains in business, a third-party "special member" will step in to manage pending loan investments and ensure that investors continue to receive interest and principal payments.
I object to these investments being comingled with other PeerStrect holdings and sold off in a bankruptcy proceeding to pay off other PeerStreet creditors which we were told by PeerStreet were unrelated to the PeerStreet Funding, LLC entity and weren't involved in a retail loan notes business.
I want to emphasize here that I did not invest in the operations of PeerStreet or any of its related legal entities, and I did not lend the entities or their management any money.
PeerStreet seems to be harping on the fact that these are mortgage payment dependent notes and we are unsecured creditors. I contend that even if this is the case, which is questionable, they have no right to lump these assets in with the corporate assets of PeerStreet, Inc. and other PeerStreet entities. I object to PeerStreet Funding, LLC even being in bankruptcy and maintain that per the above, PeerStreet has a duty to its investors to manage these investments differently than what they are doing in their bankruptcy.
Us retail investors, the everyday folks, were falsely misled by PeerStreet that money we were loaning were all backed by the first mortgage position on a specific real estate projects and we would be totally entitled to all proceeds in case if the deal goes sour. Therefore those retail individual loans proceeds should be treated differently and should not be thrown into the mixture of other PeerStreets bankruptcy proceedings.

Thank you for your consideration in this matter.

*[signature]*

Sincerely,

Alex Chernovets

| | |
|---|---|
| Debtor | Peer Street, Inc. |
| United States Bankruptcy Court for the District of | District of Delaware |
| Case number | 23-10815 |

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Alex Chernovets

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Alex Chernovets
4725 Bedford Ave
Brooklyn, NY 11235
USA
P: (718)974-0741
E: sashunia64@yahoo.com

Where should payments to the creditor be sent? (if different)

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____
MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing?

| | | |
|---|---|---|
| 6. | Do you have any number you use to identify the debtor? | ☐ No  ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 6610 |

| | | |
|---|---|---|
| 7. | How much is a claim? | 99,906.04   Does this amount include interest or other charges?  ☑ No  ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | | |
|---|---|---|
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.  Investment in loans |

| | | |
|---|---|---|
| 9. | Is all or part of the claim secured? | ☑ No  ☐ Yes. The claim is secured by a lien on property  **Nature of property**  ☐ Real estate.   If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.  ☐ Motor vehicle.  ☐ Other. Describe: _____  **Basis for perfection:** _____  Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)  **Value of property:** _____  **Amount of the claim that is secured:** _____  **Amount of the claim that is unsecured:** _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)  **Amount necessary to cure any default as of the date of the petition:** _____  **Annual Interest Rate (when case was filed)** _____ %  ☐ Fixed  ☐ Variable |

| | | |
|---|---|---|
| 10. | Is this claim based on a lease? | ☑ No  ☐ Yes. Amount necessary to cure any default as of the date of the petition.  $ _____ |

| | | |
|---|---|---|
| 11. | Is this claim subject to a right of setoff? | ☑ No  ☐ Yes. Identify the property: _____ |

| entitled to priority under 11 U.S.C. § 507(a)? | ☐ Yes. Check one: | | Amount entitled to priority |
|---|---|---|---|
| A Claim may be partly priority and partly nonpriority. For example, law limits the amount entitled to priority. | ☐ | Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | _____ |
| | ☐ | Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | _____ |
| | ☐ | Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4) | _____ |
| | ☐ | Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | _____ |
| | ☐ | Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | _____ |
| | ☐ | Other. Specify subsection of 11 U.S.C. § 507(a)( ) that applies. | _____ |

*Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date & time   07/27/2023 at 07:09 pm PT
                          MM / DD / YYYY  HH : MM

/s/Alex Chernovets
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Alex | | Chernovets |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer

Address    4725 Bedford Ave
           Number   Street
           Brooklyn   NY   11235
           City       State  ZIP Code

Contact phone   7189740741

Email   sashunia64@yahoo.com

**PeerStreet**

4725 Bedford Ave
Brooklyn, NY 11235

Account Number

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| $99,906.04 | $506.24 |

### Account Summary

|  | 06/01/23 | Net change | 06/30/23 |
|---|---|---|---|
| Investable Cash | $1,225.42 | -$1,225.42 | $0.00 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $109,189.79 | -$9,283.75 | $99,906.04 |
| **Account Total** | **$110,415.21** | **-$10,509.17** | **$99,906.04** |

### Earning Summary

|  | This Period | Year to Date |
|---|---|---|
| Interest [2] | $460.32 | $5,708.77 |
| Fees [3] | $0.00 | $49.47 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $45.92 | $45.92 |
| **Total** | **$506.24** | **$5,804.16** |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

