George Sicklick
424 N Cleveland St
Oceanside, CA 92054
August 15, 2023



2023 AUG 22  AM 10: 06

Chief Judge Laurie Selber Silverstein,
US Bankruptcy Court
824 North Market St. 6" Floor
Wilmington, DE 19801

Re: Case 23-10815-LSS Request for Protection of Secured Loan Investments and all cash held at PeerStreet in individual account

Honorable Chief Judge Laurie Selber Silverstein,
I am writing to request your assistance in protecting my Secured Investments Loan Principle $52,965.58, Outstanding Accrued Interest, Investable Cash $231.18 and Invested Pocket Principal $917.19 in the above referenced bankruptcy proceeding.

I am requesting that you consider the following points for the protection of my investments and available cash:

    1. Preservation of secured loan investments: As a secured creditor, I request that the Court ensures the proper handling and preservation of the underlying collateral associated with loan investments. Any potential sale or disposition of these assets must be conducted fairly and transparently to maximize recovery and protect interests of secured creditors.
    2. Transparency and Communication: I ask that the Court provides regular updates and communications as well as pertinent information related to the bankruptcy proceedings.
    3. Fair Treatment of all Secured Creditors: Secured loans were made with the expectation that in the event of default or bankruptcy, secured creditors would be protected and a third party "special member" would step in to manage pending loan investments and ensure that the investors continue to receive interest and principal payments. I urge the Court to consider this when determining the protection and distribution of investor funds.
    4. Safeguarding of Available Cash: I ask the Court to ensure that any cash balances be protected, preserved and allow for its return and proper distribution following the applicable laws and regulations.

I appreciate your attention to this matter, and as an investor, I place my trust in the Bankruptcy Court to safeguard my investments, funds, and provide fair treatment.
Sincerely,

George Sicklick
760-757-7246
gsicklick@aol.com
Attached PeerStreet Statement dated July 31, 2023

 PeerStreet

George Sicklick
424 N Cleveland St
Oceanside CA 92054

Statement Date: July 01, 2023 - July 31, 2023
Account Type:
Account Number:

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| $54,113.95 | $3.01 |

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $231.18 | $0.00 | $231.18 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $52,965.58 | $0.00 | $52,965.58 |
| Invested Pocket Principal | $914.18 | $3.01 | $917.19 |
| Account Total | $54,110.94 | $3.01 | $54,113.95 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $3,349.85 |
| Fees [3] | $0.00 | $0.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Pocket Interest | $3.01 | $22.19 |
| Total | $3.01 | $3,372.04 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Outstanding | Payments This Period Earnings | Principal |
|---|---|---|---|---|---|---|---|
| Brooklyn, NY Acquisition #207 | 7.500% | 07/22/21 | 08/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Hackensack, NJ Cash-Out Refinance | 7.375% | 08/18/21 | 08/01/23 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| Greenwood, SC Acquisition #2 (Series 1) | 7.000% | 12/31/21 | 12/01/23 | $4,268.00 | $4,266.58 | $0.00 | $0.00 |
| Pinon Hills, CA Acquisition #3 | 6.750% | 02/18/22 | 02/01/24 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Indianapolis, IN Acquisition #21 (Series 1) | 7.500% | 02/24/22 | 02/01/24 | $2,095.00 | $2,095.00 | $0.00 | $0.00 |
| Brandon, FL Cash-Out Refinance #6 | 7.750% | 04/26/22 | 05/01/24 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Winter Haven, FL Cash-Out Refinance #9 | 8.500% | 04/26/22 | 05/01/24 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Taft, CA Cash-Out Refinance #3 | 7.875% | 04/28/22 | 05/01/24 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Los Angeles, CA Cash-Out Refinance #567 (Series 3) | 8.000% | 05/12/22 | 10/01/23 | $3,017.00 | $3,017.00 | $0.00 | $0.00 |
| Indianapolis, IN Acquisition #29 | 9.250% | 08/05/22 | 05/26/23 | $3,200.00 | $3,200.00 | $0.00 | $0.00 |
| Manhasset, NY Acquisition (Series 2) | 8.000% | 10/12/22 | 01/01/24 | $3,051.00 | $3,051.00 | $0.00 | $0.00 |
| Miami, FL Acquisition #315 | 8.000% | 10/13/22 | 11/01/23 | $8,613.00 | $8,613.00 | $0.00 | $0.00 |
| Clearwater, FL Acquisition #8 | 9.000% | 12/27/22 | 11/01/23 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Springfield, MA Acquisition (Series 2) | 8.000% | 01/18/23 | 06/01/23 | $4,723.00 | $4,723.00 | $0.00 | $0.00 |
| Total | | | | $52,967.00 | $52,965.58 | $0.00 | $0.00 |

### Pending Investments
None

### Past Investments
None

## Transaction History

No transactions

## Pocket Transaction History

| Date | Transaction | Amount | Account Total |
|---|---|---|---|
| 07/01/23 | Beginning Balance | — | $914.18 |
| 07/01/23 | Interest from Pocket 1-month | $3.01 | $917.19 |
| 07/31/23 | Ending Balance | — | $917.19 |

George Sicklick
424 N Cleveland St
Oceanside, CA 92054

7021 2720 0002 4918 6803

19801-302499

Chief Judge Laurie Selber Silverstein,
US Bankruptcy Court
824 North Market St. 6" Floor
Wilmington, DE 19801

RDC 99

Retail



U.S. POSTAGE PAID
FCM LETTER
OCEANSIDE, CA 92054
AUG 15, 2023
$8.56
R2304E106989-37