

Raymond C. Weinand
21690 Williams Bay Dr
Columbus, NE 68601

August 17, 2023

Honorable Laurie Selber Silverstein
United States Bankruptcy Court
824 Market Street North, 6th Floor
Wilmington, DE 19801

RE: PeerStreet case no. 23-10815

Attachments: July monthly statements for loans and Portfolio

Dear Judge Silverstein,

My name is Ray Weinand, and I am a retiree living in Columbus, NE. I have a total of $81,908.50 invested in loans and the PeerStreet Portfolio.

When I invested, I was led to believe that in the case of bankruptcy a "special member" would manage pending loan investments. (see screen shot form Peerstreet below and also at this link: What investor protections does PeerStreet have in place? | PeerStreet.)

However, since PeerStreet declared bankruptcy June 26, 2023, I have not received interest nor principal payments.

I ask that you hold PeerStreet accountable for their promises to investors.

Respectfully,

Ray Weinand



## What investor protections does PeerStreet have in place?

By *Rebekah Jack*

Posted *March 11, 2019*

In

Investments in loans are held in a bankruptcy-remote entity that is separate from our primary corporate entity. In the unlikely event PeerStreet no longer remains in business, a third-party "special member" will step in to manage pending loan investments and ensure that investors continue to receive interest and principal payments. Additionally, from the time funds are received in an investor account until an investment closes (but not while funds are invested), investor funds are held in an Investors Trust Account with Wells Fargo and FDIC insurance of up to $250,000.



**PeerStreet**

Ray Weinand
21690 Williams Bay Dr
Columbus NE 68601

Statement Date: July 01, 2023 - July 31, 2023
Account Type: Individual
Account Number: ▮▮▮▮▮

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| $83,377.46 | $0.00 |

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $0.00 | $0.00 | $0.00 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $71,816.18 | $0.00 | $71,816.18 |
| Invested Pocket Principal | $0.00 | $0.00 | $0.00 |
| PS Portfolio Principal [1] | $11,561.28 | $0.00 | $11,561.28 |
| **Account Total** | **$83,377.46** | **$0.00** | **$83,377.46** |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $3,733.08 |
| Fees [3] | $0.00 | $29.63 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $66.33 |
| Pocket Interest | $0.00 | $0.00 |
| PS Portfolio Interest | $0.00 | $239.84 |
| **Total** | **$0.00** | **$4,068.88** |

