Chief Judge Laurie Selber Silverstein

U.S. Bankruptcy Court

824 North Market Street, 6th Floor

Wilmington, DE 19801

RE: Case 23-10815

Honorable Chief Judge Laurie Shelber Silverstein:

I am writing to request your help in protecting my secured loans invested with Peer Street. It is my understanding that Peer St. is considering selling all of these loans in bulk probably for a fraction of their worth. I invested with Peer Street with the understanding that these are legally separate notes from the parent company described as bankruptcy remote entities. I studied the property's backing each Note before investing. The majority of my notes are current and up up to date. It doesn't make sense to me to sell them at discount when they could easily be serviced by another company and paid in full.

Thanks in advance for considering my concerns.

*Gary Seever*
Gary Seever

 **PeerStreet**

Gary Seever
9418 Highmeadow None
Houston TX 77063

**Statement Date** July 01, 2023 - July 31, 2023
**Account Type** Individual
**Account Number** ▒▒▒▒▒▒▒▒

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| $25,898.67 | $0.00 |

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $58.99 | $0.00 | $58.99 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $25,839.68 | $0.00 | $25,839.68 |
| Account Total | $25,898.67 | $0.00 | $25,898.67 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $811.74 |
| Fees [3] | $0.00 | $0.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Total | $0.00 | $811.74 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| Brooklyn, NY Refinance #3B | 7.000% | 09/12/19 | 03/01/21 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #172 | 7.125% | 11/29/19 | 12/01/20 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Miami, FL Cash-Out Refinance #269 (Series 1) | 11.000% | 04/21/20 | 01/01/21 | $2,843.00 | $2,843.00 | $0.00 | $0.00 |
| Palmetto Bay, FL Acquisition #4 | 6.125% | 09/22/21 | 10/01/23 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Tacoma, WA Acquisition #1 | 6.250% | 11/19/21 | 12/01/23 | $3,000.00 | $2,996.68 | $0.00 | $0.00 |
| Miami, FL Cash-Out Refinance #303 | 7.000% | 03/01/22 | 02/01/24 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| San Diego, CA Cash-Out Refinance #75 (Series 1) | 7.500% | 06/10/22 | 06/01/23 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Charleston, SC Cash-Out Refinance #14 | 9.000% | 08/16/22 | 09/01/23 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Los Angeles, CA Acquisition #626 | 8.000% | 08/30/22 | 08/01/23 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Total | | | | $25,843.00 | $25,839.68 | $0.00 | $0.00 |

### Pending Investments
None

### Past Investments
None

## Transaction History

No transactions