IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: TBD<br>Objection Deadline: September 6, 2023 at 4:00 p.m. (ET) |

**MOTION OF DEBTORS FOR ENTRY OF ORDER (I) FURTHER EXTENDING TIME TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS AND (II) GRANTING RELATED RELIEF**

Peer Street, Inc. and its debtor affiliates, as debtors and debtors in possession in the above- captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully represent as follows in support of this motion (this "**Motion**"):

**RELIEF REQUESTED**

1. By this Motion, the Debtors seek entry of an order, substantially in the form attached hereto as **Exhibit A** (the "**Proposed Order**"): (a) further extending the deadline to file their schedules of assets and liabilities, schedules of executory contracts and unexpired leases, and statements of financial affairs (collectively, the "**Schedules and Statements**"), through and including September 6, 2023, without prejudice to the Debtors' ability to request additional time should it become necessary to do so; and (b) granting related relief.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

30686579.3

**JURISDICTION AND VENUE**

2. The Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The legal predicates for the relief requested herein are Rules 1007(c) and 9006(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1007-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").

4. Pursuant to Local Rule 9013-1(f), the Debtors consent to the entry of a final order or judgment by the Court in connection with this Motion if it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

**BACKGROUND**

5. On June 26, 2023 (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**"). The Debtors are authorized to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Chapter 11 Cases. On July 14, 2023, the Office of the United States Trustee for the District of Delaware appointed an official committee of unsecured creditors (the "**Committee**") [D.I. 84].

6. Additional information regarding the Debtors' business, capital structure, and the circumstances leading to the filing of these Chapter 11 Cases is set forth in the *Declaration of*

*David M. Dunn in Support of Chapter 11 Petitions and First Day Pleadings* [D.I. 3] (the "**First Day Declaration**"). [2]

7.  On July 24, 2023, the Debtors filed the *Motion of Debtors for Entry of Order (I) Extending Time to File Schedules and Statements of Financial Affairs and (II) Granting Related Relief* [D.I. 111], requesting entry of an order (a) extending the deadline to file their Schedules and Statements through and including August 23, 2023, and (b) granting related relief.

8.  On August 18, 2023, the Court entered the *Order (I) Extending Time to File Schedules and Statements of Financial Affairs and (II) Granting Related Relief* [D.I. 258], extending the Debtors' deadline to file Schedules and Statements through and including August 23, 2023.

## BASIS FOR RELIEF REQUESTED

9.  Pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rule 1007(c), the Debtors are required to file the Schedules and Statements within fourteen days of the Petition Date. Under Local Rule 1007-1(b), the deadline is automatically extended to the date that is twenty-eight (28) days after the Petition Date, not including the Petition Date, if (a) the Debtors' bankruptcy petitions are accompanied by a list of all of the Debtors' creditors and their addresses, in accordance with Local Rule 1007-2, and (b) the total number of creditors in the Chapter 11 Cases exceeds 200. *See* Del. Bankr. L.R. 1007-1(b); Fed. R. Bankr. P. 9006(a). Here, the Debtors' bankruptcy petitions were filed with a list of the Debtors' potential creditors and their addresses, in accordance with Local Rule 1007-2 (the "**Creditors List**"), and the Creditors List includes more than 200 potential creditors. Accordingly, by operation of Local Rule 1007-1(b), the deadline for

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

the Debtors to file the Schedules and Statements was automatically extended to July 24, 2023, which is twenty-eight (28) days after the Petition Date.

10. Pursuant to Bankruptcy Rules 1007(a)(5) and 1007(c), the Court has authority to further extend the time required for filing the Schedules and Statements "for cause." Fed. R. Bankr. P. 1007(a)(5), 1007(c). Here, the Debtors respectfully submit that good and sufficient cause exists to further extend the deadline for the filing of the Schedules and Statements as requested herein, based on (a) the size and complexity of the Debtors' business, (b) the number of potential creditors of the Debtors, who the Debtors' professional advisors have been in communication with since the filing of the Chapter 11 Cases, and (c) the numerous burdens imposed by the Debtors' chapter 11 efforts, particularly in the early days of the Chapter 11 Cases. To prepare their Schedules and Statements, the Debtors must compile a significant amount of financial information from books, records, and documents relating to their assets, contracts, and claims of creditors. This information is voluminous, and assembling the necessary information requires a significant expenditure of time and effort on the part of the Debtors, their employees, and their professional advisors. The magnitude of that task, when taken together with the Debtors' transition into chapter 11 and the ongoing burdens of operating the Debtors' business day to day, supports an extension of the deadline set forth in the Bankruptcy Code and Bankruptcy Rules for filing the Schedules and Statements. Moreover, the relief requested herein will not prejudice or adversely affect the rights of the Debtors' creditors or other parties in interest. Rather, the extension requested herein will aid the Debtors' efforts to ensure the accuracy and completeness of the Schedules and Statements, which in turn will promote efficient administration of the Chapter 11 Cases.

11. Considering the amount of work entailed in completing the Schedules and Statements, combined with the competing demands on the Debtors' employees and professionals

in their efforts to stabilize business operations during the initial postpetition period, including with respect to the Debtors' ongoing marketing and sale process, the Debtors respectfully submit that cause exists to extend the deadlines to complete the Schedules and Statements.  The Debtors have thousands of parties in interest and a complicated inter-Debtor treasury system that must be adapted to fit the format of the Schedules and Statements.  The Debtors have been working diligently to compile all of the information necessary to complete the Schedules and Statements, and expect that the Schedules and Statements will have thousands of entries for multiple items therein.  While the Debtors have nearly completed their data collection, they need a modest extension of time to finalize their organization of the data and entry of it into the Schedules and Statements.  Accordingly, the additional time that the Debtors are permitted to spend preparing the Schedules and Statements will aid the Debtors' efforts to ensure the accuracy and completeness of the Schedules and Statements, and promote the efficient administration of these Chapter 11 Cases.

12.     Based on the above, the Debtors submit that there is good and sufficient cause for granting the requested extension of time.  The Debtors therefore request that the Court further extend the deadline to file Schedules and Statements for an additional fourteen (14) days, without prejudice to the Debtors' right to request further extensions, for cause shown.

## **NOTICE**

13.     Notice of this Motion has been provided to: (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the Committee; (c) counsel to Magnetar Financial LLC, as agent for the prepetition secured lender; and (d) all parties that have filed a notice of appearance and request for service of papers pursuant to Bankruptcy Rule 2002.

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: August 23, 2023

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ S. Alexander Faris*
Joseph Barry (Del. Bar No. 4221)
Ryan M. Bartley (Del. Bar No. 4985)
S. Alexander Faris (Del. Bar No. 6278)
Shella Borovinskaya (Del. Bar No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jbarry@ycst.com
    rbartley@ycst.com
    afaris@ycst.com
    sborovinskaya@ycst.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
P. Bradley O'Neill (admitted *pro hac vice*)
Caroline Gange (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9511
Facsimile: (212) 715-8000
Email: boneill@kramerlevin.com
    cgange@kramerlevin.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*