## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On August 18, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Declaration of Charles K. Smith in Support of the Debtors' Motion for Approval of Bid Procedures** (Docket No. 256)

- **Debtors' Omnibus Reply to Objections to Bidding Procedures and Cash Management Motions: Docket Numbers 11 and 18** (Docket No. 257)

[SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

Furthermore, on August 18, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Order (I) Extending Time to File Schedules and Statements of Financial Affairs and (II) Granting Related Relief** (Docket No. 258)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: August 23, 2023

Gregory A. Lesage

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 23rd day of August 2023, by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

# **Exhibit A**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Securities and Exchange Commission | | 100 F Street NE | | Washington | DC | 20549 |
| Securities and Exchange Commission | Attn:  Regional Director | 200 Vesey St Ste 400 Brookfield Pl | New York Regional Office | New York | NY | 10281-1022 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# **Exhibit B**



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Budget Finance Company | c/o Kogan Law Firm, APC | Attn: Michael S. Kogan | mkogan@koganlawfirm.com |
| Charles County, Maryland | c/o Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | bdept@mrrlaw.net |
| Cobra Ventures, LLC | Attn: Theodore J. Welter, Manager | | tw@welterrealty.com |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Cypress-Fairbanks ISD, Fort Bend County, and Harris County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Fort Bend Co WCID #02 | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Gregg Sadowsky | c/o Cal TD Investments, LLC | | caltdinvestments@gmail.com |
| Jax SFH Properties, LLC | c/o The Law office of James Tobia, LLC | Attn: James Tobia | jtobia@tobialaw.com |
| John Bolich | c/o Kasen & Kasen, P.C. | Attn: Jenny R. Kasen, Esq. | jkasen@kasenlaw.com |
| Magnetar Financial LLC | c/o Richards, Layton & Finger, P.A. | Attn: Russell C. Silberglied, Brendan J. Schlauch, & Emily R. Mathews | silberglied@rlf.com<br>schlauch@rlf.com<br>mathews@rlf.com |
| Magnetar Financial LLC | c/o Royer Cooper Cohen Braunfeld LLC | Attn: Marc E. Hirschfield & Marc Skapof | mhirschfield@rccblaw.com<br>mskapof@rccblaw.com |
| MFA Financial Inc. and related affiliates | c/o Hunton Andrews Kurth LLP | Attn: J.R. Smith & Jennifer E. Wuebker | jrsmith@huntonak.com<br>jwuebker@huntonak.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn:  Joseph F. Cudia | | joseph.cudia@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi & John C. Gentile | jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com |
| Official Committee of Unsecured Creditors | c/o Morrison & Foerster LLP | Attn: Lorenzo Marinuzzi, Benjamin Butterfield, Raff Ferraioli, & Martha E. Martir | lmarinuzzi@mofo.com<br>bbutterfield@mofo.com<br>rferraioli@mofo.com<br>mmartir@mofo.com |
| Pacific Premier Bank | Attn: Anita Saraiya | | asaraiya@ppbi.com |
| Pacific Premier Bank | Attn: Anita Saraiya | | asaraiya@ppbi.com<br>iarruda@live.com |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Landis Rath & Cobb LLP | Attn: Adam G. Landis, Esq., Kimberly A. Brown, Esq. & Howard W. Robertson IV, Esq. | landis@lrclaw.com<br>brown@lrclaw.com<br>robertson@lrclaw.com |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Winston & Strawn LLP | Attn: David Neier, Esq. & James T. Bentley, Esq. | dneier@winston.com<br>jbentley@winston.com |
| Pantheon Capital Advisors, Inc. | c/o Morris James LLP | Attn: Brya M. Keilson, Esq. & Jason Levin, Esq. | bkeilson@morrisjames.com<br>jlevin@morrisjames.com |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 2 of 3

