23-10815 LSS

20 August 2023

Brian Perry
1301 Delaware Ave SW Apt N106
Washington, DC 20024



FILED

2023 AUG 24  AM 10: 20

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Chief U.S. Bankruptcy Court
Judge Laurie Selber Silverstein
824 North Market Street, 6th Floor
Wilmington, DE 19801

Honorable Chief Judge Laurie Seiber Silverstein:

This letter constitutes a request for your assistance to protect my secured loan investments with PeerStreet, Inc. and its affiliated companies with respect to their bankruptcy proceedings. I noticed several individual investors on PeerStreet have written in seeking your support. I would like you to be aware that, as others, I have modified a letter submitted by another investor.

I too am writing with the intention of advocating for both me and the many others impacted by the PeerStreet bankruptcy filing. As an investor with PeerStreet, I invested my funds in real-estate backed loans through their platforms with the understanding that they were secured by the underlying collateral. Given the bankruptcy filing, I am concerned about the preservation of my rights as a secured creditor and the associated impact on my investments.

Please kindly consider the following for the protection of my investments:

1. Preservation of Secured Loan Investments: As a secured creditor, I request the court ensure proper handling and preservation of the underlying collateral associated with my loan investments. Any potential sale or disposition of these assets will be conducted fairly and transparently to maximize recovery for and protect the interests of secured creditors. Secured creditors would receive a higher claim on the available assets in the case of default or bankruptcy.

2. Transparency and clear communication. I respectfully ask that the Court provide regular updates and pertinent information related to bankruptcy proceedings, especially on any required actions I should take as a creditor. Please feel free to contact me directly with any updates or requests for clarification required to ensure protection of funds which I believe were invested conservatively and safely.

Thank you for your consideration.

Respectfully submitted,

-brian perry

bfperry@gmail.com | 202.540.8052

Attached: PeerStreet account statements and secured real estate loan positions for PeerStreet Account Number ███████

 PeerStreet

Brian Perry
1301 Delaware Ave SW N106
Washington DC 20024

| | |
|---|---|
| Statement Date | July 01, 2023 - July 31, 2023 |
| Account Type | Individual |
| Account Number | ████████ |

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| **$4,517.92** | **$0.00** |

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $0.00 | $0.00 | $0.00 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $4,517.92 | $0.00 | $4,517.92 |
| Account Total | $4,517.92 | $0.00 | $4,517.92 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $11.01 |
| Fees [3] | $0.00 | $0.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Total | $0.00 | $11.01 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| Los Gatos, CA Acquisition #3 (Series 1) | 8.000% | 07/05/18 | 07/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Houston, TX Refinance #21 | 8.000% | 09/27/18 | 10/01/19 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Cincinnati, OH Acquisition #8 | 8.000% | 04/12/19 | 04/01/20 | $234.00 | $234.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #84 (Series 8) | 7.250% | 08/20/19 | 01/01/21 | $106.00 | $106.00 | $0.00 | $0.00 |
| Oceanside, NY Cash-Out Refinance | 8.000% | 09/17/19 | 10/01/20 | $133.00 | $133.00 | $0.00 | $0.00 |
| Tallahassee, FL Refinance #3 | 9.000% | 09/17/19 | 12/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Niagara Falls, NY Acquisition #2 | 8.000% | 11/08/19 | 05/01/21 | $457.00 | $457.00 | $0.00 | $0.00 |
| Greenwich, CT Refinance #6 | 8.000% | 01/07/20 | 01/01/21 | $478.00 | $478.00 | $0.00 | $0.00 |
| Philadelphia, PA Acquisition #58 (Series 1) | 14.000% | 05/20/20 | 02/01/21 | $147.00 | $109.92 | $0.00 | $0.00 |
| Total | | | | $4,555.00 | $4,517.92 | $0.00 | $0.00 |

### Pending Investments

None

### Past Investments

None

## Transaction History

No transactions