# **EXHIBIT A**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600     TAX I.D. NO. 51-0082644     (302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial     Writer's E-Mail
(302) 571-6705     jbarry@ycst.com

PeerStreet, Inc.     Invoice Date:     July 24, 2023
2121 Park Pl     Invoice Number:     50044217
Ste 250     Matter Number:     102885.1001
El Segundo, CA 90245

Re: Debtor Representation

**CURRENT INVOICE**

| | |
|---|---|
| Professional Services | $ 79,191.50 |
| Disbursements | $ 1,211.25 |
| Total Due This Invoice | $ 80,402.75 |
| | |
| Remaining Trust Amount | $ 1,164,174.27 |

| | | | | | |
|---|---|---|---|---|---|
| PeerStreet, Inc. | | | Invoice Date: | | July 24, 2023 |
| | | | Invoice Number: | | 50044217 |
| | | | Matter Number: | | 102885.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 06/26/23 | BOLIV | Read and respond to email re timing of filing chapter 11 petitions and first day motions | B001 | 0.10 | 35.50 |
| 06/26/23 | BOLIV | Finalize for filing and coordinate service of all chapter 11 petitions, first day motions and various second day motions | B001 | 3.50 | 1,242.50 |
| 06/27/23 | BOLIV | Read and respond to multiple emails related to first day hearing and distribution parties | B001 | 0.20 | 71.00 |
| 06/27/23 | BOLIV | Emails with YCST team re procedures for first day hearing with respect to interim orders being entered | B001 | 0.20 | 71.00 |
| 06/27/23 | BOLIV | Process all invoices from Bankruptcy and District Court re chapter 11 petitions, pro hacs and sale motion | B001 | 0.20 | 71.00 |
| 06/27/23 | BOLIV | Prepare zip files of all chapter 11 petitions and first day pleadings at the request of the Debtors | B001 | 0.10 | 35.50 |
| 06/27/23 | RBART | Review materials in advance of first day hearing and confer with J. Barry | B001 | 1.40 | 1,246.00 |
| 06/27/23 | SBORO | Revise interim orders for upload at first day hearing | B001 | 1.00 | 505.00 |
| 06/28/23 | BOLIV | Draft notice of interim orders and final hearing for all first day pleadings | B001 | 1.00 | 355.00 |
| 06/28/23 | BOLIV | Download affidavits of service | B001 | 0.10 | 35.50 |
| 06/28/23 | SBORO | Review and revise WIP list | B001 | 0.20 | 101.00 |
| 06/29/23 | BOLIV | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 35.50 |
| 06/29/23 | BOLIV | Finalize for filing and coordinate service of omnibus notice of interim orders and final hearing | B001 | 0.30 | 106.50 |
| 06/29/23 | BOLIV | Circulate the transcript from June 28, 2023 hearing | B001 | 0.10 | 35.50 |
| 06/29/23 | BOLIV | Finalize draft notice of interim order and final hearing for day motions | B001 | 0.30 | 106.50 |
| 06/29/23 | DLASK | Assist in preparation of critical dates memorandum | B001 | 0.40 | 146.00 |
| 06/29/23 | SBORO | Review and revise notices re: bidding procedures and omnibus notice | B001 | 0.40 | 202.00 |

