# **<u>EXHIBIT B</u>**

| PeerStreet, Inc. | | Invoice Date: | July 24, 2023 |
|---|---|---|---|
| | | Invoice Number: | 50044217 |
| | | Matter Number: | 102885.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 06/20/23 | Computerized Legal Research Westlaw Search by: BOROVINSKAYA,SHELLA | 8.00 | 14.68 |
| 06/20/23 | Computerized Legal Research Westlaw Search by: AGBLEVOR,DELALI H | 10.00 | 18.35 |
| 06/20/23 | Computerized Legal Research Westlaw Search by: BARRY,JOSEPH M | 12.00 | 22.02 |
| 06/26/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/26/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/26/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/26/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/26/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/27/23 | Color Photocopy Charges Duplication Color | 45.00 | 36.00 |
| 06/27/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/27/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/27/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/27/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/27/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/27/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/27/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 06/27/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/27/23 | Parcels, Inc. - YCST Judge Selber Silverstein's Courtroom 1029345 | 1.00 | 30.00 |
| 06/27/23 | Parcels, Inc. - YCST Judge Selber Silverstein's Courtroom 1029341 | 1.00 | 30.00 |
| 06/27/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/27/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/27/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/27/23 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 06/27/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/27/23 | Color Photocopy Charges Duplication Color | 5.00 | 4.00 |
| 06/27/23 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 06/27/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/27/23 | Color Photocopy Charges Duplication Color | 145.00 | 116.00 |
| 06/27/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/27/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/27/23 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 06/27/23 | Color Photocopy Charges Duplication Color | 5.00 | 4.00 |
| 06/27/23 | Docket Retrieval / Search | 1.00 | 0.10 |

| | | | |
|---|---|---|---|
| PeerStreet, Inc. | | Invoice Date: | July 24, 2023 |
| | | Invoice Number: | 50044217 |
| | | Matter Number: | 102885.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 06/27/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/27/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 06/27/23 | Photocopy Charges Duplication BW | 28.00 | 2.80 |
| 06/27/23 | Photocopy Charges Duplication BW | 140.00 | 14.00 |
| 06/27/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/27/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/27/23 | Photocopy Charges Duplication BW | 40.00 | 4.00 |
| 06/27/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/27/23 | Photocopy Charges Duplication BW | 28.00 | 2.80 |
| 06/27/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/27/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/27/23 | Photocopy Charges Duplication BW | 2,187.00 | 218.70 |
| 06/27/23 | Color Photocopy Charges Duplication Color | 70.00 | 56.00 |
| 06/27/23 | Photocopy Charges Duplication BW | 670.00 | 67.00 |
| 06/27/23 | Photocopy Charges Duplication BW | 29.00 | 2.90 |
| 06/28/23 | Photocopy Charges Duplication BW | 30.00 | 3.00 |
| 06/28/23 | Color Photocopy Charges Duplication Color | 6.00 | 4.80 |
| 06/28/23 | Color Photocopy Charges Duplication Color | 5.00 | 4.00 |
| 06/28/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/28/23 | Color Photocopy Charges Duplication Color | 145.00 | 116.00 |
| 06/28/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/28/23 | Color Photocopy Charges Duplication Color | 29.00 | 23.20 |
| 06/28/23 | Color Photocopy Charges Duplication Color | 29.00 | 23.20 |
| 06/28/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/28/23 | Color Photocopy Charges Duplication Color | 8.00 | 6.40 |
| 06/28/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/28/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/28/23 | Color Photocopy Charges Duplication Color | 9.00 | 7.20 |
| 06/28/23 | Color Photocopy Charges Duplication Color | 10.00 | 8.00 |
| 06/28/23 | Color Photocopy Charges Duplication Color | 40.00 | 32.00 |
| 06/28/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 06/28/23 | Color Photocopy Charges Duplication Color | 10.00 | 8.00 |
| 06/28/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/28/23 | Color Photocopy Charges Duplication Color | 10.00 | 8.00 |
| 06/28/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/28/23 | Color Photocopy Charges Duplication Color | 290.00 | 232.00 |
| 06/28/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/28/23 | Color Photocopy Charges Duplication Color | 80.00 | 64.00 |
| 06/28/23 | Color Photocopy Charges Duplication Color | 10.00 | 8.00 |

| PeerStreet, Inc. | | Invoice Date: | July 24, 2023 |
|---|---|---|---|
| | | Invoice Number: | 50044217 |
| | | Matter Number: | 102885.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 06/29/23 | Photocopy Charges Duplication BW | 1.00 | 0.10 |
| 06/29/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 06/29/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/29/23 | Color Photocopy Charges Duplication Color | 6.00 | 4.80 |
| 06/29/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/29/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| | **Total** | | **$1,211.25** |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Computerized Legal Research -WESTLAW | 55.05 |
| Delivery / Courier | 60.00 |
| Docket Retrieval / Search | 11.60 |
| Reproduction Charges | 1,084.60 |
| **Total** | **$1,211.25** |