IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Peer Street, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS)<br><br>(Jointly Administered) |

**ORDER APPROVING STIPULATION**
**SETTING BRIEFING SCHEDULE**

Upon the Certification of Counsel filed by the Debtors; and upon review of such certification and the Parties' and Committee's *Stipulation Setting Briefing Schedule* attached hereto as **Exhibit A** (the "**Stipulation**"); and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved.

2. The Debtors shall file and serve their reply to the Objection on or before August 17, 2023.

3. The Committee shall file and serve their reply to the Objection on or before August 21, 2023.

4. The Pacific Creditors shall file and serve their sur-reply on or before August 28, 2023.

*[Signature]*

**Dated: August 24th, 2023**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

30644571.6