**Exhibit A**

**Stipulation**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |

## STIPULATION SETTING BRIEFING SCHEDULE

This stipulation (the "**Stipulation**") is entered into by and among the above captioned debtors and debtors in possession (the "**Debtors**"), Pacific Funding Trust 1002 and Pacific RBLF Funding Trust (the "**Pacific Creditors**" and, together with the Debtors, the "**Parties**"), and the Official Committee of Unsecured Creditors (the "**Committee**") by and through their undersigned counsel.

## RECITALS

WHEREAS, on June 26, 2023 (the "**Petition Date**"), the Debtors commenced the above captioned chapter 11 cases;

WHEREAS, on the Petition Date, the Debtors filed the *Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 345, 363, 364, 503(b), 1107(a) and 1108 of the Bankruptcy Code, Bankruptcy Rule 2015, and Local Rule 2015-2, (A) Authorizing and Approving Continued Use of Cash Management System, (B) Authorizing Use of Prepetition Bank Accounts and Businessforms, (C) Authorizing Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Granting Administrative Expense Status for Postpetition*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

*Intercompany Claims and Intercompany Loans, (D) Waiving the Requirements of Section 345(b) on an Interim Basis, and (E) Granting Certain Related Relief* (the "**Cash Management Motion**") [D.I. 11];

WHEREAS, on June 27, 2023, the Debtors filed the *Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (II) Approving Certain Bid Procedures, and the Form and Manner of Notice Thereof, and (III) Granting Related Relief; and (B) an Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, and (III) Granting Related Relief* (the "**Bid Procedures Motion**") [D.I. 18];

WHEREAS, on August 2, 2023, the Pacific Creditors timely filed the *Omnibus Objection of Pacific Funding Trust 1002 and Pacific RBLF Funding Trust to the Motions of the Debtors to (A) Approve a Sale of the Debtors' Assets and Bid Procedures and (B) Approve Cash Management and Related Relief* (the "**Objection**") on August 2, 2023 [D.I. 169];

WHEREAS, the Parties and the Committee have conferred with respect to the briefing schedule concerning the Objection.

NOW, THEREFORE, SUBJECT TO APPROVAL OF THE COURT, IT IS HEREBY STIPULATED AND AGREED THAT:

1. The Debtors shall file and serve their reply to the Objection on or before August 17, 2023.

2. The Committee shall file and serve their reply to the Objection on or before August 21, 2023.

30644571.6

3

3. The Pacific Creditors shall file and serve their sur-reply on or before August 28, 2023.

4. The Parties and the Committee, by and through their undersigned counsel, each represent and warrant that the undersigned is fully authorized and empowered to execute and deliver this Stipulation on behalf of, and to bind, each Party, as applicable, to the terms and conditions of this Stipulation.

5. The United States Bankruptcy Court for the District of Delaware shall have and retain jurisdiction to resolve any disputes or controversies arising from, in connection with, or related to this Stipulation.

30644571.6

Dated: August 15, 2023

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |

*/s/ S. Alexander Faris*
Joseph Barry (Del. Bar No. 4221)
Ryan M. Bartley (Del. Bar No. 4985)
S. Alexander Faris (Del. Bar No. 6278)
Shella Borovinskaya (Del. Bar No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jbarry@ycst.com
rbartley@ycst.com
afaris@ycst.com
sborovinskaya@ycst.com

*Co-Counsel to the Debtors and Debtors in Possession*

P. Bradley O'Neill (admitted *pro hac vice*)
Caroline Gange (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9511
Facsimile: (212) 715-8000
Email: boneill@kramerlevin.com
cgange@kramerlevin.com

*Co-Counsel to the Debtors and Debtors in Possession*

**LANDIS RATH & COBB LLP**

*/s/ Howard Robertson*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Howard W. Robertson IV (No. 6903)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
brown@lrclaw.com
robertson@lrclaw.com

*Co-Counsel to the Pacific Creditors*

**WINSTON & STRAWN LLP**

David Neier (admitted *pro hac vice*)
James T. Bentley (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: dneier@winston.com
jbentley@winston.com

*Co-Counsel to the Pacific Creditors*

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ John C. Gentile*
Jennifer R. Hoover (DE No. 5111)
Kevin M. Capuzzi (DE No. 5462)
John C. Gentile (DE No. 6159)
1313 North Market Street, Suite 1201

**MORRISON & FOERSTER LLP**

Lorenzo Marinuzzi (admitted *pro hac vice*)
Benjamin Butterfield (admitted *pro hac vice*)
Raff Ferraioli (admitted *pro hac vice*)
250 West 55th Street
New York, NY 10019-9601

2

|  |  |
|---|---|
| Wilmington, DE 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>Email: jhoover@beneschlaw.com<br>       kcapuzzi@beneschlaw.com<br>       jgentile@beneschlaw.com<br><br>*Proposed Co-Counsel to the Official Committee of Unsecured Creditors* | Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>Email: lmarinuzzi@mofo.com<br>       bbutterfield@mofo.com<br>       rferraioli@mofo.com<br><br>*Proposed Co-Counsel to the Official Committee of Unsecured Creditors* |

30644571.6