

FILED
2023 AUG 25 AM 9:05
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Chief Judge Laurie Selber Silberstein

U.S. Bankruptcy Court

824 North Market Street, 6th Floor

Wilmington, DE 19801

RE: Case 23-10815 (PeerStreet bankruptcy)

Honorable Chief Judge Laurie Selber Silberstein:

I am writing to request your assistance in protecting my loan investments in the PeerStreet bankruptcy case. I am not a legal professional.

I have invested in PeerStreet for six years, typically making small conservative individual investments of $1000 to diversify risk. Those investments were made with the understanding that they are secured by real estate property, per https://www.peerstreet.com/blog/peerstreets-take-on-todays-title-iii-ruling which states: "At PeerStreet, we are 100% focused on real estate debt, primarily offering first-lien positions through the platform. Loans are short-term, underwritten at an LTV of 75% or less and are secured by both residential and commercial properties. " (screenshot included).

I now understand that PeerStreet is making the argument that the loans are not really secured. Per filing DEBTORS' OMNIBUS REPLY TO OBJECTIONS TO BIDDING PROCEDURES AND CASH MANAGEMENT MOTIONS: DOCKET NUMBERS 11 AND 18 , they've set up complicated structure between their various entities, opaque to small investors like myself, that would give PeerStreet more freedom over these loans.

Regardless of whether the loans are secured or unsecured, PeerStreet should not be allowed to sell them because it's contrary to the claims they make on their web site, and would lead to massive unnecessary loss of principal for retail investors.

The main reason I felt comfortable investing with PeerStreet was this statement on their web page https://info.peerstreet.com/faqs/what-investor-protections-does-peerstreet-have-in-place/:
"Investments in loans are held in a bankruptcy-remote entity that is separate from our primary corporate entity. In the unlikely event PeerStreet no longer remains in business, a third-party "special member" will step in to **manage pending loan investments** and ensure that investors **continue to receive interest and principal payments**. " (screenshot attached)
Without this claim, I would have never used this platform for investing in real estate. This statement assured me that my investments were backed by actual, physical real-estate and completely separate

from the fintech business of PeerStreet. This is also the reason other investors felt comfortable investing their life savings and retirement accounts with PeerStreet. If PeerStreet is allowed to sell the loans, all of us would feel misled by their broken promise.

We were led to believe that we are exposed to the risk of real estate market crash, but not the risk of PeerStreet failure. If I knew that PeerStreet would try to sell our loans in the case of bankruptsy, I and probably many other retail investors would not consider investing with PeerStreet.

Please note that the same web page says that "from the time funds are received in an investor account until an investment closes (but not while funds are invested), investor funds are held in an Investors Trust Account with Wells Fargo and FDIC insurance of up to $250,000." This made investors believe they are insured against PeerStreet failure. Therefore I believe such funds should be released to investors immediately.

Please consider the fact that these loans had the potential returns of real estate investments, in my case about 5-6% per year. I did not invest in a fintech business, I did not have the opportunity to profit from the success of this business, and it doesn't make sense to be exposed to the risks of PeerStreet failing.

I understand that Piper Sandler Loan Strategies has sent a letter to you in favor of allowing PeerStreet to sell the loans. We are all aware that this is not a charitable organization and is looking to make profit at the expense of small mom and pop investors. I hope you don't allow this to happen. In the past, loans that were allowed to fully mature, even in cases of default, rarely yielded principle losses for investors and usually produced positive returns. Thus, for investors (creditors), the difference between the two scenarios of sale of loans versus servicing them to the end would be enormous.

Another curious aspect related to that letter is that, as I understand, this company was hired by PeerStreet back in April 2023. It would seem that PeerStreet was in a problematic situation for a number of months, without informing investors what was happening. In fact, they froze withdrawals from some of their products. However, I've heard that at the same time, insiders were withdrawing their funds and warning their friends to do the same. I am not sure if this behavior falls under your jurisdiction, but it seems like something worth investigating. I hope that at some point, eithre you or another legal professional will have the opportunity to examine the inflow and outflow of insiders' funds, particularly during the 1st half of 2023. I will emphasize again that I am not a legal professional, and I don't know what that investigation could result in.

Finally, I would like to note that there are many companies like PeerStreet that provide fractional lending services, and likewise have similar bankruptcy-remote entities. If it turns out that PeerStreet is in fact allowed to sell the fractional notes, this would give other such companies freedom to do so, contrary to the expectation of the thousands of small retail investors who invested believing otherwise.

Thank you for your attention.

