**Irina Ganelis**
9663 Santa Monica Blvd., Ste 396
Beverly Hills, CA 90210



8/17/2023

**Chief Judge Laurie Seiber Silberstein**
United States Bankruptcy Court
District of Delaware
824 Market Street North
6th Floor
Wilmington, DE 19801

**Re: Case 23-10815-LSS Request for Protection of Secured Loan Investments and Cash in PeerStreet bankruptcy proceedings. PeerStreet Accounts** ▮

Honorable Chief Judge Laurie Seiber Silberstein,

I trust this letter finds you well and thank you for reading this letter.

Due to the recent Chapter 11 filing by PeerStreet and its affiliated companies, I am writing to ask that my loan investments be protected or completely segregated during these bankruptcy proceedings.

For some time now I have invested my funds in real-estate backed loans on the PeerStreet platform. These investments were made with a complete understanding based on all available materials presented to me as investor, that they were secured by a First Trust Deed or "First Lien Position". I strongly believe that I am a secured creditor based upon all the information I was provided by PeerStreet during the time I was carefully investing my money. In addition, I even recall a conversation with the PeerStreet representative who also assured me that all my investments are "secured by the first liens on the properties as collateral".

It came as a surprise that PeerStreet wants to categorize retail investors as "unsecured creditors". Even right now, PeerStreet website https://www.peerstreet.com/howitworks states (see screenshot below):

> **A property behind every investment**
>
> Investment opportunities are secured by a property.
>
> **First-lien position**

Senior secured offerings mean you are first in line to be repaid.



The information on the PeerStreet website has left me without a doubt that my hard earned money is backed by real estate in a first lien position. I was never investing in PeerStreet itself or its operations and would never do such a thing.

I kindly request that you consider preservation of my Secured Loan Investment. As a secured creditor, who invested in first liens only, I request that the court ensure the proper handling and preservation of the underlying collateral associated with my loan investments. Any potential disposition of these assets must be conducted fairly and transparently to maximize the recovery and protect the interest of the corresponding loan investors BEFORE using any funds to satisfy ANY other creditors.

Thank you for your attention to this matter.

Sincerely,

*I. Ganelis*

Irina Ganelis