08/18/2023

Mark Haiden
401 E 8TH St STE 214 PMB 7036
Sioux Falls SD 57103

FILED
2023 AUG 25  AM 9: 04

Chief Judge Laurie Selber Silverstein,
U.S. Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington DE 19801

Subject: REQUEST TO RULE TO BAR PEERSTREET FROM SELLING OFF ANY MORTGATE DEPENDENT NOTES (Case 23-10815-LSS)

Honorable Chief Judge Laurie Selber Silverstein,

Please consider the question of not WHETHER the Primary Decision Maker at PeerStreet potentially has a contractual claim buried in pages of legalese to be able to sell off the MORTGATE DEPENDENT NOTES and slash the life investments of 10,000+ Retail Creditors, but WHY?

What does the Primary Decision Maker at PeerStreet have to gain personally? Clearly rushing to sell off the Notes at some fraction of what Retail Creditors invested AND eliminating the possibility of recovering substantial accrued interest on delinquent Notes AS WELL AS potentially misappropriating the continuing interest payments and ongoing payoff of principal on the Notes that are currently being unreported to Retail Creditors since the declaration of bankruptcy...cannot be supported on a moral basis.

PeerStreet or another Service Provider could simply just continue to service the Notes for the next few years until the maximum amount of a Retail Creditor's investment is returned. Most of the Notes would be naturally repaid in full with interest and some Notes would require the continuation of the foreclosure and sale process that PeerStreet has been doing (presumably profitably) for years.

Yet PeerStreet is rushing to sell the Notes. I cannot think of any reason other than the Primary Decision Maker at PeerStreet has some gain that is not being disclosed whether it be in the auctioning process where certain entities are able to buy Notes at some fraction of the amounts that the Retail Creditors invested or from the liquidated cash proceeds ripe for diversion from the Retail Creditors.

As an individual Retail Creditor, I do not have the ability to investigate what gain may be motivating the Primary Decision Maker at PeerStreet to decide to rush to sell off the Notes. My only hope is that the Bankruptcy Court can interpret the law to delay and ultimately stop the sale of Notes in order to protect Retail Creditor's life investments over whatever hidden gain the Primary Decision Maker at PeerStreet is seeking.

Respectfully yours,

Mark Haiden
PeerStreet Retail Creditor