# EXHIBIT A

**Budget**

30192987.13

{01484055.v2 }

Peer Street, Inc., et al.
Cash Collateral Budget
$000s

Privileged & Confidential
Working Draft / Subject to Change

| Week Number | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast / Actual | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| Week Ending | 08/13/23 | 08/20/23 | 08/27/23 | 09/03/23 | 09/10/23 | 09/17/23 | 09/24/23 | 10/01/23 | 10/08/23 | 10/15/23 | 10/22/23 | 10/29/23 | 11/05/23 | |
| *Cash Receipts* | | | | | | | | | | | | | | |
| PeerStreet Spread | $ 47 | $ 47 | $ 47 | $ 47 | $ 47 | $ 47 | $ 47 | $ 47 | $ 47 | $ 47 | $ 31 | $ 15 | $ 3,000 | $ 3,513 |
| DocGen | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 61 |
| Draw & Other Receipts | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 14 |
| Interest on Bank Balance | 176 | - | - | - | 175 | - | - | - | - | 175 | - | - | 142 | 668 |
| Servicing Recoveries | 143 | 143 | 143 | 143 | 143 | 143 | 143 | 143 | 143 | 143 | 3,777 | 3,844 | 5,814 | 14,864 |
| Total Other Receipts | - | - | - | - | - | 100 | - | - | - | 80 | - | - | 1,155 | 1,335 |
| **Total Cash Receipts** | $ 372 | $ 195 | $ 195 | $ 195 | $ 371 | $ 295 | $ 195 | $ 195 | $ 195 | $ 450 | $ 3,813 | $ 3,865 | $ 10,117 | $ 20,457 |
| *Operating Disbursements* | | | | | | | | | | | | | | |
| Total Payroll | - | (103) | - | (69) | - | (69) | - | (130) | - | (92) | - | - | (242) | (704) |
| Rent & Occupancy | - | - | - | (10) | - | - | - | (10) | - | - | - | - | (10) | (30) |
| Insurance | - | - | - | (39) | - | - | - | (39) | - | - | - | - | (39) | (118) |
| Servicing Advances | (172) | (172) | (172) | (172) | (172) | (172) | (172) | (172) | (172) | (172) | (172) | (172) | (172) | (2,231) |
| Vendors | (61) | (61) | (61) | (61) | (61) | (61) | (61) | (49) | (49) | (49) | (49) | (49) | (61) | (736) |
| **Total Operating Disbursements** | $ (233) | $ (336) | $ (233) | $ (351) | $ (233) | $ (301) | $ (233) | $ (400) | $ (221) | $ (313) | $ (221) | $ (221) | $ (525) | $ (3,819) |
| *Restructuring Disbursements* | | | | | | | | | | | | | | |
| Restructuring Fees | (83) | (83) | (83) | (180) | (83) | (83) | (83) | (154) | (66) | (66) | (66) | (76) | (170) | (1,277) |
| Post-Effective Date Wind-Down Costs | - | - | - | - | - | - | - | - | - | - | - | - | (230) | (230) |
| **Total Restructuring Disbursements** | $ (83) | $ (83) | $ (83) | $ (180) | $ (83) | $ (83) | $ (83) | $ (154) | $ (66) | $ (66) | $ (66) | $ (76) | $ (401) | $ (1,508) |
| **Net Cash Flow** | $ 56 | $ (223) | $ (120) | $ (336) | $ 55 | $ (89) | $ (120) | $ (358) | $ (91) | $ 71 | $ 3,526 | $ 3,568 | $ 9,191 | $ 15,130 |
| *Cash (Magnetar)* | | | | | | | | | | | | | | |
| Beginning Balance | $ 12,333 | $ 12,389 | $ 12,166 | $ 12,045 | $ 11,710 | $ 11,765 | $ 11,676 | $ 11,555 | $ 11,197 | $ 11,106 | $ 11,177 | $ 14,704 | $ 18,272 | $ 12,333 |
| (+) Net Cash Flow | 56 | (223) | (120) | (336) | 55 | (89) | (120) | (358) | (91) | 71 | 3,526 | 3,568 | 9,191 | 15,130 |
| **Ending Cash Balance** | $ 12,389 | $ 12,166 | $ 12,045 | $ 11,710 | $ 11,765 | $ 11,676 | $ 11,555 | $ 11,197 | $ 11,106 | $ 11,177 | $ 14,704 | $ 18,272 | $ 27,463 | $ 27,463 |