## EXHIBIT B

### Milestones

1. Within twenty-one (21) days of entry of this Final Order, the Debtors, Prepetition Secured Parties and the Committee shall have conferred and agreed upon milestones and deadlines relating to the following:

   a. Entry of an order approving the Bid Procedures Motion (the "**Bid Procedures Order**")
   b. The submission of Second Round Bids (as defined in the Bid Procedures Order).
   c. Entry of a sale order(s).
   d. Closing of sale(s).
   e. Filing of a disclosure statement and chapter 11 plan.
   f. Hearing to consider approval of the disclosure statement.
   g. Hearing to consider confirmation of a plan.
   h. Effective date of a plan.

The Prepetition Secured Parties reserve all rights in the event they, the Debtors and the Committee are unable to agree on such milestones and deadlines including, without limitation, seeking appropriate relief from the Court.