IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Peer Street, Inc., et al[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS) |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that the undersigned counsel set forth below hereby appears on behalf of Amba Securities LLC; Sanjay R. Patel, and Neela S. Patel (collectively, the "Creditors"), and demands, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 1109(b) and 342 of Title 11 of the United States Code, as amended (the Bankruptcy Code"), that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned counsel at the address set forth below:

> Louis J. Rizzo, Esquire
> Reger Rizzo & Darnall LLP
> Brandywine Plaza West
> 1521 Concord Pike, Suite 305
> Wilmington, DE 19803
> Telephone: 302-477-7100
> Email: lrizzo@regerlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX2, LLC (2415); PSF TX4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this appearance and demand for notice, is intended as nor is a consent of the Creditors to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) the Creditors' right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) the Creditors' right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge many not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) the Creditors' right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of the Bankruptcy Court for any purpose, (v) the right to an election of remedy, or (vi) any other rights, claims, actions defenses, set-offs, or recoupments to which the Creditors are or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Creditors expressly reserve.

Dated: August 25, 2023

*/s/ Louis J. Rizzo*
Louis J. Rizzo (No. 3374)
REGER RIZZO & DARNALL LLP
Brandywine Plaza West
1521 Concord Pike, Suite 305
Wilmington, DE 19803
Telephone: 302-477-7100
Email: lrizzo@regerlaw.com

*Counsel to Creditors, Amba Securities, LLC; Sanjay R. Patel; and Neela S. Patel*