August 22, 2023

David B. Aiello
6 Kagee Court
Severna Park, Maryland 21146
(410)925-6353
daiello@comcast.net

Chief Justice Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE 19801

Re: Case 23-10815-LSS
Request For Protection of Secured Loan Investments and Cash in PeerStreet Bankruptcy Proceedings
(PeerStreet Individual Account :)

Honorable Chief Justice Laurie Selber Silverstein,

As I am a novice in legal proceedings, I have taken the liberty of utilizing as a template the letter sent to you by other creditors in the above referenced bankruptcy proceeding as I believe I am in the identical situation.

I hope this letter finds you well. I am writing to request your assistance in protecting my secured loan investments and available cash in this bankruptcy proceeding.

As an investor with PeerStreet, I have diligently invested my funds in various real estate backed loans through the platform. These investments were made with the understanding that they were secured by underlying collateral, in a bankruptcy remote account providing an adequate layer of protection. However, given the bankruptcy filing, I am concerned about the potential impact on my investments and the preservation of my rights as a secured creditor.

I request that you kindly consider the following points for the protection of my investments and available cash:

   1. Preservation of Secured Loan Investments: As a secured creditor, I request that the court ensures the proper handling and preservation of the underlying collateral associated with my loan investments. Any potential sale or disposition of these assets must be conducted fairly and transparently to maximize recovery and protect the interests of the secured creditors.

   2. Transparency and Communication: I respectfully ask the cord provides regular updates and communicates pertinent information related to the bankruptcy proceedings. Transparency is essential in allowing affected investors to understand the status of their investments, any potential recovery, and the timeline for a resolution.

   3. Further Treatment of Secured Creditors: I trust that the court will prioritize the fair treatment of secured creditors in the distribution of assets. Secured loans were made with the expectation that in the event of a default bankruptcy, secured creditors would have a higher

claim on the available assets. I urged the court to consider this principle and any distribution plan approved for PeerStreet's bankruptcy.

    4. Safeguarding of Available Cash: Besides my secured loan investments, I also have available cash in my PeerStreet account. I request that the court ensure this cash balance's protection and preservation, allowing for its return or proper distribution following the applicable laws and regulations.

I understand that the bankruptcy process is complex, and decisions must be made based on thoroughly examining the facts and legal considerations. However, as an investor, I have placed a trust in the integrity of the bankruptcy court to safeguard my investments and ensure fair treatment.

I appreciate your attention to this matter and your commitment up holding justice in the bankruptcy proceedings. Should there be any updates or information regarding protecting my investments and cash, I request the court communicates with me directly.

I also thank you for your time and consideration and I look forward to a fair resolution that protects the rights of all all investors involved.

Very truly yours,


David B. Aiello

Attachments:
1. PeerStreet Account Statement (showing cash balance in my account)
2. List of Secured Real Estate Loan Positions

 **PeerStreet**

David Aiello
6 Kagee Court
Severna Park MD 21146

Statement Date: July 01, 2023 - July 31, 2023
Account Type: Individual
Account Number: [redacted]

