IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Peer Street, Inc., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On August 23, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Motion of Debtors for Entry of Order (I) Further Extending Time to File Schedules and Statements of Financial Affairs and (II) Granting Related Relief** (Docket No. 282)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: August 28, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Gregory A. Lesage
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Gregory A. Lesage

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 28th day of August 2023, by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____



STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

# **<u>Exhibit A</u>**



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Alex Chernovets | | Address Redacted | | | | |
| Alex Tsui | | Address Redacted | | | | |
| Anand Pradhan | | Address Redacted | | | | |
| Brent Lowe | | Address Redacted | | | | |
| Brian Benitz | | Address Redacted | | | | |
| Carl Brown | | Address Redacted | | | | |
| Cobra Ventures, LLC | Attn: Theodore J. Welter, Manager | 550 Latona Road Bld D Suite 400 | | Rochester | NY | 14626 |
| David Anthony Pelner | | Address Redacted | | | | |
| David Sadowsky | | Address Redacted | | | | |
| Deborah Shepard | | Address Redacted | | | | |
| Douglas Lyon | | Address Redacted | | | | |
| Edward Thielk | | Address Redacted | | | | |
| Gary Seever | | Address Redacted | | | | |
| Gene B. Goldstein | | Address Redacted | | | | |
| George Sicklick | | Address Redacted | | | | |
| Gianfranco Tiberia | | Address Redacted | | | | |
| Greg Regan | | Address Redacted | | | | |
| Gregg Sadowsky | c/o Cal TD Investments, LLC | 672 Polaris Drive | | Encinitas | CA | 92024 |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Jakow Diener | | Address Redacted | | | | |
| James Fariss | | Address Redacted | | | | |
| James Raymound Pickard | | Address Redacted | | | | |
| Jason Elmore | | Address Redacted | | | | |
| Jeffrey Glenn Straus | | Address Redacted | | | | |
| Jeffrey Stillwell | | Address Redacted | | | | |
| Jennifer Rodriguez | | Address Redacted | | | | |
| John Peta | | Address Redacted | | | | |
| John Sharp | | Address Redacted | | | | |
| John W. Popeo | | Address Redacted | | | | |
| Jonathan Newman | | Address Redacted | | | | |
| Joseph R. Gigantino Jr. & Christine M. Gigantino | | Address Redacted | | | | |
| Kelly Yang | | Address Redacted | | | | |
| Kevin Keegan | | Address Redacted | | | | |
| Luke Scrivanich | | Address Redacted | | | | |
| Magnetar Financial LLC | c/o Richards, Layton & Finger, P.A. | Attn: Russell C. Silberglied, Brendan J. Schlauch, & Emily R. Mathews | 920 North King Street One Rodney Square | Wilmington | DE | 19801 |
| Magnetar Financial LLC | c/o Royer Cooper Cohen Braunfeld LLC | Attn: Marc E. Hirschfield & Marc Skapof | 1120 Avenue of the Americas, 4th Floor | New York | NY | 10036 |
| Mark Haiden | | Address Redacted | | | | |
| Mertensa, LLC [Jeffery Staples] | | Address Redacted | | | | |
| MFA Financial Inc. and related affiliates | c/o Hunton Andrews Kurth LLP | Attn: J.R. Smith & Jennifer E. Wuebker | 951 East Byrd Street | Richmond | VA | 23219 |
| Michael Navarini | | Address Redacted | | | | |
| Michael Preisach | | Address Redacted | | | | |
| Murtha Kellrooney | | Address Redacted | | | | |
| Nancy Navarini | | Address Redacted | | | | |
| Nedjip Tozun | | Address Redacted | | | | |
| Office of the United States Attorney for the District of Delaware | | 1313 N Market Street | | Wilmington | DE | 19801 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 2



