# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

On August 25, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **First Monthly Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from June 26, 2023 Through June 30, 2023** (Docket No. 287)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: August 28, 2023



Gregory A. Lesage

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 28th day of August 2023, by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

# **<u>Exhibit A</u>**



# Exhibit A
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Kramer Levin Naftalis & Frankel LLP | Attn: P. Bradley O'Neill, Esq. | | boneill@kramerlevin.com |
| Office of the United States Trustee for the District of Delaware | Attn: Joseph F. Cudia | | joseph.cudia@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi & John C. Gentile | jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com |
| Official Committee of Unsecured Creditors | c/o Morrison & Foerster LLP | Attn: Lorenzo Marinuzzi, Benjamin Butterfield, Raff Ferraioli, & Martha E. Martir | lmarinuzzi@mofo.com<br>bbutterfield@mofo.com<br>rferraioli@mofo.com<br>mmartir@mofo.com |
| Peer Street, Inc. | c/o Province, LLC | Attn: David Dunn, Chief Restructuring Officer | ddunn@provincefirm.com |
| Richards, Layton & Finger, P.A. | Attn: Russell C. Silberglied | | silberglied@rlf.com |
| Royer, Cooper Cohen Branfeld LLC | Attn: Marc E. Hirschfield | | mhirschfield@rccblaw.com |
| Young Conaway Stargatt & Taylor, LLP | Attn: Joseph M. Barry, Esq., Ryan M. Bartley, Esq., and S. Alexander Faris, Esq. | | jbarry@ycst.com<br>rbartley@ycst.com<br>afaris@ycst.com |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1