FILED
2023 AUG 29 AM 10: 27
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Culture & Trade LLC
3916 w De leon St.
Tampa, FL 33609
Previous Address:
1807 w Azeele St. Unit 2
Tampa, FL 33606

Chief Judge Laurie Seiber Silverstein
US Bankruptcy Court
824 North Market Street, 6th Floor
Wilminton, DE 19801

Account # ███████

Case No. 23-10815 (LSS)
Request for protection for secured loan investments with PeerStreet bankruptcy proceedings.

Honorable Chief Judge Laurie Seiber Silverstein,

This letter constitutes a request for your assistance to protect our secured loan investments and cash holdings with PeerStreet, Inc. and its affiliated companies, with respect to the bankruptcy proceedings. We trust the bankruptcy court will consider all the facts and legal ramifications in this complex situation.

As investors, my wife and I invested our funds in real-estate backed loans through the PeerStreet platform, with the understanding that the loans were secured by underlying real-estate collateral. Given the bankruptcy filing, we are concerned about the preservation of our rights as a secured creditor and associated impact on our investments. All the funds in loans, portfolio, and "pocket" should have been held in trust for investors such as us and not to be commingled with operating business cash.

We request you respectfully consider the following for the protection of our hard earned monies held within these investments:

1. Preservation of secured loan investments. We request the court ensure proper handling and preservation of the underlying collateral associated with our loan investments. Any potential sale or disposition of these assets will be conducted fairly and transparently to maximize recovery for and protect the interests of secured creditors.
2. Transparency and clear communications. We respectfully ask the court to provide regular updates and pertinent information relative to bankruptcy proceedings, especially on any required actions we should take as a creditor.
3. Priority and fair treatment of secured creditors.

Thank you for your consideration and time with this matter.

Respectfully,

*[signatures]*

Michael N. Abadier & Sylvia M. Abadier
Attached: July 2023 Statement - proof of holdings & "What investor protections does PeerStreet Have in place?"



Culture & Trade LLC
1807 W. Azeele St., Unit 2
Tampa FL 33606

Statement Date: July 01, 2023 - July 31, 2023
Account Type: Company
Account Number: ███

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| $109,409.07 | $32.02 |

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $0.00 | $0.00 | $0.00 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $89,638.00 | $0.00 | $89,638.00 |
| Invested Pocket Principal | $9,739.05 | $32.02 | $9,771.07 |
| PS Portfolio Principal [1] | $10,000.00 | $0.00 | $10,000.00 |
| **Account Total** | **$109,377.05** | **$32.02** | **$109,409.07** |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $2,296.61 |
| Fees [3] | $0.00 | $0.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Pocket Interest | $32.02 | $227.72 |
| PS Portfolio Interest | $0.00 | $358.83 |
| **Total** | **$32.02** | **$2,883.16** |

[1] Please see the PS Portfolio Statement for Net Asset Value.
[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| Tallahassee, FL Refinance #3 | 9.000% | 09/17/19 | 12/01/20 | $137.00 | $137.00 | $0.00 | $0.00 |
| Chicago, IL Acquisition #171 | 8.000% | 03/09/20 | 03/01/21 | $10,000.00 | $10,000.00 | $0.00 | $0.00 |
| Flushing, NY Cash-Out Refinance #3 | 10.000% | 06/15/22 | 06/01/23 | $17,000.00 | $17,000.00 | $0.00 | $0.00 |
| Tampa, FL Acquisition #102 | 9.000% | 07/20/22 | 08/01/23 | $22,501.00 | $22,501.00 | $0.00 | $0.00 |
| New York, NY Cash-Out Refinance #26 | 8.250% | 10/31/22 | 11/01/23 | $30,000.00 | $30,000.00 | $0.00 | $0.00 |
| Monsey, NY Acquisition #7 | 11.000% | 12/01/22 | 12/01/23 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| West Islip, NY Acquisition #2 | 10.750% | 12/20/22 | 01/01/24 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| **Total** | | | | **$89,638.00** | **$89,638.00** | **$0.00** | **$0.00** |

### Pending Investments
None

### Past Investments
None

## Transaction History
No transactions

## Pocket Transaction History

| Date | Transaction | Amount | Account Total |
|---|---|---|---|
| 07/01/23 | Beginning Balance | — | $9,739.05 |
| 07/01/23 | Interest from Pocket 1-month | $32.02 | $9,771.07 |
| 07/31/23 | Ending Balance | — | $9,771.07 |

By *Rebekah Jack*  Posted *March 11, 2019*  In

Investments in loans are held in a bankruptcy-remote entity that is separate from our primary corporate entity. In the unlikely event PeerStreet no longer remains in business, a third-party "special member" will step in to manage pending loan investments and ensure that investors continue to receive interest and principal payments. Additionally, from the time funds are received in an investor account until an investment closes (but not while funds are invested), investor funds are held in an Investors Trust Account with Wells Fargo and FDIC insurance of up to $250,000.

Culture & Trade LCC
3916 W. De leon St.
Tampa, FL 33609

Chief Judge Laurie Seiber S
US Bankruptcy Court
824 North Market Street, 6th Flo
Wilmington, DE 19801