## EXHIBIT A

### Supplemental OCP List

| Ordinary Course Professional | Address | Type of Service |
|---|---|---|
| Crestbridge Fund Services U.S., LLC | 60 Columbia Rd., Building B, Suite 200, Morristown, NJ 07960 | Accounting & Administrative Services |

30703368.1