# **EXHIBIT B**

30704114.1

PeerStreet, Inc.

Invoice Date: August 29, 2023
Invoice Number: 50045155
Matter Number: 102885.1001

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 06/29/23 | Parcels, Inc. - YCST Judge Selber Silverstein's Courtroom 1030005 | 1.00 | 31.00 |
| 06/30/23 | Parcels, Inc. - YCST Judge Silverstein's Courtroom #2 1030015 | 1.00 | 31.00 |
| 06/30/23 | Parcels, Inc. - Judge Silverstein's Courtroom #2 YCST 1030009 | 1.00 | 31.00 |
| 07/02/23 | Computerized Legal Research Westlaw Search by: AGBLEVOR,DELALI H | 4.00 | 9.11 |
| 07/03/23 | Computerized Legal Research Westlaw Search by: FARIS,S ALEXANDER | 1.00 | 2.28 |
| 07/04/23 | Computerized Legal Research Westlaw Search by: BOROVINSKAYA,SHELLA | 20.00 | 45.57 |
| 07/05/23 | Color Photocopy Charges Duplication Color | 5.00 | 4.00 |
| 07/05/23 | Color Photocopy Charges Duplication Color | 7.00 | 5.60 |
| 07/06/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 07/06/23 | Docket Retrieval / Search | 10.00 | 1.00 |
| 07/06/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/06/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 07/06/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 07/06/23 | Docket Retrieval / Search | 14.00 | 1.40 |
| 07/06/23 | Docket Retrieval / Search | 10.00 | 1.00 |
| 07/06/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 07/06/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/06/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/06/23 | Docket Retrieval / Search | 8.00 | 0.80 |
| 07/06/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/06/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/06/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/06/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/06/23 | Docket Retrieval / Search | 17.00 | 1.70 |
| 07/06/23 | American Express - Bankruptcy - Filing Fee SBORO 6.27.23 $188 Sale Motion BOLIV | 1.00 | 188.00 |
| 07/06/23 | American Express - Bankruptcy - Filing Fee JBARR 6.27.23 $8,690 Chapter 11 Petitions BOLIV | 1.00 | 8,690.00 |
| 07/06/23 | American Express - Bankruptcy - Filing Fee JBARR 6.26.23 $17, 380 Chapter 11 Petitions BOLIV | 1.00 | 17,380.00 |
| 07/06/23 | American Express - Bankruptcy - Filing Fee AFARI 6.26.23 $50 2 Pro Hac Vice BOLIV | 1.00 | 50.00 |
| 07/06/23 | Docket Retrieval / Search | 1.00 | 0.10 |

PeerStreet, Inc.

Invoice Date: August 29, 2023
Invoice Number: 50045155
Matter Number: 102885.1001

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 07/06/23 | Docket Retrieval / Search | 29.00 | 2.90 |
| 07/06/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 07/06/23 | Docket Retrieval / Search | 20.00 | 2.00 |
| 07/06/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 07/06/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/06/23 | Docket Retrieval / Search | 20.00 | 2.00 |
| 07/06/23 | Docket Retrieval / Search | 10.00 | 1.00 |
| 07/06/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/06/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/06/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/06/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/06/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/06/23 | Docket Retrieval / Search | 15.00 | 1.50 |
| 07/06/23 | Docket Retrieval / Search | 17.00 | 1.70 |
| 07/06/23 | Docket Retrieval / Search | 8.00 | 0.80 |
| 07/06/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/06/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 07/06/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/06/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/06/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 07/06/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 07/06/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/06/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 07/06/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/06/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/07/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/10/23 | Docket Retrieval / Search | 9.00 | 0.90 |
| 07/10/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 07/10/23 | Docket Retrieval / Search | 9.00 | 0.90 |
| 07/10/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/12/23 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 07/12/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/12/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/12/23 | Color Photocopy Charges Duplication Color | 18.00 | 14.40 |
| 07/12/23 | Color Photocopy Charges Duplication Color | 18.00 | 14.40 |
| 07/12/23 | Color Photocopy Charges Duplication Color | 17.00 | 13.60 |
| 07/12/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 07/12/23 | Color Photocopy Charges Duplication Color | 17.00 | 13.60 |
| 07/12/23 | Docket Retrieval / Search | 2.00 | 0.20 |

