# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PEER STREET, INC., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |
| | Ref. No. 297 |

## CERTIFICATE OF SERVICE

I, Nicolas E. Jenner, Esquire, hereby certify that on August 28, 2023, a true and correct copy of the *Response of the Pacific Creditors to (I) the Debtors' Omnibus Reply and (II) Statement of the Official Committee of Unsecured Creditors with Respect to Debtors' Bidding Procedures and Cash Management Motions* [D.I. 297] was caused to be served on the attached service list via CM/ECF, Electronic Mail and/or First-Class Mail.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Joseph Barry<br>Ryan M. Bartley<br>Elizabeth S. Justison<br>S. Alexander Faris<br>Shella Borovinskaya<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Email: jbarry@ycst.com<br>rbartley@ycst.com<br>ejustison@ycst.com<br>afaris@ycst.com<br>sborovinskaya@ycst.com | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>P. Bradley O'Neill<br>Caroline Gange<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Email: boneill@kramerlevin.com<br>cgange@kramerlevin.com |
| **ROYER COOPER COHEN BRAUNFELD LLC**<br>Marc E. Hirschfield<br>1120 Avenue of the Americas, 4th Floor<br>New York, NY 10036<br>Email: mhirschfield@rccblaw.com | **RICHARDS, LAYTON & FINGER, P.A.**<br>Russell C. Silberglied<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Email: silberglied@rlf.com |
| **BENESCH, FRIEDLANDER, COPLAN & ARNOFF LLP**<br>Jennifer R. Hoover<br>Kevin M. Capuzzi<br>John C. Gentile<br>1313 North Market Street, Suite 1201<br>Wilmington, DE<br>Email jhoover@beneschlaw.com<br>kcapuzzi@benesechlaw.com<br>jgentile@beneschlaw.com | **MORRISON & FOERSTER LLP**<br>Benjamin Butterfield<br>Raff Ferraioli<br>Martha E. Martir<br>250 West 55th Street<br>New York, NY 10019-19601<br>Email: bbutterfield@mofo.com<br>rferraioli@mofo.com<br>mmartir@mofo.com |
| **OFFICE OF THE UNITED STATES TRUSTEE**<br>Joseph F. Cudia<br>844 King Street, Room 2207<br>Wilmington, DE 19801<br>Email: joseph.cudia@usdoj.gov | |

Dated: August 29, 2023
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Nicolas E. Jenner*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Nicolas E. Jenner (No. 6554)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
      brown@lrclaw.com
      jenner@lrclaw.com

- and -

**WINSTON & STRAWN LLP**
David Neier, Esq.
James T. Bentley, Esq.
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: dneier@winston.com
      jbentley@winston.com

*Counsel to Pacific RBLF LLC and Pacific Funding Trust 1002*