Marcos Vazquez
4640 NW 84th Ave, #17
Doral, FL 33166

PeerStreet Account #: ███████

FILED

2023 AUG 30  AM 10: 22

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

August 19, 2023

Chief Judge Laurie Selber
Silverstein US Bankruptcy Court
824 North Market St, 6th Floor
Wilmington, DE 19801

Re: Case 23-10815-LSS Request for Protection of Real Estate-backed Loan Investments and Cash in PeerStreet, et al Bankruptcy Proceedings

Dear Honorable Chief Judge Selber Silverstein,

    I am writing in my capacity as an individual investor to formally request the classification and treatment of the real estate-backed loan investments associated with my account as secured debt. Additionally, I kindly ask for the implementation of measures aimed at safeguarding and segregating my real estate-backed investments and cash deposits in the context of bankruptcy proceedings involving PeerStreet, Inc. and its affiliated entities.

    I made investments through the PeerStreet online platform with the understanding that the loans were backed by collateral, which provided an extra layer of security for my investments. Any representation of my investments that doesn't acknowledge them as secured debt should be seen as misleading and deceptive marketing by PeerStreet and its associated entities.

    Please treat my investments in accordance with the following marketing materials actively present on the PeerStreet website:

*"Investments in loans are held in a bankruptcy-remote entity that is separate from our primary corporate entity. In the unlikely event PeerStreet no longer remains in business, a third-party "special member" will step in to manage pending loan investments and ensure that investors continue to receive interest and principal payments. Additionally, from the time funds are received in an investor account until an investment closes (but not while funds are invested), investor funds are held in an Investors Trust Account with Wells Fargo and FDIC insurance of up to $250,000."*

*Citation:*

    Jack, R. (2019, March 11). *What investor protections does PeerStreet have in place?* PeerStreet.com. Retrieved August 19, 2023, from https://info.peerstreet.com/faqs/what-investor-protections-does-peerstreet-have-in-place/

*"Your deposited funds held in cash are FDIC-insured up to $250,000. Funds you transfer to the Peer Street Funding, LLC Investors Trust Account at Wells Fargo Bank are insured by the FDIC up to the maximum amount per individual, cumulative of all your funds at Wells Fargo."*

*Citation:*

    Jack, R. (2019, March 11). *Are my funds insured by the FDIC?* PeerStreet.com. Retrieved August 19, 2023, from https://info.peerstreet.com/faqs/are-my-funds-insured-by-the-fdic/

*"A first lien position has the first, or priority, position to benefit in the event of a default, foreclosure or other liquidation of the collateral backing the loan.* **PeerStreet's loans are all secured by such senior liens on a property.***"*

*Citation:*

    Murray, J. (2015, October 1). *First Lien.* PeerStreet.com. Retrieved August 19, 2023, from https://info.peerstreet.com/glossary/first-lien/

I respectfully request that the following protections of my real estate-backed loan investments and cash deposits be effected immediately:

1. <u>Preservation of my Loan Investments as Secured Debt:</u> I urge the Court to ensure proper management and preservation of the collateral associated with my loan investment(s). Any potential sale or disposal of these assets should be conducted transparently and equitably, maximizing recovery and safeguarding the interests of my investments. This should take precedence over using investor funds to settle the Company's other senior debts.

2. <u>Safeguarding of Available Cash:</u> As indicated by PeerStreet in its own marketing materials, funds held in cash deposits are FDIC-insured up to $250,000. I request that, given PeerStreet's own language, these protections be effected and that my funds be released and made available to me immediately for withdrawal.

3. <u>Transparency and Communication:</u> I respectfully ask the Court to provide regular updates and relevant information throughout the bankruptcy proceedings.

Thank you for your attention to this matter.

Sincerely,

Marcos Vazquez
marcosvazquezmba@gmail.com


Attachments:
- Personal PeerStreet Account Statement
- Excerpts from PeerStreet website

By *Rebekah Jack* Posted *March 11, 2019* In

Your deposited funds held in cash are FDIC-insured up to $250,000. Funds you transfer to the Peer Street Funding, LLC Investors Trust Account at Wells Fargo Bank are insured by the FDIC up to the maximum amount per individual, cumulative of all your funds at Wells Fargo. However, the FDIC only insures the funds while such funds are in your cash account.

