August 24, 2023

Charles Cooper Butler
Butler Investments Trust
4979 W. 40th Street
Minneapolis, MN 55416

Chief U.S. Bankruptcy Court
Judge Laurie Selber Silverstein
824 North Market Street, 6th Floor
Wilmington, DE 19801

FILED
2023 AUG 30 AM 10: 22
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Chief Judge Lauri Selber Silverstein:

This letter constitutes a request to secure the integrity of both my loan investments and cash on deposit with PeerStreet in my self-directed IRA investment account. I am writing to advocate both for myself and other investors that made investments leveraging the PeerStreet platform to execute their transactions and manage their loan positions.

Please kindly consider the following:

1. Preservation and access to cash on deposit in all investor accounts in accordance with the Peer Street published guidelines and Frequently Asked Questions of investors. As indicated to investors via the PeerStreet website, cash on deposit not invested in specific PeerStreet loans is to be FDIC insured up to $250,000. At this time that cash is unable to be accessed by investors due to the bankruptcy freeze.

2. Preservation and service of loan investments in accordance with PeerStreet published plans to investors. As an investor in asset backed loans, I gave consideration to several aspects of each loan investment made through PeerStreet, including the specific property involved, the protections and approach outlined by PeerStreet for how the loans were to be serviced and continued in event of a PeerStreet bankruptcy, and other metrics such as the loan to value ratios specific to the underlying asset securing such loan. PeerStreet outlined to investors the following: *"Investments in loans are held in a bankruptcy-remote entity that is separate from our primary corporate entity. In the unlikely event PeerStreet no longer remains in business, a third-party "special member" will step in to manage pending loan investments and ensure that investors continue to receive interest and principal payments. Additionally, from the time funds are received in an investor account until an investment closes (but not while funds are invested), investor funds are held in an Investors Trust Account with Wells Fargo and FDIC insurance of up to $250,000."*

Attached you will find both Exhibit A and Exhibit B representing examples of the above stipulations made by PeerStreet and my current account statement, respectively.

Thank you for your consideration.

Respectfully submitted,

*[signature]*

Charles Cooper Butler
Butler Investments Trust

Exhibit A:

Peer Street Website Investor FAQs regarding loan protections and FDIC insured cash:



**PeerStreet**  HOME  ABOUT US  BLOG  HELP  NEWS  PRESS

What investor protections does PeerStreet have in place?

*By Rebekah Jack  Posted March 11, 2019  in*

Investments in loans are held in a bankruptcy-remote entity that is separate from our primary corporate entity. In the unlikely event PeerStreet no longer remains in business, a third-party "special member" will step in to manage pending loan investments and ensure that investors continue to receive interest and principal payments. Additionally, from the time funds are received in an investor account until an investment closes (but not while funds are invested), investor funds are held in an Investors Trust Account with Wells Fargo and FDIC insurance of up to $250,000.

**PeerStreet**  HOME  ABOUT US  BLOG  HELP  NEWS  PRESS

Are my funds insured by the FDIC?

*By Rebekah Jack  Posted March 11, 2019  in*

Your deposited funds held in cash are FDIC-insured up to $250,000. Funds you transfer to the Peer Street Funding, LLC Investors Trust Account at Wells Fargo Bank are insured by the FDIC up to the maximum amount per individual, cumulative of all your funds at Wells Fargo. However, the FDIC only insures the funds while such funds are in your cash account.

As soon as you commit funds to an investment and that applicable investment closes, your funds are transferred out of your account, and the FDIC insurance will no longer be in effect for those funds. Investments in loans are not insured by the FDIC, as they are not considered bank deposits, nor are they guaranteed by PeerStreet and are subject to risks, including the entire loss of principal

Exhibit B:

My self-directed IRA account statement from July 2023 reflects a balance of $111,196.40, including 16 specific underlying assets that are backing the original 16 loan positions and $26,977.43 of cash.



**PeerStreet**

Butler Investments Trust
4979 W. 40th Street
Minneapolis MN 55416

Statement Date: July 01, 2023 - July 31, 2023
Account Type: Trust
Account Number: ███████

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| $111,196.40 | $0.00 |

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $26,977.43 | $0.00 | $26,977.43 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $84,218.97 | $0.00 | $84,218.97 |
| Account Total | $111,196.40 | $0.00 | $111,196.40 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $2,613.36 |
| Fees [3] | $0.00 | $12.11 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Total | $0.00 | $2,625.47 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

### Loan Positions

**Active Investments**

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Outstanding | Payments This Period Earnings | Principal |
|---|---|---|---|---|---|---|---|
| Kansas City, MO Cash-Out Refinance #12 | 8.000% | 01/15/19 | 01/01/21 | $25,000.00 | $25,000.00 | $0.00 | $0.00 |
| Greenwich, CT Refinance #6 | 8.000% | 01/07/20 | 01/01/21 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Pleasantville, NJ Refinance #3 | 7.250% | 02/20/20 | 03/01/21 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Pinon Hills, CA Acquisition | 7.000% | 04/19/21 | 04/01/23 | $1,211.00 | $1,211.00 | $0.00 | $0.00 |
| Greenwood, SC Acquisition #2 (Series 1) | 7.000% | 12/31/21 | 12/01/23 | $5,745.00 | $5,743.09 | $0.00 | $0.00 |
| Atlanta, GA Acquisition #124 | 7.000% | 03/30/22 | 04/01/24 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| East Providence, RI Cash-Out Refinance #2 | 7.250% | 04/21/22 | 05/01/24 | $3,519.00 | $3,519.00 | $0.00 | $0.00 |
| Covington, GA Cash-Out Refinance | 7.875% | 05/16/22 | 06/01/24 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Elizabeth, NJ Acquisition #19 (Series 1) | 7.000% | 06/14/22 | 06/01/23 | $5,000.00 | $3,326.88 | $0.00 | $0.00 |
| Philadelphia, PA Cash-Out Refinance #78 (Series 1) | 7.500% | 06/14/22 | 07/01/24 | $2,140.00 | $2,140.00 | $0.00 | $0.00 |
| Bay Shore, NY Acquisition #3 | 9.000% | 08/16/22 | 09/01/23 | $4,615.00 | $4,615.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #216 | 8.250% | 09/13/22 | 06/01/23 | $4,602.00 | $4,602.00 | $0.00 | $0.00 |
| Anderson, IN Acquisition | 8.250% | 09/15/22 | 10/01/23 | $1,159.00 | $1,159.00 | $0.00 | $0.00 |
| Houston, TX Cash-Out Refinance #70 | 9.000% | 12/20/22 | 01/01/24 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Chicago, IL Acquisition #212 | 9.000% | 12/22/22 | 11/01/23 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Tarzana, CA Acquisition #5 | 8.250% | 01/13/23 | 10/01/23 | $2,903.00 | $2,903.00 | $0.00 | $0.00 |
| Total | | | | $85,894.00 | $84,218.97 | $0.00 | $0.00 |

**Pending Investments**
None

**Past Investments**
None