IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Peer Street, Inc., *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS)<br><br>(Jointly Administered)<br><br>Ref. D.I. 18 & 257 |

## NOTICE OF FILING OF DEMONSTRATIVES

**PLEASE TAKE NOTICE** that on June 27, 2023, the above-caption debtors and debtors in possession (the "**Debtors**") filed the *Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (II) Approving Certain Bid Procedures and the Form and Manner of Notice Thereof, and (III) Granting Related Relief; and (B) an Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of all Encumbrances, and (III) Granting Related Relief* [Docket No. 18] (the "**Motion**")[2] with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, on August 17, 2023, the Debtors submitted the *Debtors' Omnibus Reply to Objections to Bidding Procedures and Cash Management Motions: Docket Numbers 11 and 18* (the "**Reply**") [Docket No. 257] in support of their Motion.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a demonstrative exhibit (the "**Demonstrative**") that the Debtors intend to use to support both the Motion and their Reply.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights to amend, modify, or supplement the Demonstratives at any time before any hearing on the Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

30673117.1

Dated: August 31, 2023

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
|---|---|
| */s/ S. Alexander Faris* | P. Bradley O'Neill (admitted *pro hac vice*) |
| Joseph Barry (Del. Bar No. 4221) | Caroline Gange (admitted *pro hac vice*) |
| Ryan M. Bartley (Del. Bar No. 4985) | 1177 Avenue of the Americas |
| S. Alexander Faris (Del. Bar No. 6278) | New York, New York 10036 |
| Shella Borovinskaya (Del. Bar No. 6758) | Telephone: (212) 715-9511 |
| Rodney Square | Facsimile: (212) 715-8000 |
| 1000 North King Street | Email: boneill@kramerlevin.com |
| Wilmington, Delaware 19801 | cgange@kramerlevin.com |
| Telephone: (302) 571-6600 | |
| Facsimile: (302) 571-1253 | *Counsel to the Debtors and* |
| Email: jbarry@ycst.com | *Debtors in Possession* |
| rbartley@ycst.com | |
| afaris@ycst.com | |
| sborovinskaya@ycst.com | |
| | |
| *Counsel to the Debtors and* | |
| *Debtors in Possession* | |