# EXHIBIT A

30673117.1

# MORTGAGE PAYMENT DEPENDENT NOTES ISSUED BY FUNDING LLC



The structure of these transactions is described in greater detail at ¶¶ 22 - 24 of the *Debtors' Omnibus Reply to Objections to Bidding Procedures and Cash Management Motions: Docket Numbers 11 and 18* [D.I. 257] (the "**Reply**") with respect to capital raised by Funding LLC from the issuance of MPDNs to investors, and ¶¶ 25 – 27 of the Reply with respect to Funding LLC's use of such funds to purchase a participation interest in the applicable Underlying Loan owned by PSFI.

# REDEEMABLE WAREHOUSE NOTES ISSUED BY FUNDING LLC



The structure of these transactions is described in greater detail in ¶¶ 2 – 7 of the Appendix attached to the Reply (the "**Appendix**") with respect to capital raised by Funding LLC through the issuance of RWNs.  As described in greater detail in ¶¶ 16 – 18 of the Appendix, the Funds raised from the issuance of RWNs were lent by Funding LLC to the Warehouse Entities.  The Warehouse Entities would use such funds to provide warehouse financing to PSFI, through the purchase of participation interests in Underlying Loans.  The terms of the purchase of these participation interests are described in Section IV.B of the Reply.

(1)   *PS Warehouse, LLC and PS Warehouse II, LLC.*

# PAYMENT DEPENDENT NOTES ISSUED BY PORTFOLIO LLC



The structure of these transactions is described in greater detail in ¶¶ 8 – 14 of the Appendix with respect to the capital raised by Portfolio LLC through the issuance of PDNs to investors. As described in ¶¶ 19 – 22 of the Appendix, the Funds raised by Portfolio LLC through the issuance of PDNs were used to purchase Underlying Loans or participations therein. The terms applicable to the purchase of participation interests by Portfolio LLC are described in Section IV.B of the Reply.