Jason Elmore
403 Fern Street
New Orleans, LA 70118



August 24, 2023

Chief Judge Laurie Selber Silverstein
United States Bankruptcy Court
District of Delaware
824 Market Street North, 6th floor
Wilmington, DE 19801

RE:   PeerStreet Bankruptcy
      Case No. 23-10815-LSS

Dear Honorable Chief Judge Silverstein:

The First Monthly Application of Young Conoway Stargatt & Taylor, LLP, as Co-Counsel to the Debtors and Debtors in Possession, for allowance of compensation and reimbursement of expenses incurred for the period from June 26, 2023 through June 30, 2023, was filed in the court docket for the captioned case on August 24, 2023.

I am writing to object to any monies being paid by the Debtors and Debtors in Possession until the said Debtors and Debtors in Possession return all the uninvested cash held in the various individual investor accounts to the individual investors. This money does not belong to the Debtors and should be returned and not used to pay any of their expenses, legal or otherwise.

Thank you for your consideration in this matter.

Sincerely,

Jason Elmore

**From:**
Jason Elmore
403 Fern Street
New Orleans, LA 70118

**Postmark:** NEW ORLEANS LA 700 — 26 AUG 2023 PM 1

**Postage:** $0.60 + $0.03 US POSTAGE FIRST-CLASS (stamps.com, FROM 70433)

**To:**
Chief Judge Laurie Selber Silverstein
United States Bankruptcy Court
824 Market Street North, 6th floor
Wilmington, DE 19801

19801-30249