Keith Carlisle
8318 Louis Dr
Huntsville, AL 35802
256-468-7704

FILED
2023 AUG 31 AM 9:18
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

August 20, 2023

Chief Judge Laurie Seiber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE 19801

Re: Case 23-10815-LSS Request for Protection of Secured Loan Investments and Cash in Peer Street Bank Proceedings  (My Peer Street Account _____ 0112)

Dear Honorable Chief Judge Laurie Seiber Silverstein,

I am writing to request your assistance to protect my secured loan investments and cash holdings with PeerStreet, Inc and its affiliated companies, with respect to the bankruptcy proceedings.  I trust that the bankruptcy court will consider all the facts and legal ramifications in this complex situation.

As and investor, I invested by funds in real-estate backed loans through the PeerStreet platform, with the understanding that the loans were secured by underlying collateral.  Given the bankruptcy filing, I am concerned about the preservation of my rights as a secured creditor and associated impact on my investments.  All of my funds in loans, portfolio and pocket should be off limits to operated the business.

I respectfully request that you consider the following for the protection of my investment.

1. Preservation of Secured Loan Investments.  I request the court ensures proper handling and preservation of the underlying collateral associated with my loan investments.  Please do no allow the wholesale auction of all the loans in a basket.  I carefully selected conservative loans and I do not want them sold in bulk with non-performing loans.
2. Transparency and clear communications.  I respectfully ask the court to provide regular updates and important information relative to the bankruptcy proceeding.  And please notify me if I need to take any additional action as a creditor.

3. Priority and fair treatment of Secured Creditors. I specifically request that all funds owed to retail account holders with secured notes be given priority over all investors and owners of PeerStreet and its subsidiaries.

I understand that the bankruptcy process is complex and decisions must be mad after careful examination of the facts of the case. As an investor, I have placed my trust in the integrity of the bankruptcy court to safeguard my investments and ensure fair treatment.

I appreciate you attention to this matter and your commitment to upholding justice.

Sincerely,

*Keith Carlisle*

Keith Carlisle    keithcarlisle7@gmail.com    256-468-7704

Attachment June 30, 2023 Statement

 **PeerStreet**

Keith Carlisle
8318 Louis Dr
Huntsville AL 35802

Statement Date: June 01, 2023 - June 30, 2023
Account Type: Individual
Account Number: ████0112

