# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PEER STREET, INC., *et al.*, | Case No. 23-10815 (LSS) |
| Debtors.[1] | (Jointly Administered) |
| | Objection Deadline: September 14, 2023 at 4:00 p.m. (ET) |

**FIRST MONTHLY STAFFING REPORT FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROVINCE, LLC FOR PROVIDING A CHIEF RESTRUCTURING OFFICER AND CERTAIN ADDITIONAL PERSONNEL TO THE DEBTORS, FOR THE PERIOD FROM JUNE 26, 2023 THROUGH JULY 31, 2023**

| | |
|---|---|
| Name of Applicant: | Province, LLC |
| Authorized to Provide Professional Services to: | The Debtors |
| Date of Retention: | Effective as of June 26, 2023 by order entered on July 27, 2023 |
| Period for which Compensation and Reimbursement is Sought: | June 26, 2023 through July 31, 2023[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $884,254.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $3,932.05 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

[2] The applicant reserves the right to include any time expended in the time period indicated above in future staffing report(s) if it is not included herein.

**Monthly Billing Summary**

This is the first monthly staffing report filed in these cases.

## PROVINCE PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David Dunn | Principal - Corporate restructuring and litigation analysis. | $1,250 | 139.2 | $174,000.00 |
| David Dachelet, Esq. | Principal and General Counsel - Corporate restructuring. Bar admission in 1998. | $1,060 | 0.5 | $530.00 |
| Michael Robinson | Senior Director - Investment banking since 2012. | $840 | 303.3 | $254,772.00 |
| Tyler McLaren | Vice President - Corporate finance. | $630 | 221.3 | $139,419.00 |
| Tyler McLaren | Senior Associate - Corporate finance. | $570 | 46.0 | $26,220.00 |
| Spencer Stires | Associate - Investment banking and corporate valuation. | $480 | 23.3 | $11,184.00 |
| Oscar Strieter | Senior Analyst | $475 | 211.8 | $100,605.00 |
| Eric Gottschall | Analyst | $450 | 46.4 | $20,880.00 |
| Kennet Mendez | Associate - Investment banking. | $430 | 7.9 | $3,397.00 |
| Robert Maatougui | Associate - Investment banking. | $430 | 112.1 | $48,203.00 |
| Oscar Strieter | Analyst | $420 | 52.5 | $22,050.00 |
| Kirsten Lee | Analyst | $400 | 209.8 | $83,920.00 |
| Matthew Mitchell | Analyst | $320 | 17.2 | $5,504.00 |
| | **Subtotal** | | **1,391.3** | **$890,684.00** |
| | **Blended Rate for Professionals** | **$640.18** | | |
| **Para Professionals** | | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Beth Robinson | Paralegal | $290 | 4.5 | $1,305.00 |
| | **Subtotal** | | **4.5** | **$1,305.00** |
| | | | **Fee Statement Hours** | **Total Compensation** |
| | **Subtotal** | | **1,395.8** | **$891,989.00** |
| | **Blended Rate for All Timekeepers** | **$639.05** | | |
| | **Travel Time Discount** | | | **($7,735.00)** |
| | **Grand Total** | | **1,395.8** | **$884,254.00** |

2

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 1,015.6 | $643,138.50 |
| Case Administration | 19.9 | $14,642.00 |
| Committee Activities | 99.3 | $70,862.00 |
| Court Filings | 4.9 | $2,309.00 |
| Court Hearings | 7.1 | $5,584.00 |
| Fee / Employment Applications | 7.1 | $3,242.00 |
| Sale Process | 224.9 | $136,741.50 |
| Travel Time (billed at 50%) | 17.0 | $7,735.00 |
| **Grand Total** | **1,395.8** | **$884,254.00** |

## EXPENSE SUMMARY

| Expense Category | Description | Total Expenses |
|---|---|---|
| Airfare/Train | Train to/from Wilmington, DE to attend first day hearing. | $1,222.00 |
| Ground Transportation | Transportation while traveling to Wilmington, DE to attend first day hearing. | $85.54 |
| Lodging | Hotel accommodations while traveling to Wilmington, DE to attend first day hearing. | $1,006.57 |
| Meals | Working and travel meals. | $1,241.94 |
| Miscellaneous | Research fees. | $376.00 |
| **Total Expenses** | | **$3,932.05** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PEER STREET, INC., *et al.*, | Case No. 23-10815 (LSS) |
| Debtors.[1] | (Jointly Administered) |
| | **Objection Deadline: September 14, 2023 at 4:00 p.m. (ET)** |

**FIRST MONTHLY STAFFING REPORT FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROVINCE, LLC FOR PROVIDING A CHIEF RESTRUCTURING OFFICER AND CERTAIN ADDITIONAL PERSONNEL TO THE DEBTORS, FOR THE PERIOD FROM JUNE 26, 2023 THROUGH JULY 31, 2023**

Pursuant to sections 363 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the engagement letter by and between the above captioned debtors (the "Debtors") and Province, LLC (the "Engagement Letter"), Province, LLC ("Province"), hereby submits its first monthly staffing report for compensation and reimbursement of expenses for the period from June 26, 2023 through July 31, 2023 (the "Staffing Report").

By this Staffing Report, Province seeks allowance and payment of compensation in the amount of $884,254.00 and actual and necessary expenses in the amount of $3,932.05 for a total allowance of $888,186.05 for the period June 26, 2023 through July 31, 2023 (the "Compensation Period"). Pursuant to Local Bankruptcy Rule 2016-2, this Staffing Report is supported by the Certification of David Dunn, which is annexed hereto as Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

**INTRODUCTION**

1. On June 26, 2023 (the "Petition Date"), the Debtors each commenced a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors are authorized to continue to operate their business and manage their property as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. As of the filing of this Motion, an official committee of unsecured creditors has not been appointed. No requests have been made for the appointment of a trustee or examiner in these Chapter 11 Cases.

2. On July 7, 2023, the Debtors filed their *Motion to (I) Employ and Retain Province, LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel, and (II) Designate David Dunn as Chief Restructuring Officer Effective as of the Petition Date* [D.I. 64] (the "Retention Application").

3. On July 27, 2023, this Court entered the *Order Authorizing the Debtors to (I) Employ and Retain Province, LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel, and (II) Designating David Dunn as Chief Restructuring Officer Effective as of the Petition Date* [D.I. 144] (the "Retention Order"). The Retention Order authorized Province to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

**COMPENSATION SOUGHT AND EXPENSES PAID**

4. For the Compensation Period, Province seeks fees in the amount of $884,254.00 and incurred expenses in the amount of $3,932.05. The fees and expenses sought by Province are in connection with its representation of the Debtors.

5. Attached hereto as Exhibit B are detailed time entries indicating the daily work performed by each Province professional during the Compensation Period.

6. In accordance with Section 504 of the Bankruptcy Code and Bankruptcy Rule 2016(a), no agreement or understanding exists between Province and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these Chapter 11 Cases.

7. No agreement or understanding prohibited by 18 U.S.C. § 155 has been or will be made by Province.

8. Province reserves all rights and claims that it may have regarding the collection of any amounts due and owing for work performed by Province in connection with these Chapter 11 Cases.

Dated: August 31, 2023                                                          **PROVINCE, LLC**

By: /s/ *David Dunn*
David Dunn, Principal
2360 Corporate Circle, Suite 340
Henderson, NV 89074
Telephone: (702) 685-5555
Email: ddunn@provincefirm.com

*Provider of a Chief Restructuring Officer and Certain Additional Personnel to the Debtors*