**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Peer Street, Inc., *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: September 14, 2023 at 4:00 p.m. (ET)** |

**NOTICE OF FIRST MONTHLY STAFFING REPORT FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROVINCE, LLC FOR PROVIDING A CHIEF RESTRUCTURING OFFICER AND CERTAIN ADDITIONAL PERSONNEL TO THE DEBTORS, FOR THE PERIOD FROM JUNE 26, 2023 THROUGH JULY 31, 2023**

**PLEASE TAKE NOTICE** that, in accordance with that certain *Order Authorizing the Debtors to (I) Employ and Retain Province, LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel, and (II) Designating David Dunn as Chief Restructuring Officer Effective as of the Petition Date* [D.I. 144] (the "**Retention Order**"), Province, LLC has filed the attached staffing and compensation report for the period from June 26, 2023 through July 31, 2023 (the "**Staffing and Compensation Report**") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Staffing and Compensation Report must be made in accordance with the Retention Order and filed and served

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

30727354.1

upon the undersigned counsel so as to be received on or before **September 14, 2023 at 4:00 p.m. (ET).**

Dated:  August 31, 2023

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| /s/ S. Alexander Faris | P. Bradley O'Neill (*pro hac vice* pending) |
| Joseph Barry (Del. Bar No. 4221) | Caroline Gange (*pro hac vice* pending) |
| Ryan M. Bartley (Del. Bar No. 4985) | 1177 Avenue of the Americas |
| S. Alexander Faris (Del. Bar No. 6278) | New York, New York 10036 |
| Shella Borovinskaya (Del. Bar No. 6758) | Telephone:  (212) 715-9511 |
| Carol E. Cox (Del. Bar No. 6936) | Facsimile:  (212) 715-8000 |
| Rodney Square | Email:  boneill@kramerlevin.com |
| 1000 North King Street |         cgange@kramerlevin.com |
| Wilmington, Delaware 19801 | |
| Telephone:  (302) 571-6600 | *Co-Counsel to the Debtors and* |
| Facsimile:  (302) 571-1253 | *Debtors in Possession* |
| Email:  jbarry@ycst.com | |
|         rbartley@ycst.com | |
|         afaris@ycst.com | |
|         sborovinskaya@ycst.com | |
|         ccox@ycst.com | |

*Co-Counsel to the Debtors and*
*Debtors in Possession*

30727354.1