## **EXHIBIT A**

Certification

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PEER STREET, INC., *et al.*, | Case No. 23-10815 (LSS) |
| Debtors.[4] | (Jointly Administered) |

## <u>CERTIFICATION OF DAVID DUNN</u>

I, David Dunn, a Principal with the firm Province, after being duly sworn according to law, deposes and says:

1.      I am a Principal with the firm of Province, LLC ("<u>Province</u>"), which is a financial advisory firm with its principal office located at 2360 Corporate Circle, Suite 340, Henderson, Nevada 89074. Province also has offices in the Baltimore/Washington DC, Los Angeles, Greenwich, New York, Houston, and Miami metro areas. Province's retention in these Chapter 11 cases commenced on June 26, 2023.

2.      I have personally performed many of the services rendered and am familiar with the other work performed on behalf of the Debtors by the other professionals in the firm.

3.      The *First Monthly Staffing Report For Compensation and Reimbursement of Expenses of Province, LLC for Providing a Chief Restructuring Officer and Certain Additional Personnel to the Debtors, for the Period from June 26, 2023 Through July 31, 2023* (the "<u>Staffing Report</u>") was prepared at my direction. The facts set forth in the foregoing Staffing Report are

---

[4] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

true to the best of my knowledge, information and belief.

4.      The Retention Order entered by this Court authorized Province to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

5.      I have reviewed the Court's Local Rule 2016-2 and the *United States Trustee's Guidelines for Review of Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330* (the "Guidelines").  The Staffing Report substantially complies with Local Rule 2016-2 and the Guidelines.

Executed under penalty of perjury of the laws of the United States on this 31st day of August 2023.

/s/ David Dunn
David Dunn, Principal
Province, LLC