## **EXHIBIT B**

Detailed Time & Expense Entries