

Brent D. Lowe
1900 Lone Tree Road
Milford, MI 48380

August 28, 2023

Chief Judge Laurie Selber Silverstein,
U.S. Bankruptcy Court
824 North Market Street, 6th floor
Wilmington, DE 19801

Re: Case 23-10815-LSS
Request for Protection of Investable Cash in PeerStreet Bankruptcy Proceedings

Honorable Chief Judge Laurie Selber Silverstein,

I am writing to request your assistance in prioritizing the protection of investable cash in my PeerStreet account. PeerStreet claimed that each investor's funds which are not invested, are held in an Investors Trust Account with Wells Fargo and FDIC insurance of up to $250,000 (Attachment 1). I contacted PeerStreet upon my first notice that they had filed bankruptcy requesting the return of my investable cash. I was told that my investable cash could not be returned due to the bankruptcy filing.

In the recent BlockFi bankruptcy case, Chief U.S. Bankruptcy Judge Michael Kaplan in Trenton, New Jersey ruled that customers owned their deposits in BlockFi's Wallet program, which did not pay interest and kept customer deposits separate from BlockFi's other funds. Customers who had interest-bearing accounts did not own their deposits, which were turned over to BlockFi for use in its broader lending business, Kaplan ruled. (Reuters, May 23, 2023). I would request that you would kindly consider treating the Investable Cash in the PeerStreet individual accounts similarly and prioritize the repayment of these funds, treating them separately from the Invest Loan Principal.

I appreciate your attention to this matter and your commitment to upholding justice in the bankruptcy proceedings.

Sincerely,

Brent D Lowe

Brent D. Lowe

Attachments:
1. PeerStreet website screenshot (with URL) – Investor Protection
2. PeerStreet July 2023 Account statement (showing investable cash balance in my account)

# PeerStreet PeerStreet

## What investor protections does PeerStreet have in place?

*Rebekah Jack*
**Posted** March 11, 2019

Investments in loans are held in a bankruptcy-remote entity that is separate from our primary corporate entity. In the unlikely event PeerStreet no longer remains in business, a third-party "special member" will step in to manage pending loan investments and ensure that investors continue to receive interest and principal payments. Additionally, from the time funds are received in an investor account until an investment closes (but not while funds are invested), investor funds are held in an Investors Trust Account with Wells Fargo and FDIC insurance of up to $250,000.

https://info.peerstreet.com/faqs/what-investor-protections-does-peerstreet-have-in-place/#

 **PeerStreet**

Brent Lowe
1900 Lone Tree Rd
Milford MI 48380

**Statement Date** July 01, 2023 - July 31, 2023
**Account Type** Individual
**Account Number** ▇▇▇▇▇

## Monthly Overview

**Total Account Value**
# $28,857.28

**Earnings This Statement**
# $0.00

### Account Summary

|  | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $19,405.28 | $0.00 | $19,405.28 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $9,452.00 | $0.00 | $9,452.00 |
| Account Total | $28,857.28 | $0.00 | $28,857.28 |

### Earning Summary

|  | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $133.73 |
| Fees [3] | $0.00 | $0.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | -$444.20 |
| Other | $0.00 | $32.05 |
| Total | $0.00 | -$278.42 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

### Loan Positions

**Active Investments**

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Outstanding | Payments This Period Earnings | Principal |
|---|---|---|---|---|---|---|---|
| Houston, TX Refinance #21 | 8.000% | 09/27/18 | 10/01/19 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Miller Place, NY Acquisition | 7.500% | 11/08/18 | 10/19/19 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Jersey City, NJ Refinance #23 | 8.000% | 02/01/19 | 06/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Chicago, IL Acquisition #96 (Series 1) | 7.000% | 04/19/19 | 04/01/20 | $228.00 | $228.00 | $0.00 | $0.00 |
| Chicago, IL Acquisition #96 (Series 3) | 7.000% | 05/17/19 | 04/01/20 | $110.00 | $110.00 | $0.00 | $0.00 |
| Oak Park, IL Acquisition #4 | 7.000% | 07/03/19 | 06/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #139 (Series 1) | 7.500% | 09/03/19 | 09/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #140 | 7.250% | 09/04/19 | 09/01/20 | $114.00 | $114.00 | $0.00 | $0.00 |
| Brooklyn , NY Refinance (Series 1) | 6.750% | 09/06/19 | 09/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #191 | 7.125% | 02/03/20 | 02/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Pleasantville, NJ Refinance #3 | 7.250% | 02/20/20 | 03/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Palos Park, IL Refinance | 6.875% | 03/06/20 | 04/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Total |  |  |  | $9,452.00 | $9,452.00 | $0.00 | $0.00 |

**Pending Investments**
None

**Past Investments**
None

### Transaction History

No transactions




U.S.M.S
X-R/

Chief Judge Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 3rd Floor
Wilmington, DE 19801