Chief Judge Laurie Selber Silverstein

U.S. Bankruptcy Court

824 North Market Street, 6th Floor

Wilmington, DE 19801

RE: Case 23-10815



Honorable Chief Judge Laurie Selber Silverstein:

I am writing to request your assistance in protecting our secured loan investments in the above bankruptcy case. I have an IRA account at Peerstreet.

I have invested in Peerstreet for over a year and those investments were made with the understanding that they are legally separate from the parent company in what Peerstreet described as a bankruptcy-remote entity. I am an investor in several other real estate investments and these companies all have similar legally separate entities that hold the assets.

I have followed the court proceedings so far and understand that Peerstreet is attempting to group the retail mortgage note investors with institutional and other creditors that provided credit to the Peerstreet parent company entity. I believe that the mortgage note holders should be separated from the other creditors. We should be classified as "secured" creditors given our investments are tied to specific mortgage notes. Other creditors without this specific attachment should be "unsecured" creditors.

I have attached recent statements for my IRA accounts.

Thank you for your attention.

*Lana Peta*

Lana Peta



STRATA Trust Company,
Custodian FBO Lana Peta
1159412680
200001267

Account Number
SD IRA Account Number
Tax ID Number
Account Type   Ira



## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| **$69,481.02** | **$0.00** |

### Account Summary

|  | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $0.00 | $0.00 | $0.00 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $69,481.02 | $0.00 | $69,481.02 |
| Account Total | $69,481.02 | $0.00 | $69,481.02 |

### Earning Summary

|  | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $3,905.87 |
| Fees [3] | $0.00 | $0.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Total | $0.00 | $3,905.87 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

|  |  |  |  | Principal Investment | | Payments This Period | |
|---|---|---|---|---|---|---|---|
| Loan | Yield | Start Date | Maturity Date | Initial | Outstanding | Earnings | Principal |
| Yonkers, NY Acquisition #18 (Series 1) | 7.125% | 04/12/22 | 04/01/23 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Pembroke Pines, FL Acquisition #10 (Series 1) | 8.250% | 04/19/22 | 05/01/24 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Centereach, NY Cash-Out Refinance | 7.625% | 04/20/22 | 11/01/23 | $4,800.00 | $4,800.00 | $0.00 | $0.00 |
| Miami, FL Cash-Out Refinance #305 | 7.000% | 05/04/22 | 05/01/23 | $5,000.00 | $4,999.86 | $0.00 | $0.00 |
| Puyallup, WA Cash-Out Refinance #4 | 6.750% | 05/09/22 | 05/01/24 | $7,900.00 | $7,900.00 | $0.00 | $0.00 |
| Queens, NY Acquisition #6 | 8.500% | 06/02/22 | 09/29/23 | $7,000.00 | $6,968.16 | $0.00 | $0.00 |
| San Diego, CA Cash-Out Refinance #75 (Series 1) | 6.500% | 06/10/22 | 06/01/23 | $3,300.00 | $3,300.00 | $0.00 | $0.00 |
| Texas City, TX Acquisition #2 | 8.250% | 08/01/22 | 08/01/23 | $313.00 | $313.00 | $0.00 | $0.00 |
| Kissimmee, FL Acquisition #44 | 8.500% | 08/15/22 | 09/01/23 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Kissimmee, FL Acquisition #43 | 8.500% | 08/15/22 | 09/01/23 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Indianapolis, IN Acquisition #28 | 9.250% | 08/15/22 | 06/03/23 | $3,800.00 | $3,800.00 | $0.00 | $0.00 |
| Bethpage, NY Acquisition | 8.500% | 08/19/22 | 09/01/23 | $5,173.00 | $5,173.00 | $0.00 | $0.00 |
| Brooklyn, NY Acquisition #216 | 8.250% | 09/13/22 | 06/01/23 | $2,600.00 | $2,600.00 | $0.00 | $0.00 |
| Brooklyn, NY Cash-Out Refinance #218 | 8.500% | 09/13/22 | 06/01/23 | $3,378.00 | $3,378.00 | $0.00 | $0.00 |
| New Egypt, NJ Acquisition #2 | 10.250% | 01/25/23 | 02/01/24 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| San Jose, CA Acquisition #137 (Series 2) | 8.000% | 01/30/23 | 12/01/23 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Wichita, KS Acquisition #5 | 9.250% | 02/02/23 | 02/01/24 | $149.00 | $149.00 | $0.00 | $0.00 |
| Manhasset, NY Acquisition (Series 3) | 8.000% | 02/16/23 | 01/01/24 | $5,100.00 | $5,100.00 | $0.00 | $0.00 |
| Total |  |  |  | $69,513.00 | $69,481.02 | $0.00 | $0.00 |

### Pending Investments
None

### Past Investments
None

## Transaction History

No transactions

**ALLERGY & ASTHMA CENTER OF MASSACHUSETTS**

Allergic and Respiratory Medicine
Adult and Pediatric

Chestnut Hill Medical Center
25 Boylston Street - Suite L02
Chestnut Hill, Massachusetts 02467

30 Park Ave
Wellesley, MA
02481

BOSTON MA 020
30 AUG 2023 PM 9 L

Judge Laurie Silverstein
US Bankruptcy Court
824 North Market St, 6th Fl
Wilmington, DE 19891