

Chief Judge Laurie Selber Silverstein
United States Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE 19801

In re Peer Street, Inc.
Case No. 23-10815 (LSS)

Re: Secured Loan Investments with Peer Street

Dear Judge Silverstein:

In accordance with other similar communications, I am writing to seek the court's protection of secured loan investments and cash holdings that I have with PeerStreet, Inc. and its affiliated companies.

I invested IRA funds in real estate backed loans through the PeerStreet platform, with the understanding that the loans were secured by underlying real estate collateral. The attached statement substantiates a total account value of $43,111.41, comprised of cash in the amount of $38,790.41 and an existing real estate investment (currently in default) in the amount of $4,321.00.

My understanding is that Peer Street holds the cash as my custodian, and the real estate investment is secured.

I bring this matter to the Court's attention with obvious concern that these IRA funds and investment will be protected during the bankruptcy proceedings.

Sincerely,

Robert A. Harris
43 Sammis Lane
White Plains, NY 10605



STRATA Trust Company,
Custodian FBO Robert Harris
5191269408
201632709

Account Number
SD IRA Account Number
Tax ID Number
Account Type   Ira



### Monthly Overview

**Total Account Value**
**$43,111.41**

**Earnings This Statement**
**$0.00**

#### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $38,790.41 | $0.00 | $38,790.41 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $4,321.00 | $0.00 | $4,321.00 |
| Account Total | $43,111.41 | $0.00 | $43,111.41 |

#### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $0.00 |
| Fees [3] | $0.00 | $0.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

### Loan Positions

**Active Investments**

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Outstanding | Payments This Period Earnings | Principal |
|---|---|---|---|---|---|---|---|
| Brooklyn, NY Refinance #84 (Series 1) | 7.250% | 03/26/19 | 01/01/21 | $4,321.00 | $4,321.00 | $0.00 | $0.00 |
| Total | | | | $4,321.00 | $4,321.00 | $0.00 | $0.00 |

**Pending Investments**
None

**Past Investments**
None

### Transaction History

No transactions



WESTCHESTER NY 105
31 AUG 2023 PM 1 L

Chief Judge Laurie Selber Silverstein
United States Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE 19801

19801-302459

Robert Harris
45 Sammis Lane
White Plains, NY 10605

X-RAY