## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |

## SCHEDULES OF ASSETS AND LIABILITIES
## FOR PS FUNDING, INC.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| Peer Street, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case  No. 23-10815 (LSS)<br><br>(Jointly Administered) |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above-captioned debtors and debtors in possession (each, a "**Debtor**," and collectively, the "**Debtors**") are filing their respective Schedules of Assets and Liabilities (collectively, the "**Schedules**") and Statements of Financial Affairs (collectively, the "**Statements**," and together with the Schedules, collectively, the "**Schedules and Statements**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**").  The Debtors, with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 – 1532 (the "**Bankruptcy Code**"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes and Statement of Limitations, Methodology and Disclaimer regarding the Schedules and Statements (collectively, the "**Global Notes**")[2] pertain to, are incorporated by reference in, and compose an integral part of, all of the Schedules and Statements. These Global Notes should be referred to as part of, and reviewed in connection with, the Schedules and Statements.[3]

The Schedules and Statements have been prepared based on information provided by the Debtors' Chief Restructuring Officer, other management personnel, and their professional advisors, and are unaudited and subject to potential adjustment.  In preparing the Schedules and

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are:  Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485).  The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn:  David Dunn, Chief Restructuring Officer.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Declaration of David M. Dunn in Support of Chapter 11 Filing and First Day Pleadings* [D.I. 3].

[3]  These Global Notes are in addition to any specific notes that may be contained in each of the Schedules or Statements.  The fact that the Debtors have prepared a general note herein with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to the Debtors' remaining Schedules and Statements, as appropriate.

Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation.  The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of such information and data; however, subsequent information, data, or discovery may result in material changes to the Schedules and Statements and inadvertent errors, omissions, or inaccuracies may exist.  The Debtors and their estates reserve all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate.

**Reservation of Rights**.  Nothing contained in the Schedules and Statements or these Global Notes shall constitute a waiver of any rights of the Debtors and their estates or an admission with respect to the Debtors' chapter 11 cases, including, but not limited to, any issues involving objections to claims, setoff or recoupment, equitable subordination or recharacterization of debt, defenses, characterization or re-characterization of contracts, leases and claims, assumption or rejection of contracts and leases and/or causes of action arising under the Bankruptcy Code or any other applicable laws.

**Description of the Cases and "As of" Information Date**.  On June 26, 2023 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief with the Court under chapter 11 of the Bankruptcy Code to conduct a sale process for substantially all of their assets pursuant to section 363 of the Bankruptcy Code.  Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors are continuing to manage their financial affairs as debtors in possession.  Unless otherwise indicated herein or in the Schedules and Statements, all financial information for the Debtors in the Schedules and Statements and these Global Notes is provided as of the Petition Date or as close thereto as reasonably practicable under the circumstances.

**Basis of Presentation**.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("**GAAP**"), nor are they intended to fully reconcile to any financial statements prepared by the Debtors.

**Recharacterization**.  Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add, or delete items included in the Schedules and Statements, and the Debtors and their estates reserve all rights in this regard.

**Accounts Payable and Disbursement Systems**.  The Debtors maintain a cash management system (the "**Cash Management System**") to collect and disburse funds in the ordinary course.  A more complete description of the Cash Management System is set forth in the *Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 345, 363, 364, 503(b), 1107(a) and 1108 of the Bankruptcy Code, Bankruptcy Rule 2015, and Local Rule 2015-2, (A) Authorizing and Approving Continued Use of Cash Management System, (B) Authorizing Use of Prepetition Bank Accounts and Business Forms, (C) Authorizing Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Granting Administrative Expense Status for Postpetition Intercompany Claims and Intercompany Loans, (D) Waiving the Requirements of Section 345(b) on an Interim Basis, and (E) Granting Certain Related Relief* [Docket No. 11] filed on the Petition Date.

30629248.12

**Insiders**.  For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code as:  (a) current or former directors, officers, or persons in control of the Debtors; (b) relatives of current or former directors, officers, or persons in control of the Debtors; (c) a partnership in which the Debtor is a general partner; or (d) an affiliate of the Debtors.  Except as otherwise disclosed herein or in the Statements, payments to insiders listed in (a) through (d) above are set forth on Statement 4.  Persons listed as "insiders" have been included for informational purposes only, and such listing is not intended to be, nor should it be construed as, a legal characterization of such person as an insider, nor does it serve as an admission of any fact, claim, right, or defense, and all such claims, rights, and defenses with respect thereto are hereby expressly reserved.  Further, the Debtors and their estates do not take any position with respect to:  (a) any such person's influence over the control of the Debtors; (b) the management responsibilities or functions of any such individual; (c) the decision-making or corporate authority of any such individual; or (d) whether any such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

Prior to the Petition Date, the Debtors engaged:  Province, LLC ("**Province**") to provide David M. Dunn to serve as the Debtors' Chief Restructuring Officer.  As such, Province and Mr. Dunn have been included on Statement 4.

**Summary of Significant Reporting Policies**.  The following is a summary of certain significant reporting policies:

        a.      **Current Market Value – Net Book Value**.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all estate assets.  Accordingly, unless otherwise indicated herein or in the Schedules and Statements, the Schedules and Statements reflect the net book values, rather than current market values, of the Debtors' assets as of the Petition Date (unless another date is indicated herein or in the Schedules and Statements), and may not reflect the net realizable value of such assets.

        b.      **First Day Orders**.  Pursuant to various "first day" orders and any supplements or amendments to such orders entered by the Court (each, a "**First Day Order**," and collectively, the "**First Day Orders**"), the Debtors and their estates are authorized to pay certain pre-petition claims, including, without limitation, certain claims relating to employee wages and benefits, claims for taxes and fees, claims of vendors, claims related to customer programs, and claims related to insurance programs.  The Debtors have not included certain claims of this nature in the Schedules and Statements to the extent that such claims were paid under the First Day Orders.

        c.      **Setoffs**.  To the extent the Debtors have incurred or effectuated any ordinary course setoffs with third parties (including, without limitation, customers and vendors) prior to the Petition Date, or are subject to the occurrence of, or maintain the right to effectuate, ordinary course setoffs on account of activities occurring prior to the Petition Date, such setoffs are excluded from the Schedules and Statements.  The Debtors and their estates reserve all rights with respect to any such setoffs.

30629248.12

      d.      **Credits and Adjustments**.  Claims of creditors are listed in the amounts entered on the Debtors' books and records, and may not reflect certain credits, allowances or other adjustments due from such creditors to the Debtors.  The Debtors and their estates reserve all rights with regard to any such credits, allowances, and other adjustments, including, without limitation, the right to assert claims, objections, setoffs, and recoupments with respect to the same.

      e.      **Leases**.  In the ordinary course of business, the Debtors lease certain equipment from certain third-party lessors for use in the maintenance of their business.  Nothing in the Schedules and Statements is, or shall be construed as, an admission as to the determination of the legal status of any lease (including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired), and the Debtors and their estates reserve all rights with respect to such issues.

      f.      **Executory Contracts and Unexpired Leases**.  The Debtors have not set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates.  Rather, executory contracts and unexpired leases have been set forth solely on Schedule G.  The Debtors' rejection of executory contracts and unexpired leases may result in the assertion of rejection damages claims against the Debtors and their estates; however, the Schedules and Statements do not reflect any claims for rejection damages.  The Debtors and their estates reserve all rights with respect to the assertion of any such claims.

**Unknown or Undetermined Amounts**.  Where a description of an amount is left blank or listed as "unknown" or "undetermined," such response is not intended to reflect upon the materiality of such amount.

**Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information available at the time of filing the Schedules and Statements.  If additional information becomes available or further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.  Accordingly, the Debtors and their estates reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

**Estimates**.  The Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses.  The Debtors and their estates reserve all rights to amend the reported amounts of assets, liabilities, revenue, and expenses to reflect changes in those estimates and assumptions.

**Classifications**.  Listing a claim (a) on Schedule D as "secured," (b) on Schedule E/F as "unsecured priority," or "unsecured non-priority," or (c) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors and their estates of the legal rights of any claimant, or a waiver of the rights of the Debtors and their estates to amend these Schedules and Statements to recharacterize or reclassify any claim or contract.

**Claims Description**.  The Debtors and their estates reserve all rights to dispute, and to assert any offsets or defenses to, any claim reflected on the applicable Schedule on any grounds, including, without limitation, amount, liability, validity, priority, or classification, and to subsequently designate any claim as "disputed," "contingent," or "unliquidated."

**Guaranties and Other Secondary Liability Claims**.  Guaranties and other secondary liability claims (collectively, the "**Guaranties**") with respect to the Debtors' contracts and leases may not be included on Schedule H.  Therefore, the Debtors and their estates reserve all rights to amend the Schedules to the extent additional Guaranties are identified.

## NOTES FOR SCHEDULES

**Schedule A/B – Assets – Real and Personal Property**.  As set forth above, the Debtors and their estates are authorized to pay certain pre-petition claims pursuant to the First Day Orders.

The Debtors maintain their books and records on an accrual basis.  Accordingly, certain terms listed in Schedule A/B, Part 2, are listed in the Debtors' books and records as prepayments or deposits, but are, in fact, payments made for certain future expenses or invoices.

Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their respective causes of action or potential causes of action against third parties as assets in Schedule A/B, Part 11, Item 74, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws (including, but not limited to, intellectual property laws).  The Debtors and their estates reserve all rights with respect to any claims and causes of action that they may have (including, but not limited to, patent infringement), and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims and causes of actions, or in any way waive, prejudice, impair, or otherwise affect the assertion of such claims and causes of action.

With respect to REO Properties owned as of the Petition Date, the value of the REO Property listed on Schedule A/B item 55 for the Debtor that owns the particular REO Property is calculated based on the unpaid debt associated with the mortgage on such property.  Actual market value of such real property may vary.

Intercompany receivables are not included on Schedule A/B item 11, and are instead included on A/B item 77 for each of the Debtors.

Debtor Peer Street, Inc. is the parent of a consolidated tax group that includes all of the Debtors, except for Peer Street Opportunity Investors II, LP.  Consequently, the Debtors maintain net operating losses from consolidated or combined tax filings made by Peer Street, Inc., and those net operating losses are only listed under Schedule A/B, Part 11, Item 72 for Peer Street, Inc. The Debtors reserve all rights to assert that the net operating losses are property of a different Debtor. Additionally, the net operating losses for the year 2022 are not included as they have yet to be calculated.

**Schedule D – Creditors Who Have Claims Secured by Property**.  Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any of the Debtors.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken.

30629248.12

Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the secured nature of any such claim or the characterization of the structure of any transaction, document, or instrument related to any such claim.  The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

In certain instances, a Debtor may be a co-obligor with respect to scheduled claims of other Debtors.  No claim set forth on the Schedule D of any Debtor is intended to acknowledge claims of creditors that are or may be otherwise satisfied or discharged.

