

**Jason Lerch**
848 Paxinosa Avenue
Easton, PA  18042

9/1/2023

Chief Judge Laurie Seiber Silberstein
United States Bankruptcy Court
District of Delaware
824 Market Street North
6th Floor
Wilmington, DE  19801

**Re: Case 23-10815-LSS Request for Protection of Secured Loan Investments and Cash in PeerStreet bankruptcy proceedings. PeerStreet Account:** ▇▇▇▇▇

Honorable Chief Judge Laurie Seiber Silberstein,

Thank you in advance for your time and consideration.

My name is Jason Lerch and I live with my wife and 3 children in Easton, PA. I have a total of $24,763.55 invested in PeerStreet loans. Please screenshot on page 3 with details.

Due to the recent Chapter 11 filing by PeerStreet and its affiliated companies, I am writing to ask that my loan investments be protected or completely segregated during these bankruptcy proceedings.

Since 2016 I have invested my funds in real-estate backed loans on the PeerStreet platform. These investments were made with a complete understanding based on all available materials presented to me as investor, that they were secured by a First Trust Deed or 'First Lien Position." I strongly believe that I am a secured creditor based upon all the information I was provided by PeerStreet during the time I was carefully investing my money.

It surprises me that PeerStreet wants to categorize retail investors as 'unsecured creditors.' The PeerStreet website still currently states: A property behind every investment.  Investment opportunities are secured by a property. First-lien position. Senior secured offerings mean you are first in line to be repaid (Please see screenshot below).

The information on the PeerStreet website left me without a doubt that my hard-earned money is backed by real estate in a first lien position. I was never investing in PeerStreet itself or its operations.

I kindly request that you consider preservation of my Secured Loan Investment. As a secured creditor, who invested in first liens only, I request that the court ensure that proper handling and preservation of the underlying collateral associated with my loan investments. Any potential disposition of these assets

must be conducted fairly and transparently to maximize the recovery and protect the interest of the corresponding loan investors BEFORE using any funds to satisfy any other creditors.

Thank you for your attention to this matter.

Sincerely,

Jason M. Lerch

https://www.peerstreet.com/howitworks



**A property behind every investment**
Investment opportunities are secured by a property.



**Short durations**
Term of investments typically range from 1 to 36 months.



**First-lien position**
Senior secured offerings mean you are first in line to be repaid.



**Diversification-friendly**
Automation, broad selection, and low minimums enable you to invest in many opportunities, not just a few.

## Protecting your principal

Investor safety is one of PeerStreet's core tenets. From investment to payoff, our marketplace helps protect your capital when you invest in any of our real estate opportunities.



Jason Lerch
848 Paxinosa Ave
Easton PA 18042

Statement Date: August 01, 2023 - August 31, 2023
Account Type:
Account Number:

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| $24,763.55 | $0.00 |

### Account Summary

| | 08/01/23 | Net change | 08/31/23 |
|---|---|---|---|
| Investable Cash | $0.00 | $0.00 | $0.00 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $24,763.55 | $0.00 | $24,763.55 |
| Account Total | $24,763.55 | $0.00 | $24,763.55 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $413.83 |
| Fees [3] | $0.00 | $47.62 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | -$991.01 |
| Other | $0.00 | $32.05 |
| Total | $0.00 | -$497.51 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

### Loan Positions

**Active Investments**

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| Brooklyn, NY Refinance #15 | 7.500% | 10/31/17 | 11/01/18 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| East Hampton, NY Cash Out Refinance #5 | 8.000% | 11/15/17 | 11/01/19 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Yonkers, NY Cash Out Refinance #6 | 8.990% | 12/22/17 | 11/01/19 | $1,884.00 | $1,884.00 | $0.00 | $0.00 |
| Houston, TX Refinance #21 | 8.000% | 09/27/18 | 10/01/19 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Miller Place, NY Acquisition | 7.500% | 11/08/18 | 10/19/19 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| Point Pleasant, NJ Refinance #3 | 7.500% | 03/05/19 | 03/01/20 | $2,000.00 | $4.76 | $0.00 | $0.00 |
| Baltimore, MD Refinance #27 | 7.250% | 05/07/19 | 01/31/20 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Morristown, NJ Cash-Out Refinance #2 | 7.500% | 06/26/19 | 07/01/21 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #126 (Series 1) | 7.000% | 07/10/19 | 06/24/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #138 | 7.000% | 09/12/19 | 03/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Tallahassee, FL Refinance #3 | 9.000% | 09/17/19 | 12/01/20 | $2,500.00 | $2,500.00 | $0.00 | $0.00 |
| New Haven, CT Cash-Out Refinance #2 | 7.500% | 12/05/19 | 03/01/22 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Asheville, NC Acquisition #7 | 7.500% | 12/30/19 | 01/01/21 | $1,000.00 | $957.79 | $0.00 | $0.00 |
| Pleasantville, NJ Refinance #3 | 7.250% | 02/20/20 | 03/01/21 | $717.00 | $717.00 | $0.00 | $0.00 |
| Sayreville, NJ Acquisition #2 | 7.375% | 02/27/20 | 09/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Roosevelt, NY Cash-Out Refinance #2 | 7.750% | 03/12/20 | 03/01/21 | $1,200.00 | $1,200.00 | $0.00 | $0.00 |
| Total | | | | $26,801.00 | $24,763.55 | $0.00 | $0.00 |

**Pending Investments**
None

**Past Investments**
None

### Transaction History

No transactions