July 24, 2023
Douglas Lyon
521 Popes Island Rd, Milford, CT 06461
lyon@docjava.com, http://www.docjava.com



FILED
2023 SEP -6  AM 10: 39

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Chief Judge Laurie Selber Silverstein
US Bankruptcy Court
824 N. Market St
6th floor
Willington, DE 19801

Re: Case 23-10815-L$$
Request for Protection of Secured Loan Investments an Cash in PEERSTREET bankruptcy Proceedings (PeerStreet Individual Account: ███████

Hon. Chief Judge Laurie Selber Silverstein,

    In this, the second letter I am sending to you, I would like clarification. Regulation D, or "Reg. D," was set forth by the SEC, under the Securities Act of 1933, as the conditions that need to be satisfied in order for a private offering to qualify for a registration exemption. You understand I am an "Accredited Investor" as determined pursuant to Rule 501(a) of Regulation D under the Securities Act of 1933. This was verified by peerstreet in the investor agreement: https://www.peerstreet.com/content/investor-agreement

    Moreover, peerstreets' CEO filed no less than 22 regulation D exemption filings with the SEC. This is a matter of public record and can be viewed here:
    https://www.sec.gov/edgar/browse/?CIK=0001626475
    A list follows:

| | | |
|---|---|---|
| D/A | Notice of Exempt Offering of Securities - *amendment*Open document FilingOpen filing | 2022-11-30 |
| D/A | Notice of Exempt Offering of Securities - *amendment*Open document FilingOpen filing | 2021-11-29 |
| D/A | Notice of Exempt Offering of Securities - *amendment*Open document FilingOpen filing | 2020-11-30 |
| D | Notice of Exempt Offering of SecuritiesOpen document FilingOpen filing | 2019-12-02 |
| D/A | Notice of Exempt Offering of Securities - *amendment*Open document FilingOpen filing | 2019-06-06 |
| D/A | Notice of Exempt Offering of Securities - *amendment*Open document FilingOpen filing | 2019-04-15 |
| D/A | Notice of Exempt Offering of Securities - *amendment*Open document FilingOpen filing | 2019-03-08 |

| | | |
|---|---|---|
| D/A | Notice of Exempt Offering of Securities - *amendment*Open document FilingOpen filing | 2019-02-04 |
| D/A | Notice of Exempt Offering of Securities - *amendment*Open document FilingOpen filing | 2018-12-27 |
| D/A | Notice of Exempt Offering of Securities - *amendment*Open document FilingOpen filing | 2018-11-14 |
| D/A | Notice of Exempt Offering of Securities - *amendment*Open document FilingOpen filing | 2018-10-18 |
| D/A | Notice of Exempt Offering of Securities - *amendment*Open document FilingOpen filing | 2018-09-10 |
| D | Notice of Exempt Offering of SecuritiesOpen document FilingOpen filing | 2017-08-23 |
| D/A | Notice of Exempt Offering of Securities - *amendment*Open document FilingOpen filing | 2017-02-24 |
| D | Notice of Exempt Offering of SecuritiesOpen document FilingOpen filing | 2016-09-07 |
| D/A | Notice of Exempt Offering of Securities - *amendment*Open document FilingOpen filing | 2016-07-21 |
| D | Notice of Exempt Offering of SecuritiesOpen document FilingOpen filing | 2015-05-01 |
| D | Notice of Exempt Offering of SecuritiesOpen document FilingOpen filing | 2015-04-14 |
| D | Notice of Exempt Offering of SecuritiesOpen document FilingOpen filing | 2014-12-23 |
| D | Notice of Exempt Offering of SecuritiesOpen document FilingOpen filing | 2014-12-23 |
| D/A | Notice of Exempt Offering of Securities - *amendment*Open document FilingOpen filing | 2014-11-26 |
| D | Notice of Exempt Offering of SecuritiesOpen document FilingOpen filing | 2014-11-25 |

These are filed when real estate is syndicated and is exempted. These were filings made by the CEO, Brewster Johnson. More over, we, as investors were led to think that the investments were backed by real estate, as indicated in news releases, as seen here:

https://www.peerstreet.com/blog/6935

*"PeerStreet's investments have similar yields to LendingClub, but with a much better asset class. Instead of consumer credit backed by nothing but promised cash flow, PeerStreet's notes are backed by real estate and carry very attractive loan-to-value ratios. Simply a smarter way to invest."*

I am filing a pro se application. Your ruling may help here. These are either unregistered

securities or they are registered as regulation D 506(b) securities. Frankly, I am astonished that any claim can be made that I am investing (or have invested in) anything other than real estate.

I am a private investor with PeerStreet, investing my funds in real estate-backed loans via the PeerStreet platform. I did not invest in the platform, nor did I invest in PeerStreet. The investments were supposed to be secured by real estate as underlying collateral, in accordance with SEC reg D 506(b) as outlined in the filings, above. Thus we investors are secured creditors. Please rule that these filings are binding and that you kindly consider protection of my investments and available cash:

1. Preservation of secured load investments: I request the course ensure preservation of the collateral associated with my loan investments, protecting the interest of secured creditors.
2. Transparency and Communication: I request the court provide updates relating to the proceedings.
3. Fair Treatment of Secured Creditors: I request secured creditors be treated fairly in the distribution of assets.
4. Safeguarding of available cash: The cash shown in the PeerStreet account should be protected and preserved allowing for proper distribution or return.

As an investor, I trust in the integrity of the bankruptcy courts.

I appreciate your kind attention in this matter. Thank you for your time.

Regards,
- Doug Lyon, PhD, PE

521 Popes Island Rd, Milford CT 06461, (203)877-0890