Daniel C Harris
102204 E Vaca Rd
Kennewick, WA 99338

FILED

2023 SEP -6  AM 10: 27

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

August 29, 2023

Chief Judge Laurie Seiber Silverstein
United States Bankruptcy Court
District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

Re:  Case # 23-10815-LSS, Request for Protection of Loan Investments in PeerStreet Account

Honorable Chief Judge Laurie Seiber Silverstein:

I trust this letter finds you well.

I wish to add my plea to the numerous others you have received to date from fellow PeerStreet
investors like me.

I invested on PeerStreet's platform and filed Claim No. 218 in the above referenced matter.
The amount invested with PeerStreet, $41,738.92, is meaningful to my family.

Investors like myself, relied on representations made by PeerStreet, in particular these:

> "Investments in loans are held in a bankruptcy-remote entity that is separate from our primary
> corporate entity. In the unlikely event PeerStreet no longer remains in business, a third-party "special
> member" will step in to manage pending loan investments and ensure that investors continue to receive
> interest and principal payments. Additionally, from the time funds are received in an investor account
> until an investment closes (but not while funds are invested), investor funds are held in an Investors
> Trust Account with Wells Fargo and FDIC insurance of up to $250,000."
> (https://info.peerstreet.com/faqs/what-investor-protections-does-peerstreet-have-in-place/)

and...

> "A property behind every investment - Investment opportunities are secured by a property."
> "First-lien position - Senior secured offerings mean you are first in line to be repaid."
> (https://www.peerstreet.com/howitworks)

Since 2017 I have been disabled and unable to work.  After careful consideration, I invested my
personal savings in the various real-estate backed loans on the PeerStreet platform, with the
goal of growing my investments to just keep up with inflation.  These investments were made
with an understanding that they were secured by a First Trust Deed or "First Lien Position".  As
promised by PeerStreet, I understood my investments were secured, based upon all the

Page 2

information provided by PeerStreet during the time I was carefully investing in their real estate loan offerings.

Subsequent to the Chapter 11 filing by PeerStreet, I was surprised to learn that PeerStreet categorized retail investors such as myself as "unsecured creditors". To date, the PeerStreet website, https://www.peerstreet.com/howitworks, states as follows (screenshot below):

## A property behind every investment

Investment opportunities are secured by a property.

### First-lien position

Senior secured offerings mean you are first in line to be repaid.



The information on the PeerStreet website left me without a doubt that my investments were secured, backed by real estate in a first lien position. I was never investing in PeerStreet itself or its operations and would never have agreed to do so.

I would also like to raise another concern, already brought to your attention by fellow investor, Mark Haiden (Document 224). This matter involves "REQUEST TO RULE PEERSTREET FROM AUCTIONING OFF ANY MORTGAGE DEPENDENT NOTES". Any auction by PeerStreet will eliminate the possibility of collecting the accrued interest not shown on PeerStreet statements for notes that are not current. By not servicing the loans to their

completion, there could be a loss in substantial interest payments.  If notes are auctioned off at any discount to the outstanding principal owed, Retail Creditors will lose some portion of principle (potentially a large amount) and also lose the accrued interest for notes that does not yet show up on our statements and reflected in our claims filed in this bankruptcy case.

I understand that the bankruptcy process is complex, and decisions must be made based on thoroughly examining the facts and legal considerations.  However, as an investor, I have placed my trust in the integrity of the bankruptcy court to safeguard my investments and ensure fair treatment.

I kindly request that you consider preservation of principle and interest on loan investments of retail investors such as myself.  As a careful investor, who invested in first liens only, I request that the court ensure the proper handling and preservation of the underlying collateral associated with my loan investments.  Any potential disposition of these assets must be conducted fairly and transparently to maximize the recovery and protect the interests of the corresponding loan investors before using any funds to satisfy any other creditors.

Thank you for your time and consideration.

Sincerely,

Daniel C. Harris