August 28, 2023

FILED

2023 SEP -6 AM 10: 24

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Chief Judge Laurie Selber Silverstein
United States Bankruptcy Court
District of Delaware
824 Market Street North, 6th Floor
Wilmington, DE 19801

Re: Case 23-10815-LSS
Request for Protection of Secured Loan investments in PeerStreet Bankruptcy Proceedings

Honorable Chief Justice Laurie Selber Silverstein,

I am writing to request your assistance in protecting my secured loan investments in this bankruptcy proceeding.

As an investor with PeerStreet, I have diligently invested my funds in real estate backed loans through the platform. I made these investments with the understanding that they were secured by underlying collateral, in a bankruptcy remote account providing an adequate layer of protection. However, given the bankruptcy filing, I am concerned about the potential impact on my investments and the preservation of my rights as a secured creditor.

I request that you consider the following points for the protection of my investments:

1. Preservation of Secured Loan Investments: As a secured creditor, I request that the court ensure the proper handling and preservation of the underlying collateral associated with my loan investments. Any potential sale of disposition of those assets must be conducted fairly and transparently to maximize recovery and protect the interests of the secured creditors.

2. Transparency and Communication: I ask the court to provide regular updates and communicate pertinent information related to the bankruptcy proceedings. Transparency is essential in allowing affected investors to understand the status of their investments, any potential recovery, and the timeline for resolution.

3. Further Treatment of Secured Creditors: I trust that the court will prioritize the fair treatment of secured creditors in the distribution of assets. Secured loans were made with the expectation that in the event of a default bankruptcy, secured creditors would have a higher claim on the available assets. I urge the court to consider this principle in any distribution plan approved for PeerStreet's bankruptcy.

I appreciate your attention to this matter and your commitment upholding justice in the bankruptcy proceedings. Thank you for your time and consideration of my points above.

I look forward to a fair resolution that protects the rights of all investors involved.

Sincerely,

Judy Hwang

2433 W. 165th St
Torrance, CA 90504
(714) 853-0756