August 30, 2023

Hang Chen
7592 Kirwin Ln,
Cupertino CA, 95014



Chief U.S. Bankruptcy Court
Judge Laurie Selber Silverstein
824 North Market Street, 6t Floor
Wilmington, DE 19801

Honorable Chief Judge Lauri Selber Silverstein:

This letter constitutes a request to secure the integrity of both my loan investments and cash on deposit with PeerStreet in my saving account. I am writing to advocate both for myself and other investors that made investments leveraging the PeerStreet platform to execute their transactions and manage their loan positions.

Please kindly consider the following:

1. Preservation and access to cash on deposit in all investor accounts in accordance with the Peer Street published guidelines and Frequently Asked Questions of investors. As indicated to investors via the PeerStreet website, cash on deposit not invested in specific PeerStreet loans is to be FDIC insured up to $250,000. At this time that cash is unable to be accessed by investors due to the bankruptcy freeze.

2. Preservation and service of loan investments in accordance with PeerStreet published plans to investors. As an investor in asset backed loans, I gave consideration to several aspects of each loan investment made through PeerStreet, including the specific property involved, the protections and approach outlined by PeerStreet for how the loans were to be serviced and continued in event of a PeerStreet bankruptcy, and other metrics such as the loan to value ratios specific to the underlying asset securing such loan. PeerStreet outlined to investors the following: *"Investments in loans are held in a bankruptcy-remote entity that is separate from our primary corporate entity. In the unlikely event PeerStreet no longer remains in business, a third-party "special member" will step in to manage pending loan investments and ensure thot investors continue to receive interest and principal payments. Additionally, from the time funds are received in an investor account until an investment closes (but not while funds are invested), investor funds are held in an Investors Trust Account with Wells Forgo and FDIC insurance of up to $250,000."*

Attached you will find both Exhibit A and Exhibit B representing examples of the above stipulations made by PeerStreet and my current account statement, respectively.

Thank you for your consideration.

Respectfully submitted,


Hang Chen

Exhibit A:

Peer Street Website Investor FAQs regarding protections and FDIC insured cash:



Exhibit B:

My account statement from July 2023 reflects a balance of $5,275.12, including 1 specific underlying asset and $4,275.12 of cash.





**Hang Chen**
7592 Kirwin Ln
Cupertino CA 95014

**Statement Date:** July 01, 2023 - July 31, 2023
**Account Type:** Individual
**Account Number:** ███

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| **$5,275.12** | **$0.00** |

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $4,275.12 | $0.00 | $4,275.12 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $1,000.00 | $0.00 | $1,000.00 |
| **Account Total** | **$5,275.12** | **$0.00** | **$5,275.12** |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $0.00 |
| Fees [3] | $0.00 | $0.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| Brooklyn, NY Refinance #138 | 7.000% | 09/12/19 | 03/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| **Total** | | | | **$1,000.00** | **$1,000.00** | **$0.00** | **$0.00** |

### Pending Investments
None

### Past Investments
None

## Transaction History

No transactions



Chief U.S. Bankruptcy Court

Judge Laurie Selber Silverstein
824 North Market Street, 6t Floor
Wilmington, DE 19801

Hang Chen
7592 Kirwin Ln
Cupertino CA, 95014