Jessica Lyman
802 1st Street
Manhattan Beach, CA 90266



Chief Judge Laurie Selber Silverstein
US Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE 19801

August 31, 2023

RE: Case 23-10815-LSS; Request for Protection of Secured Loan Investments and Cash in PeerStreet Bankruptcy Proceedings; Individual Account Ending 6110

Honorable Chief Judge Laurie Selber Silverstein:

I am writing as an individual investor to request the protection of the secured loan investments and investable cash in my account. I am attaching copies of my account statements for June and July 2023.

Like other individual investors, I made investments through PeerStreet with the understanding that the investments were secured by first position liens on real property and the risk of loss was tied to the performance of the underlying loan.

I kindly request that the Court ensure proper handling and preservation of the collateral associated with my loan investments. In addition, I request that the funds held as investable cash deposits be released and made available for immediate withdrawal. Finally, I request that the Court provide regular updates throughout the bankruptcy proceedings.

Thank you for your time and attention.

Very truly yours,

Jessica Lyman


**PeerStreet**

Jessica Lyman
802 1st Street
Manhattan Beach CA 90266

Statement Date: June 01, 2023 - June 30, 2023
Account Type: Individual
Account Number: ██████6110

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| **$19,283.40** | **$93.32** |

### Account Summary

| | 06/01/23 | Net change | 06/30/23 |
|---|---|---|---|
| Investable Cash | $5,279.80 | $5,469.60 | $10,749.40 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $13,910.28 | -$5,376.28 | $8,534.00 |
| **Account Total** | **$19,190.08** | **$93.32** | **$19,283.40** |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $93.32 | $697.23 |
| Fees [3] | $0.00 | $0.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| **Total** | **$93.32** | **$697.23** |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Outstanding | Payments This Period Earnings | Principal |
|---|---|---|---|---|---|---|---|
| Brooklyn, NY Refinance #90 | 8.000% | 04/18/19 | 04/01/20 | $1,098.00 | $1,098.00 | $0.00 | $0.00 |
| Inglewood, CA Acquisition #7 | 7.500% | 08/26/21 | 07/01/23 | $1,003.00 | $1,003.00 | $6.27 | $0.00 |
| Berkeley, CA Acquisition #11 (Series 1) | 7.000% | 02/11/22 | 01/01/23 | $1,010.00 | $1,010.00 | $0.00 | $0.00 |
| Kissimmee, FL Acquisition #43 | 8.500% | 08/15/22 | 09/01/23 | $1,070.00 | $1,070.00 | $7.58 | $0.00 |
| Westbury, NY Acquisition #9 | 8.000% | 08/26/22 | 09/01/23 | $1,080.00 | $1,080.00 | $17.95 | $0.00 |
| Los Angeles, CA Acquisition #626 | 8.000% | 08/30/22 | 08/01/23 | $1,000.00 | $1,000.00 | $6.67 | $0.00 |
| Fullerton, CA Acquisition #13 | 7.500% | 10/04/22 | 10/01/23 | $1,131.00 | $1,131.00 | $0.00 | $0.00 |
| Cleveland, OH Acquisition #27 | 9.250% | 12/27/22 | 12/01/23 | $1,142.00 | $1,142.00 | $8.80 | $0.00 |
| **Total** | | | | **$8,534.00** | **$8,534.00** | **$47.27** | **$0.00** |

### Pending Investments
None

### Past Investments

| Loan | Yield | Start Date | Paid Off | Principal Investment Initial | Outstanding | Payments This Period Earnings | Principal |
|---|---|---|---|---|---|---|---|
| Los Angeles, CA Refinance #609 (Series 2) | 9.500% | 07/25/22 | 06/20/23 | $1,043.00 | $0.00 | $10.51 | $1,043.00 |
| Los Osos, CA Acquisition (Series 2) | 8.500% | 08/19/22 | 06/06/23 | $1,016.00 | $0.00 | $8.87 | $1,015.28 |
| Charlotte, NC Acquisition #168 (Series 2) | 7.875% | 08/25/22 | 06/20/23 | $1,079.00 | $0.00 | $7.08 | $1,079.00 |
| Ventura, CA Acquisition #9 (Series 2) | 7.500% | 10/25/22 | 06/20/23 | $2,239.00 | $0.00 | $19.59 | $2,239.00 |
| **Total** | | | | **$5,377.00** | **$0.00** | **$46.05** | **$5,376.28** |

