August 30, 2023

RE: Case 23-10815 (PeerStreet Bankruptcy) 

Tim and Lisa Brewster

510 Stiles Dr.

Belton, TX 76513


Dear Judge Silverstein,

I am writing this letter to you and the court as a retail investor on the PeerStreet platform. I have invested with PeerStreet for many years, and up until recent developments, was happy with the platform. I believed in it so much so that I recently invested the proceeds from my home sale there instead of the stock market. I did this because even though the historical returns were lower than the SP500, the money was backed up by actual real property (First lien positions). I wanted to be careful with this large portion on my retirement money.

I currently have money invested in two areas of the company:

The first area is the actual real estate loans ($163,700). The original and main offering of PeerStreet. I was careful to choose loans with low "Loan to Value ratios". These loans earn less interest, but are also less likely to become late or default. It is my hope that these loans continue to be serviced and pay interest until they are paid in full (Average ~1yr terms). To sell them off early, or discounted, would, I believe, lose a lot of interest, and likely lose significant principle as well. This would not be beneficial to anyone involved.

The second area I have money is called "Investable Cash" ($100,000). This is basically just a holding acct for money that I intended to invest in loans. From what I was told and read, it is held in an FDIC insured acct. I believe this money should be released back to investors immediately. I'm not sure why we retail investors are currently not able to transfer this $ back to our personal accts?

Thank you for your time reading my letter, and the effort you continue to put in to understand this case, and make the best decision possible. I know PeerStreet and its founders and employees did not intend for this to happen. I just wish they would have been a bit more forthcoming with their struggles, and allowed us retail investors to at least transfer our cash (Not invested) back to our personal accts. This is a large portion of my and others retirement, and not to having access to this money is hurtful to our long term finances (Ability to retire).

Best regards,

Timothy J. Brewster

Lisa S. Brewster

Case # 23-10815

Lisa Brewster
510 Stiles Dr
Belton, TX 76513-1417

AUSTIN TX 786
RIO GRANDE DISTRICT
31 AUG 2023 PM 2 L

X-RAY

Chief Judge Laurie Selber Silverstein
US Bankruptcy Court
824 North Market St, 6th floor
Wilmington, DE 19801


