Alejandro A. Malberty
12751 W 91st Street
Miami, Fla 33186
510-459-1210
amalberty@gmail.com



FILED

2023 SEP -7  AM 9:45

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Chief Judge Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE 19801

RE: Case # 23-10815-LSS

Request for Protection of Secured Loan Investments and Cash in Peer Street Bankruptcy
Proceedings (Peer Street Individual Account ███████████

Honorable Chief Judge Laurie Selber Silverstein,

I hope this letter finds you well.

As a novice in legal proceedings, I have taken the liberty of utilizing a letter sent to you by
another creditor in the above referenced bankruptcy proceeding as a template. I believe I am in
the same situation. I hope you don't mind me doing so.

I am writing to request your assistance in protecting my secured loan investments and available
cash in this bankruptcy proceeding.

As an investor with Peer Street, I have diligently invested my funds in various real estate-backed
loans through the platform. These investments were made with the understanding that they
were secured by underlying collateral, providing another layer of protection. However, given the
bankruptcy filing, I am concerned about the potential impact on my investments and the
preservation of my rights as a secured creditor.

I request that you kindly consider the following points for the protection of my investments and
available cash:

1. Preservation of Secured Loan Investments: As a secured creditor, I request that the court
   ensures the proper handling and preservation of the underlying collateral associated
   with my loan investments. Any potential sale or disposition of these assets must be
   conducted fairly and transparently to maximize recovery and protect the interests of
   secured creditors.
2. Transparency and Communication: I respectfully ask that the court provide regular
   updates and communicate pertinent information related to the bankruptcy proceedings.

Transparency is essential in allowing affected investors to understand the status of their investments, any potential recovery, and the timeline for resolution.

3. Fair Treatment of Secured Creditors: I trust that the court will prioritize the fair treatment of secured creditors in the distribution of assets. Secured loans were made without the expectation that in the event of default or bankruptcy, secured creditors would have a higher claim on the available assets. I urge the court to consider this principle in any distribution plan approved for PeerStreet's bankruptcy

4. Safeguarding of Available Cash: Besides my secured loan investments, I also have available cash in my PeerStreet account. I request that the court insure this cash balance's protection and preservation, allowing for its return or proper distribution following the applicable laws and regulations.

I understand that the bankruptcy process is complex, and decisions must be made based on thoroughly examining the facts and legal considerations. However, as an investor, I have placed my trust in the integrity of the bankruptcy court to safeguard my investments and ensure fair treatment.

I appreciate your attention to this matter and your commitment to upholding justice in the bankruptcy proceedings. Should there be any updates or information regarding protecting my investments and cash, I request that your office communicate directly with me.

Thank you for your time and consideration –I look forward to a fair resolution that protects the rights and interests of all investors involved.

Sincerely,
Alejandro A. Malberty

Attachments:
1. PeerStreet Account Statement showing balance of cash in my account and list of Secured Real Estate Loan Positions.

 **PeerStreet**

Alejandro Malberty
12751 SW 91st Street
Miami FL 33186

Statement Date  July 01, 2023 - July 31, 2023
Account Type
Account Number

## Monthly Overview

| Total Account Value | Earnings This Statement |
|---|---|
| **$21,839.24** | **$32.24** |

### Account Summary

| | 07/01/23 | Net change | 07/31/23 |
|---|---|---|---|
| Investable Cash | $0.00 | $0.00 | $0.00 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $12,000.00 | $0.00 | $12,000.00 |
| Invested Pocket Principal | $9,807.00 | $32.24 | $9,839.24 |
| **Account Total** | **$21,807.00** | **$32.24** | **$21,839.24** |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [1] | $0.00 | $467.57 |
| Fees [2] | $0.00 | $12.50 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Pocket Interest | $32.24 | $223.28 |
| **Total** | **$32.24** | **$643.35** |

[1] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket interest is separated out.
[2] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

## Loan Positions

### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Outstanding | Payments This Period Earnings | Principal |
|---|---|---|---|---|---|---|---|
| San Jose, CA Cash Out Refinance #21 | 7.500% | 08/12/18 | 09/01/20 | $5,000.00 | $5,000.00 | $0.00 | $0.00 |
| Miami, FL Refinance #64 (Series 1) | 8.000% | 11/14/18 | 11/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Jersey City, NJ Refinance #23 | 8.000% | 02/01/19 | 06/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Washington, DC Refinance #58 | 7.250% | 03/05/19 | 03/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Brooklyn, NY Refinance #84 (Series 3) | 8.250% | 08/05/19 | 01/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Tallahassee, FL Refinance #2 | 9.000% | 08/12/19 | 12/01/20 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Greenwich, CT Refinance #6 | 8.000% | 01/03/20 | 01/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| Pleasantville, NJ Refinance #3 | 7.250% | 02/20/20 | 03/01/21 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| **Total** | | | | **$12,000.00** | **$12,000.00** | **$0.00** | **$0.00** |

### Pending Investments
None

### Past Investments
None

## Transaction History

No transactions

## Pocket Transaction History

| Date | Transaction | Amount | Account Total |
|---|---|---|---|
| 07/01/23 | Beginning Balance | — | $9,807.00 |
| 07/01/23 | Interest from Pocket 1 month | $32.24 | $9,839.24 |
| 07/31/23 | Ending Balance | — | $9,839.24 |

ALEJANDRO A. WALBERTY
12751 SW 91st Street
Miami , Fla 33186



MIAMI
1 SEP 2023
FOREVER
013121011165935

CHIEF JUDGE LAURIE SELBER SILVERSTEIN
US Bankruptcy Court
824 North Market Street, 6TH Floor
Wilmington , DE 19801 .





FOREVER
013121011165935

1 9801-302499