# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 28 & 294 |

## NOTICE OF FILING OF *REVISED* REDACTED VERSION OF CREDITOR MATRIX

**PLEASE TAKE NOTICE** that, on June 27, 2023, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Individual Retail Customers, (B) Authorizing the Debtors to Provide Individual Retail Customers with Electronic Service, and (C) Granting Certain Related Relief* [Docket No. 28] (the "**Motion**"). Attached to the Motion as Exhibit A was a proposed order (the "**Proposed Order**").

**PLEASE TAKE FURTHER NOTICE** that on July 24, 2023 the Debtors' submitted, under certification of counsel, a revised proposed order (the "**Revised Proposed Order**") which reflected revisions to the Proposed Order as agreed upon between the Debtors and the Office of United States Trustee for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that on August 25, 2023 the United States Bankruptcy Court for the District of Delaware entered the *Order (A) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Individual Retail Customers, (B) Authorizing the Debtors to Provide Individual Retain Customers with Electronic Service, and (C) Granting Certain Related Relief* [Docket No. 294] (the "**Revised Order**").

**PLEASE TAKE FURTHER NOTICE** that in accordance with paragraph two (2) of the Revised Order, attached hereto as **Exhibit A** is an amended redacted creditor matrix.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

30482695.1

Dated: September 7, 2023

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Shella Borovinskaya*<br>Joseph Barry (Del. Bar No. 4221)<br>Ryan M. Bartley (Del. Bar No. 4985)<br>S. Alexander Faris (Del. Bar No. 6278)<br>Shella Borovinskaya (Del. Bar No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:  jbarry@ycst.com<br>         rbartley@ycst.com<br>         afaris@ycst.com<br>         sborovinskaya@ycst.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>P. Bradley O'Neill (*pro hac vice* pending)<br>Caroline Gange (*pro hac vice* pending)<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone:  (212) 715-9511<br>Facsimile:  (212) 715-8000<br>Email:  boneill@kramerlevin.com<br>         cgange@kramerlevin.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |