# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AMENDED[2] AGENDA MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 8, 2023 AT 11:00 A.M. (ET)

> **This hearing will be conducted in-person. Any exceptions must be approved by chambers.**
>
> **Parties may observe the hearing remotely by registering with the Zoom link below no later than September 8, 2023 at 9:00 a.m.**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItcuGoqj8vEj_1OpVzemqFmjM4hpR-xXg
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

## RESOLVED MATTER

1. Motion of Debtors for Entry of Order (I) Extending Time to File Schedules and Statement of Financial Affairs and (II) Granting Related Relief [D.I. 111, 7/24/23]

    Response Deadline:        August 7, 2023 at 4:00 p.m. (ET)

    Responses Received:       None

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

[2] **Amended items appear in bold.**

30752392.1

Related Documents:

    A.    Certificate of No Objection [D.I. 200, 8/8/23]

    B.    Order [D.I. 258, 8/18/23]

Status:    An order has been entered. No hearing is required.

## MATTERS UNDER CERTIFICATION

2. Application of the Official Committee of Unsecured Creditors of Peer Street, Inc., et al., for Entry of an Order Authorizing the Employment and Retention of Morrison & Foerster LLP as Counsel Effective as of July 13, 2023 [D.I. 210, 8/10/23]

   Response Deadline:    August 31, 2023 at 4:00 p.m. (ET)

   Responses Received:    None

   Related Documents:

       A.    Certificate of No Objection [D.I. 322, 9/1/23]

       **B.    Order [D.I. 376, 9/7/23]**

   **Status:    An order has been entered. No hearing is required.**

3. Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Benesch, Friedlander, Coplan & Aronoff LLP as Delaware Counsel to the Official Committee of Unsecured Creditors, Nunc Pro Tunc to July 14, 2023 [D.I. 211, 8/10/23]

   Response Deadline:    August 31, 2023 at 4:00 p.m. (ET)

   Responses Received:    None

   Related Documents:

       A.    Certificate of No Objection [D.I. 323, 9/1/23]

       **B.    Order [D.I. 377, 9/7/23]**

   **Status:    An order has been entered. No hearing is required.**

4. Application of the Official Committee of Unsecured Creditors of Peer Street Inc., et al., for Entry of an Order Authorizing and Approving the Employment and Retention of IslandDundon LLC as Financial Advisor Effective as of July 17, 2023

    Response Deadline:    August 31, 2023 at 4:00 p.m. (ET)

    Responses Received:    None

    Related Documents:

        A.    Certification of Counsel [D.I. 324, 9/1/23]

        **B.    Order [D.I. 378, 9/7/23]**

    **Status:**    **An order has been entered.  No hearing is required.**

## STATUS CONFERENCE MATTERS

5. Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 345, 363, 503(b), 1107(a) and 1108 of the Bankruptcy Code, Bankruptcy Rule 2015, and Local Rule 2015-2, (A) Authorizing and Approving Continued Use of Cash Management System, (B) Authorizing Use of Prepetition Bank Accounts and Business Forms, (C) Authorizing Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Granting Administrative Expense Status for Postpetition Intercompany Claims and Intercompany Loans, (D) Waiving the Requirements of Section 345(b) on an Interim Basis, and (E) Granting Certain Related Relief [D.I. 11; 6/26/23]

    Response Deadline:    July 21, 2023 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors to a date to be determined and Pacific RBFL LLC and Pacific Funding Trust 1002 to 4:00 p.m. on August 2, 2023

    Responses Received:

        A.    Informal Response from the Official Committee of Unsecured Creditors

        B.    Omnibus Objection of Pacific Funding Trust 1002 and Pacific RBLF Funding Trust to the Motions of the Debtors to (A) Approve a Sale of the Debtors' Assets and Bid Procedures and (B) Approve Cash Management and Related Relief [D.I. 169, 8/2/23]

        C.    Notice of Filing of Exhibit to Omnibus Objection of Pacific Funding Trust 1002 and Pacific RBLF Funding Trust to the Motions of the Debtors to (A) Approve a Sale of the Debtors' Assets and Bid Procedures and (B) Approve

                Cash Management and Related Relief [D.I. 180, 8/3/23]

D.      Joinder of Sean Banchick to Omnibus Objection of Pacific Funding Trust 1002 and Pacific RBLF Funding Trust to the Motions of the Debtors to (A) Approve a Sale of the Debtors' Assets and Bid Procedures and (B) Approve Cash Management and Related Relief [D.I. 182, 8/3/23]

E.      Theo Dubourg's Omnibus Objection to the Motions of the Debtors to (A) Approve a Sale of the Debtors' Assets and Bid Procedures and (B) Approve Cash Management and Related Relief [D.I. 261, 8/21/23] [Note: Court docket has this listed as an "objection" not a "letter"]

