IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |
| | Ref. D.I. 320 |

### NOTICE OF FILING EXHIBIT B TO FIRST MONTHLY STAFFING REPORT OF PROVINCE, LLC

**PLEASE TAKE NOTICE** that on August 31, 2023 the above-captioned debtors and debtors in possession (the "**Debtors**") filed the *First Monthly Staffing Report for Compensation and Reimbursement of Expenses of Province, LLC for Providing a Chief Restructuring Officer and Certain Additional Personnel to the Debtors, for the Period from June 26, 2023 Through July 31, 2023* [D.I. 320] (the "**Monthly Staffing Report**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors inadvertently omitted Exhibit B to the Monthly Staffing Report.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is the Exhibit B to the Monthly Staffing Report containing the detailed time and expense entries of Province, LLC for the time period June 26, 2023 through July 31, 2023.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

30755599.1

Dated: September 8, 2023

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ S. Alexander Faris*<br>Joseph Barry (Del. Bar No. 4221)<br>Ryan M. Bartley (Del. Bar No. 4985)<br>S. Alexander Faris (Del. Bar No. 6278)<br>Shella Borovinskaya (Del. Bar No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jbarry@ycst.com<br>   rbartley@ycst.com<br>   afaris@ycst.com<br>   sborovinskaya@ycst.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>P. Bradley O'Neill (admitted *pro hac vice*)<br>Caroline Gange (admitted *pro hac vice*)<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9511<br>Facsimile: (212) 715-8000<br>Email: boneill@kramerlevin.com<br>   cgange@kramerlevin.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |