**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PEER STREET, INC., *et al.*[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS)<br><br>(Jointly Administered)<br><br>Re: Docket No. 316 |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING RABBI SHLOMO BRAUN'S, 1567 56TH STREET LLC'S, AND 1569 56TH STREET LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

The undersigned counsel to Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC (collectively, "Braun") hereby certifies as follows:

1. On August 31, 2023, Braun filed *Rabbi Shlomo Braun's, 1567 56th Street LLC's, and 1569 56th Street LLC's Motion for Relief from the Automatic Stay* [D.I. 316] (the "Motion"), along with the Declaration of Alessandra Glorioso in support of the Motion [D.I. 317].

2. On September 19, 2023, the Debtors filed an objection to the Motion [D.I. 416].

3. On September 26, 2023, Braun filed a reply in further support of the Motion and in response to the objection [D.I. 438], along with the Declaration of Alessandra Glorioso in support of the reply [D.I. 439].

4. On September 29, 2023, the Court held a hearing on the Motion at which the Court granted the Motion effective 90 days from the date of relief.

---

[1] The Debtors in these chapter 11 cases (the "Bankruptcy Cases"), along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

4866-7856-2691\1

5.    Braun and the Debtors met and conferred with respect to the form of Order granting the relief granted at the hearing, and have agreed to the form of Order attached hereto as **Exhibit A** (the "Proposed Order").

6.    Accordingly, Braun respectfully requests that the Court enter the Proposed Order as soon as is practicable.

Dated: October 12, 2023

> By: *Alessandra Glorioso*
> Alessandra Glorioso (DE Bar No. 5757)
> DORSEY & WHITNEY (DELAWARE) LLP
> 300 Delaware Avenue
> Suite 1010
> Wilmington, DE  19801
> Telephone: (302) 425-7171
> Facsimile: (302) 425-7177
> E-mail: glorioso.alessandra@dorsey.com
>
>  -and-
>
> Samuel S. Kohn (admitted *pro hac vice*)
> Rachel P. Stoian (admitted *pro hac vice*)
> DORSEY & WHITNEY LLP
> 51 West 52nd Street
> New York, NY 10019
> Telephone: (212) 415-9200
> E-mail: kohn.sam@dorsey.com
>             stoian.rachel@dorsey.com
>
> *Counsel to Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC*