IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Peer Street, Inc., *et al.*,[1]<br><br>                        Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS)<br><br>(Jointly Administered) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY,
AND DISCLAIMERS REGARDING MONTHLY OPERATING REPORT FOR THE
<u>PERIOD OF AUGUST 1, 2023 THROUGH AUGUST 31, 2023</u>**

      The debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases have prepared and filed the attached monthly operating report (the "**MOR**") for the period including August 1, 2023 through August 31, 2023 (the "**Reporting Period**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). This MOR is unaudited and does not purport to represent financial statements prepared in accordance with accounting principles generally accepted in the United States ("**GAAP**"), and it is not intended to fully reconcile to the consolidated financial statements prepared by the Debtors. Information contained in this MOR has been derived from the Debtors' books and records, but does not reflect in all circumstances presentation for GAAP reporting purposes. Therefore, to comply with their obligations to provide MORs during these chapter 11 cases, the Debtors have prepared this MOR using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices. Accordingly, this MOR is true and accurate to the best of the Debtors' knowledge, information, and belief, based on currently-available data. The results of operations and financial position contained herein are not necessarily indicative of results that may be expected for any period other than the Reporting Period, and may not necessarily reflect the Debtors' future consolidated results of operations and financial position. Unless otherwise noted herein, the MOR generally reflects the Debtors' books and record and financial activity occurring during the applicable Reporting Period. Except as otherwise noted, no adjustments have been made for activity occurring after the close of the Reporting Period.

**RESERVATION OF RIGHTS:**

      This MOR is limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly reporting requirements of the Debtors' chapter 11 cases. The unaudited financial statements have been derived from the Debtors' books and records. The information presented herein has not been subject to all procedures that typically would be applied

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

to financial information presented in accordance with GAAP.  Upon the application of such procedures, the Debtors believe that the financial information could be subject to material change. The information furnished in this MOR includes normal recurring adjustments, but does not include all of the adjustments that typically would be made for interim financial statements presented in accordance with GAAP.

Although the Debtors made commercially reasonable efforts to ensure the accuracy and completeness of the MOR, inadvertent errors or omissions may exist.  Accordingly, the Debtors hereby reserve all of their rights to dispute the validity, status, enforceability, or executory nature of any claim amount, agreement, representation, or other statement set forth in this MOR.  Further, the Debtors reserve the right to amend or supplement this MOR in all respects, if necessary or appropriate.  Nothing contained in this MOR shall constitute a waiver or any of the Debtors' rights or an admission with respect to their chapter 11 cases.

For the reasons discussed above, there can be no assurance that the consolidated financial information presented herein is complete, and readers are strongly cautioned not to place undue reliance on the MOR.

**Description of the Cases and "As of" Information Date**.  On June 26, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief with the Court under chapter 11 of the Bankruptcy Code to conduct a sale process for substantially all of their assets pursuant to section 363 of the Bankruptcy Code.  Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors are continuing to manage their financial affairs as debtors in possession.  Unless otherwise indicated herein, all financial information for the Debtors in the MOR and these Global Notes is provided as of July 31, 2023 or as close thereto as reasonably practicable under the circumstances.

**Accounts Payable and Disbursement Systems**.  The Debtors maintain a cash management system (the "**Cash Management System**") to collect and disburse funds in the ordinary course.  A more complete description of the Cash Management System is set forth in the *Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 345, 363, 364, 503(b), 1107(a) and 1108 of the Bankruptcy Code, Bankruptcy Rule 2015, and Local Rule 2015-2, (A) Authorizing and Approving Continued Use of Cash Management System, (B) Authorizing Use of Prepetition Bank Accounts and Business Forms, (C) Authorizing Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Granting Administrative Expense Status for Postpetition Intercompany Claims and Intercompany Loans, (D) Waiving the Requirements of Section 345(b) on an Interim Basis, and (E) Granting Certain Related Relief* [Docket No. 11] filed on the Petition Date.

**First Day Orders**.  Pursuant to various "first day" orders and any supplements or amendments to such orders entered by the Court (each, a "**First Day Order**," and collectively, the "**First Day Orders**"), the Debtors and their estates are authorized to pay certain pre-petition claims, including, without limitation, certain claims relating to employee wages and benefits, claims for taxes and fees, claims of vendors, claims related to customer programs, and claims related to insurance programs.

