**Case 23-10815-LSS    11/28/2023**

John Spicer
3537 Germann Court
Lexington, KY 40503
(859) 797-1699
jspicer.and.his.corgis@gmail.com




RECEIVED
2023 DEC -6 AM 10: 39
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Chief Judge Laurie Sieber Silverstein
US Bankruptcy Court
824 North Market Street, 6th Floor
Wilmington, DE 19801

Dear Chief Judge Laurie Sieber Silverstein,

I hope this letter finds you well. This is my first letter to you.

This letter is in regards to the Chapter 11 Bankruptcy of Peer Street, and specifically the usage of funds from the Warehouse I and II/"Pocket" accounts to fund bankruptcy expenses, rather than return those monies to investors. These monies incorrectly remained frozen leading into the bankruptcy petition date. As sufficient funds are now available from MDPN activity to fund the ongoing proceedings, I request that all of the Warehouse funds be returned to the Warehouse Bank Accounts and then returned to RWN noteholders.

According to the end of June Balance Sheet, the RWNs which funded the Warehouse accounts had all been liquidated prior to the petition date, and exceeded the amount in RWN holdings at that time (in the case of Warehouse I, $40.7M in current assets vs. approx. $40.1M in remaining RWNs). The only funds which were not in cash at that time were listed as "Intercompany Receivable - PS Funding, Inc." Unsecured Creditors Counsel has indicated that these were loans that were made to other PeerStreet entities to fund bankruptcy operations.

Because the Warehouse Funds had been fully liquidated, per RWN documentation these funds should have been returned to investors when the liquidation was complete, which was prior to the bankruptcy petition date. Because these funds should have been unfrozen prior to the bankruptcy petition date, I formally request that the terms of the RWN documentation be upheld, and all funds in the respective Warehouse accounts be immediately returned to the RWN noteholders.

The RWN funds have been frozen for the past 11+ months, which is 6 months longer than MDPN funds. During the 6 months the RWN funds were frozen pre-petition, investors were kept in the



dark about the status of the liquidation (i.e., apparently the liquidation was complete, but this cash was then loaned to other Peerstreet entities). Now RWN noteholders are concerned that the ongoing discussion about how to liquidate the remaining MDPN loans is going to eat up a substantial amount of the RWN funds through legal fees. This is causing undue hardship and stress on the RWN noteholders.

Thank You for your time,

John Spicer

Peer Street Inc., et al.
Statement of Cash Receipts and Disbursements
For the Period 6/26/2023 - 6/30/2023

| Debtor | Peer Street, Inc. | Peer Street Opportunity Fund, GP, LLC | PS Funding, Inc. | Peer Street Funding, LLC | PeerStreet Licensing, Inc. | PSF RED, LLC | PS Options LLC | PS Warehouse, LLC | PS Warehouse II, LLC | Peer Street Opportunity Investors II, LP | PS Portfolio-ST1, LLC | PSF Ohio, LLC | PSF TX 1, LLC | PSF TX 2, LLC | PSF TX 4, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Number | 23-10815 | 23-10816 | 23-10817 | 23-10818 | 23-10819 | 23-10820 | 23-10821 | 23-10822 | 23-10823 | 23-10824 | 23-10825 | 23-10826 | 23-10827 | 23-10828 | 23-10829 |
| Cash Balance - Beginning | $ 4,674,974 | $ - | $ 9,452,553 | $ - | $ 236 | $ - | $ - | $ 37,202,908 | $ 1,307,744 | $ 10,715,739 | $ 1,956,114 | $ - | $ - | $ - | $ - |
| Total Receipts | 610 | - | 5,610,117 | 236 | - | 1,216,168 | - | - | - | - | - | - | - | - | - |
| Total Disbursements | 186,207 | - | 2,165 | - | - | - | - | - | - | - | - | - | - | - | - |
| Cash Balance - Ending | $ 4,489,377 | $ - | $ 15,060,505 | $ 236 | $ - | $ 1,216,168 | $ - | $ 37,202,908 | $ 1,307,744 | $ 10,715,739 | $ 1,956,114 | $ - | $ - | $ - | $ - |

