**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Peer Street, Inc., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS)<br><br>(Jointly Administered)<br><br>Ref. D.I. 644, 659, 663 & 686 |

**CERTIFICATION OF COUNSEL REGARDING *REVISED* ORDER
(A) ESTABLISHING BAR DATES AND RELATED PROCEDURES FOR FILING
PROOFS OF CLAIM (INCLUDING FOR CLAIMS ARISING UNDER SECTION
503(B)(9) OF THE BANKRUPTCY CODE) AND (B) APPROVING THE FORM AND
MANNER OF NOTICE THEREOF**

On November 28, 2023, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the *Motion of Debtors for Order (I)(A) Establishing Bar Dates and Related Procedures for Filing Proofs of Claim (Including for Claims Arising Under Section 503(b)(9) of the Bankruptcy Code) and (B) Approving the Form and Manner of Notice Thereof; and (II) Establishing a Bar Date for the Assertion of Postpetition Administrative Expenses* [Docket No. 644] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). A proposed form of order approving the Motion was attached to the Motion as Exhibit A (the "**Proposed Order**"). Responses to the Motion were to be filed and served no later than 4:00 p.m. (ET) on December 5, 2023 (the "**Objection Deadline**").

Prior to the Objection Deadline, the Debtors received informal comments from the Official Committee of Unsecured Creditors (the "**Committee**"), counsel for Sean Banchick, and the Office

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

31100747.1

of the United States Trustee. Formal objections were received from claimant, Erick J. Kolb [Docket No 659] and claimant, Kevin Coffey [Docket No. 663] (each a "**Respondent**" and, together with the Committee, and counsel for Sean Banchick, the "**Respondents**"). No other informal responses or objections to the Motion were received.

On December 11, 2023, the Debtors filed a *Notice of Filing Revised Proposed Bar Date Order and Exhibits Attached Thereto* [Docket No. 686] (the "**Revised Proposed Order**") which addressed the concerns of the Respondents.

On December 12, 2023, the Court held a hearing (the "**Hearing**") with respect to the Motion. At the Hearing, the Court provided comments to the Revised Proposed Order and ruled that it would approve the Motion subject to certain revisions that the Debtors would make to the Revised Proposed Order and the Customer Claim Form attached thereto.

Accordingly, the Debtors have prepared a further revised proposed order approving the Motion (including the Customer Claim Form) (the "**Further Revised Proposed Order**"), a copy of which is attached hereto as **Exhibit A**. For the convenience of the Court and other interested parties, a blackline comparing the Further Revised Proposed Order against the Revised Proposed Order is attached hereto as **Exhibit B**. The Further Revised Proposed Order has been circulated to counsel for the U.S. Trustee, the Committee, and Mr. Banchick, who have each confirmed that such parties do not object to its entry.

WHEREFORE, as the Debtors did not receive any objections or responses other than those described herein, and as any objection to the Motion has been overruled or resolved, and as U.S. Trustee, the Committee, and Mr. Banchick do not oppose entry of the Further Revised Proposed Order, the Debtors respectfully request that the Court enter the Further Revised Proposed Order without further notice or hearing at the Court's earliest convenience.

Dated: December 29, 2023

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ S. Alexander Faris*<br>Joseph Barry (Del. Bar No. 4221)<br>Ryan M. Bartley (Del. Bar No. 4985)<br>S. Alexander Faris (Del. Bar No. 6278)<br>Shella Borovinskaya (Del. Bar No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:  jbarry@ycst.com<br>          rbartley@ycst.com<br>          afaris@ycst.com<br>          sborovinskaya@ycst.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>P. Bradley O'Neill (admitted *pro hac vice*)<br>Caroline Gange (admitted *pro hac vice*)<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone:  (212) 715-9511<br>Facsimile:  (212) 715-8000<br>Email:  boneill@kramerlevin.com<br>          cgange@kramerlevin.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |

31100747.1