**IN THE HONORALE BANKRUPTCY COURT**
**DELAWARE, USA**
**Honorable Judge Silberstein Presiding**

RECEIVED

2024 FEB 20  AM 8: 17

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

PS FUNDING, PEER STREET    vs

CASE NO 23-10815-LSS

02/16/2024

### OBJECTION REBUTAL to PEER STREETS objection. (Docket 864)

1. Your Honor in the State of Florida title does not transfer when our objection is filed.

   FLS: Chapter 45 I am still within my rights to redeem. The motion is incorrect.

2. Peer Street continued to lie in the local hearings. I notified Peer Street in 2020 of my ⟨1-28-2020⟩ intentions of refinancing the property into our primary residence.

3. I see in their objection to my motion that it is was imperative to their plan that they challenge my standing. I have a huge claim against these folks and my deadline Is 02/22/2024. The day after the motion to convert is to be held.


   I was recommended to hire another attorney to file motions in the local courts to illustrate and provide case law to back up the motions. Incurring more fees that can go towards settling what is in the best interest of the investors is the Veil that they have been operating under.

4. The evidence is the damage that their business practices have caused. The picture they paint is a good one and the pictures they show are nice. This is your opportunity, your honor and doing the right thing peal back the layers. The Investors that have joined the motion are smart the letters to court are real people with real standing.

I am excited for the opportunity to present our evidence and all the other folks who have joined our motion. All the victims have standing.

When I received Shelia's email about the fact that our day is coming to support our motion. I had a contract on the home to sell and they would not even entertain or slow the process. I have been actively seeking resolution since we started.

When the initial sale date was scheduled, they conveniently failed to publish and had to Emergency cancel the sale and reschedule it so they could have it right before the OBJECTIONS to our motions is due.

While I have standing as title holder and an American who has been blessed to have survived the storm.

As you can clearly see, this is a slander motion and illustrates the way they legally attack the opponent.

PAGE 1

I have spoken with investors that were hit up for capital right before they filed. Crazy vacations and lavish spending within the 180 days prior to filing according to an anonymous investor that I reached out to scrambling to find yet another deal, that is not what they want in the first place, as evidenced by the pattern outlined in our litigation, forced bankruptcy filings. They were our only creditor who was not willing to work with us.

I can clearly identify the patterns failure to disclose, spreading of false information.

The most recent jockeying around with our sale date to line it up with their objection. (The auction was ridiculous.)

My intention is not to slander PEER Street it is to clearly identify the legal gamesmanship and abuse of Sue Process/Due Process and ultimately save my homestead to where I have actively been presenting them above note options to redeem. They want to hold the properties. This is not making neighborhoods stronger. This practice is eroding our system that was designed to protect our rights and is being used to strip them.

Looking forward to having our hearing on February 21st, 2024.

With Gratitude and Regards I respectfully submit this letter,

Stephen G. Tibstra
Independent Citizen USA
2441 East Crooked Lake Club Blvd.
Eustis, FL 32726
407.488.9656
Wdevelopment115@aol.com

PAGE 2

## Peer Street, Inc. (Case No. 23-10815) - February 21 Hearing

From: Borovinskaya, Shella (sborovinskaya@ycst.com)

To:    wdevelopment115@aol.com

Date:  Thursday, February 1, 2024 at 10:37 AM EST

Good Morning,

Please be advised that your Emergency Motion to Suspend Operations of Peer Street and Motion to Have This Case Converted to Ch 7 will be heard at a hearing before the United States Bankruptcy Court for the District of Delaware scheduled for February 21, 2024 at 2:00 p.m. (ET). The Debtors will file their objections by 4:00 p.m. (ET) on February 14, 2024 and any replies to the objection will be due by 4:00 p.m. (ET) on February 16, 2024.

Thank you,
Shella



**Shella Borovinskaya, Associate**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P:  302.571.6730 | F: 302.571.1253
SBorovinskaya@ycst.com | www.youngconaway.com

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

Peer Street Funding
2121 Park Place #250
El Segundo, CA  90245

Attn: Cindi Lewis

Stephen G. Tibstra
2441 East Crooked Lake Club Blvd.
Eustis, FL 32726

4/19/2021

RE: Settlement of Account/ Payoff

Good Day Cindi Lewis:

I am very eager to refinance the home away from the obligations to your organization and I am eager to maintain the home as my permanent residence. Please present my situation to your board and kindly inquire as to what is the lowest amount that they would be willing to accept as a payoff. Please generate that number of an acceptable threshold in the form of a payoff request. My lenders and I will generate our highest and best offer from that threshold payoff letter.

I know that this loan has unique circumstances surrounding it. I am requesting an outside the box request to help resolve this so we may maintain our home and your organization receives the proceeds from the funding of the new loan.

