# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |
|  | Ref. Docket No. 814 & 815 |

### NOTICE OF FILING OF *REVISED* COMBINED DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN FOR PEER STREET, INC. AND ITS AFFILIATED DEBTORS

**PLEASE TAKE NOTICE** that, on January 31, 2024, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Combined Disclosure Statement and Joint Chapter 11 Plan for Peer Street, Inc. and Its Affiliated Debtors* [Docket No. 814] (as amended, modified or supplemented from time to time, the "**Combined Disclosure Statement and Plan**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Contemporaneously therewith, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Solicitation and Tabulation Procedures; (III) Approving the Form of Ballot and Solicitation Materials; (IV) Establishing the Voting Record Date; (V) Fixing the Date, Time, and Place for the Combined Hearing and the Deadline for Filing Objections Thereto; and (VI) Granting Related Relief* [Docket No. 815] (the "**Motion**") seeking entry of an order approving the Combined Disclosure Statement and Plan on an interim basis for solicitation purposes only (the "**Proposed Solicitation Procedures Order**").

**PLEASE TAKE FURTHER NOTICE** that, the Debtors have made certain modifications to the Combined Disclosure Statement and Plan, of copy of which is attached hereto as **Exhibit 1** (the "**Revised Combined Disclosure Statement and Plan**"), in response to discussion with the U.S. Trustee, Creditors Committee, Prepetition Agent and Colchis.

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and all parties in interest, a blackline reflecting the changes made to the Revised Combined Disclosure

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

Statement and Plan is attached hereto as **Exhibit 2**.[2] The Debtors reserve their rights to further amend, supplement, or modify the Revised Combined Disclosure Statement and Plan.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the approval of the Proposed Solicitation Procedures Order approving the Revised Combined Disclosure Statement and Plan, on an interim basis, is scheduled to be held on February 21, 2024, at 2:00 p.m. (ET) (prevailing Eastern Time) before the Honorable Laurie Selber Silvertein, in the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

Dated: February 20, 2024

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| /s/ Ryan M. Bartley | P. Bradley O'Neill (admitted *pro hac vice*) |
| Joseph Barry (Del. Bar No. 4221) | Caroline Gange (admitted *pro hac vice*) |
| Ryan M. Bartley (Del. Bar No. 4985) | 1177 Avenue of the Americas |
| S. Alexander Faris (Del. Bar No. 6278) | New York, New York 10036 |
| Shella Borovinskaya (Del. Bar No. 6758) | Telephone: (212) 715-9511 |
| Carol E. Cox (Del. Bar No. 6936) | Facsimile: (212) 715-8000 |
| Rodney Square | Email: boneill@kramerlevin.com |
| 1000 North King Street | cgange@kramerlevin.com |
| Wilmington, Delaware 19801 | |
| Telephone: (302) 571-6600 | *Co-Counsel to the Debtors and* |
| Facsimile: (302) 571-1253 | *Debtors in Possession* |
| Email: jbarry@ycst.com | |
| rbartley@ycst.com | |
| afaris@ycst.com | |
| sborovinskaya@ycst.com | |
| ccox@ycst.com | |

*Co-Counsel to the Debtors and*
*Debtors in Possession*

---

[2] The Schedules attached to the Liquidation Analysis (Exhibit A to the Revised Combined Disclosure Statement and Plan) are new but are not reflected as insertions in the blackline.