# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Peer Street, Inc., *et al.*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On February 19, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit A**, via facsimile on the service list attached hereto as **Exhibit B**, and via electronic mail on the service list attached hereto as **Exhibit C**:

- **Notice of Amended Agenda of Matters Scheduled for Hearing on February 21, 2024 at 2:00 P.M. (ET)** (Docket No. 874)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: February 20, 2024

                                                            Gregory A. Lesage

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 20th day of February 2024, by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____



STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

# **<u>Exhibit A</u>**



# Exhibit A
Served Via Overnight Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Internal Revenue Service | Attn: Centralized Insolvency Op | PO Box 7346 | Philadelphia | PA | 19101-7346 |
| Sean Tarpenning | | Address Redacted | | | |
| Sean Tarpenning | | Address Redacted | | | |
| Securities and Exchange Commission | Attn: Regional Director | 200 Vesey St Ste 400 Brookfield Pl New York Regional Office | New York | NY | 10281-1022 |
| Securities and Exchange Commission | Attn: Legal Dept | 100 F Street, NE | Washington | DC | 20549 |
| Stephen G. Tibstra | | Address Redacted | | | |
| Tim and Lisa Brewster | | Address Redacted | | | |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 1

# **<u>Exhibit B</u>**



# Exhibit B
Served Via Facsimile

| Name | Attention 1 | Attention 2 | Fax |
|---|---|---|---|
| Bay Point Advisors LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Kenneth A. Listwak & Tori L. Remington | 302-421-8390 |
| Bay Point Advisors LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Matthew R. Brooks | 212-704-6288 |
| Cobra Ventures, LLC | Attn: Theodore J. Welter, Manager | | 585-723-6438 |
| Cypress-Fairbanks ISD, Fort Bend County, and Harris County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | 713-844-3503 |
| Eric Gravatt | c/o Holden, Kidwell, Hahn & Crapo, P.L.L.C. | Attn: Mark V. Cornelison | 208-523-9518 |
| Eric Gravatt | c/o The Law Offices of James Tobia, LLC | Attn: James Tobia | 302-656-8053 |
| Erick J. Kolb | c/o McCarter & English LLP | Attn: Kate Roggio Buck | 302-984-6399 |
| Fort Bend Co WCID #02 | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | 713-844-3503 |
| George Gabriel and MGM Gabriel & Associates, Inc. | c/o Potter Anderson & Corroon LLP | Attn: Aaron H. Stulman, Esq. & Katelin A. Morales, Esq. | 302-658-1192 |
| George Grabiel and MGM Gabriel & Associates, Inc. | c/o Schorr Law, a Professional Corporation | Attn: Stephanie C. Goldstein, Esq. | 310-402-5972 |
| Harris County Municipal Utility District #501 | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Melissa E. Valdez | 713-862-1429 |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | | 267-941-1015 |
| Invigorate Finance, LLC | c/o Locke Lord LLP | Attn: Aaron C. Smith, Jonathan E. Aberman, & Katherine E. Culbertson | 312-896-6460 |
| Invigorate Finance, LLC | c/o Polsinelli PC | Attn: Christopher A. Ward | 302-252-0921 |
| Jax SFH Properties, LLC | c/o The Law office of James Tobia, LLC | Attn: James Tobia | 302-656-8053 |
| John Bolich | c/o Kasen & Kasen, P.C. | Attn: Jenny R. Kasen | 856-424-7565 |
| Magnetar Financial LLC | c/o Richards, Layton & Finger, P.A. | Attn: Russell C. Silberglied, Brendan J. Schlauch, & Emily R. Mathews | 302-651-7701 |
| Office of the United States Attorney for the District of Delaware | | | 302-573-6220 |
| Official Committee of Unsecured Creditors | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi & John C. Gentile | 302-442-7012 |
| Official Committee of Unsecured Creditors | c/o Morrison & Foerster LLP | Attn: Lorenzo Marinuzzi, Benjamin Butterfield, & Raff Ferraioli | 212-468-7900 |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Landis Rath & Cobb LLP | Attn: Adam G. Landis, Esq., Kimberly A. Brown, Esq. & Howard W. Robertson IV, Esq. | 302-467-4450 |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Winston & Strawn LLP | Attn: David Neier, Esq. & James T. Bentley, Esq. | 212-294-4700 |
| Pantheon Capital Advisors, Inc. | c/o Morris James LLP | Attn: Brya M. Keilson, Esq. & Jason Levin, Esq. | 302-571-1750 |
| Sean Banchik | c/o Morris James LLP | Attn: Brya M. Keilson, Esq. & Jason S. Levin, Esq. | 302-571-1750 |
| Sean McGuiness | c/o Jack Shrum, P.A. | Attn: "J" Jackson Shrum Esq. | 302-543-6386 |
| State of Delaware | Department of Justice | | 302-577-6630 |
| Teddy Truong | c/o Jack Shrum, P.A. | Attn: "J" Jackson Shrum | 302-543-6386 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 2



