IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Peer Street, Inc., *et al.*,[1]<br><br>                   Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 432, 471, 520, 581, 642, 646, 670, 684, 776, 864 & 866** |

**ORDER DENYING MOTIONS TO CONVERT
THE CHAPTER 11 CASES TO CASES UNDER CHAPTER 7 OF THE
BANKRUPTCY CODE AND TO APPOINT A CHAPTER 11 TRUSTEE**

Upon the (i) *Emergency Motion to Suspend Operations of Peer Street and Motion to Have This Case Converted to Ch. 7 – Stay Placed on All of it* [D.I. 432] (the "**Tibstra Motion**"), (ii) *Joinder in Emergency Motion to Suspend Operations of Peer Street and Motion to Have This Case Converted to Ch. 7 – Stay Placed on All of it* [D.I 471] and *Amended Petition in Support of Doc. 471 in Support of Conversion to Chapter 7* [D.I. 684] (together, the "**Tarpenning Motions**"), (iii) *Joinder in Emergency Motion to Suspend Operations of Peer Street and Motion to Have This Case Converted to Ch. 7 – Stay Placed on All of it* [D.I. 520 & 581] (the "**Often Joinder**"), (iv) *Joinder in Emergency Motion to Suspend Operations of Peer Street and Motion to Have This Case Converted to Ch. 7 – Stay Placed on All of it* [D.I. 642 & 646] (the "**Nash Joinder**"), (v) *Joinder in Emergency Motion to Suspend Operations of Peer Street and Motion to have This Case Converted to Ch 7 – Stay Placed on All of it* [D.I. 670] (the "**Uzomba Joinder**"), (vi) *Notice*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

*of Joinder in Emergency Motion to Suspend Operations of Peer Street and Motion to Have This Case Converted to Ch 7 – Stay Placed on All of it* [D.I. 776] (the "**Perrucci Joinder**") and (vii) *Notice of Joinder in Emergency Motion to Suspend Operations of Peer Street and Motion to Have This Case Converted to Ch 7 – Stay Placed on All of it* [D.I. 866] (collectively with the Tibstra Motion, the Tarpenning Motions, the Often Joinder, the Nash Joinder, the Uzomba Joinder, and the Perrucci Joinder, the "**Motions to Convert**") seeking entry of an order (i) converting the chapter 11 cases to cases under Chapter 7 of the Bankruptcy Code; and (ii) appointing a chapter 11 trustee; and upon the *Debtors' Omnibus Objection to Motions to Convert the Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code and to Motions to Appoint a Chapter 11 Trustee* [D.I. 864] (the "**Objection**"); and the Court having jurisdiction to consider the Motions to Convert and the Objection pursuant to § 1334; and consideration of the Motions to Convert and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the relief sought in the Motions to Convert is not in the best interests of the Debtors' estates, their creditors, or other parties in interest; IT IS HEREBY ORDERED THAT:

1. The Motions to Convert are DENIED.

2. This order shall constitute a separate order denying each Motion to Convert.

3. The terms and conditions of this order shall be immediately effective and enforceable upon its entry.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation and/or interpretation of this order.

**Dated: February 26th, 2024**
**Wilmington, Delaware**

*[signature]*
**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

31338694.2