## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON APRIL 26, 2024 AT 10:00 A.M. (ET)

**AT THE DIRECTION OF THE COURT THIS HEARING HAS BEEN
RESCHEDULED TO APRIL 29, 2024 AT 2:00 P.M. (ET)**

**This hearing will be conducted in-person, any exceptions must be approved by chambers. Parties may observe the hearing remotely by registering with the Zoom link below no later than April 10, 2024 at 4:00 p.m.**

**To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the court's website at www.deb.uscourts.gov**

**\*THE DEADLINE TO REGISTER FOR REMOTE ATTENDANCE IS
4:00 PM (PREVAILING EASTERN TIME) THE BUSINESS DAY BEFORE THE
HEARING UNLESS OTHERWISE NOTICED.\***

**After the deadline has passed an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.**

## RESOLVED MATTER

1.  Claimant's (Jessica Geraty) Motion for Leave to File Late Proof of Claim [D.I. 966, 3/22/24]

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are:  Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485).  The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn:  David Dunn, Chief Restructuring Officer.

Response Deadline:       April 19, 2024 at 4:00 p.m. (ET)

Responses Received:     None

Related Documents:

    A.    Withdrawal of Claim No. 3292 [D.I. 1007, 4/9/24]

    B.    Notice of Withdrawal of Motion [D.I. 1012, 4/9/24]

Status:      This matter has been withdrawn.  No hearing is necessary.

## MATTERS UNDER CERTIFICATION

2.    Debtors' First (Substantive) Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [D.I. 954, 3/15/24]

Response Deadline:       April 5, 2024 at 4:00 p.m. (ET)

Responses Received:

    A.    Informal Comments from Charles Gilman

    B.    Response of Kamna Gaur [D.I. 997, 4/3/24]

Related Documents:

    C.    Order Authorizing a Limited Waiver of the Requirements of Bankruptcy Rule 3007 and Local Rule 3007-1 with Respect to the Debtors' Omnibus Objections to Substantive Claims filed in Connection with Confirmation and Setting a Status Conference on Claims for April 10, 2024 [D.I. 944, 3/13/24]

    D.    Certification of Counsel [D.I. 1037, 4/23/24]

Status:      A certification of counsel has been filed.  No hearing is required unless the Court has questions.

3.    Debtors' Second (Substantive) Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [D.I. 955, 3/15/24]

Response Deadline:       April 5, 2024 at 4:00 p.m. (ET)

Responses Received:

    A.    Informal Comments from:
- Jessica Lyman
- Anthony Levander

Related Documents:

    B.    Order Authorizing a Limited Waiver of the Requirements of Bankruptcy Rule 3007 and Local Rule 3007-1 with Respect to the Debtors' Omnibus Objections to Substantive Claims filed in Connection with Confirmation and Setting a Status Conference on Claims for April 10, 2024 [D.I. 944, 3/13/24]

    C.    Certification of Counsel [D.I. 1038, 4/23/24]

Status:    A certification of counsel has been filed.  No hearing is required unless the Court has questions.

4.    Debtors' Third (Substantive) Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [D.I. 956, 3/15/24]

Response Deadline:    April 5, 2024 at 4:00 p.m. (ET)

Responses Received:    None

Related Documents

    A.    Order Authorizing a Limited Waiver of the Requirements of Bankruptcy Rule 3007 and Local Rule 3007-1 with Respect to the Debtors' Omnibus Objections to Substantive Claims filed in Connection with Confirmation and Setting a Status Conference on Claims for April 10, 2024 [D.I. 944, 3/13/24]

    B.    Certificate of No Objection [D.I. 1030, 4/19/24]

Status:    A certificate of no objection has been filed.  No hearing is required unless the Court has questions.

5.    Debtors' Fourth (Substantive) Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [D.I. 957, 3/15/24]

Response Deadline:    April 5, 2024 at 4:00 p.m. (ET)

Responses Received:        None

Related Documents:

  A. Order Authorizing a Limited Waiver of the Requirements of Bankruptcy Rule 3007 and Local Rule 3007-1 with Respect to the Debtors' Omnibus Objections to Substantive Claims filed in Connection with Confirmation and Setting a Status Conference on Claims for April 10, 2024 [D.I. 944, 3/13/24]

  B. Certificate of No Objection [D.I. 1031, 4/19/24]

Status:        A certificate of no objection has been filed.  No hearing is required unless the Court has questions.

6. Debtors' Fifth (Non-Substantive) Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [D.I. 958, 3/15/24]

Response Deadline:        April 5, 2024 at 4:00 p.m. (ET)

Responses Received:        None

Related Documents:

  A. Order Authorizing a Limited Waiver of the Requirements of Bankruptcy Rule 3007 and Local Rule 3007-1 with Respect to the Debtors' Omnibus Objections to Substantive Claims filed in Connection with Confirmation and Setting a Status Conference on Claims for April 10, 2024 [D.I. 944, 3/13/24]

  B. Certificate of No Objection [D.I. 1032, 4/19/24]

Status:        A certificate of no objection has been filed.  No hearing is required unless the Court has questions.

