In Re: Peer Street, Inc. (23-10815)

From: ziporahjewelers@aol.com (ziporahjewelers@aol.com)

To: lora_johnson@deb.uscourts.gov

Cc: jbarry@ycst.com; rbartley@ycst.com; afaris@ycst.com; boneill@kramerlevin.com; joseph.cudia@usdoj.gov; mhirschfield@rccblaw.com; silberglied@rlf.com; lmarinuzzi@mofo.com; bbutterfield@mofo.com; rferraioli@mofo.com; jhoover@beneschlaw.com; kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com

Date: Friday, April 26, 2024 at 09:57 AM EDT

Dear Judge Silverstein,

My husband, Ahron Braun, and I, Rivka Braun, filed objections to the reorganization plan proposed by the Debtors (Docket # 1027) as creditors with claims against PS Funding Inc.

The Court hard originally scheduled the conference on the reorganization plan for today 10:00 a.m. We timely requested to appear by eCourt Appearance. On April 25, 2024, in the late afternoon, the Court rescheduled today's conference for Monday, April 29, 2024 (Docket #1057).

Unfortunately, the 29th and the 30th of April are second part of the Passover holiday, where my husband and I are prohibited traveling, engaging with electronics, and attending to any non-religious matters, making it impossible to attend the Court conference that day in observance of religious duties. As such, we ask the Court to either consider adjourning the Monday's conference for a latter day, or the Court should not fault our absence from the Monday's conference as a basis for overruling our objection.

Respectfully submitted,

Rivka and Ahron Braun

RECEIVED 2024 APR 29 AM 11: 19 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

**UPS 2nd Day Air®**

**Apply shipping documents on this side.**

0.1 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 26 APR 2024

AHRON BRAUN
(347) 448-0621
THE UPS STORE #5496
MIDWAY SHOPPING CENTER
1078 WYOMING AVE
WYOMING PA 18644-1331

SHIP  CLERK OF THE COURT
TO:   DELAWARE BANKRUPTCY COURT
      FL 3
      824 MARKET STREET N

WILMINGTON DE 19801

DE 197 9-25

UPS NEXT DAY AIR 1
TRACKING #: 1Z Y30 7X1 01 2151 9158

BILLING: P/P

ISH 13.00F ZZP 450 14.5V 03/2024





Serving you for more than 100 years
United Parcel Service.

0188025070P 11/18    United Parcel Service

eupsstore.com to find a location near you.

**Shipments**

fy for the Letter rate, UPS Express Envelopes may only contain
ondence, urgent documents, and/or electronic media, and must
8 oz. or less. UPS Express Envelopes containing items other than
sted or weighing more than 8 oz. will be billed by weight.

**onal Shipments**

s Express Envelope may be used only for documents of no commercial
certain countries consider electronic media as documents. Visit
/importexport to verify if your shipment is classified as a document.

fy for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less.
ress Envelopes weighing more than 8 oz. will be billed by weight.

ress Envelopes are not recommended for shipments of electronic media
sitive personal information or breakable items. Do not send cash
uivalent.

*Next Day Air*

shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or
n on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.