**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Peer Street, Inc., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 23-10815 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 943, 952, 1021, 1046 & 1048 |

**SECOND AMENDMENT TO THE PLAN SUPPLEMENT FOR**
**THE COMBINED DISCLOSURE STATEMENT AND JOINT CHAPTER 11**
**PLAN FOR PEER STREET, INC. AND ITS AFFILIATED DEBTORS**

      **PLEASE TAKE NOTICE** that, on March 13, 2024, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered an order [Docket No. 943] (the "**Disclosure Statement Order**"), (a) authorizing the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), to solicit acceptances for the *Combined Disclosure Statement and Joint Chapter 11 Plan for Peer Street, Inc. and its Affiliated Debtors* [Docket No. 952, and as amended by Docket No. 1048] (as modified, amended, or supplemented from time to time, the "**Combined Disclosure Statement and Plan**");[2] (b) approving the Combined Disclosure Statement and Plan on an interim basis as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages (the "**Solicitation Packages**"); (d) scheduling certain dates with respect thereto; and (e) approving procedures for soliciting, receiving, and tabulating votes on the Combined Disclosure Statement and Plan and for filing objections to the Combined Disclosure Statement and Plan.

      **PLEASE TAKE FURTHER NOTICE** that on April 11, 2024, the Debtors filed the *Plan Supplement for the Combined Disclosure Statement and Joint Chapter 11 Plan for Peer Street, Inc. and Its Affiliated Debtors* [D.I. 1021] (the "**Plan Supplement**"). On April 24, 2024, the Debtors filed the *First Amended Plan Supplement for the Combined Disclosure Statement and Joint Chapter 11 Plan for Peer Street, Inc. and Its Affiliated Debtors* [D.I. 1046] (the "**First Amended Plan Supplement**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Combined Disclosure Statement and Plan or the Disclosure Statement Order, as applicable.

31547906.3

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file this amendment to the Plan Supplement, which amends or adds the following exhibits to the Plan Supplement:

| Exhibit | Document[3] |
|---------|-------------|
| G | Exit Facility - Election |
| H | Exit Facility - Credit Agreement |
| I | Exit Facility - Security Agreement |
| J | Exit Facility - Revised Confirmation Order to implement the Exit Facility (*See* Paragraphs 44-50 and Exhibit C, Amended and Restated Section 2.6 of the Plan) |

**PLEASE TAKE FURTHER NOTICE** that the documents, exhibits, schedules, and other information contained in the Plan Supplement (as amended by this Plan Supplement amendment) are integral to and part of the Combined Disclosure Statement and Plan. These documents have not yet been approved by the Court. If the Combined Disclosure Statement and Plan is approved, the documents contained in the Plan Supplement (as amended by this Plan Supplement Amendment) will be approved by the Court pursuant to the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights to further amend, modify, or supplement the Plan Supplement, and any of the documents contained therein, in accordance with the terms of the Combined Disclosure Statement and Plan. If substantive amendments or modifications are made to any of these documents, the Debtors will file a blackline with the Court prior to the Confirmation Hearing marked to reflect the same.

**PLEASE TAKE FURTHER NOTICE** that the Court commenced the hearing to consider Confirmation of the Combined Disclosure Statement and Plan (the "**Confirmation Hearing**") on April 29, 2024 at 2:00 pm. The Court continued the Confirmation Hearing to allow, among other things, the Debtors to amend the Plan Supplement as set forth herein **and to provide parties until May 7, 2024 at 5:00 p.m. to respond to this filing**. The Debtors will file a notice with the Court indicated the date and time for the Confirmation Hearing to be resumed.

[*Remainder of Page Intentionally Left Blank*]

---

[3] The schedules and exhibits set forth in the Plan Supplement remain subject to ongoing review and material revision in all respects.

31547906.3

Dated: April 30, 2024

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| */s/ Ryan M. Bartley* | P. Bradley O'Neill (admitted *pro hac vice*) |
| Joseph Barry (Del. Bar No. 4221) | Caroline Gange (admitted *pro hac vice*) |
| Ryan M. Bartley (Del. Bar No. 4985) | 1177 Avenue of the Americas |
| S. Alexander Faris (Del. Bar No. 6278) | New York, New York 10036 |
| Shella Borovinskaya (Del. Bar No. 6758) | Telephone: (212) 715-9511 |
| Rodney Square | Facsimile: (212) 715-8000 |
| 1000 North King Street | Email: boneill@kramerlevin.com |
| Wilmington, Delaware 19801 | cgange@kramerlevin.com |
| Telephone: (302) 571-6600 | |
| Facsimile: (302) 571-1253 | *Co-Counsel to the Debtors and* |
| Email: jbarry@ycst.com | *Debtors in Possession* |
| rbartley@ycst.com | |
| afaris@ycst.com | |
| sborovinskaya@ycst.com | |

*Co-Counsel to the Debtors and*
*Debtors in Possession*