## EXHIBIT G

**Exit Facility Election**

The Debtors and the Committee hereby disclose their joint election to proceed with implementation of the Exit Facility, on terms no less favorable in the aggregate to the Debtors (as determined by the Debtors and the Committee jointly) than those set forth in the Credit Agreement attached hereto as Exhibit H, Security Agreement attached hereto as Exhibit I, and the implementing provision of the Confirmation Order attached hereto as Exhibit J, subject to Bankruptcy Court approval at the Confirmation Hearing and satisfaction of the closing conditions.

If the foregoing conditions are not met, including Bankruptcy Court approval, the Debtors will not enter into the Exit Facility and will proceed with implementation of the Funding Pool.