# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 1048 & 1053 |

## NOTICE OF FILING OF REDLINE OF *REVISED* PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER APPROVING AND CONFIRMING THE AMENDED COMBINED DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN OF THE DEBTORS

**PLEASE TAKE NOTICE** that, on April 24, 2024, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Amended Combined Disclosure Statement and Joint Chapter 11 Plan for Peer Street, Inc., and Its Affiliated Debtors* [Docket No. 1048] (as amended, modified, or supplemented from time to time, the "**Combined Disclosure Statement and Plan**" or the "**Plan**").

**PLEASE TAKE FURTHER NOTICE** that, on April 24, 2024, the Debtors filed the *Findings of Fact, Conclusions of Law and Order Approving and Confirming the Amended Combined Disclosure Statement and Joint Chapter 11 Plan of the Debtors* [Docket No. 1053] (the "**Proposed Confirmation Order**").

**PLEASE TAKE FURTHER NOTICE** that, on April 29, 2024, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") held a hearing to consider confirmation of the Plan (the "**Confirmation Hearing**"). At the Confirmation Hearing, counsel for the Debtors advised the Court that the Debtors, the Committee, the Prepetition Agent, and the Asset Manager were in the final stages of negotiation of an exit financing credit facility (the "**Exit Facility**") and requested that the Confirmation Hearing be continued to allow those negotiations to conclude. The Court has not yet set the date and time for the Confirmation Hearing to resume, and the Debtors will file a notice once the Court does so.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

31582201.2

**PLEASE TAKE FURTHER NOTICE** that, to address certain comments received from various parties and to add language that implements the Exit Facility, the Debtors prepared a revised form of Confirmation Order (the "**Revised Proposed Confirmation Order**"), which was filed as Exhibit J to the Second Amended Plan Supplement filed on May 1, 2024. [*See* Docket No. 1070, Exhibit J], and a copy is also attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and all parties in interest, a blackline comparing the Proposed Confirmation Order to the Revised Proposed Confirmation order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to further amend, revise, modify, or supplement the Revised Proposed Confirmation Order prior to, at, or as a result of, any continuation of the Confirmation Hearing, and Magnetar, the Committee and Colchis/the Pacific Creditors have reserved their rights to seek further revisions to the Revised Proposed Confirmation Order

Dated: May 2, 2024

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ S. Alexander Faris*
Joseph Barry (Del. Bar No. 4221)
Ryan M. Bartley (Del. Bar No. 4985)
S. Alexander Faris (Del. Bar No. 6278)
Shella Borovinskaya (Del. Bar No. 6758)
Carol E. Cox (Del. Bar No. 6936)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  jbarry@ycst.com
           rbartley@ycst.com
           afaris@ycst.com
           sborovinskaya@ycst.com
           ccox@ycst.com

*Co-Counsel to the Debtors and Debtors in Possession*

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
P. Bradley O'Neill (admitted *pro hac vice*)
Caroline Gange (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9511
Facsimile:  (212) 715-8000
Email:  boneill@kramerlevin.com
           cgange@kramerlevin.com

*Co-Counsel to the Debtors and Debtors in Possession*