IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 1047 |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 1047

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the *Debtors' Motion for an Order, Pursuant to 11 U.S.C. § 105(a) and Bankruptcy Rule 9019, Authorizing PS Funding, Inc.'s Entry Into Settlement Agreement with Rabbi Shlomo Braun, 1567 56th Street, LLC and 1569 56th Street, LLC* [Docket No. 1047] (the "**Motion**") filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on April 24, 2024.

The undersigned further certifies that, as of the date hereof, she has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served by 4:00 p.m. (ET) on May 8, 2024.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

31637277.1

As no responses to the Motion have been received, it is hereby respectfully requested that the proposed order attached to the Motion be entered at the earliest convenience of the Court.

Dated: May 9, 2024

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| */s/ Shella Borovinskya* <br> Joseph Barry (Del. Bar No. 4221) <br> Ryan M. Bartley (Del. Bar No. 4985) <br> S. Alexander Faris (Del. Bar No. 6278) <br> Shella Borovinskaya (Del. Bar No. 6758) <br> Carol E. Cox (Del. Bar No. 6936) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, Delaware 19801 <br> Telephone: (302) 571-6600 <br> Facsimile: (302) 571-1253 <br> Email: jbarry@ycst.com <br> rbartley@ycst.com <br> afaris@ycst.com <br> sborovinskaya@ycst.com <br> ccox@ycst.com <br><br> *Co-Counsel to the Debtors and Debtors in Possession* | P. Bradley O'Neill (admitted *pro hac vice*) <br> Caroline Gange (admitted *pro hac vice*) <br> 1177 Avenue of the Americas <br> New York, New York 10036 <br> Telephone: (212) 715-9511 <br> Facsimile: (212) 715-8000 <br> Email: boneill@kramerlevin.com <br> cgange@kramerlevin.com <br><br> *Co-Counsel to the Debtors and Debtors in Possession* |