**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 1047 |

**CERTIFICATION OF COUNSEL REGARDING *REVISED* PROPOSED ORDER PURSUANT TO 11 U.S.C. § 105(a) AND BANKRUPTCY RULE 9019 AUTHORIZING PS FUNDING, INC.'S ENTRY INTO SETTLEMENT AGREEMENT WITH RABBI SHLOMO BRAUN, 1567 56TH STREET, LLC AND 1569 56TH STREET, LLC**

On April 24, 2024, the debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 105(a) and Bankruptcy Rule 9019 Authorizing PS Funding, Inc.'s Entry Into Settlement Agreement With Rabbi Shlomo Braun, 1567 56th Street, LLC and 1569 56th Street, LLC* [Docket No. 1047] (the "**Motion**").[2] A proposed form of order approving the Motion was attached to the Motion as Exhibit A (the "**Proposed Order**"). Pursuant to the Motion, the deadline to file objections or otherwise respond to the Motion was set as May 8, 2024, at 4:00 p.m. (ET) (the "**Objection Deadline**").

Prior to the Objection Deadline, the Debtors received informal comments to the Proposed Order from counsel to the Braun Parties. No other informal responses or objections to the Motion were received.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn: David Dunn, Chief Restructuring Officer.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

31640523.1

Following discussions with counsel to the Braun Parties, the Debtors agreed to a revised form of Proposed Order (the "**Revised Proposed Order**") approving the Motion, a copy of which is attached hereto as **Exhibit A**. For convenience of the Court and other interested parties, a blackline comparing the Revised Proposed Order against the Proposed Order is attached hereto as **Exhibit B**. The Revised Proposed Order has been circulated to counsel to the Braun Parties, who has advised that the Braun Parties do not object to entry of the Revised Proposed Order.

WHEREFORE, as the Debtors did not receive any objections or responses other than those described herein, and the Braun Parties do not object to entry of the Revised Proposed Order, the Debtors respectfully request that the Court enter the Revised Proposed Order without further notice or hearing at the Court's earliest convenience.

*[Signature Page Follows]*

Dated: May 10, 2024

<table>
<tr><td>

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Shella Borovinskaya*
Joseph Barry (Del. Bar No. 4221)
Ryan M. Bartley (Del. Bar No. 4985)
S. Alexander Faris (Del. Bar No. 6278)
Shella Borovinskaya (Del. Bar No. 6758)
Carol E. Cox (Del. Bar No. 6936)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  jbarry@ycst.com
    rbartley@ycst.com
    afaris@ycst.com
    sborovinskaya@ycst.com
    ccox@ycst.com

*Co-Counsel to the Debtors and Debtors in Possession*

</td><td>

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
P. Bradley O'Neill (admitted *pro hac vice*)
Caroline Gange (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9511
Facsimile:  (212) 715-8000
Email:  boneill@kramerlevin.com
    cgange@kramerlevin.com

*Co-Counsel to the Debtors and Debtors in Possession*

</td></tr>
</table>