# EXHIBIT A

**Proposed Order**

17082925/1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos.: 1277, ____ |

**[PROPOSED] ORDER (I) DENYING MOTION TO APPROVE MODIFIED CLAIMS PAYMENTS FOR THE OPT-OUT CLASS AND (II) AMENDING CLAIM NO. 1790**

Upon the *Motion to Approve Modified Claims Payments for the Opt-Out Class* [Docket No. 1277] (the "Motion")[2] of creditor-movant Michael Ball (the "Movant"); and upon the Plan Administrator's objection to the Motion [Docket No. __] (the "Objection"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and it appearing that this is a core matter pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and proper and adequate notice of the hearing on the Motion having been given; and no other or further notice being necessary; and this Court having reviewed the Motion and the Objection, and upon the hearing on the Motion on December 17, 2024; and after due deliberation thereon;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is c/o ArentFox Schiff LLP, 1301 Avenue of the Americas, 42nd Floor, New York, NY 10019, Attn: Elizabeth A. LaPuma, Plan Administrator.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion or the Plan, as applicable.

17082925/1

IT IS HEREBY ORDERED THAT:

1. The Motion is DENIED, and the Objection is sustained.

2. The Motion shall be deemed to amend the Movant's POC so that the Movant's POC shall assert the Movant's Litigation Claims for false representations, negligent misrepresentation and breach of fiduciary duty as identified in the Motion, solely with respect to the Movant on the Movant's own behalf.  For avoidance of doubt, only the Movant's POC, and no claims of any other creditors, shall be deemed amended by the Motion or this Order.

3. Neither the Movant's POC nor any other claim of the Movant shall be deemed allowed by this Order.

4. The Plan Administrator's Objection does not constitute an objection to any claims of the Movant for purposes of Local Rule 3007-1.  The Plan Administrator and the Debtors shall retain and reserve all rights to assert any appropriate objections to the Movant's POC or any other claim of the Movant pursuant to the Plan and the Bankruptcy Code, including, for avoidance of doubt, any objection to the Litigation Claims as being untimely filed; and shall retain any rights that the Plan Administrator and the Debtors, or any successor to the Plan Administrator, may have to enforce any rights against the Movant.

5. This Order and the relief granted herein may be modified by further order of this Court upon motion and appropriate notice.

6. The Plan Administrator and Stretto, Inc., the Plan Administrator's Claims Agent, are authorized to take all actions necessary to effectuate this Order.

7. This Court shall retain jurisdiction with respect to any and all matters arising from or related to the interpretation or implementation of this Order.