# EXHIBIT A

**Index of Technical Adjustment and Redundant Claim Objections**

17160455/1

## Exhibit A - Index of Technical Adjustment and Redundant Claim Objections

| | **Filed Claims** | | **Schedule 1 - Technical Adjustments to Investor Claims** | | | | | **Schedule 2** |
|---|---|---|---|---|---|---|---|---|
| **Index #** | **Claimant Name** <br> Last Name, First Name | **Claim #** | **Reclassification Adjustment** | **FBO Balance Adjustment** | **Interest Adjustment** | **Unsupported Adjustment** | **Wrong Debtors Adjustment** | **Redundant Claims** |
| 1 | 1010 Hollywood LLC | 1854 | X | | | | | |
| 2 | 5 Helios Novelty Online LLC | 240 | | | | | | X |
| 3 | 5 Helios Novelty Online LLC | 262 | X | X | | X | | |
| 4 | 768 Wealth Trust | 674 | | | | | | X |
| 5 | 768 Wealth Trust | 675 | | | | | | X |
| 6 | Abacus 2 Assets, LLC | 1245 | | | | | | X |
| 7 | Abacus 2 Assets, LLC | 1246 | | | | | | X |
| 8 | Abacus 2 Assets, LLC | 1243 | X | X | | | | |
| 9 | Abdollahian, Aydin | 710 | X | X | | | | |
| 10 | Abdollahian, Aydin | 711 | X | | | | | |
| 11 | Abdollahian, Aydin | 712 | X | | | | | |
| 12 | Abdollahian, Aydin | 716 | X | | | | | |
| 13 | Adams Land & Cattle Company I, LP | 3090 | X | | | | | |
| 14 | AHVM Properties LLC | 746 | X | X | | | | |
| 15 | Ajao, Aderike | 1876 | X | | | | | |
| 16 | Aliabadi, Amir | 454 | X | | | | | |
| 17 | Amba Securities, LLC | 1297 | X | X | | | | |
| 18 | Askins, Brian | 2263 | X | | | | | |
| 19 | Ball, Angela | 2653 | X | | | | | |
| 20 | Baugher, Brett | 1430 | X | X | | | | |
| 21 | Behaviours In LLC | 390 | | | | | | X |
| 22 | Behaviours In LLC | 2940 | X | | | | | |
| 23 | Bevel, Brian | 367 | X | X | | | | |
| 24 | Bhardwaj, Amit | 231 | X | X | | | | |
| 25 | Birin Family Trust U/D/T June 16, 2014 | 2158 | X | | | | | |
| 26 | Bramic, LLC Retirement Trust | 2207 | X | | | | | |
| 27 | Bronstein, Andrew | 1807 | X | | | | | |
| 28 | Celentano, Adam | 555 | | | | | | X |
| 29 | Celentano, Adam | 981 | | X | | | | |
| 30 | Chan, Andrew | 587 | X | | | X | | |
| 31 | Chang, Billy | 718 | X | | | | | |
| 32 | Channell, Brian | 3225 | X | | | | | |
| 33 | Chernovets , Alex SDIRA IRA [STRATA Trust Company Custodian FBO Alex Chernovets] | 1291 | | X | | | | |
| 34 | Chernovets, Alex | 812 | | | | | | X |
| 35 | Chernovets, Alex IRA | 813 | | | | | | X |
| 36 | Cop, Andrej | 621 | X | | | | | |
| 37 | Cop, Andrej | 622 | X | | | | | |
| 38 | Cop, Andrej | 623 | X | | | | | |

