# EXHIBIT A

## Index of Technical Adjustment and Redundant Claim Objections

17160456/1

## Exhibit A - Index of Technical Adjustment and Redundant Claim Objections

| | **Filed Claims** | | Schedule 1 - Technical Adjustments to Investor Claims | | | | | Schedule 2 |
|---|---|---|---|---|---|---|---|---|
| **Index #** | **Claimant Name** <br> **Last Name, First Name** | **Claim #** | **Reclassification Adjustment** | **FBO Balance Adjustment** | **Interest Adjustment** | **Unsupported Adjustment** | **Wrong Debtors Adjustment** | **Redundant Claims** |
| 1 | Abrams, Elliott | 1070 | | X | X | | | |
| 2 | Abrams, Elliott | 2643 | | | | | | X |
| 3 | Aristides, Chris | 46 | X | | | | | |
| 4 | Austin, Christopher | 898 | | X | | | | |
| 5 | Austin, Christopher | 719 | | | | | | X |
| 6 | Bandza, Alexander | 452 | | | | | | X |
| 7 | Bapna, Deepak | 2558 | X | | X | | | |
| 8 | Bapna, Deepak | 2809 | X | | X | | | |
| 9 | Bapna, Girish | 2562 | X | | X | | | |
| 10 | BSCH Investment Group, LLC | 2418 | | | | | | X |
| 11 | Cal TD Investments, LLC | 1614 | X | | X | | | |
| 12 | Carrvest LLC | 425 | | | | | | X |
| 13 | Chen, Frank | 3263 | | | X | | | |
| 14 | Cheng, James | 1474 | | | | | | X |
| 15 | Cheng, James | 1470 | | | | | | X |
| 16 | Cheng, James | 1471 | | | | | | X |
| 17 | Cheng, James | 1473 | | | | | | X |
| 18 | Cheng, James | 1475 | | | | | | X |
| 19 | Cheng, James | 1565 | | | | | | X |
| 20 | Cheng, James | 3153 | | | | | | X |
| 21 | Choudhury, Himadri | 1186 | X | X | | | | |
| 22 | Choudhury, Himadri | 1191 | X | X | | | | |
| 23 | Collins, Eric | 2238 | X | | | | | |
| 24 | Collins, Eric | 1424 | | X | | X | X | |
| 25 | Cook, David | 1691 | | | | | | X |
| 26 | Dare, Catherine Ann | 14 | | | | | | X |
| 27 | Dare, Thomas | 2591 | | | | X | | |
| 28 | Dare, Thomas | 10 | | | | | | X |
| 29 | Dare, Thomas | 23 | | | | | | X |
| 30 | DIB Investments, LLC [Dan I. Blunk] | 1510 | | | | | | X |
| 31 | Dimitrov, Dimitar | 1944 | | | | | | X |
| 32 | Dimitrov, Dimitar | 2115 | | | | | | X |
| 33 | Dimitrov, Dimitar | 1985 | | | | | | X |
| 34 | Diversified Income Strategy Fund, LLC | 2955 | X | | | | | |
| 35 | Diversified Income Strategy Fund, LLC | 1458 | | | | | | X |
| 36 | Droutman, Boris | 2595 | X | | | X | X | |
| 37 | Eclipse Nirvana LLC | 1384 | | | | | | X |
| 38 | Engler, David | 2683 | | X | | | | |
| 39 | Engler, David | 512 | | | | | | X |
| 40 | Fliegel, Donna | 1934 | X | | | | | |

