**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 1604** |

**CERTIFICATION OF COUNSEL REGARDING PLAN ADMINISTRATOR'S TWENTY-FIFTH (SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIMS AND INTERESTS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1 [DOCKET NO. 1604]**

The undersigned hereby certifies as follows:

1. On July 14, 2025, the *Plan Administrator's Twenty-Fifth (Substantive) Omnibus Objection to Claims and Interests Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1* (the "Twenty-Fifth Omnibus Objection") [Docket No. 1604] was filed in the above-captioned cases with United States Bankruptcy Court for the District of Delaware (the "Court").

2. The deadline to object to the Twenty-Fifth Omnibus Objection was August 4, 2025, at 4:00 p.m. (ET) (the "Response Deadline").

3. On July 28, 2025, counsel for the Plan Administrator received via email two email responses by Mr. David Sobolik to the Twenty-Fifth Omnibus Objection regarding Claim No. 2838, attached hereto (with personal identifying information redacted) as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485). The Debtors' service address is: Plan Administrator for Peer Street, Inc., et al., c/o ArentFox Schiff LLP, 1301 Avenue of the Americas, 42nd Floor, New York, NY 10019, Attn: Elizabeth A. LaPuma, Plan Administrator.

17473690/1

4. On July 31, 2025, a response to the Twenty Fifth Omnibus Objection by Ms. Nancy Navarini regarding Claim No. 1599 [Docket No. 1636] was received.

5. On July 31, 2025, the Plan Administrator's Claims and Noticing Agent Stretto, Inc. received email notification from former counsel to Mr. John Bolich and Mrs. Margaret Bolich that the Twenty-Fifth Omnibus Objection regarding Claim Nos. 333 and 1686 was not properly served upon them.

6. On August 3, 2025, counsel for the Plan Administrator received via email a response by Ms. Jennifer Corrao to the Twenty-Fifth Omnibus Objection regarding Claim No. 3010, attached hereto (with personal identifying information redacted) as **Exhibit B**.

7. The undersigned further certifies, as of the date hereof, that no other answer, objection, or other responsive pleading to the Twenty-Fifth Omnibus Objection has been received, and that they have reviewed the docket in these chapter 11 cases and no other answer, objection, or other responsive pleadings to the Twenty-Fifth Omnibus Objection appear thereon.

8. The Plan Administrator has revised the proposed order to the Twenty-Fifth Omnibus Objection to reflect the removal of claim numbers 333 and 1686 filed by Mr. John Bolich and Mrs. Margaret Bolich from the schedule pending adjournment of the hearing on the Response to those claims on a date to be determined and further noticed.

9. Attached hereto as **Exhibit C** is a revised proposed order sustaining the Twenty-Fifth Omnibus Objection. Attached hereto as **Exhibit D** is a redline of the revised proposed order against the proposed order filed with the Twenty-Fifth Omnibus Objection on July 14, 2025.

10. The Plan Administrator respectfully requests entry of the revised proposed order at the Court's earliest convenience. Undersigned counsel is available to answer any questions that the Court may have.

| | |
|---|---|
| Dated: August 8, 2025 | **MORRIS JAMES LLP** |
| | */s/ Siena B. Cerra* |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | Tara C. Pakrouh (DE Bar No. 6192) |
| | Siena B. Cerra (DE Bar No. 7290) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: emonzo@morrisjames.com |
| |        bkeilson@morrisjames.com |
| |        tpakrouh@morrisjames.com |
| |        scerra@morrisjames.com |
| | and |
| | |
| | Beth M. Brownstein (admitted *pro hac vice*) |
| | Nicholas A. Marten (admitted *pro hac vice*) |
| | Patrick Feeney (admitted *pro hac vice*) |
| | **ARENTFOX SCHIFF LLP** |
| | 1301 Avenue of the Americas, 42nd Floor |
| | New York, NY 10019 |
| | Telephone: (212) 484-3900 |
| | Facsimile: (212) 484-3990 |
| | E-mail: Beth.Brownstein@afslaw.com |
| |        Nicholas.Marten@afslaw.com |
| |        Patrick.Feeney@afslaw.com |
| | |
| | *Counsel to Elizabeth A. LaPuma, in her capacity as the Plan Administrator* |