# **EXHIBIT A**

**David Sobolik Responses**

| | |
|---|---|
| **From:** | |
| **To:** | Brownstein, Beth M.; Marten, Nicholas A.; Feeney, Patrick |
| **Cc:** | Team Peer Street; Gregory Lesage |
| **Subject:** | Formal Response to Objection – Claim Related to Atlanta, GA Refinance #59 (Case No. 23-10815) |
| **Date:** | Monday, July 28, 2025 5:28:10 PM |
| **Attachments:** | RESPONSE TO OMNIBUS OBJECTION TO CLAIMS AND INTERESTS.pdf |
| | Peerstreet Transaction History - David Sobolik.xlsx |
| | Peerstreet Transaction History - David Sobolik.pdf |
| | Loan Positions - PeerStreet - David Sobolik.png |
| | PeerStreet_Notices_DavidSobolik.pdf |

---

**This Message Is From an Unknown Sender**
You have not previously corresponded with this external sender. Please treat this email with caution.

> Report Suspicious

Dear Ms. Brownstein, Mr. Marten, and Mr. Feeney,

I am submitting this email as my **formal response and objection** to the Plan Administrator's Twenty-Fifth (Substantive) Omnibus Objection to Claims and Interests filed in the Peer Street, Inc. bankruptcy proceeding (Case No. 23-10815), specifically as it pertains to my investment in the loan titled **"Atlanta, GA Refinance #59."**

I invested **$100,000** in this loan on **April 26, 2019**, and the claim has been flagged as "redundant." I respectfully object to this classification and request that my interest in this investment be preserved in full. Attached to this email are all supporting materials required to verify my standing, including:

1. **Formal PDF response** prepared for filing with the Bankruptcy Court;

2. **Screenshot** of my PeerStreet investor dashboard showing the investment as active;

3. **Timeline of PeerStreet notices** for Atlanta, GA Refinance #59 demonstrating active management and REO sale;

4. **Complete transaction history** with PeerStreet extracted from my account.

Please confirm receipt of this objection and attachments, and let me know if any additional documentation is required. I am prepared to cooperate fully to ensure my claim is appropriately recognized and preserved.

Sincerely,

Dave Sobolik, Realtor

Top 1% Agent & Team by Volume
Schedule an appointment with me



WA LIC N[O] 100055 | OR LIC N[O] 201236397
FREE *Buyers Guide* | *Seller's Guide*



**RESPONSE OF DAVID SOBOLIK TO THE PLAN ADMINISTRATOR'S TWENTY-FIFTH (SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIMS AND INTERESTS**

**[For Filing with the U.S. Bankruptcy Court and Service on Counsel]**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

**In re: Peer Street, Inc., et al.,**
Debtors.
Chapter 11
Case No. 23-10815 (LSS)
(Jointly Administered)

**RESPONSE OF DAVID SOBOLIK TO THE PLAN ADMINISTRATOR'S TWENTY-FIFTH (SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIMS AND INTERESTS**

I, **David Sobolik**, respectfully submit this formal written response to the Plan Administrator's Twenty-Fifth (Substantive) Omnibus Objection to Claims and Interests filed in the above-captioned bankruptcy proceeding.

## 1. Claim Information

- **Claimant Name:** David Sobolik
- **Subject Investment:** Atlanta, GA Refinance #59
- **Investment Amount:** $100,000
- **Investment Date:** April 26, 2019
- **Claim Type:** Mortgage-Payment-Dependent Note (MPDN)
- **Objection Cited:** Redundant Claim

## 2. Objection Response and Supporting Grounds

I respectfully object to the disallowance or recharacterization of my claim related to the **Atlanta, GA Refinance #59** loan. This claim is **not redundant**, nor is it unsupported. The investment was made directly by me via PeerStreet's platform and has been continuously serviced and reported on, including through foreclosure and REO proceedings.

To support this claim, I submit the following evidence:

- A **screenshot** of my PeerStreet investor dashboard (attached as *Exhibit A*), showing all my historical investments including **$100,000 invested** in Atlanta, GA Refinance #59, which is still marked as **active** and in REO status.
- An **exported PDF of PeerStreet's timeline of notices** for this loan (attached as *Exhibit B*), showing regular updates spanning more than four years, culminating in the REO sale on **August 9, 2024**, with **net proceeds of $1,319,081.65**.
- An **Excel spreadsheet showing my entire transaction history** with PeerStreet (attached as *Exhibit C*), including funding of the Atlanta loan and income earned, substantiating my investment and financial interest.


## 3. Request for Clarification and Relief

I respectfully request the following relief:

- That my $100,000 investment in **Atlanta, GA Refinance #59** be preserved and reflected properly on the claims register.
- That if the claim is deemed "redundant," the surviving claim preserving my rights be **clearly identified** and I be provided written assurance that no portion of this investment is forfeited.
- That any implied disallowance of my recovery under Class 10 or 11 MPDN Claims be withdrawn or corrected.


## 4. Contact and Filing Information

- **Name:** David Sobolik
- **Email:** ▮▮▮▮▮▮▮▮▮▮▮▮
- **Phone:** ▮▮▮▮▮▮▮
- **Mailing Address:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- I am the individual with authority to reconcile and resolve this claim.

---

## 5. Exhibits Attached

| Exhibit | Description |
| --- | --- |
| A | Screenshot of PeerStreet Investment Dashboard showing Atlanta, GA Refinance #59 |
| B | PeerStreet Asset Management Notices for Atlanta, GA Refinance #59 |
| C | Excel File: Full Transaction History with PeerStreet |

**Submitted on:** July 28, 2025

David Sobolik

## Positions

### Return on Loan Investments ❓

| | |
|---|---|
| Annual | +5.5% |
| Cumulative | +34.8% |

How is this calculated?

### All Investments

- 🔵 **4** Paid Off
- 🟢 **0** Active – Current
- 🟤 **0** Active – Deferred
- 🟡 **1** Active – Late
- ⚫ **0** Short Pay
- 🔴 **0** Early Liquidation



### Active Investments (1)

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Maturity Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| Atlanta, GA Refinance #59 | $100,000.00 | $100,000.00 | **9.00%** ~~8.00%~~ | +$6,875.00 | April 26, 2019 | May 1, 2020 Past Maturity | REO | 37 💬 | REO 12 months ago |

### Past Investments (4)

| Property | Investment | Outstanding Principal | Yield | Earnings | Start Date | Paid Off Date | Payment Status | Notices | Latest Notice |
|---|---|---|---|---|---|---|---|---|---|
| St. Pete Beach, FL Refinance #7 (Series 1) | $86,117.00 | $0.00 | 14.00% | +$9,667.05 | April 24, 2020 | January 25, 2021 | PAID OFF | 8 💬 | over 4 years ago |
| Perth Amboy, NJ Refinance #2 | $95,689.00 | $0.00 | **9.00%** ~~8.00%~~ | +$31,266.44 | February 10, 2020 | May 30, 2023 | PAID OFF | 22 💬 | about 2 years ago |
| Endicott, NY Refinance | $150,000.00 | $0.00 | **9.50%** ~~8.50%~~ | +$14,532.18 | March 5, 2019 | March 13, 2020 | PAID OFF | 1 💬 | over 5 years ago |
| Owings Mill, MD Acquisition | $95,000.00 | $0.00 | **9.00%** ~~8.00%~~ | +$7,908.75 | February 25, 2019 | January 31, 2020 | PAID OFF | | |

## PeerStreet Notices – Atlanta, GA Refinance #59

Investor: David Sobolik

This document contains a chronological record of all notices posted on the PeerStreet investor dashboard for the loan titled "Atlanta, GA Refinance #59". These updates reflect the asset's servicing status from early delinquency through REO sale.