### Loan Positions

**Active Investments**

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| Shamokin, PA Acquisition | 9.000% | 07/10/19 | 07/01/20 | $351.00 | $351.00 | $0.00 | $0.00 |
| Tallahassee, FL Refinance #3 | 9.000% | 09/17/19 | 12/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Niagara Falls, NY Acquisition #2 | 8.000% | 11/08/19 | 05/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Greenwich, CT Refinance #6 | 8.000% | 01/07/20 | 01/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| New York, NY Cash-Out Refinance #22 | 8.000% | 01/08/20 | 01/01/22 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Chicago, IL Acquisition #171 | 8.000% | 03/09/20 | 03/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Reseda, CA Cash-Out Refinance #6 | 7.000% | 02/26/21 | 03/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #207 | 7.500% | 07/22/21 | 08/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Baltimore, MD Acquisition #75 | 8.875% | 08/13/21 | 08/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Oakland, CA Acquisition #83 | 7.375% | 09/13/21 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Plainville, CT Acquisition #2 | 8.250% | 09/17/21 | 10/01/23 | $1,000.00 | $1,000.00 | $6.88 | $0.00 |
| Monsey, NY Acquisition #5 (Series 1) | 8.250% | 09/28/21 | 04/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Los Angeles, CA Cash-Out Refinance #567 (Series 1) | 8.000% | 10/04/21 | 10/01/23 | $1,000.00 | $1,000.00 | $18.76 | $0.00 |
| Albertson, NY Acquisition | 9.250% | 11/08/21 | 11/01/23 | $1,000.00 | $1,000.00 | $7.70 | $0.00 |
| Los Angeles, CA Acquisition #570 (Series 1) | 8.500% | 11/10/21 | 11/01/23 | $1,000.00 | $1,000.00 | $7.13 | $0.00 |
| Los Angeles, CA Acquisition #569 (Series 2) | 7.500% | 11/24/21 | 09/09/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Richmond, CA Acquisition #7 (Series 2) | 7.500% | 12/02/21 | 11/01/23 | $1,000.00 | $1,000.00 | $6.25 | $0.00 |
| Philadelphia, PA Acquisition #73 (Series 1) | 7.000% | 12/08/21 | 12/01/22 | $1,000.00 | $887.54 | $0.00 | $112.46 |
| Scranton, PA Acquisition #17 (Series 1) | 7.125% | 12/30/21 | 12/01/22 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Greenwood, SC Acquisition #2 (Series 1) | 7.000% | 12/31/21 | 12/01/23 | $1,000.00 | $999.67 | $5.83 | $0.00 |
| Indio, CA Acquisition #3 | 7.125% | 01/03/22 | 01/01/24 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Punta Gorda, FL Acquisition #2 | 7.000% | 01/06/22 | 04/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Wilmington, DE Cash-Out Refinance #4 | 7.750% | 01/18/22 | 11/01/23 | $1,000.00 | $1,000.00 | $6.46 | $0.00 |
| Amarillo, TX Acquisition | 8.000% | 01/24/22 | 02/01/24 | $1,000.00 | $1,000.00 | $6.67 | $0.00 |
| Bermuda Dunes, CA Acquisition | 7.125% | 01/26/22 | 02/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Bakersfield, CA Acquisition #19 | 7.250% | 03/14/22 | 03/01/24 | $1,000.00 | $1,000.00 | $6.04 | $0.00 |
| Mamaroneck, NY Acquisition (Series 1) | 7.125% | 04/04/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Yonkers, NY Acquisition #18 (Series 1) | 7.125% | 04/12/22 | 04/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| East Providence, RI Cash-Out Refinance #2 | 7.250% | 04/21/22 | 05/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Cape Coral, FL Acquisition #5 | 8.625% | 05/12/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Hawthorne, NJ Cash-Out Refinance #2 | 7.625% | 05/18/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Sebring, FL Acquisition #5 | 7.500% | 05/20/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Kannapolis, NC Acquisition #6 | 7.875% | 05/25/22 | 06/01/24 | $1,000.00 | $1,000.00 | $6.56 | $0.00 |
| Springfield, MA Acquisition (Series 1) | 7.750% | 06/02/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Wilmington, DE Acquisition #7 | 8.000% | 06/06/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Gastonia, NC Acquisition #9 | 7.750% | 06/08/22 | 06/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Flushing, NY Cash-Out Refinance #3 | 10.000% | 06/15/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Fords, NJ Acquisition (Series 1) | 9.000% | 06/21/22 | 07/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Paterson, NJ Acquisition #27 (Series 1) | 8.000% | 06/23/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Wilkes-Barre, PA Acquisition (Series 1) | 8.750% | 06/29/22 | 07/01/23 | $1,000.00 | $1,000.00 | $7.29 | $0.00 |
| Glen Burnie, MD Acquisition #3 | 9.500% | 07/14/22 | 08/01/23 | $1,000.00 | $1,000.00 | $7.92 | $0.00 |
| Tampa, FL Acquisition #102 | 9.000% | 07/20/22 | 08/01/23 | $937.00 | $937.00 | $7.03 | $0.00 |
| Indianapolis, IN Acquisition #26 | 9.250% | 08/05/22 | 06/03/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Hueytown, AL Cash-Out Refinance | 9.250% | 08/11/22 | 09/01/23 | $1,000.00 | $1,000.00 | $7.71 | $0.00 |