[1] Please see the PS Portfolio Statement for Net Asset Value.
[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Initial | Outstanding | Earnings | Principal |
|---|---|---|---|---|---|---|---|
| Washington, DC Refinance #158 | 7.250% | 03/05/19 | 03/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| New Orleans, LA Acquisition #30 | 8.000% | 12/18/20 | 04/01/22 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Miami Shores, FL Acquisition #9 | 6.500% | 09/02/21 | 09/01/23 | $1,108.00 | $1,108.00 | $0.00 | $0.00 |
| Oakland, CA Acquisition #83 | 7.375% | 09/13/21 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Monsey, NY Acquisition #5 (Series 1) | 8.250% | 09/28/21 | 04/01/23 | $1,200.00 | $1,200.00 | $0.00 | $0.00 |
| Los Angeles, CA Acquisition #569 (Series 1) | 7.500% | 11/05/21 | 09/09/23 | $1,155.00 | $1,155.00 | $0.00 | $0.00 |
| Albertson, NY Acquisition | 9.250% | 11/08/21 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Scranton, PA Acquisition #16 (Series 1) | 7.125% | 11/30/21 | 12/01/22 | $1,353.00 | $1,353.00 | $0.00 | $0.00 |
| Richmond, CA Acquisition #7 (Series 2) | 7.500% | 12/02/21 | 11/01/23 | $1,375.00 | $1,375.00 | $0.00 | $0.00 |
| Orient, NY Refinance | 6.625% | 12/02/21 | 12/01/23 | $1,108.00 | $1,108.00 | $0.00 | $0.00 |
| Punta Gorda, FL Acquisition #2 | 7.000% | 01/06/22 | 04/01/23 | $1,342.00 | $1,342.00 | $0.00 | $0.00 |
| Alpharetta, GA Acquisition #13 (Series 1) | 7.875% | 01/28/22 | 01/01/24 | $1,299.00 | $1,299.00 | $0.00 | $0.00 |
| Miami, FL Acquisition #297 | 7.500% | 02/09/22 | 11/01/23 | $1,133.00 | $1,133.00 | $0.00 | $0.00 |
| Indianapolis, IN Acquisition #21 (Series 1) | 7.500% | 02/24/22 | 02/01/24 | $1,074.00 | $1,074.00 | $0.00 | $0.00 |
| Manhasset, NY Acquisition (Series 1) | 8.000% | 03/09/22 | 01/01/24 | $1,122.00 | $1,122.00 | $0.00 | $0.00 |
| Atlanta, GA Acquisition #119 (Series 1) | 7.250% | 03/14/22 | 02/01/23 | $1,633.00 | $1,630.67 | $0.00 | $0.00 |
| Atlanta, GA Acquisition #120 (Series 1) | 7.250% | 03/14/22 | 02/01/23 | $1,123.00 | $1,122.74 | $0.00 | $0.00 |
| Bakersfield, CA Acquisition #19 | 7.250% | 03/14/22 | 03/01/24 | $1,300.00 | $1,300.00 | $0.00 | $0.00 |
| Los Angeles, CA Acquisition #570 (Series 2) | 8.500% | 04/06/22 | 11/01/23 | $1,131.00 | $1,131.00 | $0.00 | $0.00 |
| Yonkers, NY Acquisition #18 (Series 1) | 7.125% | 04/12/22 | 04/01/23 | $1,150.00 | $1,150.00 | $0.00 | $0.00 |
| Centereach, NY Cash-Out Refinance | 7.625% | 04/20/22 | 11/01/23 | $1,221.00 | $1,221.00 | $0.00 | $0.00 |
| Taft, CA Cash-Out Refinance #3 | 7.875% | 04/28/22 | 05/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Cape Coral, FL Acquisition #5 | 8.625% | 05/12/22 | 06/01/23 | $1,116.00 | $1,116.00 | $0.00 | $0.00 |
| Los Angeles, CA Cash-Out Refinance #567 (Series 3) | 8.000% | 05/12/22 | 10/01/23 | $1,115.00 | $1,115.00 | $0.00 | $0.00 |
| Wilmington, DE Acquisition #7 | 8.000% | 06/06/22 | 06/01/23 | $1,173.00 | $1,173.00 | $0.00 | $0.00 |
| Wilkes-Barre, PA Acquisition (Series 1) | 8.750% | 06/29/22 | 07/01/23 | $1,381.00 | $1,381.00 | $0.00 | $0.00 |
| Tampa, FL Acquisition #102 | 9.000% | 07/20/22 | 08/01/23 | $1,292.00 | $1,292.00 | $0.00 | $0.00 |
| Philadelphia, PA Cash-Out Refinance #78 (Series 2) | 7.500% | 07/27/22 | 07/01/24 | $1,045.00 | $1,045.00 | $0.00 | $0.00 |
| Kissimmee, FL Acquisition #43 | 8.500% | 08/15/22 | 09/01/23 | $1,127.00 | $1,127.00 | $0.00 | $0.00 |
| Indianapolis, IN Acquisition #21 (Series 2) | 8.000% | 08/16/22 | 02/01/24 | $1,144.00 | $1,144.00 | $0.00 | $0.00 |
| Bethpage, NY Acquisition | 8.500% | 08/19/22 | 09/01/23 | $1,085.00 | $1,085.00 | $0.00 | $0.00 |
| Lemon Grove, CA Acquisition #3 | 8.250% | 09/02/22 | 09/01/23 | $1,274.00 | $1,274.00 | $0.00 | $0.00 |
| Deerfield Beach, FL Acquisition #6 (Series 2) | 8.375% | 09/07/22 | 07/01/23 | $1,102.00 | $1,102.00 | $0.00 | $0.00 |
| Miami Gardens, FL Cash-Out Refinance #28 | 8.000% | 09/09/22 | 10/01/23 | $1,311.00 | $1,311.00 | $0.00 | $0.00 |
| North Miami Beach, FL Acquisition #10 (Series 1) | 8.250% | 09/12/22 | 10/01/23 | $1,273.00 | $1,273.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #216 | 8.250% | 09/13/22 | 06/01/23 | $1,361.00 | $1,361.00 | $0.00 | $0.00 |
| Los Angeles, CA Acquisition #617 (Series 2) | 9.375% | 09/14/22 | 07/01/23 | $1,282.00 | $1,282.00 | $0.00 | $0.00 |
| Brandon, FL Cash-Out Refinance #7 | 8.000% | 09/15/22 | 01/01/24 | $1,172.00 | $1,172.00 | $0.00 | $0.00 |
| Fullerton, CA Acquisition #13 | 7.500% | 10/04/22 | 10/01/23 | $1,294.00 | $1,294.00 | $0.00 | $0.00 |
| Baltimore, MD Acquisition #93 | 7.750% | 10/06/22 | 10/01/23 | $1,172.00 | $1,172.00 | $0.00 | $0.00 |
| Indianapolis, IN Cash-Out Refinance #35 | 8.500% | 10/14/22 | 11/01/23 | $1,163.00 | $932.53 | $0.00 | $0.00 |

Principal Investment columns: Initial, Outstanding. Payments This Period columns: Earnings, Principal.



Ray Weinand
21690 Williams Bay Dr
Columbus NE 68601

**Statement Date** July 01, 2023 - July 31, 2023
**Account Type** Individual
**Account Number** ~~redacted~~

## Investor Summary

| | |
|---|---|
| Face Amount | $10,147.94 |
| Starting Portfolio Value | $10,092.32 |
| Prior Month Portfolio Value *(expressed as a percentage of par)* | 99.72 |
| Current Month Portfolio Value *(expressed as a percentage of par)* | 99.72 |
| Interest In Possession<br>*pending court approval for disbursement | $0.00 |

## Portfolio Summary

| | |
|---|---|
| Ending Balance | $2,083,366.18 |
| Accrued Interest | $1,023.00 |
| Weighted Average Investor Rate | 9.000% |
| Weighted Average LTV | 65.000% |
| Weighted Average Remaining Term (months) | 0 |
| Weighted Average FICO | 706 |
| Weighted Average PeerStreet Note Purchase Rate | 10.000% |
| Weighted Average PeerStreet Spread | 1.000% |

## Loan Status

| | |
|---|---|
| Current/Performing | 100.000% |
| 30 Days Delinquent | 0.000% |
| 60 Days Delinquent | 0.000% |
| 90+ Days Delinquent | 0.000% |
| Foreclosure | 0.000% |
| REO | 0.000% |

PeerStreet Portfolio FAQs: https://info.peerstreet.com/faqs/peerstreet-portfolio-faqs/