STRETTO

# Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC | c/o Dorsey & Whitney (Delaware LLP) | Attn: Alessandra Glorioso, Esq. | glorioso.alessandra@dorsey.com |
| Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC | c/o Dorsey & Whitney LLP | Attn: Samuel S. Kohn, Esq. & Rachel P. Stoian, Esq. | kohn.sam@dorsey.com<br>stoian.rachel@dorsey.com |
| Sean Banchik | c/o Morris James LLP | Attn: Brya M. Keilson, Esq. & Jason S. Levin, Esq. | bkeilson@morrisjames.com<br>jlevin@morrisjames.com |
| Sean McGuiness | c/o Jack Shrum, P.A. | Attn: "J" Jackson Shrum Esq. | jshrum@jshrumlaw.com |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon, Esquire | | dplon@sirlinlaw.com |
| Small Business Administration | c/o Office of General Counsel | Attn: Robert T. Williamson | robert.williamson@sba.gov |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |
| The Chartwell Law Offices, LLP | c/o Jack Shrum, P.A. | Attn: J Jackson Shrum Esq. | jshrum@jshrumlaw.com |
| The Steven Michael Gerstein Living Trust | Attn: Steven M. Gerstein | | steveg8@hotmail.com |
| Vinay Kudithipudi | c/o Lynn Pinker Hurst & Schwegmann | Attn: Jared D. Eisenberg | jeisenberg@lynnllp.com |
| Wells Fargo Bank, NA | Attn: Lydia Diaconou | | lydia.diconou@wellsfargo.com |
| Wells Fargo Bank, NA | Attn: Lydia Diaconou | | lydia.diconou@wellsfargo.com |
| Welter Realty, LLC | Attn: Theodore J. Welter, Manager | | tw@welterrealty.com |

# **Exhibit C**



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Cobra Ventures, LLC | Attn: Theodore J. Welter, Manager | 550 Latona Road Bld D Suite 400 | | Rochester | NY | 14626 |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 2



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Confidential Creditor | | Address Redacted | | | | |
| Gregg Sadowsky | c/o Cal TD Investments, LLC | 672 Polaris Drive | | Encinitas | CA | 92024 |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Magnetar Financial LLC | c/o Richards, Layton & Finger, P.A. | Attn: Russell C. Silberglied, Brendan J. Schlauch, & Emily R. Mathews | 920 North King Street One Rodney Square | Wilmington | DE | 19801 |
| Magnetar Financial LLC | c/o Royer Cooper Cohen Braunfeld LLC | Attn: Marc E. Hirschfield & Marc Skapof | 1120 Avenue of the Americas, 4th Floor | New York | NY | 10036 |
| MFA Financial Inc. and related affiliates | c/o Hunton Andrews Kurth LLP | Attn: J.R. Smith & Jennifer E. Wuebker | 951 East Byrd Street | Richmond | VA | 23219 |
| Office of the United States Attorney for the District of Delaware | | 1313 N Market Street | | Wilmington | DE | 19801 |
| Office of the United States Trustee for the District of Delaware | Attn:  Joseph F. Cudia | 844 N King St Suite 2207 | | Wilmington | DE | 19801 |
| Securities and Exchange Commission | Attn:  Regional Director | New York Regional Office | 200 Vesey Street, Suite 400 Brookfield Place | New York | NY | 10281-1022 |
| Securities and Exchange Commission | | 100 F Street, NE | | Washington | DC | 20549 |
| Small Business Administration | c/o Office of General Counsel | Attn: Robert T. Williamson | 721 19th Street, Suite 426 | Denver | CO | 80202 |
| State of Delaware | Department of Justice | Carvel State Office Building | 820 N French Street | Wilmington | DE | 19801 |
| The Steven Michael Gerstein Living Trust | Attn: Steven M. Gerstein | 10238 Shadow Branch Drive | | Tampa | FL | 33647 |
| Welter Realty, LLC | Attn: Theodore J. Welter, Manager | 550 Latona Road Bldg D Suite 400 | | Rochester | NY | 14626 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 2 of 2

# Exhibit D



**Exhibit D**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|------|-------------|-------------|-------|
| Budget Finance Company | c/o Kogan Law Firm, APC | Attn: Michael S. Kogan | mkogan@koganlawfirm.com |
| Charles County, Maryland | c/o Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | bdept@mrrlaw.net |
| Cobra Ventures, LLC | Attn: Theodore J. Welter, Manager | | tw@welterrealty.com |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)