| PeerStreet, Inc. | | | Invoice Date:<br>Invoice Number:<br>Matter Number: | | July 24, 2023<br>50044217<br>102885.1001 |
|---|---|---|---|---|---|
| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
| 06/30/23 | BOLIV | Draft critical dates | B001 | 3.00 | 1,065.00 |
| 06/27/23 | BOLIV | Prepare first day hearing binders for June 28, 2023 in person hearing | B002 | 0.90 | 319.50 |
| 06/27/23 | BOLIV | Finalize draft combined notice of first day hearing and agenda for June 18, 2023 | B002 | 0.40 | 142.00 |
| 06/27/23 | BOLIV | Finalize for filing and coordinate service of combined notice of first day hearing and agenda for June 28, 2023 | B002 | 0.30 | 106.50 |
| 06/27/23 | BOLIV | Prepare e-binder and hard copy binder of chapter 11 petitions and first day pleadings for Judge Silverstein | B002 | 1.00 | 355.00 |
| 06/27/23 | BOLIV | Assist in preparation of blacklines of interim orders for first day hearing | B002 | 0.10 | 35.50 |
| 06/27/23 | BOLIV | Register parties for first day hearing on June 28, 2023 | B002 | 0.20 | 71.00 |
| 06/27/23 | JBARR | Work with chambers re: first day hearing and related (.2); work with B. Oliviere re: same (.2); work with S. Borovinskaya re: same (.2); working group emails re: first day hearing (.4) | B002 | 1.00 | 1,070.00 |
| 06/27/23 | JBARR | Prepare for hearing re: company presentation, cash collateral and cash management (2.5); calls with D. Dunn re: same (.5); call with B. O'Neill re: same (.3); meetings with R. Bartley re: same (multiple) (.9); voluminous working group emails re: same (1.1); call with E. Coleman and B. Chi re: same (.7); draft hearing presentations re: company overview, cash management and cash collateral (3.5) | B002 | 9.50 | 10,165.00 |
| 06/27/23 | SBORO | Call with Province re: preparation for first day hearing | B002 | 0.40 | 202.00 |
| 06/27/23 | SBORO | Prepare for first day hearing | B002 | 2.10 | 1,060.50 |
| 06/28/23 | BOLIV | Assist in preparation of hearing materials for first day hearing | B002 | 2.30 | 816.50 |
| 06/28/23 | BOLIV | Upload all first day orders at the request of chambers | B002 | 0.30 | 106.50 |
| 06/28/23 | DAGBL | Attend First Day Hearing | B002 | 2.40 | 960.00 |
| 06/28/23 | JBARR | Review press coverage of hearing results | B002 | 0.20 | 214.00 |
| 06/28/23 | JBARR | Extensive preparation for and attending first day hearing | B002 | 9.70 | 10,379.00 |

PeerStreet, Inc.

| | | Invoice Date: | July 24, 2023 |
| --- | --- | --- | --- |
| | | Invoice Number: | 50044217 |
| | | Matter Number: | 102885.1001 |

| Date | Initials | Description | Task | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 06/28/23 | RBART | Meet with J. Barry and client to prep for hearing (1.8); rep debtors at hearing (1.7) | B002 | 3.30 | 2,937.00 |
| 06/28/23 | SBORO | Prepare for first day hearing | B002 | 1.00 | 505.00 |
| 06/28/23 | SBORO | Review all interim orders and revise, compile, and blackline each for first day hearing | B002 | 2.00 | 1,010.00 |
| 06/28/23 | SBORO | Attend and participate in first day hearing | B002 | 2.40 | 1,212.00 |
| 06/28/23 | SBORO | Email correspondence with court re: second day hearing | B002 | 0.10 | 50.50 |
| 06/27/23 | DAGBL | Update cash collateral order | B003 | 1.20 | 480.00 |
| 06/28/23 | BOLIV | Upload revised interim cash collateral order and monitor docket for incoming interim orders; upload same; provide E. Coleman with wage order and cash management order | B003 | 1.40 | 497.00 |
| 06/28/23 | DAGBL | Revise CCO re: Judge Silverstein's directions | B003 | 1.00 | 400.00 |
| 06/30/23 | JBARR | Emails with client re: Magnetar debt | B003 | 0.20 | 214.00 |
| 06/27/23 | BOLIV | Finalize for filing and coordinate service of motion to redact confidential information | B004 | 0.40 | 142.00 |
| 06/27/23 | JBARR | Work with S. Borovinskaya to finalize motion re: creditor information | B004 | 0.50 | 535.00 |
| 06/27/23 | SBORO | Unredact creditor matrix and top 20 and send to UST | B004 | 0.40 | 202.00 |
| 06/27/23 | SBORO | Review redaction motion and draft notice re: same | B004 | 0.50 | 252.50 |
| 06/28/23 | RBART | Correspondence with E. Coleman re: Bank accounts status | B004 | 0.20 | 178.00 |
| 06/29/23 | JBARR | Work with UST and client re: 341 and IDI | B004 | 0.30 | 321.00 |
| 06/30/23 | BOLIV | Draft notice of commencement | B004 | 1.00 | 355.00 |
| 06/30/23 | BOLIV | Revise notice of commencement | B004 | 0.20 | 71.00 |
| 06/30/23 | DAGBL | Draft Motion to Extend Schedules/SOFA | B004 | 0.80 | 320.00 |
| 06/30/23 | DAGBL | Update Motion to Extend Schedules & SOFAs | B004 | 0.30 | 120.00 |
| 06/30/23 | JBARR | Work to finalize issues re: 341, IDI, notice re: same and related | B004 | 0.50 | 535.00 |