*[signature]*

Viktor Simjanoski

225 North Columbus Dr. Unit 5408

Chicago IL 60601

info.peerstreet.com/faqs/what-investor-protections-does-peerstreet-have-in-place/

**PeerStreet**

HOME  ABOUT US  BLOG  HELP  NEWS  PRESS

# What investor protections does PeerStreet have in place?

By Rebekah Jack  Posted March 11, 2019  In

Investments in loans are held in a bankruptcy-remote entity that is separate from our primary corporate entity. ==In the unlikely event PeerStreet no longer remains in business, a third-party "special member" will step in to manage pending loan investments and ensure that investors continue to receive interest and principal payments.== Additionally, from the time funds are received in an investor account until an investment closes (but not while funds are invested), investor funds are held in an Investors Trust Account with Wells Fargo and FDIC insurance of up to $250,000.




3. Offers must be made through a Broker-Dealer or Portal Intermediary

## Debt vs. Equity Platforms

While the new rules open up opportunities for companies operating equity platforms, they could also signal a step forward for debt-focused ones. Equity deals are typically riskier and deserve the required disclosures of Title III. An equity position implies lower payment priority than debt in any capital structure, so those investors will be the last to recover principal in the event of a default or bankruptcy. Additionally, the cash flow investors receive from a debt investment is more predictable and based on a fixed income stream.



At PeerStreet, we are 100% focused on real estate debt, primarily offering first-lien positions through the platform. Loans are short-term, underwritten at an LTV of 75% or less and are secured by both residential and commercial properties. Currently, accredited investors are eligible to commit capital on the platform but once an investor meets those requirements, the minimum investment amount is just $1,000.

## High-Quality Investments

PeerStreet's primary goal is to level the playing field for all investors by providing more direct access to real estate loan investments that were previously unavailable to them. This asset class has traditionally been highly fractionalized and opaque, but delivers attractive risk-adjusted returns. We've taken lessons learned from recent market downturns to create a marketplace that offers high-quality investments in higher quantity than most investors have had open to them in the past. It's our view that if regulators can come together on an agreement that provides access for all types of investors to make



Viktor Simjanoski
225 North Columbus Drive #5408
Chicago IL 60601

Statement Date: June 01, 2023 - June 30, 2023
Account Type: Individual
Account Number: ▮▮▮▮

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| $52,948.70 | $75.25 |

### Account Summary

|  | 06/01/23 | Net change | 06/30/23 |
|---|---|---|---|
| Investable Cash | $11,482.46 | $75.25 | $11,557.71 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $41,390.99 | $0.00 | $41,390.99 |
| Account Total | $52,873.45 | $75.25 | $52,948.70 |