## Monthly Overview

**Total Account Value**
**$78,571.67**

**Earnings This Statement**
**$0.00**

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $62.41 | $0.00 | $62.41 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $78,509.26 | $0.00 | $78,509.26 |
| Account Total | $78,571.67 | $0.00 | $78,571.67 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $4,417.36 |
| Fees [3] | $0.00 | $45.85 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | -$1,824.51 |
| Other | $0.00 | $44.99 |
| Total | $0.00 | $2,683.69 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| San Jose, CA Cash-Out Refinance #71 | 7.500% | 09/12/18 | 09/01/20 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Pleasantville, NJ Acquisition | 8.000% | 09/25/18 | 02/01/20 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Houston, TX Refinance #21 | 8.000% | 09/27/18 | 10/01/19 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Kansas City, MO Cash-Out Refinance #12 | 8.000% | 01/15/19 | 01/01/21 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Washington, DC Refinance #158 | 7.250% | 03/05/19 | 03/01/20 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #84 (Series 2) | 7.250% | 04/19/19 | 01/01/21 | $1,250.00 | $1,250.00 | $0.00 | $0.00 |
| San Francisco, CA Acquisition #43 | 7.250% | 10/30/19 | 10/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #166 | 7.500% | 11/04/19 | 11/01/21 | $200.00 | $200.00 | $0.00 | $0.00 |
| New Orleans, LA Acquisition #30 | 8.000% | 12/18/20 | 04/01/22 | $1,250.00 | $1,250.00 | $0.00 | $0.00 |
| Philadelphia, PA Cash-Out Refinance #68 | 7.125% | 12/30/20 | 01/01/23 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| Agoura Hills, CA Acquisition #3 | 8.250% | 06/01/21 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Miami Shores, FL Acquisition #9 | 6.500% | 09/02/21 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Oakland, CA Acquisition #83 | 7.375% | 09/13/21 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Plainville, CT Acquisition #2 | 8.250% | 09/17/21 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Los Angeles, CA Cash-Out Refinance #567 (Series 2) | 8.000% | 11/01/21 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Los Angeles, CA Acquisition #569 (Series 1) | 7.500% | 11/05/21 | 09/09/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Richmond, CA Acquisition #7 (Series 1) | 7.500% | 11/05/21 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Albertson, NY Acquisition | 8.250% | 11/08/21 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Orient, NY Refinance | 6.625% | 12/02/21 | 12/01/23 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| Sacramento, CA Cash-Out Refinance #176 | 6.000% | 12/22/21 | 12/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Greenwood, SC Acquisition #2 (Series 1) | 7.000% | 12/31/21 | 12/01/23 | $1,000.00 | $999.67 | $0.00 | $0.00 |
| Punta Gorda, FL Acquisition #2 | 7.000% | 01/06/22 | 04/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Bermuda Dunes, CA Acquisition | 7.125% | 01/26/22 | 02/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Alpharetta, GA Acquisition #13 (Series 1) | 7.875% | 01/28/22 | 01/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Berkeley, CA Acquisition #11 (Series 1) | 7.000% | 02/11/22 | 01/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Atlanta, GA Acquisition #120 (Series 1) | 7.250% | 03/14/22 | 02/01/24 | $1,000.00 | $999.76 | $0.00 | $0.00 |
| Bakersfield, CA Acquisition #19 | 7.250% | 03/14/22 | 03/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Mamaroneck, NY Acquisition (Series 1) | 7.125% | 04/04/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Yonkers, NY Acquisition #18 (Series 1) | 7.125% | 04/12/22 | 04/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Centereach, NY Cash-Out Refinance | 7.625% | 04/20/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Taft, CA Cash-Out Refinance #3 | 7.875% | 04/28/22 | 05/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| San Diego, CA Acquisition #73 (Series 1) | 7.000% | 05/03/22 | 04/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Cape Coral, FL Acquisition #5 | 8.625% | 05/12/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Kannapolis, NC Acquisition #6 | 7.875% | 05/25/22 | 06/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Garfield, NJ Acquisition #8 (Series 1) | 7.500% | 06/02/22 | 05/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Springfield, MA Acquisition (Series 1) | 7.750% | 06/02/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Wilmington, DE Acquisition #7 | 8.000% | 06/06/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Deerfield Beach, FL Acquisition #6 (Series 1) | 8.375% | 06/22/22 | 07/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Glen Burnie, MD Acquisition #3 | 9.500% | 07/14/22 | 08/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Tampa, FL Acquisition #102 | 9.000% | 07/20/22 | 08/01/23 | $937.00 | $937.00 | $0.00 | $0.00 |
| Philadelphia, PA Cash-Out Refinance #78 (Series 2) | 7.500% | 07/27/22 | 07/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Valdosta, GA Acquisition | 7.750% | 08/04/22 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Bethpage, NY Acquisition | 9.500% | 08/19/22 | 09/01/23 | $1,571.00 | $1,571.00 | $0.00 | $0.00 |
| Wellington, FL Refinance #6 | 8.500% | 08/25/22 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |