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the United States Trustee for the District of Delaware | Attn: Joseph F. Cudia | 844 N King St Suite 2207 | | Wilmington | DE | 19801 |
| Olivier Meyjonade | | Address Redacted | | | | |
| Pam & Jon Newman | | Address Redacted | | | | |
| Pamela Marshall | | Address Redacted | | | | |
| Qiang Fang | | Address Redacted | | | | |
| Rachel Joseph | | Address Redacted | | | | |
| Ray C. Weinand | | Address Redacted | | | | |
| Robert Digruccio | | Address Redacted | | | | |
| Roy Batchelor | | Address Redacted | | | | |
| Scott Van Dellen | | Address Redacted | | | | |
| Sean P. Drower | | Address Redacted | | | | |
| Sean Quinn | | Address Redacted | | | | |
| Securities and Exchange Commission | | 100 F Street, NE | | Washington | DC | 20549 |
| Securities and Exchange Commission | Attn: Regional Director | New York Regional Office | 200 Vesey Street, Suite 400 Brookfield Place | New York | NY | 10281-1022 |
| Sherman Marital Share One Trust | | Address Redacted | | | | |
| Shivakumar Rajaraman | | Address Redacted | | | | |
| Siva Reddy | | Address Redacted | | | | |
| Small Business Administration | c/o Office of General Counsel | Attn: Robert T. Williamson | 721 19th Street, Suite 426 | Denver | CO | 80202 |
| State of Delaware | Department of Justice | Carvel State Office Building | 820 N French Street | Wilmington | DE | 19801 |
| Sumeet Bansal | | Address Redacted | | | | |
| Susan Sadowsky | | Address Redacted | | | | |
| The Marc Franken Living Trust | | Address Redacted | | | | |
| The Steven Michael Gerstein Living Trust | | Address Redacted | | | | |
| The Tuli Family Trust | | Address Redacted | | | | |
| Thomas B. Walper | | Address Redacted | | | | |
| Thomas Blundell | | Address Redacted | | | | |
| Thomas Cioffe | | Address Redacted | | | | |
| Thomas Werth | | Address Redacted | | | | |
| Tim Regan | | Address Redacted | | | | |
| Todd Doersch | | Address Redacted | | | | |
| Tomas Larsson | | Address Redacted | | | | |
| Varun B. Parekh | | Address Redacted | | | | |
| Vinodkumar Singh | | Address Redacted | | | | |
| Welter Realty, LLC | Attn: Theodore J. Welter, Manager | 550 Latona Road Bldg D Suite 400 | | Rochester | NY | 14626 |
| William R. Ahern | | Address Redacted | | | | |
| Yazholi Kanikkannan | | Address Redacted | | | | |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 2 of 2

# **<u>Exhibit B</u>**



## Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Alex Chernovets | | | Address Redacted |
| Alex Tsui | | | Address Redacted |
| Anand Pradhan | | | Address Redacted |
| Brent Lowe | | | Address Redacted |
| Brian Benitz | | | Address Redacted |
| Budget Finance Company | c/o Kogan Law Firm, APC | Attn: Michael S. Kogan | mkogan@koganlawfirm.com |
| Carl Brown | | | Address Redacted |
| Charles County, Maryland | c/o Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | bdept@mrrlaw.net |
| Cobra Ventures, LLC | Attn: Theodore J. Welter, Manager | | tw@welterrealty.com |
| Confidential Creditor | Greg Regan | | regang@hemming.com |
| Cypress-Fairbanks ISD, Fort Bend County, and Harris County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| David Anthony Pelner | | | Address Redacted |
| David Sadowsky | | | Address Redacted |
| Deborah Shepard | | | Address Redacted |
| Douglas Lyon | | | Address Redacted |
| Edward Thielk | | | Address Redacted |
| Fort Bend Co WCID #02 | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Gary Seever | | | Address Redacted |
| Gene B. Goldstein | | | Address Redacted |
| George Gabriel and MGM Gabriel & Associates, Inc. | c/o Potter Anderson & Corroon LLP | Attn: Aaron H. Stulman, Esq. & Katelin A. Morales, Esq. | astulman@potteranderson.com kmorales@potteranderson.com |
| George Grabiel and MGM Gabriel & Associates, Inc. | c/o Schorr Law, a Professional Corporation | Attn: Stephanie C. Goldstein, Esq. | sgoldstein@schorr-law.com |
| George Sicklick | | | Address Redacted |
| Gianfranco Tiberia | | | Address Redacted |
| Gregg Sadowsky | c/o Cal TD Investments, LLC | | caltdinvestments@gmail.com |
| Jakow Diener | | | Address Redacted |
| James Fariss | | | Address Redacted |
| James Raymound Pickard | | | Address Redacted |
| Jason Elmore | | | Address Redacted |
| Jax SFH Properties, LLC | c/o The Law office of James Tobia, LLC | Attn: James Tobia | jtobia@tobialaw.com |
| Jeffrey Glenn Straus | | | Address Redacted |
| Jeffrey Stillwell | | | Address Redacted |
| Jennifer Rodriguez | | | Address Redacted |
| John Bolich | c/o Kasen & Kasen, P.C. | Attn: Jenny R. Kasen, Esq. | jkasen@kasenlaw.com |
| John Peta | | | Address Redacted |
| John Sharp | | | Address Redacted |
| John W. Popeo | | | Address Redacted |
| Jonathan Newman | | | Address Redacted |
| Joseph R. Gigantino Jr. & Christine M. Gigantino | | | Address Redacted |
| Kelly Yang | | | Address Redacted |
| Kevin Keegan | | | Address Redacted |
| Luke Scrivanich | | | Address Redacted |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 3



## Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Magnetar Financial LLC | c/o Richards, Layton & Finger, P.A. | Attn: Russell C. Silberglied, Brendan J. Schlauch, & Emily R. Mathews | silberglied@rlf.com<br>schlauch@rlf.com<br>mathews@rlf.com |
| Magnetar Financial LLC | c/o Royer Cooper Cohen Braunfeld LLC | Attn: Marc E. Hirschfield & Marc Skapof | mhirschfield@rccblaw.com<br>mskapof@rccblaw.com |
| Mark Haiden | | | Address Redacted |
| Mertensa, LLC [Jeffery Staples] | | | Address Redacted |
| MFA Financial Inc. and related affiliates | c/o Hunton Andrews Kurth LLP | Attn: J.R. Smith & Jennifer E. Wuebker | jrsmith@huntonak.com<br>jwuebker@huntonak.com |
| Michael Navarini | | | Address Redacted |
| Michael Preisach | | | Address Redacted |
| Murtha Kellrooney | | | Address Redacted |
| Nancy Navarini | | | Address Redacted |
| Nedjip Tozun | | | Address Redacted |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn: Joseph F. Cudia | | joseph.cudia@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi & John C. Gentile | jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com |
| Official Committee of Unsecured Creditors | c/o Morrison & Foerster LLP | Attn: Lorenzo Marinuzzi, Benjamin Butterfield, Raff Ferraioli, & Martha E. Martir | lmarinuzzi@mofo.com<br>bbutterfield@mofo.com<br>rferraioli@mofo.com<br>mmartir@mofo.com |
| Olivier Meyjonade | | | Address Redacted |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Landis Rath & Cobb LLP | Attn: Adam G. Landis, Esq., Kimberly A. Brown, Esq. & Howard W. Robertson IV, Esq. | landis@lrclaw.com<br>brown@lrclaw.com<br>robertson@lrclaw.com |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Winston & Strawn LLP | Attn: David Neier, Esq. & James T. Bentley, Esq. | dneier@winston.com<br>jbentley@winston.com |
| Pam & Jon Newman | | | Address Redacted |
| Pamela Marshall | | | Address Redacted |
| Pantheon Capital Advisors, Inc. | c/o Morris James LLP | Attn: Brya M. Keilson, Esq. & Jason Levin, Esq. | bkeilson@morrisjames.com<br>jlevin@morrisjames.com |
| Qiang Fang | | | Address Redacted |
| Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC | c/o Dorsey & Whitney (Delaware LLP) | Attn: Alessandra Glorioso, Esq. | glorioso.alessandra@dorsey.com |
| Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC | c/o Dorsey & Whitney LLP | Attn: Samuel S. Kohn, Esq. & Rachel P. Stoian, Esq. | kohn.sam@dorsey.com<br>stoian.rachel@dorsey.com |
| Rachel Joseph | | | Address Redacted |
| Ray C. Weinand | | | Address Redacted |
| Robert Digruccio | | | Address Redacted |
| Roy Batchelor | | | Address Redacted |
| Scott Van Dellen | | | Address Redacted |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 2 of 3



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Sean Banchik | c/o Morris James LLP | Attn: Brya M. Keilson, Esq. & Jason S. Levin, Esq. | bkeilson@morrisjames.com<br>jlevin@morrisjames.com |
| Sean McGuiness | c/o Jack Shrum, P.A. | Attn: "J" Jackson Shrum Esq. | jshrum@jshrumlaw.com |
| Sean P. Drower | | | Address Redacted |
| Sean Quinn | | | Address Redacted |
| Sherman Marital Share One Trust | | | Address Redacted |
| Shivakumar Rajaraman | | | Address Redacted |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon, Esquire | | dplon@sirlinlaw.com |
| Siva Reddy | | | Address Redacted |
| Small Business Administration | c/o Office of General Counsel | Attn: Robert T. Williamson | robert.williamson@sba.gov |
| State of Delaware | Department of Justice | Carvel State Office Building | attorney.general@state.de.us |
| Sumeet Bansal | | | Address Redacted |
| Susan Sadowsky | | | Address Redacted |
| The Chartwell Law Offices, LLP | c/o Jack Shrum, P.A. | Attn: J Jackson Shrum Esq. | jshrum@jshrumlaw.com |
| The Marc Franken Living Trust | | | Address Redacted |
| The Steven Michael Gerstein Living Trust | | | Address Redacted |
| The Tuli Family Trust | | | Address Redacted |
| Thomas B. Walper | | | Address Redacted |
| Thomas Blundell | | | Address Redacted |
| Thomas Cioffe | | | Address Redacted |
| Thomas Werth | | | Address Redacted |
| Tim Regan | | | Address Redacted |
| Todd Doersch | | | Address Redacted |
| Tomas Larsson | | | Address Redacted |
| Varun B. Parekh | | | Address Redacted |
| Vinay Kudithipudi | c/o Lynn Pinker Hurst & Schwegmann | Attn: Jared D. Eisenberg | jeisenberg@lynnllp.com |
| Vinodkumar Singh | | | Address Redacted |
| Welter Realty, LLC | Attn: Theodore J. Welter, Manager | | tw@welterrealty.com |
| William R. Ahern | | | Address Redacted |
| Yazholi Kanikkannan | | | Address Redacted |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 3 of 3