| | | | |
|---|---|---|---|
| PeerStreet, Inc. | | Invoice Date: | August 29, 2023 |
| | | Invoice Number: | 50045155 |
| | | Matter Number: | 102885.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 07/13/23 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 07/13/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 07/14/23 | Docket Retrieval / Search | 11.00 | 1.10 |
| 07/14/23 | Reliable Wilmington - Deposition/Transcript Hourly Transcript - Original from 6/28 Hearing in Peer Street (64 pages @ $7.25 per page) | 1.00 | 464.00 |
| 07/14/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/17/23 | Photocopy Charges Duplication BW | 59.00 | 5.90 |
| 07/17/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/18/23 | Photocopy Charges Duplication BW | 42.00 | 4.20 |
| 07/19/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/19/23 | Docket Retrieval / Search | 13.00 | 1.30 |
| 07/19/23 | Photocopy Charges Duplication BW | 27.00 | 2.70 |
| 07/19/23 | Docket Retrieval / Search | 13.00 | 1.30 |
| 07/19/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 07/19/23 | Computerized Legal Research Westlaw Search by: FARIS,S ALEXANDER | 2.00 | 4.56 |
| 07/19/23 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 07/24/23 | Docket Retrieval / Search | 13.00 | 1.30 |
| 07/24/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/24/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/24/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/24/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/24/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/24/23 | Docket Retrieval / Search | 13.00 | 1.30 |
| 07/24/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/25/23 | Computerized Legal Research Westlaw Search by: COX,CAROL E | 37.00 | 84.30 |
| 07/25/23 | Photocopy Charges Duplication BW | 21.00 | 2.10 |
| 07/25/23 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 07/26/23 | Photocopy Charges Duplication BW | 48.00 | 4.80 |
| 07/26/23 | Photocopy Charges Duplication BW | 13.00 | 1.30 |
| 07/26/23 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 07/26/23 | Photocopy Charges Duplication BW | 17.00 | 1.70 |
| 07/26/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/26/23 | Photocopy Charges Duplication BW | 207.00 | 20.70 |
| 07/26/23 | Photocopy Charges Duplication BW | 20.00 | 2.00 |
| 07/26/23 | Parcels, Inc. - YCST Judge Selber Silverstein's Courtroom 1034412 | 1.00 | 31.00 |
| 07/26/23 | Photocopy Charges Duplication BW | 32.00 | 3.20 |

PeerStreet, Inc.

| | Invoice Date: | August 29, 2023 |
|---|---|---|
| | Invoice Number: | 50045155 |
| | Matter Number: | 102885.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 07/26/23 | Photocopy Charges Duplication BW | 35.00 | 3.50 |
| 07/26/23 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 07/26/23 | Photocopy Charges Duplication BW | 14.00 | 1.40 |
| 07/26/23 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 07/26/23 | Photocopy Charges Duplication BW | 43.00 | 4.30 |
| 07/26/23 | Photocopy Charges Duplication BW | 37.00 | 3.70 |
| 07/26/23 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 07/26/23 | Photocopy Charges Duplication BW | 11.00 | 1.10 |
| 07/26/23 | Color Photocopy Charges Duplication Color | 9.00 | 7.20 |
| 07/26/23 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 07/26/23 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 07/26/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 07/26/23 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 07/26/23 | Photocopy Charges Duplication BW | 13.00 | 1.30 |
| 07/26/23 | Photocopy Charges Duplication BW | 44.00 | 4.40 |
| 07/26/23 | Computerized Legal Research Westlaw Search by: COX,CAROL E | 21.00 | 47.85 |
| 07/26/23 | Photocopy Charges Duplication BW | 30.00 | 3.00 |
| 07/26/23 | Photocopy Charges Duplication BW | 30.00 | 3.00 |
| 07/26/23 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 07/26/23 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 07/26/23 | Photocopy Charges Duplication BW | 19.00 | 1.90 |
| 07/26/23 | Photocopy Charges Duplication BW | 13.00 | 1.30 |
| 07/26/23 | Photocopy Charges Duplication BW | 58.00 | 5.80 |
| 07/26/23 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 07/26/23 | Photocopy Charges Duplication BW | 45.00 | 4.50 |
| 07/26/23 | Photocopy Charges Duplication BW | 11.00 | 1.10 |
| 07/26/23 | Photocopy Charges Duplication BW | 13.00 | 1.30 |
| 07/26/23 | Photocopy Charges Duplication BW | 19.00 | 1.90 |
| 07/26/23 | Photocopy Charges Duplication BW | 13.00 | 1.30 |
| 07/26/23 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 07/26/23 | Photocopy Charges Duplication BW | 26.00 | 2.60 |
| 07/27/23 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 07/27/23 | Photocopy Charges Duplication BW | 23.00 | 2.30 |
| 07/27/23 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 07/27/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/27/23 | Photocopy Charges Duplication BW | 25.00 | 2.50 |
| 07/27/23 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 07/27/23 | Photocopy Charges Duplication BW | 13.00 | 1.30 |