As soon as you commit funds to an investment and that applicable investment closes, your funds are transferred out of your account, and the FDIC insurance will no longer be in effect for those funds. Investments in loans are not insured by the FDIC, as they are not considered bank deposits, nor are they guaranteed by PeerStreet and are subject to risks, including the entire loss of principal

By *Rebekah Jack*  Posted *March 11, 2019*  In

Investments in loans are held in a bankruptcy-remote entity that is separate from our primary corporate entity. In the unlikely event PeerStreet no longer remains in business, a third-party "special member" will step in to manage pending loan investments and ensure that investors continue to receive interest and principal payments. Additionally, from the time funds are received in an investor account until an investment closes (but not while funds are invested), investor funds are held in an Investors Trust Account with Wells Fargo and FDIC insurance of up to $250,000.

By Jessica Murray   Posted October 1, 2015   In

A first <u>lien</u> position has the first, or priority, position to benefit in the event of a <u>default</u>, foreclosure or other liquidation of the collateral backing the loan. PeerStreet's loans are all secured by such senior liens on a property.

**Related Articles:**

- A Different Perspective: Guest Post from A PeerStreet Investor
- PeerStreet Awarded 'Top Emerging Real Estate Platform' by LendIt
- Investing In Debt vs. Equity



Marcos Vazquez
4640 NW 84th Ave Apt 17
Doral FL 33166

**Statement Date** July 01, 2023 - July 31, 2023
**Account Type** Individual
**Account Number** ▓▓▓▓▓

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| $6,294.81 | $0.00 |

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $2,180.81 | $0.00 | $2,180.81 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $4,114.00 | $0.00 | $4,114.00 |
| Account Total | $6,294.81 | $0.00 | $6,294.81 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $190.42 |
| Fees [3] | $0.00 | $12.50 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $4.86 |
| Total | $0.00 | $207.78 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| Irvington Township, NJ Refinance | 7.250% | 02/22/21 | 06/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Los Angeles, CA Acquisition #570 (Series 1) | 8.500% | 11/10/21 | 11/01/23 | $451.00 | $451.00 | $0.00 | $0.00 |
| Richmond, CA Acquisition #7 (Series 2) | 7.500% | 12/02/21 | 11/01/23 | $161.00 | $161.00 | $0.00 | $0.00 |
| Indio, CA Acquisition #3 | 7.125% | 01/03/22 | 01/01/24 | $161.00 | $161.00 | $0.00 | $0.00 |
| Manhasset, NY Acquisition (Series 1) | 8.000% | 03/09/22 | 01/01/24 | $166.00 | $166.00 | $0.00 | $0.00 |
| New Britain, CT Acquisition #17 (Series 1) | 7.625% | 03/30/22 | 04/01/24 | $184.00 | $184.00 | $0.00 | $0.00 |
| Yonkers, NY Acquisition #18 (Series 1) | 7.125% | 04/12/22 | 04/01/23 | $279.00 | $279.00 | $0.00 | $0.00 |
| Los Angeles, CA Acquisition #617 (Series 2) | 9.375% | 09/14/22 | 07/01/23 | $404.00 | $404.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #220 | 9.500% | 11/14/22 | 11/01/23 | $130.00 | $130.00 | $0.00 | $0.00 |
| Monsey, NY Acquisition #7 | 11.000% | 12/01/22 | 12/01/23 | $276.00 | $276.00 | $0.00 | $0.00 |
| Clearwater, FL Acquisition #8 | 9.000% | 12/27/22 | 11/01/23 | $296.00 | $296.00 | $0.00 | $0.00 |
| Lakeland, FL Acquisition #25 | 10.750% | 01/24/23 | 01/01/24 | $307.00 | $307.00 | $0.00 | $0.00 |
| Pomona, CA Acquisition #17 (Series 2) | 7.750% | 02/27/23 | 06/08/23 | $299.00 | $299.00 | $0.00 | $0.00 |
| Total | | | | $4,114.00 | $4,114.00 | $0.00 | $0.00 |

### Pending Investments
None

### Past Investments
None

## Transaction History

No transactions