## Monthly Overview

**Total Account Value**
**$141,284.37**

**Earnings This Statement**
**$452.24**

### Account Summary

| | 06/01/23 | Net change | 06/30/23 |
|---|---|---|---|
| Investable Cash | $16,078.52 | -$14,571.82 | $1,506.70 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $142,753.61 | -$2,975.94 | $139,777.67 |
| Invested Pocket Principal | $0.00 | $0.00 | $0.00 |
| Account Total | $158,832.13 | -$17,547.76 | $141,284.37 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $452.24 | $6,108.04 |
| Fees [3] | $0.00 | $89.97 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Pocket Interest | $0.00 | $0.00 |
| Total | $452.24 | $6,198.01 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Outstanding | Payments This Period Earnings | Principal |
|---|---|---|---|---|---|---|---|
| Los Gatos, CA Acquisition #3 (Series 3) | 8.000% | 07/18/18 | 07/01/20 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| Shamokin, PA Acquisition | 9.000% | 07/10/19 | 07/01/20 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| Tallahassee, FL Refinance #3 | 9.000% | 09/17/19 | 12/01/20 | $9,000.00 | $9,000.00 | $0.00 | $0.00 |
| New York, NY Cash-Out Refinance #22 | 8.000% | 01/08/20 | 01/01/22 | $1,984.00 | $1,984.00 | $0.00 | $0.00 |
| Reseda, CA Cash-Out Refinance #6 | 7.000% | 02/26/21 | 03/01/23 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| Dallas, TX Cash-Out Refinance #40 | 6.500% | 07/27/21 | 08/01/23 | $4,000.00 | $4,000.00 | $21.67 | $0.00 |
| Inglewood, CA Acquisition #7 | 7.500% | 08/26/21 | 07/01/23 | $2,000.00 | $2,000.00 | $12.50 | $0.00 |
| Palmetto Bay, FL Acquisition #4 | 6.125% | 09/22/21 | 10/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Charleston, SC Acquisition #13 | 6.250% | 10/27/21 | 11/01/23 | $1,300.00 | $1,300.00 | $6.77 | $0.00 |
| Chicago, IL Acquisition #192 | 6.625% | 11/17/21 | 12/01/22 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| South Padre Island, TX Acquisition | 6.625% | 11/23/21 | 12/01/23 | $4,000.00 | $4,000.00 | $22.08 | $0.00 |
| Orient, NY Refinance | 6.625% | 12/02/21 | 12/01/23 | $6,000.00 | $6,000.00 | $0.00 | $0.00 |
| Chicago, IL Cash-Out Refinance #191 (Series 1) | 6.500% | 12/13/21 | 12/01/23 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| Greenwood, SC Acquisition #2 (Series 1) | 7.000% | 12/31/21 | 12/01/23 | $4,000.00 | $3,998.67 | $23.33 | $0.00 |
| Hudson, FL Cash-Out Refinance #3 | 6.125% | 01/06/22 | 01/01/24 | $1,000.00 | $1,000.00 | $5.10 | $0.00 |
| Downey, CA Acquisition #20 | 6.625% | 01/20/22 | 01/01/24 | $1,108.00 | $1,108.00 | $6.12 | $0.00 |
| New City, NY Acquisition | 6.750% | 03/18/22 | 04/01/23 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| Detroit, MI Cash-Out Refinance #13 (Series 1) | 6.625% | 04/06/22 | 04/01/24 | $4,000.00 | $4,000.00 | $22.08 | $0.00 |
| Winter Haven, FL Cash-Out Refinance #9 | 7.500% | 04/26/22 | 05/01/24 | $4,000.00 | $4,000.00 | $25.00 | $0.00 |
| Brandon, FL Cash-Out Refinance #6 | 7.750% | 04/26/22 | 05/01/24 | $4,000.00 | $4,000.00 | $25.83 | $0.00 |
| Puyallup, WA Cash-Out Refinance #4 | 6.750% | 05/09/22 | 05/01/24 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| Covington, GA Cash-Out Refinance | 7.875% | 05/16/22 | 06/01/24 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| San Diego, CA Cash-Out Refinance #75 (Series 1) | 6.500% | 06/10/22 | 06/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Philadelphia, PA Cash-Out Refinance #78 (Series 1) | 7.500% | 06/14/22 | 07/01/24 | $1,232.00 | $1,232.00 | $7.70 | $0.00 |
| Chicago, IL Acquisition #203 | 8.750% | 08/12/22 | 09/01/23 | $1,155.00 | $1,155.00 | $0.00 | $0.00 |
| Charleston, SC Cash-Out Refinance #14 | 9.000% | 08/16/22 | 09/01/23 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| NAPLES, FL Cash-Out Refinance #15 | 7.500% | 09/01/22 | 09/01/23 | $4,000.00 | $4,000.00 | $25.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #218 | 8.500% | 09/13/22 | 06/01/23 | $1,000.00 | $1,000.00 | $7.08 | $0.00 |
| Brooklyn, NY Acquisition #216 | 8.250% | 09/13/22 | 06/01/23 | $1,000.00 | $1,000.00 | $6.87 | $0.00 |
| Waterbury, CT Cash-Out Refinance #11 | 9.000% | 09/20/22 | 10/01/23 | $4,000.00 | $4,000.00 | $30.00 | $0.00 |
| Tampa, FL Cash-Out Refinance #107 | 7.500% | 10/05/22 | 10/01/23 | $4,000.00 | $4,000.00 | $25.00 | $0.00 |
| Orange, MA Cash-Out Refinance | 7.500% | 10/14/22 | 11/01/23 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| Summerville, SC Cash-Out Refinance #8 | 8.500% | 11/17/22 | 11/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Paterson, NJ Acquisition #27 (Series 2) | 8.000% | 11/22/22 | 06/01/23 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Tampa, FL Acquisition #109 | 8.000% | 12/06/22 | 11/01/23 | $2,000.00 | $2,000.00 | $13.33 | $0.00 |
| Tampa, FL Acquisition #112 | 10.000% | 12/07/22 | 12/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Houston, TX Cash-Out Refinance #68 | 9.000% | 12/20/22 | 01/01/24 | $2,000.00 | $2,000.00 | $15.00 | $0.00 |
| Houston, TX Cash-Out Refinance #67 | 9.000% | 12/23/22 | 01/01/24 | $2,000.00 | $2,000.00 | $15.00 | $0.00 |
| Lubbock, TX Acquisition | 9.500% | 01/31/23 | 02/01/24 | $6,000.00 | $6,000.00 | $0.00 | $0.00 |
| Chicago, IL Acquisition #214 | 10.500% | 02/03/23 | 02/01/24 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| Dolton, IL Acquisition #6 | 9.500% | 02/06/23 | 03/01/24 | $2,000.00 | $2,000.00 | $15.83 | $0.00 |
| Philadelphia, PA Acquisition #95 | 9.000% | 02/23/23 | 02/01/24 | $6,000.00 | $6,000.00 | $44.98 | $0.00 |
| San Diego, CA Cash-Out Refinance #75 (Series 2) | 9.000% | 03/09/23 | 06/01/23 | $6,000.00 | $6,000.00 | $0.00 | $0.00 |