The Debtors have included on Schedule D claims held by certain taxing authorities that are secured by a tax lien against REO properties owned by certain of the Debtors, notwithstanding a lack of recourse against the Debtor-entity that owns such property.  Despite the scheduling of a taxing authority's claim in this way, nothing in these Global Notes or the Schedules and Statements shall constitute an admission that the Debtors have personal liability for such claim or that the taxing authority has any recourse against any of the Debtors.

The Debtors have not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, inchoate statutory lien rights, or real property lessors, utility companies, and other parties that may hold security deposits.

Except as specifically stated herein, utility companies and other parties that may hold security deposits have not been listed on Schedule D.  The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

Certain of the amounts listed for parties on Schedule D may not be reflective of any accrued and unpaid interest, prepayment premiums, and other similar fees or expenses that such parties may be entitled to, and are not reflective of any payments made by the Debtors subsequent to the Petition Date.

**Schedule E/F – Creditors Who Have Unsecured Claims**.

**Part 2**.  Certain creditors listed on Part 2 of Schedule E/F may owe amounts to the Debtors; accordingly, the Debtors and their estates may have valid setoff and recoupment rights with respect to such amounts.  Also, the amounts listed on Part 2 of Schedule E/F reflect known prepetition claims as of the Petition Date.  Such amounts do not reflect any rights of setoff or recoupment that may be asserted by any creditors listed on Part 2 of Schedule E/F, and the Debtors and their estates reserve all rights to challenge any setoff and recoupment rights that may be asserted against them. The Debtors and their estates reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Part 2 of Schedule E/F.

The Debtors have used commercially reasonable efforts to include all creditors on Part 2 of Schedule E/F.  The amounts listed for liabilities on Schedule E/F may be exclusive of certain contingent and unliquidated amounts.

30629248.12

To the extent that they have been paid, the Debtors have not listed on Part 2 of Schedule E/F, among others, certain unsecured employee wage or benefit claims claims related to the Debtors' insurance programs for which the Debtors have been granted authority to pay pursuant to a First Day Order. The Debtors and their estates reserve their rights to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority claims.

Third parties should not anticipate that the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules will reflect their ultimate recoveries in these chapter 11 cases. Actual assets and liabilities may deviate from the amounts shown in the Schedules due to various events that occur throughout the duration of these chapter 11 cases.

As described below, Peer Street Funding LLC ("**Funding LLC**") has identified on Schedule E/F claims that individual retail customers may have based on cash held in the Debtors' FBO Retail Customer Account. The Debtors reserve the right to amend or remove these claims from Funding LLC's Schedule E/F to the extent customers are later permitted to withdraw funds from the FBO Retail Customer Account.

**Customers who have purchased RWNs (also referred to as the "Pocket" product) through the Peer Street Platform have been identified on the schedules of Funding LLC. To allow claimants to reconcile their records with the Debtors', the amount listed for each customer's claim represents the customer's initial cash investment in such notes, but the proper amount of each claim will be determined by the recovery on the underlying loans, and thus is subject to change.**

**Customers who have purchased MPDNs (also referred to as the "fractional loan" product) through the Peer Street Platform have been identified on the schedules of Funding LLC. TO allow claimants to reconcile their records with the Debtors', the amount listed for each customer's claim represents the customer's initial cash investment in such notes, but the proper amount of each claim will be determined by the recovery made on the underlying loans, and thus is subject to change.**

**Customers who have purchased PDNs (also referred to as the "Portfolio" product) through the Peer Street Platform have been identified on the schedules of PS Portfolio – ST1, LLC. To allow claimants to reconcile their records with the Debtors', the amount listed for each customer's claim represents the customer's initial cash investment in such notes, but the proper amount of each claim will be determined by the recovery made on the underlying loans and changes in Net Asset Value, and thus is subject to change.**

**The Debtors expressly reserve the right to amend the amount set forth for any customer's claim based on the amounts recovered on the underlying loans or for any other reason impacting the amount of such customer's claim.**

<u>**Schedule G – Executory Contracts and Unexpired Leases**</u>. Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred in preparing Schedule G. Omission of a contract, lease, or other agreement from Schedule G does not constitute an admission that such omitted contract, lease, or other agreement is not an executory contract or

unexpired lease.  Schedule G may be amended at any time to add any omitted executory contracts, unexpired leases, and other agreements to which the Debtors are a party, including, without limitation, to add any that the Debtors did not list on Schedule G at this time.  Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the Petition Date, or is valid or enforceable.  The agreements listed on Schedule G may have expired, or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements that may not be listed on Schedule G.

Additionally, the Debtors maintain certain insurance programs.  The Debtors and their estates reserve all rights in connection with such insurance programs.

All rights, claims, and causes of action of the Debtors and their estates with respect to the agreements listed on Schedule G are hereby reserved and preserved.  The Debtors and their estates hereby reserve all rights to:  (a) dispute the validity, status, or enforceability of any agreements set forth on Schedule G; (b) dispute or challenge the characterization of the structure of any transaction, document, or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Schedule G; and (c) amend or supplement Schedule G, as necessary.

## <u>NOTES FOR STATEMENTS</u>

**<u>Statements 3 and 4</u>**.  Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days prior to filing, except for those made to insiders or in connection with the bankruptcy, which are reflected on Statements 4 and 11, respectively.  Statement 4 has been presented on a gross payment basis.  Actual amounts received by the parties listed on Statement 4 may differ based upon withholding and other tax obligations.  Additionally, Funding LLC's Statement 4 includes transfers of Funding LLC's recoveries on the loans underlying the MPDNs, RWNs, and PDNs to the FBO Retail Customer Account on behalf of and for the benefit of Insiders of the Debtors.

**<u>Statement 7</u>**.  The Debtors and their estates reserve all rights, claims, and defenses with respect to all listed lawsuits and administrative proceedings (or potential lawsuits and administrative proceedings).  The listing of any such lawsuits and proceedings shall not constitute an admission by the Debtors and their estates of any liabilities.

**<u>Statement 21</u>**.  Funding LLC receives funds from customers of the Peer Street Platform into a custodial bank account at Wells Fargo Bank, N.A. titled FBO ("for the benefit of") Retail Clients (the "**FBO Retail Customer Account**") pending investment direction from the customers (the "**FBO Cash**").  The Debtors assert that they do not have any equitable or beneficial ownership of the FBO Cash deposited into the FBO Retail Customer Account.  Accordingly, Funding LLC's Statement 21 identifies all of the cash held in the FBO Retail Customer Account.  As described above, Funding LLC's Schedule E/F specifies what the Debtors' books and records reflect as each individual customer's uninvested cash on the Peer Street Platform.

30629248.12

**Disclosures concerning participation interests and payments on certain notes.**

As described at Docket Nos. 3 (the "**First Day Declaration**") and 257 (the "**Bid Procedures Reply**"), in the ordinary course of business, Debtor PS Funding, Inc. ("**PSFI**") has sold loans and participations in loans to other Debtors.  In addition, and also in the ordinary course of business, Debtors Warehouse I, Warehouse II, Opp Fund, and Funding LLC may have subsequently sold participations in loans that it owned to other Debtors.  The chart below lists the aggregate amounts of such transactions in the one-year period prior to the Petition Date.  The Debtors believe that this information may be responsive to Statements 4 and 30.

| Transaction | PSFI | Aggregate Amount Transacted in the last year by: | | | | |
|---|---|---|---|---|---|---|
| | | Funding LLC | Warehouse I | Warehouse II | Opp Fund | Portfolio LLC |
| Sales of Loans by PSFI | | | | | | $2,047,286 |
| Sales of Participations by PSFI | | $90,793,312 | $89,994,733 | $4,672,480 | $32,273,256 | $264,180 |
| Sales of Participation by Funding LLC | $167,879 | | | | | |
| Sales of Participation by Warehouse I | $92,770,625 | | | | | |
| Sales of Participation by Warehouse II | $4,672,479 | | | | | |
| Sales of Participation by Opp Fund | $33,082,343 | | | | | |

The below chart identifies the payments made by PSFI to each of the Debtor-lenders on account of loans sold and participations in the one-year period prior to the Petition Date.

| Transaction | Aggregate Amount |
|---|---|
| PSFI to Warehouse I | $131,803,225 |
| PSFI to Warehouse II | $4,672,480 |
| PSFI to Funding LLC | $235,863,021 |
| PSFI to Portfolio | $2,088,324 |
| PSFI to OppFund | $51,234,224 |

As described in the First Day Declaration and Bid Procedures Reply, in the ordinary course of their respective businesses, Debtor Funding LLC made loans to Debtors Warehouse I and Warehouse II, and Debtor Opp Fund made loans to PSFI.  The chart below lists the aggregate amounts of such transactions in the one-year period prior to the Petition Date.  The Debtors believe that this information may be responsive to Statements 4 and 30. In the one year prior to the Petition Date, the following loan transactions took place.

| Transaction | Amounts Borrowed | Amounts Repaid |
|---|---|---|
| Warehouse Loans from Funding LLC to Warehouse I | $27,837,936 | $28,967,567 |
| Warehouse Loans from Funding LLC to Warehouse II | $1,380,299 | $72,554 |
| OppFund Loan from Opp Fund to PSFI | $32,642,965 | $51,234,224 |

As described in the First Day Declaration and Bid Procedures Reply, Debtor Funding LLC issued to non-debtor third parties Mortgage Payment Dependent Notes ("**MPDNs**") and Redeemable Warehouse Notes ("**RWNs**") and Debtor Portfolio LLC issued Payment Dependent Notes ("**PDNs**").  More than 68,000 such notes were outstanding as of the Petition Date, and holders were entitled to monthly or quarterly payment of interest on such notes, and repayment of the principal amount at maturity or the redemption date, as applicable.  Given the sheer volume of payments, the Debtors have not individually listed the amounts paid in the 90 day period prior to the Petition Date in response to Statement 3.

| Transaction | Issuer | Amount Paid |
|---|---|---|
| Payments to Holders of MPDNs | Funding LLC | $66,719,387 |
| Payments to Holders of RWNs | Funding LLC | $7,849,516 |
| Payments to Holders of PDNs | Portfolio LLC | $1,415,969 |

**Fill in this information to identify the case:**

Debtor name: PS Funding, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 23-10817

☐ **Check if this is an amended filing**

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---:|
| 1a. **Real property:** | $0.00 |
| Copy line 88 from Schedule A/B | |
| 1b. **Total personal property:** | $281,963,735.29 |
| Copy line 91A from Schedule A/B | |
| 1c. **Total of all property:** | $281,963,735.29 |
| Copy line 92 from Schedule A/B | |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D) — $27,239,166.74

Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---:|
| 3a. **Total claim amounts of priority unsecured claims:** | $0.00 |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | $186,326,184.68 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | |

**4. Total Liabilities** — $213,565,351.42

Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: PS Funding, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 23-10817