## Transaction History

| Date | Transaction | Amount | Account Total |
|---|---|---|---|
| 06/01/23 | Beginning Balance | — | $19,190.08 |
| 06/06/23 | Interest from Los Osos, CA Acquisition (Series 2) | $6.23 | $19,196.31 |
| 06/06/23 | Default Interest from Los Osos, CA Acquisition (Series 2) | $2.64 | $19,198.95 |
| 06/06/23 | Principal from Los Osos, CA Acquisition (Series 2) | $1,015.28 | $19,198.95 |
| 06/13/23 | Interest from Westbury, NY Acquisition #9 | $7.20 | $19,206.15 |
| 06/13/23 | Default Interest from Westbury, NY Acquisition #9 | $1.07 | $19,207.22 |
| 06/13/23 | Interest from Westbury, NY Acquisition #9 | $7.20 | $19,214.42 |
| 06/13/23 | Default Interest from Westbury, NY Acquisition #9 | $2.48 | $19,216.90 |
| 06/13/23 | Interest from Inglewood, CA Acquisition #7 | $6.27 | $19,223.17 |
| 06/13/23 | Interest from Cleveland, OH Acquisition #27 | $8.80 | $19,231.97 |
| 06/13/23 | Interest from Los Angeles, CA Acquisition #626 | $6.67 | $19,238.64 |
| 06/13/23 | Interest from Kissimmee, FL Acquisition #43 | $7.58 | $19,246.22 |
| 06/20/23 | Interest from Los Angeles, CA Refinance #609 (Series 2) | $10.27 | $19,256.49 |
| 06/20/23 | Promotional Interest from Los Angeles, CA Refinance #609 (Series 2) | $1.21 | $19,257.70 |
| 06/20/23 | Interest from Los Angeles, CA Refinance #609 (Series 2) | -$1.35 | $19,256.35 |
| 06/20/23 | Promotional Interest from Los Angeles, CA Refinance #609 (Series 2) | -$0.16 | $19,256.19 |
| 06/20/23 | Default Interest from Los Angeles, CA Refinance #609 (Series 2) | $0.54 | $19,256.73 |
| 06/20/23 | Principal from Los Angeles, CA Refinance #609 (Series 2) | $1,043.00 | $19,256.73 |
| 06/20/23 | Interest from Ventura, CA Acquisition #9 (Series 2) | $19.59 | $19,276.32 |
| 06/20/23 | Principal from Ventura, CA Acquisition #9 (Series 2) | $2,239.00 | $19,276.32 |
| 06/20/23 | Interest from Charlotte, NC Acquisition #168 (Series 2) | $7.08 | $19,283.40 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 06/20/23 | Principal from Charlotte, NC Acquisition #168 (Series 2) | $1,079.00 | $19,283.40 |
| 06/30/23 | Ending Balance | — | $19,283.40 |

| 06/20/23 | Principal from Charlotte, NC Acquisition #168 (Series 2) | $1,079.00 | $19,283.40 |
| 06/30/23 | Ending Balance | — | $19,283.40 |



Jessica Lyman
802 1st Street
Manhattan Beach CA 90266

**Statement Date** July 01, 2023 - July 31, 2023
**Account Type** Individual
**Account Number** ██████6110

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| $19,283.40 | $0.00 |

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $10,749.40 | $0.00 | $10,749.40 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $8,534.00 | $0.00 | $8,534.00 |
| Account Total | $19,283.40 | $0.00 | $19,283.40 |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $697.23 |
| Fees [3] | $0.00 | $0.00 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Total | $0.00 | $697.23 |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

### Loan Positions

#### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Outstanding | Payments This Period Earnings | Principal |
|---|---|---|---|---|---|---|---|
| Brooklyn, NY Refinance #90 | 8.000% | 04/18/19 | 04/01/20 | $1,098.00 | $1,098.00 | $0.00 | $0.00 |
| Inglewood, CA Acquisition #7 | 7.500% | 08/26/21 | 07/01/23 | $1,003.00 | $1,003.00 | $0.00 | $0.00 |
| Berkeley, CA Acquisition #11 (Series 1) | 7.000% | 02/11/22 | 01/01/23 | $1,010.00 | $1,010.00 | $0.00 | $0.00 |
| Kissimmee, FL Acquisition #43 | 8.500% | 08/15/22 | 09/01/23 | $1,070.00 | $1,070.00 | $0.00 | $0.00 |
| Westbury, NY Acquisition #9 | 8.000% | 08/26/22 | 09/01/23 | $1,080.00 | $1,080.00 | $0.00 | $0.00 |
| Los Angeles, CA Acquisition #626 | 8.000% | 08/30/22 | 08/01/23 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Fullerton, CA Acquisition #13 | 7.500% | 10/04/22 | 10/01/23 | $1,131.00 | $1,131.00 | $0.00 | $0.00 |
| Cleveland, OH Acquisition #27 | 9.250% | 12/27/22 | 12/01/23 | $1,142.00 | $1,142.00 | $0.00 | $0.00 |
| Total | | | | $8,534.00 | $8,534.00 | $0.00 | $0.00 |

#### Pending Investments
None

#### Past Investments
None

### Transaction History
No transactions

Lyman
802 1st St.
Man Bch CA 90266

LOS ANGELES CA 900
31 AUG 2023 PM 8 L

Chief Judge Laurie Selber Silverstein
US Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE 19801



19801-302499