Related Documents:

F.      Declaration of M. Dunn in Support of the Chapter 11 Filing and First Day Pleadings [D.I. 3, 6/26/23]

G.      Interim Order [D.I. 31; 6/28/23]

H.      Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 42, 6/29/23]

I.      Debtors' Omnibus Reply to Objections to Bidding Procedures and Cash Management Motions: Docket Nos. 11 and 18 [D.I. 257, 8/17/23]

J.      Statement of the Official Committee of Unsecured Creditors to the Pacific Creditors' Omnibus Objection to the Debtors' Bid Procedures and Cash Management Motions [D.I. 266, 8/21/23]

K.      Order Approving Stipulation Setting Briefing Schedule [D.I. 288, 8/24/23]

L.      Response of the Pacific Creditors to the (I) the Debtors' Omnibus Reply and (II) Statement of the Official Committee of Unsecured Creditors with Respect to the Debtors' Bidding Procedures and Cash Management Motions [D.I. 297, 8/28/23]

M.      Michael Ball, Independent Omnibus Sur-Reply to Objection to Bidding Procedures and Cash Management Motions: Docket Numbers 11 and 18 [D.I. 313, 8/31/23]

Status:      Briefing on the matter is complete. This matter will go forward as a status conference.

30752392.1

6. Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances, (II) Approving Certain Bid Procedures and the Form and Manner of Notice Thereof, and (III) Granting Related Relief; and (B) an Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances [D.I. 18, 6/27/23]

    Response Deadline:    July 11, 2023 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors and the U.S. Trustee to a date to be determined and Pacific RBFL LLC and Pacific Funding Trust 1002 to 4:00 p.m. (ET) on August 2, 2023

    Responses Received:    All individual creditor letters located on the Court's docket are attached hereto as **Exhibit A**

    A. Informal Response from the Office of the United States Trustee

    B. Limited Objection and Reservation of Rights of Jax SFH Properties, LLC [D.I. 71, 7/11/23]

    C. Objection of Sean Quinn [D.I. 107, 7/21/23]

        i. Further Objection of Sean Quinn [D.I. 326, 9/5/23]

    D. Objection of Sean Tarpenning [D.I. 135, 7/27/23]

    E. Omnibus Objection of Pacific Funding Trust 1002 and Pacific RBLF Funding Trust [D.I. 169, 8/2/23]

    F. Notice of Filing of Exhibit to Omnibus Objection of Pacific Funding Trust 1002 and Pacific RBLF Funding Trust to the Motions of the Debtors to (A) Approve a Sale of the Debtors' Assets and Bid Procedures and (B) Approve Cash Management and Related Relief [D.I. 180, 8/3/23]

    G. Joinder of Sean Banchick to Omnibus Objection of Pacific Funding Trust 1002 and Pacific RBLF Funding Trust to the Motions of the Debtors to (A) Approve a Sale of the Debtors' Assets and Bid Procedures and (B) Approve Cash Management and Related Relief [D.I. 182, 8/3/23]

    H. Theo Dubourg's Omnibus Objection to the Motions of the Debtors to (A) Approve a Sale of the Debtors' Assets and Bid Procedures and (B) Approve Cash Management and Related Relief [D.I. 261, 8/21/23] [Note: Court docket has this listed as an "objection" not a "letter"]

  I. George Gabriel and MGM Gabriel & Associates, Inc. Limited Objection and Reservation of Rights to Debtors' Bid Procedures and Sale Motion [D.I. 265, 8/21/23]

Related Documents:

  J. Notice of Bidding Procedures Hearing [D.I. 43, 6/29/23]

  K. Notice of Filing of Revised Exhibit 1 to Sale Order [D.I. 172, 8/2/23]

  L. Notice of Filing of Exhibit [D.I 173, 8/2/23]

  M. Declaration of Charles K. Smith in Support of the Debtors' Motion for Approval of Bid Procedures [D.I. 256, 8/17/23]

  N. Debtors' Omnibus Reply to Objections to Bidding Procedures and Cash Management Motions: Docket Numbers 11 and 18 [D.I. 257, 8/17/23]

  O. Statement of the Official Committee of Unsecured Creditors to the Pacific Creditors' Omnibus Objection to the Debtors' Bid Procedures and Cash Management Motions [D.I. 266, 8/21/23]

  P. Order Approving Stipulation Setting Briefing Schedule [D.I. 288, 8/24/23]

  Q. Response of the Pacific Creditors to the (I) the Debtors' Omnibus Reply and (II) Statement of the Official Committee of Unsecured Creditors with Respect to the Debtors' Bidding Procedures and Cash Management Motions [D.I. 297, 8/28/23]

  R. Notice of Filing of Demonstratives [D.I. 311, 8/31/23]

  S. Michael Ball, Independent Omnibus Sur-Reply to Objection to Bidding Procedures and Cash Management Motions: Docket Numbers 11 and 18 [D.I. 313, 8/31/23]

Status: Briefing on the matter is complete.  This matter will go forward as a status conference.