**Specific Disclosure Related to the MOR**.

**Part 1. Cash Receipts and Disbursements**. Peer Street Funding LLC ("**Funding LLC**") receives funds from customers of the Peer Street Platform into a custodial bank account at Wells

Fargo Bank, N.A. titled FBO ("for the benefit of") Retail Clients (the "**FBO Retail Customer Account**") pending investment direction from the customers (the "**FBO Cash**"). The Debtors assert they do not have any equitable or beneficial ownership of the FBO Cash deposited into the FBO Retail Customer Account. Accordingly, the FBO Cash is not identified as cash held by the Funding LLC in its MOR. Additionally, cash that has been identified within several of PS Funding Inc.'s ("**PSFI**") bank accounts that the Debtors believe are for the benefit of institutional investors are also not identified as cash held by PSFI in its MOR. However, consistent with Schedule E/F of Funding LLC and PSFI's Schedules of Assets and Liabilities [D.I. 339], claims of the Debtors' customers to the FBO Cash are included in the calculation of PSFLLC and PSFI's prepetition liabilities.

**Peer Street Inc., et al.**
Statement of Cash Receipts and Disbursements[1]
For the Period 8/1/2023 - 8/31/2023

| Debtor | Peer Street, Inc. | Peer Street Opportunity Fund, GP, LLC | PS Funding, Inc. | Peer Street Funding, LLC | PeerStreet Licensing, Inc. | PSF REO, LLC | PS Options LLC | PS Warehouse, LLC | PS Warehouse II, LLC | Peer Street Opportunity Investors II, LP | PS Portfolio-ST1, LLC | PSF Ohio, LLC | PSF TX 1, LLC | PSF TX 2, LLC | PSF TX 4, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Number | 23-10815 | 23-10816 | 23-10817 | 23-10818 | 23-10819 | 23-10820 | 23-10821 | 23-10822 | 23-10823 | 23-10824 | 23-10825 | 23-10826 | 23-10827 | 23-10828 | 23-10829 |
| Cash Balance - Beginning | $ 7,589,443 | $ - | $ 25,092,320 | $ 236 | $ - | $ 4,607,435 | $ - | $ 32,600,092 | $ 1,307,744 | $ 10,715,739 | $ 1,956,114 | $ - | $ - | $ - | $ - |
| Total Receipts | 2,378,601 | - | 13,805,593 | - | - | 2,995,453 | - | - | - | - | - | - | - | - | - |
| Total Disbursements | 2,787,912 | - | 523,221 | - | - | - | - | 1,690,576 | - | - | - | - | - | - | - |
| **Cash Balance - Ending** | $ 7,180,131 | $ - | $ 38,374,692 | $ 236 | $ - | $ 7,602,888 | $ - | $ 30,909,516 | $ 1,307,744 | $ 10,715,739 | $ 1,956,114 | $ - | $ - | $ - | $ - |

*(1) Receipts and disbursements include intercompany transfers.*

**Peer Street Inc., et al.**
**Balance Sheet**
As of 08/31/2023

| Debtor | Peer Street, Inc. | Peer Street Opportunity Fund, GP, LLC | PS Funding, Inc. | Peer Street Funding, LLC | PeerStreet Licensing, Inc. | PSF REO, LLC | PS Options LLC | PS Warehouse, LLC | PS Warehouse II, LLC | Peer Street Opportunity Investors II, LP | PS Portfolio-ST1, LLC | PSF Ohio, LLC | PSF TX 1, LLC | PSF TX 2, LLC | PSF TX 4, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Number | 23-10815 | 23-10816 | 23-10817 | 23-10818 | 23-10819 | 23-10820 | 23-10821 | 23-10822 | 23-10823 | 23-10824 | 23-10825 | 23-10826 | 23-10827 | 23-10828 | 23-10829 |
| **Assets** | | | | | | | | | | | | | | | |
| Total Cash | $ 7,179,664 | $ - | $ 38,127,377 | $ 236 | $ - | $ 7,602,888 | $ - | $ 30,909,516 | $ 1,307,744 | $ 10,715,739 | $ 1,956,114 | $ - | $ - | $ - | $ - |
| Other Current Assets | 3,600,892 | 39,588 | 91,037,607 | 230,791,184 | - | - | - | 10,265,351 | 43,344 | 13,941,952 | 139,435 | - | - | - | - |
| Total Current Assets | 10,780,556 | 39,588 | 129,164,984 | 230,791,421 | - | 7,602,888 | - | 41,174,867 | 1,351,088 | 24,657,691 | 2,095,549 | - | - | - | - |
| Fixed Assets, Net | 75,346 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intangible Assets, Net | 150,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Investments | 64,762,897 | - | 135,075,783 | 38,007,745 | - | 35,708,118 | - | - | - | - | - | 1,696,500 | 937,500 | 1,377,000 | 742,500 |
| Other Assets | - | - | (58,633) | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Assets** | $ 75,768,799 | $ 39,588 | $ 264,182,133 | $ 268,799,166 | $ - | $ 43,311,006 | $ - | $ 41,174,867 | $ 1,351,088 | $ 24,657,691 | $ 2,095,549 | $ 1,696,500 | $ 937,500 | $ 1,377,000 | $ 742,500 |
| **Liabilities** | | | | | | | | | | | | | | | |
| Total Current Liabilities | 73,015,975 | 39,588 | 195,562,577 | 64,085,464 | - | 45,764,878 | - | 41,174,867 | 1,351,088 | 78,085 | 12,017 | 1,696,500 | 937,500 | 1,377,000 | 742,500 |
| Total Long Term Debts | 27,174,015 | - | - | 206,764,899 | - | - | - | - | - | - | 2,083,532 | - | - | - | - |
| B-Piece Liability | - | - | 1,730,407 | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred Revenue | - | - | 75,056 | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Liabilities** | $ 100,189,990 | $ 39,588 | $ 197,368,039 | $ 270,850,363 | $ - | $ 45,764,878 | $ - | $ 41,174,867 | $ 1,351,088 | $ 78,085 | $ 2,095,549 | $ 1,696,500 | $ 937,500 | $ 1,377,000 | $ 742,500 |
| **Total Stockholders Equity** | $ (24,421,191) | $ - | $ 66,814,094 | $ (2,051,197) | $ - | $ (2,453,872) | $ - | $ - | $ - | $ 24,579,606 | $ - | $ - | $ - | $ - | $ - |
| **Total Liabilities and Equity** | $ 75,768,799 | $ 39,588 | $ 264,182,133 | $ 268,799,166 | $ - | $ 43,311,006 | $ - | $ 41,174,867 | $ 1,351,088 | $ 24,657,691 | $ 2,095,549 | $ 1,696,500 | $ 937,500 | $ 1,377,000 | $ 742,500 |