Peer Street Inc., et al.
Balance Sheet
As of 06/30/2023

| Debtor | Peer Street, Inc. | Peer Street Opportunity Fund GP, LLC | PS Funding, Inc. | Peer Street Funding, LLC | PeerStreet Licensing, Inc. | PSF REO, LLC | PS Options LLC | PS Warehouse, LLC | PS Warehouse II, LLC | Peer Street Opportunity Investors II, LP | PS Portfolio 1, LLC | PSF Ohio, LLC | PSF TX 1, LLC | PSF TX 2, LLC | PSF TX 4, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Number | 23-10815 | 23-10816 | 23-10817 | 23-10818 | 23-10819 | 23-10820 | 23-10821 | 23-10822 | 23-10823 | 23-10824 | 23-10825 | 23-10826 | 23-10827 | 23-10828 | 23-10829 |
| **Assets** | | | | | | | | | | | | | | | |
| Total Cash | $ 4,488,877 | $ - | $ 15,042,499 | $ 236 | $ - | $ - | $ - | $ 37,202,908 | $ 1,307,744 | $ 10,715,739 | $ 1,956,114 | $ - | $ - | $ - | $ - |
| Other Current Assets | 3,498,757 | 19,955 | 87,970,886 | 225,620,923 | | 1,216,168 | | 3,524,448 | 33,072 | 13,651,949 | 1,023 | | | | |
| Total Current Assets | $ 7,987,634 | $ 19,955 | $ 103,013,385 | $ 225,621,159 | $ - | $ 1,216,168 | $ - | $ 40,727,355 | $ 1,340,817 | $ 24,367,688 | $ 1,957,137 | $ - | $ - | $ - | $ - |
| Fixed Assets, Net | 80,801 | | | | | | | | | | | | | | |
| Intangible Assets, Net | 150,000 | | | | | | | | | | | | | | |
| Total Investments | 63,277,224 | | 155,034,527 | 43,343,671 | | 41,236,892 | | | | | 136,201 | 1,696,500 | 937,500 | 1,377,000 | 742,500 |
| Other Assets | | | (122,967) | | | | | | | | | | | | |
| **Total Assets** | $ 71,495,659 | $ 19,955 | $ 257,924,944 | $ 268,964,830 | $ - | $ 42,453,060 | $ - | $ 40,727,355 | $ 1,340,817 | $ 24,367,688 | $ 2,093,338 | $ 1,696,500 | $ 937,500 | $ 1,377,000 | $ 742,500 |
| **Liabilities** | | | | | | | | | | | | | | | |
| Total Current Liabilities | 66,759,359 | 19,955 | 190,078,666 | 37,004,734 | | 45,099,782 | | 40,727,355 | 1,340,817 | 51,321 | 10,005 | 1,696,500 | 937,500 | 1,377,000 | 742,500 |
| Mortgage Dependent Promissory Notes | | | | 234,204,142 | | | | | | | 2,083,332 | | | | |
| Total Long Term Debts | 27,175,560 | | 2,189,637 | | | | | | | 24,316,367 | | | | | |
| B-Piece Liability | | | 135,371 | | | | | | | | | | | | |
| Deferred Revenue | | | | | | | | | | | | | | | |
| **Total Liabilities** | $ 93,934,919 | $ 19,955 | $ 192,403,673 | $ 271,208,876 | $ - | $ 45,099,782 | $ - | $ 40,727,355 | $ 1,340,817 | $ 24,367,688 | $ 2,093,338 | $ 1,696,500 | $ 937,500 | $ 1,377,000 | $ 742,500 |
| **Total Stockholders Equity** | $ (22,439,260) | $ - | $ 65,521,271 | $ (2,244,046) | $ - | $ (2,646,722) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Liabilities and Equity** | $ 71,495,659 | $ 19,955 | $ 257,924,944 | $ 268,964,830 | $ - | $ 42,453,060 | $ - | $ 40,727,355 | $ 1,340,817 | $ 24,367,688 | $ 2,093,338 | $ 1,696,500 | $ 937,500 | $ 1,377,000 | $ 742,500 |