Thank you in advance for your time and attention, as we are eager to bring this file to a close and give you the highest and best option that we are able to generate.

I look forward to hearing from you.    Make it a great week.

Kind Regards,

Stephen Tibstra
407.488.9656

## RE: Emergency Injunction

From: Lora Johnson (lora_johnson@deb.uscourts.gov)

To:    wdevelopment115@aol.com

Date:  Monday, February 12, 2024 at 03:05 PM EST

Good afternoon,

I'm sorry there is nothing we can do with an email. Emails do not get forwarded to the Judge.
If you wish to have your request/correspondence on the case docket, please mail your correspondence to the clerk of court at the address below. Remember to indicate what case this is in regard to.
  Thank you.

U.S. Bankruptcy Court for the District of Delaware

824 North Market Street – 3rd Floor

Wilmington, DE 19801

Best Regards,
Lora Johnson
Courtroom Deputy to Chief Judge Laurie Selber Silverstein
US Bankruptcy Court for the District of Delaware

**From:** wdevelopment115@aol.com <wdevelopment115@aol.com>
**Sent:** Monday, February 12, 2024 2:16 PM
**To:** Lora Johnson <Lora_Johnson@deb.uscourts.gov>
**Subject:** Emergency Injunction

**CAUTION - EXTERNAL:**

The Attourneys for Credit Committee are not returning telephone calls or email. Millions of dollars are being squandered. We found a buyer for our home. They refused to supply the payoff unitll  January 31, only valid till the 12th. We all know that this not acting in good faith if they are really trying to resolve the debts.

We can see that Stretto is not publishing the entire docket. Investors are stating that their documented interests are not being represented in their schedules.

I have been in contact with investors that are not receiving correspondence from the Credit Committees Council.

Good Faith is not at play and this really needs to be stopped.

I am need an order from this court to prevent my home from going to auction tomorrow at 11:00am.

As indicated in prior communication we have the means to settle however the mitigation is not two sided.

Any assistance in getting this accomplished would be greatly appreciated.

With Sincere Gratitude,

Stephen Tibstra

407.488.9656

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# Shipment Receipt

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
FRI 16 FEB 2024

EXPECTED DELIVERY DATE:
MON 19 FEB 2024 8:30 AM
SHIP FROM:
STEPHEN TIBSTRA
2441 E CROOKED LAKE CLUB BLVD
EUSTIS FL 32726
(407) 488-9656

SHIP TO:
UNITED STATES BANKRUPTCY COURT
JUDGE SILBERSTEIN CASE 23-10815
824 MARKET ST N
FL 3
WILMINGTON DE 19801
RESIDENTIAL

SHIPPED THROUGH:
THE UPS STORE #6683
MOUNT DORA,FL 32757-6735
(352) 602-4253

SHIPMENT INFORMATION:
UPS NEXT DAY AIR EARLY RES
0 lb 2.5 oz actual wt
LTR Billed Weight
CARRIER LETTER
UPS CARBON NEUTRAL

TRACKING NUMBER: 1ZZE09W11596400571
SHIPMENT ID: MM1ASJ9XAKB2X
SHIP REF 1: - -
SHIP REF 2: - -

DESCRIPTION OF GOODS:
DOCS

SHIPMENT CHARGES:
NEXT DAY AIR EARLY RES        84.38
SERVICE OPTIONS               0.20
FUEL SURCHARGE                14.56
CMS PROCESSING FEE            0.22

| | |
|---|---|
| TOTAL | $99.36 |

COMPLETE ONLINE TRACKING: ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
HTTP://THEUPSSTORE.COM (SELECT TRACKING. ENTER SHIPMENT ID #)        SHIPMENT
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.
     NEED PACKAGE HELP? (LOST/DAMAGED). PROVIDE DETAILS SO WE CAN HELP:
HTTPS://ONLINE.UPSCAPITAL.COM/TCCP

Get 15% Off Your Next Print Job
With $10 minimum order.

IN-STORE AT PARTICIPATING LOCATIONS ONLY

SHIPMENTID: MM1ASJ9XAKB2X

Powered by (Ship(r)
02/16/2024 12:36 PM Pacific Time T

The UPS Store

---

STEPHEN TIBSTRA
(407) 488-9656
2441 E CROOKED LAKE CLUB BLVD
EUSTIS  FL 32726

0.2 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 16 FEB 2024

SHIP  JUDGE SILBERSTEIN CASE 23-10815
TO:   UNITED STATES BANKRUPTCY COURT
      FL 3
      824 MARKET ST N



WILMINGTON  DE 19801

DE 197 9-25

UPS EARLY
TRACKING #: 1Z 2E0 9W1 15 9640 8571        1+

BILLING: P/P
UPS CARBON NEUTRAL SHIPMENT

ISH 13.00F ZZP 450 02.5U 01/20