## Exhibit B
Served Via Facsimile

| Name | Attention 1 | Attention 2 | Fax |
|---|---|---|---|
| The Chartwell Law Offices, LLP | c/o Jack Shrum, P.A. | Attn: J Jackson Shrum Esq. | 302-543-6386 |
| Vinay Kudithipudi | c/o Lynn Pinker Hurst & Schwegmann | Attn: Jared D. Eisenberg | 214-981-3839 |
| Welter Realty, LLC | Attn: Theodore J. Welter, Manager |  | 585-723-6438 |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 2 of 2

# **Exhibit C**



**Exhibit C**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Alejandro A. Malberty | | | Address Redacted |
| Alex Chernovets | | | Address Redacted |
| Alex Tsui | | | Address Redacted |
| Alexander Ganelis | | | Address Redacted |
| Amba Securities LLC; Sanjay R. Patel, and Neela S. Patel | c/o Reger Rizzo & Darnall LLP | Attn: Louis J. Rizzo, Esquire | lrizzo@regerlaw.com |
| Amelia Nash | | | Address Redacted |
| Amy D'Aprile | | | Address Redacted |
| Anand Pradhan | | | Address Redacted |
| Antonio M. Malberty | | | Address Redacted |
| Bay Point Advisors LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Kenneth A. Listwak & Tori L. Remington | ken.listwak@troutman.com tori.remington@troutman.com |
| Bay Point Advisors LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Matthew R. Brooks | matthew.brooks@troutman.com |
| Brent D. Lowe | | | Address Redacted |
| Brian Benitz | | | Address Redacted |
| Brian Perry | | | Address Redacted |
| Budget Finance Company | c/o Kogan Law Firm, APC | Attn: Michael S. Kogan | mkogan@koganlawfirm.com |
| Carl Brown | | | Address Redacted |
| Carl Fricke | | | Address Redacted |
| Chad Persons | | | Address Redacted |
| Charles County, Maryland | c/o Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | bdept@mrrlaw.net |
| Charles S Kayne | | | Address Redacted |
| Clifton Harmon | | | Address Redacted |
| Cobra Ventures, LLC | Attn: Theodore J. Welter, Manager | 550 Latona Road Bld D | tw@welterrealty.com |
| Cooper Butler | | | Address Redacted |
| Cypress-Fairbanks ISD, Fort Bend County, and Harris County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Daniel Harris | | | Address Redacted |
| David Aiello | | | Address Redacted |
| David Anthony Pelner | | | Address Redacted |
| David Kraus | | | Address Redacted |
| David Sadowsky | | | Address Redacted |
| David Schlachet | | | Address Redacted |
| Deborah Shepard | | | Address Redacted |
| Douglas Lyon | | | Address Redacted |
| Edward Thielk | | | Address Redacted |
| Eric Gravatt | c/o Holden, Kidwell, Hahn & Crapo, P.L.L.C. | Attn: Mark V. Cornelison | mcornelison@holdenlegal.com |
| Eric Gravatt | c/o The Law Offices of James Tobia, LLC | Attn: James Tobia | jtobia@tobialaw.com |
| Erick J. Kolb | c/o McCarter & English LLP | Attn: Kate Roggio Buck | kbuck@mccarter.com |
| Fort Bend Co WCID #02 | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Gary Seever | | | Address Redacted |
| Gene B. Goldstein | | | Address Redacted |
| George Gabriel and MGM Gabriel & Associates, Inc. | c/o Potter Anderson & Corroon LLP | Attn: Aaron H. Stulman, Esq. & Katelin A. Morales, Esq. | astulman@potteranderson.com kmorales@potteranderson.com |
| George Grabiel and MGM Gabriel & Associates, Inc. | c/o Schorr Law, a Professional Corporation | Attn: Stephanie C. Goldstein, Esq. | sgoldstein@schorr-law.com |
| George Porter | | | Address Redacted |
| George Sicklick | | | Address Redacted |
| Gianfranco Tiberia | | | Address Redacted |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 5