7. Debtors' Sixth (Non-Substantive) Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [D.I. 959, 3/15/24]

Response Deadline:        April 5, 2024 at 4:00 p.m. (ET)

Responses Received:

    A.    Informal Comments from:
- David DiPilato
- Joshua Wright

Related Documents:

    B.    Order Authorizing a Limited Waiver of the Requirements of Bankruptcy Rule 3007 and Local Rule 3007-1 with Respect to the Debtors' Omnibus Objections to Substantive Claims filed in Connection with Confirmation and Setting a Status Conference on Claims for April 10, 2024 [D.I. 944, 3/13/24]

    C.    Certification of Counsel [D.I. 1039, 4/23/24]

Status:    A certification of counsel has been filed.  No hearing is required unless the Court has questions.

8.    Debtors' Seventh (Non-Substantive) Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [D.I. 960, 3/15/24]

Response Deadline:    April 5, 2024 at 4:00 p.m. (ET)

Responses Received:    None

Related Documents

    A.    Order Authorizing a Limited Waiver of the Requirements of Bankruptcy Rule 3007 and Local Rule 3007-1 with Respect to the Debtors' Omnibus Objections to Substantive Claims filed in Connection with Confirmation and Setting a Status Conference on Claims for April 10, 2024 [D.I. 944, 3/13/24]

    B.    Certificate of No Objection [D.I. 1033, 4/19/24]

Status:    A certificate of no objection has been filed.  No hearing is required unless the Court has questions.

9.    Debtors' Motion for Entry of an Order (I) Approving Amendment to the Debtors' Non-Insider Key Employee Retention Program and (II) Granting Related Relief [D.I. 1002, 4/5/24]

Response Deadline:    April 19, 2024 at 4:00 p.m. (ET)

Responses Received:

    A.    Informal Response from the Official Committee of Unsecured Creditors

Related Documents:

    B.    Declaration of David Dunn in Support of the Debtors' Motion for Entry of an Order (I) Approving Amendment to the Debtors' Non-Insider Key Employee Retention Program and (II) Granting Related Relief [(Sealed) D.I. 1003, 4/5/24]

    C.    Notice of Filing of Proposed Redacted Declaration [D.I. 1018, 4/11/24]

    D.    Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Declaration of David Dunn in Support of the Debtors' Motion for Entry of an Order (I) Approving Amendment to the Debtors' Non-Insider Key Employee Retention Program and (II) Granting Related Relief [D.I. 1019, 4/11/24]

    E.    Certification of Counsel [D.I. 1043, 4/23/24]

Status:    A certification of counsel has been filed.  No hearing is required unless the Court has questions.

10.    Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Declaration of David Dunn in Support of the Debtors' Motion for Entry of an Order (I) Approving Amendment to the Debtors' Non-Insider Key Employee Retention Program and (II) Granting Related Relief (D.I. 1019, 4/11/24]

Response Deadline:    April 19, 2024 at 4:00 p.m. (ET)

Responses Received:

Related Documents:

    A.    Declaration of David Dunn in Support of the Debtors' Motion for Entry of an Order (I) Approving Amendment to the Debtors' Non-Insider Key Employee Retention Program and (II) Granting Related Relief [(Sealed) D.I. 1003, 4/5/24]

    B.    Certificate of No Objection [D.I. 1036, 4/23/24]

Status:    A certificate of no objection has been filed.  No hearing is required unless the Court has questions.

11.     Debtors' Third Motion for an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 1020, 4/11/24]

   <u>Response Deadline</u>:          April 19, 2024 at 4:00 p.m. (ET)

   <u>Responses Received</u>:        None

   <u>Related Documents</u>:

         A.     Certificate of No Objection [D.I. 1044, 4/23/24]

   <u>Status</u>:          A certificate of no objection has been filed.  No hearing is required unless the Court has questions.

## **MATTER GOING FORWARD**

12.     Combined Disclosure Statement and Joint Chapter 11 Plan for Peer Street, Inc., and Its Affiliated Debtors *(Solicitation Version)* [D.I. 952, 3/15/24]

   <u>Response Deadline</u>:          April 16, 2024 at 4:00 p.m. (ET)

   <u>Responses Received</u>:

         A.     Michael Ball's Request for Amendments to the Combined Disclosure Statement and Joint Chapter 11 Plan for Peer Street, Inc. and its Affiliated Debtors [D.I. 904, 2/29/24]

         B.     Motion to Approve the Creation of an Investor Subclass to the Combined Disclosure Statement and Joint Chapter 11 Plan for Peer Street, Inc. and Its Affiliated Debtors: Docket Numbers 904, 941 and 943 [D.I. 1023, 4/15/24]