## Exhibit A - Index of Technical Adjustment and Redundant Claim Objections

| | **Filed Claims** | | **Schedule 1 - Technical Adjustments to Investor Claims** | | | | | **Schedule 2** |
|---|---|---|---|---|---|---|---|---|
| **Index #** | **Claimant Name** <br> **Last Name, First Name** | **Claim #** | **Reclassification Adjustment** | **FBO Balance Adjustment** | **Interest Adjustment** | **Unsupported Adjustment** | **Wrong Debtors Adjustment** | **Redundant Claims** |
| 39 | Cop, Andrej | 624 | | X | | | | |
| 40 | Cummins, Arthur E | 653 | X | X | | | | |
| 41 | Damle, Ashwini | 99 | X | X | | | | |
| 42 | Doyle, Amy | 1519 | | | | | | X |
| 43 | Eidson, Beau | 3029 | | | | | | X |
| 44 | Eidson, Beau | 3040 | | | | | | X |
| 45 | Eidson, Beau | 3025 | X | | | | | |
| 46 | Elder, Aaron | 1606 | X | | | | | |
| 47 | Farooki, Aamer | 1804 | X | | | | | |
| 48 | Frishman, Andrew | 1814 | X | | | | | |
| 49 | Gale, Benjamin | 2214 | X | | | | | |
| 50 | Garcia, Antonio M | 9 | X | | | | | |
| 51 | Garza, Andrew | 1485 | X | | | | | |
| 52 | Geller, Adam | 324 | X | | | X | | |
| 53 | Geller, Adam | 325 | X | | | X | | |
| 54 | Geller, Adam | 330 | X | | | | | |
| 55 | Geller, Adam | 326 | X | | | X | | |
| 56 | Geller, Adam | 327 | X | | | X | | |
| 57 | Geller, Adam | 331 | | X | | | | |
| 58 | Gould, Brian | 2317 | X | | | | | |
| 59 | Greiche, Michael | 1454 | | | | | | X |
| 60 | Hay, Benjamin | 1201 | X | | | X | | |
| 61 | Hersey, Aaron | 1182 | X | X | | | | |
| 62 | Huang, Alex | 64 | | | | | | X |
| 63 | Indovina, Anthony | 2171 | X | | | | | |
| 64 | Jain, Anita | 2667 | X | | | | | |
| 65 | Jain, Anshul | 822 | X | X | | | | |
| 66 | Kayvanfar, Andrew | 1032 | X | | | X | | |
| 67 | Kayvanfar, Andrew | 1084 | X | | | X | | |
| 68 | Kennberg, Alex | 2025 | X | | | | | |
| 69 | Kennedy, Andrew | 2339 | X | | | | | |
| 70 | Ku, Christina | 3314 | X | | | X | X | |
| 71 | Kuga, Alejandro | 1019 | X | X | | | | |
| 72 | Kyle, Brendan | 2907 | X | | | | | |
| 73 | Latten, Bryan | 1757 | X | | | | | |
| 74 | Leon, Alfonso | 3300 | X | | | | X | |
| 75 | Lowe, Brent | 2945 | X | | | | | |
| 76 | Ma, Baoqing | 165 | X | X | | X | | |
| 77 | Maeda, Andrew | 177 | X | | | | | |
| 78 | Malberty, Antonio M. | 852 | X | X | | | | |
| 79 | Mann, Brian | 1684 | X | X | | | | |
| 80 | Marchenko, Alex | 2261 | X | | | | | |
| 81 | Mcallister, Bryan | 2235 | X | | | | | |

**Exhibit A - Index of Technical Adjustment and Redundant Claim Objections**

**Filed Claims**          **Schedule 1 - Technical Adjustments to Investor Claims**         **Schedule 2**

| Index # | Claimant Name<br>Last Name, First Name | Claim # | Reclassification Adjustment | FBO Balance Adjustment | Interest Adjustment | Unsupported Adjustment | Wrong Debtors Adjustment | Redundant Claims |
|---|---|---|---|---|---|---|---|---|
| 82 | Niles, Angelina | 287 | X | X | | | | |
| 83 | Patel, Anand | 1433 | | | | | | X |
| 84 | Patel, Anilkumar D  IRA Strata Trust Company | 474 | X | X | | | | |
| 85 | Pavlovski, Borce | 2136 | X | | | | | |
| 86 | Poonatar, Amit | 2880 | X | | | | | |
| 87 | Pradhan, Anand | 233 | X | X | | | | |
| 88 | Pradhan, Anand | 279 | X | X | | | | |
| 89 | Quazzo, Ben | 1438 | X | | | | | |
| 90 | Rose, Brandon | 917 | X | X | | | | |
| 91 | Rothe, Andreas | 104 | | | | | | X |
| 92 | Rothe, Andreas | 2998 | X | | | | | |
| 93 | Ryan, Braden Heath | 1324 | X | X | | | | |
| 94 | Sahu, Roopesh | 1715 | | | | | | X |
| 95 | Saldanha, Alger | 1092 | | | | | | X |
| 96 | Saldanha, Alger | 2280 | X | | | | | |
| 97 | Sanchez, Borja Marcos | 1582 | X | | | | | |
| 98 | Satoskar, Aniruddha | 1451 | X | X | | | | |
| 99 | Vaz, Albert | 477 | | | | | | X |
| 100 | Vaz, Albert | 2692 | X | | | | | |