## Exhibit A - Index of Technical Adjustment and Redundant Claim Objections

| | **Filed Claims** | | **Schedule 1 - Technical Adjustments to Investor Claims** | | | | | **Schedule 2** |
|---|---|---|---|---|---|---|---|---|
| **Index #** | **Claimant Name** <br> **Last Name, First Name** | **Claim #** | **Reclassification Adjustment** | **FBO Balance Adjustment** | **Interest Adjustment** | **Unsupported Adjustment** | **Wrong Debtors Adjustment** | **Redundant Claims** |
| 41 | Fliegel, Donna | 571 | | | | | | X |
| 42 | Fliegel, Donna | 629 | | | | | | X |
| 43 | Frerich, Debbie | 1362 | | | | | | X |
| 44 | Fu, Donglei | 458 | X | X | | | | |
| 45 | Fu, Donglei | 338 | | | | | | X |
| 46 | Galiette, Bradford | 199 | | | | | | X |
| 47 | Galiette, Bradford | 200 | | | | | | X |
| 48 | Grice, Carl | 293 | | | | | | X |
| 49 | Hall, Colby | 1360 | | | | | | X |
| 50 | Harris, Daniel | 218 | | | | | | X |
| 51 | Jean, Robert Eliot | 483 | | | | | | X |
| 52 | Jean, Robert Eliot | 832 | | | | | | X |
| 53 | Kressin, Brian | 2176 | X | | X | | X | |
| 54 | Larson, Eric | 1 | | | | | | X |
| 55 | Levander, Anthony | 1524 | | | | | | X |
| 56 | Lindstrom, Clinton | 2973 | | | | | | X |
| 57 | Malone, Patrick | 504 | | X | | | | |
| 58 | Marshall, Pamela | 2260 | X | | | | | |
| 59 | Marshall, Pamela | 407 | | | | | | X |
| 60 | Marshall, Pamela | 157 | | | | | | X |
| 61 | Marshall, Pamela | 153 | | | | | | X |
| 62 | Marshall, Pamela | 380 | | | | | | X |
| 63 | Marshall, Pamela | 387 | | | | | | X |
| 64 | Marshall, Pamela | 394 | | | | | | X |
| 65 | Marshall, Pamela | 801 | | | | | | X |
| 66 | McDermott, Christopher | 780 | | | | | | X |
| 67 | Millennium Trust Co, LLC Custodian FBO Chris Aristides Traditional IRA ending 95924 | 47 | X | | | | | |
| 68 | Mitchell, Michael | 685 | X | | | X | | |
| 69 | Payne, Lauren | 2296 | | | | | X | |
| 70 | Payne, Lauren | 2312 | | | | | | X |
| 71 | Pedrini, Helgar | 2578 | X | | | | | |
| 72 | Pedrini, Helgar | 2579 | X | | X | | | |
| 73 | Pedrini, Helgar | 1710 | | | | | | X |
| 74 | Posner, Bryan | 2900 | X | | | | | |
| 75 | Posner, Bryan | 1539 | | | | | | X |
| 76 | Prescott, Brian | 3085 | | | | | X | |
| 77 | Prescott, Brian | 3055 | | | | | | X |
| 78 | PTAZ Investments, LLC | 857 | | | | | | X |
| 79 | PTAZ Investments, LLC | 858 | | | | | | X |
| 80 | PTAZ Investments, LLC | 2216 | | | | | | X |

## Exhibit A - Index of Technical Adjustment and Redundant Claim Objections

**Filed Claims** — **Schedule 1 - Technical Adjustments to Investor Claims** — **Schedule 2**

| Index # | Claimant Name<br>Last Name, First Name | Claim # | Reclassification Adjustment | FBO Balance Adjustment | Interest Adjustment | Unsupported Adjustment | Wrong Debtors Adjustment | Redundant Claims |
|---|---|---|---|---|---|---|---|---|
| 81 | Riek, Daniel W. | 1022 | | X | | | | |
| 82 | Riek, Daniel W. | 1013 | | | | | | X |
| 83 | Roth, Ben | 1074 | | | | | | X |
| 84 | Schnakenberg, Benjamin | 316 | X | | | X | | |
| 85 | Subramanian, Ashwin | 1382 | | | | | | X |
| 86 | The Michael and Sherri Mcfadden Family Trust | 2735 | | | X | | | |
| 87 | The Scott and Kathy Mercer Revocable Trust dated March 28, 2022 | 2443 | | | X | | | |
| 88 | Thielk, Edward | 1612 | X | | X | | | |
| 89 | Thielk, Edward | 1590 | X | | | | | |
| 90 | Thompson, Charles | 1075 | | | | | | X |
| 91 | Timm, Adam | 74 | X | | | | | |
| 92 | Tirupathi, Anuradha IRA Strata Trust Company | 730 | X | X | | | | |
| 93 | Vallis, Benjamin | 848 | X | | | | | |
| 94 | Vendely, Anthony E | 2985 | X | | | | | |
| 95 | Viswanathan, Adarsh | 2327 | X | | | | | |
| 96 | Warner, Andrew | 193 | X | X | | | | |
| 97 | Weinberg, Brent | 484 | X | | | X | | |
| 98 | Winters, Brett Ian | 1126 | | | | | | X |
| 99 | Zhou, Xinfeng | 2745 | | | | | | X |
| 100 | Zimmermann, Laura | 3141 | | | | X | | |