August 09, 2024

The REO property closed on 08/09/2024 with net proceeds of $1,319,081.65.

March 21, 2024

The REO property is currently listed at $1,499,9000.00. There have been many showings/offers, but all too low for the seller to consider.

January 03, 2024

The REO property currently listed at $1,649,900.00. One full price offer was received; however, the buyer has not submitted earnest money.

October 19, 2023

The eviction was completed October 3rd . The agent is set to obtain bids for cleaning, health/safety items before we can list and market the property for sale.

September 07, 2023

In the Eviction, the lockout is scheduled for October.

June 30, 2023

In the eviction, the Writ of Possession has not been executed by the Sheriff and no lockout has been scheduled. PeerStreet estimates several months before a lockout is scheduled.

May 01, 2023

In the eviction, the Writ of Possession has not been executed by the Sheriff and no lockout has been scheduled. PeerStreet estimates several months before a lockout is scheduled.

February 28, 2023

PeerStreet is waiting for the Writ of Possession to be executed by the Sheriff. The county remains backlogged with pending lockouts due to lack of adequate staffing.

December 31, 2022

PeerStreet is still waiting for the Writ of Possession to be executed by the Sheriff so a Lockout can be scheduled. It is not likely that this will happen for several months due to the backlog of Evictions in the county.

October 28, 2022

The Writ of Possession has not been executed by the Sheriff yet. It will likely be 2023 before a lockout is scheduled due to the backlog in the county.

August 25, 2022

In the Eviction action, PeerStreet is still waiting for the Sheriff to execute the Writ of Possession and schedule a lockout. There continues to be a large backlog in the county with a limited number of lockouts being set each week.

June 30, 2022

The Writ of Possession has not be executed by the Sheriff yet. Only a limited number of Writs of Possession are released each week and there is a backlog in the Atlanta-metro area.

April 29, 2022

PeerStreet continues to wait for the scheduled lockout date from the Sheriff.

February 28, 2022

PeerStreet obtained a Writ of Possession, which has been forwarded to the Sheriff who will schedule a lockout date.

December 28, 2021

PeerStreet continues to wait for the Court to issue a Writ of Possession

November 02, 2021

In the Eviction action, continuing to wait for the Court to issue a Writ of Possession so the lockout date can be scheduled. PeerStreet continues to follow up with the Court on the Writ.

September 08, 2021

PeerStreet is working to complete the eviction of the current occupant of the property.

July 06, 2021

The Eviction proceeding has been transferred to state court in an effort to expedite the process. Waiting for the state court to schedule a hearing.

May 03, 2021

PeerStreet is transferring the case to State Court to expedite the eviction process.

December 01, 2020

REO: PeerStreet took over the property at a foreclosure sale. It was secured, improved, and listed for sale.

November 03, 2020

The property reverted to REO at the Foreclosure Sale on 11/03/2020.

October 28, 2020

Notice of Sale Recorded.

October 16, 2020

Acceleration Letter Issued.

August 24, 2020

PeerStreet is working to resolve the title issue so can proceed with filing foreclosure.

July 27, 2020

PeerStreet has been unable to reach a resolution with the Borrower. PeerStreet will engage counsel to foreclose.

June 01, 2020

PeerStreet continues to try to reach a resolution with the borrower.

May 01, 2020

The originating lender is contacting the borrower regarding the late payment.

April 02, 2020

The originating lender is contacting the borrower regarding the late payment.

March 02, 2020

The loan has been brought current.

February 04, 2020

The originating lender is contacting the borrower regarding the late payment.

January 02, 2020

The originating lender has reached out to the borrower regarding their late payment.

December 03, 2019

The originating lender has reached out to the borrower regarding their late payment.

November 02, 2019

The originating lender has reached out to the borrower regarding their late payment.

October 02, 2019

The originating lender is contacting the borrower regarding the late payment.

September 17, 2019

The loan has been brought current.

August 02, 2019

The originating lender has reached out to the borrower regarding their late payment.

July 02, 2019

The originating lender is contacting the borrower regarding the late payment.

# Transaction History

Peerstreet

| Date Range | February 19, 2019 through May 31, 2023 |
| --- | --- |

| Date | Transaction |
| --- | --- |
| 5/31/23 | Account Withdrawal |
| 5/30/23 | Principal from Perth Amboy, NJ Refinance #2 |
| 5/30/23 | Default Interest from Perth Amboy, NJ Refinance #2 |
| 5/30/23 | Promotional Interest from Perth Amboy, NJ Refinance #2 |
| 5/30/23 | Interest from Perth Amboy, NJ Refinance #2 |
| 4/26/23 | Account Withdrawal |
| 4/25/23 | Principal from Perth Amboy, NJ Refinance #2 |
| 4/25/23 | Promotional Interest from Perth Amboy, NJ Refinance #2 |
| 4/25/23 | Interest from Perth Amboy, NJ Refinance #2 |
| 7/14/22 | Account Withdrawal |
| 5/3/22 | Default Interest from Perth Amboy, NJ Refinance #2 |
| 5/3/22 | Promotional Interest from Perth Amboy, NJ Refinance #2 |
| 5/3/22 | Interest from Perth Amboy, NJ Refinance #2 |
| 5/3/22 | Default Interest from Perth Amboy, NJ Refinance #2 |
| 5/3/22 | Promotional Interest from Perth Amboy, NJ Refinance #2 |
| 5/3/22 | Interest from Perth Amboy, NJ Refinance #2 |
| 5/3/22 | Default Interest from Perth Amboy, NJ Refinance #2 |
| 5/3/22 | Promotional Interest from Perth Amboy, NJ Refinance #2 |
| 5/3/22 | Interest from Perth Amboy, NJ Refinance #2 |
| 5/3/22 | Default Interest from Perth Amboy, NJ Refinance #2 |
| 5/3/22 | Promotional Interest from Perth Amboy, NJ Refinance #2 |
| 5/3/22 | Interest from Perth Amboy, NJ Refinance #2 |
| 5/3/22 | Default Interest from Perth Amboy, NJ Refinance #2 |
| 5/3/22 | Promotional Interest from Perth Amboy, NJ Refinance #2 |
| 5/3/22 | Interest from Perth Amboy, NJ Refinance #2 |
| 5/3/22 | Default Interest from Perth Amboy, NJ Refinance #2 |
| 5/3/22 | Promotional Interest from Perth Amboy, NJ Refinance #2 |
| 5/3/22 | Interest from Perth Amboy, NJ Refinance #2 |
| 5/3/22 | Promotional Interest from Perth Amboy, NJ Refinance #2 |
| 5/3/22 | Interest from Perth Amboy, NJ Refinance #2 |
| 2/4/21 | Account Withdrawal |
| 2/3/21 | Default Interest from St. Pete Beach, FL Refinance #7 (Series 1) |
| 1/26/21 | Account Withdrawal |
| 1/25/21 | Principal from St. Pete Beach, FL Refinance #7 (Series 1) |
| 1/25/21 | Supplemental Payment from St. Pete Beach, FL Refinance #7 (Series 1) |
| 1/25/21 | Default Interest from St. Pete Beach, FL Refinance #7 (Series 1) |