| Loan | Yield | Start Date | Paid Off | Initial | Outstanding | Earnings | Principal |
|---|---|---|---|---|---|---|---|
| Indianapolis, IN Acquisition | | 08/15/22 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Kissimmee, FL Acquisition #43 | 8.500% | 08/15/22 | 09/01/23 | $1,000.00 | $1,000.00 | $7.08 | $0.00 |
| Indianapolis, IN Acquisition #28 | 9.250% | 08/15/22 | 06/03/23 | $233.00 | $233.00 | $0.00 | $0.00 |
| Bethpage, NY Acquisition | 8.500% | 08/19/22 | 09/01/23 | $1,000.00 | $1,000.00 | $18.32 | $0.00 |
| Westbury, NY Acquisition #9 | 8.000% | 08/26/22 | 09/01/23 | $1,114.00 | $1,114.00 | $18.52 | $0.00 |
| Los Angeles, CA Acquisition #626 | 8.000% | 08/30/22 | 08/01/23 | $1,000.00 | $1,000.00 | $6.67 | $0.00 |
| Woodbury, NY Acquisition (Series 1) | 8.250% | 09/02/22 | 04/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Lemon Grove, CA Acquisition #3 | 8.250% | 09/02/22 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Alpharetta, GA Acquisition #13 (Series 2) | 8.250% | 09/02/22 | 01/01/24 | $1,000.00 | $1,000.00 | $6.88 | $0.00 |
| Huntsville, AL Acquisition | 8.000% | 09/06/22 | 09/01/23 | $525.00 | $525.00 | $0.00 | $0.00 |
| Miami Gardens, FL Cash-Out Refinance #28 | 8.000% | 09/09/22 | 10/01/23 | $950.00 | $950.00 | $6.33 | $0.00 |
| North Miami Beach, FL Acquisition #10 (Series 1) | 8.250% | 09/12/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #218 | 8.500% | 09/13/22 | 06/01/23 | $1,000.00 | $1,000.00 | $7.08 | $0.00 |
| Brooklyn, NY Acquisition #216 | 8.250% | 09/13/22 | 06/01/23 | $1,000.00 | $1,000.00 | $6.87 | $0.00 |
| Los Angeles, CA Acquisition #617 (Series 2) | 9.375% | 09/14/22 | 07/01/23 | $1,000.00 | $1,000.00 | $15.72 | $0.00 |
| Brandon, FL Cash-Out Refinance #7 | 8.000% | 09/15/22 | 01/01/24 | $1,000.00 | $1,000.00 | $6.67 | $0.00 |
| Waterbury, CT Cash-Out Refinance #11 | 9.000% | 09/20/22 | 10/01/23 | $1,000.00 | $1,000.00 | $7.50 | $0.00 |
| Chicago, IL Acquisition #208 | 7.750% | 09/27/22 | 10/01/23 | $1,000.00 | $1,000.00 | $6.46 | $0.00 |
| Matteson, IL Acquisition #3 | 8.000% | 10/04/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Anderson, IN Acquisition #2 | 8.250% | 10/10/22 | 05/01/23 | $1,003.00 | $1,003.00 | $0.00 | $0.00 |
| Manhasset, NY Acquisition (Series 2) | 8.000% | 10/12/22 | 01/01/24 | $1,160.00 | $1,160.00 | $7.73 | $0.00 |
| Garfield, NJ Acquisition #8 (Series 2) | 7.500% | 10/12/22 | 05/01/24 | $1,000.00 | $1,000.00 | $6.25 | $0.00 |
| Miami, FL Acquisition #315 | 8.000% | 10/13/22 | 11/01/23 | $1,000.00 | $1,000.00 | $6.67 | $0.00 |
| Indianapolis, IN Cash-Out Refinance #35 | 8.500% | 10/14/22 | 11/01/23 | $1,000.00 | $801.83 | $0.00 | $0.00 |
| Nashville, TN Acquisition #5 | 8.750% | 10/19/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Edgewater, MD Acquisition #2 | 7.750% | 10/25/22 | 10/01/23 | $1,760.00 | $1,760.00 | $11.37 | $0.00 |
| Philadelphia, PA Cash-Out Refinance #84 (Series 1) | 7.750% | 10/25/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Bartlett, TN Acquisition | 8.000% | 10/27/22 | 11/01/23 | $1,300.00 | $1,300.00 | $8.67 | $0.00 |
| New York, NY Cash-Out Refinance #26 | 8.250% | 10/31/22 | 11/01/23 | $1,230.00 | $1,230.00 | $0.00 | $0.00 |
| Philadelphia, PA Acquisition #86 | 9.250% | 11/14/22 | 11/01/23 | $1,070.00 | $1,070.00 | $8.25 | $0.00 |
| Brooklyn, NY Acquisition #220 | 9.500% | 11/14/22 | 11/01/23 | $1,000.00 | $1,000.00 | $7.92 | $0.00 |
| Chicago, IL Acquisition #210 | 8.750% | 11/17/22 | 12/01/23 | $1,000.00 | $1,000.00 | $7.29 | $0.00 |
| Summerville, SC Cash-Out Refinance #8 | 8.500% | 11/17/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Cutler Bay, FL Acquisition #9 (Series 1) | 10.750% | 11/25/22 | 12/01/23 | $250.00 | $250.00 | $0.00 | $0.00 |
| Providence, RI Acquisition | 9.500% | 11/30/22 | 12/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Monsey, NY Acquisition #7 | 11.000% | 12/01/22 | 12/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Tampa, FL Acquisition #109 | 8.000% | 12/06/22 | 11/01/23 | $1,000.00 | $1,000.00 | $6.67 | $0.00 |
| Wimberley, TX Acquisition | 9.000% | 12/08/22 | 11/01/23 | $1,000.00 | $1,000.00 | $7.50 | $0.00 |
| Somers Point, NJ Acquisition | 8.000% | 12/14/22 | 11/01/23 | $1,000.00 | $1,000.00 | $6.67 | $0.00 |
| Cleveland Heights, OH Acquisition #5 | 9.250% | 12/15/22 | 11/01/23 | $1,000.00 | $1,000.00 | $7.71 | $0.00 |
| Valrico, FL Acquisition #3 | 8.250% | 12/15/22 | 11/01/23 | $1,000.00 | $1,000.00 | $6.88 | $0.00 |
| West Islip, NY Acquisition #2 | 10.750% | 12/20/22 | 01/01/24 | $1,100.00 | $1,100.00 | $0.00 | $0.00 |
| Chesapeake, VA Acquisition #7 | 9.750% | 12/23/22 | 01/01/24 | $1,188.00 | $1,188.00 | $9.65 | $0.00 |
| Clearwater, FL Acquisition #8 | 9.000% | 12/27/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Rotonda West, FL Acquisition | 9.500% | 01/03/23 | 01/01/24 | $1,000.00 | $1,000.00 | $17.53 | $0.00 |
| Youngstown, OH Acquisition #2 | 9.500% | 01/06/23 | 01/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Miami, FL Acquisition #318 | 11.000% | 01/12/23 | 12/01/23 | $1,393.00 | $1,393.00 | $0.00 | $0.00 |
| Tarzana, CA Acquisition #5 | 8.250% | 01/13/23 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Cutler Bay, FL Acquisition #9 (Series 2) | 10.750% | 01/18/23 | 12/01/23 | $750.00 | $750.00 | $0.00 | $0.00 |
| Lakeland, FL Acquisition #25 | 10.750% | 01/24/23 | 01/01/24 | $374.00 | $374.00 | $3.35 | $0.00 |
| New Egypt, NJ Acquisition #2 | 9.250% | 01/25/23 | 02/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Wichita, KS Cash-Out Refinance #4 | 10.750% | 01/26/23 | 02/01/24 | $1,154.00 | $1,154.00 | $20.68 | $0.00 |
| Wichita, KS Acquisition #5 | 9.250% | 02/02/23 | 02/01/24 | $1,000.00 | $1,000.00 | $7.71 | $0.00 |
| Seattle, WA Refinance #38 | 9.990% | 02/06/23 | 01/01/24 | $1,000.00 | $990.00 | $0.00 | $0.00 |
| Miami Gardens, FL Acquisition #27 (Series 2) | 9.000% | 03/10/23 | 07/01/23 | $1,200.00 | $1,200.00 | $0.00 | $0.00 |
| Windham, OH Acquisition (Series 2) | 9.000% | 03/10/23 | 07/01/23 | $1,002.00 | $1,002.00 | $6.26 | $0.00 |
| Total | | | | $100,227.00 | $99,906.04 | $388.39 | $112.46 |