**Exhibit D**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Confidential Creditor | | | Address Redacted |
| Cypress-Fairbanks ISD, Fort Bend County, and Harris County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Fort Bend Co WCID #02 | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Gregg Sadowsky | c/o Cal TD Investments, LLC | | caltdinvestments@gmail.com |
| Jax SFH Properties, LLC | c/o The Law office of James Tobia, LLC | Attn: James Tobia | jtobia@tobialaw.com |
| John Bolich | c/o Kasen & Kasen, P.C. | Attn: Jenny R. Kasen, Esq. | jkasen@kasenlaw.com |
| Magnetar Financial LLC | c/o Royer Cooper Cohen Braunfeld LLC | Attn: Marc E. Hirschfield & Marc Skapof | mhirschfield@rccblaw.com<br>mskapof@rccblaw.com |
| Magnetar Financial LLC | c/o Richards, Layton & Finger, P.A. | Attn: Russell C. Silberglied, Brendan J. Schlauch, & Emily R. Mathews | silberglied@rlf.com<br>schlauch@rlf.com<br>mathews@rlf.com |
| MFA Financial Inc. and related affiliates | c/o Hunton Andrews Kurth LLP | Attn: J.R. Smith & Jennifer E. Wuebker | jrsmith@huntonak.com<br>jwuebker@huntonak.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn:  Joseph F. Cudia | | joseph.cudia@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi & John C. Gentile | jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com |
| Official Committee of Unsecured Creditors | c/o Morrison & Foerster LLP | Attn: Lorenzo Marinuzzi, Benjamin Butterfield, Raff Ferraioli, & Martha E. Martir | lmarinuzzi@mofo.com<br>bbutterfield@mofo.com<br>rferraioli@mofo.com<br>mmartir@mofo.com |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Landis Rath & Cobb LLP | Attn: Adam G. Landis, Esq., Kimberly A. Brown, Esq. & Howard W. Robertson IV, Esq. | landis@lrclaw.com<br>brown@lrclaw.com<br>robertson@lrclaw.com |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Winston & Strawn LLP | Attn: David Neier, Esq. & James T. Bentley, Esq. | dneier@winston.com<br>jbentley@winston.com |
| Pantheon Capital Advisors, Inc. | c/o Morris James LLP | Attn: Brya M. Keilson, Esq. & Jason Levin, Esq. | bkeilson@morrisjames.com<br>jlevin@morrisjames.com |
| Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC | c/o Dorsey & Whitney (Delaware LLP) | Attn: Alessandra Glorioso, Esq. | glorioso.alessandra@dorsey.com |
| Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC | c/o Dorsey & Whitney LLP | Attn: Samuel S. Kohn, Esq. & Rachel P. Stoian, Esq. | kohn.sam@dorsey.com<br>stoian.rachel@dorsey.com |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)



**Exhibit D**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Sean Banchik | c/o Morris James LLP | Attn: Brya M. Keilson, Esq. & Jason S. Levin, Esq. | bkeilson@morrisjames.com<br>jlevin@morrisjames.com |
| Sean McGuiness | c/o Jack Shrum, P.A. | Attn: "J" Jackson Shrum Esq. | jshrum@jshrumlaw.com |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon, Esquire | | dplon@sirlinlaw.com |
| Small Business Administration | c/o Office of General Counsel | Attn: Robert T. Williamson | robert.williamson@sba.gov |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |
| The Chartwell Law Offices, LLP | c/o Jack Shrum, P.A. | Attn: J Jackson Shrum Esq. | jshrum@jshrumlaw.com |
| The Steven Michael Gerstein Living Trust | Attn: Steven M. Gerstein | | steveg8@hotmail.com |
| Vinay Kudithipudi | c/o Lynn Pinker Hurst & Schwegmann | Attn: Jared D. Eisenberg | jeisenberg@lynnllp.com |
| Welter Realty, LLC | Attn: Theodore J. Welter, Manager | | tw@welterrealty.com |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)