PeerStreet, Inc.                                                Invoice Date:        July 24, 2023
                                                                Invoice Number:        50044217
                                                                Matter Number:        102885.1001

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 06/30/23 | JBARR | Working group emails re: SOFAs and Schedules | B004 | 0.40 | 428.00 |
| 06/30/23 | RBART | Correspondence with YCST team re: schedules and SOFA timing/extension | B004 | 0.10 | 89.00 |
| 06/30/23 | SBORO | Review and revise notice of commencement and email to Stretto re: same | B004 | 0.20 | 101.00 |
| 06/30/23 | SBORO | Call with T. McClaren re: SOFA/schedules | B004 | 0.40 | 202.00 |
| 06/26/23 | JDUDA | Call with J. Barry regarding NDA | B006 | 0.10 | 77.50 |
| 06/27/23 | BOLIV | Finalize for filing and coordinate service of bid procedures - sale motion | B006 | 0.70 | 248.50 |
| 06/27/23 | JBARR | Review draft bidding procedures motion, order, bidding procedures, notice, etc. and review final version from S. Borovinskaya for filing (1.1); work with S. Borovinskaya to finalize same (.2) | B006 | 1.30 | 1,391.00 |
| 06/27/23 | JBARR | Emails to/from Piper Sandler re: sale process (.5); work with J. Duda re: NDA for sale process (.2) | B006 | 0.70 | 749.00 |
| 06/27/23 | JDUDA | Edit NDA | B006 | 1.20 | 930.00 |
| 06/27/23 | SBORO | Review and revise bidding procedure documents and send to B. Olivere to file | B006 | 1.00 | 505.00 |
| 06/28/23 | BOLIV | Forward as entered employee wage and cash management interim orders to E. Coleman at Peer Street | B006 | 0.10 | 35.50 |
| 06/28/23 | JBARR | YCST working group emails re: preparation for second day hearing (including bid procedures) and related filings | B006 | 0.30 | 321.00 |
| 06/29/23 | BOLIV | Draft notice of hearing re bid procedures | B006 | 0.70 | 248.50 |
| 06/29/23 | BOLIV | Finalize for filing and coordinate service of notice of bid procedures order | B006 | 0.30 | 106.50 |
| 06/29/23 | JBARR | Call with E. Diamond re: sale process and related | B006 | 0.40 | 428.00 |
| 06/29/23 | JBARR | Research issues re: FBO accounts (1.2); YCST working group emails re: same (.5); meeting with YCST team re: same (.4) | B006 | 2.10 | 2,247.00 |
| 06/29/23 | SBORO | Discuss FBO issues with YCST team | B006 | 1.00 | 505.00 |
| 06/30/23 | BOLIV | Call with S. Borovinskaya re critical dates re bid deadlines | B006 | 0.20 | 71.00 |

| | | | | | |
|---|---|---|---|---|---|
| PeerStreet, Inc. | | | Invoice Date: | | July 24, 2023 |
| | | | Invoice Number: | | 50044217 |
| | | | Matter Number: | | 102885.1001 |