### Earning Summary

|  | This Period | Year to Date |
|---|---|---|
| Interest [2] | $75.25 | $1,093.55 |
| Fees [3] | $0.00 | $0.00 |
| Gain On Sale | $0.00 | $12.44 |
| Charge-Off | $0.00 | -$408.80 |
| Other | $0.00 | $0.00 |
| Total | $75.25 | $697.19 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| East Hampton, NY Cash Out Refinance #5 | 8.000% | 11/15/17 | 11/01/19 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Chicago, IL Cash-Out Refinance #36 | 7.500% | 12/05/17 | 03/05/20 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Honolulu, HI Refinance #3 | 8.000% | 04/03/18 | 09/01/19 | $2,047.00 | $0.39 | $0.00 | $0.00 |
| Miami, FL Refinance #64 (Series 1) | 8.000% | 11/14/18 | 11/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #66 | 8.000% | 12/12/18 | 12/01/19 | $2,000.00 | $1,998.27 | $0.00 | $0.00 |
| Albany, NY Acquisition #2 | 8.000% | 12/31/18 | 06/20/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Kansas City, MO Cash-Out Refinance #11 | 8.000% | 01/11/19 | 01/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Kansas City, MO Cash-Out Refinance #12 | 8.000% | 01/15/19 | 01/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Queens Village, NY Refinance | 8.000% | 02/26/19 | 03/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #90 | 8.000% | 04/18/19 | 04/01/20 | $1,456.00 | $1,456.00 | $0.00 | $0.00 |
| Atlanta, GA Refinance #59 | 8.000% | 04/26/19 | 05/01/20 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| Castaic, CA Acquisition | 8.000% | 07/08/19 | 01/01/21 | $1,511.00 | $547.96 | $0.00 | $0.00 |
| Hauppauge, NY Refinance | 8.490% | 09/05/19 | 09/01/21 | $1,800.00 | $1,800.00 | $0.00 | $0.00 |
| Tallahassee, FL Refinance #3 | 9.000% | 09/17/19 | 12/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Jacksonville, FL Refinance #14 | 8.250% | 09/20/19 | 12/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| New Haven, CT Cash-Out Refinance #2 | 7.500% | 12/05/19 | 03/01/22 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Jamaica, NY Acquisition #10 | 8.500% | 12/05/19 | 04/26/22 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| Greenwich, CT Refinance #6 | 8.000% | 01/07/20 | 01/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Reseda, CA Cash-Out Refinance #6 | 7.000% | 02/26/21 | 03/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Greenwood, SC Acquisition #2 (Series 2) | 7.000% | 02/01/22 | 12/01/23 | $1,000.00 | $1,000.00 | $5.83 | $0.00 |
| Atlanta, GA Acquisition #124 | 7.000% | 03/30/22 | 04/01/24 | $1,000.00 | $1,000.00 | $5.83 | $0.00 |
| East Providence, RI Cash-Out Refinance #2 | 7.250% | 04/21/22 | 05/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Winter Haven, FL Cash-Out Refinance #9 | 7.500% | 04/26/22 | 05/01/24 | $1,000.00 | $1,000.00 | $6.25 | $0.00 |
| Covington, GA Cash-Out Refinance | 7.875% | 05/16/22 | 06/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Windham, OH Acquisition (Series 1) | 7.500% | 06/14/22 | 07/01/23 | $1,000.00 | $1,000.00 | $6.25 | $0.00 |
| Elizabeth, NJ Acquisition #19 (Series 1) | 7.000% | 06/14/22 | 06/01/23 | $1,000.00 | $665.37 | $0.00 | $0.00 |
| Philadelphia, PA Cash-Out Refinance #78 (Series 1) | 7.500% | 06/14/22 | 07/01/24 | $1,000.00 | $1,000.00 | $6.25 | $0.00 |
| Bay Shore, NY Acquisition #3 | 9.000% | 08/16/22 | 09/01/23 | $923.00 | $923.00 | $6.92 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #218 | 8.500% | 09/13/22 | 06/01/23 | $1,000.00 | $1,000.00 | $7.08 | $0.00 |
| New York, NY Cash-Out Refinance #26 | 8.250% | 10/31/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Baltimore, MD Acquisition #97 | 7.500% | 11/02/22 | 05/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Everett, WA Cash-Out Refinance | 7.750% | 11/08/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Wimberley, TX Acquisition | 9.000% | 12/08/22 | 11/01/23 | $1,000.00 | $1,000.00 | $7.50 | $0.00 |
| Houston, TX Cash-Out Refinance #69 | 9.000% | 12/20/22 | 01/01/24 | $1,000.00 | $1,000.00 | $7.50 | $0.00 |
| Tarzana, CA Acquisition #5 | 8.250% | 01/13/23 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Joshua Tree, CA Acquisition #4 (Series 1) | 9.500% | 01/17/23 | 09/01/23 | $1,000.00 | $1,000.00 | $7.92 | $0.00 |
| New Egypt, NJ Acquisition #2 | 9.250% | 01/25/23 | 02/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Anderson, IN Acquisition #4 | 9.500% | 02/01/23 | 02/01/24 | $1,000.00 | $1,000.00 | $7.92 | $0.00 |
| Total |  |  |  | $44,737.00 | $41,390.99 | $75.25 | $0.00 |

### Pending Investments
None

### Past Investments
None

## Transaction History

| Date | Transaction | Amount | Account Total |
|---|---|---|---|
| 06/01/23 | Beginning Balance | — | $52,873.45 |
| 06/06/23 | Interest from Brooklyn, NY Cash-Out Refinance #218 | $7.08 | $52,880.53 |
| 06/06/23 | Interest from Windham, OH Acquisition (Series 1) | $6.25 | $52,886.78 |
| 06/13/23 | Interest from Joshua Tree, CA Acquisition #4 (Series 1) | $7.92 | $52,894.70 |
| 06/13/23 | Interest from Philadelphia, PA Cash-Out Refinance #78 (Series 1) | $6.25 | $52,900.95 |
| 06/13/23 | Interest from Bay Shore, NY Acquisition #3 | $6.92 | $52,907.87 |
| 06/13/23 | Interest from Greenwood, SC Acquisition #2 (Series 2) | $5.83 | $52,913.70 |
| 06/13/23 | Interest from Atlanta, GA Acquisition #124 | $5.83 | $52,919.53 |
| 06/20/23 | Interest from Wimberley, TX Acquisition | $7.50 | $52,927.03 |
| 06/20/23 | Interest from Houston, TX Cash-Out Refinance #69 | $7.50 | $52,934.53 |
| 06/20/23 | Interest from Anderson, IN Acquisition #4 | $7.92 | $52,942.45 |
| 06/20/23 | Interest from Winter Haven, FL Cash-Out Refinance #9 | $6.25 | $52,948.70 |
| 06/30/23 | Ending Balance | — | $52,948.70 |