| Investment | Rate | Date | Maturity | Amount | Balance | Col 7 | Col 8 |
|---|---|---|---|---|---|---|---|
| Westbury, NY Acquisition #9 | 8.000% | 08/26/22 | 09/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #218 | 8.500% | 09/13/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Chicago, IL Acquisition #208 | 7.750% | 09/27/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Fullerton, CA Acquisition #13 | 7.500% | 10/04/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Scranton, PA Acquisition #50 | 8.000% | 10/06/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Baltimore, MD Acquisition #93 | 7.750% | 10/06/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Manhasset, NY Acquisition (Series 2) | 8.000% | 10/12/22 | 01/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Miami, FL Acquisition #315 | 8.000% | 10/13/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Indianapolis, IN Cash-Out Refinance #35 | 8.500% | 10/14/22 | 11/01/23 | $1,000.00 | $801.83 | $0.00 | $0.00 |
| Nashville, TN Acquisition #5 | 8.750% | 10/19/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Richmond, CA Acquisition #12 (Series 2) | 7.500% | 10/25/22 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Everett, WA Cash-Out Refinance | 7.750% | 11/08/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #220 | 9.500% | 11/14/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Monsey, NY Acquisition #7 | 11.000% | 12/01/22 | 12/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Tampa, FL Acquisition #109 | 8.000% | 12/06/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Scranton, PA Acquisition #55 | 10.500% | 12/07/22 | 01/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Wimberley, TX Acquisition | 9.000% | 12/08/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Burbank, CA Acquisition #18 | 8.500% | 12/08/22 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Tamarac, FL Acquisition #4 | 9.000% | 12/13/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Philadelphia, PA Acquisition #88 | 8.000% | 12/14/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Somers Point, NJ Acquisition | 8.000% | 12/14/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Valrico, FL Acquisition #3 | 8.250% | 12/15/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| West Islip, NY Acquisition #2 | 10.750% | 12/20/22 | 01/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Clearwater, FL Acquisition #8 | 9.000% | 12/27/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Rotonda West, FL Acquisition | 9.500% | 01/03/23 | 01/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Tarzana, CA Acquisition #5 | 8.250% | 01/13/23 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Cutler Bay, FL Acquisition #9 (Series 2) | 10.750% | 01/18/23 | 12/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Lakeland, FL Acquisition #25 | 10.750% | 01/24/23 | 01/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Wichita, KS Acquisition #5 | 9.250% | 02/02/23 | 02/01/24 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Pomona, CA Acquisition #17 (Series 2) | 7.750% | 02/27/23 | 06/08/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| **Total** | | | | **$78,708.00** | **$78,509.26** | **$0.00** | **$0.00** |

**Pending Investments**

None

**Past Investments**

None

---

**Transaction History**

No transactions

| Total Account Value | Total Earned | In Loans | In Pocket Manage | In Portfolio Learn More |
|---|---|---|---|---|
| $78,571.67 | +$38,146.67 | $78,509.26 | $0.00 | |

Overview   Automated Investing [off]   Loan Positions   Transaction History   Statements   Invite Friends

## Positions  ⟵ 1→50 of 74 ⟶

### Return on Loan Investments ❓

| | |
|---|---|
| Annual | +5.6% |
| Cumulative | +40.6% |

How is this calculated?

### All Investments

- 412 Paid Off
- 54 Active – Current
- 0 Active – Deferred
- 20 Active – Late
- 11 Short Pay
- 2 Early Liquidation

< Back to All Investments                                                    1   2   Next

### Active Investments (74)

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status | Notices | Late Not |
|---|---|---|---|---|---|---|---|---|---|
| Pomona, CA Acquisition #17 (Series 2) | $1,000.00 | $1,000.00 | 7.75% | +$15.29 | February 27, 2023 | June 8, 2023 Past Maturity | CURRENT | 1 💬 | 2 mor ago |
| Wichita, KS Acquisition #5 | $1,000.00 | $1,000.00 | 9.25% | +$30.58 | February 2, 2023 | February 1, 2024 | CURRENT | | |
| Lakeland, FL Acquisition #25 | $1,000.00 | $1,000.00 | 10.75% | +$37.93 | January 24, 2023 | January 1, 2024 | CURRENT | | |
| Cutler Bay, FL Acquisition #9 (Series 2) | $1,000.00 | $1,000.00 | 10.75% | +$30.76 | January 18, 2023 | December 1, 2023 | CURRENT | | |
| Tarzana, CA Acquisition #5 | $1,000.00 | $1,000.00 | 8.25% | +$24.77 | January 13, 2023 | October 1, 2023 | CURRENT | | |
| Rotonda West, FL Acquisition | $1,000.00 | $1,000.00 | 9.50% | +$32.84 | January 3, 2023 | January 1, 2024 | CURRENT | 3 💬 | 2 mor ago |