PeerStreet, Inc.  
Invoice Date: August 29, 2023  
Invoice Number: 50045155  
Matter Number: 102885.1001

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 07/27/23 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 07/27/23 | Photocopy Charges Duplication BW | 141.00 | 14.10 |
| 07/27/23 | Photocopy Charges Duplication BW | 58.00 | 5.80 |
| 07/27/23 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 07/27/23 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 07/27/23 | Photocopy Charges Duplication BW | 20.00 | 2.00 |
| 07/27/23 | Photocopy Charges Duplication BW | 20.00 | 2.00 |
| 07/27/23 | Photocopy Charges Duplication BW | 13.00 | 1.30 |
| 07/27/23 | Photocopy Charges Duplication BW | 48.00 | 4.80 |
| 07/27/23 | Photocopy Charges Duplication BW | 87.00 | 8.70 |
| 07/27/23 | Computerized Legal Research Westlaw Search by: FARIS,S ALEXANDER | 12.00 | 27.34 |
| 07/27/23 | Docket Retrieval / Search | 17.00 | 1.70 |
| 07/27/23 | Photocopy Charges Duplication BW | 29.00 | 2.90 |
| 07/27/23 | Photocopy Charges Duplication BW | 58.00 | 5.80 |
| 07/27/23 | Photocopy Charges Duplication BW | 20.00 | 2.00 |
| 07/27/23 | Computerized Legal Research Westlaw Search by: COX,CAROL E | 22.00 | 50.13 |
| 07/27/23 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 07/27/23 | Photocopy Charges Duplication BW | 13.00 | 1.30 |
| 07/27/23 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 07/27/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 07/27/23 | Photocopy Charges Duplication BW | 13.00 | 1.30 |
| 07/27/23 | Photocopy Charges Duplication BW | 57.00 | 5.70 |
| 07/27/23 | Photocopy Charges Duplication BW | 23.00 | 2.30 |
| 07/28/23 | Photocopy Charges Duplication BW | 23.00 | 2.30 |
| 07/28/23 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 07/28/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 07/28/23 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 07/28/23 | Photocopy Charges Duplication BW | 58.00 | 5.80 |
| 07/28/23 | Computerized Legal Research Westlaw Search by: COX,CAROL E | 15.00 | 34.18 |
| 07/28/23 | Color Photocopy Charges Duplication Color | 12.00 | 9.60 |
| 07/29/23 | Computerized Legal Research Westlaw Search by: COX,CAROL E | 11.00 | 25.06 |
| 07/30/23 | Computerized Legal Research Westlaw Search by: COX,CAROL E | 19.00 | 43.29 |
| 07/31/23 | Docket Retrieval / Search | 18.00 | 1.80 |
| 07/31/23 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 07/31/23 | Color Photocopy Charges Duplication Color | 13.00 | 10.40 |

| PeerStreet, Inc. | | | |
|---|---|---|---|
| | Invoice Date: | | August 29, 2023 |
| | Invoice Number: | | 50045155 |
| | Matter Number: | | 102885.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 07/31/23 | Computerized Legal Research Westlaw Search by: COX,CAROL E | 22.00 | 50.13 |
| 07/31/23 | Color Photocopy Charges Duplication Color | 3.00 | 2.40 |
| 07/31/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 07/31/23 | Photocopy Charges Duplication BW | 42.00 | 4.20 |
| 07/31/23 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| | **Total** | | **$27,683.90** |

**Cost Summary**

| Description | Amount |
|---|---|
| Computerized Legal Research -WESTLAW | 423.80 |
| Delivery / Courier | 124.00 |
| Deposition/Transcript | 464.00 |
| Docket Retrieval / Search | 62.50 |
| Filing Fee | 26,308.00 |
| Reproduction Charges | 301.60 |
| **Total** | **$27,683.90** |