| | | | | Total | $139,779.00 | $139,777.67 | $376.27 | $0.00 |

**Pending Investments**

None

**Past Investments**

| Loan | Yield | Start Date | Paid Off | Principal Investment | | Payments This Period | |
|---|---|---|---|---|---|---|---|
| | | | | Initial | Outstanding | Earnings | Principal |
| Union City, NJ Acquisition #8 | 6.750% | 07/13/21 | 06/06/23 | $1,000.00 | $0.00 | $59.14 | $990.66 |
| Philadelphia, PA Acquisition #91 | 8.250% | 12/20/22 | 06/13/23 | $2,000.00 | $0.00 | $16.83 | $1,985.28 |
| Total | | | | $3,000.00 | $0.00 | $75.97 | $2,975.94 |

## Transaction History

| Date | Transaction | Amount | Account Total |
|---|---|---|---|
| 06/01/23 | Beginning Balance | — | $158,832.13 |
| 06/06/23 | Interest from Union City, NJ Acquisition #8 | $39.01 | $158,871.14 |
| 06/06/23 | Default Interest from Union City, NJ Acquisition #8 | $20.13 | $158,891.27 |
| 06/06/23 | Principal from Union City, NJ Acquisition #8 | $990.66 | $158,891.27 |
| 06/06/23 | Interest from Brooklyn, NY Cash-Out Refinance #218 | $7.08 | $158,898.35 |
| 06/06/23 | Interest from Brooklyn, NY Acquisition #216 | $6.87 | $158,905.22 |
| 06/13/23 | Interest from Philadelphia, PA Acquisition #91 | $16.83 | $158,922.05 |
| 06/13/23 | Principal from Philadelphia, PA Acquisition #91 | $1,985.28 | $158,922.05 |
| 06/13/23 | Interest from Waterbury, CT Cash-Out Refinance #11 | $30.00 | $158,952.05 |
| 06/13/23 | Interest from Inglewood, CA Acquisition #7 | $12.50 | $158,964.55 |
| 06/13/23 | Interest from Philadelphia, PA Cash-Out Refinance #78 (Series 1) | $7.70 | $158,972.25 |
| 06/13/23 | Interest from South Padre Island, TX Acquisition | $22.08 | $158,994.33 |
| 06/13/23 | Interest from Dallas, TX Cash-Out Refinance #40 | $21.67 | $159,016.00 |
| 06/13/23 | Interest from Brandon, FL Cash-Out Refinance #6 | $25.83 | $159,041.83 |
| 06/13/23 | Interest from Philadelphia, PA Acquisition #95 | $44.98 | $159,086.81 |
| 06/13/23 | Interest from Detroit, MI Cash-Out Refinance #13 (Series 1) | $22.08 | $159,108.89 |
| 06/13/23 | Interest from Charleston, SC Acquisition #13 | $6.77 | $159,115.66 |
| 06/13/23 | Interest from Greenwood, SC Acquisition #2 (Series 1) | $23.33 | $159,138.99 |
| 06/16/23 | Account Withdrawal | -$18,000.00 | $141,138.99 |
| 06/20/23 | Interest from Houston, TX Cash-Out Refinance #68 | $15.00 | $141,153.99 |
| 06/20/23 | Interest from Hudson, FL Cash-Out Refinance #3 | $5.10 | $141,159.09 |
| 06/20/23 | Interest from Tampa, FL Acquisition #109 | $13.33 | $141,172.42 |
| 06/20/23 | Interest from Downey, CA Acquisition #20 | $6.12 | $141,178.54 |
| 06/20/23 | Interest from Tampa, FL Cash-Out Refinance #107 | $25.00 | $141,203.54 |
| 06/20/23 | Interest from Houston, TX Cash-Out Refinance #67 | $15.00 | $141,218.54 |
| 06/20/23 | Interest from Dolton, IL Acquisition #6 | $15.83 | $141,234.37 |
| 06/20/23 | Interest from NAPLES, FL Cash-Out Refinance #15 | $25.00 | $141,259.37 |
| 06/20/23 | Interest from Winter Haven, FL Cash-Out Refinance #9 | $25.00 | $141,284.37 |
| 06/30/23 | Ending Balance | — | $141,284.37 |

BIRMINGHAM AL 350
24 AUG 2023 PM 4 L

Keith Carlisle
8318 Louis Dr
Huntsville AL 35802

Chief Judge Laurie Seibar Silverstein
US Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, D.E. 19801

19801-302499