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and Cash Equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand**

| | | Current value of debtor's interest |
|---|---|---|
| 2.1 | | $0.00 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
|---|---|---|---|---|
| 3.1 | Wells Fargo Bank, N.A. | Commercial Demand Deposit Account | 0859 | $4,609,517.43 |
| 3.2 | Wells Fargo Bank, N.A. | Commercial Demand Deposit Account | 2477 | $207,342.00 |
| 3.3 | Wells Fargo Bank, N.A. | Commercial Demand Deposit Account | 3031 | $111,897.65 |
| 3.4 | Wells Fargo Bank, N.A. | Commercial Demand Deposit Account | 4001 | $19,168.03 |
| 3.5 | Wells Fargo Bank, N.A. | Commercial Demand Deposit Account | 4910 | $3,586,963.24 |

| | | | |
|---|---|---|---|
| 3.6 | Wells Fargo Bank, N.A. | Commercial Demand Deposit Account | 4936 | $4,793,111.29 |
| 3.7 | Wells Fargo Bank, N.A. | Commercial Demand Deposit Account | 4944 | $800.48 |
| 3.8 | Wells Fargo Bank, N.A. | Commercial Demand Deposit Account | 4985 | $126,079.78 |
| 3.9 | Wells Fargo Bank, N.A. | Commercial Demand Deposit Account | 8248 | $56,299.90 |
| 3.10 | Wells Fargo Bank, N.A. | Commercial Demand Deposit Account | 9225 | $15,021.52 |
| 3.11 | Wells Fargo Bank, N.A. | Commercial Demand Deposit Account | 9233 | $77,748.93 |
| 3.12 | Wells Fargo Bank, N.A. | Commercial Demand Deposit Account | 9287 | $0.01 |

**4. Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1 | None | $0.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$13,603,950.26

## Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7. Deposits, including security deposits and utility deposits** Description, including name of holder of deposit | |
| 7.1 | $0.00 |
| **8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** Description, including name of holder of prepayment | |
| 8.1 | $0.00 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$0.00

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| **11. Accounts receivable** | | | | | |
| 11a. 90 days old or less: | $1,435.00 | – | $0.00 | = ........ ➔ | $1,435.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | $12,964.52 | – | $0.00 | = ........ ➔ | $12,964.52 |
| | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| |
|---|
| $14,399.52 |

## Part 4: Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 14.1   None | | $0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1   PS Options LLC | 100 | N/A | Undetermined |
| 15.2   PS Portfolio-ST1, LLC | 100 | N/A | Undetermined |
| 15.3   PS Warehouse II, LLC | 100 | N/A | Undetermined |
| 15.4   PS Warehouse, LLC | 100 | N/A | Undetermined |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

| Describe: | | |
|---|---|---|
| 16.1   Mortgage Loans Owned | Gross Book Value | $162,777,458.96 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| |
|---|
| $162,777,458.96 |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 | | | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | $0.00 |
| **22. Other inventory or supplies** | | | | |
| 22.1 | | | | $0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                  $0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes          Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |

**29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish

29.1

_____    _____    _____    $0.00

**30. Farm machinery and equipment** (Other than titled motor vehicles)

30.1

_____    _____    _____    $0.00

**31. Farm and fishing supplies, chemicals, and feed**

31.1

_____    _____    _____    $0.00

**32. Other farming and fishing-related property not already listed in Part 6**

32.1

_____    _____    _____    $0.00

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

39.1

_____    _____    _____    $0.00

**40. Office fixtures**

40.1

_____    _____    _____    $0.00

**41. Office equipment, including all computer equipment and communication systems equipment and software**

41.1

_____  _____  _____  _____  $0.00

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1

_____  _____  _____  _____  $0.00

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | $0.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| | | | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1 | | | |
| | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 | | | |
| | | | $0.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | |
|---|---|
| | $0.00 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 9:   Real Property

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | $0.00 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| | $0.00 |
|---|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 None | | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1 None | | | $0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 California Finance Lender License | Undetermined | N/A | Undetermined |

**63. Customer lists, mailing lists, or other compilations**

63.1

| None | | | $0.00 |
|---|---|---|---|

**64. Other intangibles, or intellectual property**

64.1

| None | | | $0.00 |
|---|---|---|---|

**65. Goodwill**

65.1

| None | | | $0.00 |
|---|---|---|---|

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1

| None | | | | |
|---|---|---|---|---|
| | total face amount | - doubtful or uncollectible amount | = ➜ | $0.00 |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

| Net Operating Losses | Tax year | 2021 | $16,072,202.00 |
|---|---|---|---|

**73. Interests in insurance policies or annuities**

73.1

| None | $0.00 |
|---|---|

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

None                                                                                                           $0.00

Nature of Claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

None                                                                                                           $0.00

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1

None                                                                                                           $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| 77.1 Deferred Servicing Fees | $3,239,996.58 |
| 77.2 Due from Subservicer - Fees & Other - Loans Serviced | $327,987.31 |
| 77.3 Due from Sub-Servicer - Principal | $1,081,642.18 |
| 77.4 Fees Receivable | $10,108.92 |
| 77.5 First Loss Deposit - Blackstone | $1,970,626.80 |
| 77.6 Intercompany Receivable - Peer Street Funding LLC | $1,018,259.43 |
| 77.7 Intercompany Receivable - Peer Street, Inc. | $62,000,186.68 |
| 77.8 Intercompany Receivable - PS Warehouse, LLC | $116,161.71 |
| 77.9 Intercompany Receivable - PSF REO LLC | $2,811,338.44 |
| 77.10 Interest Receivable | $1,820,496.85 |
| 77.11 Mortgage Servicing Rights | $183,234.46 |
| 77.12 Principal Receivable - WNB | $1,281.50 |
| 77.13 Servicing Advances | $14,758,817.00 |
| 77.14 Servicing Spread Receivable | $155,586.69 |

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                                    $105,567,926.55

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:** **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $13,603,950.26 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $14,399.52 | |
| **83. Investments.** Copy line 17, Part 4. | $162,777,458.96 | |
| **84. Inventory.** Copy line 23, Part 5. | $0.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| **88. Real property.** Copy line 56, Part 9. | → | $0.00 |
| **89. Intangibles and intellectual property.**. Copy line 66, Part 10. | $0.00 | |
| **90. All other assets.** Copy line 78, Part 11. | $105,567,926.55 | |
| **91. Total. Add lines 80 through 90 for each column** 91a. | $281,963,735.29 | 91b. $0.00 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | | $281,963,735.29 |

**Fill in this information to identify the case:**

Debtor name: PS Funding, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 23-10817

☐ Check if this is an amended filing

**Official Form 206D**

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:    List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of Claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

2.1

Magnetar Financial LLC
Attn: Michael Henriques - Mike Butler
1603 Orrington Ave
13th Floor
Evanston, IL 60201
michael.henriques@magnetar.com -
mike.butler@magnetar.com

**Describe debtor's property that is subject to the lien:**
All assets of debtor whether now owned or hereafter acquired

$27,239,166.74    Undetermined

**Describe the lien**
Secured Term Loan - Guarantor

**Date debt was incurred?**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $27,239,166.74

**Part 2:** **List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **3.1** Richards, Layton & Finger, P.A.<br>Attn: Russell C. Silberglied, Brendon J. Schlauch, & Emily R. Mathews<br>920 North King Street<br>One Rodney Square<br>Wilmington, DE 19801 | 2.1 | |
| **3.2** Royer Cooper Cohen Braunfeld LLC<br>Attn: Marc E. Hirschfield & Marc Skapof<br>1120 Avenue of the Americas<br>4th Floor<br>New York, NY 10036 | 2.1 | |

**Fill in this information to identify the case:**

Debtor name: PS Funding, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 23-10817

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

2.1

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

_____

**Specify Code subsection of PRIORITY unsecured claim:**

11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Total claim: _____

Priority amount: $0.00

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

1 Big Red LLC
440 E. 63rd St.
Kansas City, MO 64110

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.2**

1 Big Red LLC
c/o John Watt, Baker Sterchi Cowden & Rice
2400 Pershing Road
Suite 500
Kansas City, MO 64108

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.3**

1 Sharpe Opportunity Intermediate Trust
c/o Dana N. Marks, Friedman Vartolo LLP
1325 Ave.
Suite 160
Garden City, NY 11530

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.4**

10 PCKG LLC
54 Stevens Ave
Jersey City, NJ 07305

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
FPI Refund

**Is the claim subject to offset?**
☑ No

☐ Yes

$360.76

**3.5**

11 Sand Spring Lane LLC
Attn: Denise A. Leventhal
5 Windsor Lane
Gladestone, NY 7934

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

**3.6**

138 Property LLC
Attn: Li Ping Zhang
13224 Maple Ave.
#301
Flushing, NY 11355

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

**3.7**

15 Humboldt LLC
Attn: Dov Tratner
141 Skillman Street
Brooklyn, NY 11205

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

**3.8**

15 Humboldt LLC
Attn: Dov Tratner
199 Lee Ave.
#693
Brooklyn, NY 11211

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Undetermined

---

**3.9**

15 Humboldt LLC
Attn: Dov Tratner
461 Foster Ave.
#461
Brooklyn, NY 11230

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Undetermined

---

**3.10**

1567 56 NY LLC
Attn: Arthur Spitzer
54 Stevens Ave.
Jersey City, NJ 7305

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Undetermined

---

**3.11**

1567 56 NY LLC
Attn: Arthur Spitzer
54 Stevens Ave.
Jersey City, NJ 7305

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Undetermined

**3.12**

158 Heyward LLC
Attn: Abraham Bodek
27 Randolph Rd.
Howell, NJ 7731

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Undetermined

---

**3.13**

16 Marion Place Realty LLC
17 Monet Court
Somerset, NJ 8873

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Undetermined

---

**3.14**

1641 Park Place
Attn: George Hamilton
2355 Dean Street
Brooklyn, NY 11233

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Undetermined

---

**3.15**

165 Chestnut LLC
17235 Highland Jamaica
Jamaica, NY 11432

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$18,455.00

**3.16**

166 Washington LLC
Attn: Flerida Santana-Johnas
157 W. Main St.
Stamford, NY 12167

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.17**

169 Lexington Ave LLC
Attn: Jennifer Pina
411 19th Ave.
Paterson, NJ 7504

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

$42,468.96

**3.18**

169 Lexington Ave LLC
Attn: Jennifer Pina
411 19th Ave.
Paterson, NJ 7504

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.19**

1928 35th Pl LLC
Attn: Jose Luis Abastos-Martinez
443 New York Ave.
Nw Unit 308
Washington, DC 20001

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.20**

1Sharpe Income Fund L.P.
Attn: Gregor Watson and Rob Bloemker
370 Highland Ave, Suite 200
Piedmont, CA 94611

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                       $34,796.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.21**

2 N Main LLC
Attn: Shmuel Fleischman
180 Locust St.
Lakewood, NJ 8701

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                       Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.22**