*[Signature Block Follows]*

Dated: September 7, 2023

<div style="display: flex;">

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Joseph Barry*
Joseph Barry (Del. Bar No. 4221)
Ryan M. Bartley (Del. Bar No. 4985)
S. Alexander Faris (Del. Bar No. 6278)
Shella Borovinskaya (Del. Bar No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email:  jbarry@ycst.com
         rbartley@ycst.com
         afaris@ycst.com
         sborovinskaya@ycst.com

*Co-Counsel to the Debtors and Debtors in Possession*

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
P. Bradley O'Neill (admitted *pro hac vice*)
Caroline Gange (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9511
Facsimile: (212) 715-8000
Email:  boneill@kramerlevin.com
         cgange@kramerlevin.com

*Co-Counsel to the Debtors and Debtors in Possession*

</div>

30752392.1

# **EXHIBIT A**

**Letters Regarding Investments**

30752392.1

**Letters on Peer Street, Inc. Docket Regarding Investments**

| Tab No. | Investor Name | Docket No. | Date Filed |
|---|---|---|---|
| 1 | Siva S. Reddy | D.I. 100 | 7/18/2023 |
| 2 | Sean T. Quinn | D.I. 107 | 7/21/2023 |
| 3 | Jakow G. Diener | D.I. 108 | 7/24/2023 |
| 4 | Sean Tarpenning | D.I. 135 | 7/27/2023 |
| 5 | Kevin Keegan | D.I. 136 | 7/27/2023 |
| 6 | Douglas Lyon | D.I. 149 | 7/28/2023 |
| 7 | Carl. A. Brown | D.I. 150 | 7/28/2023 |
| 8 | Thomas and Susan Cioffe | D.I. 154 | 7/31/2023 |
| 9 | John S. Sharp II | D.I. 155 | 7/31/2023 |
| 10 | Brent D. Lowe | D.I. 156 | 7/31/2023 |
| 11 | Rachel Joseph | D.I. 160 | 8/1/2023 |
| 12 | Olivier Meyjonade | D.I. 161 | 8/1/2023 |
| 13 | Murtha Kellrooney | D.I. 164 | 8/2/2023 |
| 14 | Todd Doersch | D.I. 165 | 8/2/2023 |
| 15 | Yazholi Kanikkannan | D.I. 166 | 8/2/2023 |
| 16 | Alex Tsui | D.I. 167 | 8/2/2023 |
| 17 | Anand Pradhan | D.I. 170 | 8/2/2023 |
| 18 | Qiang Fang | D.I. 177 | 8/3/2023 |
| 19 | Roy Batchelor | D.I. 176 | 8/3/2023 |
| 20 | Joseph & Christien Gigantino | D.I. 188 | 8/7/2023 |
| 21 | Vinodkumar Singh | D.I. 189 | 8/7/2023 |
| 22 | Gene B. Goldstein | D.I. 190 | 8/7/2023 |
| 23 | Varun B. Parekh | D.I. 191 | 8/7/2023 |
| 24 | Anthony Pelner | D.I. 192 | 8/7/2023 |
| 25 | Jennifer Rodriguez | D.I. 193 | 8/7/2023 |
| 26 | James R. Pickard | D.I. 194 | 8/7/2023 |
| 27 | Nancy Navarini | D.I. 204 | 8/10/2023 |
| 28 | Steven Michael Gerstein Living Trust | D.I. 205 | 8/10/2023 |
| 29 | Shivakumar Rajaraman | D.I. 206 | 8/10/2023 |
| 30 | Jonathan Newman | D.I. 216 | 8/11/2023 |
| 31 | James Fariss | D.I. 217 | 8/11/2023 |
| 32 | Thomas Werth | D.I. 218 | 8/11/2023 |
| 33 | Mark Haiden | D.I. 224 | 8/14/2023 |
| 34 | Tomas Larsson | D.I. 225 | 8/14/2023 |
| 35 | John Peta | D.I. 226 | 8/14/2023 |
| 36 | John W. Popeo | D.I. 227 | 8/14/2023 |