**Peer Street Inc., et al.**
**Income Statement**
For the Period 8/1/2023 - 8/31/2023

| Debtor | Peer Street, Inc. | Peer Street Opportunity Fund, GP, LLC | PS Funding, Inc. | PeerStreet Funding, LLC | PeerStreet Licensing, Inc. | PSF REO, LLC | PS Options LLC | PS Warehouse, LLC | PS Warehouse II, LLC | Peer Street Opportunity Investors II, LP | PS Portfolio - ST1, LLC | PSF Ohio, LLC | PSF TX 1, LLC | PSF TX 2, LLC | PSF TX 4, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Number | 23-10815 | 23-10816 | 23-10817 | 23-10818 | 23-10819 | 23-10820 | 23-10821 | 23-10822 | 23-10823 | 23-10824 | 23-10825 | 23-10826 | 23-10827 | 23-10828 | 23-10829 |
| Interest Income | $ - | $ - | $ 1,019,434 | $ 859,054 | $ - | $ - | $ - | $ 137,069 | $ 5,145 | $ 143,201 | $ 989 | $ - | $ - | $ - | $ - |
| Fee Income | 388,184 | - | 459,844 | 25,335 | - | - | - | - | - | - | - | - | - | - | - |
| Other Income | 505,675 | 9,817 | 150,732 | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Revenue** | **893,859** | **9,817** | **1,630,009** | **884,389** | **-** | **-** | **-** | **137,069** | **5,145** | **143,201** | **989** | **-** | **-** | **-** | **-** |
| Interest Expense | - | - | 887,709 | 716,840 | - | - | - | 137,069 | 5,145 | - | 989 | - | - | - | - |
| Fee Expense | - | - | 67,392 | 17,835 | - | - | - | - | - | - | - | - | - | - | - |
| Marketing Expense | 7,500 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cost of Revenue** | **7,500** | **-** | **955,101** | **734,675** | **-** | **-** | **-** | **137,069** | **5,145** | **-** | **989** | **-** | **-** | **-** | **-** |
| **Gross Profit** | **886,359** | **9,817** | **674,908** | **149,714** | **-** | **-** | **-** | **-** | **-** | **143,201** | **-** | **-** | **-** | **-** | **-** |
| General and Administrative Expenses | 2,329,273 | - | 12,316 | 7,500 | - | - | - | - | - | 13,987 | - | - | - | - | - |
| Other Expense | 151,514 | - | 156,917 | 142,214 | - | - | - | - | - | - | - | - | - | - | - |
| **Net Income (Loss)** | $ (1,594,428) | $ 9,817 | $ 505,675 | $ - | $ - | $ - | $ - | $ - | $ - | $ 129,214 | $ - | $ - | $ - | $ - | $ - |