**Peer Street Inc., et al.**
**Income Statement**
For the Period 6/26/2023 - 6/30/2023

| Debtor | Peer Street, Inc. | Peer Street Opportunity Fund GP, LLC | PS Funding, Inc. | Peer Street Funding, LLC | Peer Street Licensing, Inc. | PSF REO, LLC | PS Options, LLC | PS Warehouse, LLC | PS Warehouse II, LLC | Peer Street Opportunity Investors II, LP | PS Portfolio - ST1, LLC | PSF Ohio, LLC | PSF TX 1, LLC | PSF TX 2, LLC | PSF TX 4, LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Number | 23-10815 | 23-10816 | 23-10817 | 23-10818 | 23-10819 | 23-10820 | 23-10821 | 23-10822 | 23-10823 | 23-10824 | 23-10825 | 23-10826 | 23-10827 | 23-10828 | 23-10829 |
| Servicing Income | $ - | $ - | $ 54,535 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Interest Income | 25,507 | - | 172,368 | 79,887 | - | - | - | 17,569 | 657 | 19,280 | 136 | - | - | - | - |
| Fee Income | 123,337 | - | 31,692 | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Income | - | 1,309 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Revenue** | **148,844** | **1,309** | **258,595** | **79,887** | **-** | **-** | **-** | **17,569** | **657** | **19,280** | **136** | **-** | **-** | **-** | **-** |
| Interest expense | - | - | 84,768 | 61,661 | - | - | - | 17,569 | 657 | 19,280 | 136 | - | - | - | - |
| Fee expense | - | - | 8,769 | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cost of Revenue** | **-** | **-** | **93,537** | **61,661** | **-** | **-** | **-** | **17,569** | **657** | **-** | **136** | **-** | **-** | **-** | **-** |
| **Gross Profit** | **148,844** | **1,309** | **165,058** | **18,226** | **-** | **-** | **-** | **-** | **-** | **19,280** | **-** | **-** | **-** | **-** | **-** |
| General and Administrative Expenses | 249,725 | - | 21,459 | - | - | - | - | - | - | 2,573 | - | - | - | - | - |
| Other Expense | 19,932 | - | 20,261 | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Income (Loss)** | **$ (120,813)** | **$ 1,309** | **$ 123,337** | **$ 18,226** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ 16,707** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |

*Peer Street Pocket RWN Supplement    Pages 9-10*

business day) (the "Redemption Cutoff Date"). For illustrative purposes, an Investor desiring to redeem their RWN on November 1st of a given year must provide notice no later than October 15th of that year, unless that October 15th is a weekend or bank holiday, in which case notice must be given on the preceding business day.

Barring any Liquidation Trigger (as described below in this section), Redemption requests will be processed, and monies returned to Investors' PeerStreet account, no later than the 1st day of the month following the Redemption request (or, if such day is on a weekend or bank holiday, on the next business day); provided, however, that requests received after the Redemption Cutoff Date of the previous month will not be processed until the 1st day of the subsequent month. Monies invested in RWNs will not be investable in other PeerStreet investment products or withdrawable to Investors' bank accounts until the earlier to occur of (i) the Maturity Date or (ii) Redemptions being processed. PeerStreet may in the future enable Investors to immediately transfer funds from RWNs to other investment products or to withdraw directly to their bank accounts (bypassing the need to first go to Investors' regular PeerStreet account), but those features do not yet exist and may never be developed.

While PSFLLC endeavors to timely meet all Redemption requests, the availability of cash to be redeemed depends on a number of factors including, without limitation, how much of the Warehouse Funds are being held in cash (as opposed to in Financed Loans) at any given time. Warehouse LLC is not obligated to keep any cash reserves and may invest all Warehouse Funds into Participation Interests at any given time.

As PSFLLC receives Redemption requests, it will make similar requests to Warehouse LLC under the terms of the Warehouse Loan. Subject to the conditions below, Warehouse LLC will be required to make the corresponding payment to PSFLLC, who will then use such funds to remit payments to Investors. If there aren't sufficient Warehouse Funds held in cash to meet a given month's request, Warehouse LLC will be responsible for selling its Participation Interests or finding other capital sources (including, without limitation, PSFI as guarantor) to remit payment to PSFLLC.

In order to protect Investors' interest in RWNs and the value of the collateral for the Warehouse Funds, as well as to allow for the orderly distribution of Investor principal and interest and the orderly sale of Participation Interests or Financed Loans (if necessary), ==PSFLLC may (in its sole and absolute discretion) elect to temporarily halt Redemptions upon the occurrence of any of the following events:==

- If more than 25% of then outstanding principal due on all RWNs issued by PSFLLC is redeemed within a single calendar month (a "Material Aggregate Redemption") and Warehouse LLC fails to timely pay back the corresponding sums to PSFLLC;

- If Warehouse LLC defaults under the terms of the Warehouse Loan;

- If Warehouse LLC or PSFI make an assignment for the benefit of creditors, files a voluntary petition in bankruptcy, is adjudged a bankrupt or insolvent, or has entered against it an order for relief, in any bankruptcy or insolvency proceedings, files a petition or answer seeking for itself any reorganization,

RWN Supplement                            9

arrangement, composition, readjustment, liquidation or similar relief under any statute, law or regulation, files an answer or other pleading admitting or failing to contest the material allegations of a petition filed against it in any proceeding of this nature, or seeks or consents to the appointment of a trustee, receiver or liquidator for itself or of all or any substantial part of its assets; or

- If reasonably necessary in the good faith opinion of PSFLLC to allow for the orderly liquidation of the Pocket program and the return of Investors' monies.