**Exhibit C**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Greg Regan | | | Address Redacted |
| Gregg Sadowsky | c/o Cal TD Investments, LLC | 672 Polaris Drive | caltdinvestments@gmail.com |
| Gregory Porter | | | Address Redacted |
| Harris County Municipal Utility District #501 | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Melissa E. Valdez | mvaldez@pbfcm.com |
| Heidi & Harland Often | | | Address Redacted |
| Heidi Often | | | Address Redacted |
| Hung Lam | | | Address Redacted |
| Invigorate Finance, LLC | c/o Locke Lord LLP | Attn: Aaron C. Smith, Jonathan E. Aberman, & Katherine E. Culbertson | asmith@lockelord.com jon.aberman@lockelord.com katherine.culbertson@lockelord.com |
| Invigorate Finance, LLC | c/o Polsinelli PC | Attn: Christopher A. Ward | cward@polsinelli.com |
| Irina Ganelis | | | Address Redacted |
| Jacquelyn Perrucci | | | Address Redacted |
| Jakow Diener [Jerry Diener] | | | Address Redacted |
| James Fariss | | | Address Redacted |
| James Raymound Pickard | | | Address Redacted |
| Jason Elmore | | | Address Redacted |
| Jason Lerch | | | Address Redacted |
| Jax SFH Properties, LLC | c/o The Law office of James Tobia, LLC | Attn: James Tobia | jtobia@tobialaw.com |
| Jaydip Savani | | | Address Redacted |
| Jeff Hendricks | | | Address Redacted |
| Jeff Stilwell | | | Address Redacted |
| Jeffrey Canclini | | | Address Redacted |
| Jeffrey Glenn Straus | | | Address Redacted |
| Jennifer Rodriguez | | | Address Redacted |
| Jessica Lyman | | | Address Redacted |
| Jing Liang | | | Address Redacted |
| John Bolich | c/o Kasen & Kasen, P.C. | Attn: Jenny R. Kasen | jkasen@kasenlaw.com |
| John Gowan | | | Address Redacted |
| John Peta | | | Address Redacted |
| John Sharp | | | Address Redacted |
| John Spicer | | | Address Redacted |
| John W. Popeo | | | Address Redacted |
| Jonathan Newman | | | Address Redacted |
| Joseph R. Gigantino Jr. & Christine M. Gigantino | | | Address Redacted |
| Josiah Davis | | | Address Redacted |
| Judy Hwang | | | Address Redacted |
| Kathryn Justice and Walter James Brown, Jr. | | | Address Redacted |
| Keith Carlisle | | | Address Redacted |
| Kelly Yang | | | Address Redacted |
| Kennedy Uzomba | | | Address Redacted |
| Kevin Keegan | | | Address Redacted |
| Kevin Rose | | | Address Redacted |
| Lana Peta | | | Address Redacted |
| Luke Scrivanich | | | Address Redacted |
| Lynn A Buettner | | | Address Redacted |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 2 of 5



## Exhibit C
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Magnetar Financial LLC | c/o Richards, Layton & Finger, P.A. | Attn: Russell C. Silberglied, Brendan J. Schlauch, & Emily R. Mathews | silberglied@rlf.com schlauch@rlf.com mathews@rlf.com |
| Magnetar Financial LLC | c/o Royer Cooper Cohen Braunfeld LLC | Attn: Marc E. Hirschfield & Marc Skapof | mhirschfield@rccblaw.com mskapof@rccblaw.com |
| Marcos Vazquez | | | Address Redacted |
| Marjorie Rheuban | | | Address Redacted |
| Mark Cleugh | | | Address Redacted |
| Mark Haiden | | | Address Redacted |
| Mertensa, LLC [Jeffery Staples] | | | Address Redacted |
| MFA Financial Inc. and related affiliates | c/o Hunton Andrews Kurth LLP | Attn: J.R. Smith & Jennifer E. Wuebker | jrsmith@huntonak.com jwuebker@huntonak.com |
| Michael Abadier [Culture & Trade LLC] | | | Address Redacted |
| Michael Ehrlich | | | Address Redacted |
| Michael Navarini | | | Address Redacted |
| Michael Olin | | | Address Redacted |
| Michael Preisach | | | Address Redacted |
| Michael Reilly | | | Address Redacted |
| Murtha Kellrooney | | | Address Redacted |
| Nancy Navarini | | | Address Redacted |
| Nedjip Tozun [Ned Tozun] | | | Address Redacted |
| Office of the United States Attorney for the District of Delaware | | 1313 N Market Street | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn:  Joseph F. Cudia | 844 N King St Suite 2207 | joseph.cudia@usdoj.gov ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi & John C. Gentile | jhoover@beneschlaw.com kcapuzzi@beneschlaw.com jgentile@beneschlaw.com |
| Official Committee of Unsecured Creditors | c/o Morrison & Foerster LLP | Attn: Lorenzo Marinuzzi, Benjamin Butterfield, & Raff Ferraioli | lmarinuzzi@mofo.com bbutterfield@mofo.com rferraioli@mofo.com |
| Olivier Meyjonade | | | Address Redacted |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Landis Rath & Cobb LLP | Attn: Adam G. Landis, Esq., Kimberly A. Brown, Esq. & Howard W. Robertson IV, Esq. | landis@lrclaw.com brown@lrclaw.com robertson@lrclaw.com |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Winston & Strawn LLP | Attn: David Neier, Esq. & James T. Bentley, Esq. | dneier@winston.com jbentley@winston.com |
| Pam & Jon Newman | | | Address Redacted |
| Pamela Marshall | | | Address Redacted |
| Pantheon Capital Advisors, Inc. | c/o Morris James LLP | Attn: Brya M. Keilson, Esq. & Jason Levin, Esq. | bkeilson@morrisjames.com jlevin@morrisjames.com |
| Qiang Fang | | | Address Redacted |
| Quacha LLC | | | Address Redacted |
| Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC | c/o Dorsey & Whitney (Delaware LLP) | Attn: Alessandra Glorioso, Esq. | glorioso.alessandra@dorsey.com |
| Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC | c/o Dorsey & Whitney LLP | Attn: Samuel S. Kohn, Esq. & Rachel P. Stoian, Esq. | kohn.sam@dorsey.com stoian.rachel@dorsey.com |
| Rachel Joseph | | | Address Redacted |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 3 of 5