         C.     Rivka Braun and Ahron Braun Objection to Joint Chapter 11 Plan [D.I. 1027, 4/18/24]

   <u>Related Documents</u>:

         D.     Order Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Solicitation and Tabulation Procedures; (III) Approving the Form of Ballot and Solicitation Materials; (IV) Establishing the Voting Record Date; (V) Fixing the Date, Time, and Place for the Combined Hearing and the Deadline for Filing Objections Thereto; and (VI) Granting Related Relief [D.I. 943, 3/13/24]

E.      Notice of: (I) Interim Approval of Combined Disclosure Statement and Plan for Solicitation Purposes Only; and (II) the Hearing to Consider (A) Final Approval of the Combined Disclosure Statement and Plan as Containing Adequate Information and (B) Confirmation of the Combined Disclosure Statement and Plan [D.I. 963, 3/19/24]

F.      Affidavit of Service Regarding Docket Nos. 943, 952 and 963 [D.I. 978, 3/29/24]

G.      Plan Supplement for the Combined Disclosure Statement and Joint Chapter 11 Plan for Peer Street, Inc. and Its Affiliated Debtors [D.I. 1021, 4/11/24]

H.      Affidavit of Publication in USA Today of Notice of (I) Interim Approval of Combined Disclosure Statement and Plan for Solicitation Purposes Only; and (II) the Hearing to Consider (A) Final Approval of the Combined Disclosure Statement and Plan as Containing Adequate Information and (B) Confirmation of the Combined Disclosure Statement and Plan [D.I. 1022, 4/12/24]

I.      Affidavit of Service Regarding Docket No. 1021 [D.I. 1025, 4/16/24]

J.      Supplemental Affidavit of Service Regarding Docket Nos. 943, 952 and 963 [D.I. 1041, 4/23/24]

K.      Supplemental Affidavit of Service Regarding Docket Nos. 963 and 1006 [D.I. 1042, 423/24]

L.      Voting Stipulation with Respect to Claim No. 3138 [D.I. 1045, 4/24/24]

M.      First Amendment to the Plan Supplement for the Combined Disclosure Statement and Joint Chapter 11 Plan for Peer Street, Inc. and Its Affiliated Debtors [D.I. 1046, 4/24/24]

N.      Amended Combined Disclosure Statement and Joint Chapter 11 Plan for Peer Street, Inc., and Its Affiliated Debtors [D.I. 1048, 4/24/24]

O.      Notice of Filing of Redline of Amended Combined Disclosure Statement and Joint Chapter 11 Plan for Peer Street, Inc. and Its Affiliated Debtors [D.I. 1049, 4/24/24]

P.      Declaration of David M. Dunn in Support of Entry of Order Confirming Combined Disclosure Statement and Joint Chapter 11 Plan for Peer Street, Inc., and Its Affiliated Debtors [D.I. 1050, 4/24/24]

Q.    Declaration of Jason Dombar on Behalf of Stretto, Inc. Regarding Solicitation and Tabulation of Votes on the Combined Disclosure Statement and Joint Chapter 11 Plan for Peer Street, Inc., and Its Affiliated Debtors [D.I. 1051, 4/24/24]

R.    Memorandum of Law in Support of Confirmation of the Amended Combined Disclosure Statement and Joint Chapter 11 Plan for Peer Street, Inc., and Its Affiliated Debtors [D.I. 1052, 4/24/24]

S.    Notice of Filing of Proposed Findings Of Fact, Conclusions Of Law, And Order Approving And Confirming The Amended Combined Disclosure Statement And Joint Chapter 11 Plan Of The Debtors [D.I. 1053, 4/24/24]

Status:    This matter is going forward on a contested basis with respect to Responses (A) through (C).  The Debtors understand that the Committee intends to file a statement in support in advance of the Confirmation Hearing.  Mr. Dunn and Mr. Dombar (items (P) and (Q)) will be appearing as witnesses at the Confirmation Hearing for the Debtors.

Dated: April 25, 2024

**YOUNG CONAWAY STARGATT &
TAYLOR, LLP**

*/s/ Joseph Barry*
Joseph Barry (Del. Bar No. 4221)
Ryan M. Bartley (Del. Bar No. 4985)
S. Alexander Faris (Del. Bar No. 6278)
Shella Borovinskaya (Del. Bar No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  jbarry@ycst.com
        rbartley@ycst.com
        afaris@ycst.com
        sborovinskaya@ycst.com

*Co-Counsel to the Debtors and
Debtors in Possession*

**KRAMER LEVIN NAFTALIS &
FRANKEL LLP**
P. Bradley O'Neill (admitted *pro hac vice*)
Caroline Gange (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9511
Facsimile:  (212) 715-8000
Email:  boneill@kramerlevin.com
        cgange@kramerlevin.com

*Co-Counsel to the Debtors and
Debtors in Possession*