| 1/25/21 | Interest from St. Pete Beach, FL Refinance #7 (Series 1) |
| 1/13/21 | Account Withdrawal |
| 1/4/21 | Default Interest from St. Pete Beach, FL Refinance #7 (Series 1) |
| 1/4/21 | Interest from St. Pete Beach, FL Refinance #7 (Series 1) |
| 12/29/20 | Account Withdrawal |
| 12/28/20 | Extension Fee from St. Pete Beach, FL Refinance #7 (Series 1) |
| 12/2/20 | Account Withdrawal |
| 12/1/20 | Default Interest from St. Pete Beach, FL Refinance #7 (Series 1) |
| 12/1/20 | Interest from St. Pete Beach, FL Refinance #7 (Series 1) |
| 11/3/20 | Account Withdrawal |
| 11/2/20 | Interest from St. Pete Beach, FL Refinance #7 (Series 1) |
| 10/2/20 | Interest from St. Pete Beach, FL Refinance #7 (Series 1) |
| 10/1/20 | Account Withdrawal |
| 9/14/20 | Interest from St. Pete Beach, FL Refinance #7 (Series 1) |
| 7/16/20 | Account Withdrawal |
| 7/16/20 | Interest from St. Pete Beach, FL Refinance #7 (Series 1) |
| 7/2/20 | Account Withdrawal |
| 7/1/20 | Interest from St. Pete Beach, FL Refinance #7 (Series 1) |
| 5/16/20 | Interest from St. Pete Beach, FL Refinance #7 (Series 1) |
| 4/24/20 | Investment in St. Pete Beach, FL Refinance #7 (Series 1) |
| 4/2/20 | Account Withdrawal |
| 4/1/20 | Promotional Interest from Perth Amboy, NJ Refinance #2 |
| 4/1/20 | Interest from Perth Amboy, NJ Refinance #2 |
| 3/24/20 | Account Withdrawal |
| 3/13/20 | Principal from Endicott, NY Refinance |
| 3/13/20 | Promotional Interest from Endicott, NY Refinance |
| 3/13/20 | Interest from Endicott, NY Refinance |
| 3/13/20 | Promotional Interest from Endicott, NY Refinance |
| 3/13/20 | Interest from Endicott, NY Refinance |
| 3/3/20 | Account Withdrawal |
| 3/2/20 | Promotional Interest from Atlanta, GA Refinance #59 |
| 3/2/20 | Interest from Atlanta, GA Refinance #59 |
| 3/2/20 | Promotional Interest from Atlanta, GA Refinance #59 |
| 3/2/20 | Interest from Atlanta, GA Refinance #59 |
| 2/19/20 | Account Withdrawal |
| 2/18/20 | Promotional Interest from Endicott, NY Refinance |
| 2/18/20 | Interest from Endicott, NY Refinance |
| 2/7/20 | Investment in Perth Amboy, NJ Refinance #2 |

| Date | Description |
|---|---|
| 2/4/20 | Account Withdrawal |
| 2/3/20 | Promotional Interest from Atlanta, GA Refinance #59 |
| 2/3/20 | Interest from Atlanta, GA Refinance #59 |
| 1/31/20 | Principal from Owings Mill, MD Acquisition |
| 1/31/20 | Promotional Interest from Owings Mill, MD Acquisition |
| 1/31/20 | Interest from Owings Mill, MD Acquisition |
| 1/16/20 | Account Withdrawal |
| 1/15/20 | Promotional Interest from Atlanta, GA Refinance #59 |
| 1/15/20 | Interest from Atlanta, GA Refinance #59 |
| 1/15/20 | Promotional Interest from Endicott, NY Refinance |
| 1/15/20 | Interest from Endicott, NY Refinance |
| 1/3/20 | Account Withdrawal |
| 1/2/20 | Promotional Interest from Owings Mill, MD Acquisition |
| 1/2/20 | Interest from Owings Mill, MD Acquisition |
| 12/17/19 | Account Withdrawal |
| 12/16/19 | Promotional Interest from Endicott, NY Refinance |
| 12/16/19 | Interest from Endicott, NY Refinance |
| 12/4/19 | Account Withdrawal |
| 12/3/19 | Promotional Interest from Atlanta, GA Refinance #59 |
| 12/3/19 | Interest from Atlanta, GA Refinance #59 |
| 12/2/19 | Promotional Interest from Atlanta, GA Refinance #59 |
| 12/2/19 | Interest from Atlanta, GA Refinance #59 |
| 12/2/19 | Promotional Interest from Owings Mill, MD Acquisition |
| 12/2/19 | Interest from Owings Mill, MD Acquisition |
| 11/18/19 | Account Withdrawal |
| 11/16/19 | Promotional Interest from Endicott, NY Refinance |
| 11/16/19 | Interest from Endicott, NY Refinance |
| 11/4/19 | Account Withdrawal |
| 11/2/19 | Promotional Interest from Owings Mill, MD Acquisition |
| 11/2/19 | Interest from Owings Mill, MD Acquisition |
| 10/25/19 | Account Withdrawal |
| 10/15/19 | Promotional Interest from Endicott, NY Refinance |
| 10/15/19 | Interest from Endicott, NY Refinance |
| 10/2/19 | Account Withdrawal |
| 10/2/19 | Promotional Interest from Owings Mill, MD Acquisition |
| 10/2/19 | Interest from Owings Mill, MD Acquisition |