**Pending Investments**

None

**Past Investments**

| Loan | Yield | Start Date | Paid Off | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| La Habra Heights, CA Acquisition #2 | 8.125% | 05/18/21 | 06/13/23 | $1,000.00 | $0.00 | $9.26 | $1,000.00 |
| Merchantville, NJ Acquisition #3 (Series 1) | 8.375% | 06/02/22 | 06/13/23 | $1,000.00 | $0.00 | $7.21 | $1,000.00 |
| Los Angeles, CA Refinance #609 (Series 1) | 7.750% | 06/02/22 | 06/20/23 | $1,000.00 | $0.00 | $8.27 | $1,000.00 |
| Charlotte, NC Acquisition #168 (Series 1) | 7.875% | 06/22/22 | 06/20/23 | $1,000.00 | $0.00 | $6.56 | $1,000.00 |
| Albany, GA Cash-Out Refinance #6 | 9.500% | 07/11/22 | 06/13/23 | $1,000.00 | $0.00 | $5.81 | $1,000.00 |
| Los Angeles, CA Acquisition #612 (Series 2) | 8.500% | 08/03/22 | 06/06/23 | $1,002.00 | $0.00 | $20.95 | $1,000.00 |

| Property | Rate | Date 1 | Date 2 | Amount | | Interest | Total |
|---|---|---|---|---|---|---|---|
| Los Osos, CA Acquisition (Series 2) | 8.000% | 04/19/22 | 06/06/23 | $1,000.00 | $0.00 | $8.73 | $999.29 |
| Miami, FL Acquisition #317 | 8.500% | 12/06/22 | 06/06/23 | $1,172.00 | $0.00 | $7.19 | $1,172.00 |
| **Total** | | | | **$9,172.00** | **$0.00** | **$117.85** | **$9,171.29** |