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Task</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 06/30/23 | JBARR | Attention to sale process issues including inbound inquiries and numerous NDA issues | B006 | 1.00 | 1,070.00 |
| 06/30/23 | JBARR | Review sale tracker and emails with Piper re: same (.2); call with M. Hirschfileld re: same and related (.2) | B006 | 0.40 | 428.00 |
| 06/30/23 | JBARR | Review and respond to voluminous correspondence from Winston & Strawn (including strategy re: same) (.4); calls to/from D. Dunn and B. O'Neill re: same (.5); follow up call with advisory teams re: next steps and related (.5) | B006 | 1.30 | 1,391.00 |
| 06/30/23 | KNORT | Email from Joe Barry re assistance on review of NDA markups (.1); Responding accordingly (.1); Further emails re the same with J. Barry and S. Borovinskaya and responding accordingly (.2); Teleconference with S. Borovinskaya re the same (.1); Revising NDA drafts (2.0) | B006 | 2.50 | 1,312.50 |
| 06/30/23 | SBORO | Call with K. Norton re: NDAs | B006 | 0.20 | 101.00 |
| 06/27/23 | JBARR | Prepare for and attend calls (x2) with Winston re: filing (.9); follow up calls with B. O'Neil and D. Dunn (x2) (.5); emails to/from Winston re: reservation of rights (.4) | B007 | 1.80 | 1,926.00 |
| 06/26/23 | BOLIV | Team call re redacted creditor matrix, top 20 for petition packages and anticipated timing of filing of chapter 11 petitions | B008 | 0.30 | 106.50 |
| 06/27/23 | DAGBL | Call with Paul Weiss re: Piper Sandler EL | B008 | 0.30 | 120.00 |
| 06/27/23 | DAGBL | Call with advisors re: Colchis proposal | B008 | 0.30 | 120.00 |
| 06/28/23 | JBARR | Meeting with R. Bartley re: hearing outcome | B008 | 0.30 | 321.00 |
| 06/29/23 | DAGBL | Attend meeting with J.Barry, S.Borovinskaya, and R.Sharp re: FBO issues | B008 | 0.80 | 320.00 |
| 06/29/23 | DAGBL | Phone call with YCST team, Province team, and Peer Street re: first day follow up and second day motions | B008 | 1.10 | 440.00 |
| 06/29/23 | JBARR | Prepare for and attend weekly call with client (.8); follow up call with B. O'Neill (.3); follow up call with D. Dunn (.3) | B008 | 1.40 | 1,498.00 |
| 06/29/23 | RBART | Client/advisor update call | B008 | 0.90 | 801.00 |

PeerStreet, Inc.

| | | Invoice Date: | July 24, 2023 |
|---|---|---|---|
| | | Invoice Number: | 50044217 |
| | | Matter Number: | 102885.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 06/29/23 | SBORO | Call with Province and company re: second day motions and steps | B008 | 0.90 | 454.50 |
| 06/30/23 | DAGBL | Follow-Up Call with advisors re: filing | B008 | 0.70 | 280.00 |
| 06/30/23 | JBARR | Prepare for and attend call with Mayer Brown re: UCC issues and related emails | B008 | 0.70 | 749.00 |
| 06/30/23 | JBARR | Prepare for and attend standing advisor call | B008 | 0.50 | 535.00 |
| 06/30/23 | RBART | Call with advisors re case strategy and work streams | B008 | 0.80 | 712.00 |
| 06/30/23 | SBORO | Call with Kramer and Province re: open work streams | B008 | 0.90 | 454.50 |
| 06/27/23 | JBARR | Work with YCS&T and Province team re: creditor communications | B013 | 0.40 | 428.00 |
| 06/28/23 | JBARR | Field incoming creditor inquiries | B013 | 0.30 | 321.00 |
| 06/28/23 | JBARR | Voluminous working group emails re: creditor communications | B013 | 1.10 | 1,177.00 |
| 06/28/23 | RBART | Review and comment on case FAQs (.2) and related correspondence with advisor and client group (.3) and call with D. Dunn (.1) | B013 | 0.60 | 534.00 |
| 06/29/23 | JBARR | Review and work with client, Province and YCS&T teams re: creditor inquiries and related communications | B013 | 0.60 | 642.00 |
| 06/29/23 | RBART | Review/comment on FAQs | B013 | 0.60 | 534.00 |
| 06/30/23 | BOLIV | Emails with working group and P. Kee re establishing a dedicated phone line for the commencement notice | B013 | 0.50 | 177.50 |
| 06/30/23 | JBARR | Attention to investor communications | B013 | 0.90 | 963.00 |
| 06/27/23 | SBORO | Review treatment of claims under 507(b) | B015 | 0.40 | 202.00 |
| 06/29/23 | RBART | Correspondence from E. Coleman and call with S. Borovinskaya re: KERP | B015 | 0.20 | 178.00 |
| 06/27/23 | RBART | Call with M. Thomas re: Piper retention (.3) and follow up with Paul Weiss (.4) | B017 | 0.70 | 623.00 |
| 06/27/23 | SBORO | Call with Paul Weiss re: Piper engagement | B017 | 0.40 | 202.00 |
| 06/28/23 | DAGBL | Draft YCST Retention | B017 | 2.70 | 1,080.00 |
| 06/28/23 | DAGBL | Update draft YCST App | B017 | 2.60 | 1,040.00 |

PeerStreet, Inc.  
Invoice Date: July 24, 2023  
Invoice Number: 50044217  
Matter Number: 102885.1001