1/5

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status | Notices | Late Notice |
|---|---|---|---|---|---|---|---|---|---|
| Clearwater, FL Acquisition #8 | $1,000.00 | $1,000.00 | 9.00% | +$31.00 | December 27, 2022 | November 1, 2023 | CURRENT | | |
| West Islip, NY Acquisition #2 | $1,000.00 | $1,000.00 | 10.75% | +$12.54 | December 20, 2022 | January 1, 2024 | LATE 90+ | 4 | 4 mor ago |
| Valrico, FL Acquisition #3 | $1,000.00 | $1,000.00 | 8.25% | +$38.07 | December 15, 2022 | November 1, 2023 | CURRENT | | |
| Somers Point, NJ Acquisition | $1,000.00 | $1,000.00 | 8.00% | +$37.13 | December 14, 2022 | November 1, 2023 | CURRENT | | |
| Philadelphia, PA Acquisition #88 | $1,000.00 | $1,000.00 | 8.00% | +$37.13 | December 14, 2022 | November 1, 2023 | CURRENT | | |
| Tamarac, FL Acquisition #4 | $1,000.00 | $1,000.00 | 9.00% | +$19.50 | December 13, 2022 | November 1, 2023 | LATE 60 | 4 | 4 mor ago |
| Wimberley, TX Acquisition | $1,000.00 | $1,000.00 | 9.00% | +$43.25 | December 8, 2022 | November 1, 2023 | CURRENT | | |
| Burbank, CA Acquisition #18 | $1,000.00 | $1,000.00 | 8.50% | +$33.75 | December 8, 2022 | October 1, 2023 | CURRENT | | |
| Scranton, PA Acquisition #55 | $1,000.00 | $1,000.00 | 10.50% | +$42.29 | December 7, 2022 | January 1, 2024 | CURRENT | | |
| Tampa, FL Acquisition #109 | $1,000.00 | $1,000.00 | 8.00% | +$38.91 | December 6, 2022 | November 1, 2023 | CURRENT | 1 | 9 mor ago |
| Monsey, NY Acquisition #7 | $1,000.00 | $1,000.00 | 11.00% | +$38.03 | December 1, 2022 | December 1, 2023 | LATE 30 | 4 | 3 mor ago |
| Brooklyn, NY Acquisition #220 | $1,000.00 | $1,000.00 | 9.50% | +$52.01 | November 14, 2022 | November 1, 2023 | CURRENT | | |
| Everett, WA Cash-Out Refinance | $1,000.00 | $1,000.00 | 7.75% | +$37.25 | November 8, 2022 | November 1, 2023 | CURRENT | | |
| Richmond, CA Acquisition #12 (Series 2) | $1,000.00 | $1,000.00 | 7.50% | +$38.75 | October 25, 2022 | June 1, 2023 Past Maturity | CURRENT | 2 | abo mor ago |
| Nashville, TN Acquisition #5 | $1,000.00 | $1,000.00 | 8.75% | +$46.90 | October 19, 2022 | November 1, 2023 | CURRENT | | |
| Indianapolis, IN Cash-Out Refinance #35 | $1,000.00 | $801.83 | 8.50% | +$18.41 | October 14, 2022 | November 1, 2023 | LATE 90+ | 5 | abo mor ago |
| Miami, FL Acquisition #315 | $1,000.00 | $1,000.00 | 8.00% | +$50.91 | October 13, 2022 | November 1, 2023 | CURRENT | 1 | 7 mor ago |