201911WY-49 LLC
1718 Capitol Ave
Cheyenne, WY 82001

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                       $3,225.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
FPI Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.23**

2046 N 20th LLC
Attn: Bloyd Street Capital Investment LLC
4387 Swamp Rd.
#515
Doylestown, PA 18902

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                       Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.24**

236 West E&P LLC
Attn: Esly Porteous
650 Wharburton Ave.
Yonkers, NY 10701

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

**3.25**

27 Normandy Place Irvington, LLC
127 Delacy Ave.
N. Plainfield, NJ 07060

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
FPI Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$881.33

---

**3.26**

277 Winthrop LLC
501 Crown Street
Brooklyn, NY 11213

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

$248,406.54

---

**3.27**

28 Chatfield LLC
Attn: Nicole Gallagher
11 Martha Pl
Port Jefferson Station, NY 11776

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Unfunded Commitment

**Is the claim subject to offset?**
☑ No
☐ Yes

$93,519.28

3.28

343 Slater Road LLC
Attn: Jeffrey Robert Dyer
66 Vicki Ln
Southington, CT 6489

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Unfunded Commitment

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,928.00

3.29

365 S4 St LLC
Attn: Zalmen Wagschal
4403 15th Ave.
Unit 189
Brooklyn, NY 11219

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.30

367 W. Clinton St., LLC
Attn: Maximo Miguel Rodriguez
1275 15th St.
Fort Lee, NJ 7024

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.31

367-369 S. Orange LLC
Attn: Moses Frose Freilich
4 Independence Ln.
Airmont, NY 10952

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.32**

4012 W. Bancroft LLC
Attn: Lesley Joan Whitley
10462 Sierra Circle
Los Alamitos, CA 90720

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $7,213.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Unfunded Commitment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.33**

55 W Burda LLC
15 Diamond Terrace
Lakewood, NJ 08701

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $450.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
FPI Refund

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.34**

564 Ashford Street, Inc.
Attn: Cynthia Francis
1068 Putnam Ave.
Brooklyn, NY 11215

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.35**

612 Sprain Brook, LLC
612 East Grassy Sprain Rd
Yonkers, NY 10710

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.36

624 15 LLC
Attn: Arthur Spitzer
54 Stevens Ave.
Jersey City, NJ 7305

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.37

628 Bramhall Holdings LLC
184 Midland Ave.
Yonkers, NY 10705

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.38

695 Monroe LLC / Jonathan Rubin / Michael Uhr / Issac Azaria
1120 Lexington Ave.
Lakewood, NJ 8701

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.39

695 Monroe LLC / Jonathan Rubin / Michael Uhr / Issac Azaria
9 Engberg Terrace
Lakewood, NJ 8701

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.40**

70 Stockton PL LLC
Attn: Chana Rothchild
83 Union Rd.
Spring Valley, NY 10977

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

---

**3.41**

701 Delilah, LLC
Attn: Michael Uhr
17 Dolson Road
Monsey, NY 10952

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

---

**3.42**

704 Howe Street LLC
Attn: Debra Mercatanti
85 Willowbrook Rd.
Colts Neck, NJ 7722

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

---

**3.43**

720 Baldwin Street LLC
60 Walnut St
Waterbury, CT 6704

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,279.07

3.44

728 Fulton Street LLC
148 Duane Street
New York, NY 10013

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

---

3.45

728 Fulton Street LLC
148 Duane Street
New York, NY 10013

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

---

3.46

7816 S Phillips LLC
Attn: Carlos Perez
243 Broadway
#9015
Newark, NJ 7104

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

---

3.47

79 South 10th Street LLC
Attn: Hassan Moseley
380 Marlboro Rd.
Old Bridge, NJ 8857

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

3.48

809 Monroe LLC
179 Wallabout St #3
Brooklyn, NY 11206

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $70,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Unfunded Commitment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.49

854 Madison LLC
Attn: Flerida Santana-Johnas, Peter Aytug, Areopi Stathatos
157 W. Main St.
Stamford, NY 12167

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.50

863 East 12th Holdings LLC
Attn: Abraham Wieder
1303 53rd St.
#302
Brooklyn, NY 11219

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.51

919 Quincy LLC
Attn: Menachem Nuchem Azrylewitz
179 Wallabout St #3
Brooklyn, NY 11206

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $70,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Unfunded Commitment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.52**

929 MADISON LLC
179 Wallabout Street Apt 3
Brooklyn, NY 11206

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $55,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.53**

AAA Real Estate Investment Services LLC
Attn: Camilo Mendoza
2612 Lafayette Ave.
Winter Park, FL 32789

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.54**

Adam Wolf
3833 Mission Hills
Northbrook, IL 60062

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.55**

Adams And Reese LLP
Dept 5208, PO Box 2153
Birmingham, AL 35287

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $2,316.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.56

Advantage Foreclosure Services, Inc.
201 Old Country Rd
Melville, NY 11747

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$17,456.26

3.57

Affordable Homes for Rent I, LLC
Attn: Tiffany Perkins
9501 W. 144th
Suite 304
Orland Park, IL 60462

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

3.58

AGAS Homes II, LLC
Attn: Stephane Assoumou, Maureen Assoumou
579 Franklin Ave.
Apt. 1
Brooklyn, NY 11238

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

3.59

AIAA Home Holdings LLC
701 N Brand Blvd Suite 180
Glendale, CA 91203

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
B-Piece Liability

**Is the claim subject to offset?**
☑ No

☐ Yes

$25,000.00

3.60

AIAA Home Holdings LLC
701 N Brand Blvd Suite 180
Glendale, CA 91203

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

$197.92

---

3.61

Alfonso Barragan Aguilar Jr. And Jose Barragan
30381 Arlington
Val Verde, CA 91384

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

$14,765.75

---

3.62

Allen Loree Homes, LLC
928 Le Cove Drive
Virginia Beach, VA 23464

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

$97,905.00

---

3.63

Aloha Capital, LLC
2525 Arapahoe Ave. STE E4-259
Boulder, CO 80302

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
B-Piece Liability

**Is the claim subject to offset?**
☑ No

☐ Yes

$430,000.00

3.64

Alura LLC
Attn: William G Rance III
10151 E 191st St
Noblesville, IN 46060

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $6,824.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Unfunded Commitment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.65

Anniemark, LLC
701 El Mirador Drive
Fullerton, CA 92835

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $144,040.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

3.66

Asset Funding Services LLC
Attn: Robert Donald Corley
24061 E Hawaii Pl.
Aurora, CO 80018

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.67

AYJ Project LLC
Attn: Enmanuel F. Dumay, Anthony Ruffin
225 North Wood Ave.
Linden, NJ 7036

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.68

B Hashem LLC
Attn: Hillel Josef
176 Maple Ave Unit 302
Monsey, NY 10952

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Unfunded Commitment

**Is the claim subject to offset?**
☑ No

☐ Yes

$17,704.00

### 3.69

Barbara Szymanska
4858 N. Normandy Ave.
Chicago, IL 60656

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

### 3.70

Batavia Wilson Street Shops, LLC
Attn: Joseph Jankovsky
2800 South River Rd.
Suite 190
Des Plaines, IL 60018

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

### 3.71

Batista Invests LLC
18 Haflinger Dr
Gainesville, MO 65655

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

$20,371.00

**3.72**

Bella Ranch Estate I, LLC
Attn: Melvonne Hearn
1500 Weston Rd.
Suite 200
Weston, FL 33326

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.73**

Binghamton Estates and Management LLC
Attn: Sherwin Wilson
133-36 148th St.
South Ozone Park, NY 11436

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.74**

Black Box Diamond Inc
5670 W Lake ST
Chicago, IL 60644

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $61,528.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.75**

Black Label Capital, LLC
669 Mangrove Trail
Fort Worth, TX 76131

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $10,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
B-Piece Liability

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.76**

Black Label Capital, LLC
669 Mangrove Trail
Fort Worth, TX 76131

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $124.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.77**

Blackstone Residential DPV Mortgage Trust
Attn: Jaimie Kowalsky
345 Park Ave
New York, NY 10154

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $4,308.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Interest Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.78**

Blenders, LLC
Attn: Stephen Tibstra, Elizabeth Tibstra
5224 W. State Rd. 46
#305
Sanford, FL 32771

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.79**

Blue Rock Capital Holdings LLC
33 Anchor Drive
Massapequa, NY 11758

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.80**

BM 241 8th Ave LLC
3021 Avenue I C5
Brooklyn, NY 11210

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Unfunded Commitment

**Is the claim subject to offset?**
☑ No

☐ Yes

$57,540.00

**3.81**

Borough of Sayreville
167 Main St
Sayreville, NJ 08872

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$229.76

**3.82**

Bostwick LLC / 132 Wilkinson Avenue LLC / 137 Wilkinson Avenue LLC /
286-288 Forest Street LLC / Peter Aytug / Areopi Stathatos
37-18 Northern Blvd.
Suite 417
Long Island City, NY 11101

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

**3.83**

Bostwick LLC / 132 Wilkinson Avenue LLC / 137 Wilkinson Avenue LLC /
286-288 Forest Street LLC / Peter Aytug / Areopi Stathatos
854 Madison Ave.
Albany, NY 12208

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

3.84

Brass Financial Group L.L.C.
1145 Asbury Ave
Ocean City, NJ 8226

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $96,001.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
B-Piece Liability

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.85

Braun Shlomo / 1567 56th Street, LLC / 1569 56th Street, LLC
1567 56th St.
Brooklyn, NY 11219

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.86

Braun Shlomo / 1567 56th Street, LLC / 1569 56th Street, LLC
c/o Levi Huebner
488 Empire Boulevard
Suite 100
Brooklyn, NY 11225

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.87

Braz Estates, LLC
Attn: Natasha Braz
16201 Baylis St
Detroit, MI 48211

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $247,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Unfunded Commitment

**Is the claim subject to offset?**
☑ No
☐ Yes

3.88

Brothers Smith LLP
2033 N Main St #720
Walnut Creek, CA 94596

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $1,112.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.89

Bunga LP
244 S Randall Road, #pmb 3024
Elgin, IL 60123

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $2,180.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.90

Burr & Forman LLP
PO Box 830719
Birmingham, AL 35283-0719

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $16,755.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.91

C W Rodrigues Enterprises LLC
10 Alvina Dr
Johnston, RI 2919

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $50,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

3.92

California Td Specialists
8190 E Kaiser Blvd
Anaheim, CA 92808

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $267.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.93

Cannon Law, LLC
PO Box 678
Lewis Center, OH 43035

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2,910.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.94

Cedermere LLC
Attn: Michael Dubin
77 Park Ave.
Apt. 9c
New York, NY 10016

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.95

Central Florida Income Fund, LLC
100 S Kentucky Ave Suite 215
Lakeland, FL 33801

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $60,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
B-Piece Liability

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.96**

Central Florida Lending Fund, LLC
100 S Kentucky Ave Suite 215
Lakeland, FL 33801