| 37 | Jason Elmore | D.I. 228 | 8/14/2023 |
|---|---|---|---|
| 38 | Thomas Blundell | D.I. 229 | 8/14/2023 |
| 39 | Michael Navarini | D.I. 230 | 8/15/2023 |
| 40 | William E. Sherman, Trustee<br>Sherman Marital Share One Trust | D.I. 231 | 8/15/2023 |
| 41 | Cobra Ventures, LLC<br>Theodore Welter, Manager | D.I. 232 | 8/15/2023 |
| 42 | Welter Realty, LLC<br>Theodore J. Welter, Manager | D.I. 233 | 8/15/2023 |
| 43 | William R. Ahern | D.I. 234 | 8/15/2023 |
| 44 | Michael Preisach | D.I. 237 | 8/15/2023 |
| 45 | Sumeet Bansal | D.I. 238 | 8/15/2023 |
| 46 | Kelly Yang | D.I. 239 | 8/15/2023 |
| 47 | Anand Pradhan | D.I. 240 | 8/15/2023 |
| 48 | Brian Benitz | D.I. 243 | 8/16/2023 |
| 49 | Deborah Shepard | D.I. 244 | 8/16/2023 |
| 50 | Marc Franken | D.I. 245 | 8/16/2023 |
| 51 | Tim Regan | D.I. 246 | 8/16/2023 |
| 52 | Nedjip Tozun | D.I. 247 | 8/16/2023 |
| 53 | Robert DiGruccio | D.I. 248 | 8/16/2023 |
| 54 | The Tuli Family Trust | D.I. 254 | 8/17/2023 |
| 55 | Luke Scrivanich | D.I. 255 | 8/17/2023 |
| 56 | Jeffery Staples<br>Mertensa LLC | D.I. 259 | 8/21/2023 |
| 57 | Sean Drower | D.I. 267 | 8/22/2023 |
| 58 | Jeffrey Stilwell | D.I. 268 | 8/22/2023 |
| 59 | Jeffrey Straus | D.I. 269 | 8/22/2023 |
| 60 | Pamela Marshall | D.I. 270 | 8/22/2023 |
| 61 | Greg Regan | D.I. 271 | 8/22/2023 |
| 62 | Michael Preisach | D.I. 272 | 8/22/2023 |
| 63 | Gianfranco Tiberia | D.I. 273 | 8/22/2023 |
| 64 | Alex Chernovets | D.I. 274 | 8/22/2023 |
| 65 | George Sicklick | D.I. 275 | 8/22/2023 |
| 66 | Ray Weinand | D.I. 280 | 8/23/2023 |
| 67 | Gary Seever | D.I. 281 | 8/23/2023 |
| 68 | Brian Perry | D.I. 285 | 8/24/2023 |
| 69 | Anand Pradhan | D.I. 286 | 8/24/2023 |
| 70 | Alex Ganelis | D.I. 289 | 8/25/2023 |
| 71 | Vicktor Simjanoski | D.I. 290 | 8/25/2023 |

30752392.1

| 72 | Irina Ganelis | D.I. 291 | 8/25/2023 |
| 73 | Mark Haiden | D.I. 292 | 8/25/2023 |
| 74 | David Aiello | D.I. 296 | 8/28/2023 |
| 75 | Culture & Trade LLC | D.I. 302 | 8/29/2023 |
| 76 | Terry A. Davis, Jr. | D.I. 307 | 8/30/2023 |
| 77 | Marcos Vazquez | D.I. 308 | 8/30/2023 |
| 78 | Charles Cooper Butler | D.I. 309 | 8/30/2023 |
| 79 | Keith Carlisle | D.I. 314 | 8/31/2023 |
| 80 | Brent D. Lowe | D.I. 325 | 9/5/2023 |
| 81 | Sean Quinn | D.I. 326 | 9/5/2023 |
| 82 | Lana Peta | D.I. 327 | 9/5/2023 |
| 83 | Robert A. Harris | D.I. 328 | 9/5/2023 |
| **84** | **Jason Lerch** | **D.I. 366** | **9/6/2023** |
| **85** | **Douglas Lyon** | **D.I. 367** | **9/6/2023** |
| **86** | **Daniel Harris** | **D.I. 368** | **9/6/2023** |
| **87** | **Judy Hwang** | **D.I. 369** | **9/6/2023** |
| **88** | **Hang Chen** | **D.I. 371** | **9/7/2023** |
| **89** | **Jessica Lyman** | **D.I. 372** | **9/7/2023** |
| **90** | **Tim & Lisa Brewster** | **D.I. 373** | **9/7/2023** |
| **91** | **Lynn Buettner** | **D.I. 374** | **9/7/2023** |
| **92** | **Alejandro Malberty** | **D.I. 375** | **9/7/2023** |