**Peer Street Inc., et al.**
**Listing of Bank Accounts**
As of 8/31/2023

| Account Holder | Bank Name | Account No. (last 4 digits) | Closing Balance |
|---|---|---|---:|
| PSI | Pacific Premier Bank | 7581 | 790 |
| PSFI | Wells Fargo Bank, N.A. | 0368 | - |
| PSFI | Wells Fargo Bank, N.A. | 0384 | - |
| PSFI | Wells Fargo Bank, N.A. | 0859 | 32,576,317 |
| PSFI | Wells Fargo Bank, N.A. | 0867 | - |
| PSFI | Wells Fargo Bank, N.A. | 0875 | - |
| PSFI | Wells Fargo Bank, N.A. | 0883 | - |
| PSFI | Wells Fargo Bank, N.A. | 0891 | - |
| PSFI | Wells Fargo Bank, N.A. | 0909 | - |
| PSFI | Wells Fargo Bank, N.A. | 0925 | - |
| PSFI | Wells Fargo Bank, N.A. | 1519 | - |
| PSFI | Wells Fargo Bank, N.A. | 1527 | - |
| PSFI | Wells Fargo Bank, N.A. | 1687 | - |
| PSFI | Wells Fargo Bank, N.A. | 1691 | - |
| PSFI | Wells Fargo Bank, N.A. | 1709 | - |
| PSFI | Wells Fargo Bank, N.A. | 1840 | - |
| PSFI | Wells Fargo Bank, N.A. | 2023 | - |
| PSFI | Wells Fargo Bank, N.A. | 2161 | - |
| PSFI | Wells Fargo Bank, N.A. | 2477 | 207,342 |
| PSFI | Wells Fargo Bank, N.A. | 2526 | - |
| PSFI | Wells Fargo Bank, N.A. | 2534 | - |
| PSFI | Wells Fargo Bank, N.A. | 2915 | - |
| PSFI | Wells Fargo Bank, N.A. | 2923 | - |
| PSFI | Wells Fargo Bank, N.A. | 3023 | - |
| PSFI | Wells Fargo Bank, N.A. | 3031 | 111,898 |
| PS Opp Fund II | Wells Fargo Bank, N.A. | 3505 | 10,715,739 |
| PSFI | Wells Fargo Bank, N.A. | 4001 | 19,168 |
| PSI | Wells Fargo Bank, N.A. | 4860 | 5,952,962 |
| PSI | Wells Fargo Bank, N.A. | 4878 | - |
| PSI | Wells Fargo Bank, N.A. | 4886 | 1,226,379 |
| PSFL | Wells Fargo Bank, N.A. | 4894 | 29,500,997 |
| PSFL | Wells Fargo Bank, N.A. | 4902 | 236 |
| PSFI | Wells Fargo Bank, N.A. | 4910 | 4,060,869 |
| PSFI | Wells Fargo Bank, N.A. | 4928 | - |
| PSFI | Wells Fargo Bank, N.A. | 4936 | 4,411,535 |
| PSFI | Wells Fargo Bank, N.A. | 4944 | 800 |
| PSFI | Wells Fargo Bank, N.A. | 4951 | - |
| PSFI | Wells Fargo Bank, N.A. | 4969 | - |
| PSFI | Wells Fargo Bank, N.A. | 4977 | - |
| PSFI | Wells Fargo Bank, N.A. | 4985 | 139,187 |
| PSW | Wells Fargo Bank, N.A. | 6306 | 30,909,516 |
| PS Portfolio | Wells Fargo Bank, N.A. | 6383 | 1,956,114 |
| PSW2 | Wells Fargo Bank, N.A. | 6433 | 1,307,744 |
| PSFI | Wells Fargo Bank, N.A. | 7082 | - |
| PSFI | Wells Fargo Bank, N.A. | 7090 | - |
| PSI | Wells Fargo Bank, N.A. | 7641 | - |
| PSFI | Wells Fargo Bank, N.A. | 8222 | - |
| PSFI | Wells Fargo Bank, N.A. | 8230 | - |
| PSFI | Wells Fargo Bank, N.A. | 8248 | 56,300 |
| PSFI | Wells Fargo Bank, N.A. | 9225 | 15,022 |
| PSFI | Wells Fargo Bank, N.A. | 9233 | 77,749 |
| PSFI | Wells Fargo Bank, N.A. | 9287 | 700 |
| PSFI | Wells Fargo Bank, N.A. | 9930 | - |
| PSFI | Wells Fargo Bank, N.A. | 9948 | - |
| PSF REO | Wells Fargo Bank, N.A. | 9968 | 7,602,888 |
| **Total** | | | **$ 130,850,253** |