A halt in Redemptions shall be considered a "Liquidation Trigger." Upon a Liquidation Trigger occurring, the Warehouse Loan shall be suspended and Warehouse LLC shall be barred from using any Warehouse Funds then held in cash for the acquisition of additional Participation Interests.

In the event of a Material Aggregate Redemption, Warehouse LLC shall have ninety ("90") days, from the day that PSFLLC notifies it of such an event, to pay back to PSFLLC all sums due under the Warehouse Loan. In the event that Warehouse LLC fails to pay back all sums within this time period, PSFLLC shall be entitled to exercise its rights and remedies against Warehouse LLC and PSFI to their fullest extent, including, without limitation, taking title to the Financed Loans or Participation Interests and disposing of such loans or interests as it deems fit in order to return sums owed to RWN holders.

In the event of a Liquidation Trigger, PSFLLC is under no obligation to immediately liquidate Financed Loans, but will proceed with the liquidation of Finance Loans in its discretion. The timing of post-Liquidation Trigger distributions of principal and interest to Investors may vary greatly, depending on prevailing market conditions, the payment status of Financed Loans, and other factors. In these circumstances, PSFLLC will endeavor to distribute cash to Investors as it becomes available, but may elect (in its sole and absolute discretion) to retain some cash as reserves to cover third-party fees and costs (such as, without limitation, servicing fees, legal fees, servicing advances, etc.) associated with the Liquidation Trigger and subsequent disposition of Financed Loans.

All payments made to Investors after a Liquidation Trigger will be net of any fees and expenses, charges or other reimbursements payable to PSFLLC and third-party service providers. If the post-Liquidation Trigger sale of Financed Loans by PSFLLC generates greater returns than was owed to holders of RWNs prior to the Liquidation Trigger, the Investors will be entitled to all excess returns. Conversely, however, if the post-Liquidation Trigger sale of Financed Loans does not generate sufficient cash to pay all expenses and return all sums owed to Investors, and neither Warehouse LLC nor PSFI can cover the shortfall, Investors may lose some or all of their RWN investment. While Warehouse LLC and PSFI may be liable to PSFLLC for any shortfall, PSFLLC's obligations to Investors is limited to monies actually received from Warehouse LLC and PSFI and/or the sale of Financed Loans.



**PeerStreet**

John Spicer
3537 Germann Ct
Lexington KY 40503

**Statement Date** October 01, 2023 - October 31, 2023
**Account Type** Individual
**Account Number** ▓▓▓▓▓▓▓

## Monthly Overview

**Total Account Value**
$22,284.42

**Earnings This Statement**
$48.60

### Account Summary

| | 10/01/23 | Net change | 10/31/23 |
|---|---|---|---|
| Investable Cash | $0.00 | $0.00 | $0.00 |
| Cash Awaiting Loan Closing | $0.00 | $0.00 | $0.00 |
| Invested Loan Principal | $7,452.51 | $0.00 | $7,452.51 |
| Invested Pocket Principal | $14,783.31 | $48.60 | $14,831.91 |
| **Account Total** | **$22,235.82** | **$48.60** | **$22,284.42** |

### Earning Summary

| | This Period | Year to Date |
|---|---|---|
| Interest [2] | $0.00 | $386.38 |
| Fees [3] | $0.00 | $13.35 |
| Gain On Sale | $0.00 | $0.00 |
| Charge-Off | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Pocket Interest | $48.60 | $490.74 |
| **Total** | **$48.60** | **$890.47** |

[2] Interest includes all interest you earned from loans (i.e. regular, promotional, and default interest). Pocket Interest is separated out.
[3] Fees are your earnings from borrowers who paid extra fees on their loan (e.g. late fee, prepayment penalty, extension fee).