**Exhibit C**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Ray C. Weinand | | | Address Redacted |
| Rebecca Lee | | | Address Redacted |
| Robert Digruccio | | | Address Redacted |
| Robert Harris | | | Address Redacted |
| Robert Mcgee | | | Address Redacted |
| Roy Batchelor | | | Address Redacted |
| Samy Saad | | | Address Redacted |
| Sandeep Dhingra, MD | | | Address Redacted |
| Scott Van Dellen | | | Address Redacted |
| Sean Banchik | c/o Morris James LLP | Attn: Brya M. Keilson, Esq. & Jason S. Levin, Esq. | bkeilson@morrisjames.com jlevin@morrisjames.com |
| Sean McGuiness | c/o Jack Shrum, P.A. | Attn: "J" Jackson Shrum Esq. | jshrum@jshrumlaw.com |
| Sean P. Drower | | | Address Redacted |
| Sean Quinn | | | Address Redacted |
| Sean Tarpenning | | | Address Redacted |
| Shari Shaffer | | | Address Redacted |
| Sherman Marital Share One Trust | | | Address Redacted |
| Shivakumar Rajaraman | | | Address Redacted |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon, Esquire | 123 South Broad Street, Suite 2100 | dplon@sirlinlaw.com |
| Siva Reddy | | | Address Redacted |
| Small Business Administration | c/o Office of General Counsel | Attn: Robert T. Williamson | robert.williamson@sba.gov |
| Sonia Balbona | | | Address Redacted |
| Sonny Harianto | | | Address Redacted |
| State of Delaware | Department of Justice | Carvel State Office Building | attorney.general@state.de.us |
| Stephen Zorn | | | Address Redacted |
| Sumeet Bansal | | | Address Redacted |
| Susan Sadowsky | | | Address Redacted |
| Teddy Truong | c/o Jack Shrum, P.A. | Attn: "J" Jackson Shrum | jshrum@jshrumlaw.com |
| Terry Davis | | | Address Redacted |
| The Chartwell Law Offices, LLP | c/o Jack Shrum, P.A. | Attn: J Jackson Shrum Esq. | jshrum@jshrumlaw.com |
| The Marc Franken Living Trust | | | Address Redacted |
| The Shah Mehta Family Trust | | | Address Redacted |
| The Steven Michael Gerstein Living Trust | | | Address Redacted |
| The Tuli Family Trust | | | Address Redacted |
| Thomas B. Walper | | | Address Redacted |
| Thomas Blundell | | | Address Redacted |
| Thomas Cioffe | | | Address Redacted |
| Thomas Werth | | | Address Redacted |
| Tim Regan | | | Address Redacted |
| Timothy Sefton | | | Address Redacted |
| Timothy Westcott | | | Address Redacted |
| Todd Doersch | | | Address Redacted |
| Tom A. Motto | | | Address Redacted |
| Tomas Larsson | | | Address Redacted |
| Varun B. Parekh | | | Address Redacted |
| Viktor Simjanoski | | | Address Redacted |
| Vinay Kudithipudi | c/o Lynn Pinker Hurst & Schwegmann | Attn: Jared D. Eisenberg | jeisenberg@lynnllp.com |
| Vinodkumar Singh | | | Address Redacted |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 4 of 5



**Exhibit C**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Welter Realty, LLC | Attn: Theodore J. Welter, Manager | 550 Latona Road Bldg D Suite 400 | tw@welterrealty.com |
| William Conrad | | | Address Redacted |
| William R. Ahern | | | Address Redacted |
| Yazholi Kanikkannan | | | Address Redacted |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 5 of 5