| Date | Description |
|---|---|
| 9/17/19 | Promotional Interest from Atlanta, GA Refinance #59 |
| 9/17/19 | Interest from Atlanta, GA Refinance #59 |
| 9/16/19 | Promotional Interest from Endicott, NY Refinance |
| 9/16/19 | Interest from Endicott, NY Refinance |
| 9/5/19 | Account Withdrawal |
| 9/5/19 | Investment in Sicklerville, NJ Acquisition #7 (Series 1) |
| 9/4/19 | Promotional Interest from Atlanta, GA Refinance #59 |
| 9/4/19 | Interest from Atlanta, GA Refinance #59 |
| 9/3/19 | Promotional Interest from Atlanta, GA Refinance #59 |
| 9/3/19 | Interest from Atlanta, GA Refinance #59 |
| 9/3/19 | Promotional Interest from Owings Mill, MD Acquisition |
| 9/3/19 | Interest from Owings Mill, MD Acquisition |
| 8/16/19 | Account Withdrawal |
| 8/16/19 | Investment in Lynn Haven, FL Refinance #2 |
| 8/15/19 | Promotional Interest from Endicott, NY Refinance |
| 8/15/19 | Interest from Endicott, NY Refinance |
| 8/2/19 | Promotional Interest from Owings Mill, MD Acquisition |
| 8/2/19 | Interest from Owings Mill, MD Acquisition |
| 7/16/19 | Account Withdrawal |
| 7/16/19 | Promotional Interest from Endicott, NY Refinance |
| 7/16/19 | Interest from Endicott, NY Refinance |
| 7/2/19 | Account Withdrawal |
| 7/2/19 | Promotional Interest from Owings Mill, MD Acquisition |
| 7/2/19 | Interest from Owings Mill, MD Acquisition |
| 6/19/19 | Account Withdrawal |
| 6/18/19 | Promotional Interest from Endicott, NY Refinance |
| 6/18/19 | Interest from Endicott, NY Refinance |
| 6/7/19 | Account Withdrawal |
| 6/7/19 | Account Withdrawal |
| 6/4/19 | Investment in Westport, CT Acquisition (Series 1) |
| 6/4/19 | Account Deposit |
| 6/4/19 | Promotional Interest from Owings Mill, MD Acquisition |
| 6/4/19 | Interest from Owings Mill, MD Acquisition |
| 5/16/19 | Account Withdrawal |
| 5/16/19 | Promotional Interest from Atlanta, GA Refinance #59 |
| 5/16/19 | Interest from Atlanta, GA Refinance #59 |

| | |
|---|---|
| 5/16/19 | Promotional Interest from Endicott, NY Refinance |
| 5/16/19 | Interest from Endicott, NY Refinance |
| 5/1/19 | Promotional Interest from Owings Mill, MD Acquisition |
| 5/1/19 | Interest from Owings Mill, MD Acquisition |
| 4/24/19 | Account Withdrawal |
| 4/24/19 | Investment in Atlanta, GA Refinance #59 |
| 4/24/19 | Account Deposit |
| 4/24/19 | Investment in Los Angeles, CA Refinance #286 |
| 4/19/19 | Investment in Glen Head, NY Acquisition (Series 1) |
| 4/15/19 | Promotional Interest from Endicott, NY Refinance |
| 4/15/19 | Interest from Endicott, NY Refinance |
| 4/2/19 | Promotional Interest from Owings Mill, MD Acquisition |
| 4/2/19 | Interest from Owings Mill, MD Acquisition |
| 3/4/19 | Investment in Endicott, NY Refinance |
| 3/4/19 | Account Deposit |
| 3/1/19 | Promotional Interest from Owings Mill, MD Acquisition |
| 3/1/19 | Interest from Owings Mill, MD Acquisition |
| 2/19/19 | Investment in Owings Mill, MD Acquisition |
| 2/19/19 | Account Deposit |

| Period | Amount | Status |
|---|---|---|
| | ($13,205.08) | |
| 3/31/23 | $147.21 | |
| 03/31/23 — 03/31/23 | $2,806.42 | |
| 03/31/23 — 03/31/23 | $1,139.05 | |
| 03/31/23 — 03/31/23 | $9,112.40 | |
| | ($106,818.35) | |
| 3/31/23 | $95,541.79 | |
| 10/01/20 — 03/31/23 | $1,252.95 | |
| 10/01/20 — 03/31/23 | $10,023.61 | |
| | ($6,437.07) | |
| 10/01/20 — 10/01/20 | $217.28 | |
| 09/01/20 — 09/30/20 | $79.74 | |
| 09/01/20 — 09/30/20 | $637.93 | |
| 09/01/20 — 09/01/20 | $239.22 | |
| 08/01/20 — 08/31/20 | $79.74 | |
| 08/01/20 — 08/31/20 | $637.93 | |
| 08/01/20 — 08/01/20 | $239.22 | |
| 07/01/20 — 07/31/20 | $79.74 | |
| 07/01/20 — 07/31/20 | $637.93 | |
| 07/01/20 — 07/01/20 | $239.22 | |
| 06/01/20 — 06/30/20 | $79.74 | |
| 06/01/20 — 06/30/20 | $637.93 | |
| 06/01/20 — 06/01/20 | $239.22 | |
| 05/01/20 — 05/31/20 | $79.74 | |
| 05/01/20 — 05/31/20 | $637.93 | |
| 05/01/20 — 05/01/20 | $239.22 | |
| 04/01/20 — 04/30/20 | $79.74 | |
| 04/01/20 — 04/30/20 | $637.93 | |
| 03/01/20 — 03/31/20 | $79.74 | |
| 03/01/20 — 03/31/20 | $637.93 | |
| | ($759.91) | |
| 01/07/21 — 01/07/21 | $759.91 | |
| | ($89,705.97) | |
| 1/7/21 | $86,117.00 | |
| 01/07/21 — 01/07/21 | $2,703.24 | |
| 01/07/21 — 01/07/21 | $86.35 | |

| | |
|---|---|
| 12/01/20 — 01/06/21 | $799.38 |
| | ($680.28) |
| 12/01/20 — 12/01/20 | $14.13 |
| 11/01/20 — 11/30/20 | $666.15 |
| | ($444.10) |
| 12/07/20 — 12/07/20 | $444.10 |
| | ($707.60) |
| 11/01/20 — 11/01/20 | $41.45 |
| 10/01/20 — 10/31/20 | $666.15 |
| | ($1,332.30) |
| 09/01/20 — 09/30/20 | $666.15 |
| 08/01/20 — 08/31/20 | $666.15 |
| | ($666.16) |
| 07/01/20 — 07/31/20 | $666.15 |
| | ($666.60) |
| 06/01/20 — 06/30/20 | $666.15 |
| | ($822.00) |
| 05/01/20 — 05/31/20 | $666.15 |
| 04/24/20 — 04/30/20 | $155.44 |
| | $86,117.00 |
| | ($1,000.00) |
| 02/10/20 — 02/29/20 | $54.99 |
| 02/10/20 — 02/29/20 | $439.95 |
| | ($65,000.00) |
| 3/11/20 | $150,000.00 |
| 03/01/20 — 03/11/20 | $45.83 |
| 03/01/20 — 03/11/20 | $389.58 |
| 02/01/20 — 02/29/20 | $125.00 |
| 02/01/20 — 02/29/20 | $1,062.50 |
| | ($1,500.00) |
| 01/01/20 — 01/31/20 | $83.33 |
| 01/01/20 — 01/31/20 | $666.67 |
| 12/01/19 — 12/31/19 | $83.33 |
| 12/01/19 — 12/31/19 | $666.67 |
| | ($1,188.00) |
| 01/01/20 — 01/31/20 | $125.00 |
| 01/01/20 — 01/31/20 | $1,062.50 |
| | $95,689.00 |