## Transaction History

| Date | Transaction | Amount | Account Total |
|---|---|---|---|
| 06/01/23 | Beginning Balance | — | $110,415.21 |
| 06/02/23 | Account Withdrawal | -$1,225.42 | $109,189.79 |
| 06/06/23 | Interest from Rancho Cucamonga, CA Acquisition #5 (Series 2) | $10.82 | $109,200.61 |
| 06/06/23 | Principal from Rancho Cucamonga, CA Acquisition #5 (Series 2) | $999.50 | $109,200.61 |
| 06/06/23 | Supplemental Payment from Rancho Cucamonga, CA Acquisition #5 (Series 2) | $30.36 | $109,230.97 |
| 06/06/23 | Interest from Los Osos, CA Acquisition (Series 2) | $6.13 | $109,237.10 |
| 06/06/23 | Default Interest from Los Osos, CA Acquisition (Series 2) | $2.60 | $109,239.70 |
| 06/06/23 | Principal from Los Osos, CA Acquisition (Series 2) | $999.29 | $109,239.70 |
| 06/06/23 | Interest from Bethpage, NY Acquisition | $7.08 | $109,246.78 |
| 06/06/23 | Default Interest from Bethpage, NY Acquisition | $2.08 | $109,248.86 |
| 06/06/23 | Default Interest from Rancho Cucamonga, CA Acquisition #5 (Series 2) | $2.67 | $109,251.53 |
| 06/06/23 | Supplemental Payment from Rancho Cucamonga, CA Acquisition #5 (Series 2) | $0.02 | $109,251.55 |
| 06/06/23 | Principal from Rancho Cucamonga, CA Acquisition #5 (Series 2) | $0.50 | $109,251.55 |
| 06/06/23 | Interest from Brooklyn, NY Cash-Out Refinance #218 | $7.08 | $109,258.63 |
| 06/06/23 | Interest from Rotonda West, FL Acquisition | $7.92 | $109,266.55 |
| 06/06/23 | Interest from Miami, FL Acquisition #317 | $7.19 | $109,273.74 |
| 06/06/23 | Principal from Miami, FL Acquisition #317 | $1,172.00 | $109,273.74 |
| 06/06/23 | Interest from Windham, OH Acquisition (Series 2) | $6.26 | $109,280.00 |
| 06/06/23 | Interest from Los Angeles, CA Acquisition #613 (Series 2) | $5.41 | $109,285.41 |
| 06/06/23 | Supplemental Payment from Los Angeles, CA Acquisition #613 (Series 2) | $15.54 | $109,300.95 |
| 06/06/23 | Principal from Los Angeles, CA Acquisition #613 (Series 2) | $1,000.00 | $109,300.95 |
| 06/06/23 | Interest from Wilmington, DE Cash-Out Refinance #4 | $6.46 | $109,307.41 |
| 06/06/23 | Interest from Wichita, KS Cash-Out Refinance #4 | $10.34 | $109,317.75 |
| 06/06/23 | Interest from Brooklyn, NY Acquisition #216 | $6.87 | $109,324.62 |
| 06/06/23 | Interest from Manhasset, NY Acquisition (Series 2) | $7.73 | $109,332.35 |
| 06/06/23 | Account Withdrawal | -$4,313.85 | $105,018.50 |
| 06/13/23 | Interest from Westbury, NY Acquisition #9 | $7.43 | $105,025.93 |
| 06/13/23 | Default Interest from Westbury, NY Acquisition #9 | $1.11 | $105,027.04 |
| 06/13/23 | Interest from Westbury, NY Acquisition #9 | $7.43 | $105,034.47 |
| 06/13/23 | Default Interest from Westbury, NY Acquisition #9 | $2.55 | $105,037.02 |
| 06/13/23 | Interest from La Habra Heights, CA Acquisition #2 | $8.58 | $105,045.60 |
| 06/13/23 | Default Interest from La Habra Heights, CA Acquisition #2 | $0.68 | $105,046.28 |
| 06/13/23 | Principal from La Habra Heights, CA Acquisition #2 | $1,000.00 | $105,046.28 |
| 06/13/23 | Interest from Bethpage, NY Acquisition | $7.08 | $105,053.36 |
| 06/13/23 | Default Interest from Bethpage, NY Acquisition | $2.08 | $105,055.44 |
| 06/13/23 | Interest from Los Angeles, CA Cash-Out Refinance #567 (Series 1) | $6.67 | $105,062.11 |
| 06/13/23 | Default Interest from Los Angeles, CA Cash-Out Refinance #567 (Series 1) | $2.71 | $105,064.82 |
| 06/13/23 | Interest from Los Angeles, CA Acquisition #617 (Series 2) | $7.81 | $105,072.63 |
| 06/13/23 | Default Interest from Los Angeles, CA Acquisition #617 (Series 2) | $0.05 | $105,072.68 |
| 06/13/23 | Interest from Albany, GA Cash-Out Refinance #6 | $5.81 | $105,078.49 |
| 06/13/23 | Principal from Albany, GA Cash-Out Refinance #6 | $1,000.00 | $105,078.49 |
| 06/13/23 | Interest from Waterbury, CT Cash-Out Refinance #11 | $7.50 | $105,085.99 |
| 06/13/23 | Interest from Brandon, FL Cash-Out Refinance #7 | $6.67 | $105,092.66 |
| 06/13/23 | Interest from Merchantville, NJ Acquisition #3 (Series 1) | $7.21 | $105,099.87 |
| 06/13/23 | Principal from Merchantville, NJ Acquisition #3 (Series 1) | $1,000.00 | $105,099.87 |
| 06/13/23 | Interest from Somers Point, NJ Acquisition | $6.67 | $105,106.54 |
| 06/13/23 | Interest from Kissimmee, FL Acquisition #44 | $1.30 | $105,107.84 |
| 06/13/23 | Interest from Los Angeles, CA Acquisition #626 | $6.67 | $105,114.51 |
| 06/13/23 | Interest from Kissimmee, FL Acquisition #43 | $7.08 | $105,121.59 |
| 06/13/23 | Interest from Amarillo, TX Acquisition | $6.67 | $105,128.26 |
| 06/13/23 | Interest from Alpharetta, GA Acquisition #13 (Series 2) | $6.88 | $105,135.14 |
| 06/13/23 | Interest from Chicago, IL Acquisition #210 | $7.29 | $105,142.43 |
| 06/13/23 | Interest from Wilkes-Barre, PA Acquisition (Series 1) | $7.29 | $105,149.72 |
| 06/13/23 | Interest from Tampa, FL Acquisition #102 | $7.03 | $105,156.75 |
| 06/13/23 | Interest from Edgewater, MD Acquisition #2 | $11.37 | $105,168.12 |
| 06/13/23 | Interest from Cleveland Heights, OH Acquisition #5 | $7.71 | $105,175.83 |
| 06/13/23 | Interest from Wichita, KS Cash-Out Refinance #4 | $10.34 | $105,186.17 |
| 06/13/23 | Interest from Wichita, KS Acquisition #5 | $7.71 | $105,193.88 |
| 06/13/23 | Interest from Greenwood, SC Acquisition #2 (Series 1) | $5.83 | $105,199.71 |
| 06/13/23 | Principal from Philadelphia, PA Acquisition #73 (Series 1) | $112.46 | $105,199.71 |