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 06/28/23 | JBARR | Review and comment on Kramer retention application | B017 | 0.30 | 321.00 |
| 06/28/23 | RBART | Call with S. Harnett re: Piper EL (.1); provide update to client (.1) and review and consider Piper proposal (.2) | B017 | 0.40 | 356.00 |
| 06/28/23 | RBART | Call with Burr Forman re: OCP retention | B017 | 0.10 | 89.00 |
| 06/29/23 | DAGBL | Draft OCP Motion | B017 | 1.00 | 400.00 |
| 06/29/23 | DAGBL | Email K. Paranczak re: YCST Retention | B017 | 0.20 | 80.00 |
| 06/29/23 | DAGBL | Draft Interim Comp | B017 | 1.50 | 600.00 |
| 06/29/23 | DAGBL | Draft OCP Motion | B017 | 0.30 | 120.00 |
| 06/29/23 | DAGBL | Revise YCST Retention | B017 | 2.10 | 840.00 |
| 06/29/23 | JBARR | Work with YCST team re: various professional retention issues and related motions | B017 | 0.50 | 535.00 |
| 06/29/23 | RBART | Correspondence with advisors and management re: Piper fee | B017 | 0.40 | 356.00 |
| 06/29/23 | RBART | Outline proposed EL amendment (.4), and comms to client and Piper (.4); review and comment on retention APP (.5) | B017 | 1.30 | 1,157.00 |
| 06/30/23 | DAGBL | Revise Piper Retention | B017 | 0.30 | 120.00 |
| 06/30/23 | DAGBL | Draft and revise Piper Sandler retention app | B017 | 2.00 | 800.00 |
| 06/30/23 | RBART | Review and comment on Piper retention application (.3); correspondence with BOD and Piper re: engagement terms (__) | B017 | 0.60 | 534.00 |
| 06/30/23 | RBART | Correspondence with YCST and client teams (.4) and review motion (.5) re OCPs | B017 | 0.90 | 801.00 |
| 06/30/23 | SBORO | Call with Province re: OCP caps | B017 | 0.20 | 101.00 |
| 06/30/23 | SBORO | Discuss OCP with Burr Foreman | B017 | 0.10 | 50.50 |
| 06/27/23 | DAGBL | Revise interim comp motion | B160 | 0.50 | 200.00 |
| | | | Total | 114.10 | $79,191.50 |

| PeerStreet, Inc. | | Invoice Date: | July 24, 2023 |
| --- | --- | --- | --- |
| | | Invoice Number: | 50044217 |
| | | Matter Number: | 102885.1001 |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
| --- | ---: | ---: | ---: |
| Beth A. Olivere | 20.50 | 355.00 | 7,277.50 |
| Debbie Laskin | 0.40 | 365.00 | 146.00 |
| Delali H. Agblevor | 22.10 | 400.00 | 8,840.00 |
| Joseph M. Barry | 38.60 | 1,070.00 | 41,302.00 |
| Justin P. Duda | 1.30 | 775.00 | 1,007.50 |
| Kenneth L. Norton | 2.50 | 525.00 | 1,312.50 |
| Ryan M. Bartley | 12.50 | 890.00 | 11,125.00 |
| Shella Borovinskaya | 16.20 | 505.00 | 8,181.00 |
| **Total** | **114.10** | | **$79,191.50** |

PeerStreet, Inc.                                      Invoice Date:            July 24, 2023
                                                      Invoice Number:              50044217
                                                      Matter Number:             102885.1001

**Task Summary**

**Task Code:B000**           **Prepetition**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Beth A. Olivere | Paralegal | 0.10 | 355.00 | 35.50 |
| **Total** | | **0.10** | | **35.50** |

**Task Code:B001**           **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Ryan M. Bartley | Partner | 1.40 | 890.00 | 1,246.00 |
| Shella Borovinskaya | Associate | 1.60 | 505.00 | 808.00 |
| Beth A. Olivere | Paralegal | 9.10 | 355.00 | 3,230.50 |
| Debbie Laskin | Paralegal | 0.40 | 365.00 | 146.00 |
| **Total** | | **12.50** | | **5,430.50** |