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status | Notices | Late Notice |
|---|---|---|---|---|---|---|---|---|---|
| Manhasset, NY Acquisition (Series 2) | $1,000.00 | $1,000.00 | 8.00% | +$44.22 | October 12, 2022 | January 1, 2024 | CURRENT | 4 | 3 mor ago |
| Baltimore, MD Acquisition #93 | $1,000.00 | $1,000.00 | 7.75% | +$50.82 | October 6, 2022 | October 1, 2023 | CURRENT | 1 | 9 mor ago |
| Scranton, PA Acquisition #50 | $1,000.00 | $1,000.00 | 8.00% | +$45.80 | October 6, 2022 | October 1, 2023 | CURRENT | 1 | 8 mor ago |
| Fullerton, CA Acquisition #13 | $1,000.00 | $1,000.00 | 7.50% | +$43.13 | October 4, 2022 | October 1, 2023 | CURRENT | 2 | 8 mor ago |
| Chicago, IL Acquisition #208 | $1,000.00 | $1,000.00 | 7.75% | +$52.54 | September 27, 2022 | October 1, 2023 | CURRENT | | |
| Brooklyn, NY Cash-Out Refinance #218 | $1,000.00 | $1,000.00 | 8.50% | +$60.89 | September 13, 2022 | June 1, 2023 Past Maturity | CURRENT | 2 | abo mor ago |
| Westbury, NY Acquisition #9 | $1,000.00 | $1,000.00 | 8.00% | +$60.26 | August 26, 2022 | September 1, 2023 | CURRENT | 6 | 2 mor ago |
| Wellington, FL Refinance #6 | $1,000.00 | $1,000.00 | 8.50% | +$65.37 | August 25, 2022 | September 1, 2023 | CURRENT | | |
| Bethpage, NY Acquisition | $1,571.00 | $1,571.00 | 9.50% 8.50% | +$114.72 | August 19, 2022 | September 1, 2023 | CURRENT | 7 | 2 mor ago |
| Valdosta, GA Acquisition | $1,000.00 | $1,000.00 | 7.75% | +$57.71 | August 4, 2022 | September 1, 2023 | CURRENT | 4 | 4 mor ago |
| Philadelphia, PA Cash-Out Refinance #78 (Series 2) | $1,000.00 | $1,000.00 | 7.50% | +$63.33 | July 27, 2022 | July 1, 2024 | CURRENT | | |
| Tampa, FL Acquisition #102 | $937.00 | $937.00 | 9.00% | +$73.11 | July 20, 2022 | August 1, 2023 Past Maturity | CURRENT | | |
| Glen Burnie, MD Acquisition #3 | $1,000.00 | $1,000.00 | 9.50% | +$83.95 | July 14, 2022 | August 1, 2023 Past Maturity | CURRENT | 1 | 10 mor ago |
| Deerfield Beach, FL Acquisition #6 (Series 1) | $1,000.00 | $1,000.00 | 8.38% | +$78.87 | June 22, 2022 | July 1, 2023 Past Maturity | CURRENT | 1 | 12 mor ago |
| Wilmington, DE Acquisition #7 | $1,000.00 | $1,000.00 | 8.00% | +$72.26 | June 6, 2022 | June 1, 2023 Past Maturity | CURRENT | 3 | abo mor ago |
| Garfield, NJ Acquisition #8 (Series 1) | $1,000.00 | $1,000.00 | 7.50% | +$74.79 | June 2, 2022 | May 1, 2024 | CURRENT | | |

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status | Notices | Late Not |
|---|---|---|---|---|---|---|---|---|---|
| Springfield, MA Acquisition (Series 1) | $1,000.00 | $1,000.00 | 7.75% | +$70.84 | June 2, 2022 | June 1, 2023 Past Maturity | CURRENT | 5 | 3 mor ago |
| Kannapolis, NC Acquisition #6 | $1,000.00 | $1,000.00 | 7.88% | +$80.25 | May 25, 2022 | June 1, 2024 | CURRENT | 2 | 9 mor ago |
| Cape Coral, FL Acquisition #5 | $1,000.00 | $1,000.00 | 8.63% | +$83.88 | May 12, 2022 | June 1, 2023 Past Maturity | CURRENT | 3 | abo mor ago |
| San Diego, CA Acquisition #73 (Series 1) | $1,000.00 | $1,000.00 | 7.00% | +$75.40 | May 3, 2022 | April 1, 2024 | CURRENT | 1 | abo yea ago |
| Taft, CA Cash-Out Refinance #3 | $1,000.00 | $1,000.00 | 7.88% | +$79.38 | April 28, 2022 | May 1, 2024 | CURRENT | 5 | 3 mor ago |
| Centereach, NY Cash-Out Refinance | $1,000.00 | $1,000.00 | 7.63% | +$84.88 | April 20, 2022 | November 1, 2023 | CURRENT | | |
| Yonkers, NY Acquisition #18 (Series 1) | $1,000.00 | $1,000.00 | 7.13% | +$45.34 | April 12, 2022 | April 1, 2023 Past Maturity | LATE 90+ | 4 | abo mor ago |
| Mamaroneck, NY Acquisition (Series 1) | $1,000.00 | $1,000.00 | 7.13% | +$76.62 | April 4, 2022 | October 1, 2023 | CURRENT | 3 | 5 mor ago |
| Bakersfield, CA Acquisition #19 | $1,000.00 | $1,000.00 | 7.25% | +$87.98 | March 14, 2022 | March 1, 2024 | CURRENT | | |
| Atlanta, GA Acquisition #120 (Series 1) | $1,000.00 | $999.76 | 7.25% | +$9.46 | March 14, 2022 | February 1, 2023 Past Maturity | REO | 7 | abo mor ago |
| Berkeley, CA Acquisition #11 (Series 1) | $1,000.00 | $1,000.00 | 7.00% | +$56.36 | February 11, 2022 | January 1, 2023 Past Maturity | LATE 90+ | 5 | abo mor ago |