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $49,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
B-Piece Liability

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.97**

Central Group Investors LLC
Attn: Justin Tony Ghermezian
3220 Arlington Ave Apt 3d
Bronx, NY 10463

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $111,202.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Unfunded Commitment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.98**

Central Lending LLC
100 S Kentucky Ave Suite 215
Lakeland, FL 33801

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $71,026.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
B-Piece Liability

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.99**

Central Lending LLC
100 S Kentucky Ave Suite 215
Lakeland, FL 33801

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $8,438.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

3.100

CFRE Investment Flips Corporation
Attn: RA Diagnostic Imagining Corporation, Sean Nicholas Richway
741 Dowers Rd.
Abingdon, MD 21009

**Date or dates debt was incurred**

As of the petition filing date, the claim is:            Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.101

Charming Mad Genius LLC
10759 S Peoria St
Chicago, IL 60653

**Date or dates debt was incurred**

As of the petition filing date, the claim is:            $28,086.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

3.102

Charming Mad Genius, LLC
c/o William C. Worley
10759 S. Peoria St.
Chicago, IL 60643

**Date or dates debt was incurred**

As of the petition filing date, the claim is:            Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.103

City of Baltimore
200 Holiday St.
Baltimore, MD 21202

**Date or dates debt was incurred**

As of the petition filing date, the claim is:            $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.104**

Clearwave Investments LLC
Attn: Srinivas Adusumilli
320 N. Waynes Ct.
Palatine, IL 60067

**Date or dates debt was incurred**

_____

_____

As of the petition filing date, the claim is:    Undetermined
_Check all that apply._

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.105**

CLS Marketing Group Inc.
Attn: Pierre Augustin, Rodrigue Pierrot
711 NE 56th Street
Ft. Lauderdale, FL 33334

**Date or dates debt was incurred**

_____

_____

As of the petition filing date, the claim is:    Undetermined
_Check all that apply._

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.106**

Coastal Equity Group, LLC
15 State Street
Charleston, SC 29401

**Date or dates debt was incurred**

_____

_____

As of the petition filing date, the claim is:    $153,500.00
_Check all that apply._

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
B-Piece Liability

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.107**

Coastal Equity Group, LLC
15 State Street
Charleston, SC 29401

**Date or dates debt was incurred**

_____

_____

As of the petition filing date, the claim is:    $14,066.13
_Check all that apply._

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

3.108

Commonwealth Ventures Incorporated
Attn: Jonathan S. Davies
PO Box 32113
Louisville, KY 40232

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.109

Concession Management Group LLC
Attn: Marjorie Duran, Abelardo Bautista
15 Totokit Rd.
North Branford, CT 6471

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.110

Conflux LLC
Attn: Rigoberto Douglas
37 Seymour Lane
Medford, NY 11763

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.111

Conventus LLC
111 Potrero Ave
San Francisco, CA 94103

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $225,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
B-Piece Liability

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.112**

Corn Island Properties, Inc.
Attn: Johm Bennett
6844 Bardstown Rd.
#560
Louisville, KY 40291

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.113**

Cornerstone Funding Group LLC
821 Fairview Lane
Fort Lee, NJ 7024

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $17,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
B-Piece Liability

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.114**

Corporation Service Company (CSC)
919 North 1000 West
Logan, UT 84321

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $99.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115**

CoStar Realty Information, Inc.
1331 L St NW
Washington, DC 20005-4293

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $13,930.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.116

Ct Premier Rentals LLC
142 Asbury Ave., Unit 1E
Evanston, IL 60202

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $30,125.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

3.117

Daniel Jacob Dervartanian
3016 Anza St
San Francisco, CA 94121

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $219,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

3.118

Debra Dominianni-Vaughan
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $229.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
FPI Refund

**Is the claim subject to offset?**
☑ No

☐ Yes

3.119

Deephaven Mortgage
3530 Toringdon Way, Suite 200
Charlotte, NC 28277

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $91,950.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

3.120

Delmer Incorporated / Delmer, Inc. / Rolando Duncan
6017 S. Campbell Ave.
Chicago, IL 60629

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.121

Delmer Incorporated / Delmer, Inc. / Rolando Duncan
9726 S. Chaeles St.
Chicago, IL 60643

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.122

Diaz Anselmo & Associates P.A.
PO Box 3228
Naperville, IL 60566

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $4,907.50
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.123

Director of Finance, Baltimore City
200 Holiday St.
Baltimore, MD 21202

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $50.97
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.124

Dirt City Properties, LLC
3913 Paddrick Rd
Darlington, MD 21034

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $74,826.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

3.125

DMC Investment Inc.
Attn: Junior Anderson
6150 N. Milwaukee Ave.
Chicago, IL 60646

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.126

Door24 LLC
Attn: Wendell Claxton
1626 N Wilcox Ave, #115
Hollywood, CA 90028

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Unfunded Commitment

**Is the claim subject to offset?**
☑ No
☐ Yes

3.127

Double Up Dash LLC
Attn: Kade Donovan Fernandez
3344 SW 16th St
Fort Lauderdale, FL 33312

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $48,750.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Unfunded Commitment

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.128**

Dynamic Equity Partners
c/o Michael Kuldiner PC
922 Bustleton Pike
Feasterville, PA 19053

**Date or dates debt was incurred**

_____

_____

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.129**

EA Global Homes LLC
118 W 19th St Apt 1
Bayonne, NJ 7002

**Date or dates debt was incurred**

_____

_____

**As of the petition filing date, the claim is:**                    $7,525.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.130**

East Orange Water Commission
99 S Grove St
East Orange, NJ 07018

**Date or dates debt was incurred**

_____

_____

**As of the petition filing date, the claim is:**                    $126.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.131**

EG Property Investments, LLC
9499 W 32 Ln
Hialeah, FL 33018

**Date or dates debt was incurred**

_____

_____

**As of the petition filing date, the claim is:**                    $573.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
FPI Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

3.132

Elite Home Group LLC
8620 Colonial Pl
Duluth, GA 30097

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,648.93

3.133

Els Holdings LLC
5077 NW 7th Street Unit 808
Miami, FL 33126

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

$134.17

3.134

Epic Home Solutions L.L.C
136 Walton Avenue
Uniondale, NY 11553

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.01

3.135

Essencap Funding LLC
282 Main St, Suite D
Post Washington, NY 11050

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,816.86

3.136

Fast Pharaohs LLC
11417 Horton Avenue
Downey, CA 90241

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $160.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
FPI Refund

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.137

FedEx
942 South Shady Grove Road
Memphis, TN 38120-4117

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                 $33.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.138

Fie Development LLC
Attn: Dyana Bloorian-Hamedani, Samira Bloorian
16009 Hillside Ave.
Jamaica, NY 11432

**Date or dates debt was incurred**

As of the petition filing date, the claim is:            Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.139

First American Data & Analytics
4 First American Way
Santa Ana, CA 92707

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $833.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.140

Ford & Paulekas, LLP
280 Trumbull St.
Hartford, CT 06103

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $11,380.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.141

Fortress Square Capital, Inc.
2405 Terrace Dr
Puyallup, WA 98372

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $60.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

3.142

Fox Point Lending LLC
19 Hoosac St
Adams, MA 1220

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $448.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

3.143

Gauntlet Funding, LLC
68 S. SERVICE ROAD SUITE 100
Melville, NY 11747

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $45,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
B-Piece Liability

**Is the claim subject to offset?**
☑ No

☐ Yes

3.144

Gavin Mehl
5960 S Land Park Dr,
#1166
Sacramento, CA 95822

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.145

GDP Financial LLC
Attn: Sunny G. Nyemah
12021 Bayswater Rd.
Gatherburg, MD 20878

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.146

Getteg Properties LLC
Attn: Toby Pasillas, Elizabeth Pasillas
553 Manhattan Ave.
Grover Beach, CA 93433

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.147

Getteg Properties LLC
Attn: Toby Pasillas, Elizabeth Pasillas
553 Manhattan Ave.
Grover Beach, CA 93433

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.148

Giomatt LLC
175 SW 7th St. Ste. 1818
Miami, FL 33130

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

$101,210.60

3.149

Giu & Zai LLC
Attn: Jeudelie Orelus Blaise
16269 Nw 17th St
Pembroke Pines, FL 33028

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Unfunded Commitment

**Is the claim subject to offset?**
☑ No

☐ Yes

$47,000.00

3.150

GLE HOMES LLC
1702 Yorkshire Creek Ct
Pearland, TX 77581

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
FPI Refund

**Is the claim subject to offset?**
☑ No

☐ Yes

$450.19

3.151

Great House Pros, Inc
4015 Marietta Way
Saint Cloud, FL 34772

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
FPI Refund

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,736.42

3.152

Grewalz, LLC
2303 Riverdale Ave
Los Angeles, CA 90031

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
FPI Refund

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,094.59

3.153

Gudz Solutions Limited Liability Company
14 Zenta Rd, Unit 202
Monroe, NY 10950

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

$131.25

3.154

Gudz Solutions LLC
80 Gudz Road
Lakewood, NJ 8701

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
B-Piece Liability

**Is the claim subject to offset?**
☑ No

☐ Yes

$100,000.00

3.155

Harrision at Holmdel LLC
Attn: Alexander Pavlovsky
6767 Collins Ave.
Apt. 603
Miami Beach, FL 33141

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

3.156

Harrison Developers LLC
Attn: Alexander Pavlovsky
6767 Collins Ave.
Apt. 603
Miami Beach, FL 33141

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.157

Highline Lending LLC
30 S Doughty Ave Ste 2
Somerville, NJ 8876

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $267.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

3.158

Home Place Property LLC
Attn: Tingting Kang
282 Main St Suite D
Port Washington, NY 11050

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Unfunded Commitment

**Is the claim subject to offset?**
☑ No
☐ Yes

3.159

Host Julia LLC
Attn: Julia Dinorah Martinez
2010 NW 34th St
Miami, FL 33142

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,741.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Unfunded Commitment

**Is the claim subject to offset?**
☑ No
☐ Yes

3.160

Illinois Secretary of State
213 State Capitol
Springfield, IL 62756

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $75.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.161

Independence Real Estate Sales, LLC
325 Sentry Parkway Building 5W Suite 200
Blue Bell, PA 191422

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.162

Indian Hill Acquisitions LLC
Attn: Peter Blackmore
1419 Mount Zion Rd.
Dry Ridge, KY 41035

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.163

Inner Core Capital Inc
910 Red Fox Ln
Oak Brook, IL 60523

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $1,250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.164**

Insignia Mortgage, Inc.
2122 Forest Avenue
Belmont, CA 94002

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $51.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.165**

Investment Tools Group, LLC
765 NW 170th Terr
Pembroke Pines, FL 33028

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $51,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.166**

Invigorate Finance, LLC
Attn: Loren J Morris
425 S. Financial Place, 7th Floor
Chicago, IL 60605
800-495-7166
lmorris@fayfinancial.com