### Loan Positions

#### Active Investments

| Loan | Yield | Start Date | Maturity Date | Principal Investment Initial | Principal Investment Outstanding | Payments This Period Earnings | Payments This Period Principal |
|---|---|---|---|---|---|---|---|
| Los Angeles, CA Acquisition #550 | 7.125% | 06/29/21 | 07/01/23 | $1,100.00 | $1,089.86 | $0.00 | $0.00 |
| Tacoma, WA Acquisition #11 | 7.250% | 11/19/21 | 12/01/23 | $1,188.00 | $1,186.68 | $0.00 | $0.00 |
| East Providence, RI Cash-Out Refinance #2 | 7.250% | 04/21/22 | 05/01/24 | $1,030.00 | $1,030.00 | $0.00 | $0.00 |
| Miami, FL Cash-Out Refinance #305 | 7.000% | 05/04/22 | 05/01/23 | $1,138.00 | $1,137.97 | $0.00 | $0.00 |
| Puyallup, WA Cash-Out Refinance #4 | 7.750% | 05/09/22 | 05/01/24 | $1,014.00 | $1,014.00 | $0.00 | $0.00 |
| Bay Shore, NY Acquisition #3 | 9.000% | 08/16/22 | 09/01/23 | $941.00 | $941.00 | $0.00 | $0.00 |
| Tampa, FL Acquisition #112 | 10.000% | 12/07/22 | 12/01/23 | $1,053.00 | $1,053.00 | $0.00 | $0.00 |
| **Total** | | | | **$7,464.00** | **$7,452.51** | **$0.00** | **$0.00** |

#### Pending Investments
None

#### Past Investments
None

### Transaction History

No transactions

### Pocket Transaction History

| Date | Transaction | Amount | Account Total |
|---|---|---|---|
| 10/01/23 | Beginning Balance | — | $14,783.31 |
| 10/01/23 | Interest from Pocket 1-month | $48.60 | $14,831.91 |
| 10/31/23 | Ending Balance | — | $14,831.91 |

From: **PeerStreet** info@peerstreet.com
Subject: Pocket Investor Update
Date: April 3, 2023 at 9:00 PM
To: wratt2k@yahoo.com





## Pocket Investor Update

Dear Pocket Investor,

As you know from our prior communications over the past two months, PeerStreet halted all deposits into, and redemptions from, the 1-month and 3-month Pocket accounts to allow for an orderly liquidation of loan assets funded by or purchased with Pocket funds, pursuant to the terms of the PeerStreet Platform's Pocket Program Redeemable Warehouse Note Supplements to the Private Placement Memorandum ("Supplements"). We are, again, following up to provide an update on the liquidation of the loan assets.

As of today's date, Pocket 1-Month holds over $31.3 million in cash but 1-month Pocket funds remain connected to participation interests in loans secured by mortgages with a face value of approximately $7.6 million. Pocket 3-Month continues to hold approximately $1.3 million in cash and has no investment in funded participation interests. PeerStreet continues to diligently work to liquidate these remaining loans and, once the liquidation is completed, it intends to distribute the 1-Month and 3-Month Pocket funds to investors in accordance with the terms of the Supplements.

We want to, once again, reiterate and reassure you that this money is held in segregated bank accounts at Wells Fargo. PeerStreet does not bank with Silicon Valley Bank, Silvergate, Signature, or First Republic, and Pocket monies have not been implicated in any of the events of the last few weeks.

We appreciate your patience and continue to be available at

We appreciate your patience and continue to be available at support@peerstreet.com.

Thanks,

The PeerStreet Team

*The PeerStreet Team*

Investor Agreement:
https://peerstreet-static.s3.amazonaws.com/docs/ia-02.pdf

Private Placement Memorandum:
https://peerstreet-static.s3.amazonaws.com/docs/ppm-02.pdf

PPM Supplement Pocket 1-month:
https://peerstreet-static.s3.amazonaws.com/docs/ppm-02-rwn-supplement.pdf

PPM Supplement Pocket 3-month:
https://peerstreet-static.s3.amazonaws.com/docs/pocket-3-month-rwn-supplement.pdf

---

[1] "In order to protect Investors' interest in [Redeemable Warehouse Note]s and the value of the collateral Warehouse Funds, as well as to allow for the orderly distribution of Investor principal and interest and the orderly sale of Participation Interests or Financed Loans (if necessary), PSFLLC may (in its sole and absolute discretion) elect to temporarily halt Redemptions . . . [i]f reasonably necessary in the good faith opinion of PSFLLC to allow for the orderly liquidation of the Pocket program and the return of Investors' monies." Pocket Supplement, page 9-10; 3-Month Pocket Supplement, page 12.

---

**PeerStreet**   

2121 Park Pl #250,
El Segundo, CA 90245

© 2023 PeerStreet, Inc. All rights reserved.
Unsubscribe

The information in this email does not constitute an offer to sell securities or a solicitation of an offer to buy securities. Further, none of the information contained on this email is a recommendation to invest in any