| | |
|---|---|
| | ($750.00) |
| 11/01/19 — 11/30/19 | $83.33 |
| 11/01/19 — 11/30/19 | $666.67 |
| 1/29/20 | $95,000.00 |
| 01/01/20 — 01/29/20 | $76.53 |
| 01/01/20 — 01/29/20 | $612.22 |
| | ($1,937.00) |
| 10/01/19 — 10/31/19 | $83.33 |
| 10/01/19 — 10/31/19 | $666.67 |
| 12/01/19 — 12/31/19 | $125.00 |
| 12/01/19 — 12/31/19 | $1,062.50 |
| | ($713.00) |
| 12/01/19 — 12/31/19 | $79.17 |
| 12/01/19 — 12/31/19 | $633.33 |
| | ($1,187.00) |
| 11/01/19 — 11/30/19 | $125.00 |
| 11/01/19 — 11/30/19 | $1,062.50 |
| | ($2,213.00) |
| 09/01/19 — 09/30/19 | $83.33 |
| 09/01/19 — 09/30/19 | $666.67 |
| 08/01/19 — 08/31/19 | $83.33 |
| 08/01/19 — 08/31/19 | $666.67 |
| 11/01/19 — 11/30/19 | $79.17 |
| 11/01/19 — 11/30/19 | $633.33 |
| | ($1,187.00) |
| 10/01/19 — 10/31/19 | $125.00 |
| 10/01/19 — 10/31/19 | $1,062.50 |
| | ($713.00) |
| 10/01/19 — 10/31/19 | $79.17 |
| 10/01/19 — 10/31/19 | $633.33 |
| | ($1,187.00) |
| 09/01/19 — 09/30/19 | $125.00 |
| 09/01/19 — 09/30/19 | $1,062.50 |
| | ($2,650.00) |
| 09/01/19 — 09/30/19 | $79.17 |
| 09/01/19 — 09/30/19 | $633.33 |

| | |
|---|---|
| 07/01/19 — 07/31/19 | $83.33 |
| 07/01/19 — 07/31/19 | $666.67 |
| 08/01/19 — 08/31/19 | $125.00 |
| 08/01/19 — 08/31/19 | $1,062.50 |
| | ($2,213.00) |
| | $2,213.00 |
| 06/01/19 — 06/30/19 | $83.33 |
| 06/01/19 — 06/30/19 | $666.67 |
| 05/01/19 — 05/31/19 | $83.33 |
| 05/01/19 — 05/31/19 | $666.67 |
| 08/01/19 — 08/31/19 | $79.17 |
| 08/01/19 — 08/31/19 | $633.33 |
| | ($1,900.00) |
| | $1,900.00 |
| 07/01/19 — 07/31/19 | $125.00 |
| 07/01/19 — 07/31/19 | $1,062.50 |
| 07/01/19 — 07/31/19 | $79.17 |
| 07/01/19 — 07/31/19 | $633.33 |
| | ($1,187.00) |
| 06/01/19 — 06/30/19 | $125.00 |
| 06/01/19 — 06/30/19 | $1,062.50 |
| | ($713.00) |
| 06/01/19 — 06/30/19 | $79.17 |
| 06/01/19 — 06/30/19 | $633.33 |
| | ($1,187.00) |
| 05/01/19 — 05/31/19 | $125.00 |
| 05/01/19 — 05/31/19 | $1,062.50 |
| | ($713.00) |
| | ($713.00) |
| | $1,426.00 |
| | $713.00 |
| 05/01/19 — 05/31/19 | $79.17 |
| 05/01/19 — 05/31/19 | $633.33 |
| | ($2,025.00) |
| 04/26/19 — 04/30/19 | $13.89 |
| 04/26/19 — 04/30/19 | $111.11 |

| | |
|---|---|
| 04/01/19 — 04/30/19 | $125.00 |
| 04/01/19 — 04/30/19 | $1,062.50 |
| 04/01/19 — 04/30/19 | $79.17 |
| 04/01/19 — 04/30/19 | $633.33 |
| | ($1,841.00) |
| | $100,000.00 |
| | $100,000.00 |
| | $1,841.00 |
| | $1,841.00 |
| 03/05/19 — 03/31/19 | $108.87 |
| 03/05/19 — 03/31/19 | $925.40 |
| 03/01/19 — 03/31/19 | $79.17 |
| 03/01/19 — 03/31/19 | $633.33 |
| | $150,000.00 |
| | $150,000.00 |
| 02/25/19 — 02/28/19 | $10.56 |
| 02/25/19 — 02/28/19 | $84.44 |
| | $95,000.00 |
| | $95,000.00 |