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| 06/20/23 | Interest from Los Angeles, CA Refinance #609 (Series 1) | $1.23 | $101,913.79 |
| 06/20/23 | Default Interest from Los Angeles, CA Refinance #609 (Series 1) | $0.52 | $101,914.31 |
| 06/20/23 | Principal from Los Angeles, CA Refinance #609 (Series 1) | $1,000.00 | $101,914.31 |
| 06/20/23 | Interest from Los Angeles, CA Acquisition #617 (Series 2) | $7.81 | $101,922.12 |
| 06/20/23 | Default Interest from Los Angeles, CA Acquisition #617 (Series 2) | $0.05 | $101,922.17 |
| 06/20/23 | Interest from Rotonda West, FL Acquisition | $7.92 | $101,930.09 |
| 06/20/23 | Default Interest from Rotonda West, FL Acquisition | $1.69 | $101,931.78 |
| 06/20/23 | Interest from Los Angeles, CA Acquisition #570 (Series 1) | $7.08 | $101,938.86 |
| 06/20/23 | Default Interest from Los Angeles, CA Acquisition #570 (Series 1) | $0.05 | $101,938.91 |
| 06/20/23 | Interest from Los Angeles, CA Cash-Out Refinance #567 (Series 1) | $6.67 | $101,945.58 |
| 06/20/23 | Default Interest from Los Angeles, CA Cash-Out Refinance #567 (Series 1) | $2.71 | $101,948.29 |
| 06/20/23 | Interest from Albertson, NY Acquisition | $6.87 | $101,955.16 |
| 06/20/23 | Promotional Interest from Albertson, NY Acquisition | $0.83 | $101,955.99 |
| 06/20/23 | Interest from Plainville, CT Acquisition #2 | $6.88 | $101,962.87 |
| 06/20/23 | Interest from Miami Gardens, FL Cash-Out Refinance #28 | $6.33 | $101,969.20 |
| 06/20/23 | Interest from Miami, FL Acquisition #315 | $6.67 | $101,975.87 |
| 06/20/23 | Interest from Glen Burnie, MD Acquisition #3 | $7.92 | $101,983.79 |
| 06/20/23 | Interest from Kannapolis, NC Acquisition #6 | $6.56 | $101,990.35 |
| 06/20/23 | Interest from Brooklyn, NY Acquisition #220 | $7.92 | $101,998.27 |
| 06/20/23 | Interest from Garfield, NJ Acquisition #8 (Series 2) | $6.25 | $102,004.52 |
| 06/20/23 | Interest from Bakersfield, CA Acquisition #19 | $6.04 | $102,010.56 |
| 06/20/23 | Interest from Tampa, FL Acquisition #109 | $6.67 | $102,017.23 |
| 06/20/23 | Interest from Wimberley, TX Acquisition | $7.50 | $102,024.73 |
| 06/20/23 | Interest from Chicago, IL Acquisition #208 | $6.46 | $102,031.19 |
| 06/20/23 | Interest from Lakeland, FL Acquisition #25 | $3.35 | $102,034.54 |
| 06/20/23 | Interest from Valrico, FL Acquisition #3 | $6.88 | $102,041.42 |
| 06/20/23 | Interest from Richmond, CA Acquisition #7 (Series 2) | $6.25 | $102,047.67 |
| 06/20/23 | Interest from Chesapeake, VA Acquisition #7 | $9.65 | $102,057.32 |
| 06/20/23 | Interest from Hueytown, AL Cash-Out Refinance | $7.71 | $102,065.03 |
| 06/20/23 | Interest from Charlotte, NC Acquisition #168 (Series 1) | $6.56 | $102,071.59 |
| 06/20/23 | Principal from Charlotte, NC Acquisition #168 (Series 1) | $1,000.00 | $102,071.59 |
| 06/20/23 | Interest from Bartlett, TN Acquisition | $8.67 | $102,080.26 |
| 06/20/23 | Interest from Philadelphia, PA Acquisition #86 | $7.36 | $102,087.62 |
| 06/20/23 | Promotional Interest from Philadelphia, PA Acquisition #86 | $0.89 | $102,088.51 |
| 06/21/23 | Account Withdrawal | -$2,182.47 | $99,906.04 |
| 06/27/23 | Default Interest from Monsey, NY Acquisition #7 | $2.08 | $99,908.12 |
| 06/27/23 | Default Interest from Monsey, NY Acquisition #7 | -$2.08 | $99,906.04 |
| 06/30/23 | **Ending Balance** | -- | **$99,906.04** |