**Task Code:B002**           **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Joseph M. Barry | Partner | 20.40 | 1,070.00 | 21,828.00 |
| Ryan M. Bartley | Partner | 3.30 | 890.00 | 2,937.00 |
| Delali H. Agblevor | Associate | 2.40 | 400.00 | 960.00 |
| Shella Borovinskaya | Associate | 8.00 | 505.00 | 4,040.00 |
| Beth A. Olivere | Paralegal | 5.50 | 355.00 | 1,952.50 |
| **Total** | | **39.60** | | **31,717.50** |

**Task Code:B003**           **Cash Collateral/DIP Financing**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Joseph M. Barry | Partner | 0.20 | 1,070.00 | 214.00 |
| Delali H. Agblevor | Associate | 2.20 | 400.00 | 880.00 |
| Beth A. Olivere | Paralegal | 1.40 | 355.00 | 497.00 |
| **Total** | | **3.80** | | **1,591.00** |

**Task Code:B004**           **Schedules & Statements, U.S. Trustee Reports**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Joseph M. Barry | Partner | 1.70 | 1,070.00 | 1,819.00 |
| Ryan M. Bartley | Partner | 0.30 | 890.00 | 267.00 |
| Delali H. Agblevor | Associate | 1.10 | 400.00 | 440.00 |
| Shella Borovinskaya | Associate | 1.50 | 505.00 | 757.50 |
| Beth A. Olivere | Paralegal | 1.60 | 355.00 | 568.00 |
| **Total** | | **6.20** | | **3,851.50** |

**Task Code:B006**           **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|

| PeerStreet, Inc. | | | Invoice Date: | July 24, 2023 |
| --- | --- | --- | --- | --- |
| | | | Invoice Number: | 50044217 |
| | | | Matter Number: | 102885.1001 |

**Task Code:B006**     **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Joseph M. Barry | Partner | 7.50 | 1,070.00 | 8,025.00 |
| Justin P. Duda | Partner | 1.30 | 775.00 | 1,007.50 |
| Kenneth L. Norton | Associate | 2.50 | 525.00 | 1,312.50 |
| Shella Borovinskaya | Associate | 2.20 | 505.00 | 1,111.00 |
| Beth A. Olivere | Paralegal | 2.00 | 355.00 | 710.00 |
| **Total** | | **15.50** | | **12,166.00** |

**Task Code:B007**     **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Joseph M. Barry | Partner | 1.80 | 1,070.00 | 1,926.00 |
| **Total** | | **1.80** | | **1,926.00** |

**Task Code:B008**     **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Joseph M. Barry | Partner | 2.90 | 1,070.00 | 3,103.00 |
| Ryan M. Bartley | Partner | 1.70 | 890.00 | 1,513.00 |
| Delali H. Agblevor | Associate | 3.20 | 400.00 | 1,280.00 |
| Shella Borovinskaya | Associate | 1.80 | 505.00 | 909.00 |
| Beth A. Olivere | Paralegal | 0.30 | 355.00 | 106.50 |
| **Total** | | **9.90** | | **6,911.50** |

**Task Code:B013**     **Creditor Inquiries**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Joseph M. Barry | Partner | 3.30 | 1,070.00 | 3,531.00 |
| Ryan M. Bartley | Partner | 1.20 | 890.00 | 1,068.00 |
| Beth A. Olivere | Paralegal | 0.50 | 355.00 | 177.50 |
| **Total** | | **5.00** | | **4,776.50** |

**Task Code:B015**     **Employee Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Ryan M. Bartley | Partner | 0.20 | 890.00 | 178.00 |
| Shella Borovinskaya | Associate | 0.40 | 505.00 | 202.00 |
| **Total** | | **0.60** | | **380.00** |

**Task Code:B017**     **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Joseph M. Barry | Partner | 0.80 | 1,070.00 | 856.00 |
| Ryan M. Bartley | Partner | 4.40 | 890.00 | 3,916.00 |
| Delali H. Agblevor | Associate | 12.70 | 400.00 | 5,080.00 |
| Shella Borovinskaya | Associate | 0.70 | 505.00 | 353.50 |

| PeerStreet, Inc. | | Invoice Date: | July 24, 2023 |
| --- | --- | --- | --- |
| | | Invoice Number: | 50044217 |
| | | Matter Number: | 102885.1001 |

**Task Code: B017**   **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| **Total** | | **18.60** | | **10,205.50** |

**Task Code: B160**   **Fee Employment Application**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Delali H. Agblevor | Associate | 0.50 | 400.00 | 200.00 |
| **Total** | | **0.50** | | **200.00** |