1 - 50 of 74                    1  2  Next

About Us    Investments        Help
Blog        How It Works       FAQs
News        Self Directed IRA  Contact Us
Press       Want to borrow?    844-733-7787
Careers     Accredited Investor  info@peerstreet.com

The information on this website does not constitute an offer to sell securities or a solicitation of an offer to buy securities. Further, none of the information contained on this website is a recommendation to invest in any securities. By using this website, you accept our Terms of Service, Privacy Policy and Notice of Right to Opt-Out. Past performance is no guarantee of future results. Any historical returns,

4/5

Affiliate Program

*pected p... ...rofita... rojec...s may not reflect actual future performance. All investments involve risk and may result in loss.
**Terms and Investment Disclosures**.

© 2023 Peer Street, Inc. All rights reserved.
PS Funding, Inc. CA Bureau of Real Estate - Real Estate Broker License No. 01984664; California Finance Lenders License 60DBO-45398

| Total Account Value | Total Earned | In Loans | In Pocket | In Portfolio |
|---|---|---|---|---|
| $78,571.67 | +$38,146.67 | $78,509.26 | $0.00 | |

Overview   Automated Investing [off]   Loan Positions   Transaction History   Statements   Invite Friends

Positions  ⟨51 → 74 of 74⟩ *(handwritten annotation)*

### Return on Loan Investments

| | |
|---|---|
| Annual | +5.6% |
| Cumulative | +40.6% |

How is this calculated?

### All Investments

- 412 Paid Off
- 54 Active – Current
- 0 Active – Deferred
- 20 Active – Late
- 11 Short Pay
- 2 Early Liquidation

‹ Back to All Investments                                Previous  1  2

### Active Investments (74)

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Alpharetta, GA Acquisition #13 (Series 1) | $1,000.00 | $1,000.00 | 7.88% | +$103.07 | January 28, 2022 | January 1, 2024 | CURRENT | | |
| Bermuda Dunes, CA Acquisition | $1,000.00 | $1,000.00 | 7.13% | +$84.35 | January 26, 2022 | February 1, 2024 | LATE 30 | 10 💬 | 3 mor ago |
| Punta Gorda, FL Acquisition #2 | $1,000.00 | $1,000.00 | 7.00% | +$93.15 | January 6, 2022 | April 1, 2023 Past Maturity | LATE 60 | 8 💬 | about montl |
| Greenwood, SC Acquisition #2 (Series 1) | $1,000.00 | $999.67 | 7.00% | +$99.11 | December 31, 2021 | December 1, 2023 | CURRENT | 2 💬 | over 1 ago |
| Sacramento, CA Cash-Out Refinance #176 | $1,000.00 | $1,000.00 | 6.00% | +$86.50 | December 22, 2021 | December 1, 2023 | CURRENT | | |
| Orient, NY Refinance | $1,500.00 | $1,500.00 | 6.63% | +$140.49 | December 2, 2021 | December 1, 2023 | CURRENT | 4 💬 | 3 mor ago |