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $3,300,000.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Customer Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.167**

Irvington Woods LLC
30 Parker St #202
Spring Valley, NY 10977

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $1,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.168**

Islip 2 LLC
11 Martha Pl
Port Jefferson Station, NY 11776

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

$51,900.00

**3.169**

Itay Kahiri LLC
Attn: Itay Kahiri
415 E. 54th St.
#22H
New York, NY 10021

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

**3.170**

J.A.Rod Enterprises, Inc.
Attn: Jesus A. Rodriguez
955 NE 98th St.
Miami, FL 33138

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

$26,023.10

**3.171**

J.A.Rod Enterprises, Inc.
Attn: Jesus A. Rodriguez
955 NE 98th St.
Miami, FL 33138

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

**3.172**

JAX SFH Properties LLC
Attn: Steven K. Hendrickson
221 N. Hogan St.
Jacksonville, FL 32202

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.173**

JAX SFH Properties LLC
Attn: Steven K. Hendrickson
221 N. Hogan St.
Jacksonville, FL 32202

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.174**

JAX SFH Properties LLC
Attn: Steven K. Hendrickson
221 N. Hogan St.
Jacksonville, FL 32202

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.175**

Jaxan Enterprise, Inc.
332 S Michigan Ave Suite 121-j422
Chicago, IL 60604

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $47,800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

3.176

JC Joerg Properties, LLC
10219 W Meadow Crossing Dr
Tampa, FL 33647

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $41,632.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

3.177

Jon Jones, LLC
7961 12th St N
Saint Petersburg, FL 33702

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                        $250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

3.178

Jovanna Fuentes
6301 Wenrich Dr
San Diego, CA 92120

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $65,250.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

3.179

Juan Carlos Castaneda Meza
835 Volande Court
Perris, CA 92571

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $5,160.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

3.180

Julia Joan Realty LLC
Attn: Julia J. Caruso
49 Standish Dr.
Mt. Sinai, NY 11766

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.181

Just Peachy Properties, LLC
5158 River North Circle
Hahira, GA 31632

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $19,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

3.182

JWP Funding, LLC
7459 FM 1827
Mckinney, TX 75071

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $1,318.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

3.183

Kai Maha LLC
59-819 Kamehameha Hwy
Haleiwa, HI 96712

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $5,142.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
FPI Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

3.184

Kailey's Rose LLC
12901 Sacramento Ave
Blue Island, IL 60406

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

$122,060.00

3.185

Kamov Systems, Inc.
Attn: Kevin Freeman
8449 Woodbriar Dr.
Sarasota, FL 34238

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.186

Karren Marrast
10222 Amazing Grace Ave
Riverview, FL 33578

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,400.00

3.187

KC Water
414 E 12th St
Kansas City, MO 64106

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$11.42

**3.188**

Kesser Abraham LLC
Attn: Abraham Menachem Knopfler
46 Main Street
Unit 335
Monsey, NY 10952

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $481,895.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.189**

Kesser Abraham LLC
Attn: Abraham Menachem Knopfler
46 Main Street
Unit 335
Monsey, NY 10952

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.190**

Keypoint Realty LLC
434 Broadway
Freehold, NJ 07728

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $91.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.191**

Khrystyna O Ivanova
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,998.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
FPI Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

3.192

Krishnachandra Patel (aka Krishnach Patel)
15 Bernadette Circle
Monmouth Junction, NJ 8852

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.193

Kruger & Leal, LLC
1807 Lyle Ave
Waco, TX 76708

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $70,550.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

3.194

KW Dreams Properties LLC
PO Box 437
Whitesboro, NJ 8252

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $3,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

3.195

Kwhill Properties LLC
Attn: Kenneth Wayne Hill
888 Ocean Ave.
West Haven, CT 6516

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.196

Landstar Financial LLC
922 Sw 178 Way
Pembroke Pines, FL 33029

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $947.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

3.197

Latimer LeVay Fyock LLC
55 West Monroe St.
Suite 1100
Chicago, IL 60603

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $8,792.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.198

Law Offices of Tae H. Whang, LLC
185 Bridge Plaza North
Suite 201
Fort Lee, NJ 07024

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $13,296.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.199

Lendingdeck LLC
432 Conant Rd
Athol, MA 1331

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $211.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

3.200

Lendme, Inc.
6170 Winterberry Place
Rancho Cucamonga, CA 91739

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2,577.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

3.201

Lera Shelby
Address on File

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $747.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
FPI Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

3.202

Liberty Enterprise Properties, LLC
14810 Gold Mesa Trail
Houston, TX 77062

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $40,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

3.203

LKWD Services LLC
Attn: Joel Greenwald
198 Hadassah Ln.
Lakewood, NJ 8701

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.204**

LMG Develpoment LLC
1113 Pottstown Pike
West Chester, PA 19380

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $6,065.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Unfunded Commitment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.205**

Lourdes Sanchez
7879 Jeannie Ann Cir
Corona, CA 92880

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $75,334.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.206**

M&R Capital Funding LLC
98-22 Metropolitan Avenue
Forest Hills, NY 11375

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $8,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
B-Piece Liability

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.207**

Mackay Investments LLC
1215 S Wilton Place
Los Angeles, CA 90019

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $4,148.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

3.208

Magnolia Office Investments LLC
Attn: Anand K Patel
205 Worth Ave.
#301
Palm Beach, FL 33480

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.209

Maria R. Auguste
112-22 201st Street
St. Albans, NY 11412

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.210

Maurice Schmidt
120 Leonard St.
Lakewood, NJ 8701

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.211

Maybury LLC
282 Main St, Suite D
Post Washington, NY 11050

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

$370,000.00

3.212

Mayte Resendiz
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$48.07

---

3.213

MCO General Maintenance LLC
Attn: Albert Nelson
9702 S Winston Ave
Chicago, IL 60643

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined

---

3.214

Metropolitan Real Estate Investment Group LLC / Valerian E. Agbaw-Ebai
454 Broadway
Unit 2
Somerville, MA 2145

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined

---

3.215

Metropolitan Real Estate Investment Group LLC / Valerian E. Agbaw-Ebai
4815 Lawrence St.
Suite A
Hyattsville, MD 20781

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined

**3.216**

Metropolitan Real Estate Investment Group LLC / Valerian E. Agbaw-Ebai
6000 Stevenson Ave.
Suite A
Alexandria, VA 22304

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.217**

MFA Financial, Inc.
Attn: Bryan Wulfsohn, Gudmundur Kristjansson
350 Park Ave, 20th Floor
New York, NY 10022

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Interest Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$535.70

**3.218**

Miami Renovation LLC
15741 NE 15 Ct
Miami, FL 33162

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
FPI Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,664.69

**3.219**

Michael Mazzei
345 Manhasset Woods Road
Manhasset, NY 11030

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.220

MIG Management LLC
Attn: Bonnie Kuon
708 Belle Vue Plantation Rd.
Lafayette, LA 70503

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.221

Modular Standard, LLC
18 South Road
Wayne, NJ 07474

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
FPI Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$564.88

3.222

Monster Investments Inc.
Attn: Kenneth Pearson
10472 Fines Rd.
King George, VA 22485

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.223

Monster Investments Inc.
Attn: Kenneth Pearson
6026 Swanson Creek Lane
Hugesville, MD 20637

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.224

Morents, LLC
c/o Andrew W. Gray
2450 Eutaw Place
Baltimore, MD 21217

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.225

My Island Visa, Inc.
Attn: Michelle Swan
1100 Benetian Lane
Hampton, GA 30228

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
FPI Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,002.32

3.226

My Island Visa, Inc.
Attn: Michelle Swan
1100 Benetian Lane
Hampton, GA 30228

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.227

My Touch Consulting LLC
Attn: Roy L Morgan II
14620 Hamlin Ave Apt 2F
Midlothian, IL 60445

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Unfunded Commitment

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,990.00

**3.228**

Napier Park Global Capital
Attn: General Counsel
280 Park Ave, 3rd Floor
New York, NY 10017

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $283.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
FPI Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.229**

Naska Global Trade LLC
Attn: Fernando Huamani
7300 Wayne Ave.
#418
Miami Beach, FL 33141

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.230**

Nereyda Triana (Court Appointed Guardian for Cecilia Rodriguez)
c/o George A. Ortiz, Law Offices of George A. Ortiz
1324 E. Gun Hill Rd.
Bronx, NY 10469

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.231**

New Sunrise Aquistions LLC
Attn: Maureen Assoumou
902 Lake Overlook Dr.
Bowie, MD 20721

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.232**

Next Generation Management And Consulting Llc
12528 Meadow Landing Drive
Frisco, TX 75036

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $670.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.233**

NKM Capital Corp
3701 Midtown Dr. Unit #3306
Tampa, FL 33607

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $76,138.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.234**

Nola Property Management
6209 Moosewood Ln
League City, TX 77573

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.235**

NYA Capital, Inc
6439 John Alden Way
Orlando, FL 32818

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $9,807.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.236**

NYCLT 2021-A Trust and The Bank of New York Mellon, as Collateral Agent and Custodian
c/o Anthony J. Iacchetta, Phillips Lytle LLP
28 East Main Street
Suite 1400
Rochester, NY 14614

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.237**

NYCTL 2021-A Trust and The Bank of New York Mellon
c/o Richard Evans, Phillips Lytle LLP
28 East Main Street
Suite 1400
Rochester, NY 14614

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.238**

One Wealth Investments, LLC
752 Vashon Pl NE
Renton, WA 98059

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $112,384.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.239**

Ontario Property Group LLC
2 Lamson Ln
Sewell, NJ 8080

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $90,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.240**

Orbit Commercial Capital Llc Dba Brrrrloans
226 Reed St
Philadelphia, PA 19147

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $167.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.241**

OSC Inc.
1730 M Street Nw
Suite 218
Washington, DC 20036-4505

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $34,811.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.242**

Pantheon Capital Advisors
1800 Camden Rd Suite 107-253
Raleigh, NC 28203

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $82,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
B-Piece Liability

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.243**

Paradise SOL Investment, LLC
Attn: Pedro C. Salgado
8600 Sw 133rd Avenue Rd Apt 310
Miami, FL 33183

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $68,631.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

3.244

Paradise SOL Investment, LLC
Attn: Pedro C. Salgado
8600 Sw 133rd Avenue Rd Apt 310
Miami, FL 33183

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.245

Peer Street Funding LLC
840 Apollo St., Suite 100
El Segundo, CA 90245

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$153,510,137.22

3.246

Peer Street Opportunity Investors II, LP
840 Apollo St., Suite 100
El Segundo, CA 90245

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Payable to Peer Street Opportunity Investors II, LP

**Is the claim subject to offset?**
☑ No
☐ Yes

$275,022.11

3.247

Peer Street Opportunity Investors II, LP
840 Apollo St., Suite 100
El Segundo, CA 90245