# Transaction History

Peerstreet

Date Range          February 19, 2019 through May 31, 2023

| Date | Transaction | Period | Amount | Status |
|---|---|---|---|---|
| 5/31/2023 | Account Withdrawal | | ($13,205.08) | |
| 5/30/2023 | Principal from Perth Amboy, NJ Refinance #2 | 3/31/2023 | $147.21 | |
| 5/30/2023 | Default Interest from Perth Amboy, NJ Refinance #2 | 03/31/23 — 03/31/23 | $2,806.42 | |
| 5/30/2023 | Promotional Interest from Perth Amboy, NJ Refinance #2 | 03/31/23 — 03/31/23 | $1,139.05 | |
| 5/30/2023 | Interest from Perth Amboy, NJ Refinance #2 | 03/31/23 — 03/31/23 | $9,112.40 | |
| 4/26/2023 | Account Withdrawal | | ($106,818.35) | |
| 4/25/2023 | Principal from Perth Amboy, NJ Refinance #2 | 3/31/2023 | $95,541.79 | |
| 4/25/2023 | Promotional Interest from Perth Amboy, NJ Refinance #2 | 10/01/20 — 03/31/23 | $1,252.95 | |
| 4/25/2023 | Interest from Perth Amboy, NJ Refinance #2 | 10/01/20 — 03/31/23 | $10,023.61 | |
| 7/14/2022 | Account Withdrawal | | ($6,437.07) | |
| 5/3/2022 | Default Interest from Perth Amboy, NJ Refinance #2 | 10/01/20 — 10/01/20 | $217.28 | |
| 5/3/2022 | Promotional Interest from Perth Amboy, NJ Refinance #2 | 09/01/20 — 09/30/20 | $79.74 | |
| 5/3/2022 | Interest from Perth Amboy, NJ Refinance #2 | 09/01/20 — 09/30/20 | $637.93 | |
| 5/3/2022 | Default Interest from Perth Amboy, NJ Refinance #2 | 09/01/20 — 09/01/20 | $239.22 | |
| 5/3/2022 | Promotional Interest from Perth Amboy, NJ Refinance #2 | 08/01/20 — 08/31/20 | $79.74 | |
| 5/3/2022 | Interest from Perth Amboy, NJ Refinance #2 | 08/01/20 — 08/31/20 | $637.93 | |
| 5/3/2022 | Default Interest from Perth Amboy, NJ Refinance #2 | 08/01/20 — 08/01/20 | $239.22 | |
| 5/3/2022 | Promotional Interest from Perth Amboy, NJ Refinance #2 | 07/01/20 — 07/31/20 | $79.74 | |
| 5/3/2022 | Interest from Perth Amboy, NJ Refinance #2 | 07/01/20 — 07/31/20 | $637.93 | |
| 5/3/2022 | Default Interest from Perth Amboy, NJ Refinance #2 | 07/01/20 — 07/01/20 | $239.22 | |
| 5/3/2022 | Promotional Interest from Perth Amboy, NJ Refinance #2 | 06/01/20 — 06/30/20 | $79.74 | |
| 5/3/2022 | Interest from Perth Amboy, NJ Refinance #2 | 06/01/20 — 06/30/20 | $637.93 | |
| 5/3/2022 | Default Interest from Perth Amboy, NJ Refinance #2 | 06/01/20 — 06/01/20 | $239.22 | |
| 5/3/2022 | Promotional Interest from Perth Amboy, NJ Refinance #2 | 05/01/20 — 05/31/20 | $79.74 | |
| 5/3/2022 | Interest from Perth Amboy, NJ Refinance #2 | 05/01/20 — 05/31/20 | $637.93 | |
| 5/3/2022 | Default Interest from Perth Amboy, NJ Refinance #2 | 05/01/20 — 05/01/20 | $239.22 | |
| 5/3/2022 | Promotional Interest from Perth Amboy, NJ Refinance #2 | 04/01/20 — 04/30/20 | $79.74 | |
| 5/3/2022 | Interest from Perth Amboy, NJ Refinance #2 | 04/01/20 — 04/30/20 | $637.93 | |
| 5/3/2022 | Promotional Interest from Perth Amboy, NJ Refinance #2 | 03/01/20 — 03/31/20 | $79.74 | |
| 5/3/2022 | Interest from Perth Amboy, NJ Refinance #2 | 03/01/20 — 03/31/20 | $637.93 | |
| 2/4/2021 | Account Withdrawal | | ($759.91) | |
| 2/3/2021 | Default Interest from St. Pete Beach, FL Refinance #7 (Series 1) | 01/07/21 — 01/07/21 | $759.91 | |
| 1/26/2021 | Account Withdrawal | | ($89,705.97) | |
| 1/25/2021 | Principal from St. Pete Beach, FL Refinance #7 (Series 1) | 1/7/2021 | $86,117.00 | |
| 1/25/2021 | Supplemental Payment from St. Pete Beach, FL Refinance #7 (Series 1) | 01/07/21 — 01/07/21 | $2,703.24 | |
| 1/25/2021 | Default Interest from St. Pete Beach, FL Refinance #7 (Series 1) | 01/07/21 — 01/07/21 | $86.35 | |
| 1/25/2021 | Interest from St. Pete Beach, FL Refinance #7 (Series 1) | 12/01/20 — 01/06/21 | $799.38 | |
| 1/13/2021 | Account Withdrawal | | ($680.28) | |
| 1/4/2021 | Default Interest from St. Pete Beach, FL Refinance #7 (Series 1) | 12/01/20 — 12/01/20 | $14.13 | |
| 1/4/2021 | Interest from St. Pete Beach, FL Refinance #7 (Series 1) | 11/01/20 — 11/30/20 | $666.15 | |
| 12/29/2020 | Account Withdrawal | | ($444.10) | |
| 12/28/2020 | Extension Fee from St. Pete Beach, FL Refinance #7 (Series 1) | 12/07/20 — 12/07/20 | $444.10 | |
| 12/2/2020 | Account Withdrawal | | ($707.60) | |
| 12/1/2020 | Default Interest from St. Pete Beach, FL Refinance #7 (Series 1) | 11/01/20 — 11/01/20 | $41.45 | |
| 12/1/2020 | Interest from St. Pete Beach, FL Refinance #7 (Series 1) | 10/01/20 — 10/31/20 | $666.15 | |
| 11/3/2020 | Account Withdrawal | | ($1,332.30) | |
| 11/2/2020 | Interest from St. Pete Beach, FL Refinance #7 (Series 1) | 09/01/20 — 09/30/20 | $666.15 | |
| 10/2/2020 | Interest from St. Pete Beach, FL Refinance #7 (Series 1) | 08/01/20 — 08/31/20 | $666.15 | |
| 10/1/2020 | Account Withdrawal | | ($666.16) | |
| 9/14/2020 | Interest from St. Pete Beach, FL Refinance #7 (Series 1) | 07/01/20 — 07/31/20 | $666.15 | |
| 7/16/2020 | Account Withdrawal | | ($666.60) | |
| 7/16/2020 | Interest from St. Pete Beach, FL Refinance #7 (Series 1) | 06/01/20 — 06/30/20 | $666.15 | |
| 7/2/2020 | Account Withdrawal | | ($822.00) | |
| 7/1/2020 | Interest from St. Pete Beach, FL Refinance #7 (Series 1) | 05/01/20 — 05/31/20 | $666.15 | |
| 5/16/2020 | Interest from St. Pete Beach, FL Refinance #7 (Series 1) | 04/24/20 — 04/30/20 | $155.44 | |
| 4/24/2020 | Investment in St. Pete Beach, FL Refinance #7 (Series 1) | | $86,117.00 | |
| 4/2/2020 | Account Withdrawal | | ($1,000.00) | |
| 4/1/2020 | Promotional Interest from Perth Amboy, NJ Refinance #2 | 02/10/20 — 02/29/20 | $54.99 | |
| 4/1/2020 | Interest from Perth Amboy, NJ Refinance #2 | 02/10/20 — 02/29/20 | $439.95 | |
| 3/24/2020 | Account Withdrawal | | ($65,000.00) | |
| 3/13/2020 | Principal from Endicott, NY Refinance | 3/11/2020 | $150,000.00 | |
| 3/13/2020 | Promotional Interest from Endicott, NY Refinance | 03/01/20 — 03/11/20 | $45.83 | |
| 3/13/2020 | Interest from Endicott, NY Refinance | 03/01/20 — 03/11/20 | $389.58 | |