# PeerStreet

Custodian FBO Alex Chernoyets
[redacted]
201735429

SD IRA Account Number [redacted]
Account Type  Ira

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| $18,605.07 | $75.13 |

### Account Summary

| | 06/01/23 | Net change | 06/30/23 |
|---|---|---|---|
| Investable Cash | $556.73 | $1,089.41 | $1,646.14 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $17,973.21 | -$1,014.28 | $16,958.93 |
| Account Total | $18,529.94 | $75.13 | $18,605.07 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $75.13 | $744.21 |
| Fees [3] | $0.00 | $0.00 |
| Gain On Sale | $0.00 | $12.15 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Total | $75.13 | $756.36 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Initial | Outstanding | Earnings | Principal |
|---|---|---|---|---|---|---|---|
| Honolulu, HI Refinance #3 | 8.000% | 04/03/18 | 09/01/19 | $2,000.00 | $0.38 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #46 | 8.000% | 07/11/18 | 06/29/20 | $1,000.00 | $967.55 | $0.00 | $0.00 |
| Miami, FL Refinance #66 (Series 3) | 8.000% | 12/14/18 | 11/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Greenwich, CT Refinance #6 | 8.000% | 01/07/20 | 01/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Stockton, CA Acquisition #27 | 7.750% | 04/05/21 | 04/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #207 | 7.500% | 07/22/21 | 08/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Los Angeles, CA Cash-Out Refinance #567 (Series 2) | 8.000% | 11/01/21 | 10/01/23 | $1,000.00 | $1,000.00 | $18.76 | $0.00 |
| Los Angeles, CA Acquisition #569 (Series 1) | 7.500% | 11/05/21 | 09/09/23 | $135.00 | $135.00 | $0.00 | $0.00 |
| Albertson, NY Acquisition | 9.250% | 11/08/21 | 11/01/23 | $1,000.00 | $1,000.00 | $7.70 | $0.00 |
| Los Angeles, CA Acquisition #584 | 8.000% | 12/29/21 | 12/01/23 | $107.00 | $107.00 | $0.21 | $0.00 |
| Bermuda Dunes, CA Acquisition | 7.125% | 01/26/22 | 02/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Chicago, IL Acquisition #195 (Series 1) | 7.250% | 02/28/22 | 01/01/24 | $265.00 | $265.00 | $0.00 | $0.00 |
| Cape Coral, FL Acquisition #5 | 8.625% | 05/12/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Deerfield Beach, FL Acquisition #6 (Series 1) | 8.375% | 06/22/22 | 07/01/23 | $1,000.00 | $1,000.00 | $6.98 | $0.00 |
| Los Angeles, CA Acquisition #626 | 8.000% | 08/30/22 | 08/01/23 | $1,000.00 | $1,000.00 | $6.67 | $0.00 |
| Anderson, IN Acquisition | 8.250% | 09/15/22 | 10/01/23 | $208.00 | $208.00 | $0.00 | $0.00 |
| Manhasset, NY Acquisition (Series 2) | 8.000% | 10/12/22 | 01/01/24 | $1,018.00 | $1,018.00 | $6.79 | $0.00 |
| Miami, FL Acquisition #315 | 8.000% | 10/13/22 | 11/01/23 | $857.00 | $857.00 | $5.71 | $0.00 |
| Wimberley, TX Acquisition | 9.000% | 12/08/22 | 11/01/23 | $611.00 | $611.00 | $4.58 | $0.00 |
| Tamarac, FL Acquisition #4 | 9.000% | 12/13/22 | 11/01/23 | $1,000.00 | $1,000.00 | $7.50 | $0.00 |
| Valrico, FL Acquisition #3 | 8.250% | 12/15/22 | 11/01/23 | $125.00 | $125.00 | $0.86 | $0.00 |
| West Islip, NY Acquisition #2 | 10.750% | 12/20/22 | 01/01/24 | $429.00 | $429.00 | $0.00 | $0.00 |
| Youngstown, OH Acquisition #2 | 9.500% | 01/06/23 | 01/01/24 | $236.00 | $236.00 | $0.00 | $0.00 |
| Springfield, MA Acquisition (Series 2) | 8.000% | 01/18/23 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Total | | | | $18,991.00 | $16,958.93 | $66.26 | $0.00 |