1/3

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Albertson, NY Acquisition | $1,000.00 | $1,000.00 | 8.25% | +$128.93 | November 8, 2021 | November 1, 2023 | CURRENT | | |
| Richmond, CA Acquisition #7 (Series 1) | $1,000.00 | $1,000.00 | 7.50% | +$117.92 | November 5, 2021 | November 1, 2023 | CURRENT | | |
| Los Angeles, CA Acquisition #569 (Series 1) | $1,000.00 | $1,000.00 | 7.50% | +$113.33 | November 5, 2021 | September 9, 2023 | CURRENT | | |
| Los Angeles, CA Cash-Out Refinance #567 (Series 2) | $1,000.00 | $1,000.00 | 8.00% | +$128.19 | November 1, 2021 | October 1, 2023 | CURRENT | 16 | 2 mor ago |
| Plainville, CT Acquisition #2 | $1,000.00 | $1,000.00 | 8.25% | +$140.81 | September 17, 2021 | October 1, 2023 | CURRENT | 1 | about year a |
| Oakland, CA Acquisition #83 | $1,000.00 | $1,000.00 | 7.38% | +$120.54 | September 13, 2021 | October 1, 2023 | CURRENT | 6 | 6 mor ago |
| Miami Shores, FL Acquisition #9 | $1,000.00 | $1,000.00 | 6.50% | +$102.80 | September 2, 2021 | September 1, 2023 | LATE 30 | 2 | 3 mor ago |
| Agoura Hills, CA Acquisition #3 | $1,000.00 | $1,000.00 | 8.25% | +$158.01 | June 1, 2021 | June 1, 2023 Past Maturity | CURRENT | 18 | about montl |
| Philadelphia, PA Cash-Out Refinance #68 | $1,500.00 | $1,500.00 | 7.13% | +$205.52 | December 30, 2020 | January 1, 2023 Past Maturity | DEFAULT | 19 | about montl |
| New Orleans, LA Acquisition #30 | $1,250.00 | $1,250.00 | 8.00% | +$120.44 | December 18, 2020 | April 1, 2022 Past Maturity | REO | 12 | Accele Letter Issued about montl |
| Brooklyn, NY Refinance #166 | $200.00 | $200.00 | 7.50% | +$7.37 | November 4, 2019 | November 1, 2021 Past Maturity | DEFAULT | 20 | Comp Filed about montl |
| San Francisco, CA Acquisition #43 | $1,000.00 | $1,000.00 | 7.25% | +$24.21 | October 30, 2019 | October 1, 2020 Past Maturity | REO | 27 | Forec Sale o Forec Auctic about montl |
| Brooklyn, NY Refinance #84 (Series 2) | $1,250.00 | $1,250.00 | 7.25% | +$131.85 | April 19, 2019 | January 1, 2021 Past Maturity | DEFAULT | 26 | Comp Filed 4 mor ago |
| Washington, DC Refinance #158 | $1,500.00 | $1,500.00 | 7.25% | +$44.13 | March 5, 2019 | March 1, 2020 Past Maturity | LATE 90+ | 34 | about montl |

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Kansas City, MO Cash-Out Refinance #12 | $2,000.00 | $2,000.00 | 8.00% | +$60.63 | January 15, 2019 | January 1, 2021 Past Maturity | REO | 37 | Accele Letter Issued about montl |
| Houston, TX Refinance #21 | $1,000.00 | $1,000.00 | 8.00% | +$0.89 | September 27, 2018 | October 1, 2019 Past Maturity | REO | 37 | REO about montl |
| Pleasantville, NJ Acquisition | $2,000.00 | $2,000.00 | 8.00% | +$205.78 | September 25, 2018 | February 1, 2020 Past Maturity | REO | 24 | Comp Filed 2 mor ago |
| San Jose, CA Cash-Out Refinance #71 | $2,000.00 | $2,000.00 | 7.50% | +$95.42 | September 12, 2018 | September 1, 2020 Past Maturity | DEFAULT | 35 | Forec Sale c Forec Auctic about montl |

51 - 74 of 74

Previous  1  2



About Us
Blog
News
Press
Careers
Affiliate Program

Investments
How It Works
Self-Directed IRA
Want to borrow?
Accredited Investor

Help
FAQs
Contact Us
844-733-7787
info@peerstreet.com

The information on this website does not constitute an offer to sell securities or a solicitation of an offer to buy securities. Further, none of the information contained on this website is a recommendation to invest in any securities. By using this website, you accept our Terms of Service, Privacy Policy and Notice of Right to Opt-Out. Past performance is no guarantee of future results. Any historical returns, expected returns or probability projections may not reflect actual future performance. All investments involve risk and may result in loss. Terms and Investment Disclosures.

© 2023 Peer Street, Inc. All rights reserved.
PS Funding, Inc. CA Bureau of Real Estate - Real Estate Broker License No. 01984664, California Finance Lenders License 60DBO-45398

David
6 Kasee Ct.
Severna Park, MD
21146

Chief Justice Laurie Selber Silverstein
US Bankruptcy Ct.
824 North Market St. 6th Floor
Wilmington, DE 19801

U.S.M.S. X-RAY