**Date or dates debt was incurred**

_____

_____

**As of the petition filing date, the claim is:**                    $13,357,644.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Promissory Note to Peer Street Opportunity Investors II,
LP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.248

Peer Street, Inc.
840 Apollo St., Suite 100
El Segundo, CA 90245

**Date or dates debt was incurred**

_____

_____

**As of the petition filing date, the claim is:**                    $5,193,345.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.249

Pepe/Berard Capital, LLC
211 South Ridge Street
Rye Brook, NY 10573

**Date or dates debt was incurred**

_____

_____

**As of the petition filing date, the claim is:**                    $60,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
B-Piece Liability

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.250**

Peter Place Construction LLC
Attn: David Raven
PO Box 121
Mountain Dale, NY 12763

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.251**

PG&E
77 Beale Street PO Box 770000
San Francisco, CA 94105

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $34.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.252**

Piesen Enterprise Inc
1116 Rice Ave
Bellwood, IL 60104

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $52,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.253**

Pitkin Ave Plaza LLC
Attn: Shea Sigal
5408 18 Ave.
Brooklyn, NY 11204

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.254

Platinum Investment Properties Group, LLC
15774 S Lagrandge Rd, #223
Orland Park, IL 60462

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $126,632.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

3.255

Pluto Properties LLC
Attn: Jechil Weinfeld
209 2nd St.
Lakewood, NJ 8701

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.256

Pluto Properties LLC
Attn: Jechil Weinfeld, Pame Associates LLC, Michelle Bryan
209 2nd St.
Lakewood, NJ 8701

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.257

Plymouth Private Equities, LLC
6701 Sw 48 Terrace
Miami, FL 33155

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $226.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

3.258

Properties 4 Us Inc.
Attn: Ana Maria Santisteban
3127 Ponce De Leon Blvd.
Coral Gables, FL 33134

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.259

Property A10 LLC
Attn: Anthony E. Caddle Jr.
175 Fulton Ave.
Suite 211B
Hempstead, NY 11550

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.260

PS Warehouse II, LLC
840 Apollo St., Suite 100
El Segundo, CA 90245

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$32,414.77

3.261

PS Warehouse, LLC
843 Apollo St., Suite 100
El Segundo, CA 90248

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,506,878.69

3.262

Quality N Paradise LLC
Attn: Nellie A. Bailey-Tate
3317 Jackson St.
Bellwood, IL 60104

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.263

Randall S Easterday, II Chameli Gurung
2130 Las Gallinas Ave
San Rafael, CA 94903

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $70,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Unfunded Commitment

**Is the claim subject to offset?**
☑ No
☐ Yes

3.264

Raymond Brown
2495 Ivan Hill Ter
Los Angeles, CA 90039

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $18,020.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Unfunded Commitment

**Is the claim subject to offset?**
☑ No
☐ Yes

3.265

RF Props LLC
23662 Via Ortega,
Trabuco Canyon, CA 92679

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $15,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Unfunded Commitment

**Is the claim subject to offset?**
☑ No
☐ Yes

3.266

RH Hull LLC
Attn: Steven J. Makowsky
75 Sealy Dr.
Lawrence, NY 1159

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.267

River City UK , LLC
801 US HWY 1
North Palm Beach, FL 33408

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
FPI Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,700.44

3.268

Rivera LL, LLC
1110 Brickell Ave Suit 102
Miami, FL 33131

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
FPI Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,457.84

3.269

RK Williams Jr LLC
Attn: Glenn Claxton
20417 Hillside Ave.
#333
Jamaica, NY 11423

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.270

RLS Property Services, LLC
73 Kresson Rd
Cherry Hill, NJ 08034

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,550.00

---

3.271

RML 57 Street, Inc.
Attn: Bao Zhi Liu
819 52nd Street
Brooklyn, NY 11220

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

---

3.272

Robert A. Coles
2155 Palm Desert Dr.
Suite B
Desert Hot Springs, CA 92240

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

---

3.273

Robfredo IX LLC
Attn: Robert Manfredo
101 Jacob St.
Elmont, NY 11003

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

3.274

Ronald Baudilio Perez
PO Box 190
Yonkers, NY 10705

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          Undetermined
*Check all that apply.*
☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.275

Rosario Schuler
3036 Maple Ave.
Oakland, CA 94602

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          Undetermined
*Check all that apply.*
☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.276

Roseline Opara
Address on File

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $2,908.52
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
FPI Refund

**Is the claim subject to offset?**
☑ No

☐ Yes

3.277

Rudr Realty International L.L.C.
10837 SE 172nd St Apt D
Renton, WA 98055

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $26,800.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

3.278

Runway Properties GA LLC
196 Alps Rd Suite 2-201
Athens, GA 30606

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,375.00

3.279

Saba Plaza LLC
Attn: Shea Sigal
4403 15th Ave.
Unit 189
Brooklyn, NY 11219

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.280

Samuel Enciso
c/o Law Offices of Granowitz, White and Weber, Attn: Steven Weber
650 East Hospitality Lane
Suite 570
San Bernardino, CA 92408

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.281

Sandberg Phoenix
600 Washington Ave.
St. Louis, MO 63101

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$44.48

3.282

Saol Rentals 309, LLC
410 Liverpool Ave
Panama City Beach, FL 32407

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
FPI Refund

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,598.14

3.283

Secured Investment High Yield Fund, LLC
701 E Front Avenue, 2nd Floor
Coeur d Alene, ID 83814

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
B-Piece Liability

**Is the claim subject to offset?**
☑ No

☐ Yes

$76,505.00

3.284

Shadow Holdings, Inc.
66885 Ironwood Dr.
Apt. A
Desert Hot Springs, CA 92240

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

3.285

Shaw 3rd Holdings LLC
Attn: Napoleon Ibiezugbe
19142 Stream Crossing Ct.
Leesburg, VA 20176

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

3.286

Shifra Shprintza Schmidt
1970 Swathmore Ave.
Suite 3
Lakewood, NJ 8701

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.287

Sinoe E. Naji Timeless Enterprise Limited Liability Company
491 Baltimore Pike, Suite 1292
Springfield, PA 19064

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $15,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.288

Sirlin, Lesser & Benson, P.C.
123 S Broad St
Philadelphia, PA 19107

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $8,380.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.289

Sky Park Holdings LLC
3562 Claybourne Ct
Newbury Park, CA 91320

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $32,050.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.290**

Slomin's Inc.
125 Lauman Lane
Hicksville, NY 11801

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.291**

Smlarussa Investments, LLC
Attn: Steven Mario La Russa, Jr
12528 Meadow Landing Drive
Frisco, TX 75036

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $44,532.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Unfunded Commitment

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.292**

Smooth Realty Investment LLC
2435 Cleveland St
Hollywood, FL 33020

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $8,450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.293**

Snell & Wilmer LLP
400 E. Van Buren St.
Suite 1900
Phoenix, AZ 85004-2202

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $7,836.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.294**

Source One Property Management LLC
5638 S Prairie
Chicago, IL 60637

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $138,600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.295**

Spark Property Solutions LLC
8401 Memorial Lane Apt #7341
PLANO, TX 75024

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.296**

St. Mary's County Metropolitan Commission
23121 Camden Way
California, MD 20619

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $81.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.297**

Stephenson Residential Services LLC
Attn: Chiquita Stephenson
3233 North Street
Fairfield, CT 6824

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.298**

Stephenson Residential Services LLC
Attn: Chiquita Stephenson
3233 North Street
Fairfield, CT 6824

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.299**

Stoll Keenon Ogden PLLC
PO Box 11969
Lexington, KY 40579

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,232.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.300**

Straightline Funding, LLC
1100 Peachtree Street #200
Georgia, GA 30309

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $9,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
B-Piece Liability

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.301**

Suffolk County Comptroller
100 Veterans Memorial Hwy
Hauppauge, NY 11788

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $547.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.302**

Sunshine Home Builders, LLC
1904 Countess Ct
Naples, FL 34110

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $37,481.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.303**

Swan Indiana Properties, LLC
2217 Ontario Way
Lakeland, FL 33805

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $80,473.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.304**

Synosure Direct Inc.
1925 W 170th St
Hazel Crest, IL 60429

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $588.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
FPI Refund

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.305**

Tamram Real Estate Investment Group LLC
9918 Courtney Palms Blvd, Unit 103
Tampa, FL 33619

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $130,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

3.306

TCM Funding, LLC
1450 Brickell Ave Suite 26
Miami, FL 33131

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
B-Piece Liability

**Is the claim subject to offset?**
☑ No

☐ Yes

$33,200.00

3.307

Texas Revamp, LLC
669 Mangrove Trail
Fort Worth, TX 76131

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,050.00

3.308

The Buffalo Apt Holdings LLC
Attn: Albany Perez
PO Box 190
Yonkers, NY 10705

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

3.309

The Buffalo Apt Holdings LLC
Attn: Albany Perez
PO Box 190
Yonkers, NY 10705

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

**3.310**

The Chartwell Law Offices, LLP
970 Rittenhouse Rd.
Suite 300
Eagleville, PA 19403

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$32,756.00

---

**3.311**

The Guilford Association, Inc.
Attn: Robet Gaumont
1001 Fleet Street
Suite 700
Baltimore, MD 21202

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

---

**3.312**

The Spice Must Flow LLC
c/o 18 Brennan Broke Me, LLC, Attn: Shawn Thomas Johnson
455 N. Louisiana Ave.
Suite C1
Asheville, NC 28806

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

---

**3.313**

Thomas Debonis
3376 Edgerton Ave.
Wantagh, NY 11793

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

**3.314**

Tieron MacKinnon
10517 Liberty Rd.
Randallstown, MD 21133

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.315**

Transcendence Homes LLC
2912 Quarry Circle
Odenton, MD 21113

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4,250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.316**

Tref 2 LLC
7434 N Harlem Ave
Chicago, IL 60631

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
B-Piece Liability

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.317**

Trenam Kemker Scharf Barkin Frye O'neill & Mullis P.A.
700 Bank of America Plaza 101 East Kennedy St.
Tampa, FL 33602

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $3,470.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.318

Tribeca Funding Corp
2010 NW 34th St
Miami, FL 33142

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No

☐ Yes

$185.21

3.319

U.S. Bank, N.A., successor trustee to La Salle Bank National Asociation,
on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
2006-HE7, Asset-Backed Certificate Series 2006-HE7
270 Davidson Ave.
5th Floor
Somerset, NJ 8873

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

3.320

U.S. Bank, N.A., successor trustee to La Salle Bank National Asociation,
on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
2006-HE7, Asset-Backed Certificate Series 2006-HE7
c/o Vanessa L. Williams, Esq.
5 Penn Plaza
Suite 2371
New York, NY 10001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