| Date | Description | Period | Amount |
|---|---|---|---|
| 3/13/2020 | Promotional Interest from Endicott, NY Refinance | 02/01/20 — 02/29/20 | $125.00 |
| 3/13/2020 | Interest from Endicott, NY Refinance | 02/01/20 — 02/29/20 | $1,062.50 |
| 3/3/2020 | Account Withdrawal | | ($1,500.00) |
| 3/2/2020 | Promotional Interest from Atlanta, GA Refinance #59 | 01/01/20 — 01/31/20 | $83.33 |
| 3/2/2020 | Interest from Atlanta, GA Refinance #59 | 01/01/20 — 01/31/20 | $666.67 |
| 3/2/2020 | Promotional Interest from Atlanta, GA Refinance #59 | 12/01/19 — 12/31/19 | $83.33 |
| 3/2/2020 | Interest from Atlanta, GA Refinance #59 | 12/01/19 — 12/31/19 | $666.67 |
| 2/19/2020 | Account Withdrawal | | ($1,188.00) |
| 2/18/2020 | Promotional Interest from Endicott, NY Refinance | 01/01/20 — 01/31/20 | $125.00 |
| 2/18/2020 | Interest from Endicott, NY Refinance | 01/01/20 — 01/31/20 | $1,062.50 |
| 2/7/2020 | Investment in Perth Amboy, NJ Refinance #2 | | $95,689.00 |
| 2/4/2020 | Account Withdrawal | | ($750.00) |
| 2/3/2020 | Promotional Interest from Atlanta, GA Refinance #59 | 11/01/19 — 11/30/19 | $83.33 |
| 2/3/2020 | Interest from Atlanta, GA Refinance #59 | 11/01/19 — 11/30/19 | $666.67 |
| 1/31/2020 | Principal from Owings Mill, MD Acquisition | 1/29/2020 | $95,000.00 |
| 1/31/2020 | Promotional Interest from Owings Mill, MD Acquisition | 01/01/20 — 01/29/20 | $76.53 |
| 1/31/2020 | Interest from Owings Mill, MD Acquisition | 01/01/20 — 01/29/20 | $612.22 |
| 1/16/2020 | Account Withdrawal | | ($1,937.00) |
| 1/15/2020 | Promotional Interest from Atlanta, GA Refinance #59 | 10/01/19 — 10/31/19 | $83.33 |
| 1/15/2020 | Interest from Atlanta, GA Refinance #59 | 10/01/19 — 10/31/19 | $666.67 |
| 1/15/2020 | Promotional Interest from Endicott, NY Refinance | 12/01/19 — 12/31/19 | $125.00 |
| 1/15/2020 | Interest from Endicott, NY Refinance | 12/01/19 — 12/31/19 | $1,062.50 |
| 1/3/2020 | Account Withdrawal | | ($713.00) |
| 1/2/2020 | Promotional Interest from Owings Mill, MD Acquisition | 12/01/19 — 12/31/19 | $79.17 |
| 1/2/2020 | Interest from Owings Mill, MD Acquisition | 12/01/19 — 12/31/19 | $633.33 |
| 12/17/2019 | Account Withdrawal | | ($1,187.00) |
| 12/16/2019 | Promotional Interest from Endicott, NY Refinance | 11/01/19 — 11/30/19 | $125.00 |
| 12/16/2019 | Interest from Endicott, NY Refinance | 11/01/19 — 11/30/19 | $1,062.50 |
| 12/4/2019 | Account Withdrawal | | ($2,213.00) |
| 12/3/2019 | Promotional Interest from Atlanta, GA Refinance #59 | 09/01/19 — 09/30/19 | $83.33 |
| 12/3/2019 | Interest from Atlanta, GA Refinance #59 | 09/01/19 — 09/30/19 | $666.67 |
| 12/2/2019 | Promotional Interest from Atlanta, GA Refinance #59 | 08/01/19 — 08/31/19 | $83.33 |
| 12/2/2019 | Interest from Atlanta, GA Refinance #59 | 08/01/19 — 08/31/19 | $666.67 |
| 12/2/2019 | Promotional Interest from Owings Mill, MD Acquisition | 11/01/19 — 11/30/19 | $79.17 |
| 12/2/2019 | Interest from Owings Mill, MD Acquisition | 11/01/19 — 11/30/19 | $633.33 |
| 11/18/2019 | Account Withdrawal | | ($1,187.00) |
| 11/16/2019 | Promotional Interest from Endicott, NY Refinance | 10/01/19 — 10/31/19 | $125.00 |
| 11/16/2019 | Interest from Endicott, NY Refinance | 10/01/19 — 10/31/19 | $1,062.50 |
| 11/4/2019 | Account Withdrawal | | ($713.00) |
| 11/2/2019 | Promotional Interest from Owings Mill, MD Acquisition | 10/01/19 — 10/31/19 | $79.17 |
| 11/2/2019 | Interest from Owings Mill, MD Acquisition | 10/01/19 — 10/31/19 | $633.33 |
| 10/25/2019 | Account Withdrawal | | ($1,187.00) |
| 10/15/2019 | Promotional Interest from Endicott, NY Refinance | 09/01/19 — 09/30/19 | $125.00 |
| 10/15/2019 | Interest from Endicott, NY Refinance | 09/01/19 — 09/30/19 | $1,062.50 |
| 10/2/2019 | Account Withdrawal | | ($2,650.00) |
| 10/2/2019 | Promotional Interest from Owings Mill, MD Acquisition | 09/01/19 — 09/30/19 | $79.17 |
| 10/2/2019 | Interest from Owings Mill, MD Acquisition | 09/01/19 — 09/30/19 | $633.33 |
| 9/17/2019 | Promotional Interest from Atlanta, GA Refinance #59 | 07/01/19 — 07/31/19 | $83.33 |
| 9/17/2019 | Interest from Atlanta, GA Refinance #59 | 07/01/19 — 07/31/19 | $666.67 |
| 9/16/2019 | Promotional Interest from Endicott, NY Refinance | 08/01/19 — 08/31/19 | $125.00 |
| 9/16/2019 | Interest from Endicott, NY Refinance | 08/01/19 — 08/31/19 | $1,062.50 |
| 9/5/2019 | Account Withdrawal | | ($2,213.00) |
| 9/5/2019 | Investment in Sicklerville, NJ Acquisition #7 (Series 1) | | $2,213.00 |
| 9/4/2019 | Promotional Interest from Atlanta, GA Refinance #59 | 06/01/19 — 06/30/19 | $83.33 |
| 9/4/2019 | Interest from Atlanta, GA Refinance #59 | 06/01/19 — 06/30/19 | $666.67 |
| 9/3/2019 | Promotional Interest from Atlanta, GA Refinance #59 | 05/01/19 — 05/31/19 | $83.33 |
| 9/3/2019 | Interest from Atlanta, GA Refinance #59 | 05/01/19 — 05/31/19 | $666.67 |
| 9/3/2019 | Promotional Interest from Owings Mill, MD Acquisition | 08/01/19 — 08/31/19 | $79.17 |
| 9/3/2019 | Interest from Owings Mill, MD Acquisition | 08/01/19 — 08/31/19 | $633.33 |
| 8/16/2019 | Account Withdrawal | | ($1,900.00) |
| 8/16/2019 | Investment in Lynn Haven, FL Refinance #2 | | $1,900.00 |