### Pending Investments
None

### Past Investments

| Loan | Yield | Start Date | Paid Off | Initial | Outstanding | Earnings | Principal |
|---|---|---|---|---|---|---|---|
| Los Osos, CA Acquisition (Series 4) | 8.500% | 10/05/22 | 06/06/23 | $1,015.00 | $0.00 | $8.87 | $1,014.28 |
| Total | | | | $1,015.00 | $0.00 | $8.87 | $1,014.28 |

## Transaction History

| Date | Transaction | Amount | Account Total |
|---|---|---|---|
| 06/01/23 | Beginning Balance | — | $18,529.94 |
| 06/06/23 | Interest from Los Osos, CA Acquisition (Series 4) | $6.23 | $18,536.17 |
| 06/06/23 | Default Interest from Los Osos, CA Acquisition (Series 4) | $2.64 | $18,538.81 |
| 06/06/23 | Principal from Los Osos, CA Acquisition (Series 4) | $1,014.28 | $18,538.81 |
| 06/06/23 | Interest from Manhasset, NY Acquisition (Series 2) | $6.79 | $18,545.60 |
| 06/06/23 | Interest from Tamarac, FL Acquisition #4 | $7.50 | $18,553.10 |
| 06/13/23 | Interest from Los Angeles, CA Cash-Out Refinance #567 (Series 2) | $6.67 | $18,559.77 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 06/13/23 | Interest from Los Angeles, CA Acquisition #626 | $0.67 | $18,569.15 |
| 06/13/23 | Interest from Los Angeles, CA Acquisition #584 | $0.71 | $18,569.86 |
| 06/20/23 | Interest from Los Angeles, CA Cash-Out Refinance #567 (Series 2) | $6.67 | $18,576.53 |
| 06/20/23 | Default Interest from Los Angeles, CA Cash-Out Refinance #567 (Series 2) | $2.71 | $18,579.24 |
| 06/20/23 | Interest from Albertson, NY Acquisition | $6.87 | $18,586.11 |
| 06/20/23 | Promotional Interest from Albertson, NY Acquisition | $0.83 | $18,586.94 |
| 06/20/23 | Interest from Miami, FL Acquisition #315 | $5.71 | $18,592.65 |
| 06/20/23 | Interest from Deerfield Beach, FL Acquisition #6 (Series 1) | $6.98 | $18,599.63 |
| 06/20/23 | Interest from Wimberley, TX Acquisition | $4.58 | $18,604.21 |
| 06/20/23 | Interest from Valrico, FL Acquisition #3 | $0.86 | $18,605.07 |
| **06/30/23** | **Ending Balance** | — | **$18,605.07** |

U.S. POSTAGE PAID
FCM LETTER
BROOKLYN, NY 11235
AUG 17, 2023
$5.25
R2303S102440-01

19801

Retail

RDC 99

Chief Judge Laurie Silverstein
United States Bankruptcy Court
District of Delaware
824 Market Street North, 6th Floor
Wilmington, DE 19801
X-RM1

Alex Cherepvets
1925 Bradford Ave.
Brooklyn, NY 11235

CERTIFIED MAIL

7022 0410 0000 7276 5092

| | |
|---|---|
| Debtor | Peer Street, Inc. |
| United States Bankruptcy Court for the District of | District of Delaware |
| Case number | 23-10815 |

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Alex Chernovets IRA

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Alex Chernovets IRA
Alex Chernovets
4725 Bedford Ave
Brooklyn, NY 11235
USA
P: (718)974-0741
E: sashunia64@yahoo.com

Where should payments to the creditor be sent? (if different)

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____
MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

| | | | |
|---|---|---|---|
| 6. | Do you have any number you use to identify the debtor? | ☐ No ☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: | 9403 |

7. How much is a claim?   18,605.07    Does this amount include interest or other charges?

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Investments in loans

9. **Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property

**Nature of property**

☐ Real estate.   If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.

☐ Motor vehicle.

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** _____

**Amount of the claim that is secured:** _____

**Amount of the claim that is unsecured:** _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** _____

**Annual Interest Rate (when case was filed)** _____ %

☐ Fixed

☐ Variable

10. **Is this claim based on a lease?**

☒ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.   $ _____

11. **Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

| 11 U.S.C. § 507(a)? | ☐ Yes. Check one: | Amount entitled to priority |
|---|---|---|
| A Claim may be partly priority and partly nonpriority. For example, law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | _____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | _____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4) | _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)() that applies. | _____ |

*Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date & time    07/27/2023 at 07:36 pm PT
                           MM / DD / YYYY HH : MM

/s/Alex Chernovets
Signature

**Print the name of the person who is completing and signing this claim:**

Name         Alex              Chernovets
             First Name  Middle Name  Last Name

Title

Company
             Identify the corporate servicer as the company if the authorized agent is a servicer

Address      4725
             Bedford
             Ave
             Number    Street

             Brooklyn   NY        11235
             City       State     ZIP Code

Contact phone

Email        sashunia64@yahoo.com