3.321

US Bank Corporate Trust Services
EP-MN-WN3L 60 Livingston Ave
St Paul, MN 55107

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,282.75

**3.322**

US Construction Law
3433 Corte Altura
Carlsbad, CA 92009

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.323**

Varadero Capital, L.P.
452 Fifth Ave. 30th Floor
New York, NY 10018

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $46,770.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.324**

Varadero Capital, L.P.
452 Fifth Ave. 30th Floor
New York, NY 10018

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $7,952.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Interest Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.325**

Vault Private Lending LLC
7091 Elm St
Frisco, TX 75034

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $17,600.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
B-Piece Liability

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.326**

Vault Private Lending LLC
7091 Elm St
Frisco, TX 75034

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**

☑ No

☐ Yes

$275.00

**3.327**

VNP Property Services Inc.
Attn: Anthony D. Riley
17541 S. Kedzie
Apt. 494
Hazel Crest, IL 60429

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined

**3.328**

W Henrietta Properties LLC
Attn: Joanne Gulino, Gregory R. Parvis
100 Daly Blvd.
#1616
Oceanside, NY 11572

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined

**3.329**

W Properties, LLC
1723 Knightwick Dr.
Houston, TX 77008

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**

☑ No

☐ Yes

$3,100.00

3.330

WAVE FORM LLC
4812 E Gary St
Mesa, AZ 85205

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

$27,257.00

3.331

Welcome Street Group Inc.
Attn: Maureen Assoumou
902 Lake Overlook Dr.
Bowie, MD 20721

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.332

Westgate Capital
1433 Rock Glen Ave. Apt 4
Glendale, CA 91205

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,189.78

3.333

Wolf Real Estate Partnership L.P.
1891 Mission Hill Ln.
Northbrook, IL 60062

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.334**

Wolf River Construction LLC
8805 Fathom Crest
Indianapolis, IN 46256

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $40,210.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.335**

Wolf River Construction, LLC
1201 N. Post Road, Suite 4F
Indianapolis, IN 46219

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $24,925.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.336**

XYZ 1555 Pacific LLC
21 West End Avenue, Apt 1222
New York, NY 10023

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $110,046.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Institutional FBO Cash

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.337**

XYZ 1555 Pacific LLC
Attn: Aaron Johnson
19 Dutch St. #59G
New York, NY 10038

**Date or dates debt was incurred**

As of the petition filing date, the claim is: Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.338

Youland INC
236 Kingfisher Ave
Alameda, CA 94501

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $155,850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
B-Piece Liability

**Is the claim subject to offset?**
☑ No

☐ Yes

3.339

Yuehan Qiu and Huangdi Yang
18408 Rocky Ct.
Rowland Heights, CA 91748

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $60,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Unfunded Commitment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line | |
| | ☐ Not listed. Explain | |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $0.00 |
| **5b. Total claims from Part 2** | 5b. | $186,326,184.68 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $186,326,184.68 |

**Fill in this information to identify the case:**

Debtor name: PS Funding, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 23-10817

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

| Schedule G: | Executory Contracts and Unexpired Leases |
|---|---|

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Master Mortgage Loan Servicing Agreement | 1Sharpe Income Fund L.P.<br>Attn: Gregor Watson and Rob Bloemker<br>370 Highland Ave, Suite 200<br>Piedmont, CA 94611 |
|---|---|---|---|
| | State the term remaining | Effective Date: 12/20/2017 | |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Master Mortgage Loan Servicing Agreement | ACM PS Alamosa LLC c/o Midtown Madison Management LLC<br>Attn: Ray Chan<br>780 Third Avenue, 27th Floor<br>New York, NY 10017 |
|---|---|---|---|
| | State the term remaining | Effective Date: 8/24/2017 | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Servicing Agreement | Blackstone Residential Operating Partnership LP<br>Attn: Candice Pitcher<br>2825 E Cottonwood Pkwy, Ste 500<br>Salt Lake City, UT 84121 |
|---|---|---|---|
| | State the term remaining | Effective Date: 4/30/2019 | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Servicing Agreement | Eaglewood SPB I LP c/o Pollen Street Capital (US) LLC<br>Attn: Operations<br>747 3rd Avenue, 19th Floor<br>New York, NY 10017 |
| | State the term remaining | Effective Date: 11/9/2018 | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Servicing Agreement | Fidelity & Guaranty Life Mortgage Trust 2018-1<br>c/o U.S. Bank Trust National Association<br>Attn: Becky Warren<br>300 Deleware Avenue, Ninth Floor<br>Wilmington, DE 19801 |
| | State the term remaining | Effective Date: 6/11/2019 | |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Master Mortgage Loan Servicing Agreement | KF PS Trust c/o The Henry J Kaiser Family Foundation<br>Attn: Koonal Gandhi<br>2400 Sand Hill Road<br>Menlo Park, CA 94025 |
| | State the term remaining | Effective Date: 8/22/2016 | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Master Mortgage Loan Servicing Agreement | Lexington RML MF Trust I<br>c/o Wilmington Trust, National Association<br>Attn: Corporate Trust Administration<br>Rodney Square North 1100 North Market Street<br>Wilmington, DE 19890 |
| | State the term remaining | Effective Date: 12/14/2017 | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Master Mortgage Loan Servicing Agreement | Lexington RML VF Trust I<br>c/o Wilmington Trust, National Association<br>Attn: Corporate Trust Administration<br>Rodney Square North 1100 North Market Street<br>Wilmington, DE 19890 |
| | State the term remaining | Effective Date: 12/14/2017 | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Master Mortgage Loan Servicing Agreement | MFResidential Assets I, LLC c/o MFA Financial, Inc.<br>Attn: General Counsel<br>350 Park Avenue, 20th Floor<br>New York, NY 10022 |
| | State the term remaining | Effective Date: 5/14/2018 | |
| | List the contract number of any government contract | | |

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Master Mortgage Loan Servicing Agreement | PS Funding Trust 1004 c/o Colchis Capital Management, L.P. Attn: Jonathan Strike 150 California, 18th Floor San Francisco, CA 94111 |
| | State the term remaining | Effective Date: 5/18/2018 | |
| | List the contract number of any government contract | | |

| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Servicing Agreement | Residential DPV Mortgage Trust c/o Blackstone Attn: Jaimie Misto (Kowalsky) 601 Lexington Avenue New York, NY 10022 |
| | State the term remaining | Effective Date: 8/3/2021 | |
| | List the contract number of any government contract | | |

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Servicing Agreement | SF 2020 GRANTOR TRUST 1 LLC c/o Neuberger Berman Investment Advisers LLC Attn: Peter Sterling 1290 Avenue of the Americas New York, NY 10104 |
| | State the term remaining | Effective Date: 4/27/2021 | |
| | List the contract number of any government contract | | |

| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | IT Contract | Thomson Reuters - Clear 610 Opperman Drive Eagan, MN 55123-1396 |
| | State the term remaining | Month to Month | |
| | List the contract number of any government contract | | |

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Master Mortgage Loan Servicing Agreement | U.S. Bank Trust National Association Attn: NP Master Trust I One Federal St, 3rd Floor Boston, MA 02110 |
| | State the term remaining | Effective Date: 2/12/2021 | |
| | List the contract number of any government contract | | |

| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Master Mortgage Loan Servicing Agreement | U.S. Bank Trust National Association Attn: LH-NP-STRAT Offshore Owner Trust One Federal St, 3rd Floor Boston, MA 02110 |
| | State the term remaining | Effective Date: 6/15/2018 | |
| | List the contract number of any government contract | | |

| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Mortgage Loan Servicing Agreement | U.S. Bank Trust National Association<br>Attn: NP Master Trust II<br>One Federal St, 3rd Floor<br>Boston, MA 02110 |
| | **State the term remaining** | Effective Date: 10/12/2021 | |
| | **List the contract number of any government contract** | | |

| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Mortgage Loan Servicing Agreement | U.S. Bank Trust National Association<br>Attn: NP Strat Loan Trust III<br>One Federal St, 3rd Floor<br>Boston, MA 02110 |
| | **State the term remaining** | Effective Date: 7/25/2019 | |
| | **List the contract number of any government contract** | | |

| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Mortgage Loan Servicing Agreement | U.S. Bank Trust National Association<br>Attn: NP Strat Loan Trust IV<br>One Federal St, 3rd Floor<br>Boston, MA 02110 |
| | **State the term remaining** | Effective Date: 3/23/2020 | |
| | **List the contract number of any government contract** | | |

| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Mortgage Loan Servicing Agreement | U.S. Bank Trust National Association<br>Attn: LH-NP-STRAT Dekaware Owner Trust<br>One Federal St, 3rd Floor<br>Boston, MA 02110 |
| | **State the term remaining** | Effective Date: 6/15/2018 | |
| | **List the contract number of any government contract** | | |

| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Mortgage Loan Servicing Agreement | U.S. Bank Trust National Association<br>Attn: NP-BPI Owner Trust<br>One Federal St, 3rd Floor<br>Boston, MA 02110 |
| | **State the term remaining** | Effective Date: 3/26/2021 | |
| | **List the contract number of any government contract** | | |

| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Servicing Agreement | US Mortgage Loan Trust BAWAG, as Owner<br>Attn: Corporate Office<br>Wiedner Gürtel 11<br>Vienna 1100<br>Austria |
| | **State the term remaining** | Effective Date: 12/10/2019 | |
| | **List the contract number of any government contract** | | |

| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Master Mortgage Loan Servicing Agreement | VC RTL 2018-1 c/o Varadero Capital, L.P.<br>Attn: Peter Chan, CFO<br>452 Fifth Avenue, 30th Floor<br>New York, NY 10018 |
| | State the term remaining | Effective Date: 3/16/2018 | |
| | List the contract number of any government contract | | |

| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Master Mortgage Loan Purchase Agreement | VRMTG ACQ, LLC c/o VWH Capital Management, LP<br>Attn: Rebecca Lee<br>888 7th Avenue, 10th Floor<br>New York, NY 10019 |
| | State the term remaining | Effective Date: 1/20/2021 | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: PS Funding, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 23-10817

☐ **Check if this is an amended filing**

## Official Form 206H
## Schedule H: Codebtors

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 Peer Street, Inc. | 840 Apollo St., Suite 100 El Segundo, CA 90245 | Magnetar Financial LLC | ☑ D ☐ E/F ☐ G |
| 2.2 PeerStreet Licensing, Inc. | 840 Apollo St., Suite 100 El Segundo, CA 90245 | Magnetar Financial LLC | ☑ D ☐ E/F ☐ G |

| Fill in this information to identify the case: |
| --- |
| Debtor name: PS Funding, Inc. |
| United States Bankruptcy Court for the: District of Delaware |
| Case number: 23-10817 |

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____ declaration

I declare under penalty of perjury that the foregoing is true and correct.

| 9/5/2023 | /s/ David M. Dunn |
| --- | --- |
| Executed on | Signature of individual signing on behalf of debtor |
| | David M. Dunn |
| | Printed name |
| | Chief Restructuring Officer |
| | Position or relationship to debtor |