| | | | |
|---|---|---|---|
| 8/15/2019 | Promotional Interest from Endicott, NY Refinance | 07/01/19 — 07/31/19 | $125.00 |
| 8/15/2019 | Interest from Endicott, NY Refinance | 07/01/19 — 07/31/19 | $1,062.50 |
| 8/2/2019 | Promotional Interest from Owings Mill, MD Acquisition | 07/01/19 — 07/31/19 | $79.17 |
| 8/2/2019 | Interest from Owings Mill, MD Acquisition | 07/01/19 — 07/31/19 | $633.33 |
| 7/16/2019 | Account Withdrawal | | ($1,187.00) |
| 7/16/2019 | Promotional Interest from Endicott, NY Refinance | 06/01/19 — 06/30/19 | $125.00 |
| 7/16/2019 | Interest from Endicott, NY Refinance | 06/01/19 — 06/30/19 | $1,062.50 |
| 7/2/2019 | Account Withdrawal | | ($713.00) |
| 7/2/2019 | Promotional Interest from Owings Mill, MD Acquisition | 06/01/19 — 06/30/19 | $79.17 |
| 7/2/2019 | Interest from Owings Mill, MD Acquisition | 06/01/19 — 06/30/19 | $633.33 |
| 6/19/2019 | Account Withdrawal | | ($1,187.00) |
| 6/18/2019 | Promotional Interest from Endicott, NY Refinance | 05/01/19 — 05/31/19 | $125.00 |
| 6/18/2019 | Interest from Endicott, NY Refinance | 05/01/19 — 05/31/19 | $1,062.50 |
| 6/7/2019 | Account Withdrawal | | ($713.00) |
| 6/7/2019 | Account Withdrawal | | ($713.00) |
| 6/4/2019 | Investment in Westport, CT Acquisition (Series 1) | | $1,426.00 |
| 6/4/2019 | Account Deposit | | $713.00 |
| 6/4/2019 | Promotional Interest from Owings Mill, MD Acquisition | 05/01/19 — 05/31/19 | $79.17 |
| 6/4/2019 | Interest from Owings Mill, MD Acquisition | 05/01/19 — 05/31/19 | $633.33 |
| 5/16/2019 | Account Withdrawal | | ($2,025.00) |
| 5/16/2019 | Promotional Interest from Atlanta, GA Refinance #59 | 04/26/19 — 04/30/19 | $13.89 |
| 5/16/2019 | Interest from Atlanta, GA Refinance #59 | 04/26/19 — 04/30/19 | $111.11 |
| 5/16/2019 | Promotional Interest from Endicott, NY Refinance | 04/01/19 — 04/30/19 | $125.00 |
| 5/16/2019 | Interest from Endicott, NY Refinance | 04/01/19 — 04/30/19 | $1,062.50 |
| 5/1/2019 | Promotional Interest from Owings Mill, MD Acquisition | 04/01/19 — 04/30/19 | $79.17 |
| 5/1/2019 | Interest from Owings Mill, MD Acquisition | 04/01/19 — 04/30/19 | $633.33 |
| 4/24/2019 | Account Withdrawal | | ($1,841.00) |
| 4/24/2019 | Investment in Atlanta, GA Refinance #59 | | $100,000.00 |
| 4/24/2019 | Account Deposit | | $100,000.00 |
| 4/24/2019 | Investment in Los Angeles, CA Acquisition #286 | | $1,841.00 |
| 4/19/2019 | Investment in Glen Head, NY Acquisition (Series 1) | | $1,841.00 |
| 4/15/2019 | Promotional Interest from Endicott, NY Refinance | 03/05/19 — 03/31/19 | $108.87 |
| 4/15/2019 | Interest from Endicott, NY Refinance | 03/05/19 — 03/31/19 | $925.40 |
| 4/2/2019 | Promotional Interest from Owings Mill, MD Acquisition | 03/01/19 — 03/31/19 | $79.17 |
| 4/2/2019 | Interest from Owings Mill, MD Acquisition | 03/01/19 — 03/31/19 | $633.33 |
| 3/4/2019 | Investment in Endicott, NY Refinance | | $150,000.00 |
| 3/4/2019 | Account Deposit | | $150,000.00 |
| 3/1/2019 | Promotional Interest from Owings Mill, MD Acquisition | 02/25/19 — 02/28/19 | $10.56 |
| 3/1/2019 | Interest from Owings Mill, MD Acquisition | 02/25/19 — 02/28/19 | $84.44 |
| 2/19/2019 | Investment in Owings Mill, MD Acquisition | | $95,000.00 |
| 2/19/2019 | Account Deposit | | $95,000.00 |

| | |
|---|---|
| **From:** | |
| **To:** | Brownstein, Beth M.; Marten, Nicholas A.; Feeney, Patrick |
| **Cc:** | Team Peer Street; Gregory Lesage |
| **Subject:** | Re: Formal Response to Objection – Claim Related to Atlanta, GA Refinance #59 (Case No. 23-10815) |
| **Date:** | Monday, July 28, 2025 5:37:45 PM |

---

**This Message Is From an Unknown Sender**
You have not previously corresponded with this external sender. Please treat this email with caution.

Report Suspicious

---

Dear Ms. Brownstein, Mr. Marten, and Mr. Feeney,

I am following up on my formal objection submitted previously regarding the Plan Administrator's Twenty-Fifth (Substantive) Omnibus Objection to Claims and Interests in the Peer Street, Inc. bankruptcy (Case No. 23-10815), specifically concerning my **$100,000 investment in the Atlanta, GA Refinance #59 loan.**

**To further clarify and reinforce my position:**

- This investment was made directly by me on April 26, 2019, and the claim associated with it is not redundant.

- I have not submitted any duplicate or overlapping claims related to this loan.

- The materials included in my prior email submission clearly document the existence, status, and history of the loan and confirm my standing as a direct investor.

**For reference, the previously attached documents include:**

- A screenshot of my PeerStreet investor dashboard showing the Atlanta, GA Refinance #59 investment as active;

- A complete export of PeerStreet's servicing notices related to this loan;

- My full transaction history with PeerStreet in Excel format;

- And my formal PDF response prepared for filing with the Bankruptcy Court.

Additionally, **I earned $6,875.00 in interest** from this loan investment, further evidencing its validity and active servicing over the years.

If the Plan Administrator believes this claim is duplicative of another, I respectfully request identification of the "surviving claim" to ensure my rights are fully preserved and no recovery is lost. As an MPDN investor, **I expect this claim to be properly treated under Class 10 of the Plan.**

Please confirm that my objection remains on file and that the supporting documentation submitted has been received and reviewed in full. I remain available to provide additional

materials upon request.

Thank you again for your time and attention.

Respectfully,

Dave Sobolik, Realtor

████████████

Top 1% Agent & Team by Volume

Schedule an appointment with me



WA LIC N$^O$ 100055 | OR LIC N$^O$ 201236397
FREE Buyers Guide | Seller's Guide



On Mon, Jul 28, 2025 at 2:24 PM Dave Sobolik ████████████████ wrote:

> Dear Ms. Brownstein, Mr. Marten, and Mr. Feeney,
>
> I am submitting this email as my **formal response and objection** to the Plan
> Administrator's Twenty-Fifth (Substantive) Omnibus Objection to Claims and Interests filed

in the Peer Street, Inc. bankruptcy proceeding (Case No. 23-10815), specifically as it pertains to my investment in the loan titled **"Atlanta, GA Refinance #59."**

I invested **$100,000** in this loan on **April 26, 2019**, and the claim has been flagged as "redundant." I respectfully object to this classification and request that my interest in this investment be preserved in full. Attached to this email are all supporting materials required to verify my standing, including:

1. **Formal PDF response** prepared for filing with the Bankruptcy Court;

2. **Screenshot** of my PeerStreet investor dashboard showing the investment as active;

3. **Timeline of PeerStreet notices** for Atlanta, GA Refinance #59 demonstrating active management and REO sale;

4. **Complete transaction history** with PeerStreet extracted from my account.

Please confirm receipt of this objection and attachments, and let me know if any additional documentation is required. I am prepared to cooperate fully to ensure my claim is appropriately recognized and preserved.

Sincerely,


Dave Sobolik, Realtor
████████████
Top 1% Agent & Team by Volume
Schedule an appointment with me



WA LIC N$^O$ 100055 | OR LIC N$^O$ 201236397
FREE Buyers Guide | Seller's Guide

